AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

ZYMOGENETICS, INC.,

       Plaintiff,

V.

BRISTOL-MYERS SQUIBB CO., a Delaware corporation and DOES 1 through 100

       Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-500

TO: (Name and address of Defendant)

BRISTOL-MYERS SQUIBB CO.
C/O THE CORPORATION TRUST COMPANY, REGISTERED AGENT
THE CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. ROVNER, ESQ.
POTTER ANDERSON & CORROON LLP
P. O. BOX 951
WILMINGTON, DE 19899
(302) 984-6000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO             AUG 1 4 2006

CLERK             DATE

*Evotte Walker*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/14/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| FRANK JOYCE | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED BRISTOL-MYERS SQUIBB CO, by SERVING ITS REGISTERED AGENT THE CORPORATION TRUST CO AT 1209 ORANGE ST, WILM DE 19801 AT 1:20 PM  PERSON ACCEPTING SERVICE : SCOTT LASCALA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/14/06
              Date

Signature of Server

Address of Server: PARCELS, INC. 230 N. MARKET ST. WILM. DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.