IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-500-KAJ |
| v. | ) ) | |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation and DOES 1 through 100, | ) ) ) | |
| Defendants | ) ) ) ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time within which Defendant Bristol-Myers Squibb Co. shall move, answer or otherwise respond to the Complaint is extended to and including October 5, 2006.

_____/s/ Philip A. Rovner_____
Philip A. Rovner (#3215)
provner@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

Attorneys for Plaintiff ZymoGenetics, Inc.

Dated: August 29, 2006

_____/s/ Frederick L. Cottrell, III_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendant Bristol-Myers Squibb Co.

Dated: August 29, 2006

SO ORDERED this _____ day of August, 2006.

_____
United States District Judge

RLF1-3052403-1