# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ZYMOGENETICS, INC., a )
Washington Corporation, )
                             )
            Plaintiff, )      Civil Action No. 06-500-KAJ
                             )
           v. )      JURY TRIAL DEMANDED
                             )
BRISTOL-MYERS SQUIBB CO., )
a Delaware Corporation, and )
DOES 1 through 100, )
                             )
          Defendants. )

## PLAINTIFF ZYMOGENETICS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff ZymoGenetics, Inc.
discloses that it has no parent corporation.  Novo Nordisk A/S owns 10% or more of its
stock.

POTTER ANDERSON & CORROON LLP

Of Counsel:

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
(650) 838-4300

Dated:  October 10, 2006
745887

By: /s/ Philip A. Rovner
       Philip A. Rovner (#3215)
       Hercules Plaza
       P.O. Box 951
       Wilmington, Delaware  19899-0951
       (302) 984-6000
       provner@potteranderson.com

*Attorneys for Plaintiff*
*ZymoGenetics, Inc*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 10, 2006, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as indicated;

and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com