IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington corporation, <br><br>                Plaintiff, <br><br> v. <br><br> BRISTOL-MYERS SQUIBB CO., a Delaware corporation, and DOES 1 through 100, <br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 06-500-KAJ

## ORDER

At Wilmington this **30th** day of **October, 2006**,

IT IS ORDERED that the scheduling teleconference presently set for **October 30, 2006 at 3:30 p.m.** is hereby rescheduled to **October 31, 2006 at 3:00 p.m.** Counsel for plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE