IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 06-500-KAJ |
| v. | ) ) ) | |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 31, 2006, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

ZYMOGENETICS, INC.'S FIRST SET OF INTERROGATORIES TO
BRISTOL-MYERS SQUIBB CO.

ZYMOGENETICS, INC.'S FIRST SET OF REQUEST FOR PRODUCTION OF
DOCUMENTS AND THINGS TO BRISTOL-MYERS SQUIBB CO.

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
Cottrell@rlf.com
farnan@rlf.com

**BY E-MAIL**

Christopher P. Borello, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
cborello@fchs.com

-2-

                                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. Andre                              By: /s/ Philip A. Rovner
Perkins Coie LLP                            Philip A. Rovner (#3215)
101 Jefferson Drive                         Hercules Plaza
Menlo Park, California 94025-1114      P. O. Box 951
(650) 838-4300                                Wilmington, DE 19899
                                                (302) 984-6000
Dated: November 1, 2006                 provner@potteranderson.com
759216

                                                *Attorneys for Plaintiff*
                                                *ZymoGenetics, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, Philip A. Rovner, hereby certify that on November 1, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
farnan@rlf.com

  I hereby certify that on November 1, 2006 I have sent by E-mail the foregoing document to the following non-registered participants:

Christopher P. Borello, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
cborello@fchs.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com