

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

November 3, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
   for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE  19801

> Re:   ZymoGenetics, Inc. v. Bristol-Myers Squibb Co., et al.,
>        D. Del., C.A. No. 06-500-KAJ

Dear Judge Jordan:

On behalf of the parties, I am enclosing a revised Scheduling Order for Your Honor's review and approval.  The proposed order incorporates the rulings the Court provided during the telephone scheduling conference on October 31, 2006.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

Philip A. Rovner
provner@potteranderson.com

PAR/mes/759839
Enclosure
cc: Frederick L. Cottrell, III, Esq. – by E-mail
    Christopher P. Borello, Esq. – by E-mail