IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-500-KAJ<br>)<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>) |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on November 20, 2006 copies of Bristol-Myers Squibb Company's Initial Disclosures Pursant to Rule 26(a) were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND**

Philip A. Rovner, Esquire
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

OF COUNSEL:

Robert L. Baechtold
Scott K. Reed
Christopher P. Borello
FITZPATRICK CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, N.Y. 10112

Dated: November 20, 2006

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant*
*Bristol-Myers Squibb Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

**BY HAND**

Philip A. Rovner, Esquire
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com