

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302 984-6140  Direct Phone
302 658-1192  Fax

November 20, 2006

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Judge
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

    Re: ZymoGenetics, Inc. v. Bristol-Myers Squibb Co., et al.,
      D. Del., C.A. No. 06-500-KAJ

Dear Judge Jordan:

   The parties jointly submit the enclosed proposed Stipulated Protective Order for Your Honor's review and approval.

   Counsel are available at the Court's convenience should Your Honor have any questions.

               Respectfully,


               /s/ Philip A. Rovner
               Philip A. Rovner
               provner@potteranderson.com

PAR/mes/763161
Encl.
cc: Frederick L. Cottrell, III, Esq. – by hand delivery and E-mail
   Christopher P. Borello, Esq. – by E-mail