IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, ) ) ) Plaintiff, ) ) v. ) ) BRISTOL-MYERS SQUIBB CO., ) a Delaware Corporation, and DOES 1 ) through 100, ) ) Defendants. ) | C.A. No. 06-500-KAJ DEMAND FOR JURY TRIAL |

ZYMOGENETICS, INC.,
a Washington Corporation,

       Plaintiff,

v.

BRISTOL-MYERS SQUIBB CO.,
a Delaware Corporation, and DOES 1
through 100,

       Defendants.

C.A. No. 06-500-KAJ

DEMAND FOR JURY TRIAL

## NOTICE OF SERVICE

I HEREBY CERTIFY that on November 30, 2006 copies of Bristol-Myers Squibb Company's Responses to Zymogenetics, Inc.'s First Set of Requests for Production of Documents and Things were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND**

Philip A. Rovner, Esquire
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant*
*Bristol-Myers Squibb Co.*

OF COUNSEL:

Robert L. Baechtold
Scott K. Reed
Christopher P. Borello
FITZPATRICK CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, N.Y. 10112

Dated: November 30, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

BY HAND

Philip A. Rovner, Esquire
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE 19899

BY FEDERAL EXPRESS

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Farnan@rlf.com

RLF1-3067406-1