## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | : :  :  : |
| Plaintiff, | : : |
| v. | : Civil Action No. 06-500-*** (MPT) : |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | : : : : |
| Defendants. | : |

### ORDER

At Wilmington this **19th** day of **January, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, March 30, 2007 at 10:00 a.m. Eastern Time** with Magistrate Judge Thynge to discuss the tentative mediation date, status of the parties' negotiations, and modification of the scheduling order, including the tutorial scheduled for June 7, 2007.  **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE