IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 06-500-*** |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **30th** day of **March, 2007,**

IT IS ORDERED that the transcript of the March 30, 2007 teleconference shall serve as an Order of this Court.

IT IS FURTHER ORDERED that a teleconference is scheduled for **Wednesday, July 11, 2007 at 10:00 a.m. Eastern Time. Plaintiff's counsel shall initiate the teleconference call and shall notify Chambers no later than Friday, June 29, 2007 by 12:00 Noon, the dial-in information for the teleconference.** The purpose of the teleconference is to discuss the present scheduling order, the mediation scheduled for August 1, 2007 and the mediation submissions.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE