**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ZYMOGENETICS, INC.,<br>a Washington Corporation, | ) )<br>) | |
| Plaintiff, | ) )<br>) | |
| v. | ) )<br>) | C.A. No. 06-500-*** |
| BRISTOL-MYERS SQUIBB CO.,<br>a Delaware Corporation, and DOES 1<br>through 100, | ) )<br>) )<br>) | |
| Defendants. | ) )<br>) | |

**BRISTOL-MYERS SQUIBB COMPANY'S
NOTICE OF 30(b)(6) DEPOSITIONS OF ZYMOGENETICS INC.**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of

Civil Procedure, Defendant Bristol-Myers Squibb Co. ("Bristol"), by their attorneys, will take

the deposition upon oral examination of Plaintiff ZymoGenetics Inc. ("ZymoGenetics"), by or

through one or more of its officers, directors, managing agents or other persons who consent to

testify on its behalf about matters set forth in the attached Exhibit A, including information in the

possession, custody and control of ZymoGenetics. Prior to the deposition, ZymoGenetics is

requested to designate in writing to Bristol the name(s) of the person(s) who will testify on its

behalf concerning the areas of testimony specified in the attached Exhibit A, and for each such

written designation, ZymoGenetics is requested to specify in writing the matter(s) as to which

that person will testify.

The deposition will commence at 9:30 a.m. on July 12, 2007, at the offices of

Fitzpatrick, Cella, Harper & Scinto, 30 Rockefeller Plaza, New York, New York 10112, or at

such other time and place as counsel may mutually agree upon, and will continue from day-to-

1

day, weekends and legal holidays excluded, until completed.  The deposition will be conducted before a notary public or other officer duly authorized by law to administer oaths and will be recorded by stenographic and/or videographic means.  You are invited to attend and cross-examine.

*Kelly E. Farnan*

Frederick D. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

OF COUNSEL:

Robert L. Baechtold
Scott K. Reed
Christopher P. Borello
FITZPATRICK CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

Dated: June 18, 2007

*Attorneys for Defendant*
*Bristol-Myers Squibb Co.*

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

### BY E-MAIL and HAND DELIVERY

Philip A. Rovner, Esquire
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE 19899

### BY E-MAIL and FEDERAL EXPRESS

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114


Kelly E. Farnan (#4395)

## EXHIBIT A

### Definitions and Instructions

The Definitions and Instructions set forth in Bristol's First Set of Requests to ZymoGenetics, Inc.

for the Production of Documents and Things are incorporated herein by reference. The term

"patents-in-suit" means the '725 patent, the '026 patent, and/or their associated re-examination

certificates.

### Areas of Testimony

1. Any synthesis, testing, evaluation, or analysis of Bristol's CTLA4-Ig, any other CTLA4-Ig, or Orencia®.

2. Research, development, experimentation and/or testing concerning: all fusion proteins synthesized by or for ZymoGenetics using a dimerizing protein as defined in the patents-in-suit, fusion proteins synthesized by or for ZymoGenetics where part of the fusion protein comprises at least a portion of an immunoglobulin molecule, Platelet-Derived Growth Factor, and/or Platelet-Derived Growth Factor Receptor.

3. The conception, reduction to practice, research, development, design, evaluation, testing, manufacture, production, marketing, and regulatory approval of any embodiment of the subject matter described and/or claimed in the patents-in-suit.

4. Any research, development, experimentation or testing that ZymoGenetics contends represents diligence between the conception and actual reduction to practice of any embodiment covered by any claim of the patents-in-suit.

5. Any testing on any product for the purpose of determining infringement of the patents-in-suit.

6. The preparation, prosecution, and/or issuance of the patents-in-suit and any related applications.

7. Any alleged secondary considerations including commercial success from the patents-in-suit and any (a) alleged long-felt need for, (b) failure for others to achieve, (c) skepticism about the ability to achieve, (d) praise for, (e) unexpected results achieved by, or (f) copying of the subject matter claimed in the patents-in-suit.

8. All correspondence, communications and meetings between ZymoGenetics and any licensee of the patents-in-suit including but not limited to any potential licensees and would be licensees who did not ultimately license any of the patents-in-suit.

9. Any and all licensing fees and/or royalties received by ZymoGenetics in connection with the patents-in-suit.

10. The process by which ZymoGenetics collected documents in response to the document requests served by Bristol-Myers Squibb Co. in this litigation and in the Immunex litigation.