## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ZYMOGENETICS, INC.,                      )
a Washington Corporation,                )
                                         )
        Plaintiff,               )
                                         )    C.A. No. 06-500-***
        v.                       )
                                         )
BRISTOL-MYERS SQUIBB CO.,                )
a Delaware Corporation, and DOES 1       )
through 100,                             )
                                         )
        Defendants.              )
                                         )

### BRISTOL-MYERS SQUIBB COMPANY'S
### NOTICE OF DEPOSITION OF STEVE LEVIN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendant Bristol-Myers Squibb Co. ("Bristol"), by their attorneys, will take the

deposition upon oral examination of Steve Levin, commencing at 9:30 a.m. on August 17, 2007,

at the offices of Fitzpatrick, Cella, Harper & Scinto, 30 Rockefeller Plaza, New York, New York

10112, or at such other time and place as counsel may mutually agree upon, and will continue

from day-to-day, weekends and legal holidays excluded, until completed. The deposition will be

conducted before a notary public or other officer duly authorized by law to administer oaths and

will be recorded by stenographic and/or videographic means. You are invited to attend and

cross-examine.

RLF1-3169050-1

*Kelly E. Farnan*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

OF COUNSEL:

Robert L. Baechtold
Scott K. Reed
Christopher P. Borello
FITZPATRICK CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Defendant*
*Bristol-Myers Squibb Co.*

Dated: June 21, 2007

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2007, I caused the foregoing document to

be served on the Plaintiff at the address and in the manner indicated below:

**By E-Mail and Hand Delivery**

Philip A. Rovner, Esq.
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE 19899

**By E-Mail and Federal Express**

Paul J. Andre, Esq.
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

Kelly E. Farnan (#4395)
Farnan@rlf.com

FCHS_WS 1426838_1.DOC

3