## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ZYMOGENETICS, INC.,                      )
a Washington Corporation,                )
                                         )
                        Plaintiff,       )
                                         )        C.A. No. 06-500-***
            v.                           )
                                         )
BRISTOL-MYERS SQUIBB CO.,                )
a Delaware Corporation, and DOES 1       )
through 100,                             )
                                         )
                        Defendants.      )
                                         )

## BRISTOL-MYERS SQUIBB COMPANY'S
## <u>NOTICE OF DEPOSITION OF JAN OHRSTROM</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendant Bristol-Myers Squibb Co, by their attorneys, will take the deposition upon

oral examination of Jan Ohrstrom.  The deposition will commence at 9:30 a.m. on August 9,

2007, at the offices of Fitzpatrick, Cella, Harper & Scinto, 30 Rockefeller Plaza, New York, New

York 10112, or at such other time and place as counsel may mutually agree upon, and will

continue from day-to-day, weekends and legal holidays excluded, until completed.  The

deposition will be conducted before a notary public or other officer duly authorized by law to

administer oaths and will be recorded by stenographic and/or videographic means.  You are

invited to attend and cross-examine.

RLF1-3169052-1

*Kelly E. Farnan*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

OF COUNSEL:

Robert L. Baechtold
Scott K. Reed
Christopher P. Borello
FITZPATRICK CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Defendant*
*Bristol-Myers Squibb Co.*

Dated: June 21, 2007

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2007, I caused the foregoing document to

be served on the Plaintiff at the address and in the manner indicated below:

### By E-Mail and Hand Delivery

Philip A. Rovner, Esq.
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE 19899

### By E-Mail and Federal Express

Paul J. Andre, Esq.
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

Kelly E. Farnan (#4395)
Farnan@rlf.com

FCHS_WS 1424620_1.DOC