IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC.,<br>a Washington Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BRISTOL-MYERS SQUIBB CO.,<br>a Delaware Corporation, and DOES 1<br>through 100,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-500-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**BRISTOL-MYERS SQUIBB COMPANY'S
<u>NOTICE OF DEPOSITION OF GARY E. PARKER</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Bristol-Myers Squibb Co., by their attorneys, will take the deposition upon oral examination of Gary E. Parker. The deposition will commence at 9:30 a.m. on August 22, 2007, at the offices of Fitzpatrick, Cella, Harper & Scinto, 30 Rockefeller Plaza, New York, New York 10112, or at such other time and place as counsel may mutually agree upon, and will continue from day-to-day, weekends and legal holidays excluded, until completed. The deposition will be conducted before a notary public or other officer duly authorized by law to administer oaths and will be recorded by stenographic and/or videographic means. You are invited to attend and cross-examine.

OF COUNSEL:

Robert L. Baechtold
Scott K. Reed
Christopher P. Borello
FITZPATRICK CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

Dated: June 21, 2007

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendant*
*Bristol-Myers Squibb Co.*

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2007, I caused the foregoing document to be served on the Plaintiff at the address and in the manner indicated below:

**By E-Mail and Hand Delivery**

Philip A. Rovner, Esq.
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE 19899

**By E-Mail and Federal Express**

Paul J. Andre, Esq.
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114


*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com

FCHS_WS 1424620_1.DOC

3

RLF1-3169053-1