## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC.,<br>a Washington Corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-500-*** |
| v. | ) ) | |
| BRISTOL-MYERS SQUIBB CO.,<br>a Delaware Corporation, and DOES 1<br>through 100, | ) ) ) ) | |
| Defendants. | ) ) | |

## BRISTOL-MYERS SQUIBB COMPANY'S
## NOTICE OF DEPOSITION OF LILLIAN ANNE BELL

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendant Bristol-Myers Squibb Co., by their attorneys, will take the deposition upon

oral examination of Lillian Anne Bell, commencing at 9:30 a.m. on July 25, 2007, at the offices

of Fitzpatrick, Cella, Harper & Scinto, 30 Rockefeller Plaza, New York, New York 10112, or at

such other time and place as counsel may mutually agree upon, and will continue from day-to-

day, weekends and legal holidays excluded, until completed.  The deposition will be conducted

before a notary public or other officer duly authorized by law to administer oaths and will be

recorded by stenographic and/or videographic means.  You are invited to attend and cross-

examine.

1

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

OF COUNSEL:

Robert L. Baechtold
Scott K. Reed
Christopher P. Borello
FITZPATRICK CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Defendant*
*Bristol-Myers Squibb Co.*

Dated: June 21, 2007

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 21, 2007, I caused the foregoing document to

be served on the Plaintiff at the address and in the manner indicated below:

**By E-Mail and Hand Delivery**

Philip A. Rovner, Esq.
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE 19899

**By E-Mail and Federal Express**

Paul J. Andre, Esq.
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

*Kelly E. Farnan*

Kelly E. Farnan (#4395)
Farnan@rlf.com

FCHS_WS 1426832_1.DOC