# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 06-500-*** ) |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | ) ) ) ) |
| Defendants. | ) ) ) |

## BRISTOL-MYERS SQUIBB COMPANY'S
## NOTICE OF DEPOSITION OF WAYNE R. KINDSVOGEL

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Bristol-Myers Squibb Co., by their attorneys, will take the deposition upon oral examination of Wayne R. Kindsvogel, commencing at 9:30 a.m. on August 8, 2007, at the offices of Fitzpatrick, Cella, Harper & Scinto, 30 Rockefeller Plaza, New York, New York 10112, or at such other time and place as counsel may mutually agree upon, and will continue from day-to-day, weekends and legal holidays excluded, until completed. The deposition will be conducted before a notary public or other officer duly authorized by law to administer oaths and will be recorded by stenographic and/or videographic means. You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Robert L. Baechtold<br>Scott K. Reed<br>Christopher P. Borello<br>FITZPATRICK CELLA HARPER & SCINTO<br>30 Rockefeller Plaza<br>New York, N.Y. 10112<br>Telephone: (212) 218-2100<br>Facsimile: (212) 218-2200<br><br>Dated: June 21, 2007 | */s/ Kelly E. Farnan*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Kelly E. Farnan (#4395)<br>farnan@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>*Attorneys for Defendant*<br>*Bristol-Myers Squibb Co.* |

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2007, I caused the foregoing document to be served on the Plaintiff at the address and in the manner indicated below:

**By E-Mail and Hand Delivery**

Philip A. Rovner, Esq.
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE 19899

**By E-Mail and Federal Express**

Paul J. Andre, Esq.
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com

FCHS_WS 1426831_1.DOC

3