IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-500-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ZYMOGENETIC'S NOTICE OF DEPOSITION**
**PETER LINSLEY, Ph.D. PURSUANT TO F.R.C.P. 30 AND 45**

　　PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, ZymoGenetics, Inc. ("ZymoGenetics") will take the deposition upon oral examination of third party Peter Linsley, Ph.D., on August 7, 2007. The deposition will begin at 9:00 a.m., at the law offices of Perkins Coie LLP, located at 1201 Third Avenue, Suite 4800, Seattle, Washington, telephone 206-583-8888. The deposition will continue from day to day until completed, or at some other mutually agreeable date and time. The deposition will be taken before a notary public or some other person duly authorized to administer an oath.

　　NOTICE IS FURTHER GIVEN that ZymoGenetics may record the testimony at the above described deposition in real time and/or by videotape in addition to recording this testimony by the stenographic method.

　　The deposition will be taken for the purposes of discovery, to perpetuate the testimony of witness(es) for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure, the Local Rules of this Court, or any other applicable rules.

OF COUNSEL:

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
(650) 838-4300

Dated: July 13, 2007
805843

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*ZymoGenetics, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 13, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
farnan@rlf.com

I hereby certify that on July 13, 2007 I have sent by E-mail the foregoing document to the following non-registered participant:

Christopher P. Borello, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
cborello@fchs.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com