## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-500-***<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

At Wilmington this **17th** day of **July, 2007,**

IT IS ORDERED that the mediation scheduled for August 1, 2007 at 10:00 a.m. has been rescheduled to **October 11, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **October 1, 2007.** All other provisions of the Court's January 26, 2007 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE