IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-500-*** |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | ) ) ) ) ) | |
| Defendants. | ) | |

### STIPULATED AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the November 3, 2006 Scheduling Order in this matter be and hereby is amended as follows:

9. <u>Tutorial Describing the Technology and Matters in Issue</u>. The parties shall provide the Court by October 3, 2007, a tutorial on the technology at issue. In that regard, each party may submit a videotape of not more than 30 minutes. The parties will address whether or not to present the tutorial in person with the Court at a later date after the matter is assigned to a Judge. In either event, the tutorial should focus on the technology in issue and should not be used to argue the parties' claims construction contentions. If the parties choose to file videotapes, they should be filed under seal as part of the Court's file, subject to any protective order in effect. Each party may comment, in writing (in no more than 5 pages) on the opposing party's videotape tutorial. Any such comment shall be filed within ten (10) days of submission of the videotapes.

In all other respects, the November 3, 2006 Scheduling Order, as amended on June 11, 2007, shall remain in full force and effect.

| | |
|---|---|
| /s/Philip A. Rovner | /s/ Kelly E. Farnan |
| Philip A. Rovner (#3215) | Frederick L. Cottrell, III (#2555) |
| provner@potteranderson.com | cottrell@rlf.com |
| Potter Anderson & Corroon LLP | Kelly E. Farnan (#4395) |
| Hercules Plaza | farnan@rlf.com |
| P.O. Box 951 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19899 | One Rodney Square, P.O. Box 551 |
| (302) 984-6000 | Wilmington, DE 19899 |
| | (302) 651-7700 |
| Attorneys for Plaintiff ZymoGenetics, Inc. | Attorneys for Defendant Bristol-Myers Squibb Co. |
| Dated: August 6, 2007 | Dated: August 6, 2007 |

SO ORDERED this _____ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE