IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., <br> a Washington Corporation, <br>     Plaintiff, <br><br> v. <br><br> BRISTOL-MYERS SQUIBB CO., <br> a Delaware Corporation, and DOES 1 <br> through 100, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-500-*** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**BRISTOL-MYERS SQUIBB COMPANY'S
NOTICE OF DEPOSITION OF HEATHER FRANKLIN**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Bristol-Myers Squibb Co, by their attorneys, will take the deposition upon oral examination of Heather Franklin. The deposition will commence at 9:30 a.m. on August 23, 2007, at the offices of Perkins Coie, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101, or at such other time and place as counsel may mutually agree upon, and will continue from day-to-day, weekends and legal holidays excluded, until completed. The deposition will be conducted before a notary public or other officer duly authorized by law to administer oaths and will be recorded by stenographic and/or videographic means. You are invited to attend and cross-examine.

| | |
|---|---|
| OF COUNSEL: <br> Robert L. Baechtold <br> Scott K. Reed <br> Christopher P. Borello <br> Fitzpatrick Cella Harper & Scinto <br> 30 Rockefeller Plaza <br> New York, N.Y. 10112 <br> (212) 218-2100 <br><br> Dated: August 16, 2007 | *Kelly E. Farnan* <br> Frederick L. Cottrell, III (#2555) <br> cottrell@rlf.com <br> Kelly E. Farnan (#4395) <br> farnan@rlf.com <br> Richards, Layton & Finger, P.A. <br> One Rodney Square, P.O. Box 551 <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> *Attorneys for Defendant Bristol-Myers Squibb Co* |

RLF1-3190463-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

**BY HAND DELIVERY**

Philip A. Rovner, Esquire
Potter, Anderson & Corroon
Hercules Plaza
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)