IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | : : : : | |
| Plaintiff, | : : : : | |
| v. | : : | Civil Action No. 06-500-*** |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | : : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **24**th day of **August, 2007**.

The rulings and decisions made during the telephonic conference of August 23, 2007 regarding discovery, specifically D.I. 81 and 83 as contained in the transcript serve as an Order in this case.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE