## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, ) ) ) | |
| Plaintiff, ) ) | C. A. No. 06-500-*** |
| v. ) ) | |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, ) ) ) ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 27, 2007, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

ZYMOGENETICS, INC.'S SECOND SUPPLEMENTAL RESPONSE TO BRISTOL-MYERS SQUIBB COMPANY'S INTERROGATORY NO. 4

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
Cottrell@rlf.com
farnan@rlf.com

**BY E-MAIL**

Christopher P. Borello, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
cborello@fchs.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul J. Andre<br>Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, California 94025-1114<br>(650) 838-4300<br><br>Dated: August 27, 2007<br>815250 | By: /s/ Philip A. Rovner<br>   Philip A. Rovner (#3215)<br>   Hercules Plaza<br>   P. O. Box 951<br>   Wilmington, DE 19899<br>   (302) 984-6000<br>   provner@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*ZymoGenetics, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on August 27, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
farnan@rlf.com

I hereby certify that on August 27, 2007 I have sent by E-mail the foregoing document to the following non-registered participant:

Christopher P. Borello, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
cborello@fchs.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com