IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | : :  : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 06-500-*** |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **25th** day of **September, 2007,**

IT IS ORDERED that the mediation scheduled for October 11, 2007 at 10:00 a.m. is **cancelled** at the request of the parties. The October 1, 2007 date for the parties' mediation submissions is also **cancelled**. A teleconference is scheduled for **Thursday, October 4, 2007 at 11:00 a.m. eastern time** to discuss rescheduling the mediation. **Defendants' counsel shall initiate the call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE