## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 06-500-*** <br> : |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | : <br> : <br> : <br> : |
| Defendants. | : |

## **ORDER**

At Wilmington this **25th** day of **September, 2007,**

IT IS ORDERED that a teleconference is scheduled for **Thursday, October 4, 2007 at 11:00 a.m. eastern time** to discuss a discovery dispute. **Defendants' counsel shall initiate the call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE