## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | : : : |
| Plaintiff, | : : |
| v. | :  Civil Action No. 06-500-*** |
| | : |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | : : : : |
| Defendants. | : |

### ORDER

At Wilmington this **9th** day of **October, 2007,**

IT IS ORDERED that the mediation scheduled for October 11, 2007 at 10:00 a.m. has been rescheduled to **January 24, 2008 at 10:00 a.m.** The parties' mediation submissions shall now be due on or before **January 14, 2008.** All other provisions of the Court's January 26, 2007 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE