## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-500-*** |
| | : | |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **9**[th] day of **October, 2007,**

IT IS ORDERED that the rulings by the Court during the teleconference on October 4, 2007, regarding certain discovery matters as contained in the transcript of that teleconference, serve as an Order in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE