IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 06-500-*** |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **15th** day of **October, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, October 18, 2007 at 4:00 p.m.** with Judge Thynge to address discovery dispute issues. **Kelly E. Farnan, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE