## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-500-*** |
| | : |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | : |
| | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **5th** day of **November, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, November 8, 2007 at 4:00 p.m.** with Judge Thynge. **Frederick L. Cottrell, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE