IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC.,<br>a Washington Corporation,<br>    Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CO.,<br>a Delaware Corporation, and DOES 1<br>through 100,<br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 06-500-***<br>)<br>)<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>) |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on December 3, 2007 copies of Expert Report of Daniel J. Capon, Ph.D. and Expert Report of Jeffrey V. Ravetch, M.D., Ph. D. Regarding Invalidity of U.S. Patent Nos. 5,843,725 and 6,018,026 were served upon the following counsel of record at the addresses and in the manner indicated:

**BY E-MAIL**

Philip A. Rovner, Esquire
Potter, Anderson & Corroon
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

**BY E-MAIL**

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Bristol-Myers Squibb Co.*

OF COUNSEL:
Robert L. Baechtold
Scott K. Reed
Colleen Tracy
Christopher P. Borello
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, N.Y. 10112

Dated: December 4, 2007

RLF1-3071699-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

**BY HAND DELIVERY**

Philip A. Rovner, Esquire
Potter, Anderson & Corroon
Hercules Plaza - 6th Floor
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-3067406-1