IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, ) ) ) | |
| Plaintiff, ) ) | C. A. No. 06-500-*** |
| v. ) ) | |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 3, 2007, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

    DISCLOSURE OF EXPERT TESTIMONY FOR DAVID A. OSTROV, PH.D.
    PURSUANT TO FED. R. CIV. P. 26(a)(2)

    DISCLOSURE OF EXPERT TESTIMONY FOR RICHARD M. MYERS, PH.D.
    PURSUANT TO FED. R. CIV. P. 26(a)(2)

    EXPERT DAMAGES REPORT OF RUSSELL L. PARR, CFA

    DISCLOSURE OF EXPERT TESTIMONY FOR NICHOLAS R. J. GASCOIGNE,
    PH.D. PURSUANT TO FED. R. CIV. P. 26(a)(2)

-2-

**BY E-MAIL**

Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
farnan@rlf.com

**BY E-MAIL**

Christopher P. Borello, Esq.
Colleen Tracy, Esq.
John W. Kirkland, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
cborello@fchs.com
ctracy@fchs.com
jkirkland@fchs.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
Meghan A. Wharton
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
(650) 838-4300

Dated: December 5, 2007
835083

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff*
*ZymoGenetics, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on December 5, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
farnan@rlf.com

I hereby certify that on December 5, 2007 I have sent by E-mail the foregoing document to the following non-registered participant:

Christopher P. Borello, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112
cborello@fchs.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com