IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., <br> a Washington Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOL-MYERS SQUIBB CO., <br> a Delaware Corporation, and DOES 1 <br> through 100, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-500-*** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATED AMENDED SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to approval of the Court, that the November 3, 2006 Scheduling Order, the May 23, 2007 Stipulated Amended Scheduling Order, the August 6, 2007 Stipulated Amended Scheduling Order, the September 21, 2007 Stipulated Amended Scheduling Order and the December 13, 2007 Stipulated Amended Scheduling Order in this matter be and hereby are amended as follows:

    3.    Discovery.

        c.    Discovery Cut Off. Fact discovery in this case shall be initiated so that it will be completed on or before October 12, 2007 for the remaining depositions and outstanding discovery requests of the parties. Expert discovery shall be initiated so that it will be completed by May 12, 2008.

        d.    Disclosure of Expert Testimony. Unless otherwise agreed to by the parties, they shall exchange their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on December 3, 2007 and exchange a supplemental disclosure to contradict or

1

rebut evidence on the same subject matter identified by another party on January 25, 2008. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

In all other respects, the November 3, 2006 Scheduling Order as amended on May 23, 2007, August 6, 2007, September 21, 2007 and December 13, 2007 shall remain in full force and effect.

| | |
|---|---|
| /s/Philip A. Rovner | /s/Kelly E. Farnan |
| Philip A. Rovner (#3215) | Frederick L. Cottrell, III (#2555) |
| provner@potteranderson.com | cottrell@rlf.com |
| Potter Anderson & Corroon, LLP | Kelly E. Farnan (#4395) |
| Hercules Plaza | farnan@rlf.com |
| P.O. Box 951 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19899 | One Rodney Square, P.O. Box 551 |
| (302) 984-6000 | Wilmington, DE 19899 |
| | (302) 651-7700 |
| Attorneys for Plaintiff ZymoGenetics, Inc. | Attorneys for Defendant Bristol-Myers Squibb Co. |
| Dated: January 16, 2008 | Dated: January 16, 2008 |

SO ORDERED this ____ day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE