IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100,<br><br>           Defendants. | )<br>)<br>)<br>)   C. A. No. 06-500-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 25, 2008, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

    DISCLOSURE OF REBUTTAL EXPERT TESTIMONY FOR NICHOLAS R. J. GASCOIGNE, PH.D. PURSUANT TO FED. R. CIV. P. 26(a)(2)

    DISCLOSURE OF REBUTTAL EXPERT TESTIMONY FOR GERALD H. BJORGE PURSUANT TO FED. R. CIV. P. 26(a)(2)

    DISCLOSURE OF REBUTTAL EXPERT TESTIMONY FOR PAUL EDWARD PURDUE PH.D. PURSUANT TO FED. R. CIV. P. 26(a)(2)

-2-

**BY E-MAIL**

Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
farnan@rlf.com

**BY E-MAIL**

Christopher P. Borello, Esq.
Colleen Tracy, Esq.
John W. Kirkland, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112
cborello@fchs.com
ctracy@fchs.com
jkirkland@fchs.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
Meghan A. Wharton
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
(650) 838-4300

Dated: January 28, 2008
844832

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff*
*ZymoGenetics, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on January 28, 2008, true and correct copies of the within document were served on the following counsel of record at the addresses and in the manner indicated:

**BY E-MAIL**

Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
farnan@rlf.com

Christopher P. Borello, Esq.
Colleen Tracy, Esq.
John W. Kirkland, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
cborello@fchs.com
ctracy@fchs.com
jkirkland@fchs.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com