IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation,<br>          Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100,<br>          Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-500-***<br>)<br>)<br>)  DEMAND FOR JURY TRIAL<br>)<br>)<br>) |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on January 25, 2008 copies of (i) Expert Report of Raymond S. Sims; (ii) Expert Rebuttal Report of John Kuriyan, Ph.D. Regarding Non-Infringement of US Patent Nos. 5,843,725 and 6,018,026; and (iii) Expert Rebuttal Report of Jeffrey V. Ravetch, M.D., Ph.D. Regarding Non-Infringement of US Patent Nos. 5,843,725 and 6,018,026 were served upon the following counsel of record at the addresses and in the manner indicated:

| BY E-MAIL and FEDERAL EXPRESS | BY E-MAIL and FEDERAL EXPRESS |
|---|---|
| Philip A. Rovner, Esquire<br>Potter, Anderson & Corroon<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19899 | Paul J. Andre<br>Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, CA 94025-1114 |

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Bristol-Myers Squibb Co.*

OF COUNSEL:
Robert L. Baechtold
Scott K. Reed
Colleen Tracy
Christopher P. Borello
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, N.Y. 10112

Dated: January 29, 2008

RLF1-3071699-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 29, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

**BY HAND DELIVERY**

Philip A. Rovner, Esquire
Potter, Anderson & Corroon
Hercules Plaza - 6th Floor
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

*Kelly E. Farnan*
Kelly E. Farnan (#4395)