IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ZYMOGENETICS INC., )
                                 )
      Plaintiff, )
                                 )
v. )   Civ. No. 06-500-SLR/MPT
                                 )
BRISTOL-MYERS SQUIBB CO., et al., )
                                 )
      Defendants. )

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 11th day of February, 2008, the above case having been reassigned from the vacant judgeship caseload;

IT IS ORDERED that the case is hereby referred to Magistrate Judge Mary Pat Thynge. Consistent with 28 U.S.C. § 636(b), Judge Thynge shall:

1. Hear and determine all discovery disputes.[1]

2. Conduct alternate dispute resolution.

3. The above caption shall be used in all subsequent filings in this action.

                                                                /s/ [signature]
                                                         United States District Judge

---

[1] With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.