IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ZYMOGENETICS, INC.,                   )
                                      )
            Plaintiff,                )
                                      )
    v.                                )   Civ. No. 06-500-SLR
                                      )
BRISTOL-MYERS SQUIBB CO., et al.,     )
                                      )
            Defendants.               )

## O R D E R

At Wilmington this 12th day of February, 2008,

IT IS ORDERED that a telephonic status conference shall be held on

**Thursday, March 13, 2008**, at 8:30 a.m.  Counsel for plaintiff shall coordinate and

initiate this call.


United States District Judge