IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 06-500-SLR-MPT ) |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | ) ) ) ) ) |
| Defendants. | ) ) ) |

### STIPULATION REGARDING JOINT CLAIM CHART

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to approval of the Court, that the deadline for submitting the Joint Claim Construction Chart and supporting documents pursuant to paragraph 12 of the Scheduling Order shall be extended from February 15, 2008 to May 7, 2008.

| | |
|---|---|
| /s/ Philip A. Rovner | /s/ Kelly E. Farnan |
| Philip A. Rovner (#3215) | Frederick L. Cottrell, III (#2555) |
| provner@potteranderson.com | cottrell@rlf.com |
| Potter Anderson & Corroon, LLP | Kelly E. Farnan (#4395) |
| Hercules Plaza, P.O. Box 951 | farnan@rlf.com |
| Wilmington, DE 19899 | Richards, Layton & Finger, P.A. |
| (302) 984-6000 | One Rodney Square, P.O. Box 551 |
| *Attorneys for Plaintiff ZymoGenetics, Inc* | Wilmington, DE 19899 |
| | (302) 651-7700 |
| | *Attorneys for Defendant Bristol-Myers Squibb Co* |
| Dated: February 14, 2008 | |
| | Dated: February 14, 2008 |

IT IS SO ORDERED this _____ day of February, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

1

RLF1-3251978-1