IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC.,<br>a Washington Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-500-SLR/MPT |
| BRISTOL-MYERS SQUIBB CO.,<br>a Delaware Corporation, and DOES 1<br>through 100, | ) ) ) ) | |
| Defendants. | ) ) ) | |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that the address for Paul J. André, Esq., Lisa Kobialka, Esq., and

Meghan Ashley Wharton, Esq., counsel for plaintiff ZymoGenetics, Inc., has been changed,

effective February 18, 2008 from Perkins Coie LLP, 101 Jefferson Drive, Menlo Park, CA

94025-1114 to:

> Paul J. Andre, Esq.
> Lisa Kobialka, Esq.
> Meghan Ashley Wharton, Esq.
> King & Spalding, LLP
> 1000 Bridge Parkway
> Suite 100
> Redwood Shores, CA 94065
> (650) 590-0700
> (650) 590-1900 - Facsimile
> pandre@kslaw.com
> lkobialka@kslaw.com
> mwharton@kslaw.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: _____

Paul J. André
King & Spalding LLP
1000 Bridge Parkway
Suite 100
Redwood Shores, CA 94065

Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

Dated: February 19, 2008

849436

*Attorneys for Plaintiff*
*ZymoGenetics, Inc.*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 19, 2008, the within

document was filed with the Clerk of the Court using CM/ECF which will send notification of

such filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
farnan@rlf.com

I hereby certify that on February 19, 2008 I have sent by E-mail the foregoing

document to the following non-registered participant:

Christopher P. Borello, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112
cborello@fchs.com

Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com