## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-500-SLR |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | : |
| Defendants. | : |

## ORDER

At Wilmington this **21st** day of **April, 2008,**

IT IS ORDERED that the mediation scheduled for Wednesday, May 21, 2008 at 10:00 a.m. with Judge Thynge has been rescheduled to **Wednesday, August 20, 2008 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, August 7, 2008.** All other provisions of the Court's January 26, 2007 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE