IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100,<br><br>        Defendants. | C.A. No. 06-500-SLR |

**PLAINTIFF ZYMOGENETICS, INC.'S MOTION
FOR SUMMARY JUDGMENT OF VALIDITY OF PATENTS-IN-SUIT
WITH RESPECT TO THE CAPON PATENTS AND THE SEED PATENT**

    Plaintiff ZymoGenetics, Inc. ("ZymoGenetics") hereby requests the Court grant a judgment finding that U.S. Patent No. 5,843,725 ("the '725 Patent") and U.S. Patent No. 6,018,026 ("the '026 Patent") are valid over U.S. Patent Nos. 6,004,781 ("the Seed patent") and U.S. Patent No. 5,336,603, U.S. Patent No. 5,565,335, U.S. Patent No. 6,117,655, and U.S. Patent No. 6,710,169 (collectively the "Capon patents") pursuant to Federal Rule of Civil Procedure 56.  The evidence will show that, based on the date of invention, the '725 and '026 Patents are valid in light of the Seed patent and the Capon patents because the Seed patent and the Capon Patents are not prior art to the '725 and '026 Patents.  Additionally, Defendant Bristol-Myer Squibb Co. cannot meet its burden of proof to show that the '725 and '026 Patents are invalid under 35 U.S.C. § 102(e) and § 103 with respect to the Seed patent and the Capon Patents.

2

For the foregoing reasons, and for those set forth in ZymoGenetics' memorandum of points and authorities in support of this motion filed herewith, and all the documents and papers filed in this case and all oral argument the Court may request, ZymoGenetics respectfully requests that the Court grant its Motion.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. André
Lisa Kobialka
King & Spalding LLP
1000 Bridge Parkway
Suite 100
Redwood City, CA 94065
(650) 590-0700

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

Dated: May 16, 2008
865143

*Attorneys for Plaintiff*
*ZymoGenetics, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on May 16, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

>Frederick L. Cottrell, III, Esq.
>Kelly E. Farnan, Esq.
>Richard Layton & Finger, P.A.
>One Rodney Square
>P. O. Box 551
>Wilmington, DE 19899
>cottrell@rlf.com
>farnan@rlf.com

I hereby certify that on May 16, 2008 I have sent by E-mail the foregoing document to the following non-registered participant:

>Christopher P. Borello, Esq.
>Colleen Tracy, Esq.
>Fitzpatrick Cella Harper & Scinto
>30 Rockefeller Plaza
>New York, NY 10112
>cborello@fchs.com
>ctracy@fchs.com

>/s/ Philip A. Rovner
>Philip A. Rovner (#3215)
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P. O. Box 951
>Wilmington, DE 19899
>(302) 984-6000
>provner@potteranderson.com

748348