# SEALED
# DOCUMENT

Case 1:06-cv-00500-SLR-MPT    Document 165    Filed 05/16/2008    Page 1 of 1