IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, ) ) ) | |
| Plaintiff, ) | C. A. No: 06-500-SLR-MPT |
| v. ) ) | |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, ) ) ) ) | |
| Defendants. ) | |

**BRISTOL-MYERS SQUIBB COMPANY'S
MOTION FOR SUMMARY JUDGMENT OF NO WILLFULNESS**

Defendant Bristol-Myers Squibb Company ("Bristol") hereby moves the Court for summary judgment of no willfulness and dismissal of Plaintiffs' claims for enhanced damages and attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285. The grounds for the Motion are more fully set forth in Bristol's Opening Brief In Support of Its Motion for Summary Judgment of No Willfulness, the Declaration of John W. Kirkland in Support of Bristol's Motion for Summary Judgment of No Willfulness, and Bristol's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment of No Willfulness, all being filed contemporaneously herewith.

OF COUNSEL:

Robert L. Baechtold
Scott K. Reed
Colleen Tracy
Ha Kung Wong
Christopher P. Borello
FITZPATRICK CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 218-2100

Dated: May 16, 2008

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendant
Bristol-Myers Squibb Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

**BY HAND DELIVERY AND E-MAIL**

Philip A. Rovner, Esquire
Potter, Anderson & Corroon
Hercules Plaza - 6th Floor
Wilmington, DE 19899

**BY E-MAIL**

Paul J. Andre
King & Spalding, LLP
1000 Bridge Parkway
Suite 100
Redwood Shores, CA 94065

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation,<br><br>Plaintiff,<br>v.<br><br>BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C. A. No: 06-500-SLR-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

WHEREAS, Defendant Bristol-Myers Squibb Company, having moved this Court for an Order granting summary judgment of no willfulness and dismissal of Plaintiff ZymoGenetics' claims for enhanced damages and attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285;

WHEREAS, the Court having considered the submissions of the parties,

IT IS HEREBY ORDERED this ____ day of _____, 2008 that the Motion is GRANTED.

_____
United States District Judge

RLF1-3284449-1