IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., a Washington Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-500-SLR<br>)<br>)  **PUBLIC VERSION**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF ZYMOGENETICS, INC.'S STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE
TRIED AND LEGAL ISSUES IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT OF VALIDITY OF PATENTS-IN-SUIT
WITH RESPECT TO THE CAPON PATENTS AND SEED PATENT**

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
KING & SPALDING LLP
1000 Bridge Parkway
Suite 100
Redwood Shores, CA 94065
(650) 590-0700

Dated: May 16, 2008
Public Version: May 22, 2008

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com

Attorneys for Plaintiff
ZymoGenetics, Inc.

In accordance with the Court's Revised Scheduling Order of March 14, 2008, Plaintiff ZymoGenetics, Inc. ("ZymoGenetics") files this Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried And Legal Issues In Support of Plaintiff's Motion for Summary Judgment of Validity of Patents-in-Suit With Respect To The Capon Patents And The Seed Patent. ZymoGenetics respectfully sets forth that the following material facts are not in dispute and therefore there is no genuine issue to be tried:

1. At a date no later than January 4th-5th, 1988, the inventors of the '725 and '026 Patents had a definite and permanent idea of the invention of the '725 and '026 Patents that one skilled in the art could understand the invention. *See* Ex.1 at 25:20-21; 74:15-18; 178:9-23; 183:5-9; 186:2-17; 187:4-18; Ex.3 at ZG 033206; Declaration of Paul Edward Purdue ("Purdue Decl") at ¶ 2; 4; Ex. 3 at 178:25-179:4; Ex.8 at 15:19.[1]

2. ZymoGenetics exercised reasonable diligence to reduce the invention to practice. *See* Ex.1 at 77:6-8; 109:14-17; Ex.2 at ZG33217, ZG33220, ZG58359; Ex.10 at Fig.2; Ex.11 at Fig.2; Purdue Decl. ¶ 7-8; Ex.8; Ex.4 at ZG40464; Ex.7 at 56:19-62:1.

3. Prior to September 28, 2008, ZymoGenetics had constructed an embodiment of the invention, determined that the invention would work for its intended purpose, and there was sufficient evidence to corroborate

---

[1] Citations to "Ex.#" refer to the Exhibits attached to Declaration of Hannah Lee Submitted in Support of Plaintiff's Motion for Summary Judgment of Validity of Patents-in-Suit With Respect to The Capon Patents and The Seed Patent filed concurrently herewith.

inventor testimony regarding these events. *See* Ex.2 at 77:3-4; 78:5-15; 81:22-83:5; Purdue Decl. at ¶ 9-12.

4. United States Patent No. 6,004,781 ("the Seed patent") claims a priority date that falls after the date of the invention of the '725 and '026 Patents, and is, therefore, not prior art under 35 U.S.C. § 102(e). *See* Ex. 5 at ¶ 164; Ex.12.

5. United States Patent Nos. 5,336,603; 5,556,335; 6,117,655; 6,710,169 (collectively, "the Capon patents") claim a priority date that falls after the date of the invention of the '725 and '026 Patents and is, therefore, not prior art under 35 U.S.C. § 102(e) or § 103. *See* Ex. 5 at ¶ 74, Ex. 13-16.

ZymoGenetics also respectfully sets forth that judgment is sought on the following legal issues:

1. Whether summary judgment should be granted that the conception and the date of invention was no later than January 4th-5th, 1988.

2. Whether summary judgment should be granted that the '725 and '026 Patents are valid over the Seed and Capon patents under 35 U.S.C. § 102(e) and § 103.

3

                                                      POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. André  
Lisa Kobialka  
King & Spalding LLP  
1000 Bridge Parkway  
Suite 100  
Redwood City, CA 94065  
(650) 590-0700  

Dated: May 16, 2008  
Public Version: May 22, 2008  
865826

By: /s/ Philip A. Rovner  
    Philip A. Rovner (#3215)  
    Hercules Plaza  
    P. O. Box 951  
    Wilmington, DE  19899  
    (302) 984-6000  
    provner@potteranderson.com  

*Attorneys for Plaintiff*  
*ZymoGenetics, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 22, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
farnan@rlf.com

I hereby certify that on May 22, 2008 I have sent by E-mail the foregoing document to the following non-registered participant:

Christopher P. Borello, Esq.
Colleen Tracy, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
cborello@fchs.com
ctracy@fchs.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

748348