IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 06-500-SLR-MPT |
| v. | ) ) | |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | ) ) ) ) | **REDACTED PUBLIC VERSION** |
| Defendants. | ) ) | |

## DECLARATION OF DAVID M. KELLY IN SUPPORT OF BRISTOL-MYERS SQUIBB COMPANY'S ANSWERING BRIEF IN OPPOSITION TO ZYMOGENETICS' MOTION TO EXCLUDE THE TESTIMONY OF BRISTOL'S EXPERTS

I, David M. Kelly, hereby declare the following:

1.  I am an associate with the law firm of Fitzpatrick, Cella, Harper & Scinto, attorneys for Defendant Bristol-Myers Squibb Company ("Bristol") in this action. I submit this Declaration in support of Bristol's Answering Brief In Opposition To ZymoGenetics' Motion To Exclude The Testimony Of Bristol's Experts.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the *curriculum vitae* of Dr. Jeffrey V. Ravetch.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the *curriculum vitae* of Dr. John Kuriyan.

4.  Attached hereto as Exhibit 3 is a true and correct copy of the *curriculum vitae* of Dr. Daniel J. Capon.

5.  Attached hereto as Exhibit 4 is a true and correct copy of Expert Report of Dr. Jeffrey V. Ravetch Regarding Invalidity.

6.  Attached hereto as Exhibit 5 is a true and correct copy of Expert Rebuttal Report of Dr. John Kuriyan Regarding Noninfringement.

7.  Attached hereto as Exhibit 6 is a true and correct copy of Expert Report of Dr. Daniel J. Capon Regarding Invalidity.

8.  Attached hereto as Exhibit 7 is a true and correct copy of the Expert Rebuttal Report of Dr. Jeffrey V. Ravetch Regarding Noninfringement.

9.  Attached hereto as Exhibit 8 is a true and correct copy of Disclosure of Expert Testimony for Dr. Nicholas R. J. Gascoigne.

10. Attached hereto as Exhibit 9 is a true and correct copy of Disclosure of Expert Testimony for Dr. David A. Ostrov.

11. Attached hereto as Exhibit 10 is a true and correct copy of Disclosure of Expert Rebuttal Testimony for Dr. Paul E. Purdue.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the Transcript of the May 2, 2008 Deposition of Dr. Daniel J. Capon.

13. Attached hereto as Exhibit 12 is a true and correct copy of Disclosure of Expert Testimony for Dr. Richard M. Myers

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the Transcript of the May 12, 2008 Deposition of Mr. Gerald H. Bjorge.

15.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the Transcript of the May 6, 2008 Deposition of Dr. David A. Ostrov.

16.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the Transcript of the May 20, 2008 Deposition of Dr. Jeffrey V. Ravetch.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 5th day of June, 2008, in New York, New York.

David M. Kelly

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**BY HAND DELIVERY and E-MAIL**

Philip A. Rovner
Potter, Anderson & Corroon
Hercules Plaza - 6th Floor
Wilmington, DE 19899

I hereby certify that on June 5, 2008, the foregoing document was sent to the following non-registered participants in the manner indicted:

**BY E-MAIL**

Paul J. Andre
King & Spalding, LLP
1000 Bridge Parkway
Suite 100
Redwood Shores, CA 94065

_/s/ Kelly E. Farnan_
Kelly E. Farnan (#4395)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**BY HAND DELIVERY**

Philip A. Rovner
Potter, Anderson & Corroon
Hercules Plaza - 6th Floor
Wilmington, DE 19899

I hereby certify that on June 30, 2008, the foregoing document was sent to the following non-registered participants in the manner indicted:

**BY FEDERAL EXPRESS**

Paul J. Andre
King & Spalding, LLP
1000 Bridge Parkway
Suite 100
Redwood Shores, CA 94065

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)

# EXHIBITS 1-15 REDACTED IN THEIR ENTIRETY