# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZYMOGENETICS, INC., a Washington Corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-500-SLR |
| v. | ) ) | **PUBLIC VERSION** |
| BRISTOL-MYERS SQUIBB CO., a Delaware Corporation, and DOES 1 through 100, | ) ) ) ) | |
| Defendants. | ) ) | |

## PUBLIC VERSION OF
### DECLARATION OF AMY SUN IN SUPPORT OF PLAINTIFF ZYMOGENETICS, INC.'S REBUTTAL CLAIM CONSTRUCTION BRIEF

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
KING & SPALDING LLP
1000 Bridge Parkway
Suite 1000
Redwood City, CA 94065
(650) 590-0700

Dated: June 23, 2008
Public Version: June 30, 2008

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

Attorneys for Plaintiff
ZymoGenetics, Inc.

I, AMY SUN, declare:

1.    I am an attorney with the law firm of King & Spalding LLP, counsel of record for Plaintiff ZymoGenetics, Inc., ("ZymoGenetics"). I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2.    Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,843,725 ("'725 Patent"), bearing bates numbers ZG000842-919.

3.    Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,018,026 ("'026 Patent"), bearing bates numbers ZG00001-77.

4.    Attached hereto as Exhibit 3 is a true and correct copy of pages 248-49 from the transcript of the 30(b)(6) deposition of Andrzej Sledziewski, taken on August 21, 2007.

5.    Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,155,027, bearing bates numbers ZG 051582-617.

6.    Attached hereto as Exhibit 5 is a true and correct copy of a communication from the European Patent Office dated June 4, 1993.

7.    Attached hereto as Exhibit 6 is a true and correct copy of a letter from Forrester & Boehmert to the European Patent Office dated March 11, 1993, bearing bates numbers ZG031859-68.

8.    Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the prosecution history of the '026 Patent, bearing production numbers ZG 00354-77.

9.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the prosecution history of the '725 Patent, bearing production numbers ZG 001242-56, 1281-301, 1320-35.

10.    Attached hereto as Exhibit 9 is a true and correct copy of page 220 from the transcript of the deposition of Nicholas R.J. Gascoigne, Ph.D. taken April 29, 2008.

11.    Attached hereto as Exhibit 10 is a true and correct copy of page 114 from the transcript of the deposition of Paul E. Purdue, taken May 5, 2008.

I declare under penalty of perjury under the laws of the State of California and the United States that each of the above statements is true and correct.

Executed on June 23, 2008 in Redwood Shores, California.

_____
Amy Sun

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 30, 2008, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as indicated;

and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richard Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
farnan@rlf.com

I hereby certify that on June 30, 2008 I have sent by E-mail the foregoing

document to the following non-registered participant:

Christopher P. Borello, Esq.
Colleen Tracy, Esq.
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
cborello@fchs.com
ctracy@fchs.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

748348

# Exhibit 1

US005843725C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (5480th)

# United States Patent
Sledziewski et al.

(10) **Number:** US 5,843,725 C1

(45) **Certificate Issued:** Aug. 29, 2006

(54) METHODS OF PRODUCING SECRETED RECEPTOR ANALOGS AND BIOLOGICALLY ACTIVE DIMERIZED POLYPEPTIDE FUSIONS

(75) Inventors: Andrzej Z. Sledziewski. Seattle. WA (US): Lillian Anne Bell. Seattle. WA (US): Wayne R. Kindsvogel. Seattle, WA (US)

(73) Assignee: Zymogenetics, Inc., Seattle. WA (US)

Reexamination Request:
No. 90/006,970. Mar. 16. 2004

Reexamination Certificate for:
Patent No.: 5,843,725
Issued: Dec. 1, 1998
Appl. No.: 08/475,458
Filed: Jun. 7, 1995

Certificate of Correction issued Jan. 1. 2002.

Related U.S. Application Data

(60) Division of application No. 08/180.195. filed on Jan. 11. 1994. now Pat. No. 5,567,584. which is a continuation of application No. 07/634,510. filed on Dec. 27. 1990, now abandoned. which is a continuation-in-part of application No. 07/347.291. filed on May 2. 1989. now Pat. No. 5,155, 027. which is a continuation-in-part of application No. 07/146.877. filed on Jan. 22. 1988. now abandoned.

(30)     Foreign Application Priority Data

Jan. 18. 1989    (EP) .............................. 8910087

(51) Int. Cl.
C12N 15/10    (2006.01)
C12N 5/10     (2006.01)

(52) U.S. Cl. ............... 435/69.7: 435/325: 435/320.1:
435/172.3: 530/387.1: 530/387.3: 530/333:
530/350: 530/399

(58) Field of Classification Search ............... 530/350.
530/387.3. 388.24. 399. 402. 387.1. 333:
435/69.7. 320.1. 325. 172.3
See application file for complete search history.

(56)        References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4.859.609 A | 8/1989 | Dull et al. | 436/501 |
| 5.098.833 A | 3/1992 | Lasky et al. | 435/69.1 |
| 5.336.603 A | 8/1994 | Capon et al. | 435/69.7 |
| 5.428.130 A | 6/1995 | Capon et al. | 530/350 |
| 5.565.335 A | 10/1996 | Capon et al. | 435/64.7 |
| 5.605.690 A | 2/1997 | Jacobs et al. | 424/134.1 |
| 5.610.279 A | 3/1997 | Brockhaus et al. | 530/387.3 |
| 5.648.260 A | 7/1997 | Winter et al. | 435/252.3 |
| 5.650.150 A | 7/1997 | Gillies | 424/134.1 |
| 5.712.155 A | 1/1998 | Smith et al. | 435/320.1 |
| 5.726.037 A | 3/1998 | Bodary et al. | 435/69.1 |
| 5.750.375 A | 5/1998 | Sledziewski et al. | 435/69.7 |
| 6.004.781 A | 12/1999 | Seed | 435/69.7 |
| 6.018.026 A | 1/2000 | Sledziewski et al. | 530/350 |

OTHER PUBLICATIONS

Bierer. Barbara E.. et al.. "The Biologic Roles of CD2, CD4. and CD8 in T-cell Activation". *Ann. Rev. Immunol*. vol. 7. (1989).579–599.

Ellis. Leland, et al.. "Truncation of the Ectodomain of the Human Insulin Receptor Results in Secretion of a Soluble Insulin Binding Protein from Transfected CHO Cells". *Journal of Molecular Recognition*. vol. 1. No. 1. (1988).25–31.

Estess. Mark D.. et al.. "Analysis of T–Cell Receptor Structure and Function Using Chimeric T-Cell Receptor/ Immunoglobulin Molecules". *J. Cell Biochem. Suppl. O* (11 part D). (1987).258.

Fernley. R. T.. et al.. "The Application of Recombinant DNA Techniques to the Study of Cell Membrane Receptors". *Molecular and Chemical Characterization of Membrane Receptors*. (1984).261–282.

Gascoigne. Nicholas R.. et al.. "Chimeric Proteins Produced By T Cell Receptor–Immunoglobulin Gene Fusions". *Immune Regulation by Characterized Polypeptides*. (1987). 617–627.

Gascoigne. Nicholas R.. et al.. "Secretion of Chimeric T Cell Receptor–Immunoglobulin Fushion Proteins". *J. Cell Biochem. Suppl. O* (11 part D). (1987).259.

Goverman. Joan. et al.. "Chimeric T–Cell Receptor Genes as Tools in Analyzing T–Cell/Target–Cell Interactions". *J. Cell Biochem. Suppl. O* (11 part D). (1987).259.

Himmler. Adolf. et al.. "Molecular Cloning and Expression of Human and Rat Tumor Necrosis Factor Receptor Chain (p60) and Its Soluble Derivative. Tumor Necrosis Factor-Binding Protein". *DNA and Cell Biology*. vol. 9. No. 10. (1990).705–715.

Ratnofsky. Sheldon E.. et al.. "Expression and Function of CD8 in a Murine T Cell Hybridoma". *J. Exp. Med*.. vol. 166. (Dec. 1987). 1747–1757.

Smith. Richard A.. et al.. "Multimeric Structure of the Tumor Necrosis Factor Receptor of HeLa Cells". *Journal of Biological Chemistry*. vol. 264. No. 25. (Sep. 5. 1989). 14646–14652.

Traunecker. Andre. et al.. "Highly Efficient Neutralization of HIV with Recombinant CD4–Immunoglobulin molecules". *Nature*. vol. 339. (May 4. 1989).68–70.

(Continued)

*Primary Examiner*—Bennett Celsa

(57)        ABSTRACT

Methods for producing secreted receptor analogs and biologically active peptide dimers are disclosed. The methods for producing secreted receptor analogs and biologically active peptide dimers utilize a DNA sequence encoding a receptor analog or a peptide requiring dimerization for biological activity joined to a dimerizing protein. The receptor analog includes a ligand-binding domain. Polypeptides comprising essentially the extracellular domain of a human PDGF receptor fused to dimerizing proteins. the portion being capable of binding human PDGF or an isoform thereof. are also disclosed. The polypeptides may be used within methods for determining the presence of and for purifying human PDGF or isoforms thereof.

US 5,843,725 C1

Page 2

OTHER PUBLICATIONS

Traunecker, Andre, et al., "Solubilizing the T–cell receptor—problems in solution", *Immunology Today*, vol. 10. (1989),29–32.

Ullrich, Axel, et al., "Signal Transduction by Receptors with Tyrosine Kinase Activity", *Cell*, vol. 61. (1990),203–212.

Van Brunt, Jennifer, "Lymphokine Receptors as Therapeutics", *Bio/Technology*, vol. 7, (Jul., 1989),668–669.

Weber, David V., et al., "Medium–Scale Ligand–Affinity Purification of Two Soluble Forms of Human Interleukin–2 Receptor", *Journal of Chromatography*, vol. 431, (1988), 55–63.

Whittaker, Jonathan, et al., "Secretion of Soluble Functional Insulin Receptors by Transfected NIH3T3 Cells", *Journal of Biological Chemistry*, vol. 263, No. 7, (Mar. 5, 1988). 3063–3066.

Williams, Gareth T., et al., "Signal Transduction by Receptors with Tyrosine Kinase Activity", *Gene*, vol. 43, (1986). 319–324.

Williams, Alan F., et al., "The Immunoglobulin Superfamily—Domains for Cell Surface Recognition", *Ann. Rev. Immunol.* vol. 6, (1988),381–405.

Broach, James R., et al., "Transformation in Yeast: Development of a Hybrid Cloning Vector and Isolation of the CAN1 Gene", *Gene*. 8, (1979).pp. 121–133.

Struhl, Kevin, et al., "High–Frequency Transformation of Yeast: Autonomous Replication of Hybrid DNA Molecules", *Proc. Natl. Acad. Sci. USA*. 76, (1979).pp. 1035–1039.

Ellis, Leland, et al., "Linking functional domains of the human insulin receptor with the bacterial aspartate receptor", *Proc. Natl. Acad. Sci. USA*, vol. 83, (Nov. 1986). pp. 8137–8141.

Gascoigne, Nicholas R., et al., "Secretion of a chimeric T–cell receptor–immunoglobulin protein", *Proc. Natl. Acad. Sci.*, vol. 84, (May 1987), pp. 2936–2940.

Riedel, Heimo, et al., "A chimeric, ligand–binding v–erbB/ EGF receptor retains transforming potential", *Science*, vol. 236.(Apr. 10, 1987), pp. 197–200.

Traunecker, Andre, et al., "Soluble CD4 molecules neutralize human immunodeficiency virus type 1", *Nature*, vol. 331.(Jan. 1988), pp. 84–86.

US 5,843,725 C1

1

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS
### INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 9–13, 15–20 and 28–49 is confirmed.

Claims 1, 14 and 21 are determined to be patentable as amended.

Claims 2–8 and 22–27, dependent on an amended claim, are determined to be patentable.

New claims 50 and 51 are added and determined to be patentable.

1. A method for producing a secreted active dimerized polypeptide fusion, comprising:

introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to a dimerizing protein heterologous to said non-immunoglobulin polypeptide;

growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said DNA sequence; and

isolating said dimerized polypeptide fusion from said host cell,

*wherein the dimerizing protein is selected from the group consisting of yeast invertase; at least a portion of an immunoglobulin light chain comprising at least an immunoglobulin light chain constant region domain; and at least a portion of an immunoglobulin heavy chain comprising at least an immunoglobulin heavy chain constant region domain.*

2

14. The method of claim 9 wherein said non-immunoglobulin polypeptide requiring dimerization for biological activity is selected from the group consisting of a polypeptide comprising the amino acid sequence of FIGS. 1A–1D (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to lysine, number 531, a polypeptide comprising the amino acid sequence of [FOGS.] *FIGS.* 1A–1D (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441, and a polypeptide comprising the amino acid sequence of FIGS. 11A–11 D (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524.

21. A method for producing a secreted receptor analog, comprising:

introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to at least one secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to a dimerizing protein heterologous to said ligand-binding domain, and optionally an immunoglobulin hinge or variable region *joined* to said dimerizing protein;

growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said DNA sequence; and

isolating said receptor analog from said host cell,

*wherein the dimerizing protein is selected from the group consisting of yeast invertase; at least a portion of an immunoglobulin light chain comprising at least an immunoglobulin light chain constant region domain; and at least a portion of an immunoglobulin heavy chain comprising at least an immunoglobulin heavy chain constant region domain.*

*50. The method of claim 1 wherein the dimerizing protein is at least a portion of an immunoglobulin heavy chain comprising at least an immunoglobulin heavy chain constant region domain joined to an immunoglobulin heavy chain hinge region.*

*51. The method of claim 21 wherein the dimerizing protein is at least a portion of an immunoglobulin heavy chain comprising at least an immunoglobulin heavy chain constant region domain, and an immunoglobulin heavy chain hinge region is joined to the dimerizing protein.*

* * * * *

THIS PAGE BLANK (USPTO)

ZG 000845

Case 1:06-cv-00500-SLR-MPT    Document 234-2    Filed 06/30/2008    Page 6 of 49

US005843725A

# United States Patent [19]
## Sledziewski et al.

[11] Patent Number: 5,843,725
[45] Date of Patent: *Dec. 1, 1998

[54] METHODS OF PRODUCING SECRETED RECEPTOR ANALOGS AND BIOLOGICALLY ACTIVE DIMERIZED POLYPEPTIDE FUSIONS

[75] Inventors: Andrzej Z. Sledziewski; Lillian Anne Bell; Wayne R. Kindsvogel, all of Seattle, Wash.

[73] Assignee: ZymoGenetics, Inc., Seattle, Wash.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. Nos. 5,155,027 and 5,750,375.

[21] Appl. No.: 475,458

[22] Filed: Jun. 7, 1995

### Related U.S. Application Data

[62] Division of Ser. No. 180,195, Jan. 11, 1994, Pat. No. 5,567,584, which is a continuation of Ser. No. 634,510, Dec. 27, 1990, abandoned, which is a continuation-in-part of Ser. No. 347,291, May 2, 1989, Pat. No. 5,155,027, which is a continuation-in-part of Ser. No. 146,877, Jan. 22, 1988, abandoned.

[30]     Foreign Application Priority Data

Jan. 18, 1989 [EP] European Pat. Off. ........ 8910087

[51] Int. Cl.6 .................... C12N 15/10; C12N 5/10; C07K 16/46; C07K 14/705
[52] U.S. Cl. .................... 435/69.7; 435/325; 435/320.1; 435/172.3; 530/387.1; 530/387.3; 530/333; 530/350; 530/399
[58] Field of Search ............... 435/69.7, 320.1, 435/172.3, 325; 530/387.3, 399, 333, 350, 387.1

[56]              References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,474,893 | 10/1984 | Reading | 436/547 |
| 4,599,311 | 7/1986 | Kawasaki | 435/71 |
| 4,761,371 | 8/1988 | Bell et al. | 435/68 |
| 4,766,073 | 8/1988 | Murray et al. | 435/172.3 |
| 4,816,397 | 3/1989 | Boss et al. | 435/68 |
| 4,816,567 | 3/1989 | Cabilly et al. | 530/387 |
| 5,015,571 | 5/1991 | Niman et al. | 435/7.92 |
| 5,116,964 | 5/1992 | Capon et al. | 536/27 |
| 5,155,027 | 10/1992 | Sledziewski et al. | 435/69.7 |
| 5,169,939 | 12/1992 | Gefter et al. | 530/387.3 |
| 5,200,327 | 4/1993 | Garvin et al. | 435/69.5 |
| 5,567,584 | 10/1996 | Sledziewski et al. | 435/6 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 088 994 | 9/1983 | European Pat. Off. . |
| 116 201 | 8/1984 | European Pat. Off. . |
| 120 694 | 10/1984 | European Pat. Off. . |
| 162 319 | 11/1985 | European Pat. Off. . |
| 171 496 | 2/1986 | European Pat. Off. . |
| 173 494 | 3/1986 | European Pat. Off. . |
| 239 400 | 9/1987 | European Pat. Off. . |
| 244 221 A1 | 11/1987 | European Pat. Off. . |
| 256 654 | 2/1988 | European Pat. Off. . |
| 315 062 | 5/1989 | European Pat. Off. . |
| 327 369 A2 | 8/1989 | European Pat. Off. . |

| | | |
|---|---|---|
| WO 86/01533 | 3/1986 | WIPO . |
| WO 90/06953 | 6/1990 | WIPO . |

#### OTHER PUBLICATIONS

Matsui et al., Isolation of a novel receptor cDNA establishes the existence of two PDGF receptor genes, Science, 243: 800–804, Feb. 1989.

Castanon et al., Cloning of human lysozyme gene and expression in the yeast *Saccharomyces cerevisiae*, Gene, 66: 223–234, Jun. 1988.

Schnee et al., Construction and expression of a recombinant antibody–targeted plasminogen activator, Proc. Natl. Acad. Sci. USA, 84: 6901–6908, Oct. 1987.

Bishayee et al., Ligand–induced dimerization of the plate-let– derived growth factor receptor, J. Biol. Chem., 264: 11699–11705, Jul. 1989.

Kanakaraj et al., Ligand–induced interaction between alpha– and beta–type platelet–derived growth factor (PDGF) receptors, Biochem., 30: 1761–1767, 1991.

Heldin et al., Dimerization f B–type platelet–derived growth factor receptors occurs after ligand binding and is closely associated with receptor kinase activation, J. Biol. Chem., 264:8905–8912, May 1989.

Duan et al., A soluble extracellular region of the platelet– derived growth factor receptor (PDGF) antagonizes PDGF actions and dimerizes in response to PDGF, Clin. Res., 38(2): 407A, May 1990.

Heidaran et al., Role of alpha–beta receptor heterodimer formation in beta platelet–derived growth factor (PDGF) receptor aciviation by PDGF–AB, J. Biol. Chem., 266: 20232–20237, Oct. 1991.

Kuwana et al., *Biochemical and Biophysical Research Communications* 149(3): 960–968, 1987.

Yarden et al., *Nature* 323: 226–232, 1986.

Hart et al., *Science* 240: 1529–1531, 1988.

Escobedo et al., *Science* 240: 1532–1534, 1988.

Heldin et al., *EMBO J.* 7: 1387–1393, 1988.

Radeke et al, *Nature* 325: 593–597, 1987.

Ebina et al., *Cell* 40:747–758, 1985.

Rubin et al., *J.Immun.* 135: 3172–3177, 1985.

Ellis et al., *J. Cell. Biol.* 150: 14a, 1987.

(List continued on next page.)

*Primary Examiner*—Stephen Walsh
*Assistant Examiner*—Claire M. Kaufman
*Attorney, Agent, or Firm*—Townsend and Townsend and Crew

[57]              ABSTRACT

Methods for producing secreted receptor analogs and biologically active peptide dimers are disclosed. The methods for producing secreted receptor analogs and biologically active peptide dimers utilize a DNA sequence encoding a receptor analog or a peptide requiring dimerization for biological activity joined to a dimerizing protein. The receptor analog includes a ligand-binding domain. Polypeptides comprising essentially the extracellular domain of a human PDGF receptor fused to dimerizing proteins, the portion being capable of binding human PDGF or an isoform thereof, are also disclosed. The polypeptides may be used within methods for determining the presence of and for purifying human PDGF or isoforms thereof.

49 Claims, 18 Drawing Sheets



ZG 000846

5,843,725
Page 2

OTHER PUBLICATIONS

Smith et al., *Science 238*: 1704–1707, 1987.
Livneh et al., *J. Biol. Chem. 261*: 12490–12497, 1986.
Boni–Schnetzler and Pilch, *Proc. Natl. Acad. Sci. USA 84*: 7832–7836, 1987.
Claesson–Welsh et al., *Mol. Cell. Biol. 8*: 3476–3486, 1988.
Ullrich et al., *Nature 309*: 418–425, 1984.
Ullrich et al., *Nature 313*:756–761, 1985.
Derynck et al., *Nature 316*:701–705, 1985.
Loh et al., *Cell 33*:85–93, 1983.
Honjo et al., *Cell 18*: 559–568, 1979.
Alber and Kawasaki, *J. Mol. Appl. Genet. 1*: 419–434, 1982.
Russell et al., *Nature 304*: 652–654, 1983.
Grosschedl and Baltimore, *Cell 41*: 885–897, 1985.
Hieter et al., *Cell 22*: 197–207, 1980.
Treiger et al., *J. Immunol. 136*: 4099–4105, 1986.
Roth et al., *J. Cell. Biol. 102*: 1271–1283, 1986.
Riedel et al., *Science 236*: 197–200, 1987.
Rieldel et al., *Nature 324*: 68–70, 1986.
Gascoigne et al., *Proc. Natl. Acad. Sci. USA 84*: 2936–2940, 1987.

Maddon et al., *Cell 47*: 333–348, 1986.
Maddon et al., *Cell 42*: 93–104, 1985.
Capon et al., *Nature 337*: 525–531, 1989.
Wood et al., *Nature 314*:446–449, 1985.
Carlson et al., *Mol. Cell. Biol. 3*: 439–447, 1983.
Marx, *Science* 229:455–456, 1985.
Neuberger et al., *Nature 312*: 604–609, 1984.
Oi and Morrison, *Biotechniques 4*: 214–221, 1986.
Bailon et al., *BioTechnology 5*: 1195–1198, 1987.
Ballou et al., *J. Biol. Chem. 255*: 5986–5991, 1980.
Munro and Pelham, *EMBO J. 3*: 3087–3093, 1984.
von Heijne, *Nucl Acids Res. 14*: 4683–4690, 1986.
von Heijne, *Eur. J. Biochem. 133*:17–21, 1983.
Beggs, *Nature*: 104–108, 1978.
Clarke et al., *Meth. Enzym. 68*: 436–442, 1979.
Mariuzza and Winter, *J. Biol. Chem. 264*: 7310–7316, 1989.
Gronwald et al., *Proc. Natl. Acad. Sci. USA 85*: 3435–3439, 1988.
Riedel et al., *Protein Engineering 1*(3): 237, 1987.

**X**ʳ

ZG 000847

```
  1 GGCCCCTCAGCCCTGCTGCCCAGCACGAGCCTGTGCTCGCCCTGCCCAACGCAGACAGCCAGACCCAGG   69

 70 GCGGCCCCTCTGGCGGCTCTGCTCCTCCCGAAGGATGCTTGGGGAGTGAGGCGAAGCTGGGCGCTCCTC  138

139 TCCCCTACAGCAGCCCCCTTCCTCCATCCCTCTGTTCTCCTGAGCCTTCAGGAGCCTGCACCAGTCCTG  207

208 CCTGTCCTTCTACTCAGCTGTTACCCACTCTGGGACCAGCAGTCTTTCTGATAACTGGGAGAGGGCAGT  276

277 AAGGAGGACTTCCTGGAGGGGGTGACTGTCCAGAGCCTGGAACTGTGCCCACACCAGAAGCCATCAGCA  345

346 GCAAGGACACCATCGGCTTCCGGGTGCGATGCCAGCTCTGGCCCTCAAAGGCGAGCTGCTGTTGCTGT  414
      M  R  L  P  G  A  M  P  A  L  A  L  K  G  E  L  L  L  L  S    20

415 CTCTCCTGTTACTTCTGGAACCACAGATCTCTCAGGGCCTGGTCGTCACACCCCCGGGGCCAGAGCTTG  483
      L  L  L  L  L  E  P  Q  I  S  Q  G  L  V  V  T  P  P  G  P  E  L  V    43

484 TCCTCAATGTCTCCAGCACCTTCGTTCTGACCTGCTCGGGTTCAGCTCCGGTGGTGTGGGAACGGATGT  552
      L  N  V  S  S  T  F  V  L  T  C  S  G  S  A  P  V  V  W  E  R  M  S    66

553 CCCAGGAGCCCCCACAGGAAATGGCCAAGGCCCAGGATGGCACCTTCTCCAGCGTGCTCACACTGACCA  621
      Q  E  P  P  Q  E  M  A  K  A  Q  D  G  T  F  S  S  V  L  T  L  T  N    89

622 ACCTCACTGGGCTAGACACGGGAGAATACTTTTGCACCCACAATGACTCCCGTGGACTGGAGACCGATG  690
      L  T  G  L  D  T  G  E  Y  F  C  T  H  N  D  S  R  G  L  E  T  D  E   112

691 AGCGGAAACGGCTCTACATCTTTGTGCCAGATCCCACCGTGGGCTTCCTCCCTAATGATGCCGAGGAAC  759
      R  K  R  L  Y  I  F  V  P  D  P  T  V  G  F  L  P  N  D  A  E  E  L   135

760 TATTCATCTTTCTCACGGAAATAACTGAGATCACCATTCCATGCCGAGTAACAGACCCACAGCTGGTGG  828
      F  I  F  L  T  E  I  T  E  I  T  I  P  C  R  V  T  D  P  Q  L  V  V   158

829 TGACACTGCACGAGAAGAAAGGGGACGTTGCACTGCCTGTCCCCTATGATCACCAACGTGGCTTTTCTG  897
      T  L  H  E  K  K  G  D  V  A  L  P  V  P  Y  D  H  Q  R  G  F  S  G   181

898 GTATCTTTGAGGACAGAAGCTACATCTGCAAAACCACCATTGGGGACAGGGAGGTGGATTCTGATGCCT  966
      I  F  E  D  R  S  Y  I  C  K  T  T  I  G  D  R  E  V  D  S  D  A  Y   204

967 ACTATGTCTACAGACTCCAGGTGTCATCCATCAACGTCTCTGTGAACGCAGTGCAGACTGTGGTCCGCC 1035
      Y  V  Y  R  L  Q  V  S  S  I  N  V  S  V  N  A  V  Q  T  V  V  R  Q   227

1036 AGGGTGAGAACATCACCCTCATGTGCATTGTGATCGGGAATGAGGTGGTCAACTTCGAGTGGACATACC 1104
      G  E  N  I  T  L  M  C  I  V  I  G  N  E  V  V  N  F  E  W  T  Y  P   250

1105 CCCGCAAAGAAAGTGGGCGGCTGGTGGAGCCGGTGACTGACTTCCTCTTGGATATGCCTTACCACATCC 1173
      R  K  E  S  G  R  L  V  E  P  V  T  D  F  L  L  D  M  P  Y  H  I  R   273

1174 GCTCCATCCTGCACATCCCCAGTGCCGAGTTAGAAGACTCGGGGACCTACACCTGCAATGTGACGGAGA 1242
      S  I  L  H  I  P  S  A  E  L  E  D  S  G  T  Y  T  C  N  V  T  E  S   296

1243 GTGTGAATGACCATCAGGATGAAAAGGCCATCAACATCACCGTGGTTGAGAGCGGCTACGTGCGGCTCC 1311
      V  N  D  H  Q  D  E  K  A  I  N  I  T  V  V  E  S  G  Y  V  R  L  L   319
```

*Fig. 1A*

X⁺

ZG 000848

```
1312 TGGGAGAGGTGGGCACACTACAATTTGCTGAGCTGCATCGGAGCCGGACACTGCAGGTAGTGTTCGAGG 1380
      G  E  V  G  T  L  Q  F  A  E  L  H  R  S  R  T  L  Q  V  V  F  E  A   342

1381 CCTACCCACCGCCCACTGTCCTGTGGTTCAAAGACAACCGCACCCTGGGCGACTCCAGCGCTGGCGAAA 1449
      Y  P  P  P  T  V  L  W  F  K  D  N  R  T  L  G  D  S  S  A  G  E  I   365

1450 TCGCCCTGTCCACGCGCAACGTGTCGGAGACCCGGTATGTGTCAGAGCTGACACTGGTTCGCGTGAAGG 1518
      A  L  S  T  R  N  V  S  E  T  R  Y  V  S  E  L  T  L  V  R  V  K  V   388

1519 TGGCAGAGGCTGGCCACTACACCATGCGGGCCTTCCATGAGGATGCTGAGGTCCAGCTCTCCTTCCAGC 1587
      A  E  A  G  H  Y  T  M  R  A  F  H  E  D  A  E  V  Q  L  S  F  Q  L   411

1588 TACAGATCAATGTCCCTGTCCGAGTGCTGGAGCTAAGTGAGAGCCACCCTGACAGTGGGGAACAGACAG 1656
      Q  I  N  V  P  V  R  V  L  E  L  S  E  S  H  P  D  S  G  E  Q  T  V   434

1657 TCCGCTGTCGTGGCCGGGGCATGCCCCAGCCGAACATCATCTGGTCTGCCTGCAGAGACCTCAAAAGGT 1725
      R  C  R  G  R  G  M  P  Q  P  N  I  I  W  S  A  C  R  D  L  K  R  C   457

1726 GTCCACGTGAGCTGCCGCCCACGCTGCTGGGGAACAGTTCCGAAGAGGAGAGCCAGCTGGAGACTAACG 1794
      P  R  E  L  P  P  T  L  L  G  N  S  S  E  E  E  S  Q  L  E  T  N  V   480

1795 TGACGTACTGGGAGGAGGAGCAGGAGTTTGAGGTGGTGAGCACACTGCGTCTGCAGCACGTGGATCGGC 1863
      T  Y  W  E  E  E  Q  E  F  E  V  V  S  T  L  R  L  Q  H  V  D  R  P   503

1864 CACTGTCGGTGCGCTGCACGCTGCGCAACGCTGTGGGCCAGGACACGCAGGAGGTCATCGTGGTGCCAC 1932
      L  S  V  R  C  T  L  R  N  A  V  G  Q  D  T  Q  E  V  I  V  V  P  H   526

1933 ACTCCTTGCCCTTTAAGGTGGTGGTGATCTCAGCCATCCTGGCCCTGGTGGTGCTCACCATCATCTCCC 2001
      S  L  P  F  K  V  V  V  I  S  A  I  L  A  L  V  V  L  T  I  I  S  L   549

2002 TTATCATCCTCATCATGCTTTGGCAGAAGAAGCCACGTTACGAGATCCGATGGAAGGTGATTGAGTCTG 2070
      I  I  L  I  M  L  W  Q  K  K  P  R  Y  E  I  R  W  K  V  I  E  S  V   572

2071 TGAGCTCTGACGGCCATGAGTACATCTACGTGGACCCCATGCAGCTGCCCCATGACTCCACGTGGGAGC 2139
      S  S  D  G  H  E  Y  I  Y  V  D  P  M  Q  L  P  Y  D  S  T  W  E  L   595

2140 TGCCGCGGGACCAGCTTGTGCTGGGACGCACCCTCGGCTCTGGGGCCTTTGGGCAGGTGGTGGAGGCCA 2208
      R  P  D  Q  L  V  L  G  R  T  L  G  S  G  A  F  G  Q  V  V  E  A  T   618

2209 CGGCTCATGGCCTGAGCCATTCTCAGGCCACGATGAAAGTGGCCGTCAAGATGCTTAAATCCACAGCCC 2277
      A  H  G  L  S  H  S  Q  A  T  M  K  V  A  V  K  M  L  K  S  T  A  R   641

2278 GCAGCAGTGAGAAGCAAGCCCTTATGTCGGAGCTGAAGATCATGAGTCACCTTGGGCCCCACCTGAACG 2346
      S  S  E  K  Q  A  L  M  S  E  L  K  I  M  S  H  L  G  P  H  L  N  V   664

2347 TGGTCAACCTGTTGGGGGCCTGCACCAAAGGAGGACCCATCTATATCATCACTGAGTACTGCCGCTACG 2415
      V  N  L  L  G  A  C  T  K  G  G  P  I  Y  I  I  T  E  Y  C  R  Y  G   687

2416 GAGACCTGGTGGACTACCTGCACCGCAACAAACACACCTTCCTGCAGCACCACTCCGACAAGCGCCGCC 2484
      D  L  V  D  Y  L  H  R  N  K  H  T  F  L  Q  H  H  S  D  K  R  R  P   710

2485 CGCCCAGCGCGGGAGCTCTACAGCAATGCTCTGCCCGTTGGGCTCCCCCTGCCCAGCCATGTGTCCTTGA 2553
      P  S  A  E  L  Y  S  N  A  L  P  V  G  L  P  L  P  S  H  V  S  L  T   733
```

*Fig. 1B*



ZG 000849

```
2554  CCGGGGAGAGCGACGGTGGCTACATGGACATGAGCAAGGACGAGTCGGTGGACTATGTGCCCATGCTGG  2622
        G   E   S   D   G   G   Y   M   D   M   S   K   D   E   S   V   D   Y   V   P   M   L   D   756

2623  ACATGAAAGGAGACGTCAAATATGCAGACATCGAGTCCTCCAACTACATGGCCCCTTACGATAACTACG  2691
        M   K   G   D   V   K   Y   A   D   I   E   S   S   N   Y   M   A   P   Y   D   N   Y   V   779

2692  TTCCCTCTGCCCCTGAGAGGACCTGCCGAGCAACTTTGATCAACGAGTCTCCAGTGCTAAGCTACATGG  2760
        S   P   S   A   P   E   R   T   C   R   A   T   L   I   N   E   S   P   V   L   S   Y   M   D   802

2761  ACCTCGTGGGCTTCAGCTACCAGGTGGCCAATGGCATGGAGTTTCTGGCCTCCAAGAACTGCGTCCACA  2829
        L   V   G   F   S   Y   Q   V   A   N   G   M   E   F   L   A   S   K   N   C   V   H   R   825

2830  GAGACCTGGCGGCTAGGAACGTGCTCATCTGTGAAGGCAAGCTGGTCAAGATCTGTGACTTTGGCCTGG  2898
        D   L   A   A   R   N   V   L   I   C   E   G   K   L   V   K   I   C   D   F   G   L   A   848

2899  CTCGAGACATCATGCGGGACTGGAATTACATCTCCAAAGGCAGCACCTTTTTGCCTTTAAAGTGGATGG  2967
        R   D   I   M   R   D   S   N   Y   I   S   K   G   S   T   F   L   P   L   K   W   M   A   871

2968  CTCCGGAGAGCATCTTCAACAGCCTCTACACCACCCTGAGCGACGTGTGGTCCTTCGGGATCCTGCTCT  3036
        P   E   S   I   F   N   S   L   Y   T   T   L   S   D   V   W   S   F   G   I   L   L   W   894

3037  GGGAGATCTTCACCTTGGGTGGCACCCCTTACCCAGAGCTGCCCATGAACGAGCAGTTCTACAATGCCA  3105
        E   I   F   T   L   G   G   T   P   Y   P   E   L   P   M   N   E   Q   F   Y   N   A   I   917

3106  TCAAACGGGGTTACCGCATGGCCCAGCCTGCCCATGCCTCCGACGAGATCTATGAGATCATGCAGAAGT  3174
        K   R   G   Y   R   M   A   Q   P   A   H   A   S   D   E   I   Y   E   I   M   Q   K   C   940

3175  GCTGGGAAGAGAAGTTTGAGATTCGGCCCCCCTTCTCCCAGCTGGTGCTGCTTCTCGAGAGACTGTTGG  3243
        W   E   E   K   F   E   I   R   P   P   F   S   Q   L   V   L   L   L   E   R   L   L   G   963

3244  GCGAAGGTTACAAAAAGAAGTACCAGCAGGTGGATGAGGAGTTTCTGAGGAGTGACCACCCAGCCATCC  3312
        E   G   Y   K   K   K   Y   Q   Q   V   D   E   E   F   L   R   S   D   H   P   A   I   L   986

3313  TTCGGTCCCAGGCCCGCTTGCCTGGGTTCCATGGCCTCCGATCTCCCCTGGACACCAGCTCCGTCCTCT  3381
        R   S   Q   A   R   L   P   G   F   H   G   L   R   S   P   L   D   T   S   S   V   L   Y   1009

3382  ATACTGCCGTGCAGCCCAATGAGGGTGACAACGACTATATCATCCCCCTGCCTGACCCCAAACCCGAGG  3450
        T   A   V   Q   P   N   E   G   D   N   D   Y   I   I   P   L   P   D   P   K   P   E   V   1032

3451  TTGCTGACGAGGGCCCACTGGAGGGTTCCCCAGCCTAGCCAGCTCCACCCTGAATGAAGTCAACACCT  3519
        A   D   E   G   P   L   E   G   S   P   S   L   A   S   S   T   L   N   E   V   N   T   S   1055

3520  CCTCAACCATCTCCTGTGACAGCCCCCTGGAGCCCCAGGACGAACCAGAGCCAGAGCCCCAGCTTGAGC  3588
        S   T   I   S   C   D   S   P   L   E   P   Q   D   E   P   E   P   E   P   Q   L   E   L   1078

3589  TCCAGGTGGAGCCGGAGCCAGAGCTGGAACAGTTGCCGGATTCGGGGTGCCCTGGCCCTCGGGCGGAAG  3657
        Q   V   E   P   E   P   E   L   E   Q   L   P   D   S   G   C   P   A   P   R   A   E   A   1101

3658  CAGAGGATAGCTTCCTGTAGGGGGCTGGCCCCTACCCTGCCCTGCCTGAAGCTCCCCCCCTGCCAGCAC  3726
        E   D   S   F   L   .   1106

3727  CCAGCATCTCCTGGCCTGGCCTGACCGGGCTTCCTGTCAGCCAGGCTGCCCTTATCAGCTGTCCCCTTC  3795
```

Fig. 1C



ZG 000850

```
3796 TGGAAGCTTTCTGCTCCTGACGTGTTGTGCCCCAAACCCTGGGGCTGGCTTAGGAGGCAAGAAAACTGC 3864

3865 AGGGGCCGTGACCAGCCCTCTGCCTCCAGGGAGGCCAACTGACTCTGAGCCAGGGTTCCCCCAGGGAAC 3933

3934 TCAGTTTTCCCATATGTAAGATGGGAAAGTTAGGCTTGATGACCCAGAATCTAGGATTCTCTCCCTGGC 4002

4003 TGACACGGTGGGGAGACCGAATCCCTCCCTGGGAAGATTCTTGGAGTTACTGAGGTGGTAAATTAACAT 4071

4072 TTTTTCTGTTCAGCCAGCTACCCCTCAAGGAATCATAGCTCTCTCCTCGCACTTTTTATCCACCCAGGA 4140

4141 GCTAGGGAAGAGACCCTAGCCTCCCTGGCTGCTGGCTGAGCTAGGGCCTAGCTTGAGCAGTGTTGCCTC 4209

4210 ATCCAGAAGAAAGCCAGTCTCCTCCCTATGATGCCAGTCCCTGCGTTCCCTGGCCCGAGCTGGTCTGGG 4278

4279 GCCATTAGGCAGCCTAATTAATGCTGGAGGCTGAGCCAAGTACAGGACACCCCCAGCCTGCAGCCCTTG 4347

4348 CCCAGGGCACTTGGAGCACACGCAGCCATAGCAAGTGCCTGTGTCCCTGTCCTTCAGGCCCATCAGTCC 4416

4417 TGGGGCTTTTTCTTTATCACCCTCAGTCTTAATCCATCCACCAGAGTCTAGAAGGCCAGACGGGCCCCG 4485

4486 CATCTGTGATGAGAATGTAAATGTGCCAGTGTGGAGTGGCCACGTGTGTGTGCCAGTATATGGCCCTGG 4554

4555 CTCTGCATTGGACCTGCTATGAGGCTTTGGAGGAATCCCTCACCCTCTCTGGGCCTCAGTTTCCCCTTC 4623

4624 AAAAAATGAATAAGTCGGACTTATTAACTCTGAGTGCCTTGCCAGCACTAACATTCTAGAGTATTCCAG 4692

4693 GTGGTGCACATTTGTCCAGATGAAGCAAGGCCTATACCCTAAACTTCATCCTGGGGGTCAGCTGGGCTC 4761

4762 CTGGGAGATTCCAGATCACACATCACACTCTGGGGACTCAGGAACCATGCCCCTTCCCCAGGCCCCCAG 4830

4831 CAAGTCTCAAGAACACAGCTGCACAGGCCTTGACTTAGAGTGACAGCCGGTGTCCTGGAAAGCCCCAAG 4899

4900 CAGCTGCCCCAGGGACATGGGAAGACCACGGGACCTCTTTCACTACCCACGATGACCTCCGGGGGTATC 4968

4969 CTGGGCAAAAGGGACAAAGAGGGCAAATGAGATCACCTCCTGCAGCCCACCACTCCAGCACCTGTGCCG 5037

5038 AGGTCTGCGTCGAAGACAGAATGGACAGTGAGGACAGTTATGTCTTGTAAAAGACAAGAAGCTTCAGAT 5106

5107 GGTACCCCAAGAAGGATGTGAGAGGTGGCTGCTTTGGAGTTTGCCCCCTCACCCCACCAGCTGCCCCAT 5175

5176 CCCTGAGGCATGCGCTCCATGGGGGTATGGTTTTGTCACTGCCCAGACCTAGCAGTGACATCTCATTGT 5244

5245 CCCCAGCCCAGTGGGCATTGGAGGTGCCAGGGGAGTCAGGGTTGTAGCCAAGACGCCCCGCACGGGGA 5313

5314 GGGTTGGGAAGGGGGTGCAGGAAGCTCAACCCCTCTGGGCACCAACCCTGCATTGCAGGTTGGCACCTT 5382

5383 ACTTCCCTGGGATCCCCAGAGTTGGTCCAAGGAGGGAGAGTGGGTTCTCAATACGGTACCAAAGATATA 5451

5452 ATCACCTAGGTTTACAAATATTTTTAGGACTCACGTTAACTCACATTTATACAGCAGAAATGCTATTTT 5520

5521 GTATGCTGTTAAGTTTTTCTATCTGTGTACTTTTTTTTTAAGGGAAAGATTTT 5572
```

Fig. 1D



ZG 000851

*Figure 2*





## Figure 3



X*

U.S. Patent          Dec. 1, 1998          Sheet 7 of 18          5,843,725

Figure 4



*Figure 5*



*Figure 6*



Case 1:06-cv-00500-SLR-MPT    Document 234-2    Filed 06/30/2008    Page 17 of 49

## Figure 7



ZG 000857

*Figure 8*



## Figure 9



ZG 000859

U.S. Patent    Dec. 1, 1998    Sheet 13 of 18    5,843,725

*Figure 10*







X

ZG 000860

## Figure 11A

```
  1  GCCCTGGGGACGGACCGTGGGCGGCGCGCAGCGGCGGGACGCGTTTTGGGGACGTGGTGGCCAGCGCCT
 70  TCCTGCAGACCCACAGGGAAGTACTCCCTTTGACCTCCGGGGAGCTGCGACCAGGTTATACGTTGCTGG

139  TGGAAAAGTGACAATTCTAGGAAAAGAGCTAAAAGCCGGATCGGTGACCGAAAGTTTCCCAGAGCTATG
                                                                        M
                                                                        1

208  GGGACTTCCCATCCGGCGTTCCTGGTCTTAGGCTGTCTTCTCACAGGGCTGAGCCTAATCCTCTGCCAG
     G  T  S  H  P  A  F  L  V  L  G  C  L  L  T  G  L  S  L  I  L  C  Q

277  CTTTCATTACCCTCTATCCTTCCAAATGAAAATGAAAAGGTTGTGCAGCTGAATTCATCCTTTTCTCTG
     L  S  L  P  S  I  L  P  N  E  N  E  K  V  V  Q  L  N  S  S  F  S  L

346  AGATGCTTTGGGGAGAGTGAAGTGAGCTGGCAGTACCCCATGTCTGAAGAAGAGAGCTCCGATGTGGAA
     R  C  F  G  E  S  E  V  S  W  Q  Y  P  M  S  E  E  E  S  S  D  V  E

415  ATCAGAAATGAAGAAAACAACAGCGGCCTTTTTGTGACGGTCTTGGAAGTGAGCAGTGCCTCGGCGGCC
     I  R  N  E  E  N  N  S  G  L  F  V  T  V  L  E  V  S  S  A  S  A  A

484  CACACAGGGTTGTACACTTGCTATTACAACCACACTCAGACAGAAGAGAATGAGCTTGAAGGCAGGCAC
     H  T  G  L  Y  T  C  Y  Y  N  H  T  Q  T  E  E  N  E  L  E  G  R  H

553  ATTTACATCTATGTGCCAGACCCAGATGTAGCCTTTGTACCTCTAGGAATGACGGATTATTTAGTCATC
     I  Y  I  Y  V  P  D  P  D  V  A  F  V  P  L  G  M  T  D  Y  L  V  I

622  GTGGAGGATGATGATTCTGCCATTATACCTTGTCGCACAACTGATCCCGAGACTCCTGTAACCTTACAC
     V  E  D  D  D  S  A  I  I  P  C  R  T  T  D  P  E  T  P  V  T  L  H

691  AACAGTGAGGGGGTGGTACCTGCCTCCTACGACAGCAGACAGGGCTTTAATGGGACCTTCACTGTAGGG
     N  S  E  G  V  V  P  A  S  Y  D  S  R  Q  G  F  N  G  T  F  T  V  G

760  CCCTATATCTGTGAGGCCACCGTCAAAGGAAAGAAGTTCCAGACCATCCCATTTAATGTTTATGCTTTA
     P  Y  I  C  E  A  T  V  K  G  K  K  F  Q  T  I  P  F  N  V  Y  A  L

829  AAAGCAACATCAGAGCTGGATCTAGAAATGGAAGCTCTTAAAACCGTGTATAAGTCAGGGGAAACGATT
     K  A  T  S  E  L  D  L  E  M  E  A  L  K  T  V  Y  K  S  G  E  T  I

898  GTGGTCACCTGTGCTGTTTTTAACAATGAGGTGGTTGACCTTCAATGGACTTACCCTGGAGAAGTGAAA
     V  V  T  C  A  V  F  N  N  E  V  V  D  L  Q  W  T  Y  P  G  E  V  K
```

**X**

ZG 000861

## Figure 11B

```
 967  GGCAAAGGCATCACAATACTGGAAGAAATCAAAGTCCCATCCATCAAATTGGTGTACACTTTGACGGTC
       G  K  G  I  T  I  L  E  E  I  K  V  P  S  I  K  L  V  Y  T  L  T  V

1036  CCCGAGGCCACGGTGAAAGACAGTGGAGATTACGAATGTGCTGCCCGCCAGGCTACCAGGGAGGTCAAA
       P  E  A  T  V  K  D  S  G  D  Y  E  C  A  A  R  Q  A  T  R  E  V  K

1105  GAAATGAAGAAAGTCACTATTTCTGTCCATGAGAAAGGTTTCATTGAAATCAAACCCACCTTCAGCCAG
       E  M  K  K  V  T  I  S  V  H  E  K  G  F  I  E  I  K  P  T  F  S  Q

1174  TTGGAAGCTGTCAACCTGCATGAAGTCAAACATTTTGTTGTAGAGGTGCGGGGCCTACCCACCTCCCAGG
       L  E  A  V  N  L  H  E  V  K  H  F  V  V  E  V  R  A  Y  P  P  P  R

1243  ATATCCTGGCTGAAAAACAATCTGACTCTGATTGAAAATCTCACTGAGATCACCACTGATGTGGAAAAG
       I  S  W  L  K  N  N  L  T  L  I  E  N  L  T  E  I  T  T  D  V  E  K

1312  ATTCAGGAAATAAAGGTATCGAAGCAAATTAAAGCTGATCCGTGCTAAGGAAGAAGACAGTGGCCATTAT
       I  Q  E  I  R  Y  R  S  K  L  K  L  I  R  A  K  E  E  D  S  G  H  Y

1381  ACTATTGTAGCTCAAAATGAAGATGCTGTGAAGAGCTATACTTTTGAACTGTTAACTCAAGTTCCTTCA
       T  I  V  A  Q  N  E  D  A  V  K  S  Y  T  F  E  L  L  T  Q  V  P  S

1450  TCCATTCTGGACTTGGTCGATGATCACCATGGCTCAACTGGGGGACAGACGGTGAGGTGCACAGCTGAA
       S  I  L  D  L  V  D  D  H  H  G  S  T  G  G  Q  T  V  R  C  T  A  E

1519  GGCACGCCGCTTCCTGATATTGAGTGGATGATATGCAAAGATATTAAGAAATGTAATAATGAAACTTCC
       G  T  P  L  P  D  I  E  W  M  I  C  K  D  I  K  K  C  N  N  E  T  S

1588  TGGACTATTTTGGCCAACAATGTCTCAAACATCATCACGGAGATCCACTCCCGAGACAGGAGTACCGTG
       W  T  I  L  A  N  N  V  S  N  I  I  T  E  I  H  S  R  D  R  S  T  V

1657  GAGGGCCGTGTGACTTTCGCCAAAGTGGAGGAGGACCATCGCCGTGCGATGCCTGGCTAAGAATCTCCTT
       E  G  R  V  T  F  A  K  V  E  E  T  I  A  V  R  C  L  A  K  N  L  L

1726  GGAGCTGAGAACCGAGAGCTGAAGCTGGTGGCTCCCACCCTGCGTTCTGAACTCACGGTGGCTGCTGCA
       G  A  E  N  R  E  L  K  L  V  A  P  T  L  R  S  E  L  T  V  A  A  A

1795  GTCCTGGTGCTGTTGGTGATTGTGATCATCTCACTTATTGTCCTGGTTGTCATTTGGAAACAGAAACCG
       V  L  V  L  L  V  I  V  I  I  S  L  I  V  L  V  V  I  W  K  Q  K  P
```

ZG 000862

U.S. Patent    Dec. 1, 1998    Sheet 16 of 18    5,843,725

### Figure 11C

```
1864  AGGTATGAAATTCGCTGGAGGGTCATTGAATCAATCAGCCCGGATGGACATGAATATATTTATGTGGAC
      R  Y  E  I  R  W  R  V  I  E  S  I  S  P  D  G  H  E  Y  I  Y  V  D

1933  CCGATGCAGCTGCCTTATGACTCAAGATGGGAGTTTCCAAGAGATGGACTAGTGCTTGGTCGGGTCTTG
      P  M  Q  L  P  Y  D  S  R  W  E  F  P  R  D  G  L  V  L  G  R  V  L

2002  GGGTCTGGAGCGTTTGGGAAGGTGGTTGAAGGAACAGCCTATGGATTAAGCCGGTCCCAACCTGTCATG
      G  S  G  A  F  G  K  V  V  E  G  T  A  Y  G  L  S  R  S  Q  P  V  M

2071  AAAGTTGCAGTGAAGATGCTAAAACCCACGGCCAGATCCAGTGAAAAACAAGCTCTCATGTCTGAACTG
      K  V  A  V  K  M  L  K  P  T  A  R  S  S  E  K  Q  A  L  M  S  E  L

2140  AAGATAATGACTCACCTGGGGCCACATTTGAACATTGTAAACTTGCTGGGAGCCTGCACCAAGTCAGGC
      K  I  M  T  H  L  G  P  H  L  N  I  V  N  L  L  G  A  C  T  K  S  G

2209  CCCATTTACATCATCACAGAGTATTGCTTCTATGGAGATTTGGTCAACTATTTGCATAAGAATAGGGAT
      P  I  Y  I  I  T  E  Y  C  F  Y  G  D  L  V  N  Y  L  H  K  N  R  D

2278  AGCTTCCTGAGCCACCACCCAGAGAAGCCAAAGAAAGAGCTGGATATCTTTGGATTGAACCCTGCTGAT
      S  F  L  S  H  H  P  E  K  P  K  K  E  L  D  I  F  G  L  N  P  A  D

2347  GAAAGCACACGGAGCTATGTTATTTTATCTTTTGAAAACAATGGTGACTACATGGACATGAAGCAGGCT
      E  S  T  R  S  Y  V  I  L  S  F  E  N  N  G  D  Y  M  D  M  K  Q  A

2416  GATACTACACAGTATGTCCCCATGCTAGAAAGGAAAGAGGTTTCTAAATATTCCGACATCCAGAGATCA
      D  T  T  Q  Y  V  P  M  L  E  R  K  E  V  S  K  Y  S  D  I  Q  R  S

2485  CTCTATGATCGTCCAGCCTCATATAAGAAGAAATCTATGTTAGACTCAGAAGTCAAAAACCTCCTTTCA
      L  Y  D  R  P  A  S  Y  K  K  K  S  M  L  D  S  E  V  K  N  L  L  S

2554  GATGATAACTCAGAAGGCCTTACTTTATTGGATTTGTTGAGCTTCACCTATCAAGTTGCCCGAGGAATG
      D  D  N  S  E  G  L  T  L  L  D  L  L  S  F  T  Y  Q  V  A  R  G  M

2623  GAGTTTTTGGCTTCAAAAAATTGTGTCCACCGTGATCTGGCTGCTCGCAACGTCCTCCTGGCACAAGGA
      E  F  L  A  S  K  N  C  V  H  R  D  L  A  A  R  N  V  L  L  A  Q  G

2692  AAAATTGTGAAGATCTGTGACTTTGGCCTGGCCAGAGACATCATGCATGATTCGAACTATGTGTCGAAA
      K  I  V  K  I  C  D  F  G  L  A  R  D  I  M  H  D  S  N  Y  V  S  K

2761  GGCAGTACCTTTCTGCCCGTGAAGTGGATGGCTCCTGAGAGCATCTTTGACAACCTCTACACCACACTG
      G  S  T  F  L  P  V  K  W  M  A  P  E  S  I  F  D  N  L  Y  T  T  L
```

X⁺

ZG 000863

## Figure 11D

```
2830  AGTGATGTCTGGTCTTATGGCATTCTGCTCTGGGAGATCTTTTCCCTTGGTGGCACCCCTTACCCCGGC
      S  D  V  W  S  Y  G  I  L  L  W  E  I  F  S  L  G  G  T  P  Y  P  G

2899  ATGATGGTGGATTCTACTTTCTACAATAAGATCAAGAGTGGGTACCGGATGGCCAAGCCTGACCACGCT
      M  M  V  D  S  T  F  Y  N  K  I  K  S  G  Y  R  M  A  K  P  D  H  A

2968  ACCAGTGAAGTCTACGAGATCATGGTGAAATGCTGGAACAGTGAGCCGGAGAAGAGACCCTCCTTTTAC
      T  S  E  V  Y  E  I  M  V  K  C  W  N  S  E  P  E  K  R  P  S  F  Y

3037  CACCTGAGTGAGATTGTGGAGAAATCTGCTGCCTGGACAATATAAAAAGAGTTATGAAAAAATTCACCTG
      H  L  S  E  I  V  E  N  L  L  P  G  Q  Y  K  K  S  Y  E  K  I  H  L

3106  GACTTCCTGAAGAGTGACCATCCTGCTGTGGCACGCATGCGTGTGGACTCAGACAATGCATACATTGGT
      D  F  L  K  S  D  H  P  A  V  A  R  M  R  V  D  S  D  N  A  Y  I  G

3175  GTCACCTACAAAAACGAGGAAGACAAGCTGAAGGACTGGGAGGGTGGTCTGGATGAGCAGAGACTGAGC
      V  T  Y  K  N  E  E  D  K  L  K  D  W  E  G  G  L  D  E  Q  R  L  S

3244  GCTGACAGTGGCTACATCATTCCTCTGCCTGACATTGACCCTGTCCCTGAGGAGGAGGACCTGGGCAAG
      A  D  S  G  Y  I  I  P  L  P  D  I  D  P  V  P  E  E  E  D  L  G  K

3313  AGGAACAGACACAGCTCAGCAGACCTCTGAAGAGAGTGCCATTGAGACGGGTTCCAGCAGTTCCACCTTC
      R  N  R  H  S  S  Q  T  S  E  E  S  A  I  E  T  G  S  S  S  T  F

3382  ATCAAGAGAGAGGACGAGACCATTGAAGACATCGACATGATGGACGACATCGGCATAGACTCTTCAGAC
      I  K  R  E  D  E  T  I  E  D  I  D  M  M  D  D  I  G  I  D  S  S  D

3451  CTGGTGGAAGACAGCTTCCTGTAACTGGCGGATTCGAGGGGTTCCTTCCACTTCTGGGGCCACCTCTGG
      L  V  E  D  S  F  L
                         1089

3520  ATCCCGTTCAGAAAACCACTTTATTGCAATGCGGAGGTTGAGAGGAGGACTTGGTTGATGTTTAAAGAG
3589  AAGTTCCCAGCCAAGGGCCTCGGGGAGCGTTCTAAATATGAATGAATGGGATATTTTGAAATGAACTTT
3658  GTCAGTGTTGCCTCTTGCAATGCCTCAGTAGCATCTCAGTGGTGTGTGAAGTTTGGAGATAGATGGATA
3727  AGGGAATAATAGGCCACAGAAGGTGAACTTTGTGCTTCAAGGACATTGGTGAGAGTCCAACAGACACAA
3796  TTTATACTGCGACAGAACTTCAGCATTGTAATTATGTAAATAACTCTAACCAAGGCTGTGTTTAGATTG
3865  TATTAACTATCTTCTTTGGACTTCTGAAGAGACCACTCAATCCATCCTGTACTTCCCTCTTGAAACCTG
3934  ATGTAGCTGCTGTTGAACTTTTTAAAGAAGTGCATGAAAAACCATTTTTGAACCTTAAAAGGTACTGGT
4003  ACTATAGCATTTTGCTATCTTTTTTAGTGTTAAAAGAGATAAAGAATAATAAG
```

X^r



U.S. Patent      Dec. 1, 1998      Sheet 18 of 18      5,843,725



Figure 12

X⁺

ZG 000865

5,843,725

| 1 | 2 |

# METHODS OF PRODUCING SECRETED RECEPTOR ANALOGS AND BIOLOGICALLY ACTIVE DIMERIZED POLYPEPTIDE FUSIONS

This application is a divisional of U.S. application Ser. No. 08/180,195, filed Jan. 11, 1994, now U.S. Pat. No. 5,567,584, which is a continuation of U.S. application Ser. No. 07/634,510 filed Dec. 27, 1990, now abandoned, which is a continuation-in-part of U.S. application Ser. No. 07/347, 291, filed May 2, 1989, now U.S. Pat. No. 5,155,027, which is a continuation-in-part of U.S. application Ser. No. 07/146, 877, filed Jan. 22, 1988, now abandoned.

## TECHNICAL FIELD

The present invention is generally directed toward the expression of proteins, and more specifically, toward the expression of growth factor receptor analogs and biologically active dimerized polypeptide fusions.

## BACKGROUND OF THE INVENTION

In higher eucaryotic cells, the interaction between receptors and ligands (e.g., hormones) is of central importance in the transmission of and response to a variety of extracellular signals. It is generally accepted that hormones and growth factors elicit their biological functions by binding to specific recognition sites (receptors) in the plasma membranes of their target cells. Upon ligand binding, a receptor undergoes a conformational change, triggering secondary cellular responses that result in the activation or inhibition of intracellular processes. The stimulation or blockade of such an interaction by pharmacological means has important therapeutic implications for a wide variety of illnesses.

Ligands fall into two classes: those that have stimulatory activity, termed agonists; and those that block the effects elicited by the original ligands, termed antagonists. The discovery of agonists that differ in structure and composition from the original ligand may be medically useful. In particular, agonists that are smaller than the original ligand may be especially useful. The bioavailability of these smaller agonists may be greater than that of the original ligand. This may be of particular importance for topical applications and for instances when diffusion of the agonist to its target sites is inhibited by poor circulation. Agonists may also have slightly different spectra of biological activity and/or different potencies, allowing them to be used in very specific situations. Agonists that are smaller and chemically simpler than the native ligand may be produced in greater quantity and at lower cost. The identification of antagonists which specifically block, for example, growth factor receptors has important pharmaceutical applications. Antagonists that block receptors against the action of endogenous, native ligand may be used as therapeutic agents for conditions including atherosclerosis, autocrine tumors, fibroplasia and keloid formation.

The discovery of new ligands that may be used in pharmaceutical applications has centered around designing compounds by chemical modification, complete synthesis, and screening potential ligands by complex and costly screening procedures. The process of designing a new ligand usually begins with the alteration of the structure of the original effector molecule. If the original effector molecule is known to be chemically simple, for example, a catecholamine or prostaglandin, the task is relatively straightforward. However, if the ligand is structurally complex, for example, a peptide hormone or a growth factor, finding a molecule which is functionally equivalent to the original ligand becomes extremely difficult.

Currently, potential ligands are screened using radioligand binding methods (Lefkowitz et al., *Biochem. Biophys. Res. Comm.* 60: 703–709, 1974; Aurbach et al., *Science* 186: 1223–1225, 1974; Atlas et al., *Proc. Natl. Acad. Sci. USA* 71: 4246–4248, 1974). Potential ligands can be directly assayed by binding the radiolabeled compounds to responsive cells, to the membrane fractions of disrupted cells, or to solubilized receptors. Alternatively, potential ligands may be screened by their ability to compete with a known labeled ligand for cell surface receptors.

The success of these procedures depends on the availability of reproducibly high quality preparations of membrane fractions or receptor molecules, as well as the isolation of responsive cell lines. The preparation of membrane fractions and soluble receptor molecules involves extensive manipulations and complex purification steps. The isolation of membrane fractions requires gentle manipulation of the preparation, a procedure which does not lend itself to commercial production. It is very difficult to maintain high biological activity and biochemical purity of receptors when they are purified by classical protein chemistry methods. Receptors, being integral membrane proteins, require cumbersome purification procedures, which include the use of detergents and other solvents that interfere with their biological activity. The use of these membrane preparations in ligand binding assays typically results in low reproducibility due to the variability of the membrane preparations.

As noted above, ligand binding assays require the isolation of responsive cell lines. Often, only a limited subset of cells is responsive to a particular agent, and such cells may be responsive only under certain conditions. In addition, these cells may be difficult to grow in culture or may possess a low number of receptors. Currently available cell types responsive to platelet-derived growth factor (PDGF), for example, contain only a low number (up to $4 \times 10^5$; see Bowen-Pope and Ross, *J. Biol. Chem.* 257: 5161–5171, 1982) of receptors per cell, thus requiring large numbers of cells to assay PDGF analogs or antagonists.

Presently, only a few naturally-occurring secreted receptors, for example, the interleukin-2 receptor (IL-2-R) have been identified. Rubin et al. (*J. Immun.* 135: 3172–3177, 1985) have reported the release of large quantities of IL-2-R into the culture medium of activated T-cell lines. Bailon et al. (*BioTechnology* 5: 1195–1198, 1987) have reported the use of a matrix-bound interleukin-2 receptor to purify recombinant interleukin-2.

Three other receptors have been secreted from mammalian cells. The insulin receptor (Ellis et al., *J. Cell Biol.* 150: 14a, 1987), the HIV-1 envelope glyco-protein cellular receptor CD4 (Smith et al., *Science* 238: 1704–1707, 1987), the murine IL-7 receptor (*Cell* 60: 941–951, 1990) and the epidermal growth factor (EGF) receptor (Livneh et al., *J. Biol. Chem.* 261: 12490–12497, 1986) have been secreted from mammalian cells using truncated cDNAs that encode portions of the extracellular domains.

Naturally-occurring, secreted receptors have not been widely identified, and there have been only a limited number of reports of secreted recombinant receptors. Secreted receptors may be used in a variety of assays, which include assays to determine the presence of ligand in biological fluids and assays to screen for potential agonists and antagonists. Current methods for ligand screening and ligand/receptor binding assays have been limited to those using preparations of whole cells or cell membranes for as a source for receptor

X

ZG 000866

5,843,725

3

molecules. The low reproducibility and high cost of producing such preparations does not lend itself to commercial production. There is therefore a need in the art for a method of producing secreted receptors. There is a further need in the art for an assay system that permits high volume screening of compounds that may act on higher eucaryotic cells via specific surface receptors. This assay system should be rapid, inexpensive and adaptable to high volume screening. The present invention discloses such a method and assay system, and further provides other related advantages.

DISCLOSURE OF INVENTION

Briefly stated, the present invention discloses methods for producing secreted receptor analogs, including receptor analogs and secreted platelet-derived growth factor receptor (PDGF-R) analogs. In addition, the present invention discloses methods for producing secreted biologically active dimerized polypeptide fusions.

Within one aspect of the invention a method for producing a secreted PDGF-R analog is disclosed, comprising (a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream of and in proper reading frame with a DNA sequence encoding at least a portion of the ligand-binding domain of a PDGF-R, the portion including a ligand-binding domain; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a PDGF-R analog encoded by said DNA sequence; and (c) isolating the PDGF-R analog from the host cell.

Within one embodiment of the present invention, a PDGF-R analog comprising the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441, is secreted. Within another embodiment, a PDGF-R analog comprising the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine, number 29 to lysine, number 531 is secreted. Within yet another embodiment of the invention, a PDGF-R analog comprising the amino acid sequence of FIG. 11 (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524 is secreted.

Yet another aspect of the present invention discloses a method for producing a secreted, biologically active dimerized polypeptide fusion. The method generally comprises a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to a dimerizing protein; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said DNA sequence; and (c) isolating the biologically active dimerized polypeptide fusion from the host cell.

Within one embodiment, the dimerizing protein is yeast invertase. Within another embodiment, the dimerizing protein is at least a portion of an immunoglobulin light chain. Within another embodiment, the dimerizing protein is at least a portion of an immunoglobulin heavy chain.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active dimerized polypeptide fusion, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper

4

reading frame with a first DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to an immunoglobulin light chain constant region; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said first and second DNA sequences; and (d) isolating the dimerized polypeptide fusion from the host cell. In one embodiment, the second DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with the immunoglobulin heavy chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active dimerized polypeptide fusion, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin light chain constant region; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said first and second DNA sequences; and (d) isolating the dimerized polypeptide fusion from the host cell. In one embodiment, the first DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with the immunoglobulin light chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active dimerized polypeptide fusion, comprising (a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said first and second DNA sequences; (c) isolating the biologically active dimerized polypeptide fusion from the host cell. In one embodiment, the DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain.

X

ZG 000867

5,843,725

5

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active dimerized polypeptide fusion, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a first polypeptide chain of a non-immunoglobulin polypeptide dimer requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain, selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding a second polypeptide chain of the non-immunoglobulin polypeptide dimer joined to an immunoglobulin light chain constant region domain; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said first and second DNA sequences wherein said dimerized polypeptide fusion exhibits biological activity characteristic of said non-immunoglobulin polypeptide dimer; and (d) isolating the dimerized polypeptide fusion from the host cell. In one embodiment the first DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the immunoglobulin heavy chain constant region domain.

Within one embodiment of the present invention, a biologically active dimerized polypeptide fusion comprising the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441, is secreted. Within another embodiment, a biologically active dimerized polypeptide fusion comprising the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine, number 29 to lysine, number 531 is secreted. Within another embodiment of the invention, a biologically active dimerized polypeptide fusion comprising the amino acid sequence of FIG. 11 (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524 is secreted. Within yet another embodiment of the invention, a biologically active dimerized polypeptide fusion comprising the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine, number 29 to lysine, number 531 dimerized to the amino acid sequence of FIG. 11 (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524 is secreted.

In yet another aspect of the invention, a method is disclosed for producing a secreted receptor analog, comprising (a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to at least one secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to a dimerizing protein; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said DNA sequence; and (c) isolating the receptor analog from the host cell.

In yet another aspect of the invention, a method is disclosed for producing a secreted receptor analog, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed down-

6

stream by and in proper reading frame with a first DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to an immunoglobulin light chain constant region; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin heavy chain constant region domain, selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said first and second DNA sequences; and (d) isolating the receptor analog from the host cell. In one embodiment, the second DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with the immunoglobulin heavy chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted receptor analog, comprising (a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain, selected from the group $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of the receptor analog; and (c) isolating the receptor analog from the host cell. In one embodiment, the DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain.

In another aspect of the invention, a method is disclosed for producing a secreted receptor analog, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain, selected from the group $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin light chain constant region; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said first and second DNA sequences; and (d) isolating the receptor analog from the host cell. In one embodiment, the first DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with the immunoglobulin light chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted receptor analog, comprising (a) introducing into a eukaryotic host cell a first DNA construct

**X**[r]

ZG 000868

5,843,725

7

comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream in proper reading frame by a first DNA sequence encoding a first polypeptide chain of a ligand-binding domain of a receptor requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain, selected from the group $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding a second polypeptide chain of the ligand-binding domain of said receptor joined to an immunoglobulin light chain constant region domain; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said first and second DNA sequences; and (d) isolating the receptor analog from the host cell. In one embodiment the first DNA sequence further encodes an immunoglobulin heavy chain hinge region domain wherein the hinge region is joined to the immunoglobulin heavy chain constant region domain.

Host cells for use in the present invention include cultured mammalian cells and fungal cells. In a preferred embodiment strains of the yeast *Saccharomyces cerevisiae* are used as host cells. Within another preferred embodiment cultured rodent myeloma cells are used as host cells.

Within one embodiment of the present invention, a receptor analog is a PDGF-R analog comprising the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441. Within another embodiment a PDGF-R analog comprises the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to lysine, number 531. Within another embodiment of the invention, a PDGF-R analog comprises the amino acid sequence of FIG. 11 (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524 is secreted. Within yet another embodiment of the invention, a PDGF-R analog comprises the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine number 29 to lysine, number 531 and the amino acid sequence of FIG. 11 (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524 is secreted.

PDGF-R analogs produced by the above-disclosed methods may be used, for instance, within a method for determining the presence of human PDGF or an isoform thereof in a biological sample.

A method for determining the presence of human PDGF or an isoform thereof in a biological sample is disclosed and comprises (a) incubating a polypeptide comprising a PDGF receptor analog fused to a dimerizing protein with a biological sample suspected of containing PDGF or an isoform thereof under conditions that allow the formation of receptor/ligand complexes; and (b) detecting the presence of receptor/ligand complexes, and therefrom determining the presence of PDGF or an isoform thereof. Suitable biological samples in this regard include blood, urine, plasma, serum, platelet and other cell lysates, platelet releasates, cell suspensions, cell-conditioned culture media, and chemically or physically separated portions thereof.

These and other aspects of the present invention will become evident upon reference to the following detailed description and attached drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A–D (Sequence ID Numbers 1 and 2) illustrate the nucleotide sequence of a representative PDGF

8

β-receptor cDNA and the derived amino acid sequence of the primary translation product and corresponds to Sequence ID Number 1). Numbers above the lines refer to the nucleotide sequence; numbers below the lines refer to the amino acid sequence.

FIG. 2 illustrates the construction of pBTL10, pBTL11 and pBTL12.

FIG. 3 illustrates the construction of pCBS22.

FIG. 4 illustrates the construction of pBTL13 and pBTL14.

FIG. 5 illustrates the construction of pBTL15.

FIG. 6 illustrates the construction of pBTL22 and pBTL26.

FIG. 7 illustrates the construction of pSDL114. Symbols used are S.S., signal sequence, $C_k$, immunoglobulin light chain constant region sequence; μprom, μ promoter, μ enh; μ enhancer.

FIG. 8 illustrates the construction of pSDLB113. Symbols used are S.S., signal sequence; $C_H1$, $C_H2$, $C_H3$, immunoglobulin heavy chain constant region domain sequences; H, immunoglobulin heavy chain hinge region sequence; M, immunoglobulin membrane anchor sequences; Cγ1M, immunoglobulin heavy chain constant region and membrane anchor sequences.

FIG. 9 illustrates the constructions pBTL115, pBTL114, p45$V_H$HuC$_k$1M-neo, plC45$V_k$HuC$_k$-neo. Symbols used are set forth in FIGS. 7 and 8, and also include $L_H$, mouse immunoglobulin heavy chain signal sequence; $V_H$, mouse immunoglobulin heavy chain variable region sequence; E, mouse immunoglobulin heavy chain enhancer sequence; $L_k$, mouse immunoglobulin light chain signal sequence; φ5$V_k$, mouse immunoglobulin light chain variable region sequence; Neo$^R$, *E. coli* neomycin resistance gene.

FIG. 10 illustrates the constructions Zem229R, p45$V_H$Fab-neo and pWKl. Symbols used are set forth in FIG. 9.

FIGS. 11A–D illustrates the sequence of a representative PDGF α-receptor cDNA and the deduced amino acid sequence (using standard one-letter codes) encoded by the cDNA and corresponds to Sequence ID Numbers 35 and 36. Numbers at the ends of the lines refer to nucleotide positions. Numbers below the sequence refer to amino acid positions.

FIG. 12 illustrates the assembly of a cDNA molecule encoding a PDGF α-receptor. Complementary DNA sequences are shown as lines. Only those portions of the vectors adjacent to the cDNA inserts are shown.

### DETAILED DESCRIPTION OF THE INVENTION

Prior to setting forth the invention, it may be helpful to an understanding thereof to set forth definitions of certain terms to be used hereinafter.

DNA Construct: A DNA molecule, or a clone of such a molecule, either single- or double-stranded that has been modified through human intervention to contain segments of DNA combined and juxtaposed in a manner that as a whole would not otherwise exist in nature.

DNA constructs contain the information necessary to direct the expression and/or secretion of DNA sequences encoding polypeptides of interest. DNA constructs will generally include promoters, enhancers and transcription terminators. DNA constructs containing the information necessary to direct the secretion of a polypeptide will also contain at least one secretory signal sequence.

**X**

ZG 000869

5,843,725

9

10

Secretory Signal Sequence: A DNA sequence encoding a secretory peptide. A secretory peptide is an amino acid sequence that acts to direct the secretion of a mature polypeptide or protein from a cell. Secretory peptides are characterized by a core of hydrophobic amino acids and are typically (but not exclusively) found at the amino termini of newly sythesized proteins. Very often the secretory peptide is cleaved from the mature protein during secretion. Such secretory peptides contain processing sites that allow cleavage of the signal peptides from the mature proteins as it passes through the secretory pathway. Processing sites may be encoded within the signal peptide or may be added to the signal peptide by, for example, in vitro mutagenesis. Certain secretory peptides may be used in concert to direct the secretion of polypeptides and proteins. One such secretory peptide that may be used in combination with other secretory peptides is the third domain of the yeast Barrier protein.

Receptor Analog: A non-immunoglobulin polypeptide comprising a portion of a receptor which is capable of binding ligand and/or is recognized by anti-receptor antibodies. The amino acid sequence of the receptor analog may contain additions, substitutions or deletions as compared to the native receptor sequence. A receptor analog may be, for example, the ligand-binding domain of a receptor joined to another protein. Platelet-derived growth factor receptor (PDGF-R) analogs may, for example, comprise a portion of a PDGF receptor capable of binding anti-PDGF receptor antibodies, PDGF, PDGF isoforms, PDGF analogs, or PDGF antagonists.

Dimerizing Protein: A polypeptide chain having affinity for a second polypeptide chain, such that the two chains associate under physiological conditions to form a dimer. The second polypeptide chain may be the same or a different chain.

Biological activity: A function or set of activities performed by a molecule in a biological context (i.e., in an organism or an in vitro facsimile thereof). Biological activities may include the induction of extracellular matrix secretion from responsive cell lines, the induction of hormone secretion, the induction of chemotaxis, the induction of mitogenesis, the induction of differentiation, or the inhibition of cell division of responsive cells. A recombinant protein or peptide is considered to be biologically active if it exhibits one or more biological activities of its native counterpart.

Ligand: A molecule capable of being bound by the ligand-binding domain of a receptor or by a receptor analog. The molecule may be chemically synthesized or may occur in nature. Ligands may be grouped into agonists and antagonists. Agonists are those molecules whose binding to a receptor induces the response pathway within a cell. Antagonists are those molecules whose binding to a receptor blocks the response pathway within a cell.

Joined: Two or more DNA coding sequences are said to be joined when, as a result of in-frame fusions between the DNA coding sequences or as a result of the removal of intervening sequences by normal cellular processing, the DNA coding sequences are translated into a polypeptide fusion.

As noted above, the present invention pr vides methods for producing biologically active dimerized polypeptide fusions and secreted receptor analogs, which include, for example, PDGF receptor analogs. Secreted receptor analogs may be used to screen for new compounds that act as agonists or antagonists when interacting with cells containing membrans-bound receptors. In addition, the methods of

the present invention provide dimerized non-immunoglobulin polypeptide fusions of therapeutic value that are biologically active only as dimers. Moreover, the present invention provides methods of producing polypeptide dimers that are biologically active only as non-covalently associated dimers. Secreted, biologically active dimers that may be produced using the present invention include nerve growth factor, colony stimulating factor-1, factor XIII, and transforming growth factor β.

As used herein, the ligand-binding domain of a receptor is that portion of the receptor that is involved with binding the natural ligand. While not wishing to be bound by theory, the binding of a natural ligand to a receptor is believed to induce a conformational change which elicits a response to the change within the response pathway of the cell. For membrane-bound receptors, the ligand-binding domain is generally believed to comprise the extracellular domain for the receptor. The structure of receptors may be predicted from the primary translation products using the hydrophobicity plot function of, for example, P/C Gene or Intelligenetics Suite (Intelligenetics, Mt. View, Calif.) or may be predicted according to the methods described, for example, by Kyte and Doolittle, J. Mol. Biol. 157:105–132, 1982). The ligand-binding domain of the PDGF β-receptor, for example, has been predicted to include amino acids 29-531 of the published sequence (Gronwald et al., ibid.). The ligand-binding domain of the PDGF α-receptor has been predicted to include amino acids 25–500 of the published α-receptor sequence (Matsui et al., ibid.). As used herein, the ligand-binding domain of the PDGF β-receptor includes amino acids 29–441 of the sequence of FIGS. 1A and 1B (Sequence ID Number 1) and C-terminal extensions up to and including amino acid 531(FIG. 1B). The ligand-binding domain of the PDGF α-receptor is understood to include amino acids 24–524 of FIGS. 11A and 11B (Sequence ID Numbers 35 and 36).

Receptor analogs that may be used in the present invention include the ligand-binding domains of the epidermal growth factor receptor (EGF-R) and the insulin receptor. As used herein, a ligand-binding domain is that portion of the receptor that is involved in binding ligand and is generally a portion or essentially all of the extracellular domain that extends from the plasma membrane into the extracellular space. The ligand-binding domain of the EGF-R, for example, resides in the extracellular domain. EGF-R dimers have been found to exhibit higher ligand-binding affinity than EGF-R monomers (Boni-Schnetzler and Pilch, Proc. Natl. Acad. Sci. USA 84:7832–7836, 1987). The insulin receptor (Ullrich et al., Nature 313:756–761, 1985) requires dimerization for biological activity.

Another example of a receptor that may be secreted from a host cell is a platelet-derived growth factor receptor (PDGF-R). Two classes of PDGF-Rs, which recognized different isoforms of PDGF, have been identified. (PDGF is a disulfide-bonded, two-chain molecule, which is made up of an A chain and a B chain. These two chains may be combined as AB heterodimers, AA homodimers or BB homodimers. These dimeric molecules are referred to herein as "isoforms".) The β-receptor (PDGFβ-R), which recognizes only the BB isoform of PDGF (PDGF-BB), has been described (Claesson-Welsh et al., Mol. Cell. Biol. 8:3476–3486, 1988; Gronwald et al., Proc. Natl. Acad. Sci. USA 85:3435–3439, 1988). The α-receptor (PDGFα-R), which recognizes all three PDGF isoforms (PDGF-AA, PDGF-AB and PDGF-BB), has been described by Matsui et al. (Science 243:800–804, 1989) and Kelly and Murray (pending commonly assigned U.S. patent application Ser.

**X**ʳ

5,843,725

11

No. 07/355,018, which is incorporated herein by reference). The primary translation products of these receptors indicate that each includes an extracellular domain implicated in the ligand-binding process, a transmembrane domain, and a cytoplasmic domain containing a tyrosine kinase activity.

The present invention provides a standardized assay system, not previously available in the art, for determining the presence of PDGF, PDGF isoforms, PDGF agonists or PDGF antagonists using a secreted PDGF receptor analogs. Such an assay system will typically involve combining the secreted PDGF receptor analog with a biological sample under physiological conditions which permit the formation of receptor-ligand complexes, followed by detecting the presence of the receptor-ligand complexes. The term physiological conditions is meant to include those conditions found within the host organism and include, for example, the conditions of osmolarity, salinity and pH. Detection may be achieved through the use of a label attached to the PDGF receptor analog or through the use of a labeled antibody which is reactive with the receptor analog or the ligand. A wide variety of labels may be utilized, such as radionuclides, fluorophores, enzymes and luminescers. Receptor-ligand complexes may also be detected visually, i.e., in immuno-precipitation assays which do not require the use of a label. This assay system provides secreted PDGF receptor analogs that may be utilized in a variety of screening assays for, for example, screening for analogs of PDGF. The present invention also provides a methods for measuring the level of PDGF and PDGF isoforms in biological fluids.

As noted above, the present invention provides methods for producing dimerized polypeptide fusions that require dimerization for biological activity or enhancement of biological activity. Polypeptides requiring dimerization for biological activity include, in addition to certain receptors, nerve growth factor, colony-stimulating factor-1 (CSF-1), transforming growth factor β (TGF-β), PDGF, and factor XIII. Nerve growth factor is a non-covalently linked dimer (Harper et al., *J. Biol. Chem.* 257: 8541–8548, 1982). CSF-1, which specifically stimulates the proliferation and differentiation of cells of mononuclear phagocytic lineage, is a disulfide-bonded homodimer (Rettenmier et al.,*Mol. Cell. Biol.* 7: 2378–2387, 1987). TGF-β is biologically active as a disulfide-bonded dimer (Assoian et al.,*J. Biol. Chem.* 258: 7155–7160, 1983). Factor XIII is a plasma protein that exists as a two chain homodimer in its activated form (Ichinose et al.,*Biochem.* 25: 6900– 6906, 1986). PDGF, as noted above, is a disulfide-bonded, two chain molecule (Murray et al., U.S. Pat. No. 4,766,073).

The present invention provides methods by which receptor analogs, including receptor analogs and PDGF-R analogs, requiring dimerization for activity may be secreted from host cells. The methods described herein are particularly advantageous in that they allow the production of large quantities of purified receptors. The receptors may be used in assays for the screening of potential ligands, in assays for binding studies, as imaging agents, and as agonists and antagonists within therapeutic agents.

A DNA sequence encoding a human PDGF receptor may be isolated as a cDNA using techniques known in the art (see, for example, Okayama and Berg, *Mol. Cell. Biol.* 2: 161–170, 1982; *Mol. Cell. Biol.* 3: 280–289, 1983) from a library of human genomic or cDNA sequences. Such libraries may be prepared by standard procedures, such as those disclosed by Gubler and Hoffman (*Gene* 25: 263–269, 1983). It is preferred that the molecule is a cDNA molecule because cDNA lack introns and are therefore more suited to manipulation and expression in transfected or transformed

12

cells. Sources of mRNA for use in the preparation of a cDNA library include the MG-63 human osteosarcoma cell line (available from ATCC under accession number CRL 1427), diploid human dermal fibroblasts and human embryo fibroblast and brain cells (Matsui et al., ibid.). A cDNA encoding a PDGFβ-R has been cloned from a diploid human dermal fibroblast cDNA library using oligonucleotide probes complementary to sequences of the mouse PDGF receptor (Gronwald et al., ibid.). A PDGFα-R cDNA has been isolated by Matsui et al. (ibid.) from human embryo fibroblast and brain cells. Alternatively, a cDNA encoding a PDGFα-R may be isolated from a library prepared from MG-63 human osteosarcoma cells using a cDNA probe containing sequences encoding the transmembrane and cytoplasmic domains of the PDGFβ-R (described by Kelly and Murray, ibid.). Partial cDNA clones (fragments) can be extended by re-screening of the library with the cloned cDNA fragment until the full sequence is obtained. In one embodiment, a ligand-binding domain of a PDGF receptor is encoded by the sequence of FIGS. 1A and 1B (Sequence ID Number 1) from amino acid 29 through amino acid 441. In another embodiment, a ligand-binding domain of a PDGF receptor is encoded by the sequence of FIGS. 1A and 1B (Sequence ID Number 1) from amino acid 29 through amino acid 531. In yet another embodiment, a ligand-binding domain of a PDGF receptor is encoded by the sequence of FIGS. 11A and 11B (Sequence ID Numbers 35 and 36) from amino acid 24 through amino acid 524. One skilled in the art may envision the use of a smaller DNA sequence encoding the ligand-binding domain of a PDGF receptor containing at least 400 amino acids of the extracellular domain.

DNA sequences encoding EGF-R (Ullrich et al., *Nature* 304: 418–425, 1984), the insulin receptor (Ullrich et al., *Nature* 313: 756–761, 1985), nerve growth factor (Ullrich et al. *Nature* 303: 821–825, 1983), colony stimulating factor-1 (Rettenmier et al., ibid.), transforming growth factor β (Derynck et al., *Nature* 316: 701–705, 1985), PDGF (Murray et al., ibid.), and factor XIII (Ichinose et al., ibid.) may also be used within the present invention.

To direct polypeptides requiring dimerization for biological activity or receptor analogs into the secretory pathway of the host cell, at least one secretory signal sequence is used in conjunction with the DNA sequence of interest. Preferred secretory signals include the alpha factor signal sequence (pre-pro sequence) (Kurjan and Herkowitz, *Cell* 30: 933–943, 1982; Kurjan et al., U.S. Pat. No. 4,546,082; Brake, EP 116,201, 1983), the PHO5 signal sequence (Beck et al., WO 86/00637), the BAR1 secretory signal sequence (MacKay et al. U.S. Pat. No. 4,613,572; MacKay, WO 87/002670), immunoglobulin V$_H$ signal sequences (Loh et al., *Cell* 33: 85–93, 1983; Watson *Nuc. Acids. Res.* 12: 5145–5164, 1984) and immunoglobulin V$_κ$ signal sequences (Watson, ibid.). Particularly preferred signal sequences are the SUC2 signal sequence (Carlson et al., *Mol. Cell. Biol.* 3: 439–447, 1983) and PDGF receptor signal sequences. Alternatively, secretory signal sequences may be synthesized according to the rules established, for example, by von Heinje (*Eur. J. Biochem.* 133: 17–21, 1983; *J. Mol. Biol.* 184: 99–105, 1985; *Nuc. Acids. Res.* 14: 4683–3690, 1986).

Secretory signal sequences may be used singly or may be combined. For example, a first secretory signal sequence may be used singly or combined with a sequence encoding the third domain of Barrier (described in co-pending commonly assigned U.S. patent application Ser. No. 07/104,316, which is incorporated by reference herein in its entirety). The third domain of Barrier may be positioned in proper reading frame 3' of the DNA sequence of interest or 5' to the

X[r]

5,843,725

13

DNA sequence and in proper reading frame with both the secretory signal sequence and the DNA sequence of interest.

In one embodiment of the present invention, a sequence encoding a dimerizing protein is joined to a sequence encoding a polypeptide chain of a polypeptide dimer or a receptor analog, and this fused sequence is joined in proper reading frame to a secretory signal sequence. As shown herein, the present invention utilizes such an arrangement to drive the association of the polypeptide or receptor analog to form a biologically active molecule upon secretion. Suitable dimerizing proteins include the *S. cerevisiae* repressible acid phosphatase (Mizunaga et al., *J. Biochem.* (Tokyo) 103: 321–326, 1988), the *S. cerevisiae* type 1 killer preprotoxin (Sturley et al., *EMBO J.* 5: 3381–3390, 1986), the *S. calsberaensis* alpha galactosidase melibiase (Sumer-Smith et al., *Gene* 36: 333–340, 1985), the *S. cerevisiae* invertase (Carlson et al., *Mol. Cell. Biol.* 3: 439–447, 1983), the *Neurospora crassa* ornithine decarboxylase (Digangi et al., *J. Biol. Chem.* 262: 7889–7893, 1987), immunoglobulin heavy chain hinge regions (Takahashi et al., *Cell* 29: 671–679, 1982), and other dimerizing immunoglobulin sequences. In a preferred embodiment, *S. cerevisiae* invertase is used to drive the association of polypeptides into dimers. Portions of dimerizing proteins, such as those mentioned above, may be used as dimerizing proteins where those portions are capable of associating as a dimer in a covalent or noncovlent manner. Such portions may be determined by, for example, altering a sequence encoding a dimerizing protein through in vitro mutagenesis to delete portions of the coding sequence. These deletion mutants may be expressed in the appropriate host to determine which portions retain the capability of associating as dimers. Portions of immunoglobulin gene sequences may be used to drive the association of non-immunoglobulin polypeptides. These portions correspond to discrete domains of immunoglobulins. Immunoglobulins comprise variable and constant regions, which in turn comprise discrete domains that show similarity in their three-dimensional conformations. These discrete domains correspond to immunoglobulin heavy chain constant region domain exons, immunoglobulin heavy chain variable region domain exons, immunoglobulin light chain variable region domain exons and immunoglobulin light chain constant region domain exons in immunoglobulin genes (Hood et al., in *Immunology*, The Benjamin/ Cummings Publishing Company, Inc., Menlo Park, Calif.; Honjo et al., *Cell* 18: 559–568, 1979; Takahashi et al., *Cell* 29: 671–679, 1982; and Honjo, *Ann. Rev. Immun.* 1:499–528, 1983). Particularly preferred portions of immunoglobulin heavy chains include Fab and Fab' fragments. (An Fab fragment is a portion of an immunoglobulin heavy chain that includes a heavy chain variable region domain and a heavy chain constant region domain. An Fab' fragment is a portion of an immunoglobulin heavy chain that includes a heavy chain variable region domain, a heavy chain constant region domain and a heavy chain hinge region domain.)

It is preferred to use an immunoglobulin light chain constant region in association with at least one immunoglobulin heavy chain constant region domain. In another embodiment, an immunoglobulin light chain constant region is associated with at least one immunoglobulin heavy chain constant region domain joined to an immunoglobulin hinge region. In one set of embodiments, an immunoglobulin light chain constant region joined in frame with a polypeptide chain of a non-immunoglobulin polypeptide dimer or receptor analog and is associated with at least one heavy chain constant region. In a preferred set of embodiments a variable

14

region is joined upstream of and in proper reading frame with at least one immunoglobulin heavy chain constant region. In another set of embodiments, an immunoglobulin heavy chain is joined in frame with a polypeptide chain of a non-immunoglobulin polypeptide dimer or receptor analog and is associated with an immunoglobulin light chain constant region. In yet another set of embodiments, a polypeptide chain of a non-immunoglobulin polypeptide dimer or receptor analog is joined to at least one immunoglobulin heavy chain constant region which is joined to an immunoglobulin hinge region and is associated with an immunoglobulin light chain constant region. In a preferred set of embodiments an immunoglobulin variable region is joined upstream of and in proper reading frame with the immunoglobulin light chain constant region.

Immunoglobulin heavy chain constant region domains include $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of any class of immunoglobulin heavy chain including $\gamma$, $\alpha$, $\epsilon$, $\mu$, and $\delta$ classes (Honjo, ibid., 1983) A particularly preferred immunoglobulin heavy chain constant region domain is human $C_H1$. Immunoglobulin variable regions include $V_H$, $V_\kappa$, or $V_\lambda$. DNA sequences encoding immunoglobulins may be cloned from a variety of genomic or cDNA libraries known in the art. The techniques for isolating such DNA sequences using probe-based methods are conventional techniques and are well known to those skilled in the art. Probes for isolating such DNA sequences may be based on published DNA sequences (see, for example, Hieter et al., *Cell* 22: 197–207, 1980). Alternatively, the polymerase chain reaction (PCR) method disclosed by Mullis et al. (U.S. Pat. No. 4,683,195) and Mullis (U.S. Pat. No. 4,683,202), incorporated herein by reference may be used. The choice of library and selection of probes for the isolation of such DNA sequences is within the level of ordinary skill in the art.

Host cells for use in practicing the present invention include eukaryotic cells capable of being transformed or transfected with exogenous DNA and grown in culture, such as cultured mammalian and fungal cells. Fungal cells, including species of yeast (e.g., Saccharomvces spp., Schizosaccharomyces spp.), or filamentous fungi (e.g., Aspergillus spp., Neurospora spp.) may be used as host cells within the present invention. Strains of the yeast *Saccharomyces cerevisiae* are particularly preferred.

Expression units for use in the present invention will generally comprise the following elements, operably linked in a 5' to 3' orientation: a transcriptional promoter, a secretory signal sequence a DNA sequence encoding non-immunoglobulin polypeptide requiring dimerization for biological activity joined to a dimerizing protein and a transcriptional terminator. The selection of suitable promoters, signal sequences and terminators will be determined by the selected host cell and will be evident to one skilled in the art and are discussed more specifically below.

Suitable yeast vectors for use in the present invention include YRp7 (Struhl et al., *Proc. Natl. Acad. Sci. USA* 76: 1035–1039, 1978), YEp13 (Broach et al., *Gene* 8: 121–133, 1979), pJDB249 and pJDB219 (Beggs, *Nature* 275:104–108, 1978) and derivatives thereof. Such vectors will generally include a selectable marker, which may be one of any number of genes that exhibit a dominant phenotype for which a phenotypic assay exists to enable transformants to be selected. Preferred selectable markers are those that complement host cell auxotrophy, provide antibiotic resistance or enable a cell to utilize specific carbon sources, and include LEU2 (Broach et al. ibid.), URA3 (Botstein et al., *Gene* 8: 17, 1979), HIS3 (Struhl et al., ibid.) or POT1 (Kawasaki and Bell, EP 171,142). Other suitable selectable

**X**[r]

ZG 000872

5,843,725

15

markers include the CAT gene, which confers chloramphenicol resistance on yeast cells.

Preferred promoters for use in yeast include promoters from yeast glycolytic genes (Hitzeman et al., *J. Biol. Chem.* 255: 12073–12080, 1980; Alber and Kawasaki, *J. Mol. Appl. Genet.* 1: 419–434, 1982; Kawasaki, U.S. Pat. No. 4,599, 311) or alcohol dehydrogenase genes (Young et al., in *Genetic Engineering of Microorganisms for Chemicals*, Hollaender et al., (eds.), p. 355, Plenum, New York, 1982; Ammerer, *Meth. Enzymol.* 101: 192–201, 1983). In this regard, particularly preferred promoters are the TPI1 promoter (Kawasaki, U.S. Pat. No. 4,599,311, 1986) and the ADH2-4ᶜ promoter (Russell et al., *Nature* 304: 652–654, 1983 and Irani and Kilgore, described in pending, commonly assigned U.S. patent application Ser. No. 07/183,130, which is incorporated herein by reference). The expression units may also include a transcriptional terminator. A preferred transcriptional terminator is the TPI1 terminator (Alber and Kawasaki, ibid.).

In addition to yeast, proteins of the present invention can be expressed in filamentous fungi, for example, strains of the fungi *Aspergillus* (McKnight and Upshall, described in commonly assigned U.S. Pat. No. 4,935,349, which is incorporated herein by reference). Examples of useful promoters include those derived from *Aspergillus nidulans* glycolytic genes, such as the ADH3 promoter (McKnight et al., *EMBO J.* 4: 2093–2099, 1985) and the tpiA promoter. An example of a suitable terminator is the ADH3 terminator (McKnight et al., ibid.). The expression units utilizing such components are cloned into vectors that are capable of insertion into the chromosomal DNA of Aspergillus.

Techniques for transforming fungi are well known in the literature, and have been described, for instance, by Beggs (ibid.), Hinnen et al. (*Proc. Natl. Acad. Sci. USA* 75: 1929–1933, 1978), Yelton et al., (*Proc. Natl. Acad. Sci. USA* 81: 1740–1747, 1984), and Russell (*Nature* 301: 167–169, 1983). The genotype of the host cell will generally contain a genetic defect that is complemented by the selectable marker present on the expression vector. Choice of a particular host and selectable marker is well within the level of ordinary skill in the art.

In a preferred embodiment, a *Saccharomyces cerevisiae* host cell that contains a genetic deficiency in a gene required for asparagine-linked glycosylation of glycoproteins is used. Preferably, the *S. cerevisiae* host cell contains a genetic deficiency in the MNN9 gene (described in pending, commonly assigned U.S. patent application Ser. Nos. 116,095 and 189,547 which are incorporated by reference herein in their entirety). Most preferably, the *S. cerevisiae* host cell contains a disruption of the MNN9 gene. *S. cerevisiae* host cells having such defects may be prepared using standard techniques of mutation and selection. Ballou et al. (*J. Biol. Chem.* 255: 5986–5991, 1980) have described the isolation of mannoprotein biosynthesis mutants that are defective in genes which affect asparagine-linked glycosylation. Briefly, mutagenized *S. cerevisiae* cells were screened using fluoresceinated antibodies directed against the outer mannose chains present on wild-type yeast. Mutant cells that did not bind antibody were further characterized and were found to be defective in the addition of asparagine-linked oligosaccharide moieties. To optimize production of the heterologous proteins, it is preferred that the host strain carries a mutation, such as the *S. cerevisiae* pep4 mutation (Jones, *Genetics* 85: 23–33, 1977), which results in reduced proteolytic activity.

In addition to fungal cells, cultured mammalian cells may be used as host cells within the present invention. Preferred

16

cell lines are rodent myeloma cell lines, which include p3X63Ag8 (ATCC TIB 9), FO (ATCC CRL 1646), NS-1 (ATCC TIB 18) and 210-RCY-Ag1 (Galfre et al., *Nature* 277: 131, 1979). A particularly preferred rodent myeloma cell line is SP2/0-Ag14 (ATCC CRL 1581). In addition, a number of other cell lines may be used within the present invention, including COS-1 (ATCC CRL 1650), BHK, p363.Ag.8.653 (ATCC CRL 1580) Rat Hep I (ATCC CRL 1600), Rat Hep II (ATCC CRL 1548), TCMK (ATCC CCL 139), Human lung (ATCC CCL 75.1), Human hepatoma (ATCC HTB-52), Hep G2 (ATCC HB 8065), Mouse liver (ATCC CC 29.1), 293 (ATCC CRL 1573; Graham et al., *J. Gen. Virol.* 36: 59–72, 1977) and DUKX cells (Urlaub and Chasin, *Proc. Natl. Acad. Sci USA* 77: 4216–4220, 1980) A preferred BHK cell line is the tk⁻ts13 BHK cell line (Waechter and Baserga, *Proc. Natl. Acad. Sci USA* 79: 1106–1110, 1982). A preferred BHK cell line is the tk⁻ts13 BHK cell line (Waechter and Baserga, *Proc. Natl. Acad. Sci. USA* 79: 1106–1110, 1982). A tk⁻ BHK cell line is available from the American Type Culture Collection, Rockville, Md., under accession number CRL 1632. A particularly preferred tk⁻BHK cell line is BHK 570 which is available from the American Type Culture Collection under accession number 10314.

Mammalian expression vectors for use in carrying out the present invention will include a promoter capable of directing the transcription of a cloned gene or cDNA. Preferred promoters include viral promoters and cellular promoters. Preferred viral promoters include the major late promoter from adenovirus 2 (Kaufman and Sharp, *Mol. Cell. Biol.* 2: 1304–13199, 1982) and the SV40 promoter (Subramani et al., *Mol. Cell. Biol.* 1: 854–864, 1981). Preferred cellular promoters include the mouse metallothionein 1 promoter (Palmiter et al., *Science* 222: 809–814, 1983) and a mouse Vₖ promoter (Grant et al., *Nuc. Acids Res.* 15: 5496, 1987). A particularly preferred promoter is a mouse $V_H$ promoter (Loh et al., ibid.). Such expression vectors may also contain a set of RNA splice sites located downstream from the promoter and upstream from the DNA sequence encoding the peptide or protein of interest. Preferred RNA splice sites may be obtained from adenovirus and/or immunoglobulin genes. Also contained in the expression vectors is a polyadenylation signal located downstream of the coding sequence of interest. Polyadenylation signals include the early or late polyadenylation signals from SV40 (Kaufman and Sharp, ibid.), the polyadenylation signal from the adenovirus 5 EIB region and the human growth hormone gene terminator (DeNoto et al., *Nuc. Acids Res.* 9: 3719–3730, 1981). A particularly preferred polyadenylation signal is the $V_H$ gene terminator (Loh et al., ibid.). The expression vectors may include a noncoding viral leader sequence, such as the adenovirus 2 tripartite leader, located between the promoter and the RNA splice sites. Preferred vectors may also include enhancer sequences, such as the SV40 enhancer and the mouse μ enhancer (Gillies, *Cell* 33: 717–728, 1983). Expression vectors may also include sequences encoding the adenovirus VA RNAs.

Cloned DNA sequences may be introduced into cultured mammalian cells by, for example, calcium phosphate-mediated transfection (Wigler et al., *Cell* 14: 725, 1978; Corsaro and Pearson, *Somatic Cell Genetics* 7: 603, 1981; Graham and Van der Eb, *Virology* 52: 456, 1973.) Other techniques for introducing cloned DNA sequences into mammalian cells, such as electroporation (Neumann et al., *EMBO J.* 1: 841–845, 1982), may also be used. In order to identify cells that have integrated the cloned DNA, a selectable marker is generally introduced into the cells along with

*X*ᵗ

5,843,725

17

the gene or cDNA of interest. Preferred selectable markers for use in cultured mammalian cells include genes that confer resistance to drugs, such as neomycin, hygromycin, and methotrexate. The selectable marker may be an amplifiable selectable marker. A preferred amplifiable selectable marker is the DHFR gene.

A particularly preferred amplifiable marker is the DHFR$^r$ cDNA (Simonsen and Levinson, *Proc. Natl. Adac. Sci. USA* 80: 2495–2499, 1983). Selectable markers are reviewed by Thilly (*Mammalian Cell Technology*), Butterworth Publishers, Stoneham, Mass.) and the choice of selectable markers is well within the level of ordinary skill in the art.

Selectable markers may be introduced into the cell on a separate plasmid at the same time as the gene of interest, or they may be introduced on the same plasmid. If on the same plasmid, the selectable marker and the gene of interest may be under the control of different promoters or the same promoter, the latter arrangement producing a dicistronic message. Constructs of this type are known in the art (for example, Levinson and Simonsen, U.S. Pat. No. 4,713,339). It may also be advantageous to add additional DNA, known as "carrier DNA" to the mixture which is introduced into the cells.

Transfected mammalian cells are allowed to grow for a period of time, typically 1–2 days, to begin expressing the DNA sequence(s) of interest. Drug selection is then applied to select for growth of cells that are expressing the selectable marker in a stable fashion. For cells that have been transfected with an amplifiable selectable marker the drug concentration may be increased in a stepwise manner to select for increased copy number of the cloned sequences, thereby increasing expression levels.

Host cells containing DNA constructs of the present invention are grown in an appropriate growth medium. As used herein, the term "appropriate growth medium" means a medium containing nutrients required for the growth of cells. Nutrients required for cell growth may include a carbon source, a nitrogen source, essential amino acids, vitamins, minerals and growth factors. The growth medium will generally select for cells containing the DNA construct by, for example, drug selection or deficiency in an essential nutrient which are complemented by the selectable marker on the DNA construct or co-transfected with the DNA construct. Yeast cells, for example, are preferably grown in a chemically defined medium, comprising a non-amino acid nitrogen source, inorganic salts, vitamins and essential amino acid supplements. The pH of the medium is preferably maintained at a pH greater than 2 and less than 8, preferably at pH 6.5. Methods for maintaining a stable pH include buffering and constant pH control, preferably through the addition of sodium hydroxide. Preferred buffering agents include succinic acid and Bis-Tris (Sigma Chemical Co., St. Louis, Mo.). Yeast cells having a defect in a gene required for asparagine-linked glycosylation are preferably grown in a medium containing an osmotic stabilizer. A preferred osmotic stabilizer is sorbitol supplemented into the medium at a concentration between 25 0.1M and 1.5M., preferably at 0.5M or 1.0M. Cultured mammalian cells are generally grown in commercially available serum-containing or serum-free media. Selection of a medium appropriate for the particular cell line used is within the level of ordinary skill in the art.

The culture medium from appropriately grown transformed or transfected host cells is separated from the cell material, and the presence of dimerized polypeptide fusions or secreted receptor analogs is demonstrated. A preferred

18

method of detecting receptor analogs, for example, is by the binding of the receptors or portions of receptors to a receptor-specific antibody. An anti-receptor antibody may be a monoclonal or polyclonal antibody raised against the receptor in question, for example, an anti-PDGF receptor monoclonal antibody may be used to assay for the presence of PDGF receptor analogs. Another antibody, which may be used for detecting substance P-tagged peptides and proteins, is a commercially available rat anti-substance P monoclonal antibody which may be utilized to visualize peptides or proteins that are fused to the C-terminal amino acids of substance P. Ligand binding assays may also be used to detect the presence of receptor analogs. In the case of PDGF receptor analogs, it is preferable to use fetal foreskin fibroblasts, which express PDGF receptors, to compete against the PDGF receptor analogs of the present invention for labeled PDGF and PDGF isoforms.

Assays for detection of secreted, biologically active peptide dimers and receptor analogs may include Western transfer, protein blot or colony filter. A Western transfer filter may be prepared using the method described by Towbin et al. (*Proc. Natl. Acad. Sci. USA* 76: 4350–4354, 1979). Briefly, samples are electrophoresed in a sodium dodecylsulfate polyacrylamide gel. The proteins in the gel are electrophoretically transferred to nitrocellulose paper. Protein blot filters may be prepared by filtering supernatant samples or concentrates through nitrocellulose filters using, for example, a Minifold (Schleicher & Schuell, Keene, N.H.). Colony filters may be prepared by growing colonies on a nitrocellulose filter that has been laid across an appropriate growth medium. In this method, a solid medium is preferred. The cells are allowed to grow on the filters for at least 12 hours. The cells are removed from the filters by washing with an appropriate buffer that does not remove the proteins bound to the filters. A preferred buffer comprises 25 mM Tris-base, 19 mM glycine, pH 8.3, 20% methanol.

The dimerized polypeptide fusions and receptor analogs present on the Western transfer, protein blot or colony filters may be visualized by specific antibody binding using methods known in the art. For example, Towbin et al. (ibid.) describe the visualization of proteins immobilized on nitrocellulose filters with a specific antibody followed by a labeled second antibody, directed against the first antibody. Kits and reagents required for visualization are commercially available, for example, from Vector Laboratories, (Burlingame, Calif.), and Sigma Chemical Company (St. Louis, Mo.).

Secreted, biologically active dimerized polypeptide fusions and receptor analogs may be isolated from the medium of host cells grown under conditions that allow the secretion of the biologically active dimerized polypeptide fusions and receptor analogs. The cell material is removed from the culture medium, and the biologically active dimerized polypeptide fusions and receptor analogs are isolated using isolation techniques known in the art. Suitable isolation techniques include precipitation and fractionation by a variety of chromatographic methods, including gel filtration, ion exchange chromatography and immunoaffinity chromatography. A particularly preferred purification method is immunoaffinity chromatography using an antibody directed against the receptor analog or dimerized polypeptide fusion. The antibody is preferably immobilized or attached to a solid support or substrate. A particularly preferred substrate is CNBr-activated Sepharose (Pharmacia LKB Technologies, Inc., Piscataway, N.J.). By this method, the medium is combined with the antibody/substrate under conditions that will allow binding to occur. The complex

X$^r$

5,843,725

**19**

may be washed to remove unbound material, and the receptor analog or peptide dimer is released or eluted through the use of conditions unfavorable to complex formation. Particularly useful methods of elution include changes in pH, wherein the immobilized antibody has a high affinity for the ligand at a first pH and a reduced affinity at a second (higher or lower) pH; changes in concentration of certain chaotropic agents; or through the use of detergents.

The secreted PDGF receptor analogs of the present invention can be used within a variety of assays for detecting the presence of and/or screening for native PDGF, PDGF isoforms or PDGF-like molecules. These assays will typically involve combining PDGF receptor analogs, which may be bound to a solid substrate such as polymeric microtiter plate wells, with a biological sample under conditions that permit the formation of receptor/ligand complexes. Screening assays for the detection of PDGF, PDGF isoforms or PDGF-like molecules will typically involve combining soluble PDGF receptor analogs with a biological sample and incubating the mixture with a PDGF isoform or mixture of PDGF isoforms bound to a solid substrate such as polymeric microtiter plates, under conditions that permit the formation of receptor/ligand complexes. Detection may be achieved through the use of a label attached to the receptor or through the use of a labeled antibody which is reactive with the receptor. Alternatively, the labeled antibody may be reactive with the ligand. A wide variety of labels may be utilized, such as radionuclides, fluorophores, enzymes and luminescers. Complexes may also be detected visually, i.e., in immunoprecipitation assays, which do not require the use of a label.

Secreted PDGF receptor analogs of the present invention may also be labeled with a radioisotope or other imaging agent and used for in vivo diagnostic purposes. Preferred radioisotope imaging agents include iodine-125 and technetium-99, with technetium-99 being particularly preferred. Methods for producing protein-isotope conjugates are well known in the art, and are described by, for example, Eckelman et al. (U.S. Pat. No. 4,652,440), Parker et al. (WO 87/05030) and Wilber et al. (EP 203,764). Alternatively, the secreted receptor analogs may be bound to spin label enhancers and used for magnetic resonance (MR) imaging. Suitable spin label enhancers include stable, sterically hindered, free radical compounds such as nitroxides. Methods for labeling ligands for MR imaging are disclosed by, for example, Coffman et al. (U.S. Pat. No. 4,656,026). For administration, the labeled receptor analogs are combined with a pharmaceutically acceptable carrier or diluent, such as sterile saline or sterile water. Administration is preferably by bolus injection, preferably intravenously. These imaging agents are particularly useful in identifying the locations of atherosclerotic plaques, PDGF-producing tumors, and receptor-bound PDGF.

The secreted PDGF receptor analogs of the present invention may also be utilized within diagnostic kits. Briefly, the subject receptor analogs are preferably provided in a lyophilized form or immobilized onto the walls of a suitable container, either alone or in conjunction with antibodies capable of binding to native PDGF or selected PDGF isoform(s) or specific ligands. The antibodies, which may be conjugated to a label or unconjugated, are generally included in the kits with suitable buffers, such as phosphate, stabilizers, inert proteins or the like. Generally, these materials are present in less than about 5% weight based upon the amount of active receptor analog, and are usually present in an amount of at least about 0.001% weight. It may also be desirable to include an inert excipient to dilute the active

**20**

ingredients. Such an excipient may be present from about 1% to 99% weight of the total composition. In addition, the kits will typically include other standard reagents, instructions and, depending upon the nature of the label involved, reactants that are required to produce a detectable product. Where an antibody capable of binding to the receptor or receptor/ligand complex is employed, this antibody will usually be provided in a separate vial. The antibody is typically conjugated to a label and formulated in an analogous manner with the formulations briefly described above. The diagnostic kits, including the containers, may be produced and packaged using conventional kit manufacturing procedures.

As noted above, the secreted PDGF receptor analogs of the present invention may be utilized within methods for purifying PDGF from a variety of samples. Within a preferred method, the secreted PDGF receptor analogs are immobilized or attached to a substrate or support material, such as polymeric tubes, beads, polysaccharide particulates, polysaccharide-containing materials, polyacrylamide or other water insoluble polymeric materials. Methods for immobilization are well known in the art (Mosbach et al., U.S. Pat. No. 4,415,665; Clarke et al., *Meth. Enzymology* 68: 436–442, 1979). A common method of immobilization is CNBr activation. Activated substrates are commercially available from a number of suppliers, including Pharmacia (Piscataway, N.J.), Pierce Chemical Co. (Rockford, Ill.) and Bio-Rad Laboratories (Richmond, Calif.). A preferred substrate is CNBr-activated Sepharose (Pharmacia, Piscataway, N.J.). Generally, the substrate/receptor analog complex will be in the form of a column. The sample is then combined with the immobilized receptor analog under conditions that allow binding to occur. The substrate with immobilized receptor analog is first equilibrated with a buffer solution of a composition in which the receptor analog has been previously found to bind its ligand. The sample, in the solution used for equilibration, is then applied to the substrate/receptor analog complex. Where the complex is in the form of a column, it is preferred that the sample be passed over the column two or more times to permit full binding of ligand to receptor analog. The complex is then washed with the same solution to elute unbound material. In addition, a second wash solution may be used to minimize nonspecific binding. The bound material may then be released or eluted through the use of conditions unfavorable to complex formation. Particularly useful methods include changes in pH, wherein the immobilized receptor has a high affinity for PDGF at a first pH and reduced affinity at a second (higher or lower) pH; changes in concentration of certain chaotropic agents; or through the use of detergents.

The secreted PDGF receptor analogs fused to dimerizing proteins of the present invention may be used in pharmaceutical compositions for topical or intravenous application. The secreted PDGF receptor analogs of the present invention may be useful in the treatment of atherosclerosis by, for example, binding endogenous PDGF to prevent smooth muscle cell proliferation. The PDGF receptor analogs fused to dimerizing proteins are used in combination with a physiologically acceptable carrier or diluent. Preferred carriers and diluents include saline and sterile water. Pharmaceutical compositions may also contain stabilizers and adjuvants. The resulting aqueous solutions may be packaged for use or filtered under aseptic conditions and lyophilized, the lyophilized preparation being combined with a sterile aqueous solution prior to administration.

The following examples are offered by way of illustration and not by way of limitation.

**X**⁺

ZG 000875

5,843,725

**21**

## EXAMPLES

Enzymes, including restriction enzymes, DNA polymerase I (Klenow fragment), T4 DNA polymerase, T4 DNA ligase and T4 polynucleotide kinase, were obtained from New England Biolabs (Beverly, Mass.), GIBCO-BRL (Gaithersburg, Md.) and Boerhinger-Mannheim Biochemicals (Indianapolis, Ind.) and were used as directed by the manufacturer or as described in Maniatis et al. (*Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor Laboratory, N.Y., 1982) and Sambrook et al. (*Molecular Cloning: A Laboratory Manual*/Second Edition, Cold Spring Harbor Laboratory, N.Y., 1989).

### EXAMPLE 1

#### Cloning PDGF Receptor cDNAs
A. Cloning the PDGF β-Receptor

A cDNA encoding the PDGF β-receptor was cloned as follows. Complementary DNA (cDNA) libraries were prepared from poly(A) RNA from diploid human dermal fibro-

**22**

blast cells, prepared by explant from a normal adult, essentially as described by Hagen et al. (*Proc. Natl. Acad. Sci. USA* 83: 2412–2416, 1986). Briefly, the poly(A) RNA was primed with oligo d(T) and cloned into λgt11 using Eco RI linkers. The random primed library was screened for the presence of human PDGF receptor cDNA's using three oligonucleotide probes complementary to sequences of the mouse PDGF receptor (Yarden et al., *Nature* 323: 226–232, 1986). Approximately one million phage from the random primed human fibroblast cell library were screened using oligonucleotides ZC904, ZC905 and ZC906 (Table 1; Sequence ID Numbers 5, 6 and 7, respectively). Eight positive clones were identified and plaque purified. Two clones, designated RP41 and RP51, were selected for further analysis by restriction enzyme mapping and DNA sequence analysis. RP51 was found to contain 356 bp of 5'-noncoding sequence, the ATG translation initiation codon and 738 bp of the amino terminal coding sequence. RP41 was found to overlap clone RP51 and contained 2649 bp encoding amino acids 43–925 of the β-receptor protein.

TABLE 1

Oligonucleotide Sequences

ZC871 (Sequence ID Number 3)

5'CTC TCT TCC TCA GGT AAA TGA GTG CCA GGG CCG GCA AGC CCC CGC TCC 3'

ZC872 (Sequence ID Number 4)

5'CCG GGG AGC GGG GGC TTG CCG GCC CTG GCA CTC ATT TAC CTG AGG AAG AGA GAG CT 3'

ZC904 (Sequence ID Number 5)

5'CAT GGG CAC GTA ATC TAT AGA TTC ATC CTT GCT CAT ATC CAT GTA 3'

ZC905 (Sequence ID Number 6)

5'TCT TGC CAG GGC ACC TGG GAC ATC TGT TCC CAC ATC ACC GG 3'

ZC906 (Sequence ID Number 7)

5'AAG CTG TCC TCT GCT TCA GCC AGA GGT CCT GGG CAG CC 3'

ZC1380 (Sequence ID Number 8)

5'CAT GGT GGA ATT CCT GCT GAT 3'

ZC1447 (Sequence ID Number 9)

5'TG GTT GTG CAG AGC TGA GGA AGA GAT GGA 3'

ZC1453 (Sequence ID Number 10)

5'AAT TCA TTA TGT TGT TGC AAG CCT TCT TGT TCC TGC TAG CTG GTT TCG CTG TTA A 3'

ZC1454 (Sequence ID Number 11)

5'GAT CTT AAC AGC GAA ACC AGC TAG CAG GAA CAA GAA GGC TTG CAA CAA CAT AAT G 3'

ZC1478 (Sequence ID Number 12)

5'ATC GCG AGC ATG CAG ATC TGA 3'

ZC1479 (Sequence ID Number 13)



5,843,725

23

24

TABLE 1-continued

5'AGC TTC AGA TCT GCA TGC TGC CGA T 3'

ZC1776 (Sequence ID Number 14)

5'AGC TGA GCG CAA ATG TTG TGT CGA GTG CCC ACC GTG CCC AGC
TTA GAA TTC T 3'

ZC1777 (Sequence ID Number 15)

5'CTA GAG AAT TCT AAG CTG GGC ACG GTG GGC ACT CGA CAC AAC
ATT TGC GCT C 3'

ZC1846 (Sequence ID Number 16)

5'GAT CGG CCA CTG TCG GTG CGC TGC ACG CTG CGC AAC GCT GTG
GGC CAG GAC ACG CAG GAG GTC ATC GTG GTG CCA CAC TCC TTG
CCC TTT AAG CA 3'

ZC1847 (Sequence ID Number 17)

5'AGC TTG CTT AAA GGG CAA GGA GTG TGG CAC CAC GAT GAC CTC
CTG CGT GTC CTG GCC CAC AGC GTT GCG CAG CGT GCA GCG CAC
CGA CAG TGG CC 3'

ZC1886 (Sequence ID Number 18)

5'CCA GTG CCA AGC TTG TCT AGA CTT ACC TTT AAA GGG CAA GGA
G 3'

ZC1892 (Sequence ID Number 19)

5'AGC TTG AGC GT 3'

ZC1893 (Sequence ID Number 20)

5'CTA GAC GCT CA 3'

ZC1894 (Sequence ID Number 21)

5'AGC TTC CAG TTC TTC GGC CTC ATG TCA GTT CTT CGG CCT CAT
GTG AT 3'

ZC1895 (Sequence ID Number 22)

5'CTA GAT CAC ATG AGG CCG AAG AAC TGA CAT GAG GCC GAA GAA
CTG GA 3'

ZC2181 (Sequence ID Number 23)

5'AAT TCG GAT CCA CCA TGG GCA CCA GCC ACC GGG CGT TCC TGG
TGT TAG GCT GCC TGC TGA CCG GCC 3'

ZC2182 (Sequence ID Number 24)

5'TGA GCC TGA TCC TGT GCC AAC TGA GCC TGC CAT CGA TCC TGC
CAA ACG AGA ACG AGA AGG TTG TGC AGC TA 3'

ZC2183 (Sequence ID Number 25)

5'AAT TTA GCT GCA CAA CCT TCT CGT TCT CGT TTG GCA GGA TCG
ATG GCA GGC TCA GTT GGC ACA GGA TCA 3'

ZC2184 (Sequence ID Number 26)

5'GGC TCA GGC CGG TCA GCA GGC AGC CTA ACA CCA GGA ACG CCG
GGT GGC TGG TGC CCA TGG TGG ATC CG 3'

ZC2311 (Sequence ID Number 27)

5' TGA TCA CCA TGG CTC AAC TG 3'

ZC2351 (Sequence ID Number 28)

5'CGA ATT CCA C 3'

X'

ZG 000877

5,843,725

25                                                                          26

TABLE 1-continued

ZC2352 (Sequence ID Number 29)

5′ CAT  GGT  GGA  ATT  CGA  GCT  3′

ZC2392 (Sequence ID Number 30)

5′ ACG  TAA  GCT  TGT  CTA  GAC  TTA  CCT  TCA  GAA  CGC  AGG  GTG  GG
3′

The 3′-end of the cDNA was not isolated in the first cloning and was subsequently isolated by screening 6×10⁵ phage of the oligo d(T)-primed cDNA library with a 630 bp Sst I-Eco RI fragment derived from the 3′-end of clone RP41. One isolate, designated OT91, was further analyzed by restriction enzyme mapping and DNA sequencing. This clone was found to comprise the 3′-end of the receptor coding region and 1986 bp of 3′ untranslated sequence.

Clones RP51, RP41 and OT91 were ligated together to construct a full-length cDNA encoding the entire PDGF β-receptor. RP41 was digested with Acc I and Bam HI to isolate the 2.12 kb fragment. RP51 was digested with Eco RI and Acc I to isolate the 982 bp fragment. The 2.12 kb RP41 fragment and the 982 bp RP51 fragment were joined in a three-part ligation with pUC13, which had been linearized by digestion with Eco RI and Bam HI. The resultant plasmid was designated 51/41. Plasmid 51/41 was digested with Eco RI and Bam HI to isolate the 3 kb fragment comprising the partial PDGF receptor cDNA. OT91 was digested with Bam HI and Xba I to isolate the 1.4 kb fragment containing the 3′ portion of the PDGF receptor cDNA. The Eco RI-Bam HI 51/41 fragment, the Bam HI-Xba I OT91 fragment and the Eco RI-Xba I digested pUC13 were joined in a three-part ligation. The resultant plasmid was designated pR-RX1 (FIG. 2).

B. Cloning the PDGF-α Receptor

A cDNA encoding to PDGF α-receptor was cloned as follows. RNA was prepared by the method of Chirgwin et al. (Biochemistry 18: 5294, 1979) and twice purified on oligo d(T) cellulose to yield poly(A)+RNA. Complementary DNA was prepared in λgt10 phage using a kit purchased from Invitrogen (San Diego, Calif.). The resulting λ phage DNA was packaged with a coat particle mixture from Stratagene Cloning Systems (La Jolla, Calif.), infected into E. coli strain C600 Hfl⁻ and titered.

Approximately 1.4×10⁶ phage recombinants were plated to produce plaques for screening. Nitrocellulose filter lifts were prepared according to standard methods and were hybridized to a radiolabeled PDGF β-receptor DNA fragment (Gronwald et al., ibid.) comprising the 1.9 kb Fsp I-Hind III fragment that encodes the transmembrane and cytoplasmic domains of the PDGF β-receptor. Hybridization was performed for 36 hours at 42° C. in a mixture containing 40% formamide, 5×SSCP (SSC containing 25 mM phosphate buffer, pH 6.5), 200 μg/ml denatured salmon sperm DNA, 3×Denhardt's, and 10% dextran sulfate. Following hybridization, the filters were washed extensively at room temperature in 2×SSC, then for 15 minutes at 47°–48° C. Following an exposure to X-ray film, the filters were treated to increasingly stringent wash conditions followed by film recording until a final wash with 0.1×SSC at 65° C. was reached. Film analysis showed that a "family" of plaques that hybridized at lower wash stringency but not at the highest stringency. This "family" was selected for further analysis.

Two λ phage clones from the "family" obtained from the initial screening were subcloned into the Not I site of the pUCtype plasmid vector pBluescript SK⁺ (obtained from Stratagene Cloning Systems, La Jolla, Calif.) and were analyzed by restriction mapping and sequence analysis. Restriction enzyme analysis of a phage clone, designated α1-1, revealed a restriction fragment pattern dissimilar from that of the PDGF β-receptor cDNA with the exception of a common Bgl II-Bgl II band of approximately 160 bp. The PDGF β-receptor cDNA contains two similarly spaced Bgl II sites within the region coding for the second tyrosine kinase domain.

Restriction analysis of a second plasmid subclone (designated α1-7) revealed an overlap of the 5′ approximately 1.2 kb of clone α1-1, and an additional approximately 2.2 kb of sequence extending in the 5′ direction. Sequence analysis revealed that the 3′ end of this clone encodes the second tyrosine kinase domain, which contains regions of near sequence identity to the corresponding regions in the PDGF β-receptor. The 5′ end of clone α1-7 contained non-receptor sequences. Two additional α-receptor clones were obtained by probing with α1-1 sequences. Clone α1-1 was digested with Not I and Spe I, and a 230 bp fragment was recovered. Clone α1-1 was also digested with Bam HI and Not I, and a 550 bp fragment was recovered. A clone that hybridized to the 230 bp probe was designated α5-1. This clone contained the 5′-most coding sequence for the PDGF α-receptor. Another clone, designated α6-3, hybridized to the 550 bp probe and was found to contain 3′ coding and non-coding sequences, including the poly(A) tail.

Clone α1-1 was radiolabeled (³²P) and used to probe a northern blot (Thomas, Methods Enzymol. 100: 225–265, 1983) of the MG-63 poly(A)+RNA used to prepare the cDNA library. A single band of approximately 6.6 kb was observed. RNA prepared from receptor-positive cell lines including the human fibroblast SK4, WI-38 and 7573 cell lines; the mouse fibroblast line DI 3T3; the U2-OS human osteosarcoma cell line and baboon aortic smooth muscle cells, and RNA prepared from receptor-negative lines including A431 (an epithelial cell line) and VA 13 (SV40-transformed WI-38 cells) were probed by northern format with the α1-1 cDNA. In all cases, the amount of the 6.6 kb band detected in these RNA correlated well with the relative levels of α-receptor detected on the respective cell surfaces. The 6.6 kb RNA was not detected in RNA prepared from any tested cell line of hematopoietic origin, in agreement with a lack of PDGF α-receptor protein detected on these cell types.

Clones α1-1 and α1-7 were joined at a unique Pst I site in the region encoding the transmembrane portion of the receptor. Clone α1-1 was digested with Xba I and Pst I and the receptor sequence fragment was recovered. Clone α1-7 was digested with Pst I and Bam HI and the receptor fragment was recovered. The two fragments were ligated

**X'**

ZG 000878

5,843,725

27

with Xba I+Bam HI-digested pIC19R (Marsh et al. *Gene* 32: 481–486, 1984) to construct plasmid pα17R (FIG. 12).

The remainder of the 5'-most α-receptor sequence was obtained from clone α5-1 as an Sst I-C1a I fragment. This fragment was joined to the Eco RI-Sst I receptor fragment of pα17R and cloned into Eco RI+C1a I-digested pBluescript SK+plasmid to construct plasmid pα17R (FIG. 12). FIGS. 11A–D (Sequence ID Numbers 35 and 36) shows the nucleotide sequence and deduced amino acid sequence of the cDNA present in pα17R.

EXAMPLE 2

Construction of a SUC2 Signal Sequence–PDGF β-Receptor Fusion

To direct the PDGF β-receptor into the yeast secretory pathway, the PDGF β-receptor cDNA was joined to a sequence encoding the *Saccharomyces cerevisiae* SUC2 signal sequence. Oligonucleotides ZC1453 and ZC1454 (Sequence ID Numbers 10 and 11; Table 1) were designed to form an adapter encoding the SUC2 secretory signal flanked by a 5' Eco RI adhesive end and a 3' Bgl II adhesive end. ZC1453 and ZC1454 were annealed under conditions described by Maniatis et al. (ibid.). Plasmid pR-RX1 was digested with Bgl II and Sst II to isolate the 1.7 kb fragment comprising the PDGF β-receptor coding sequence from amino acids 28 to 596. Plasmid pR-RX1 was also cut with Sst II and Hind III to isolate the 1.7 kb fragment comprising the coding sequence from amino acids 597 through the translation termination codon and 124 bp of 3' untranslated DNA. The two 1.7 kb pR-RX1 fragments and the ZC1453/ZC1454 adapter were joined with pUC19, which had been linearized by digestion with Eco RI and Hind III. The resultant plasmid, comprising the SUC2 signal sequence fused in-frame with the PDGF β-receptor cDNA, was designated pBTL10 (FIG. 2).

EXAMPLE 3

Construction of pCBS22

The BAR1 gene product, Barrier, is an exported protein that has been shown to have three domains. When used in conjunction with a first signal sequence, the third domain of Barrier protein has been shown to aid in the secretion of proteins into the medium (MacKay et al., U.S. patent application Ser. No. 104,316).

The portion of the BAR1 gene encoding the third domain of Barrier was joined to a sequence encoding the C-terminal portion of substance P (subp; Munro and Pelham, *EMBO J.* 3: 3087–3093, 1984). The presence of the substance P amino acids on the terminus of the fusion protein allowed the protein to be detected using commercially available anti-substance P antibodies. Plasmid pZV9 (deposited as a transformant in *E. coli* strain RR1, ATCC accession no. 53283), comprising the entire BAR1 coding region and its associated flanking regions, was cut with Sal I and Bam HI to isolate the 1.3 kb BAR1 fragment. This fragment was subcloned into pUC13, which had been cut with Sal I and Bam HI, to generate the plasmid designated pZV17. Plasmid pZV17 was digested with Eco RI to remove the 3'-most 0.5 kb of the BAR1 coding region. The vector-BAR1 fragment was religated to create the plasmid designated pJH66 (FIG. 3). Plasmid pJH66 was linearized with Eco RI and blunt-ended with DNA polymerase I (Klenow fragment). Kinased Bam HI linkers (5' CCG GAT CCG G 3') were added and excess linkers were removed by digestion with Bam HI before religation. The resultant plasmid was designated pSW8 (FIG. 3).

28

Plasmid pSW81, comprising the TPI1 promoter, the BAR1 coding region fused to the coding region of the C-terminal portion of substance P (Munro and Pelham, *EMBO J.* 3: 3087–3093, 1984) and the TPI1 terminator, was derived from pSW8. Plasmid pSW8 was cut with Sal I and Bam HI to isolate the 824 bp fragment encoding amino acids 252 through 526 of BAR1. Plasmid pPM2, containing the synthetic oligonucleotide sequence encoding the dimer form of the C-terminal portion of substance P (subP) in M13mp8, was obtained from Hugh Pelham (MRC Laboratory of Molecular Biology, Cambridge, England). Plasmid pPM2 was linearized by digestion with Bam HI and Sal I and ligated with the 824 bp BAR1 fragment from pSW8. The resultant plasmid, pSW14, was digested with Sal I and Sma I to isolate the 871 bp BAR1-substance P fragment. Plasmid pSW16, comprising a fragment of BAR1 encoding amino acids 1 through 250, was cut with Xba I and Sal I to isolate the 767 bp BAR1 fragment. This fragment was ligated with the 871 bp BAR1-substance P fragment in a three-part ligation with pUC18 cut with Xba I and Sma I. The resultant plasmid, designated pSW15, was digested with Xba I and Sma I to isolate the 1.64 kb BAR1-substance P fragment. The ADH1 promoter was obtained from pRL029. Plasmid pRL029, comprising the ADH1 promoter and the BAR1 5' region encoding amino acids 1 to 33 in pUC18, was digested with Sph I and Xba I to isolate the 0.42 kb ADH1 promoter fragment. The TPI1 terminator (Alber and Kawasaki, ibid.) was provided as a linearized fragment containing the TPI1 terminator and pUC18 with a Klenow-filled Xba I end and an Sph I end. This fragment was ligated with the 0.42 kb ADH1 promoter fragment and the 1.64 kb BAR1-substance P fragment in a three-part ligation to produce plasmid pSW22.

The ADH1 promoter and the coding region of BAR1, from the translation initiation ATG through the Eco RV site present in pSW22, were removed by digestion with Hind III and Eco RV. The 3.9 kb vector fragment, comprising the 401 bp between the Eco RV and the Eco RI sites of the BAR1 gene fused to subP and the TPI1 terminator, was isolated by gel electrophoresis. Oligonucleotide ZC1478 (Sequence ID Number 12; Table 1) was kinased and annealed with oligonucleotide ZC1479 (Sequence ID Number 13; Table 1) using conditions described by Maniatis et al. (ibid.). The annealed oligonucleotides formed an adapter comprising a Hind III adhesive end and a polylinker encoding Bgl II, Sph I, Nru I and Eco RV restriction sites. The ZC1479/ZC1478 adapter was ligated with the gel-purified pSW22 fragment. The resultant plasmid was designated pCBS22 (FIG. 3).

EXAMPLE 4

Construction of pBTL13

In order to enhance the secretion of the PDGF β-receptor and to facilitate the identification of the secreted protein, a sequence encoding the third domain of BAR1 fused to the C-terminal amino acids of substance P was fused in frame with the 5' 1240 bp of the PDGF β-receptor. Plasmid pBTL10 (Example 2) was digested with Sph I and Sst I to isolate the 4 kb fragment comprising the SUC2 signal sequence, a portion of the PDGF β-receptor cDNA and the pUC19 vector sequences. Plasmid pCBS22 was digested with Sph I and Sst I to isolate the 1.2 kb fragment comprising the BAR1-subP fusion and the TPI1 terminator. These two fragments were ligated, and the resultant plasmid was designated pBTL13 (FIG. 4).

EXAMPLE 5

Construction of an Expression Vector Encoding the Entire PDGF β-Receptor

The entire PDGF β-receptor was directed into the secretory pathway by fusing a SUC2 signal sequence to the 5' end

**X**

ZG 000879

5,843,725

29

of the PDGF β-receptor coding sequence. This fusion was placed behind the TPI1 promoter and inserted into the vector YEp13 for expression in yeast.

The TPI1 promoter was obtained from plasmid pTPIC10 (Alber and Kawasaki, *J. Mol. Appl. Genet.* 1: 410–434, 1982), and plasmid pFATPOT (Kawasaki and Bell, EP 171,142; ATCC 20699). Plasmid pTPIC10 was cut at the unique Kpn I site, the TPI1 coding region was removed with Bal-31 exonuclease, and an Eco RI linker (sequence: GGA ATT CC) was added to the 3' end of the promoter. Digestion with Bgl II and Eco RI yielded a TPI1 promoter fragment having Bgl II and Eco RI sticky ends. This fragment was then joined to plasmid YRp7' (Stinchcomb et al., *Nature* 282: 39–43, 1979) that had been cut with Bgl II and Eco RI (partial). The resulting plasmid, TE32, was cleaved with Eco RI (partial) and Bam HI to remove a portion of the tetra-cycline resistance gene. The linearized plasmid was then recirculatized by the addition of an Eco RI-Bam HI linker to produce plasmid TEA32. Plasmid TEA32 was digested with Bgl II and Eco RI, and the 900 bp partial TPI1 promoter fragment was gel-purified. Plasmid pIC19H (Marsh et al., *Gene* 32:481–486, 1984) was cut with Bgl II and Eco RI and the vector fragment was gel purified. The TPI1 promoter fragment was then ligated to the linearized pIC19H and the mixture was used to transform *E. coli* RR1. Plasmid DNA was prepared and screened for the presence of a -900 bp Bgl II-Eco RI fragment. A correct plasmid was selected and designated pICTPIP.

The TPI1 promoter was then subcloned to place convenient restriction sites at its ends. Plasmid pIC7 (Marsh et al., ibid.) was digested with Eco RI, the fragment ends were blunted with DNA polymerase I (Klenow fragment), and the linear DNA was recircularized using T4 DNA ligase. The resulting plasmid was used to transform *E. coli* RR1. Plasmid DNA was prepared from the transformants and was screened for the loss of the Eco RI site. A plasmid having the correct restriction pattern was designated pIC7RI*. Plasmid pIC7RI* was digested with Hind III and Nar I, and the 2500 bp fragment was gel-purified. The partial TPI1 promoter fragment (ca. 900 bp) was removed from pICTPIP using Nar I and Sph I and was gel-purified. The remainder of the TPI1 promoter was obtained from plasmid pFATPOT by digesting the plasmid with Sph I and Hind III, and a 1750 bp fragment, which included a portion of the TPI1 promoter fragment from pICTPIP, and the fragment from PFATPOT were then combined in a triple ligation to produce pMVR1 (FIG. 2).

The TPI1 promoter was then joined to the SUC2-PDGF β-receptor fusion. Plasmid pBTL10 (Example 2) was digested with Eco RI and Hind III to isolate the 3.4 kb fragment comprising the SUC2 signal sequence and the entire PDGF β-receptor coding region. Plasmid pMVR1 was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. The TPI1 promoter fragment and the fragment derived from pBTL10 were joined with YEp13, which had been linearized by digestion with Bam HI and Hind III, in a three-part ligation. The resultant plasmid was designated pBTL12 (FIG. 2).

EXAMPLE 6

Construction of an Expression Vector Encoding the
5' Extracellular Portion of the PDGF β-Receptor

The extracellular portion of the PDGF β-receptor was directed into the secretory pathway by fusing the coding sequence to the SUC2 signal sequence. This fusion was placed in an expression vector behind the TPI1 promoter.

30

Plasmid pBTL10 (Example 2) was digested with Eco RI and Sph I to isolate the approximately 1.3 kb fragment comprising the SUC2 signal sequence and the PDGF β-receptor extracellular domain coding sequence. Plasmid pMVR1 (Example 5) was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. The TPI1 promoter fragment was joined with the fragment derived from pBTL10 and YEp13, which had been linearized by digestion with Bam HI and Sph I, in a three-part ligation. The resultant plasmid was designated pBTL11 (FIG. 2).

EXAMPLE 7

Construction of Yeast Expression Vectors pBTL14
and pBTL15, and The Expression of PDGF β-
Receptor-BAR1-subP Fusions

A. Construction of pBTL14

The SUC2-PDGFβ-R fusion was joined with the third domain of BAR1 to enhance the secretion of the receptor, and the expression unit was cloned into a derivative of YEp13 termed pJH50. YEp13 was modified to destroy the Sal I site near the LEU2 gene. This was achieved by partially digesting YEp13 with Sal I followed by a complete digestion with Xho I. The 2.0 kb Xho I-Sal I fragment comprising the LEU2 gene and the 8.0 kb linear YEp13 vector fragment were isolated and ligated together. The ligation mixture was transformed into *E. coli* strain RR1. DNA was prepared from the transformants and was analyzed by digestion with Sal I and Xho I. A clone was isolated which showed a single Sal I site and an inactive Xho I site indicating that the LEU2 fragment had inserted in the opposite orientation relative to the parent plasmid YEp13. The plasmid was designated pJH50.

Referring to FIG. 4, plasmid pBTL12 (Example 5) was digested with Sal I and Pst I to isolate the 2.15 kb fragment comprising 270 bp of YEp13 vector sequence, the TPI1 promoter, the SUC2 signal sequence, and 927 bp of PDGF β-receptor cDNA. Plasmid pBTL13 (Example 4) was digested with Pst I and Hind III to isolate the 1.48 kb fragment comprising 313 bp of PDGF β-receptor cDNA, the BAR1-subP fusion and the TPI1 terminator. The fragments derived from pBTL12 and pBTL13 were joined with pJH50, which had been linearized by digestion with Hind III and Sal I, in a three-part ligation. The resultant plasmid was designated pBTL14.

B. Construction of pBTL15

Referring to FIG. 5, a yeast expression vector was constructed comprising the TPI1 promoter, the SUC2 signal sequence, 1.45 kb of PDGF β-receptor cDNA sequence fused to the BAR1-subP fusion and the TPI1 terminator. Plasmid pBTL12 (Example 5) was digested with Sal I and Fsp I to isolate the 2.7 kb fragment comprising the TPI1 promoter, the SUC2 signal sequence, the PDGFβ-R coding sequence, and 270 bp of YEp13 vector sequence. Plasmid pBTL13 (Example 4) was digested with Nru I and Hind III to isolate the 1.4 kb fragment comprising the BAR1-subP fusion, the TPI1 terminator and 209 bp of 3' PDGF β-receptor cDNA sequence. The fragments derived from pBTL12 and pBTL13 were joined in a three-part ligation with pJH50, which had been linearized by digestion with Hind III and Sal I. The resultant plasmid was designated pBTL15.

C. Expression of PDGFβ-R-subP fusions from pBTL14 and pBTL15

Yeast expression vectors pBTL14 and pBTL15 were transformed into *Saccharomyces cerevisiae* strains ZY100 (MATa leu2-3,112 ade2-101 suc2-Δ9 gal2 pep4::TPI1prom-CAT) and ZY400 (MATa leu2-3,112 ade2-101 suc2-Δ9 gal2

X

5,843,725

**31**

pep4::TPI1prom-CAT Δmnn9::URA3). Transformations were carried out using the method essentially described by Beggs (ibid.). Transformants were selected for their ability to grow on -LEUDS (Table 2).

TABLE 2

Media Recipes

-LeuThrTrp Amino Acid Mixture
4 g adenine
3 g L-arginine
5 g L-aspartic acid
2 g L-histidine free base
6 g L-isoleucine
4 g L-lysine-mono hydrochloride
2 g L-methionine
6 g L-phenylalanine
5 g L-serine
5 g L-tyrosine
4 g uracil
6 g L-valine
    Mix all the ingredients and grind with a mortar and pestle until the mixture is finely ground.
-LEUDS
20 g glucose
6.7 g Yeast Nitrogen Base without amino acids (DIFCO Laboratories Detroit, Mich.)
0.6 g -LeuThrTrp Amino Acid Mixture
182.2 g sorbitol
18 g Agar
    Mix all the ingredients in distilled water. Add distilled water to a final volume of 1 liter. Autoclave 15 minutes. After autoclaving add 150 mg L-threonine and 40 mg L-tryptophan. Pour plates and allow to solidify.
-LEUDS+sodium succinate, pH 6.5
20 g Yeast Nitrogen Base without amino acids
0.6 g -LeuTrpThr Amino Acid Mixture
182.2 g sorbitol
11.8 g succinic acid
    Mix all ingredients in distilled water to a final volume of 1 liter. Adjust the pH of the solution to pH 6.5. Autoclave 15 minutes. After autoclaving add 150 mg L-threonine and 40 mg L-tryptophan.
Fermentation Medium
7 g/l yeast nitrogen base without amino acids or ammonium sulfate (DIFCO Laboratories)
0.6 g/l ammonium sulfate
0.5M sorbitol
0.39 g/l adenine sulfate
0.01% polypropylene glycol
    Mix all ingredients in distilled water. Autoclave 15 minutes. Add 80 ml 50% glucose for each liter of medium.
Super Synthetic -LEUD. pH 6.5 (liquid or solid medium)
6.7 g Yeast Nitrogen Base without amino acids or ammonium sulfate (DIFCO)
6 g ammonium sulfate
160 g adenine
0.6 g -LeuTrpThr Amino Acid Mixture
20 g glucose
11.8g succinic acid
    Mix all ingredients and add distilled water to a final volume of 800 ml. Adjust the pH of the solution to pH 6.4. Autoclave 15 minutes. For solid medium, add 18 g agar before autoclaving, autoclave and pour plates.
Super Synthetic -LEUDS, pH 6.4 (liquid or solid medium)
    Use the same recipe as Super Synthetic -LEUD, pH 6.4, but add 182.2 g sorbitol before autoclaving.

**32**

YEPD
20 g glucose
20 g Bacto Peptone (DIFCO Laboratories)
10 g Bacto Yeast Extract (DIFCO Laboratories)
18 g agar
4 ml adenine 1%
8 ml 1% L-leucine
    Mix all ingredients in distilled water, and bring to a final volume of 1 liter. Autoclave 25 minutes and pour plates.
    The transformants were assayed for binding to an anti-PDGF β-receptor monoclonal antibody (PR7212) or an anti-substance P antibody by protein blot assay. ZY100 [pBTL14] and ZY100[pBTL15] transformants were grown overnight at 30° 0C. in 5 ml Super Synthetic -LEUD, pH 6.4 (Table 2). ZY400[pBTL14] and ZY400[pBTL15] transformants were grown overnight at 30° C. in 5 ml Super Synthetic-LEUDS, pH 6.4 (Table 2). The cultures were pelleted by centrifugation and the supernatants were assayed for the presence of secreted PDGF β-receptor anlogs by protein blot assay using methods described in Example 18. Results of assays using PR7212 are shown in Table 3.

TABLE 3

| Results of a protein blot probed with PR7212 | |
| --- | --- |
| Transformant: | |
| ZY100[pBTL14] | + |
| ZY400[pBTL14] | ++ |
| ZY100[pBTL15] | + |
| ZY400[pBTL15] | + |

EXAMPLE 8

Construction of a SUC2-PDGFβ-R Fusion Comprising the Complete PDGFβ-R Extracellular Domain

A. Construction of pBTL22
    The PDGFβ-R coding sequence present in pBTL10 was modified to delete the coding region 3' to the extracellular PDGFβ-R domain. As shown in FIG. 6, plasmid pBTL10 was digested with Sph I and Bam HI and with Sph I and Sst II to isolate the 4.77 kb fragment and the 466 bp fragment, respectively. The 466 bp fragment was then digested with Sau 3A to isolate the 0.17 kb fragment. The 0.17 kb fragment and the 4.77 kb were joined by ligation. The resultant plasmid was designated pBTL21.
    Plasmid pBTL21, containing a Bam HI site that was regenerated by the ligation of the Bam HI and Sau 3A sites, was digested with Hind III and Bam HI to isolate the 4.2 kb fragment. Synthetic oligonucleotides ZC1846 (Sequence ID Number 16; Table 1) and ZC1847 (Sequence ID Number 17; Table 1) were designed to form an adapter encoding the PDGFβ-R from the Sau 3A site after bp 1856 (FIG. 1B; Sequence ID Number 1) to the end of the extracellular domain at 1958 bp (FIG. 1B; Sequence ID Number 1), having a 5' Bam HI adhesive end that destroys the Bam HI site and a 3' Hind III adhesive end. Oligonucleotides ZC1846 and ZC1847 were annealed under conditions described by Maniatis et. al. (ibid.). The 4.2 pBTL21 fragment and the ZC1846/ZC1847 adapter were joined by ligation. The resultant plasmid, designated pBTL22, comprises the SUC2 signal sequence fused in proper reading frame to the extracellular domain of PDGFβ-R in the vector pUC19 (FIG. 6).
B. Construction of pBTL28
    An in-frame translation stop codon was inserted immediately after the coding region of the PDGFβ-R in pBTL22

X

5,843,725

**33**

using oligonucleotides ZC1892 (Sequence ID Number 19; Table 1) and ZC1893 (Sequence ID Number 20; Table 1). These oligonucleotides were designed to form an adapter encoding a stop codon in-frame with the PDGFβ-R coding sequence from pBTL22 flanked by a 5' Hind III adhesive end and a 3' Xba I adhesive end. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.6 kb SUC2-PDGFβ-R fragment. Plasmid pMVR1 was digested with Eco RI and Xba I to isolate the 3.68 kb fragment comprising the TPI1 promoter, pIC7RI* vector sequences and the TPI1 terminator. Oligonucleotides ZC1892 and ZC1893 were annealed to form a Hind III-Xba I adapter. The 1.6 kb SUC2-PDGFβ-R fragment, the 3.86 kb pMVR1 fragment and the ZC1892/ZC1893 adapter were joined in a three-part ligation. The resultant plasmid was designated pBTL27.

The expression unit present in pBTL27 was inserted into the yeast expression vector pJH50 by first digesting pJH50 with Bam HI and Bgl II to isolate the 10.3 kb vector fragment. Plasmid pBTL27 was digested with Bgl II and with Xho I and Eco RI to isolate the 0.9 kb TPI1 promoter fragment and the 1.65 kb fragment, respectively. The 10.3 kb pJH50 vector fragment, the 0.9 kb TPI1 promoter fragment and 1.65 kb fragment were joined in a three-part ligation. The resultant plasmid was designated pBTL28.

C. Construction of Plasmid pBTL30

The PDGFβ-R coding sequence present in plasmid pBTL22 was modified to encode the twelve C-terminal amino acids of substance P and an in-frame stop codon. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.6 kb SUC2-PDGFβ-R fragment. Plasmid pMVR1 was digested with Eco RI and Xba I to isolate the 3.68 kb fragment comprising the TPI1 promoter, pIC7RI* and the TPI1 terminator. Synthetic oligonucleotides ZC1894 (Sequence ID Number 21; Table 1) and ZC1895 (Sequence ID Number 22; Table 1) were annealed to form an adapter containing the codons for the twelve C-terminal amino acids of substance P followed by an in-frame stop codon and flanked on the 5' end with a Hind III adhesive end and on the 3' end with an Xba I adhesive end. The ZC1894/ZC1895 adapter, the 1.6 kb SUC2-PDGFβ-R fragment and the pMVR1 fragment were joined in a three-part ligation. The resultant plasmid, designated pBTL29, was digested with Eco RI and Xho I to isolate the 1.69 kb SUC2-PDGFβ-R-subP-TPI1 terminator fragment. Plasmid pBTL27 was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. Plasmid pJH50 was digested with Bam HI and Sal I to isolate the 10.3 kb vector fragment. The 1.69 kb pBTL29 fragment, the 0.9 kb TPI1 promoter fragment and the 10.3 kb vector fragment were joined in a three-part ligation. The resulting plasmid was designated pBTL30.

### EXAMPLE 9

Construction and Expression of a SUC2-PDGFβ-R-IgG Hinge Expression Vector

An expression unit comprising the TPI1 promoter, the SUC2 signal sequence, the PDGFβ-R extracellular domain, an immunoglobulin hinge region and the TPI1 terminator was constructed. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.6 kb fragment. Plasmid pMVR1 was digested with Eco RI and Xba I to isolate the 3.7 kb fragment, comprising the TPI1 promoter, pIC7RI* vector sequences and the TPI1 terminator. Oligonucleotides ZC1776 (Sequence ID Number 14; Table 1) and ZC1777 (Sequence ID Number 15; Table 1) were designed to form, when annealed, an adapter encoding an immunoglobulin hinge region with a 5' Hind III adhesive end and a 3' Xba I

**34**

adhesive end. Oligonucleotides ZC1776 and ZC1777 were annealed under conditions described by Maniatis et al. (ibid.). The 1.56 kb pBTL22 fragment, the 3.7 kb fragment and the ZC1776/ZC1777 adapter were joined in a three-part ligation, resulting in plasmid pBTL24.

The expression unit of pBTL24, comprising the TPI1 promoter, SUC2 signal sequence, PDGFβ-R extracellular domain sequence, hinge region sequence, and TPI1 terminator, was inserted into pJH50. Plasmid pBTL24 was digested with Hind III and Sal I to isolate the 2.4 kb expression unit. Plasmid pJH50 was digested with Hind III and Sal I to isolate the 9.95 kb fragment. The 2.4 kb pBTL24 fragment and 9.95 kb pJH50 vector fragment were joined by ligation. The resultant plasmid was designated pBTL25.

Plasmid pBTL25 was transformed into *Saccharomyces cerevisiae* strain ZY400 using the method essentially described by Beggs (ibid.). Transformants were selected for their ability to grow on -LEUDS (Table 2). The transformants were tested for their ability to bind the anti-PDGFβ-R monoclonal antibody PR7212 using the colony assay method described in Example 18. Plasmid pBTL25 transformants were patched onto nitrocellulose filters that had been wetted and supported by YEPD solid medium. Antibody PR7212 was found to bind to the PDGFβ-R-IgG hinge fusion secreted by ZY400[pBTL25] transformants.

### EXAMPLE 10

Construction and Expression of a SUC2 signal sequence-PDGFβ-R Extracellular Domain-SUC2 Fusion

As shown in FIG. 6, an expression unit comprising the TPI1 promoter, SUC2 signal sequence, PDGFβ-R extracellular domain sequence, and SUC2 coding sequence was constructed as follows. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.6 kb SUC2-PDGFβ-R fragment. Plasmid pMVR1 was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. The SUC2 coding region was obtained from pJH40. Plasmid pJH40 was constructed by inserting the 2.0 kb Hind III-Hind III SUC2 fragment from pRB58 (Carlson et al., *Cell* 28:145–154, 1982) into the Hind III site of pUC19 followed by the destruction of the Hind III site 3' to the coding region. Plasmid pJH40 was digested with Hind III and Sal I to isolate the 2.0 kb SUC2 coding sequence. Plasmid pJH50 was digested with Sal I and Bam HI to isolate the 10.3 kb vector fragment. The 0.9 kb Bgl II-Eco RI TPI1 promoter fragment, the 1.6 kb Eco RI-Hind III SUC2-PDGFβ-R, the 2.0 kb Hind III-Sal I SUC2 fragment and the 10.3 kb Bam HI-Sal I vector fragment were joined in a four-part ligation. The resultant plasmid was designated pBTL26 (FIG. 6).

Plasmid pBTL26 was transformed into *Saccharomyces cerevisae* strain ZY400 using the method essentially described by Beggs (ibid.). Transformants were selected for their ability to grow on -LEUDS (Table 2). ZY400 transformants (ZY400[pBTL26]) were assayed by protein blot (Example 18), colony blot (Example 18) and competition assay.

Protein blot assays were carried out on ZY400[pBTL26] and ZY400[pJH50] (control) transformants that had been grown in flasks. Two hundred-fifty microliters of a 5 ml overnight cultures of ZY400[pBTL26] and ZY400 [pJH50] in -LEUDS+sodium succinate, pH 6.5 (Table 2) were inoculated into 50 ml of -LEUDS+sodium succinate, pH 6.5. The cultures were incubated for 35 hours in an airbath shaker at 30° C. The culture supernatants were harvested by centrifu-

5,843,725

35

gation. The culture supernatants were assayed as described in Example 18 and were found to bind PR7212 antibody.

Colony assays were carried out on ZY400[pBTL26] transformants. ZY400[pBTL26] transformants were patched onto wetted nitrocellulose filters that were supported on a YEPD plate. The colony assay carried out as described in Example 8.A. showed that ZY400[pBTL26] antibodies bound PR7212 antibodies.

Competition binding assays were carried out on ZY400 [pBTL26] and ZY400[pJH50] transformants. The transformants were grown in two liters of fermentation medium (Table 2) in a New Brunswick Bioflo2 fermentor (New Brunswick, Philadelphia, Pa.) with continuous pH control at pH 6.4. The cultures were adjusted to pH 7.5 immediately prior to harvesting. Culture supernatants were concentrated in an Amicon concentrator (Amicon, San Francisco, Calif.) using an Amicon $10^4$ μm spiral filter cartridge. The concentrated supernatants were further concentrated using Amicon Centriprep 10's. Fifteen milliliters of the concentrated supernatant samples were added to the Centripreps, and the Centripreps were spun in a Beckman GRP centrifuge (Beckman Instruments Inc., Carlsbad, Calif.) at setting 5 for a total of 60 minutes. The concentrates were removed from the Centripreps and were assayed in the competition assay.

The competition binding assay measured the amount of $^{125}$I-PDGF left to bind to fetal foreskin fibroblast cells after preincubation with the concentrate containing the PDGFβ-R-SUC2 fusion protein. PDGF-AA and PDGF-AB were iodinated using the Iodobead method (Pierce Chemical). PDGF-BB$_{Tyr}$ was iodinated and purified as described in Example 18.F. The concentrate was serially diluted in binding medium (Table 4). The dilutions were mixed with 0.5 ng of iodinated PDGF-AA, PDGF-BB$_{Tyr}$, or PDGF-AB, and the mixtures were incubated for two hours at room temperature. Three hundred micrograms of unlabeled PDGF-BB was added to each sample mixture. The sample mixtures were added to 24-well plates containing confluent fetal foreskin fibroblast cells (AG1523, available from the Human Genetic Mutant Cell Repository, Camden, N.J.). The cells were incubated with the mixture for four hours at 4° C. The supernatants were aspirated from the wells, and the wells were rinsed three times with phosphate buffered saline that was held at 4° C. (PBS; Sigma, St. Louis, Mo.). Five hundred microliters of PBS+1% NP-40 was added to each well, and the plates were shaken on a platform shaker for five minutes. The cells were harvested and the amount of iodinated PDGF was determined. The results of the competition binding assay showed that the PDGFβ-R-SUC2 fusion protein was able to competitively bind all three isoforms of PDGF.

The PDGFβ-R produced from ZY400 [pBTL26] transformants was tested for cross reactivity to fibroblast growth factor (FGF) and transforming growth factor-β(TGF-β) using the competition assay essentially described above. Supernatant concentrates from ZY400[pBTL26] and ZY400 [JH50] (control) transformants were serially diluted in binding medium (Table 4). The dilutions were mixed with 7.9 ng of iodinated FGF or 14 ng of iodinated TGF-β, and the mixtures were incubated for two hours at room temperature. Fourteen micrograms of unlabeled FGF was added to each mixture containing labeled FGF, and 7 μg of unlabeled TGF-β was added to each mixture containing labeled TGF-β. The sample mixtures were added to 24-well plates containing confluent human dermal fibroblast cells. (Human dermal fibroblast cells express both FGF receptors and TGFβ receptors.) The cells were incubated with the mixtures for four hours at 4° C. Five hundred microliters of PBS+1%

36

NP-40 was added to each well, and the plates were shaken on a platform shaker for five minutes. The cells were harvested and the amount of iodinated FGF or TGF-β bound to the cells was determined. The results of these assays showed that the PDGFβ-R-SUC2 fusion protein did not cross react with FGF and TGF-β.

TABLE 4

Reagent Recipes

Binding Medium
500 ml Ham's F-12 medium
12 ml 1M HEPES, pH 7.4
5 ml 100×PSN (Penicillin/Streptomycin/Neomycin, Gibco)
1 g rabbit serum albumin
Western Transfer Buffer
25 mM Tris, pH 8.3
19 mM glycine, pH 8.3
20% methanol
Western Buffer A
50 ml 1M Tris, pH 7.4
20 ml 0.25 mM EDTA, pH 7.0
5 ml 10% NP-40
37.5 ml 4M NaCl
2.5 g gelatin
   The Tris, EDTA, NP-40 and NaCl were diluted to a final volume of one liter with distilled water. The gelatin was added to 300 ml of this solution and the solution was heated in a microwave until the gelatin was in solution. The gelatin solution was added back to the remainder of the first solution and stirred at 4° C. until cool. The buffer was stored at 4° C.
Western Buffer B
50 ml 1M Tris, pH 7.4
20 ml 0.25M EDTA, pH 7.0
5 ml 10% NP-40
58.4 g NaCl
2.5 g gelatin
4 g N-lauroyl sarcosine
   The Tris, EDTA, NP-40, and the NaCl were mixed and diluted to a final volume of one liter. The gelatin was added to 300 ml of this solution and heated in a microwave until the gelatin was in solution. The gelatin solution was added back to the original solution and the N-lauroyl sarcosine was added. The final mixture was stirred at 4° C. until the solids were completely dissolved. This buffer was stored at 4° C.
2×Loading Buffer
36 ml 0.5M Tris-HCl, pH 6.8
16 ml glycerol
16 ml 20% SDS
4 ml 0.5% Bromphenol Blue in 0.5M Tris-HCl, pH 6.8
   Mix all ingredients. Immediately before use, add 100 μl β-mercaptoethanol to each 900 μl dye mix

EXAMPLE 11

Construction and Expression of PDGF Receptor Analogs From BHK Cells

A. Construction of pBTL114 and pBTL115

The portions of the PDGF α-receptor extracellular domain present in pBTL14 and pBTL15 were placed in a mammalian expression vector. Plasmids pBTL14 and pBTL15 were digested with Eco RI to isolate the 1695 bp and 1905 bp SUC2 signal-PDGFβ-R-BAR1 fragments. The 1695 bp fragment and the 1905 bp fragment were each ligated to Zem229R that had been linearized by digestion with Eco RI.

The vector Zem229R was constructed as shown in FIG. 10 from Zem229. Plasmid Zem229 is a pUC18-based



ZG 000883

5,843,725

**37**

expression vector containing a unique Bam HI site for insertion of cloned DNA between the mouse metallothionein-1 promoter and SV40 transcription terminator and an expression unit containing the SV40 early promoter, mouse dihydrofolate reductase gene, and SV40 transcription terminator. Zem229 was modified to delete the Eco RI sites flanking the Bam HI cloning site and to replace the Bam HI site with a single Eco RI cloning site. The plasmid was partially digested with Eco RI, treated with DNA polymerase I (Klenow fragment) and dNTPs, and religated. Digestion of the plasmid with Bam HI followed by ligation of the linearized plasmid with a Bam HI-Eco I adapter resulted in a unique Eco RI cloning site. The resultant plasmid was designated Zem229R.

The ligation mixtures were transformed into *E. coli* strain RR1. Plasmid DNA was prepared and the plasmids were subjected to restriction enzyme analysis. A plasmid having the 1695 bp pBTL14 fragment inserted into Zem229R in the correct orientation was designated pBTL14 (FIG. 9). A plasmid having the 1905 bp pBTL15 fragment inserted into Zem229R in the correct orientation was designated pBTL115 (FIG. 9).

B. Expression of Secreted PDGF α-Receptor Analogs in tk¹³ tsl3 BHK Cells

Plasmids pBTL114 and pBTL115 were each transfected into tk¹³-tsl3 cells using calcium phosphate precipitation (essentially as described by Graham and van der Eb, *J. Gen. Virol.* 36: 59–72, 1977). The transfected cells were grown in Dulbecco's modified Eagle's medium (DMEM) containing 10% fetal calf serum, 1×PSN antibiotic mix (Gibco 600-5640), 2.0 mM L-glutamine. The cells were selected in 250 nM methotrexate (MTX) for 14 days, and the resulting colonies were screened by the immunofilter assay (McCracken and Brown, *Biotechniques*, 82–87, March/April 1984). Plates were rinsed with PBS or No Serum medium (DMEM plus 1×PSN antibiotic mix). Teflon® mesh (Spectrum Medical Industries, Los Angeles, Calif.) was then placed over the cells. Nitrocellulose filters were wetted with PBS or No Serum medium, as appropriate, and placed over the mesh. After six hours incubation at 37° C., filters were removed and placed in Wester buffer A (Table 4) overnight at room temperature. The filters were developed using the antibody PR7212 and the procedure described in Example 8. The filters showed that conditioned media from pBTL114-transfected and pBTL115-transfected BHK cells bound the PR7212 antibody indicating the presence of biologically active secreted PDGFβ-R.

EXAMPLE 12

Expression of PDGF β-receptor Analogs in Cultured Mouse Myeloma Cells

A. Construction of pICμPRE8

The immunoglobulin μ heavy chain promoter and enhancer were subcloned into pIC19H to provide a unique Hind III site 3' to the promoter. Plasmid pμ (Grosschedl and Baltimore, *Cell* 41: 885–897, 1985) was digested with Sal I and Eco RI to isolate the 3.1 kb Eco RI fragment comprising the μ promoter. Plasmid pIC19H was linearized by digestion with Eco RI and Xho I. The μ promoter fragment and the linearized pIC19H vector fragment were joined by ligation. The resultant plasmid, designated pICμ3, was digested with Ava II to isolate the 700 bp μ promoter fragment. The 700 bp fragment was blunt-ended by treatment with DNA polymerase I (Klenow fragment) and deoxynucleotide triphosphates. Plasmid pIC19H was linearized by digestion with Xho I, and the adhesive ends were filled in by treatment with DNA polymerase I (Klenow fragment) and deoxynucleotide

**38**

triphosphates. The blunt-ended Ava II fragment was ligated with the blunt-ended, linearized pIC19H, and the ligation mixture was transformed into *E. coli* JM83. Plasmid DNA was prepared from the transformants and was analyzed by restriction digest. A plasmid with a Bgl II site 5' to the promoter was designated pICμPR1(−). Plasmid pICμPR1(−) was digested with Hind III and Bgl II to isolate the 700 bp μ promoter fragment. Plasmid pIC19R was linearized by digestion with Hind III and Bam HI. The 700 bp promoter fragment was joined with the linearized pIC19R by ligation. The resultant plasmid, designated pICμPR7, comprised the μ promoter with an unique Sma I site 5' to the promoter and a unique Hind III site 3' to the promoter.

The immunoglobulin heavy chain μ enhancer (Gillies et al., *Cell* 33: 717–728, 1983) was inserted into the unique Sma I site to generate plasmid pICμPRE8. Plasmid pJ4 (obtained from F. Blattner, Univ. Wisconsin, Madison, Wis.), comprising the 1.5 kb Hind III-Eco RI μ enhancer fragment in the vector pAT153 (Amersham, Arlington Heights, Ill.), was digested with Hind III and Eco RI to isolate the 1.5 kb enhancer fragment. The adhesive ends of the enhancer fragment were filled in by treatment with T4 DNA polymerase and deoxynucleotide triphosphates. The blunt-ended fragment and pICμPR7, which had been linearized by digestion with Sma I, were joined by ligation. The ligation mixture was transformed into *E. coli* RR1. Plasmid DNA was prepared from the transformants, and the plasmids were analyzed by restriction digests. A plasmid comprising the μ enhancer and the A promoter was designated pICμPRE8 (FIG. 7).

B. Construction of pSDL114

The DNA sequence encoding the extracellular domain of the PDGF α-receptor was joined with the DNA sequence encoding the human immunoglobulin light chain constant region. The PDGF β-receptor extracellular domain was obtained from mpBTL22, which comprised the Eco RI-Hind III fragment from pBTL22 (Example 8.A.) cloned into Eco RI-Hind III cut M13mpl8. Single stranded DNA was prepared from a mpBTL22 phage clone, and the DNA was subjected to in vitro mutagenesis using the oligonucleotide ZC1886 (Table 1) and the method described by Kunkel (*Proc. Natl. Acad. Sci. USA* 82: 488–492, 1985). A phage clone comprising the mutagenized PDGFβ-R with a donor splice site (5' splice site) at the 3' end of the PDGFβ-R extracellular domain was designated pBTLR-HX (FIG. 7).

The native PDGFβ-R signal sequence was obtained from pPR5. Plasmid pPR5, comprising 738 bp of 5' coding sequence with an Eco RI site immediately 5' to the translation initiation codon, was constructed by in vitro mutagenesis of the PDGFβ-R cDNA fragment from RP51 (Example 1). Replicative form DNA of RP51 was digested with Eco RI to isolate the 1.09 kb PDGFβ-R fragment. The PDGFβ-R fragment was cloned into the Eco RI site of M13mp18. Single stranded template DNA was prepared from a phage clone containing the PDGFβ-R fragment in the proper orientation. The template DNA was subjected to in vitro mutagenesis using oligonucleotide ZC1380 (Sequence ID Number 8; Table 1) and the method described by Zoller and Smith (*Meth. Enzymol.* 100: 468–500, 1983). The mutagenesis resulted in the placement of an Eco RI site immediately 5' to the translation initiation codon. Mutagenized phage clones were analyzed by dideoxy sequence analysis. A phage clone containing the ZC1380 mutation was selected, and replicative form (Rf) DNA was prepared from the phage clone. The Rf DNA was digested with Eco RI and Acc I to isolate the 0.63 kb fragment. Plasmid pR-RXI (Example 1) was digested with Acc I and Eco RI to isolate the 3.7 kb

**X'**

ZG 000884

5,843,725

39

fragment. The 0.63 kb fragment and the 3.7 kb fragment were joined by ligation resulting in plasmid pPR5 (FIG. 7).

As shown in FIG. 7, the PDGFβ-R signal peptide and part of the extracellular domain were obtained from plasmid pPR5 as a 1.4 kb Eco RI-Sph I fragment. Replicative form DNA from phage clone pBTLR-HX was digested with Sph I and Hind III to isolate the approximately 0.25 kb PDGFβ-R fragment. Plasmid pUC19 was linearized by digestion with Eco RI and Hind III. The 1.4 kb Eco RI-Sph I PDGFβ-R fragment, the 0.25 kb Sph I-Hind III fragment from PBTLR-HX and the Eco RI-Hind III cut pUC19 were joined in a three-part ligation. The resultant plasmid, pSDL110, was digested with Eco RI and Hind III to isolate the 1.65 kb PDGFβ-R fragment.

Plasmid pICHuCκ3.9.11 was used as the source of the human immunoglobulin light chain gene (FIG. 7). The human immunoglobulin light chain gene was isolated from a human genomic library using an oligonucleotide probe (5'TGT GAC ACT CTC CTG GGA GTT A 3'; Sequence ID Number 32), which was based on a published human kappa C gene sequence (Hieter et al., Cell 22: 197–207, 1980). The human light chain (kappa) constant region was subcloned as a 1.1 kb Sph I-Hinf I genomic fragment of the human kappa gene, which has been treated with DNA polymerase DNA I (Klenow Fragment) to fill in the Hinf I adhesive end, into Sph I-Hinc II cut pUC19. The 1.1 kb human kappa constant region was subsequently isolated as a 1.1 kb Sph I-Bam HI fragment that was subcloned into Sph I-Bgl II cut pIC19R (Marsh et al., ibid.). The resultant plasmid was designated pICHuC3.9.11. Plasmid pICHuCκ3.9.11 was digested with Hind III and Eco RI to isolate the 1.1 kb kappa constant region gene. Plasmid pIC19H was linearized by digestion with Eco RI. The 1.65 kb PDGFβ-R fragment, the 1.1 kb human kappa constant region fragment and the linearized pIC19H were joined in a three part ligation. The resultant plasmid, pSDL112, was digested with Bam HI and Cla I to isolate the 2.75 kb fragment. Plasmid pμPRE8 was linearized with Bgl II and Cla I. The 2.75 kb fragment and the linearized pμPRE8 were joined by ligation. The resultant plasmid was designated pSDL114 (FIG. 7).

Plasmid pSDL114 was linearized by digestion with Cla I and was cotransfected with Pvu I-digested p416 into SP2/0-Ag14 (ATCC CRL 1581) by electroporation using the method essentially described by Neumann et al. (EMBO J. 1: 841–845, 1982). (Plasmid p416 comprises the Adenovirus 5 70 ori, SV40 enhancer, Adenovirus 2 major late promoter, Adenovirus 2 tripartite leader, 5' and 3' splice sites, the DHFR' cDNA, the SV40 polyadenylation signal and pML-1 (Lusky and Botchan, Nature 293: 79–81, 1981) vector sequences.) Transfectants were selected in growth medium containing methotrexate.

Media from drug resistant clones were tested for the presence of secreted PDGF β-receptor analogs by enzyme-linked immunosorbent assay (ELISA). Ninety-six well assay plates were prepared by incubating 100 μl of 1 μg/ml polyclonal goat anti-human kappa chain (Cappel Laboratories, Melvern, Pa.) diluted in phosphate buffered saline (PBS; Sigma) overnight at 4° C. Excess antibody was removed by three washes with 0.5% Tween 20 in PBS. One hundred microliters of spent media was added to each well, and the well were incubated for one hour at 4° C. Unbound proteins were removed by eight washes with 0.5% Tween 20 in PBS. One hundred microliters of peroxidase-conjugated goat anti-human kappa antibody (diluted 1:1000 in a solution containing 5% chicken serum (GIBCO-BRL)+0.5% Tween 20 in PBS) was added to each well and the wells were incubated for one hour at 4° C. One hundred microliters of

40

chromophore (100 μl ABTS (2,2'-Azinobis(3-ethylbenz-thiazoline sulfonic acid) diammonium salt; Sigma)+1 μl 30% H₂O₂+12.5 ml citrate/phosphate buffer (9.04 g/l citric acid, 10.16 g/l Na₂HPO₄)) was added to each well, and the wells were incubated to thirty minutes at room temperature. The samples were measured at 405 nm. The results of the assay showed that the PDGFβ-R analog secreted by the transfectants contained an immunoglobulin light chain.

Spent media from drug resistant clones was also tested for the presence of secreted PDGF β-receptor analogs by immunoprecipitation. Approximately one million drug resistant transfectants were metabolically labeled by growth in DMEM medium lacking cysteine+2% calf serum for 18 hours at 37° C. in the presence of 50 μCi ³⁵S-cysteine.

Media was harvested from the labeled cells and 250 Al of the spent media was assayed by immunoprecipitation with the anti-PDGF β-receptor antibody PR7212 to detect the presence of metabolically labeled PDGF β-receptor analogs. PR7212, diluted in PBS, was added to the media to a final concentration of 2.5 μg per 250 μl spent media. Five microliters of rabbit anti-mouse Ig diluted in PBS was added to the PR7212/media mixtures. The immunocomplexes were precipitated by the addition of 50 Al 10% fixed Staph A (weight/volume in PBS). The immunocomplexes were analyzed on 8% SDS-polyacrylamide gels followed by autoradiography overnight at –70° C. The results of the immunoprecipitation showed that the PDGF β-receptor analog secreted by the transfectants was bound by the anti-PDGF β-receptor antibody. The combined results of the ELISA and immunoprecipitation assays showed that the PDGF β-receptor analog secreted by the transfectants contained both the PDGF β-receptor ligand-binding domain and the human light chain constant region.

C. Cotransfection of pSDL114 With an Immunoglobulin Heavy Chain

Plasmid pSDL114 was cotransfected with p∮5V_H huC_γ1M-neo, which encodes a neomycin resistance gene expression unit and a complete mouse/human chimeric immunoglobulin heavy chain gene expression unit.

Plasmid p∮5V_H huC_γ1M-neo was constructed as follows. The mouse immunoglobulin heavy chain gene was isolated from a lambda genomic DNA library constructed from the murine hybridoma cell line NR-ML-05 (Serafini et al., Eur. J. Nucl. Med. 14: 232, 1988) using an oligonucleotide probe designed to span the V_H/D/J_H junction (5' GCA TAG TAG TTA CCA TAT CCT CTT GCA CAG 3'; Sequence ID Number 33). The human immunoglobulin gamma-1 C gene was isolated from a human genomic library using a cloned human gamma-4 constant region gene (Ellison et al., DNA 1: 11–18, 1981). The mouse immunoglobulin variable region was isolated as a 5.3 kb Sst I-Hind III fragment from the original phage clone and the human gamma-1 C gene was obtained from the original phage clone as a 6.0 kb Hind III-Xho I fragment. The chimeric gamma-1 C gene was created by joining the VH and CH fragments via the common Hind III site and incorporating them with the E. coli neomycin resistance gene expression unit into pIC19H to yield p∮5V_H huC_γ1M-neo.

Plasmid pSDL114 was linearized by digestion with Cla I and was co-transfected into SP2/0-Ag14 cells with Asp 718 linearized p∮5V_H huC_κ1M-neo. The transfectants were selected in growth medium containing methotrexate and neomycin. Media from drug-resistant clones were tested for their ability to bind PDGF in a competition binding assay.

The competition binding assay measured the amount of ¹²⁵I-PDGF left to bind to human dermal fibroblast cells after preincubation with the spent media from pSDL114-

X'

5,843,725

41

pφ5V$_p$huC$_\kappa$1M-neo transfected cells. The media were serially diluted in binding medium (Table 4). The dilutions were mixed with 0.5 ng of iodinated PDGF-BB or iodinated PDGF-AA, and the mixtures were incubated for two hours at room temperature. Three hundred micrograms of unlabeled PDGF-BB or unlabeled PDGF-AA was added to one tube from each series. The sample mixtures were added to 24 well plates containing confluent human dermal fibroblast cells. The cells were incubated with the mixture for four hours at 4° C. The supernatants were aspirated from the wells, and the wells were rinsed three times with phosphate buffered saline that was held a 4° C. (PBS; Sigma, St. Louis, Mo.). Five hundred microliters of PBS+1% NP-40 was added to each well, and the plates were shaken on a platform shaker for five minutes. The cells were harvested and the amount of iodinated PDGF was determined. The results of the competition binding assay showed that the protein produced from pSDL114-pφ5V$_p$huC$_\kappa$1M-neo transfected cells was able to competitively bind PDGF-BB but did not bind PDGF-AA.

The PDGF β-receptor analog produced from a pSDL114-pφ5V$_p$huC$_\kappa$1M-neo transfectant was assayed to determine if the receptor analog was able to bind PDGF-BB with high affinity. Eight and one half milliliters of spent media containing the PDGFβ-R analogs from a pSDL114-p5V$_p$huC$_{65}$1M-neo transfectant was added to 425 μl of Sepharose Cl-4B-Protein A beads (Sigma, St. Louis, Mo.), and the mixture was incubated for 10 minutes at 4° C. The beads were pelleted by centrifugation and washed with binding medium (Table 4). Following the wash the beads were resuspended in 8.5 ml of binding media, and 0.25 ml aliquots were dispensed to 1.5 ml tubes. Binding reactions were prepared by adding iodinated PDGF-BB$_{Tyr}$ (Example 18.F.) diluted in DMEM+10% fetal calf serum to the identical aliquots of receptor-bound beads to final PDGF-BB$_{Tyr}$ concentrations of between 4.12 pM and 264 pM. Nonspecific binding was determined by adding a 100 fold excess of unlabeled BB to an identical set of binding reactions. Mixtures were incubated overnight at 4° C.

The beads were pelleted by centrifugation, and unbound PDGF-BB was removed with three washes in PBS. The beads were resuspended in 100 μl of PBS and were counted. Results of the assay showed that the PDGFβ-R analog was able to bind PDGF-BB with high affinity.

D. Construction of pSDL113

As shown in FIG. 8, the DNA sequence encoding the extracellular domain of the PDGF β-receptor was joined with the DNA sequence encoding a human immunoglobulin heavy chain constant region joined to a hinge sequence. Plasmid pSDL110 was digested with Eco RI and Hind III to isolate the 1.65 kb PDGFβ-R fragment. Plasmid pICHu$_\gamma$-1M was used as the source of the heavy chain constant region and hinge region. Plasmid pICHu$_\gamma$-1M comprises the approximately 6 kb Hind III–Xho I fragment of a human gamma-1 C gene subcloned into pUC19 that had been linearized by digestion with Hind III and Sal I. Plasmid pICu$_\gamma$-1M was digested with Hind III and Eco RI to isolate the 6 kb fragment encoding the human heavy chain constant region. Plasmid pIC19H was linearized by digestion with Eco RI. The 1.65 kb PDGFβ-R fragment, the 6 kb heavy chain constant region fragment and the linearized pIC19H were joined in a three part ligation. The resultant plasmid, pSDL111, was digested with Bam HI to isolate the 7.7 kb fragment. Plasmid pμPRE3 was linearized with Bgl II and was treated with calf intestinal phosphatase to prevent self-ligation. The 7.7 kb fragment and the linearized pμPRE3 were joined by ligation. A plasmid containing the insert in the proper orientation was designated pSDL113 (FIG. 8).

42

Plasmid pSDL113 is linearized by digestion with Cla I and is cotransfected with Pvu I-digested p416 into SP2/0-Ag14 by electroporation. Transfectants are selected in growth medium containing methotrexate.

Media from drug resistant clones are tested for the presence of secreted PDGFβ-R analogs by immunoprecipitation using the method described in Example 12.B.

E. Cotransfection of pSDL113 With an Immunoglobulin Light Chain Gene

Plasmid pSDL113 is linearized by digestion with Cla I and was cotransfected with pIC$\phi$5V$_\kappa$HuC$_\kappa$-Neo, which encodes a neomycin resistance gene and a mouse/human chimeric immunoglobulin light chain gene. The mouse immunoglobulin light chain gene was isolated from a lambda genomic DNA library constructed from the murine hybridoma cell line NR-ML-05 (Woodhouse et al., ibid.) using an oligonucleotide probe designed to span the V$_\kappa$/J$_\kappa$ junction (5' ACC GAA CGT GAG AGG AGT GCT ATA A 3'; Sequence ID Number 34). The human immunoglobulin light chain constant region gene was isolated as described in Example 12.B. The mouse NR-ML-05 immunoglobulin light chain variable region gene was subcloned from the original mouse genomic phage clone into pIC19R as a 3 kb Xba I-Hinc II fragment. The human kappa C gene was subcloned from the original human genomic phage clone into pUC19 as a 2.0 kb Hind III-Eco RI fragment. The chimeric kappa gene was created by joining the NR-ML-05 light chain variable region gene and human light chain constant region gene via the common Sph I site and incorporating them with the *E. coli* neomycin resistance gene into pIC19H to yield pIC$\phi$5V$_\kappa$HuC$_\kappa$-Neo (FIG. 9).

The linearized pSDL113 and pIC$\phi$5V$_\kappa$HuC$_\kappa$-Neo are transfected into SP2/0-Ag14 by electroporation. The transfectants are selected in growth medium containing methotrexate and neomycin.

F. Cotransfection of pSDL113 and pSDL114

A clone of SP2/0-Ag14 stably transfected with pSDL114 and p416 was co-transfected with Cla I-digested pSDL113 and Bam HI-digested pICneo by electroporation. (Plasmid pICneo comprises the SV40 promoter operatively linked to the *E. coli* neomycin resistance gene and pIC19H vector sequences.) Transfected cells were selected in growth medium containing methotrexate and G418. Media from drug-resistant clones were tested for their ability to bind PDGF-BB or PDGF-AA in a competition binding assay as described in Example 12.C. The results of the assay showed that the transfectants secreted a PDGF β-receptor analog which was capable of competitively binding PDGF-BB but did not detectably bind to PDGF-AA.

G. Cotransfection of pSDL114 With Fab

A clone of SP2/0-AG14 stably transfected with pSDL114 and p416 was transfected with the Fab region of the human gamma-4 gene (γ$_4$) in plasmid pφ5V$_p$Fab-neo.

Plasmid pφ5V$_p$Fab-neo was constructed by first digesting plasmid p24BRH (Ellison et al., *DNA* 1: 11, 1988) was digested with Xma I and Eco RI to isolate the 0.2 kb fragment comprising the immunoglobulin 3' untranslated region. Synthetic oligonucleotides ZC871 (Sequence ID Number 3; Table 1) and ZC872 (Sequence ID Number 4; Table 1) were kinased and annealed using essentially the methods described by Maniatis et al. (ibid.). The annealed oligonucleotides ZC871/ZC872 formed an Sst I-Xma I adapter. The ZC871/ZC872 adapter, the 0.2 kb p24BRH fragment and Sst I-Eco RI linearized pUC19 were joined in a three-part ligation to form plasmid pγ$_4$3'. Plasmid pγ$_4$3' was linearized by digestion with Bam HI and Hind III. Plasmid p24BRH was cut with Hind III and Bgl II to isolate

X$^*$

ZG 000886

5,843,725

**43**

the 0.85 kb fragment comprising the $C_H1$ region. The $p\gamma_4 3'$ fragment and the Hind III-Bgl II p24BRH fragment were joined by ligation to form plasmid $p\gamma_4$Fab. Plasmid $p\gamma_4$Fab was digested with Hind III and Eco RI to isolate the 1.2 kb fragment comprising $\gamma_4$Fab. Plasmid pICneo, comprising the SV40 promoter operatively linked to the *E. coli* neomycin resistance gene and pIC19H vector sequences, was linearized by digestion with Sst I and Eco RI. Plasmid p$\phi$5V$_{JP}$ comprising the mouse immunoglobulin heavy chain gene variable region and pUC18 vector sequences, was digested with Sst I and Hind III to isolate the 5.3 kb V$_{JP}$ fragment. The linearized pICneo was joined with the 5.3 kb Sst I-Hind III fragment and the 1.2 kb Hind III-Eco RI fragment in a three-part ligation. The resultant plasmid was designated p$\phi$5V$_{JP}$Fab-neo (FIG. 10).

A pSDL114/p416-transfected SP2/0-AG14 clone was transfected with Sca I-linearized p$\phi$5V$_{JP}$Fab-neo. Transfected cells were selected in growth medium containing methotrexate and G418. Media from drug-resistant clones were tested for their ability to bind PDGF in a competition binding assay as described in Example 12.C. The results of the assay showed that the PDGF β-receptor analog secreted from the transfectants was capable of competitively binding PDGF-BB.

**H. Cotransfection of pSDL114 with Fab'**

A stably transfected SP2/0-AG14 isolate containing pSDL114 and p416 was transfected with plasmid pWKl, which contained the Fab' portion of an immunoglobulin heavy chain gene. Plasmid pWKl was constructed as follows.

The immunoglobulin gamma-1 Fab' sequence, comprising the $C_H1$ and hinge regions sequences, was derived from the gamma-1 gene clone described in Example 12.C. The gamma-1 gene clone was digested with Hind III and Eco RI to isolate the 3.0 kb fragment, which was subcloned into Hind III-Eco RI linearized M13mpl9. Single-stranded template DNA from the resultant phage was subjected to site-directed mutagenesis using oligonucleotide ZC1447 (Sequence ID Number 9; Table 1) and essentially the method of Zoller and Smith (ibid.). A phage clone was identified having a ZC1447 induced deletion resulting in the fusion of the hinge region to a DNA sequence encoding the amino acids Ala-Leu-His-Asn-His-Tyr-Thr-Glu-Lys-Ser-Leu-Ser-Leu-Ser-Pro-Gly-Lys (Sequence ID Number 31) followed in-frame by a stop codon. Replicative form DNA from a positive phage clone was digested with Hind III and Eco RI to isolate the 1.9 kb fragment comprising the $C_H1$ and hinge regions. Plasmid p$\phi$5V$_{II}$ was digested with Sst I and Hind III to isolate the 5.3 kb fragment comprising the mouse immunoglobulin heavy chain gene variable region. Plasmid pICneo was linearized by digestion with Sst I and Eco RI. The linearized pICneo was joined with the 5.3 kb Hind III-Sst I fragment and the 1.9 kb Hind III-Eco RI fragment in a three-part ligation. The resultant plasmid was designated pWKl (FIG. 10).

An SP2/0-AG14 clone stably transfected with pSDL114 and p416 was transfected with Asp 718-linearized pWKl. Transfected cells were selected by growth in medium containing methotrexate and G418. Media samples from transfected cells were assayed using the competition assay described in Example 12.C. Results from the assays showed that the transfected cells produced a PDGF β-receptor analog capable of competitively binding PDGF-BB.

**44**

### EXAMPLE 13

Purification and Characterization of PDGF β-Receptor Analogs from Mammalian cells Co-transfected With pSDL113 and pSDL114

**A. Purification of PDGF β-Receptor Analogs**

The PDGF β-receptor analog was purified from conditioned culture media from a clone of transfected cells grown in a hollow fiber system. The media was passed over a protein-A sepharose column, and the column was washed sequentially with phosphate buffered saline, pH 7.2 (PBS; Sigma, St. Louis, Mo.) and 0.1M citrate, pH 5.0. The PDGF β-receptor analog was eluted from the protein-A column with 0.1M citrate pH 2.5 and immediately neutralized by the addition of Tris-base, pH 7.4. The eluate fractions containing PDGF β-receptor analog, as determined by silver stain, were pooled and chromatographed over an S-200 column (Pharmacia LKB Technologies, Inc., Piscataway, N.J.) equilibrated with PBS. The peak fractions from the S-200 column were pooled and concentrated on a centriprep-10 concentrator (Amicon). Glycerol (10% final volume) was added to the preparation and the sample frozen at −80° C. PDGF β-receptor analogs purified from pSDL114 +pSDL113 co-transfected cells were termed "tetrameric PDGF α-receptors".

**B. Measurement of the Relative Binding Affinity of Tetrameric PDGF β-Receptor Analog by Soluble Receptor Assay**

Purified tetrameric PDGF β-receptor analog was compared to detergent solubilized extracts of human dermal fibroblasts for $^{125}$I-labeled PDGF-BB binding activity in a soluble receptor assay essentially as described by Hart et al. (*J. Biol. Chem.* 262: 10780–10785, 1987). Human dermal fibroblast cells were extracted at $20\times10^6$ cell equivalents per ml in TNEN extraction buffer (20 mM Tris-HCl, pH 8.0, 100 mM NaCl, 1 mM EDTA, 0.5% Nonidet P-40, 1 mM PMSF, 10% glycerol). Two hundred and fifty thousand PDGF β-receptor-subunits per cell was used to calculate the tetrameric PDGF β-receptor analog number per volume of extract. This value has been previously published by Seifert et al. (*J. Biol Chem.* 264: 8771–8778, 1989). The PDGF β-receptor analog number was determined from the protein concentration of the PDGF β-receptor analog assuming an average molecular weight of 140 kDa for each immunoglobulin-PDGF β-receptor monomer, and four monomers per tetramer. Thus, each tetrameric molecule contains four receptor molecules.

Increasing amounts of either detergent solubilized extracts of human dermal fibroblast cells or purified PDGF β-receptor analog were incubated with 1 ng of $^{125}$I-labeled PDGF-BB for one hour at 37° C. The sample was then diluted with 1 ml binding media and was added to monolayers of human dermal fibroblast cells grown in 24-well culture dishes. The samples were incubated for two hours at 4 ° C. The wells were washed to remove unbound, $^{125}$I-labeled PDGF-BB. On half of a milliliter of extraction buffer (PBS+1% Nonidet P-40) was added to each well followed by a 5 minute incubation. The extraction mixtures were harvested and counted in a gamma counter.

The results showed that the PDGF β-receptor analog had the same relative binding affinity as solubilized PDGF β-receptor-subunit from mammalian cells in a solution phase binding assay.

**C. Determination of the Binding Affinity of the PDGF β-Receptor Analog in a Solid Phase Format**

The apparent dissociation constant KD(app) of the PDGF β-receptor analog was determined essentially as described by Bowen-Pope and Ross (*Methods in Enzymology* 109:

**X**

5,843,725

**45**

69–100, 1985), using the concentration of $^{125}$I-labeled PDGF-BB giving half-maximal specific $^{125}$I-labeled PDGF-BB binding. Saturation binding assays to determine the concentration of $^{125}$I-labeled PDGF-BB that gave half-maximal binding to immobilized PDGF β-receptor analog were conducted as follows.

Affinity purified goat anti-human IgG, H- and L-chain (Commercially available from Cappel Labs) was diluted into 0.1M Na₂HCO₃, pH 9.6 to a concentration of 2 μg/ml. One hundred microliters of the antibody solution was coated onto each well of 96-well microtiter plates for 18 hours at 4° C. The wells were washed once with ELISA C buffer (PBS+ 0.05% Tween-20) followed by an incubation with 175 μl/well of ELISA B buffer (PBS+1% BSA+0.05% Tween-20) to block the wells. The wells were washed once with ELISA B buffer. One hundred microliters of 12.1 ng/ml or 24.3 ng/ml of tetrameric PDGF β-receptor analog protein diluted in ELISA B was added to each well and the plates were incubated for 2 hours at 37° C. Unbound protein was removed from the wells by two washes with ELISA C. $^{125}$I-labeled PDGF-BB$_{Tyr}$ (Example 18.F.) was serially diluted into binding media (25 mM HEPES, pH 7.2, 0.25% rabbit serum albumin diluted in HAMs F-12 complete (GIBCO-BRL)), and 100 μl of the dilutions were added to the wells. The plates were incubated for two hours at room temperature. The unbound $^{125}$I-labeled PDGF-BB was removed, and the wells were washed three times with binding media. Following the last wash, 100 μl of 0.1M citrate, pH 2.5 was added to each well. After five minutes, the citrate buffer was removed, transferred to a tube and counted in a gamma counter. The counts reflect counts of $^{125}$I-labeled PDGF-BB$_{Tyr}$ bound by the receptor analog. Nonspecific binding for each concentration of $^{125}$I-labeled PDGF-BB$_{Tyr}$ was determined by a parallel assay wherein separate wells coated only with goat anti-human IgG were incubated with the $^{125}$I-labeled PDGF-BB concentrations. Nonspecific binding was determined to be 2.8% of the total input counts per well and averaged 6% of the total counts bound.

Saturation binding assay on 12.1 and 24.3 ng/ml of tetrameric PDGF β-receptor analog gave half-maximal binding at 0.8 and 0.82 ng/ml $^{125}$I-labeled PDGF-BB$_{Tyr}$, respectively. By Scatchard analysis (Scatchard, *Ann. NY Acad. Sci* 51: 660–667, 1949) these values were shown to correspond to a KD(app) of $2.7 \times 10^{-11}$ which agree with the published values for PDGF receptors on mammalian cells.

### EXAMPLE 14

Solid Phase Ligand Binding Assay Using the PDGF β-Receptor Analog

A. Solid Phase Radioreceptor Competition Binding Assay

In a solid phase radioreceptor competition binding assay (RRA), the wells of 96-well microtiter plates were coated with 100 μl of 2 μg/ml affinity purified goat anti-human IgG (Cappel Labs) diluted in 0.1M Na₂HCO₃, pH 9.6. After an eighteen hour incubation at 4° C., the wells were washed once with ELISA C. The wells were blocked by incubation for 2 hours at 37° C. with 175 μl/well ELISA B. The wells were washed once with ELISA B then incubated for 2 hours at 37° C. with 50 ng/ml tetrameric PDGF β-receptor analog diluted in ELISA B. The unbound receptor was removed, and the test wells were incubated with increasing concentrations of serially diluted, unlabeled PDGF-BB (diluted in binding media). Following a two hour incubation at room temperature, the wells were washed three times with binding media. One hundred microliters of 5 ng/ml $^{125}$I-labeled PDGF-BB$_{Tyr}$ (Example 18.F.) was added to each well, and

**46**

the plates were incubated for an additional two hours at room temperature. The wells were washed three times with binding media followed by a 5 minute incubation with 100 μl/well of 0.1M citrate, pH 2.5. The samples were harvested and counted in a gamma counter.

Radioreceptor assay (RRA) competition binding curves were generated for PDGF β-receptor analog protein plated at 48.6 ng/ml. The sensitivity of the assays is 1 ng/ml of PDGF-BB, with 8 ng/ml giving 50% inhibition in $^{125}$I-PDGF-BB binding, and a working range between 1 and 32 ng/ml of PDGF-BB. The values were similar to those obtained using monolayers of SK-5 cells in an RRA.

B. Use of Tetrameric PDGF β-Receptor Analogs As Antagonists for PDGF-Stimulated Mitogenesis.

A tetrameric PDGF β-receptor analog, purified as described in Example 13, was analyzed for the ability to neutralize PDGF-stimulated mitogenesis in mouse 3T3 cells. Increasing amounts of the purified tetrameric PDGF β-receptor analog were mixed with 5 ng of PDGF. The mixtures were then added to cultures of mouse 3T3 cells. The ability of the PDGF to stimulate a mitogenic response, as measured by the incorporation of $^3$H-thymidine, was determined essentially as described (Raines and Ross, *Methods in Enzymology* 109: 749–773, 1985, which is incorporated by reference herein). The tetrameric PDGF β-receptor analog demonstrated a dose response inhibition of PDGF-BB-stimulated $^3$H-thymidine incorporation, while having essentially no effect on PDGF-AA- and PDGF-AB-stimulated $^3$H-thymidine incorporation.

C. Binding of Tetrameric PDGF β-receptor Analog to Immobilized PDGF

A tetrameric PDGF β-receptor analog, purified as described in Example 13, was analyzed for its ability to bind to immobilized PDGF. PDGF-BB (100 ng/ml) was coated onto wells a 96-well microtiter plate, and the plates were incubated 18 hours at 4° C. followed by one wash with ELISA C buffer. The wells were incubated for 2 hours 37° C. with ELISA B buffer to block the wells. Increasing concentrations of $^{125}$I-labeled tetrameric PDGF β-receptor analog, diluted in binding media, was added to the wells for two hours at room temperature. The wells were washed four times with ELISA C buffer to remove unbound receptor analog. One hundred microliters of 1M H₂SO₄ was added to each well and the plates were incubated for five minutes at room temperature. The solution was then harvested and transferred to tubes to be counted in a gamma counter. Nonspecific binding was determined to be less than 10% of the total counts bound.

A receptor competition binding assay was developed using this assay format. The assay was carried out as described above, and simultaneous to the addition of the $^{125}$I-labeled tetrameric PDGF β-receptor analog, increasing amounts of PDGF-AA, AB or BB were added to the PDGF-BB coated wells. Under these conditions, only PDGF-BB was found to significantly block the binding of the labeled PDGF β-receptor analog to the immobilized PDGF-BB.

### EXAMPLE 15

Construction and Expression of PDGFα-R Analogs in Cultured Mouse Myeloma Cells

A. Construction of an Optimized PDGFα-R cDNA

The PDGF αα-receptor coding region was optimized for expression in mammalian cells as follows. The 5' end of the cDNA was modified to include an optimized Kozak consensus translation initiation sequence (Kozak, *Nuc. Acids Res.* 12: 857–872, 1984) and Eco RI and Bam HI sites just

**X'**

ZG 000888

5,843,725

47

48

5' of the initiation methionine codon. Oligonucleotides ZC2181, ZC2182, ZC2183 and ZC2184 (Sequence ID Numbers 23, 24, 25 and 26, respectively; Table 1) were designed to form, when annealed, an adapter having an Eco RI adhesive end, a Bam HI restriction site, a sequence encoding a Kozak consensus sequence 5' to the initiation methionine codon, a mammalian codon optimized sequence encoding amino acids 1–42 of FIG. 11A, and an Eco RI adhesive end that destroys the Eco RI site within the PDGFα-R coding sequence. The adapter also introduced a diagnostic Cla I site 3' to the initiation methionine codon. Oligonucleotides ZC2181, ZC2182, ZC2183 and ZC2184 were kinased, annealed and ligated. Plasmid pα17B was linearized by partial digestion with Eco RI. The linearized pα17B was ligated with the ZC2181/ZC2182/ZC2183/ ZC2184 oligonucleotide adapter, and the ligation mixture was transformed into E. coli. Plasmid DNA prepared from the transformants was analyzed by restriction analysis and a positive clone having the oligonucleotide adapter in the correct orientation was digested with Eco RI and Pst I to isolate the 1.6 kb fragment. This fragment was subcloned into Eco RI+Pst I-linearized M13mpl9. The resultant phage clone was designated 792-8. Single-stranded 792-8 DNA was sequenced to confirm the orientation of the adapter.

A fragment encoding the ligand-binding domain of the PDGF α-receptor (PDGFα-R) was then generated as follows. Restriction sites and a splice donor sequence were introduced at the 3' end of the PDGFα-R extracellular domain by PCR amplification of the 792-8 DNA and oligonucleotides ZC2311 and ZC2392 (Sequence ID Numbers 27 and 30, Table 1). Oligonucleotide ZC2311 is a sense primer encoding nucleotides 1470 to 1489 of FIG. 11B. Oligonucleotide ZC2392 is an antisense primer that encodes nucleotides 1759 to 1776 of FIG. 11B followed by a splice donor and Xba I and Hind III restriction sites. The 792-8 DNA was amplified using manufacturer recommended (Perkin Elmer Cetus, Norwalk, Conn.) conditions and the GeneAmp™ DNA amplification reagent kit (Perkin Elmer Cetus), and blunt-ended 329 bp fragment was isolated. The blunt-end fragment was digested with Nco I and Hind III and ligated with Sma I-digested pUC18. A plasmid having an insert with the Nco I site distal to the Hind III site present in the pUC18 polylinker was designated pUC18 Sma-PCR Nco HIII #13. The Hind III site present in the insert was not regenerated upon ligation with the linearized pUC18. Plasmid pUC18 Sma-PCR Nco HIII #13 was digested with Nco I and Hind III to isolate the 355 bp PDGFα-R containing fragment encoding PDGFα-R. Oligonucleotides ZC2351 and ZC2352 (Table 1; Sequence ID Numbers 28 and 29) were kinased and annealed to form an Sst I-Nco I adapter encoding an internal Eco RI site and a Kozak consensus translation initiation site. The 355 bp Nco I-Hind III fragment, the ZC2351/ZC2352 adapter and a 1273 bp Nco I fragment comprising the extracellular domain of PDGF α-R derived from 792-8 were ligated with Hind III+SstI-digested pUC18 and transformed into E. coli. Plasmid DNA was isolated from the transformants and analyzed by restriction analysis. None of the isolates contained the 1273 bp Nco I fragment. A plasmid containing the Nco I-Hind III fragment and the ZC2351/ZC2352 adapter was designated pUC18 Hin Sst A Nco #46. Plasmid pUC18 Hin Sst A Nco #46 was linearized by digestion and joined by ligation with the 1273 bp Nco I fragment comprising the extracellular domain of the PDGFβ-R from clone α18 R-19. The ligations were transformed into E. coli, and plasmid DNA was isolated from the transformants. Analysis of the plasmid DNA showed that only clones with the Nco I fragment in the wrong orientation

were isolated. A clone having the Nco I fragment in the wrong orientation was digested with Nco I, religated and transformed into E. coli. Plasmid DNA was isolated from the transformants and was analyzed by restriction analysis. A plasmid having the Nco I insert in the correct orientation was digested to completion with Hind III and partially digested with Sst I to isolate the 1.6 kb fragment comprising the extracellular domain of the PDGFα-R preceded by a consensus initiation sequence (Kozak, ibid.) and followed by a splice donor site.

B. Construction of pPAB7

The DNA sequence encoding the extracellular domain of the PDGFα-R was joined to the immunoglobulin μ enhancer-promoter and to a DNA sequence encoding an immunoglobulin light chain constant region. The immunoglobulin μ enhancer-promoter was obtained from plasmid pJH1 which was derived from plasmid PICμPRE8 (Example 12.A.) by digestion with Eco RI and Sst I to isolate the 2.2 kb fragment comprising the immunoglobulin enhancer and heavy chain variable region promoter. The 2.2 kb Sst I-Eco RI fragment was ligated with Sst I+Eco RI-linearized pUC19. The resulting plasmid, designated pJH1, contained the immunoglobulin enhancer and heavy chain variable region promoter immediately 5' to the pUC19 linker sequences. Plasmid pJH1 was linearized by digestion with Sst I and Hind III and joined with the 1.6 kb partial Sst I-Hind III fragment containing the PDGFα-R extracellular domain sequences. The resulting plasmid having the immunoglobulin μ enhancer-promoter joined to the PDGFα-R extracellular domain was designated pPAB6. Plasmid pSDL112 was digested with Hind III to isolate the 1.2 kb fragment encoding the immunoglobulin light chain constant region (Cκ). The 1.2 kb Hind III fragment was ligated with Hind III-linearized pPAB6. A plasmid having the κ sequence in the correct orientation was designated pPAB7.

C. Construction of pPAB9

The partial Sst I-Hind III fragment encoding the extracellular domain of the PDGFα-R was joined to the immunoglobulin heavy chain constant region. For convenience, the internal Xba I site in plasmid pJH1 was removed by digestion with Xba I, blunt-ending with T4 DNA polymerase, and religation. A plasmid which did not contain the internal Xba I site, but retained the Xba I site in the polylinker was designated 11.28.3.6. Plasmid 11.28.3.6 was linearized by digestion with Sst I and Xba I. Plasmid pPAB6 was digested to completion with Hind III and partially digested with Sst I to isolate the 1.6 kb Sst I-Hind III fragment containing the PDGFα-R extracellular domain. Plasmid pφ5VμhuCγ1M-neo (Example 12.C.) was digested with Hind III and Xba I to isolate the 6.0 kb fragment encoding the immunoglobulin heavy chain constant region (huCγ1M). The Sst I-Hind III-linearized 11.28.3.6, the 1.6 kb Sst I-Hind III PDGFα-R fragment and the 6.0 kb Hind III-Xba I huCγ1M fragment were ligated to form plasmid pPAB9.

D. Expression of pPAB9 in Mammalian Cells

Bgl II-linearized pPAB7 and Pvu I-linearized pPAB9 were cotransfected with Pvu I-linearized p416 into SP2/0-Ag14 cells by electroporation. Transfected cells were initially selected in growth medium containing 50 nM methotrexate and were subsequently amplified in a growth medium containing 100 μM methotrexate. Media from drug resistant clones were tested for the presence of secreted PDGF α-receptor analogs by enzyme-linked immunosorbant assay (ELISA). Ninety-six well assay plates were prepared by incubating 100 μl of 1 μg/ml monoclonal antibody 292.1.8 which is specific for the PDGF α-receptor

**X**

ZG 000889

5,843,725

**49**

diluted in phosphate buffered saline (PBS; Sigma) overnight at 4° C. Excess antibody was removed by three washes with 0.5% Tween 20 in PBS. One hundred microliters of spent media was added to each well, and the plates were incubated for one hour at 4° C. Unbound proteins were removed by eight washes with 0.5% Tween 20 in PBS. One hundred microliters of peroxidase-conjugated goat anti-human IgG heavy chain antibody (diluted 1:1000 in a solution containing 5% chicken serum (GIBCO-BRL)+0.5% Tween 20 in PBS) was added to each well, and the plates were incubated for one hour at 4° C. One hundred microliters of chromophore (100 $\mu$l ABTS [2,2'-Azinobis(3-ethylbenz-thiazoline sulfonic acid] diammonium salt; Sigma]+1 $\mu$l 30% $H_2O_2$ +12.5 ml citrate/phosphate buffer [9.04 g/l citric acid, 10.16 g/l $Na_2HPO_4$]) was added to each well, and the wells were incubated for 30 minutes at room temperature. The samples were measured at 405 nm. The results of the assay showed that the PDGF $\alpha$-receptor analogs secreted by the transfectants contained an immunoglobulin heavy chain.

Analysis of spent media from transfected cells by Northern analysis, Western analysis and by radioimmunoprecipitation showed that the transfectants did not express a PDGF $\alpha$-receptor analog from the pPAB7 construction. Transfectants were subsequently treated as containing only pPAB9.

Drug resistant clones were also tested for the presence of secreted PDGF $\alpha$-receptor analogs by immunoprecipitation. For each clone, approximately one million drug resistant transfectants were grown in DMEM lacking cysteine+2% calf serum for 18 hours at 37° C. in the presence of 50 $\mu$Ci $^{35}$S-cysteine. The spent media was harvested from the labeled cells and 250 Al of medium from each clone was assayed for binding to the anti-PDGF $\alpha$-receptor antibody 292.18. Monoclonal antibody 292.18 diluted in PBS was added to each sample to a final concentration of 2.5 $\mu$g per 250 Al spent media. Five microliters of rabbit anti-mouse Ig diluted in PBS was added to each sample, and the immunocomplexes were precipitated by the addition of 50 $\mu$l 10% fixed Staph A (weight/volume in PBS). The immunocomplexes were analyzed on 8% SDS-polyacrylamide gels followed by autoradiography overnight at -70° C. The results of the immunoprecipitation showed that the PDGF $\alpha$-receptor analog secreted by the transfectants was bound by the anti-PDGF $\alpha$-receptor antibody. The combined results of the ELISA and immunoprecipitation assays showed that the PDGF $\alpha$-receptor analog secreted by the transfectants contained both the PDGF $\alpha$-receptor ligand-binding domain and the human heavy chain.

Spent medium from drug-resistant clones were tested for their ability to bind PDGF in a competition binding assay essentially as described in Example 12.C. The results of the assay showed that the transfectants secreted a PDGF $\alpha$-receptor analog capable of binding PDGF-AA. A clone containing the pPAB9 was designated 3.17.1.57.

E. Co-expression of pPAB7 and pPAB9 in Mammalian Cells

Bgl II-linearized pPAB7 and Bam HI-linearized pPCneo were cotransfected into clone 3.17.1.57, and transfected cells were selected in the presence of neomycin. Media from drug resistant cells were assayed for the presence of immunoglobulin heavy chain, immunoglobulin light chain and the PDGF $\alpha$-receptor ligand-binding domain by ELISA essentially as described above. Briefly, ninety-six well assay plates were prepared by incubating 100 $\mu$l of 1 $\mu$g/ml goat anti-human IgG Fc antibody (Sigma) or 100 $\mu$l of 1 $\mu$g/ml 292.18 overnight at 4° C. Excess antibody was removed by three washes with 0.5% Tween 20 in PBS. One hundred microliters of spent media was added to each well of each plate, and the plates were incubated for one hour at 4° C.

**50**

Unbound proteins were removed by eight washes with 0.5% Tween 20 in PBS. One hundred microliters of peroxidase-conjugated goat anti-human IgG antibody (diluted 1:1000 in a solution containing 5% chicken serum (GIBCO-BRL)+ 0.5% Tween 20 in PBS) was added to each well of the plate coated with the anti-Fc antibody, and 100 $\mu$l of peroxidase-conjugated goat anti human kappa antibody (diluted 1:1000 in a solution containing 5% chicken serum (GIBCO-BRL) +0.5% Tween 20 in PBS) was added to each well of the plate coated with 292.18. The plates were incubated for one hour at 4° C. One hundred microliters of chromophore (100 $\mu$l ABTS [2,2'-Azinobis(3-ethylbenz-thiazoline sulfonic acid) diammonium salt; Sigma]+1 $\mu$l 30% $H_2O_2$+12.5 ml citrate/ phosphate buffer [9.04 g/l citric acid, 10.16 g/l $Na_2HPO_4$]) was added to each well of each plate, and the plates were incubated to 30 minutes at room temperature. The samples were measured at 405 nm, the wavelength giving maximal absorbance of the chromogenic substrate, to identify clones having absorbances higher than background indicating the presence of immunoglobulin heavy chain. Clones that gave positive results in both ELISA assays (showing that the clones produced proteins containing heavy chain regions, light chain constant regions and the PDGF $\alpha$-receptor ligand-binding region) were selected for further characterization.

Drug resistant clones that were positive for both ELISA assays were subsequently tested for the presence of secreted PDGF $\alpha$-receptor analogs by immunoprecipitation. For each positive clone, approximately one million drug resistant transfectants were grown in DMEM lacking cysteine+2% calf serum for 18 hours at 37° C. in the presence of 50 $\mu$gCI $^{35}$S-cysteine. The spent media was harvested from the labeled cells and 250 $\mu$l of medium from each clone was assayed for binding to monoclonal antibody 292.18. Monoclonal antibody 292.18 diluted in PBS was added to each sample to a final concentration of 2.5 $\mu$g. Five microliters of rabbit anti-mouse Ig diluted in PBS was added to each sample and the immunocomplexes were precipitated by the addition of 50 $\mu$l 10% fixed Staph A (weight/volume in PBS). The immunocomplexes were analyzed on 8% SDS-polyacrylamide gels followed by autoradiography overnight at –70° C. The results of the immunoprecipitation showed that the PDGF $\alpha$-receptor analog secreted by the transfectants was bound by the anti-PDGF $\alpha$-receptor antibody. The combined results of the ELISA and immunoprecipitation assays showed that the PDGF $\alpha$-receptor analog secreted by the transfectants contained the PDGF $\alpha$-receptor ligand-binding domain, the human heavy chain and the human light chain constant region. A clone that secreted a PDGF $\alpha$-receptor analog that was positive for both the above-described ELISA assays and the immunoprecipitation assay was designated 5.6.2.1.

EXAMPLE 16

Purification and Characterization of PDGF $\alpha$-Receptor Analogs

A. Purification of PDGF $\alpha$-Receptor Analogs From Clone 3.17.1.57

The PDGF a-Receptor analog was purified from the conditioned culture media of clone 3.17.1.57 by cycling cell-conditioned medium over an immunoaffinity column composed of monoclonal antibody 292.18 bound to a CNBr-activated Sepharose 4B resin, which is specific for the PDGF $\alpha$-receptor. The column was washed with PBA, then eluted with 0.1M citrate, pH 3.0. The peak column fractions containing the $\alpha$-receptor were pooled, neutralized to pH 7.2 by the addition of 2M Tris, pH 7.4, then passed over a

X̂

5,843,725

51

protein-A Sepharose column. This column was washed sequentially with PBS, then with 0.1M citrate, pH 5.0. The PDGF α-receptor analog was then eluted with 0.1M citrate, pH 3.0. The peak eluate fractions were pooled, and glycerol was added to a final concentration of 10%. The sample was concentrated on a centriprep 10 concentrator (Amicon). The PDGF α-receptor analog purified from clone 3.17.1.57 was termed a "dimeric PDGF α-receptor analog".

B. Purification of PDGF α-Receptor Analogs From Clone 5.6.2.1

The PDGF α-receptor analog was purified from the conditioned culture media of clone 5.6.2.1 by cycling cell-conditioned medium over the immunoaffinity column described above. The column was washed with PBS then eluted with 0.1M citrate, pH 3.0. The peak column fractions containing the α-receptor were pooled, neutralized to pH 7.2 by the addition of 2M Tris (what pH 7.4), then passed over a protein-A sepharose column. This column was washed sequentially with PBS then with 0.1M citrate, pH 5.0. The PDGF α-receptor analog was then eluted with 0.1M citrate, pH 3.0. The peak eluate fractions were pooled and glycerol was added to a final concentration of 10%. The sample was concentrated on a centriprep 10 concentrator. The PDGF α-receptor analogs purified from clone 5.6.2.1 was termed a "tetrameric PDGF α-receptor analog".

EXAMPLE 17

A. Use of the PDGF α-receptor Analogs in Ligand Binding Studies

Purified tetrameric PDGF α-receptor analog and purified dimeric PDGF α-receptor analog were compared to mono-layers of a control cell line of canine kidney epithelial cells, which do not naturally express the PDGF α-receptor, transfected with the human PDGF α-receptor cDNA for ligand binding activity. The dissociation constant (Kd) of the receptor preparations was determined by saturation binding and subsequent Scatchard analysis.

Ligand binding of the purified PDGF α-receptor analogs was determined using a solid phase binding assay. Affinity-purified goat anti-human IgG was diluted to a concentration of 2 $\mu$g/ml in 0.1M $Na_2HCO_3$, pH 9.6 and 100 $\mu$l/well of the solution was used to coat 96-well microtiter plates for 18 hours at 4° C. Excess antibody was removed from the wells with one wash with ELISA C buffer (PBS, 0.05% Tween-20). The plates were incubated with 175 $\mu$l/well of ELISA B buffer (PBS, 1% BSA, 0.05% Tween-20) to block the wells, followed by two washes with ELISA C buffer. One hundred microliters of 50 ng/ml PDGF α-receptor analog (dimeric or tetrameric) diluted in ELISA buffer B was added to each well and the plates were incubated over night at 4° C. Unbound protein was removed from the wells with two washes with ELISA buffer B. $^{125}$I-labeled PDGF-AA was serially diluted in binding media (Hams F-12, 25 mM HEPES pH 7.2, 0.25% rabbit serum albumin), and 100 $\mu$l of each dilution was added to the wells. The samples were incubated for two hours at room temperature. Unbound $^{125}$I-labeled PDGF-AA was removed with three washes with binding media. One hundred microliters of 0.1M citrate, pH 2.5 was added to each well, and the plates were incubated for five minutes. After the incubation, the citrate buffer was removed and transferred to a tube for counting in a gamma counter. Nonspecific binding for each concentration of $^{125}$I-labeled PDGF-AA was determined by a parallel assay wherein separate wells coated only with goat anti-human IgG were incubated with the $^{125}$I-labeled PDGF-AA samples.

A saturation binding assay was performed on alpha T-7 cells transfected with the PDGF α-receptor. The cells were

52

grown to confluency in 24-well culture plates. The cells were washed one time with binding media. Iodinated PDGF-AA was serially diluted in binding media. One milliliter of each dilution was added to the wells, and the plates were incubated for 3 hours at 4° C. Unbound $^{125}$I-labeled PDGF-AA was removed and the cells were washed three times with binding media. PBS containing 1% Triton X-100 was added to the cells for 5 minutes. The extracts were harvested and counted in a gamma counter. Nonspecific binding was determined at a single concentration of $^{125}$I-labeled PDGF-AA using a 500-fold excess PDGF-BB.

The dissociation constants determined by Scatchard analysis (ibid.) of the saturation binding assays for the tetrameric PDGF α-receptor analog, dimeric PDGF α-receptor analog and the control cells (Table 5).

TABLE 5

| Dissociation Constants for the Tetrameric PDGF α-Receptor, the Dimeric PDGF α-receptor and control cells Transfected with the PDGF α-receptor | |
|---|---|
| Receptor | kD |
| Tetrameric PDGF α-receptor analog | $1.6 \times 10^{-11}$ |
| Dimeric PDGF α-receptor analog | $8.51 \times 10^{-11}$ |
| Control cells[PDGF α-receptor] | $3.7 \times 10^{-11}$ |

A solid-phase competition binding assay was established using the tetrameric PDGF α-receptor analog. Ninety six-well microtiter plates were coated with goat anti-human IgG (2 $\mu$g/ml), the wells blocked with ELISA B buffer, 50 ng/ml of purified tetrameric PDGF α-receptor analog diluted in binding media was added, and the plates were incubated two hours at room temperature. Unbound receptor was removed and the wells were washed with binding media. The plates were incubated for two hours at room temperature with increasing concentrations of either PDGF-AA or PDGF-BB diluted in binding media. The wells were washed, then incubated for two hours at room temperature with 3 ng/ml $^{125}$I-labeled PDGF-AA diluted in binding media. Unbound labeled PDGF-AA was removed, the wells were subse-quently washed with binding media, and the bound, labeled PDGF-AA was harvested by the addition of 0.1M citrate, pH 2.5, as described for the saturation binding studies. PDGF-AB, PDGF-AA and PDGF-BB were found to compete for receptor binding with $^{125}$I-PDGF-AA.

B. Use of Tetrameric PDGF α-Receptor Analogs as Antago-nists for PDGF-Stimulated Mitogenesis.

A tetrameric PDGF α-receptor analog, purified as described in Example 16.B., was analyzed for the ability to neutralize PDGF-stimulated mitogenesis in mouse 3T3 cells. Increasing amounts of the purified tetrameric PDGF α-receptor analog were mixed with PDGF-AA, -AB or -BB ranging .6 to 5 ng. The mixtures were then added to cultures of confluent mouse 3T3 cells. The ability of the PDGF to stimulate a mitogenic response, as measured by the incor-poration of $^3$H-thymidine, was determined essentially as described (Raines and Ross, Methods in Enzymology 109: 749–773, 1985, which is incorporated by reference herein). The tetrameric PDGF α-receptor analog demonstrated a dose response inhibition of PDGF-stimulated $^3$H-thymidine incorporation for all three isoforms of PDGF.

C. Inverse Ligand-Receptor Radioreceptor Assay

An inverse ligand-receptor radioreceptor assay was designed to screen for the presence of PDGF-BB, PDGF-BB binding proteins, PDGF-BB related molecules, and PDGF-β receptor antagonists in test samples. PDGF-BB (100 ng/ml) was coated onto the walls of 96-well microtiter plates, and

**X**

ZG 000891

5,843,725

53

the plates were incubated at 4° C. for 16 hours. The wells were washed once with ELISA C buffer and then incubated with ELISA B buffer to block the nonspecific binding sites. To the wells were added 50 $\mu$l of either PDGF standard or a test sample and 50 $\mu$l of $^{125}$I-labeled tetrameric PDGF $\beta$-receptor analog. The samples were incubated for one hour at room temperature. The wells were washed once with ELISA C buffer, and 0.1M citrate, pH 2.5 containing 1% NP-40 was added to each well to disrupt the ligand-receptor analog bond and elute the bound receptor analog. The acid wash was collected and counted in a gamma counter. The presence of PDGF or a molecule which mimics PDGF or otherwise interferes with the binding of the well-bound PDGF-BB with its receptor will cause a decrease in the binding of the radiolabeled tetrameric PDGF $\beta$-receptor. Using this assay, PDGF-BB was found to inhibit receptor binding while PDGF-AA and PDGF-AB caused no significant decrease in receptor binding.

EXAMPLE 18

Assay Methods ps A. Preparation of Nitrocellulose Filters for Colony Assay

Colonies of transformants were tested for secretion of PDGF $\beta$-receptor analogs by first growing the cells on nitrocellulose filters that had been laid on top of solid growth medium. Nitrocellulose filters (Schleicher & Schuell, Keene, N.H.) were placed on top of solid growth medium and were allowed to be completely wetted. Test colonies were patched onto the wetted filters and were grown at 30° C. for approximately 40 hours. The filters were then removed from the solid medium, and the cells were removed by four successive rinses with Western Transfer Buffer (Table 4). The nitrocellulose filters were soaked in Western Buffer A (Table 4) for one hour at room temperature on a shaking platform with two changes of buffer. Secreted PDGF$\beta$-R analogs were visualized on the filters described below.

B. Preparation of Protein Blot Filters

A nitrocellulose filter was soaked in Western Buffer A (Table 4) without the gelatin and placed in a Minifold (Schleicher & Schuell, Keene, N.H.). Five milliliters of culture supernatant was added without dilution to the Minifold wells, and the liquid was allowed to pass through the nitrocellulose filter by gravity. The nitrocellulose filter was removed from the minifold and was soaked in Western Buffer A (Table 3) for one hour on a shaking platform at room temperature. The buffer was changed three times during the hour incubation.

C. Preparation of Western Blot Filters The transformants were analyzed by Western blot, essentially as described by Towbin et al. (*Proc. Natl. Acad. Sci. USA* 76: 4350–4354, 1979) and Gordon et al. (U.S. Pat. No. 4,452,901). Culture supernatants from appropriately grown transformants were diluted with three volumes of 95% ethanol. The ethanol mixtures were incubated overnight at −70° C. The precipitates were spun out of solution by centrifugation in an SS-24 rotor at 18,000 rpm for 20 minutes. The supernatants were discarded and the precipitate pellets were resuspended in 200 $\mu$l of dH$_2$O. Two hundred microliters of 2×loading buffer (Table 4) was added to each sample, and the samples were incubated in a boiling water bath for 5 minutes.

The samples were electrophoresed in a 15% sodium dodecylsulfate polyacrylamide gel under non-reducing conditions. The proteins were electrophoretically transferred to nitrocellulose paper using conditions described by Towbin et al. (ibid.). The nitrocellulose filters were then incubated in

54

Western Buffer A (Table 4) for 75 minutes at room temperature on a platform rocker.

D. Processing the Filters for Visualization with Antibody

Filters prepared as described above were screened for proteins recognized by the binding of a PDGF $\beta$-receptor specific monoclonal antibody, designated PR7212. The filters were removed from the Western Buffer A (Table 4) and placed in sealed plastic bags containing a 10 ml solution comprising 10 $\mu$g/ml PR7212 monoclonal antibody diluted in Western Buffer A. The filters were incubated on a rocking platform overnight at 4° C. or for one hour at room temperature. Excess antibody was removed with three 15-minute washes with Western Buffer A on a shaking platform at room temperature.

Ten microliters biotin-conjugated horse anti-mouse antibody (Vector Laboratories, Burlingame, Calif.) in 20 ml Western Buffer A was added to the filters. The filters were re-incubated for one hour at room temperature on a platform shaker, and unbound conjugated antibody was removed with three fifteen-minute washes with Western Buffer A.

The filters were pre-incubated for one hour at room temperature with a solution comprising 50 $\mu$l Vectastain Reagent A (Vector Laboratories) in 10 ml of Western Buffer A that had been allowed to incubate at room temperature for 30 minutes before use. The filters were washed with one quick wash with distilled water followed by three 15-minute washes with Western Buffer B (Table 4) at room temperature. The Western Buffer B washes were followed by one wash with distilled water.

During the preceding wash step, the substrate reagent was prepared. Sixty mg of horseradish peroxidase reagent (Bio-Rad, Richmond, Calif.) was dissolved in 20 ml HPLC grade methanol. Ninety milliliters of distilled water was added to the dissolved peroxidase followed by 2.5 ml 2M Tris, pH 7.4 and 3.8 ml 4M NaCl. One hundred microliters of 30% H$_2$O$_2$ was added just before use. The washed filters were incubated with 75 ml of substrate and incubated at room temperature for 10 minutes with vigorous shaking. After the 10 minute incubation, the buffer was changed, and the filters were incubated for an additional 10 minutes. The filters were then washed in distilled water for one hour at room temperature. Positives were scored as those samples which exhibited coloration.

E. Processing the Filters For Visualization with an Anti-Substance P Antibody

Filters prepared as described above were probed with an anti-substance P antibody. The filters were removed from the Western Buffer A and rinsed with Western transfer buffer, followed by a 5-minute wash in phosphate buffered saline (PBS, Sigma, St. Louis, Mo.). The filters were incubated with a 10 ml solution containing 0.5M 1-ethyl-3-3-dimethylamino propyl carbodiimide (Sigma) in 1.0M NH$_4$Cl for 40 minutes at room temperature. After incubation, the filters were washed three times, for 5 minutes per wash, in PBS. The filters were blocked with 2% powdered milk diluted in PBS.

The filters were then incubated with a rat anti-substance P monoclonal antibody (Accurate Chemical & Scientific Corp., Westbury, N.Y.). Ten microliters of the antibody was diluted in 10 ml of antibody solution (PBS containing 20% fetal calf serum and 0.5% Tween-20). The filters were incubated at room temperature for 1 hour. Unbound antibody was removed with four 5-minute washes with PBS.

The filters were then incubated with a biotin-conjugated rabbit anti-rat peroxidase antibody (Cappel Laboratories, Melvern, Pa.). The conjugated antibody was diluted 1:1000 in 10 ml of antibody solution for 2 hours at room tempera-

X

ZG 000892

5,843,725

55

ture. Excess conjugated antibody was removed with four 5-minute washes with PBS.

The filters were pre-incubated for 30 minutes at room temperature with a solution containing 50 μl Vectastain Reagent A (Vector Laboratories) and 50 μl Vectastain Reagent B (Vector Laboratories) in 10 ml of antibody solution that had been allowed to incubate for 30 minutes before use. Excess Vectastain reagents were removed by four 5-minute washes with PBS.

During the preceding wash step, the substrate reagent was prepared. Sixty milligrams of horseradish peroxidase reagent (Bio-Rad Laboratories, Richmond, Calif.) was dissolved in 25 ml of HPLC grade methanol. Approximately 100 ml of PBS and 200 μl H$_2$O$_2$ were added just before use. The filters were incubated with the substrate reagent for 10 to 20 minutes. The substrate was removed by a vigorous washing distilled water.

F. Iodination of PDGF-BB.

A PDGF-BB mutant molecule having a tyrosine replacing the phenylalanine at position 23 (PDGF-BB$_{Tyr}$) was iodinated and subsequently purified, using a purification method which produces 125I-labeled PDGF-BB with a higher spe-

56

cific activity than primary-labeled material and which was found to substantially decrease the nonspecific binding component. The PDGF-BB$_{Tyr}$ was labeled using the Iodo-bead method (Pierce Chemical). The labeled protein was gel filtered over a C-25 desalting column (Pharmacia LKB Technologies) equilibrated with 10 mM acetic acid, 0.25% gelatin and 100 mM NaCl. The peak fractions were pooled and pH adjusted to 7.2 by the addition of Tris-base. The labeled mixture was chromatographed over an affinity column composed of PDGF β-receptor analog protein coupled to CnBr-activated Sepharose (Pharmacia LKB Technologies, Inc.). The column was washed with phosphate buffered saline and eluted with 0.1M citrate, pH 2.5 containing 0.25% gelatin. The peak eluate fractions were pooled and assayed by ELISA to determine the PDGF-BB concentration.

Although the foregoing invention has been described in some detail by way of illustration and example for purposes of clarity of understanding, it will be evident that certain changes and modifications may be practiced within the scope of the appended claims.

SEQUENCE LISTING

( 1 ) GENERAL INFORMATION:

   ( i i i ) NUMBER OF SEQUENCES: 36

( 2 ) INFORMATION FOR SEQ ID NO:1:

   ( i ) SEQUENCE CHARACTERISTICS:
     ( A ) LENGTH: 4465 base pairs
     ( B ) TYPE: nucleic acid
     ( C ) STRANDEDNESS: double
     ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: cDNA

   ( i i i ) HYPOTHETICAL: N

   ( i v ) ANTI-SENSE: N

   ( v i ) ORIGINAL SOURCE:
     ( A ) ORGANISM: Homo sapiens
     ( D ) DEVELOPMENTAL STAGE: Adult
     ( F ) TISSUE TYPE: Skin
     ( G ) CELL TYPE: fibroblasts

   ( v i i ) IMMEDIATE SOURCE:
     ( B ) CLONE: pR-xX1

   ( i x ) FEATURE:
     ( A ) NAME/KEY: CDS
     ( B ) LOCATION: 354..3671
     ( D ) OTHER INFORMATION:

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:1:

```
CCCTCAGCCC  TGCTGCCCAG  CACGAGCCTG  TGCTCGCCCT  GCCCAACGCA  GACAGCCAGA          60

CCCAGGGCGG  CCCCTCTGGC  GGCTCTGCTC  CTCCCGAAGG  ATGCTTGGGG  AGTGAGGCGA         120

AGCTGGGCGC  TCCTCTCCCC  TACAGCAGCC  CCCTTCCTCC  ATCCCTCTGT  TCTCCTGAGC         180

CTTCAGGAGC  CTGCACCAGT  CCTGCCTGTC  CTTCTACTCA  GCTGTTACCC  ACTCTGGGAC         240

CAGCAGTCTT  TCTGATAACT  GGGAGAGGGC  AGTAAGGAGG  ACTTCCTGGA  GGGGGTGACT         300

GTCCAGAGCC  TGGAACTGTG  CCCACACCAG  AAGCCATCAG  CAGCAAGGAC  ACC ATG          356
                                                               Met
                                                                 1
```

X

5,843,725

**57**  **58**

-continued

```
CGG CTT CCG GGT GCG ATG CCA GCT CTG GCC CTC AAA GGC GAG CTG CTG     404
Arg Leu Pro Gly Ala Met Pro Ala Leu Ala Leu Lys Gly Glu Leu Leu
              5                      10                     15

TTG CTG TCT CTC CTG TTA CTT CTG GAA CCA CAG ATC TCT CAG GGC CTG     452
Leu Leu Ser Leu Leu Leu Leu Leu Glu Pro Gln Ile Ser Gln Gly Leu
         20                     25                     30

GTC GTC ACA CCC CCG GGG CCA GAG CTT GTC CTC AAT GTC TCC AGC ACC     500
Val Val Thr Pro Pro Gly Pro Glu Leu Val Leu Asn Val Ser Ser Thr
         35                     40                     45

TTC GTT CTG ACC TGC TCG GGT TCA GCT CCG GTG GTG TGG GAA CGG ATG     548
Phe Val Leu Thr Cys Ser Gly Ser Ala Pro Val Val Trp Glu Arg Met
         50                     55                     60                     65

TCC CAG GAG CCC CCA CAG GAA ATG GCC AAG GCC CAG GAT GGC ACC TTC     596
Ser Gln Glu Pro Pro Gln Glu Met Ala Lys Ala Gln Asp Gly Thr Phe
                   70                     75                     80

TCC AGC GTG CTC ACA CTG ACC AAC CTC ACT GGG CTA GAC ACG GGA GAA     644
Ser Ser Val Leu Thr Leu Thr Asn Leu Thr Gly Leu Asp Thr Gly Glu
              85                     90                     95

TAC TTT TGC ACC CAC AAT GAC TCC CGT GGA CTG GAG ACC GAT GAG CGG     692
Tyr Phe Cys Thr His Asn Asp Ser Arg Gly Leu Glu Thr Asp Glu Arg
                   100                    105                    110

AAA AGG CTC TAC ATC TTT GTG CCA GAT CCC ACC GTG GGC TTC CTC CCT     740
Lys Arg Leu Tyr Ile Phe Val Pro Asp Pro Thr Val Gly Phe Leu Pro
              115                    120                    125

AAT GAT GCC GAG GAA CTA TTC ATC TTT CTC ACG GAA ATA ACT GAG ATC     788
Asn Asp Ala Glu Glu Leu Phe Ile Phe Leu Thr Glu Ile Thr Glu Ile
         130                    135                    140                    145

ACC ATT CCA TGC CGA GTA ACA GAC CCA CAG CTG GTG GTG ACA CTG CAC     836
Thr Ile Pro Cys Arg Val Thr Asp Pro Gln Leu Val Val Thr Leu His
                   150                    155                    160

GAG AAG AAA GGG GAC GTT GCA CTG CCT GTC CCC TAT GAT CAC CAA CGT     884
Glu Lys Lys Gly Asp Val Ala Leu Pro Val Pro Tyr Asp His Gln Arg
              165                    170                    175

GGC TTT TCT GGT ATC TTT GAG GAC AGA AGC TAC ATC TGC AAA ACC ACC     932
Gly Phe Ser Gly Ile Phe Glu Asp Arg Ser Tyr Ile Cys Lys Thr Thr
                   180                    185                    190

ATT GGG GAC AGG GAG GTG GAT TCT GAT GCC TAC TAT GTC TAC AGA CTC     980
Ile Gly Asp Arg Glu Val Asp Ser Asp Ala Tyr Tyr Val Tyr Arg Leu
              195                    200                    205

CAG GTG TCA TCC ATC AAC GTC TCT GTG AAC GCA GTG CAG ACT GTG GTC     1028
Gln Val Ser Ser Ile Asn Val Ser Val Asn Ala Val Gln Thr Val Val
         210                    215                    220                    225

CGC CAG GGT GAG AAC ATC ACC CTC ATG TGC ATT GTG ATC GGG AAT GAG     1076
Arg Gln Gly Glu Asn Ile Thr Leu Met Cys Ile Val Ile Gly Asn Glu
                   230                    235                    240

GTG GTC AAC TTC GAG TGG ACA TAC CCC CGC AAA GAA AGT GGG CGG CTG     1124
Val Val Asn Phe Glu Trp Thr Tyr Pro Arg Lys Glu Ser Gly Arg Leu
              245                    250                    255

GTG GAG CCG GTG ACT GAC TTC CTC TTG GAT ATG CCT TAC CAC ATC CGC     1172
Val Glu Pro Val Thr Asp Phe Leu Leu Asp Met Pro Tyr His Ile Arg
              260                    265                    270

TCC ATC CTG CAC ATC CCC AGT GCC GAG TTA GAA GAC TCG GGG ACC TAC     1220
Ser Ile Leu His Ile Pro Ser Ala Glu Leu Glu Asp Ser Gly Thr Tyr
              275                    280                    285

ACC TGC AAT GTG ACG GAG AGT GTG GAT GTG AAC GAC CAT CAG GAT GAA     1268
Thr Cys Asn Val Thr Glu Ser Val Asp Val Asn Asp His Gln Asp Glu
         290                    295                    300                    305

ATC AAC ATC ACC GTG GTT GAG AGC GGC TAC GTG CGG CTC CTG GGA GAG     1316
Ile Asn Ile Thr Val Val Glu Ser Gly Tyr Val Arg Leu Leu Gly Glu
                   310                    315                    320
```

**X⁺**

ZG 000894

5,843,725

**59**                                                                                                     **60**

-continued

```
GTG GGC ACA CTA CAA TTT GCT GAG CTG CAT CGG AGC CGG ACA CTG CAG          1364
Val Gly Thr Leu Gln Phe Ala Glu Leu His Arg Ser Arg Thr Leu Gln
            325                     330                     335

GTA GTG TTC GAG GCC TAC CCA CCG CCC ACT GTC CTG TGG TTC AAA GAC          1412
Val Val Phe Glu Ala Tyr Pro Pro Pro Thr Val Leu Trp Phe Lys Asp
            340                     345                     350

AAC CGC ACC CTG GGC GAC TCC AGC GCT GGG GAA ATC GCA CTG TCC ACG          1460
Asn Arg Thr Leu Gly Asp Ser Ser Ala Gly Glu Ile Ala Leu Ser Thr
            355                     360                     365

CGC AAC GTG TCG GAG ACC CGG TAT GTG TCA GAG CTG CTC ACT CTG GTT CGC      1508
Arg Asn Val Ser Glu Thr Arg Tyr Val Ser Glu Leu Thr Leu Val Arg
            370                     375                 380             385

GTG AAG GTG GCA GAG GCT GGC CAC TAC ACC ATG CGG GCC TTC CAT GAG          1556
Val Lys Val Ala Glu Ala Gly His Tyr Thr Met Arg Ala Phe His Glu
                        390                     395                 400

GAT GCT GAG GTC CAG CTC TCC TTC CAG CTA CAG ATC AAT GTC CCT GTC          1604
Asp Ala Glu Val Gln Leu Ser Phe Gln Leu Gln Ile Asn Val Pro Val
                    405                     410                 415

CGA GTG CTG GAG CTA AGT GAG AGC CAC CCT GAC AGT GGG GAA CAG ACA          1652
Arg Val Leu Glu Leu Ser Glu Ser His Pro Asp Ser Gly Glu Gln Thr
                420                     425                 430

GTC GTC TGT CGT GGC CGG GGC ATG CCC CAG CCG AAC ATC ATC TGG TCT          1700
Val Arg Cys Arg Gly Arg Gly Met Pro Gln Pro Asn Ile Ile Trp Ser
            435                     440                 445

GCC TGC AGA GAC CTC AAA AGG TGT CCA CGT GAG CTG CCG CCC ACG CTG          1748
Ala Cys Arg Asp Leu Lys Arg Cys Pro Arg Glu Leu Pro Pro Thr Leu
450                     455                     460                 465

CTG GGG AAC AGT TCC GAA GAG GAG AGC AGC CTG GAG ACT AAC GTG ACG          1796
Leu Gly Asn Ser Ser Glu Glu Glu Ser Ser Leu Glu Thr Asn Val Thr
                    470                     475                 480

TAC TGG GAG GAG GAG CAG CAG GAG TTT GAG GTG GTG AGC ACA CTG CGT CTG      1844
Tyr Trp Glu Glu Glu Gln Gln Glu Phe Glu Val Val Ser Thr Leu Arg Leu
            485                     490                 495

CAG CAC GTG GAT CGG CCA CTG TCG GTG CGC TGC ACG CTG CGC AAC GCT          1892
Gln His Val Asp Arg Pro Leu Ser Val Arg Cys Thr Leu Arg Asn Ala
            500                     505                 510

GTG GGC CAG GAC ACG CAG GAG GTC ATC GTG GTG CCA CAC TCC TTG CCC          1940
Val Gly Gln Asp Thr Gln Glu Val Ile Val Val Pro His Ser Leu Pro
            515                     520                 525

TTT AAG GTG GTG GTG ATC TCA GCC ATC CTG GCC CTG GTG GTG CTC ACC          1988
Phe Lys Val Val Val Ile Ser Ala Ile Leu Ala Leu Val Val Leu Thr
            530                     535                 540                 545

ATC ATC TCC CTT ATC ATC CTC ATC ATC CTT TGG CAG AAG AAG CCA CGT          2036
Ile Ile Ser Leu Ile Ile Leu Ile Met Leu Trp Gln Lys Lys Pro Arg
                    550                     555                 560

TAC GAG ATC CGA TGG AAG GTG ATT GAG TCT GTG AGC TCT GAC GGC CAT          2084
Tyr Glu Ile Arg Trp Lys Val Ile Glu Ser Val Ser Ser Asp Gly His
                    565                     570                 575

GAG TAC ATC TAC GTG GAC CCC ATG CAG CTG CCC TAT GAC TCC ACG TGG          2132
Glu Tyr Ile Tyr Val Asp Pro Met Gln Leu Pro Tyr Asp Ser Thr Trp
                    580                     585                 590

GAG CTG CCG CGG GAC CAG CTT GTG CTG GGA CGC ACC CTC GGC TCT GGG          2180
Glu Leu Pro Arg Asp Gln Leu Val Leu Gly Arg Thr Leu Gly Ser Gly
                    595                     600                 605

GCC TTT GGG CAG GTG GTG GAG GCC ACG GCT CAT GGC CTG AGC CAT TCT          2228
Ala Phe Gly Gln Val Val Glu Ala Thr Ala His Gly Leu Ser His Ser
610                     615                     620                 625

CAG GCC ACG ATG AAA GTG GCC GTC AAG ATG CTT AAA TCC ACA GCC CGC          2276
Gln Ala Thr Met Lys Val Ala Val Lys Met Leu Lys Ser Thr Ala Arg
                    630                     635                 640
```

**X**

ZG 000895

5,843,725

**61**                                              **62**

-continued

```
AGC AGT GAG AAG CAA GCC CTT ATG TCG GAG CTC AAG ATC ATG AGT CAC     2324
Ser Ser Glu Lys Gln Ala Leu Met Ser Glu Leu Lys Ile Met Ser His
        645                     650                 655

CTT GGG CCC CAC CTG AAC GTG GTC AAC CTG TTG GGG GCC TGC ACC AAA     2372
Leu Gly Pro His Leu Asn Val Val Asn Leu Leu Gly Ala Cys Thr Lys
        660                     665                 670

GGA GGA CCC ATC TAT ATC ACT GAG TAC TGC CGC TAC GGA GAC CTG         2420
Gly Gly Pro Ile Tyr Ile Thr Glu Tyr Cys Arg Tyr Gly Asp Leu
        675                     680                 685

GTG GAC TAC CTG CAC CGC AAC AAA CAC ACC TTC CTG CAG CAC CAC TCC     2468
Val Asp Tyr Leu His Arg Asn Lys His Thr Phe Leu Gln His His Ser
        690                     695                 700                 705

GAC AAG CGC CGC CCG CCC AGC GCG GAG CTC TAC AGC AAT GCT CTG CCC     2516
Asp Lys Arg Arg Pro Pro Ser Ala Glu Leu Tyr Ser Asn Ala Leu Pro
                    710                     715                 720

GTT GGG CTC CCC CTG CCC AGC CAT GTG TCC TTG ACC GGG GAG AGC GAC     2564
Val Gly Leu Pro Leu Pro Ser His Val Ser Leu Thr Gly Glu Ser Asp
            725                     730                 735

GGT GGC TAC ATG GAC ATG AGC AAG GAC GAG TCG GTG GAC TAT GTG CCC     2612
Gly Gly Tyr Met Asp Met Ser Lys Asp Glu Ser Val Asp Tyr Val Pro
            740                     745                 750

ATG CTG GAC ATG AAA GGA GAC GTC AAA TAT GCA GAC ATC GAG TCC TCC     2660
Met Leu Asp Met Lys Gly Asp Val Lys Tyr Ala Asp Ile Glu Ser Ser
        755                     760                 765

AAC TAC ATG GCC CCT TAC GAT AAC TAC GTT CCC TCT GCC CCT GAG AGG     2708
Asn Tyr Met Ala Pro Tyr Asp Asn Tyr Val Pro Ser Ala Pro Glu Arg
        770                     775                 780                 785

ACC TGC CGA GCA ACT TTG ACA ATC AGT TCT CCA GTG CTA AGC TAC ATG     2756
Thr Cys Arg Ala Thr Leu Ile Asn Gln Ser Ser Pro Val Leu Ser Tyr Met
                    790                     795                 800

GAC CTC GTG GGC TTC AGC TAC CAG GTG GCC AAT GGC ATG GAG TTT CTG     2804
Asp Leu Val Gly Phe Ser Tyr Gln Val Ala Asn Gly Met Glu Phe Leu
                    805                     810                 815

GCC TCC AAG AAC TGC GTC CAC AGA GAC CTG GCT AGG AAC GTG CTC         2852
Ala Ser Lys Asn Cys Val His Arg Asp Leu Ala Ala Arg Asn Val Leu
        820                     825                 830

ATC TGT GAA GGC AAG CTG GTC AAG ATC TGT GAC TTT GGC CTG GCT CGA     2900
Ile Cys Glu Gly Lys Leu Val Lys Ile Cys Asp Phe Gly Leu Ala Arg
        835                     840                 845

GAC ATC ATG CGG GAC TCG AAT TAC ATC TCC AAA GGC AGC ACC TTT TTG     2948
Asp Ile Met Arg Asp Ser Asn Tyr Ile Ser Lys Gly Ser Thr Phe Leu
850                     855                 860                 865

CCT TTA AAG TGG ATG GCT CCG GAG AGC ATC TTC AAC AGC CTC TAC ACC     2996
Pro Leu Lys Trp Met Ala Pro Glu Ser Ile Phe Asn Ser Leu Tyr Thr
                    870                     875                 880

ACC CTG AGC GAC GTG TGG TCC TTC GGG ATC CTG CTC TGG GAG ATC TTC     3044
Thr Leu Ser Asp Val Trp Ser Phe Gly Ile Leu Leu Trp Glu Ile Phe
                    885                     890                 895

ACC TTG GGT GGC ACC CCT TAC CCA GAG CTG CCC ATG AAC GAG CAG TTC     3092
Thr Leu Gly Gly Thr Pro Tyr Pro Glu Leu Pro Met Asn Glu Gln Phe
            900                     905                 910

TAC AAT GCC ATC AAA CGG GGT TAC CGC ATG GCC CAG CCT GCC CAT GCC     3140
Tyr Asn Ala Ile Lys Arg Gly Tyr Arg Met Ala Gln Pro Ala His Ala
        915                     920                 925

TCC GAC GAG ATC TAT GAG ATC ATG CAG AAG TGC TGG GAA GAG AAG TTT     3188
Ser Asp Glu Ile Tyr Glu Ile Met Gln Lys Cys Trp Glu Glu Lys Phe
930                     935                 940                 945

GAG ATT CGG CCC CCC TTC TCC CAG CTG GTG CTG CTT CTC GAG AGA CTG     3236
Glu Ile Arg Pro Pro Phe Ser Gln Leu Val Leu Leu Leu Glu Arg Leu
                    950                     955                 960
```

**X**

ZG 000896

5,843,725

**63**                                                         **64**

-continued

```
TTG GGC GAA GGT TAC AAA AAG AAG TAC CAG CAG GTG GAT GAG GAG TTT    3284
Leu Gly Glu Gly Tyr Lys Lys Lys Tyr Gln Gln Val Asp Glu Glu Phe
            965                 970                 975

CTG AGG AGT GAC CAC CCA GCC ATC CTT CGG TCC CAG GCC CGC TTG CCT    3332
Leu Arg Ser Asp His Pro Ala Ile Leu Arg Ser Gln Ala Arg Leu Pro
        980                 985                 990

GGG TTC CAT GGC CTC CGA TCT CCC CTG GAC ACC AGC TCC GTC CTC TAT    3380
Gly Phe His Gly Leu Arg Ser Pro Leu Asp Thr Ser Ser Val Leu Tyr
    995                1000                1005

ACT GCC GTG CAG CCC AAT GAG GGT GAC AAT GAC TAT ATC ATC CCC CTG    3428
Thr Ala Val Gln Pro Asn Glu Gly Asp Asn Asp Tyr Ile Ile Pro Leu
1010                1015                1020                1025

CCT GAC CCC AAA CCC GAG GTT GCT GAC GAG GGC CCA CTG GAG GGT TCC    3476
Pro Asp Pro Lys Pro Glu Val Ala Asp Glu Gly Pro Leu Glu Gly Ser
                1030                1035                1040

CCC AGC CTA GCC AGC TCC ACC CTG AAT GAA GTC AAC ACC TCC TCA ACC    3524
Pro Ser Leu Ala Ser Ser Thr Leu Asn Glu Val Asn Thr Ser Ser Thr
            1045                1050                1055

ATC TCC TGT GAC AGC CCC CTG GAG CCC CAG GAC GAA CCA GAG CCA GAG    3572
Ile Ser Cys Asp Ser Pro Leu Glu Pro Gln Asp Glu Pro Glu Pro Glu
        1060                1065                1070

CCC CAG CTT GAG CTC CAG GTG GAG CCG GCA GAG CTG GAA CTG TTG    3620
Pro Gln Leu Glu Leu Gln Val Glu Pro Glu Pro Glu Leu Glu Gln Leu
    1075                1080                1085

CCG GAT TCG GGG TGC CCT GCG GCT CGG GCG GAA GCA GAG GAT AGC TTC    3668
Pro Asp Ser Gly Cys Pro Ala Pro Arg Ala Glu Ala Glu Asp Ser Phe
1090                1095                1100                1105

CTG TAGGGGGCTG GCCCCTACCC TGCCCTGCCT GAAGCTCCCC CCCTGCCAGC    3721
Leu

ACCCAGCATC TCCTGGCCTG GCCTGACCGG GCTTCCTGTC AGCCAGGCTG CCCTTATCAG    3781

CTGTCCCCTT CTGGAAGCTT TCTGCTCCTG ACGTGTTGTG CCCCAAACCC TGGGGCTGGC    3841

TTAGGAGGCA AGAAAACTGC AGGGGCCGTG ACCAGCCCTC TGCCTCCAGG GAGGCCAACT    3901

GACTCTGAGC CAGGGTTCCC CCAGGGAACT CAGTTTTCCC ATATGTAAGA TGGGAAAGTT    3961

AGGCTTGATG ACCCAGAATC TAGGATTCTC TCCCTGGCTG ACACGGTGGG GAGACCGAAT    4021

CCCTCCCTGG GAAGATTCTT GGAGTTACTG AGGTGGTAAA TTAACATTTT TTCTGTTCAG    4081

CCAGCTACCC CTCAAGGAAT CATAGCTCTC TCCTCGCACT TTTTATCCAC GGAGGAGCTA    4141

GGGAAGAGAC CCTAGCCTCC CTGGCTGCTG GCTGAGCTAG GGCCTAGCTT GAGCAGTGTT    4201

GCCTCATCCA GAAGAAAGCC AGTCTCCTCC CTATGATGCC AGTCCCTGCG TTCCCTGGCC    4261

CGAGCTGGTC TGGGGCCATT AGGCAGCCTA ATTAATGCTG GAGGCTGAGC CAAGTACAGG    4321

ACACCCCCAG CCTGCAGCCC TTGCCCAGGG CACTTGGAGC ACACGCAGCC ATAGCAAGTG    4381

CCTGTGTCCC TGTCCTTCAG GCCCATCAGT CCTGGGGCTT TTTCTTTATC ACCCTCAGTC    4441

TTAATCCATC CACCAGAGTC TAGA    4465
```

( 2 ) INFORMATION FOR SEQ ID NO:2:

       ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 1106 amino acids
          ( B ) TYPE: amino acid
          ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: protein

       ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:2:

```
Met Arg Leu Pro Gly Ala Met Pro Ala Leu Ala Leu Lys Gly Glu Leu
1               5                   10                  15
```



ZG 000897

5,843,725

65

66

-continued

```
Leu Leu Leu Ser Leu Leu Leu Leu Leu Gln Pro Gln Ile Ser Gln Gly
            20                  25                  30

Leu Val Val Thr Pro Pro Gly Pro Glu Leu Val Leu Asn Val Ser Ser
        35                  40                  45

Thr Phe Val Leu Thr Cys Ser Gly Ser Ala Pro Val Val Trp Gln Arg
    50                  55                  60

Met Ser Gln Glu Pro Pro Gln Glu Met Ala Lys Ala Gln Asp Gly Thr
65                  70                  75                  80

Phe Ser Ser Val Leu Thr Leu Thr Asn Leu Thr Gly Leu Asp Thr Gly
                85                  90                  95

Glu Tyr Phe Cys Thr His Asn Asp Ser Arg Gly Leu Glu Thr Asp Glu
            100                 105                 110

Arg Lys Arg Leu Tyr Ile Phe Val Pro Asp Pro Thr Val Gly Phe Leu
        115                 120                 125

Pro Asn Asp Ala Glu Glu Leu Phe Ile Phe Leu Thr Glu Ile Thr Glu
    130                 135                 140

Ile Thr Ile Pro Cys Arg Val Thr Asp Pro Gln Leu Val Val Thr Leu
145                 150                 155                 160

His Glu Lys Lys Gly Asp Val Ala Leu Pro Val Pro Tyr Asp His Gln
                165                 170                 175

Arg Gly Phe Ser Gly Ile Phe Glu Asp Arg Ser Tyr Ile Cys Lys Thr
            180                 185                 190

Thr Ile Gly Asp Arg Glu Val Asp Ser Asp Ala Tyr Tyr Val Tyr Arg
        195                 200                 205

Leu Gln Val Ser Ser Ile Asn Val Ser Val Asn Ala Val Gln Thr Val
    210                 215                 220

Val Arg Gln Gly Glu Asn Ile Thr Leu Met Cys Ile Val Ile Gly Asn
225                 230                 235                 240

Glu Val Val Asn Phe Glu Trp Thr Tyr Pro Arg Lys Glu Ser Gly Arg
                245                 250                 255

Leu Val Glu Pro Val Thr Asp Phe Leu Leu Asp Met Pro Tyr His Ile
            260                 265                 270

Arg Ser Ile Leu His Ile Pro Ser Ala Glu Leu Glu Asp Ser Gly Thr
        275                 280                 285

Tyr Thr Cys Asn Val Thr Glu Ser Val Asn Asp His Gln Asp Glu Lys
    290                 295                 300

Ala Ile Asn Ile Thr Val Val Glu Ser Gly Tyr Val Arg Leu Leu Gly
305                 310                 315                 320

Glu Val Gly Thr Leu Gln Phe Ala Glu Leu His Arg Ser Arg Thr Leu
                325                 330                 335

Gln Val Val Phe Glu Ala Tyr Pro Pro Pro Thr Val Leu Trp Phe Lys
            340                 345                 350

Asp Asn Arg Thr Leu Gly Asp Ser Ser Ala Gly Glu Ile Ala Leu Ser
        355                 360                 365

Thr Arg Asn Val Ser Glu Thr Arg Tyr Val Ser Glu Leu Thr Leu Val
    370                 375                 380

Arg Val Lys Val Ala Glu Ala Gly His Tyr Thr Met Arg Ala Phe His
385                 390                 395                 400

Glu Asp Ala Glu Val Gln Leu Ser Phe Gln Leu Gln Ile Asn Val Pro
                405                 410                 415

Val Arg Val Leu Glu Leu Ser Glu Ser His Pro Asp Ser Gly Glu Gln
            420                 425                 430

Thr Val Arg Cys Arg Gly Arg Gly Met Pro Gln Pro Asn Ile Ile Trp
        435                 440                 445
```

X

ZG 000898

5,843,725

**67**                                                    **68**

-continued

Ser Ala Cys Arg Asp Leu Lys Arg Cys Pro Arg Glu Leu Pro Pro Thr
450                     455                     460

Leu Leu Gly Asn Ser Ser Glu Glu Glu Ser Gln Leu Glu Thr Asn Val
465                     470                     475                     480

Thr Tyr Trp Glu Glu Gln Glu Phe Gln Val Val Ser Thr Leu Asn Arg
                        485                     490                     495

Leu Gln His Val Asp Arg Pro Leu Ser Val Arg Cys Thr Leu Arg Asn
                500                     505                     510

Ala Val Gly Gln Asp Thr Gln Glu Val Ile Val Val Pro His Ser Leu
            515                     520                     525

Pro Phe Lys Val Val Val Ile Ser Ala Ile Leu Ala Leu Val Val Leu
        530                     535                     540

Thr Ile Ile Ser Leu Ile Ile Leu Ile Met Leu Trp Gln Lys Lys Pro
545                     550                     555                     560

Arg Tyr Glu Ile Arg Trp Lys Val Ile Glu Ser Val Ser Ser Asp Gly
                        565                     570                     575

His Glu Tyr Ile Tyr Val Asp Pro Met Gln Leu Pro Tyr Asp Ser Thr
                580                     585                     590

Trp Glu Leu Pro Arg Asp Gln Leu Val Leu Gly Arg Thr Leu Gly Ser
                595                     600                     605

Gly Ala Phe Gly Gln Val Val Glu Ala Thr Ala His Gly Leu Ser His
610                     615                     620

Ser Gln Ala Thr Met Lys Val Ala Val Lys Met Leu Lys Ser Thr Ala
625                     630                     635                     640

Arg Ser Ser Glu Lys Gln Ala Leu Met Ser Glu Leu Lys Ile Met Ser
                        645                     650                     655

His Leu Gly Pro His Leu Asn Val Val Asn Leu Leu Gly Ala Cys Thr
                660                     665                     670

Lys Gly Gly Pro Ile Tyr Ile Ile Thr Glu Tyr Cys Arg Tyr Gly Asp
                675                     680                     685

Leu Val Asp Tyr Leu His Arg Asn Lys His Thr Phe Leu Gln His His
        690                     695                     700

Ser Asp Lys Arg Arg Pro Pro Ser Ala Glu Leu Tyr Ser Asn Ala Leu
705                     710                     715                     720

Pro Val Gly Leu Pro Leu Pro Ser His Val Ser Leu Thr Gly Glu Ser
                        725                     730                     735

Asp Gly Gly Tyr Met Asp Met Ser Lys Asp Glu Ser Val Asp Tyr Val
                740                     745                     750

Pro Met Leu Asp Met Lys Gly Asp Val Lys Tyr Ala Asp Ile Glu Ser
            755                     760                     765

Ser Asn Tyr Met Ala Pro Tyr Asp Asn Tyr Val Pro Ser Ala Pro Glu
        770                     775                     780

Arg Thr Cys Arg Ala Thr Leu Ile Asn Glu Ser Pro Val Leu Ser Tyr
785                     790                     795                     800

Met Asp Leu Val Gly Phe Ser Tyr Gln Val Ala Asn Gly Met Gln Phe
                        805                     810                     815

Leu Ala Ser Lys Asn Cys Val His Arg Asp Leu Ala Ala Arg Asn Val
                820                     825                     830

Leu Ile Cys Glu Gly Lys Leu Val Lys Ile Cys Asp Phe Gly Leu Ala
                835                     840                     845

Arg Asp Ile Met Arg Asp Ser Asn Tyr Ile Ser Lys Gly Ser Thr Phe
        850                     855                     860

Leu Pro Leu Lys Trp Met Ala Pro Glu Ser Ile Phe Asn Ser Leu Tyr

5,843,725

| 69 | 70 |

-continued

```
865                    870                    875                    880
Thr Thr Leu Ser Asp Val Trp Ser Phe Gly Ile Leu Leu Trp Glu Ile
                    885                    890                    895
Phe Thr Leu Gly Gly Thr Pro Tyr Pro Glu Leu Pro Met Asn Gln Gln
                    900                    905                    910
Phe Tyr Asn Ala Ile Lys Arg Gly Tyr Arg Met Ala Gln Pro Ala His
                    915                    920                    925
Ala Ser Asp Glu Ile Tyr Glu Ile Met Gln Lys Cys Trp Glu Glu Lys
                    930                    935                    940
Phe Glu Ile Arg Pro Pro Phe Ser Gln Leu Val Leu Leu Leu Glu Arg
945                    950                    955                    960
Leu Leu Gly Glu Gly Tyr Lys Lys Lys Tyr Gln Gln Val Asp Glu Glu
                    965                    970                    975
Phe Leu Arg Ser Asp His Pro Ala Ile Leu Arg Ser Gln Ala Arg Leu
                    980                    985                    990
Pro Gly Phe His Gly Leu Arg Ser Pro Leu Asp Thr Ser Ser Val Leu
                    995                    1000                   1005
Tyr Thr Ala Val Gln Pro Asn Glu Gly Asp Asn Asp Tyr Ile Ile Pro
                    1010                   1015                   1020
Leu Pro Asp Pro Lys Pro Glu Val Ala Asp Glu Gly Pro Leu Glu Gly
1025                   1030                   1035                   1040
Ser Pro Ser Leu Ala Ser Ser Thr Leu Asn Glu Val Asn Thr Ser Ser
                    1045                   1050                   1055
Thr Ile Ser Cys Asp Ser Pro Leu Gln Pro Gln Asp Gln Pro Glu Pro
                    1060                   1065                   1070
Glu Pro Gln Leu Glu Leu Gln Val Glu Pro Glu Pro Glu Leu Glu Gln
                    1075                   1080                   1085
Leu Pro Asp Ser Gly Cys Pro Ala Pro Arg Ala Glu Ala Glu Asp Ser
                    1090                   1095                   1100
Phe Leu
1105
```

( 2 ) INFORMATION FOR SEQ ID NO:3:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 57 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( I I ) MOLECULE TYPE: Other nucleic acid

    ( I I I ) HYPOTHETICAL: N

    ( i v ) ANTI-SENSE: N

    ( v i i ) IMMEDIATE SOURCE:
        ( B ) CLONE: ZC871

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:3:

ATTATACGCT CTCTTCCTCA GGTAAATGAG TGCCAGGGCC GGCAAGCCCC CGCTCCA          57

( 2 ) INFORMATION FOR SEQ ID NO:4:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 56 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: Other nucleic acid



ZG 000900

5,843,725

**71** **72**

-continued

( i i i ) HYPOTHETICAL: N

( i v ) ANTI-SENSE: N

( v i i ) IMMEDIATE SOURCE:
( B ) CLONE: ZC872

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:4:

CCGGGGAGCG GGGGCTTGCC GGCCCTGGCA CTCATTTACC TGAGGAAGAG AGAGCT    5 6

( 2 ) INFORMATION FOR SEQ ID NO:5:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 45 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i i ) MOLECULE TYPE: Other nucleic acid

( i i i ) HYPOTHETICAL: N

( i v ) ANTI-SENSE: N

( v i i ) IMMEDIATE SOURCE:
( B ) CLONE: ZC904

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:5:

CATGGGCACG TAATCTATAG ATTCATCCTT GCTCATATCC ATGTA    4 5

( 2 ) INFORMATION FOR SEQ ID NO:6:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 38 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i i ) MOLECULE TYPE: Other nucleic acid

( i i i ) HYPOTHETICAL: N

( i v ) ANTI-SENSE: N

( v i i ) IMMEDIATE SOURCE:
( B ) CLONE: ZC906

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:6:

AAGCTGTCCT CTGCTTCAGC CAGAGGTCCT GGGCAGCC    3 8

( 2 ) INFORMATION FOR SEQ ID NO:7:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 38 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i i ) MOLECULE TYPE: Other nucleic acid

( i i i ) HYPOTHETICAL: N

( i v ) ANTI-SENSE: N

( v i i ) IMMEDIATE SOURCE:
( B ) CLONE: ZC906

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:7:

AAGCTGTCCT CTGCTTCAGC CAGAGGTCCT GGGCAGCC    3 8

( 2 ) INFORMATION FOR SEQ ID NO:8:



5,843,725

**73**

**74**

-continued

```
        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 21 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

    ( i i i ) MOLECULE TYPE: Other nucleic acid

    ( i i i ) HYPOTHETICAL: N

    ( i v ) ANTI-SENSE: N

    ( v i i ) IMMEDIATE SOURCE:
            ( B ) CLONE: ZC1380

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:8:

CATGGTGGAA TTCCTGCTGA T                                              2 1


( 2 ) INFORMATION FOR SEQ ID NO:9:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 29 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

    ( i i i ) MOLECULE TYPE: Other nucleic acid

    ( i i i ) HYPOTHETICAL: N

    ( i v ) ANTI-SENSE: N

    ( v i i ) IMMEDIATE SOURCE:
            ( B ) CLONE: ZC1447

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:9:

TGGTTGTGCA GAGCTGAGGA AGAGATGGA                                      2 9


( 2 ) INFORMATION FOR SEQ ID NO:10:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 55 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

    ( i i i ) MOLECULE TYPE: Other nucleic acid

    ( i i i ) HYPOTHETICAL: N

    ( i v ) ANTI-SENSE: N

    ( v i i ) IMMEDIATE SOURCE:
            ( B ) CLONE: ZC1453

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:10:

AATTCATTAT GTTGTTGCAA GCCTTCTTGT TCCTGCTAGC TGGTTTCGCT GTTAA          5 5


( 2 ) INFORMATION FOR SEQ ID NO:11:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 55 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

    ( i i i ) MOLECULE TYPE: Other nucleic acid

    ( i i i ) HYPOTHETICAL: N

    ( i v ) ANTI-SENSE: N

    ( v i i ) IMMEDIATE SOURCE:
            ( B ) CLONE: ZC1454
```



5,843,725

75                                          76

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:11:

GATCTTAACA GCGAAACCAG CTAGCAGGAA CAAGAAGGCT TGCAACAACA TAATG          5 5

( 2 ) INFORMATION FOR SEQ ID NO:12:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 21 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: Other nucleic acid

      ( i i i ) HYPOTHETICAL: N

      ( i v ) ANTI-SENSE: N

      ( v i i ) IMMEDIATE SOURCE:
          ( B ) CLONE: ZC1478

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:12:

ATCGCGAGCA TGCAGATCTG A          21

( 2 ) INFORMATION FOR SEQ ID NO:13:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 25 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: Other nucleic acid

      ( i i i ) HYPOTHETICAL: N

      ( i v ) ANTI-SENSE: N

      ( v i i ) IMMEDIATE SOURCE:
          ( B ) CLONE: ZC1479

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:13:

AGCTTCAGAT CTGCATGCTG CCGAT          25

( 2 ) INFORMATION FOR SEQ ID NO:14:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 52 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: Other nucleic acid

      ( i i i ) HYPOTHETICAL: N

      ( i v ) ANTI-SENSE: N

      ( v i i ) IMMEDIATE SOURCE:
          ( B ) CLONE: ZC1776

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:14:

AGCTGAGCGC AAATGTTGTG TCGAGTGCCC ACCGTGCCCA GCTTAGAATT CT          5 2

( 2 ) INFORMATION FOR SEQ ID NO:15:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 52 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear



ZG 000903

5,843,725

77                                                                           78

-continued

( i i ) MOLECULE TYPE: Other nucleic acid

( i i i ) HYPOTHETICAL: N

( i v ) ANTI-SENSE: N

( v i i ) IMMEDIATE SOURCE:
      ( B ) CLONE: ZC1777

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:15:

CTAGAGAATT CTAAGCTGGG CACGGTGGGC ACTCGACACA ACATTTGCGC TC                    5 2


( 2 ) INFORMATION FOR SEQ ID NO:16:

      ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 95 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: Other nucleic acid

   ( i i i ) HYPOTHETICAL: N

   ( i v ) ANTI-SENSE: N

   ( v i i ) IMMEDIATE SOURCE:
         ( B ) CLONE: ZC1846

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:16:

GATCGGCCAC TGTCGGTGCG CTGCACGCTG CGCAACGCTG TGGGCCAGGA CACGCAGGAG           6 0

GTCATCGTGG TGCCACACTC CTTGCCCTTT AAGCA                                       9 5


( 2 ) INFORMATION FOR SEQ ID NO:17:

      ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 95 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: Other nucleic acid

   ( i i i ) HYPOTHETICAL: N

   ( i v ) ANTI-SENSE: N

   ( v i i ) IMMEDIATE SOURCE:
         ( B ) CLONE: ZC1847

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:17:

AGCTTGCTTA AAGGGCAAGG AGTGTGGCAC CACGATGACC TCCTGCGTGT CCTGGCCCAC           6 0

AGCGTTGCGC AGCGTGCAGC GCACCGACAG TGGCC                                       9 5


( 2 ) INFORMATION FOR SEQ ID NO:18:

      ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 43 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: Other nucleic acid

   ( i i i ) HYPOTHETICAL: N

   ( i v ) ANTI-SENSE: N

   ( v i i ) IMMEDIATE SOURCE:
         ( B ) CLONE: ZC1886

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:18:



ZG 000904

5,843,725

79                                    80

-continued

CCAGTGCCAA GCTTGTCTAG ACTTACCTTT AAAGGGCAAG GAG                           4 3

( 2 ) INFORMATION FOR SEQ ID NO:19:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 11 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: Other nucleic acid

    ( i i i ) HYPOTHETICAL: N

        ( i v ) ANTI-SENSE: N

        ( v i i ) IMMEDIATE SOURCE:
            ( B ) CLONE: ZC1892

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:19:

AGCTTGAGCG T                                                              1 1

( 2 ) INFORMATION FOR SEQ ID NO:20:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 11 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: Other nucleic acid

    ( i i i ) HYPOTHETICAL: N

        ( i v ) ANTI-SENSE: N

        ( v i i ) IMMEDIATE SOURCE:
            ( B ) CLONE: ZC1893

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:20:

CTAGACGCTC A                                                              1 1

( 2 ) INFORMATION FOR SEQ ID NO:21:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 47 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: Other nucleic acid

    ( i i i ) HYPOTHETICAL: N

        ( i v ) ANTI-SENSE: N

        ( v i i ) IMMEDIATE SOURCE:
            ( B ) CLONE: ZC1894

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:21:

AGCTTCCAGT TCTTCGGCCT CATGTCAGTT CTTCGGCCTC ATGTGAT                       4 7

( 2 ) INFORMATION FOR SEQ ID NO:22:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 47 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: Other nucleic acid

5,843,725

81                                                                                                82

-continued

( i i i ) HYPOTHETICAL: N

( i v ) ANTI-SENSE: N

( v i i ) IMMEDIATE SOURCE:
          ( B ) CLONE: ZC1895

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:22:

CTAGATCACA TGAGGCCGAA GAACTGACAT GAGGCCGAAG AACTGGA                                47

( 2 ) INFORMATION FOR SEQ ID NO:23:

     ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 66 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: Other nucleic acid

     ( i i i ) HYPOTHETICAL: N

     ( i v ) ANTI-SENSE: N

     ( v i i ) IMMEDIATE SOURCE:
          ( B ) CLONE: ZC2181

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:23:

AATTCGGATC CACCATGGGC ACCAGCCACC CGGCGTTCCT GGTGTTAGGC TGCCTGCTGA                 60

CCGGCC                                                                          66

( 2 ) INFORMATION FOR SEQ ID NO:24:

     ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 71 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: Other nucleic acid

     ( i i i ) HYPOTHETICAL: N

     ( i v ) ANTI-SENSE: N

     ( v i i ) IMMEDIATE SOURCE:
          ( B ) CLONE: ZC2182

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:24:

TGAGCCTGAT CCTGTGCCAA CTGAGCCTGC CATCGATCCT GCCAAACGAG AACGAGAAGG                 60

TTGTGCAGCT A                                                                    71

( 2 ) INFORMATION FOR SEQ ID NO:25:

     ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 69 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: Other nucleic acid

     ( i i i ) HYPOTHETICAL: N

     ( i v ) ANTI-SENSE: N

     ( v i i ) IMMEDIATE SOURCE:
          ( B ) CLONE: ZC2183

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:25:

AATTTAGCTG CACAACCTTC TCGTTCTCGT TTGGCAGGAT CGATGGCAGG CTCAGTTGGC                 60



ZG 000906

5,843,725

83                                                                    84

-continued

ACAGGATCA                                                                                      6 9

( 2 ) INFORMATION FOR SEQ ID NO:26:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 68 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: Other nucleic acid

      ( i i i ) HYPOTHETICAL: N

      ( i v ) ANTI-SENSE: N

      ( v i i ) IMMEDIATE SOURCE:
          ( B ) CLONE: ZC2184

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:26:

GGCTCAGGCC GGTCAGCAGG CAGCCTAACA CCAGGAACGC CGGGTGGCTG GTGCCCATGG            6 0

TGGATCCG                                                                                       6 8

( 2 ) INFORMATION FOR SEQ ID NO:27:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 20 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: Other nucleic acid

      ( i i i ) HYPOTHETICAL: N

      ( i v ) ANTI-SENSE: N

      ( v i i ) IMMEDIATE SOURCE:
          ( B ) CLONE: ZC2311

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:27:

TGATCACCAT GGCTCAACTG                                                                          2 0

( 2 ) INFORMATION FOR SEQ ID NO:28:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 10 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: Other nucleic acid

      ( i i i ) HYPOTHETICAL: N

      ( i v ) ANTI-SENSE: N

      ( v i i ) IMMEDIATE SOURCE:
          ( B ) CLONE: ZC2351

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:28:

CGAATTCCAC                                                                                     1 0

( 2 ) INFORMATION FOR SEQ ID NO:29:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 26 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear



ZG 000907

5,843,725

85                                                                          86

-continued

( i i ) MOLECULE TYPE: Other nucleic acid

( i i i ) HYPOTHETICAL: N

( i v ) ANTI-SENSE: N

( v i i ) IMMEDIATE SOURCE:
        ( B ) CLONE: ZC2352

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:29:

ATTATACGCA TGGTGGAATT CGAGCT                                                    26


( 2 ) INFORMATION FOR SEQ ID NO:30:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 41 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: Other nucleic acid

        ( i i i ) HYPOTHETICAL: N

        ( i v ) ANTI-SENSE: N

        ( v i i ) IMMEDIATE SOURCE:
                ( B ) CLONE: ZC2392

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:30:

ACGTAAGCTT GTCTAGACTT ACCTTCAGAA CGCAGGGTGG G                                   41


( 2 ) INFORMATION FOR SEQ ID NO:31:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 17 amino acids
              ( B ) TYPE: amino acid
              ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: peptide

        ( v ) FRAGMENT TYPE: C-terminal

        ( v i i i ) IMMEDIATE SOURCE:
                ( B ) CLONE: pWK1

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:31:

Ala Leu His Asn His Tyr Thr Glu Lys Ser Leu Ser Leu Ser Pro Gly
1                   5                   10                  15

Lys


( 2 ) INFORMATION FOR SEQ ID NO:32:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 22 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: Other nucleic acid

        ( i i i ) HYPOTHETICAL: N

        ( i v ) ANTI-SENSE: N

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:32:

TGTGACACTC TCCTGGGAGT TA                                                        22


( 2 ) INFORMATION FOR SEQ ID NO:33:

        ( i ) SEQUENCE CHARACTERISTICS:



ZG 000908

5,843,725

87                                                            88

-continued

```
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: Other nucleic acid

          ( i i i ) HYPOTHETICAL: N

          ( i v ) ANTI-SENSE: N

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:33:

GCATAGTAGT TACCATATCC TCTTGCACAG                                      30


( 2 ) INFORMATION FOR SEQ ID NO:34:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 25 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: Other nucleic acid

          ( i i i ) HYPOTHETICAL: N

          ( i v ) ANTI-SENSE: N

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:34:

ACCGAACGTG AGAGGAGTGC TATAA                                          25


( 2 ) INFORMATION FOR SEQ ID NO:35:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 4054 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: double
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: cDNA

          ( i i i ) HYPOTHETICAL: N

          ( i v ) ANTI-SENSE: N

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( v i i ) IMMEDIATE SOURCE:
                    ( B ) CLONE: p-alpha-17B

          ( i x ) FEATURE:
                    ( A ) NAME/KEY: CDS
                    ( B ) LOCATION: 205..3471
                    ( D ) OTHER INFORMATION:

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:35:

GCCCTGGGGA CGGACCGTGG GCGGCGCGCA GCGGCGGGAC GCGTTTTGGG GACGTGGTGG     60

CCAGCGCCTT CCTGCAGACC CACAGGGAAG TACTCCCTTT GACCTCCGGG GAGCTGCGAC    120

CAGGTTATAC GTTGCTGGTG GAAAAGTGAC AATTCTAGGA AAAGAGCTAA AAGCCGGATC    180

GGTGACCGAA AGTTTCCCAG AGCT ATG GGG ACT TCC CAT CCG GCG TTC CTG      231
                          Met Gly Thr Ser His Pro Ala Phe Leu
                          1               5

GTC TTA GGC TGT CTT CTC ACA GGG CTG AGC CTA ATC CTC TGC CAG CTT    279
Val Leu Gly Cys Leu Leu Thr Gly Leu Ser Leu Ile Leu Cys Gln Leu
10              15               20               25

TCA TTA CCC TCT ATC CTT CCA AAT GAA AAT GAA AAG GTT GTG CAG CTG    327
Ser Leu Pro Ser Ile Leu Pro Asn Glu Asn Glu Lys Val Val Gln Leu
          30               35               40
```

X*

ZG 000909

5,843,725

89                                                                    90

-continued

```
AAT TCA TCC TTT TCT CTG AGA TGC TTT GGG GAG AGT GAA GTG AGC TGG      375
Asn Ser Ser Phe Ser Leu Arg Cys Phe Gly Glu Ser Glu Val Ser Trp
              45                      50                      55

CAG TAC CCC ATG TCT GAA GAA GAG GAG TCC GAT GTG GAA ATC AGA AAT      423
Gln Tyr Pro Met Ser Glu Glu Glu Glu Ser Ser Asp Val Glu Ile Arg Asn
          60                      65                      70

GAA GAA AAC AAC AGC GGC CTT TTT GTG ACG GTC TTG GAA GTG AGC AGT      471
Glu Glu Asn Asn Ser Gly Leu Phe Val Thr Val Leu Glu Val Ser Ser
      75                      80                      85

GCC TCG GCG GCC CAC ACA GGG TTG TAC TAT TAC TGC TAC TAC AAC CAC ACT  519
Ala Ser Ala Ala His Thr Gly Leu Tyr Tyr Cys Tyr Tyr Asn His Thr
  90                      95                      100                 105

CAG ACA GAA GAG AAT GAG CTT GAA GGC AGG CAC ATT TAC ATC TAT GTG      567
Gln Thr Glu Glu Asn Glu Leu Glu Gly Arg His Ile Tyr Ile Tyr Val
          110                     115                     120

CCA GAC CCA GAT GTA GCC TTT GTA CCT CTA GGA ATG ACG ATG TAT TTA      615
Pro Asp Pro Asp Val Ala Phe Val Pro Leu Gly Met Thr Met Tyr Tyr Leu
          125                     130                     135

GTC ATC GTG GAG GAT GAT GAT TCT GCC ATT ATA CCT TGT CGC ACA ACT      663
Val Ile Val Glu Asp Asp Asp Ser Ala Ile Ile Pro Cys Arg Thr Thr
          140                     145                     150

GAT CCC GAG ACT CCT GTA ACC TTA CAG AGT GAG GGG GTA GTA CCT          711
Asp Pro Glu Thr Pro Val Thr Leu Gln Ser Glu Gly Val Val Pro
      155                     160                     165

GCC TCC TAC GAC AGC AGA CAG GGC TTT AAT GGG ACC TTC ACT GTA GGG      759
Ala Ser Tyr Asp Ser Arg Gln Gly Phe Asn Gly Thr Phe Thr Val Gly
  170                     175                     180                 185

CCC TAT ATC TGT GAG GCC ACC GTC AAA GGA AAG AAG TTC CAG ACC ATC      807
Pro Tyr Ile Cys Glu Ala Thr Val Lys Gly Lys Lys Phe Gln Thr Ile
          190                     195                     200

CCA TTT AAT GTT TAT GCT TTA AAA GCA ACA TCA GAG CTG GAT CTA GAA      855
Pro Phe Asn Val Tyr Ala Leu Lys Ala Thr Ser Glu Leu Asp Leu Glu
          205                     210                     215

ATG GAA GCT CTT AAA ACC GTG TAT AAG TCA GGG GAA ACG ATT GTG GTC      903
Met Glu Ala Leu Lys Thr Val Tyr Lys Ser Gly Glu Thr Ile Val Val
          220                     225                     230

ACC TGT GCT GTT TTT AAC AAT GAG GTG GTT GAC CTT CAA TGG ACT TAC      951
Thr Cys Ala Val Phe Asn Asn Glu Val Val Asp Leu Gln Trp Thr Tyr
          235                     240                     245

CCT GGA GAA GTG AAA GGC AAA GGC ATC ACA ATA CTG GAA GAA ATC AAA      999
Pro Gly Glu Val Lys Gly Lys Gly Ile Thr Ile Leu Glu Glu Ile Lys
  250                     255                     260                 265

GTC CCA TCC ATC AAA TTG GTG TAC ACG GTC CCC GAG GCC ACG             1047
Val Pro Ser Ile Lys Leu Val Tyr Thr Leu Thr Val Pro Glu Ala Thr
          270                     275                     280

GTG AAA GAC AGT GGA GAT TAC GAA TGT GCT GCC CGC CAG GCT ACC AGG     1095
Val Lys Asp Ser Gly Asp Tyr Glu Cys Ala Ala Arg Gln Ala Thr Arg
          285                     290                     295

GAG GTC AAA GAA ATG AAG AAG AAA GTC ACT ATT TCT GTC ATC AAA GGT     1143
Glu Val Lys Glu Met Lys Lys Val Thr Ile Ser Val His Glu Lys Gly
          300                     305                     310

TTC ATT GAA ATC AAA CCC ACC TTC AGC CAG TTG GAA GCT GTC AAC CTG     1191
Phe Ile Glu Ile Lys Pro Thr Phe Ser Gln Leu Glu Ala Val Asn Leu
      315                     320                     325

CAT GAA GTC AAA CAT TTT GTT GTA GAG GTG CGG GCC TAC CCA CCT CCC     1239
His Glu Val Lys His Phe Val Val Glu Val Arg Ala Tyr Pro Pro Pro
      330                     335                     340                 345

AGG ATA TCC TGG CTG AAA AAC AAT CTG ACT CTG ATT GAA AAT CTC ACT     1287
Arg Ile Ser Trp Leu Lys Asn Asn Leu Thr Leu Ile Glu Asn Leu Thr
          350                     355                     360
```



ZG 000910

5,843,725

91                                                    92

-continued

```
GAG ATC ACC ACT GAT GTG GAA AAG ATT CAG GAA ATA AGG TAT CGA AGC     1335
Glu Ile Thr Thr Asp Val Glu Lys Ile Gln Glu Ile Arg Tyr Arg Ser
            365                     370                 375

AAA TTA AAG CTG ATC CGT GCT AAG GAA GAA GAC AGT GGC CAT TAT ACT     1383
Lys Leu Lys Leu Ile Arg Ala Lys Glu Glu Asp Ser Gly His Tyr Thr
        380                     385                 390

ATT GTA GCT CAA AAT GAA GAT GCT GTG AAG AGC TAT ACT TTT GAA CTG     1431
Ile Val Ala Gln Asn Glu Asp Ala Val Lys Ser Tyr Thr Phe Glu Leu
        395                     400                 405

TTA ACT CAA GTT CCT TCA TCC ATT CTG GAC TTG GAT GAT CAC CAT         1479
Leu Thr Gln Val Pro Ser Ser Ile Leu Asp Leu Asp Asp His His
    410                     415                 420             425

GGC TCA ACT GGG GGA CAG ACG GTG AGG TGC ACA GCT GAA GGC ACG CCG     1527
Gly Ser Thr Gly Gly Gln Thr Val Arg Cys Thr Ala Glu Gly Thr Pro
                    430                 435                 440

CTT CCT GAT ATT GAG TGG ATG ATA TGC AAG GAT ATT AAG AAA TGT AAT     1575
Leu Pro Asp Ile Glu Trp Met Ile Cys Lys Asp Ile Lys Lys Cys Asn
                    445                 450                 455

AAT GAA ACT TCC TGG ACT ATT TTG GCC AAC AAT GTC TCA AAC ATC ATC     1623
Asn Glu Thr Ser Trp Thr Ile Leu Ala Asn Asn Val Ser Asn Ile Ile
                460                 465                 470

ACG GAG ATC CAC TCC CGA GAC AGG AGT ACG GTG GAG GGC CGT GTG ACT     1671
Thr Glu Ile His Ser Arg Asp Arg Ser Thr Val Glu Gly Arg Val Thr
            475                 480                 485

TTC GCC AAA GTG GAG GAG ACC ATC GCC GTG CGA TGC CTG GCT AAG AAT     1719
Phe Ala Lys Val Glu Glu Thr Ile Ala Val Arg Cys Leu Ala Lys Asn
490                 495                 500                 505

CTC CTT GGA GCT GAG AAC CGA GAG CTG GTG GCT CCC ACC CTG             1767
Leu Leu Gly Ala Glu Asn Arg Glu Leu Lys Leu Val Ala Pro Thr Leu
            510                 515                 520

CGT TCT GAA CTC ACG GTG GCT GCT GCA GTC CTG GTG CTG TTG GTG ATT     1815
Arg Ser Glu Leu Thr Val Ala Ala Ala Val Leu Val Leu Leu Val Ile
            525                 530                 535

GTG ATC ATC TCA CTT ATT GTC CTG GTT GTC ATT TGG AAA CAG AAA CCG     1863
Val Ile Ile Ser Leu Ile Val Leu Val Val Ile Trp Lys Gln Lys Pro
                540                 545                 550

AGG TAT GAA ATT CGC TGG AGG GTC ATT GAA TCA ATC AGC CCG GAT GGA     1911
Arg Tyr Glu Ile Arg Trp Arg Val Ile Glu Ser Ile Ser Pro Asp Gly
                555                 560                 565

CAT GAA TAT ATT TAT GTG GAC CCG ATG CAG CTG CCT TAT GAC TCA AGA     1959
His Glu Tyr Ile Tyr Val Asp Pro Met Gln Leu Pro Tyr Asp Ser Arg
        570                 575                 580                 585

TGG GAG TTT CCA AGA GAT GGA CTA GTG CTT GGT CGG GTC TTG GGG TCT     2007
Trp Glu Phe Pro Arg Asp Gly Leu Val Leu Gly Arg Val Leu Gly Ser
                590                 595                 600

GGA GCG TTT GGG AAG GTG GTT GAA GGA ACA GCC TAT GGA TTA AGC CGG     2055
Gly Ala Phe Gly Lys Val Val Glu Gly Thr Ala Tyr Gly Leu Ser Arg
                    605                 610                 615

TCC CAA CCT GTC ATG AAA GTT GCA GTG AAG ATG CTA AAA CCC ACG GCC     2103
Ser Gln Pro Val Met Lys Val Ala Val Lys Met Leu Lys Pro Thr Ala
                620                 625                 630

AGA TCC AGT GAA AAA CAA GCT CTC ATG TCT GAA CTG AAG ATA ATG ACT     2151
Arg Ser Ser Glu Lys Gln Ala Leu Met Ser Glu Leu Lys Ile Met Thr
                635                 640                 645

CAC CTG GGG CCA CAT TTG AAC ATT GTA AAC CTG CTG GGA GCC TGC ACC     2199
His Leu Gly Pro His Leu Asn Ile Val Asn Leu Leu Gly Ala Cys Thr
650                 655                 660                 665

AAG TCA GGC CCC ATT TAC ATC ATC ACA GAG TAT TGC TTC TAT GGA GAT     2247
Lys Ser Gly Pro Ile Tyr Ile Ile Thr Glu Tyr Cys Phe Tyr Gly Asp
                670                 675                 680
```



ZG 000911

5,843,725

93                                              94

-continued

```
TTG GTC AAC TAT TTG CAT AAG AAT AGG GAT AGC TTC CTG AGC CAC CAC     2295
Leu Val Asn Tyr Leu His Lys Asn Arg Asp Ser Phe Leu Ser His His
        685                     690                     695

CCA GAG AAG CCA AAG AAA GAG CTG GAT ATC TTT GGA TTG AAC CCT GCT     2343
Pro Glu Lys Pro Lys Lys Glu Leu Asp Ile Phe Gly Leu Asn Pro Ala
        700                     705                     710

GAT GAA AGC ACA CGG AGC TAT GTT ATT TTA TCT TTT GAA AAC AAT GGT     2391
Asp Glu Ser Thr Arg Ser Tyr Val Ile Leu Ser Phe Glu Asn Asn Gly
        715                     720                     725

GAC TAC ATG GAC ATG AAG CAG GCT GAT ACT ACA CAG TAT GTC CCC ATG     2439
Asp Tyr Met Asp Met Lys Gln Ala Asp Thr Thr Gln Tyr Val Pro Met
        730                     735                     740                 745

CTA GAA AGG AAA GAG GTT TCT AAA TAT TCC GAC ATC CAG AGA TCA CTC     2487
Leu Glu Arg Lys Glu Val Ser Lys Tyr Ser Asp Ile Gln Arg Ser Leu
        750                     755                     760

TAT GAT CGT CCA GCC TCA TAT AAG AAG AAA TCT ATG TTA GAC TCA GAA     2535
Tyr Asp Arg Pro Ala Ser Tyr Lys Lys Lys Ser Met Leu Asp Ser Glu
        765                     770                     775

GTC AAA AAC CTC CTT TCA GAT GAT AAC TCA GAA GGC CTT ACT TTA TTG     2583
Val Lys Asn Leu Leu Ser Asp Asp Asn Ser Glu Gly Leu Thr Leu Leu
        780                     785                     790

GAT TTG TTG AGC TTC ACC TAT CAA GTT GCC CGA GGA ATG GAG TTT TTG     2631
Asp Leu Leu Ser Phe Thr Tyr Gln Val Ala Arg Gly Met Glu Phe Leu
        795                     800                     805

GCT TCA AAA AAT TGT GTC CAC CGT GAT CTG GCT GCT CGC AAC GTC CTC     2679
Ala Ser Lys Asn Cys Val His Arg Asp Leu Ala Ala Arg Asn Val Leu
810                     815                     820                     825

CTG GGA CAA GGA AAA ATT GTG AAG ATC TGT GAC TTT GGC CTG GCC AGA     2727
Leu Ala Gln Gly Lys Ile Val Lys Ile Cys Asp Phe Gly Leu Ala Arg
        830                     835                     840

GAC ATC ATG CAT GAT TCG AAC TAT GTG TCG AAA GGC AGT ACC TTT CTG     2775
Asp Ile Met His Asp Ser Asn Tyr Val Ser Lys Gly Ser Thr Phe Leu
        845                     850                     855

CCC GTG AAG TGG ATG GCT CCT GAG AGC ATC TTT GAC AAC CTC TAC ACC     2823
Pro Val Lys Trp Met Ala Pro Glu Ser Ile Phe Asp Asn Leu Tyr Thr
        860                     865                     870

ACA CTG AGT GAT GTC TGG TCT TAT GGC ATT CTG CTC TGG GAG ATC TTT     2871
Thr Leu Ser Asp Val Trp Ser Tyr Gly Ile Leu Leu Trp Glu Ile Phe
875                     880                     885

TCC CTT GGT GGC ACC TTT CCT TAC CCC GGC ATG ATG GTG GAT TCT ACT TTC     2919
Ser Leu Gly Gly Thr Phe Pro Tyr Pro Gly Met Met Val Asp Ser Thr Phe
890                     895                     900                     905

TAC AAT AAG ATC AAG AGT GGG TAC AGG ATG GCC AAG CCT GAC CAC GCT     2967
Tyr Asn Lys Ile Lys Ser Gly Tyr Arg Met Ala Lys Pro Asp His Ala
        910                     915                     920

ACC AGT GAA GTC TAC GAG ATC ATG GTG AAA TGC TGG AAC AGT GAG CCG     3015
Thr Ser Glu Val Tyr Glu Ile Met Val Lys Cys Trp Asn Ser Glu Pro
        925                     930                     935

GAG AAG AGA CCC TCC TTT TAC CAC CTG AGT GAG ATT GTG GAG AAC CTG     3063
Glu Lys Arg Pro Ser Phe Tyr His Leu Ser Glu Ile Val Glu Asn Leu
        940                     945                     950

CTG CCT GGA CAA TAT AAA AAG AGT TAT GAA AAA ATT CAC CTG GAC TTC     3111
Leu Pro Gly Gln Tyr Lys Lys Ser Tyr Glu Lys Ile His Leu Asp Phe
        955                     960                     965

CTG AAG AGT GAC CAT CCT GCT GTG GCA CGC ATG CGT GTG GAC TCA GAC     3159
Leu Lys Ser Asp His Pro Ala Val Ala Arg Met Arg Val Asp Ser Asp
970                     975                     980                     985

AAT GCA TAC ATT GGT GTC ACC TAC AAA AAC GAG GAA GAC AAG CTG AAG     3207
Asn Ala Tyr Ile Gly Val Thr Tyr Lys Asn Glu Glu Asp Lys Leu Lys
        990                     995                     1000
```



ZG 000912

5,843,725

95                                                                                              96

-continued

```
GAC TGG GAG GGT GGT CTG GAT GAG CAG AGA CTG AGC GCT GAC AGT GGC        3255
Asp Trp Glu Gly Gly Leu Asp Glu Gln Arg Leu Ser Ala Asp Ser Gly
         1005                1010                1015

TAC ATC ATT CCT CTG CCT GAC ATT GAC CCT GTC CCT GAG GAG GAG GAC        3303
Tyr Ile Ile Pro Leu Pro Asp Ile Asp Pro Val Pro Glu Glu Glu Asp
         1020                1025                1030

CTG GGC AAG AGG AAC AGA CAC AGC TCG CAG ACC TCT GAA GAG AGT GGC        3351
Leu Gly Lys Arg Asn Arg His Ser Ser Gln Thr Ser Glu Glu Ser Ala
         1035                1040                1045

ATT GAG ACG GGT TCC AGC AGT TCC ACC TTC ATC AAG AGA GAG GAC GAG        3399
Ile Glu Thr Gly Ser Ser Ser Ser Thr Phe Ile Lys Arg Glu Asp Glu
         1050                1055                1060

ACC ATT GAA GAC ATC GAC ATG ATG GAC GAC ATC GGC ATA GAC TCT TCA        3447
Thr Ile Glu Asp Ile Asp Met Met Asp Asp Ile Gly Ile Asp Ser Ser
         1070                1075                1080

GAC CTG GTG GAA GAC AGC TTC CTG TAACTGGCGG ATTCGAGGGG TTCCTTCCAC       3501
Asp Leu Val Glu Asp Ser Phe Leu
         1085

TTCTGGGGCC ACCTCTGGAT CCCGTTCAGA AAACCACTTT ATTGCAATGC GGAGGTTGAG      3561

AGGAGGACTT GGTTGATGTT TAAAGAGAAG TTCCCAGCCA AGGGCCTCGG GGAGCGTTCT      3621

AAATATGAAT GAATGGGATA TTTTGAAATG AACTTTGTCA GTGTTGCCTC TTGCAATGCC      3681

TCAGTAGCAT CTCAGTGGTG TGTGAAGTTT GGAGATAGAT GGATAAGGGA ATAATAGGCC      3741

ACAGAAGGTG AACTTTGTGC TTCAAGGACA TTGGTGAGAG TCCAACAGAC ACAATTTATA      3801

CTGCGACAGA ACTTCAGCAT TGTAATTATG TAAATAACTC TAACCAAGGC TGTGTTTAGA      3861

TTGTATTAAC TATCTTCTTT GGACTTCTGA AGAGACCACT CAATCCATCC TGTACTTCCC      3921

TCTTGAAACC TGATGTAGGT GCTGTTGAAC TTTTTAAAGA AGTGCATGAA AAACCATTTT      3981

TGAACCTTAA AAGGTACTGG TACTATAGCA TTTTGCTATC TTTTTTAGTG TTAAAGAGAT      4041

AAAGAATAAT AAG                                                        4054
```

(2) INFORMATION FOR SEQ ID NO:36:

   (i) SEQUENCE CHARACTERISTICS:
       (A) LENGTH: 1089 amino acids
       (B) TYPE: amino acid
       (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: protein

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:36:

```
Met Gly Thr Ser His Pro Ala Phe Leu Val Leu Gly Cys Leu Leu Thr
1               5                   10                  15

Gly Leu Ser Leu Ile Leu Cys Gln Leu Ser Leu Pro Ser Ile Leu Pro
         20                  25                  30

Asn Glu Asn Glu Lys Val Val Gln Leu Asn Ser Ser Phe Ser Leu Arg
         35                  40                  45

Cys Phe Gly Glu Ser Gln Val Ser Trp Gln Tyr Pro Met Ser Glu Glu
50                  55                  60

Glu Ser Ser Asp Val Glu Ile Arg Asn Glu Glu Asn Asn Ser Gly Leu
65                  70                  75                  80

Phe Val Thr Val Leu Glu Val Ser Ser Ala Ser Ala Ala His Thr Gly
                 85                  90                  95

Leu Tyr Thr Cys Tyr Tyr Asn His Thr Gln Thr Glu Glu Asn Glu Leu
              100                 105                 110

Glu Gly Arg His Ile Tyr Ile Tyr Val Pro Asp Pro Asp Val Ala Phe
              115                 120                 125
```



5,843,725

97 98

-continued

```
Val Pro Leu Gly Met Thr Asp Tyr Leu Val Ile Val Glu Asp Asp Asp
    130                 135                 140

Ser Ala Ile Ile Pro Cys Arg Thr Thr Asp Pro Glu Thr Pro Val Thr
145                 150                 155                 160

Leu His Asn Ser Glu Gly Val Val Pro Ala Ser Tyr Asp Ser Arg Gln
                165                 170                 175

Gly Phe Asn Gly Thr Phe Thr Val Gly Pro Tyr Ile Cys Glu Ala Thr
            180                 185                 190

Val Lys Gly Lys Lys Phe Gln Thr Ile Pro Phe Asn Val Tyr Ala Leu
        195                 200                 205

Lys Ala Thr Ser Glu Leu Asp Leu Glu Met Glu Ala Leu Lys Thr Val
    210                 215                 220

Tyr Lys Ser Gly Glu Thr Ile Val Val Thr Cys Ala Val Phe Asn Asn
225                 230                 235                 240

Glu Val Val Asp Leu Gln Trp Thr Tyr Pro Gly Glu Val Lys Gly Lys
                245                 250                 255

Gly Ile Thr Ile Leu Glu Glu Ile Lys Val Pro Ser Ile Lys Leu Val
            260                 265                 270

Tyr Thr Leu Thr Val Pro Glu Ala Thr Val Lys Asp Ser Gly Asp Tyr
        275                 280                 285

Glu Cys Ala Ala Arg Gln Ala Thr Arg Glu Val Lys Glu Met Lys Lys
    290                 295                 300

Val Thr Ile Ser Val His Glu Lys Gly Phe Ile Glu Ile Lys Pro Thr
305                 310                 315                 320

Phe Ser Gln Leu Glu Ala Val Asn Leu His Glu Val Lys His Phe Val
                325                 330                 335

Val Glu Val Arg Ala Tyr Pro Pro Pro Arg Ile Ser Trp Leu Lys Asn
            340                 345                 350

Asn Leu Thr Leu Ile Glu Asn Leu Thr Glu Ile Thr Thr Asp Val Glu
        355                 360                 365

Lys Ile Gln Glu Ile Arg Tyr Arg Ser Lys Leu Lys Leu Ile Arg Ala
    370                 375                 380

Lys Glu Glu Asp Ser Gly His Tyr Thr Ile Val Ala Gln Asn Glu Asp
385                 390                 395                 400

Ala Val Lys Ser Tyr Thr Phe Glu Leu Leu Thr Gln Val Pro Ser Ser
                405                 410                 415

Ile Leu Asp Leu Val Asp Asp His His Gly Ser Thr Gly Gly Gln Thr
            420                 425                 430

Val Arg Cys Thr Ala Glu Gly Thr Pro Leu Pro Asp Ile Glu Trp Met
        435                 440                 445

Ile Cys Lys Asp Ile Lys Lys Cys Asn Asn Glu Thr Ser Trp Thr Ile
    450                 455                 460

Leu Ala Asn Asn Val Ser Asn Ile Ile Thr Glu Ile His Ser Arg Asp
465                 470                 475                 480

Arg Ser Thr Val Glu Gly Arg Val Thr Phe Ala Lys Val Glu Gln Thr
                485                 490                 495

Ile Ala Val Arg Cys Leu Ala Lys Asn Leu Leu Gly Ala Glu Asn Arg
            500                 505                 510

Glu Leu Lys Leu Val Ala Pro Thr Leu Arg Ser Glu Leu Thr Val Ala
        515                 520                 525

Ala Ala Val Leu Val Leu Leu Val Ile Val Ile Ile Ser Leu Ile Val
    530                 535                 540

Leu Val Val Ile Trp Lys Gln Lys Pro Arg Tyr Glu Ile Arg Trp Arg
545                 550                 555                 560
```



ZG 000914

5,843,725

99                                                                100

-continued

```
Val Ile Glu Ser Ile Ser Pro Asp Gly His Glu Tyr Ile Tyr Val Asp
                565                     570                     575

Pro Met Gln Leu Pro Tyr Asp Ser Arg Trp Gln Phe Pro Arg Asp Gly
            580                     585                     590

Leu Val Leu Gly Arg Val Leu Gly Ser Gly Ala Phe Gly Lys Val Val
            595                     600                     605

Glu Gly Thr Ala Tyr Gly Leu Ser Arg Ser Gln Pro Val Met Lys Val
        610                     615                     620

Ala Val Lys Met Leu Lys Pro Thr Ala Arg Ser Ser Glu Lys Gln Ala
625                     630                     635                     640

Leu Met Ser Glu Leu Lys Ile Met Thr His Leu Gly Pro His Leu Asn
                645                     650                     655

Ile Val Asn Leu Leu Gly Ala Cys Thr Lys Ser Gly Pro Ile Tyr Ile
            660                     665                     670

Ile Thr Glu Tyr Cys Phe Tyr Gly Asp Leu Val Asn Tyr Leu His Lys
        675                     680                     685

Asn Arg Asp Ser Phe Leu Ser His His Pro Glu Lys Pro Lys Lys Glu
        690                     695                     700

Leu Asp Ile Phe Gly Leu Asn Pro Ala Asp Glu Ser Thr Arg Ser Tyr
705                     710                     715                     720

Val Ile Leu Ser Phe Glu Asn Asn Gly Asp Tyr Met Asp Met Lys Gln
                725                     730                     735

Ala Asp Thr Thr Gln Tyr Val Pro Met Leu Glu Arg Lys Glu Val Ser
            740                     745                     750

Lys Tyr Ser Asp Ile Gln Arg Ser Leu Tyr Asp Arg Pro Ala Ser Tyr
        755                     760                     765

Lys Lys Lys Ser Met Leu Asp Ser Glu Val Lys Asn Leu Leu Ser Asp
        770                     775                     780

Asp Asn Ser Glu Gly Leu Thr Leu Leu Asp Leu Leu Ser Phe Thr Tyr
785                     790                     795                     800

Gln Val Ala Arg Gly Met Glu Phe Leu Ala Ser Lys Asn Cys Val His
                805                     810                     815

Arg Asp Leu Ala Ala Arg Asn Val Leu Leu Ala Gln Gly Lys Ile Val
            820                     825                     830

Lys Ile Cys Asp Phe Gly Leu Ala Arg Asp Ile Met His Asp Ser Asn
        835                     840                     845

Tyr Val Ser Lys Gly Ser Thr Phe Leu Pro Val Lys Trp Met Ala Pro
        850                     855                     860

Glu Ser Ile Phe Asp Asn Leu Tyr Thr Thr Leu Ser Asp Val Trp Ser
865                     870                     875                     880

Tyr Gly Ile Leu Leu Trp Glu Ile Phe Ser Leu Gly Gly Thr Pro Tyr
                885                     890                     895

Pro Gly Met Met Val Asp Ser Thr Phe Tyr Asn Lys Ile Lys Ser Gly
            900                     905                     910

Tyr Arg Met Ala Lys Pro Asp His Ala Thr Ser Glu Val Tyr Glu Ile
        915                     920                     925

Met Val Lys Cys Trp Asn Ser Glu Pro Glu Lys Arg Pro Ser Phe Tyr
        930                     935                     940

His Leu Ser Glu Ile Val Glu Asn Leu Leu Pro Gly Gln Tyr Lys Lys
945                     950                     955                     960

Ser Tyr Glu Lys Ile His Leu Asp Phe Leu Lys Ser Asp His Pro Ala
                965                     970                     975

Val Ala Arg Met Arg Val Asp Ser Asp Asn Ala Tyr Ile Gly Val Thr
```



ZG 000915

5,843,725

101                                                   102

-continued

```
                980                        985                        990

Tyr Lys Asn Glu Glu Asp Lys Leu Lys Asp Trp Glu Gly Gly Leu Asp
        995                       1000                      1005

Glu Gln Arg Leu Ser Ala Asp Ser Gly Tyr Ile Ile Pro Leu Pro Asp
    1010                      1015                      1020

Ile Asp Pro Val Pro Glu Glu Glu Asp Leu Gly Lys Arg Asn Arg His
1025                      1030                      1035                      1040

Ser Ser Gln Thr Ser Glu Glu Ser Ala Ile Glu Thr Gly Ser Ser Ser
                1045                      1050                      1055

Ser Thr Phe Ile Lys Arg Glu Asp Glu Thr Ile Glu Asp Ile Asp Met
        1060                      1065                      1070

Met Asp Asp Ile Gly Ile Asp Ser Ser Asp Leu Val Glu Asp Ser Phe
    1075                      1080                      1085

Leu
```

We claim:

1. A method for producing a secreted active dimerized polypeptide fusion, comprising:

introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to a dimerizing protein heterologous to said non-immunoglobulin polypeptide;

growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said DNA sequence; and

isolating said dimerized polypeptide fusion from said host cell.

2. The method of claim 1 wherein the dimerized polypeptide fusion is a homodimer.

3. The method of claim 1 wherein the dimerizing protein comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a γ, α, ε, μ, or δ class immunoglobulin heavy chain.

4. The method of claim 1 wherein the dimerizing protein comprises an immunoglobulin light chain constant region.

5. The method of claim 1 wherein the dimerizing protein comprises an immunoglobulin heavy chain constant region.

6. The method of claim 5 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin hinge region.

7. The method of claim 5 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin variable region.

8. The method of claim 5 wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, Vκ, and Vλ.

9. A method for producing a secreted, biologically active dimerized polypeptide fusion, comprising:

introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to an immunoglobulin light chain constant region;

introducing into said host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$, and optionally encoding an immunoglobulin hinge or variable region joined in proper reading frame to said immunoglobulin heavy chain constant region;

growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a biologically active dimerized polypeptide fusion encoded by said first and second DNA sequences; and

isolating said biologically active dimerized polypeptide fusion from said host cell.

10. The method of claim 9 wherein said second DNA sequence further encodes an immunoglobulin hinge region and wherein said hinge region is joined to said immunoglobulin heavy chain constant region.

11. The method of claim 9 wherein said second DNA sequence further encodes an immunoglobulin variable region and wherein said variable region is joined upstream of and in proper reading frame with said immunoglobulin heavy chain constant region domain.

12. The method of claim 9 wherein said host cell is a fungal cell or a cultured mammalian cell.

13. The method of claim 9 wherein said host cell is a cultured rodent myeloma cell line.

14. The method of claim 9 wherein said non-immunoglobulin polypeptide requiring dimerization for biological activity is selected from the group consisting of a polypeptide comprising the amino acid sequence of FIGS. 1A–1D (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to lysine, number 531, a polypeptide comprising the amino acid sequence of FOGS. 1A–1D (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441, and a polypeptide comprising the amino acid sequence of FIGS. 11A–11 D (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524.

15. A method for producing a secreted, biologically active dimerized polypeptide fusion, comprising:

introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence fol-



5,843,725

103
104

lowed downstream by and in proper reading frame with a first DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to and an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$, and optionally encoding an immunoglobulin hinge or variable region joined in proper reading frame to said immunoglobulin heavy chain constant region;

introducing into said host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin light chain constant region, and optionally encoding immunoglobulin variable region joined in proper reading frame to said immunoglobulin heavy chain constant region;

growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a biologically active dimerized polypeptide fusion encoded by said first and second DNA sequences; and isolating said biologically active dimerized polypeptide fusion from said host cell.

16. The method of claim 15 wherein said first DNA sequence further encodes an immunoglobulin hinge region and wherein said hinge region is joined to said immunoglobulin constant region.

17. The method of claim 15 wherein said second DNA sequence further encodes an immunoglobulin variable region and wherein said variable region is joined upstream of and in proper reading frame with said immunoglobulin light chain constant region domain.

18. The method of claim 15 wherein said host cell is a fungal cell or a cultured mammalian cell.

19. The method of claim 15 wherein said host cell is a cultured rodent myeloma cell line.

20. The method of claim 15 wherein said non-immunoglobulin polypeptide requiring dimerization for biological activity is selected from the group consisting of a polypeptide comprising the amino acid sequence of FIGS. 1A–1D (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to lysine, number 531 a polypeptide comprising the amino acid sequence of FIGS. 1A–1D (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441, and a polypeptide comprising the amino acid sequence of FIGS. 11A–11D (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524.

21. A method for producing a secreted receptor analog, comprising:

introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to at least one secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to a dimerizing protein heterologous to said ligand-binding domain, and optionally an immunoglobulin hinge or variable region to said dimerizing protein;

growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said DNA sequence; and isolating said receptor analog from said host cell.

22. The method of claim 21 wherein the dimerizing protein comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a γ, α, ε, μ, or δ class immunoglobulin heavy chain.

23. The method of claim 21 wherein the dimerizing protein comprises an immunoglobulin light chain constant region.

24. The method of claim 21 wherein the dimerizing protein comprises an immunoglobulin heavy chain constant region.

25. The method of claim 24 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin hinge region.

26. The method of claim 24 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin variable region.

27. The method of claim 26 wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, Vκ, and Vλ.

28. A method for producing a secreted PDGF receptor analog, comprising:

introducing into a cultured rodent myeloma cell a first DNA construct comprising a mouse $V_H$ promoter operatively linked to a PDGF receptor signal sequence followed downstream of and in proper reading frame with a DNA sequence encoding the amino acid sequence of FIGS. 1A–1D (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524, joined to an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ joined to an immunoglobulin hinge region;

introducing into said cultured rodent myeloma cell a second DNA construct comprising a mouse Vκ promoter operatively linked to a PDGF receptor signal sequence followed downstream of and in proper reading frame with a DNA sequence encoding the amino acid sequence of FIGS. 1A–1D (Sequence ID Numbers 1 and 2) from isoleucine number 29, to lysine, number 531, joined to an immunoglobulin light chain constant region;

growing said cultured rodent myeloma cell in an appropriate growth medium under physiological conditions to allow the secretion of a PDGF receptor analog encoded by said first and second DNA sequences; and isolating said PDGF receptor analog from said cultured myeloma cell.

29. A method for producing a secreted active multimerized polypeptide fusion, comprising:

introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a non-immunoglobulin polypeptide requiring multimerization for biological activity joined to a multimerizing protein selected from the group consisting of: an immunoglobulin heavy chain or light chain constant region, and optionally encoding an immunoglobulin hinge or variable region joined to said multimerizing protein;

growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a multimerized polypeptide fusion encoded by said DNA sequence; and isolating said multimerized polypeptide fusion from said host cell.

30. The method of claim 29 wherein said multimerized polypeptide fusion is a tetramer comprising four polypeptide



ZG 000917

5,843,725

**105**

fusions each having a non-immunoglobulin polypeptide joined to a multimerizing protein.

**31.** The method of claim 29 wherein the multimerizing protein comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a γ, α, ε, μ, or δ class immunoglobulin heavy chain.

**32.** The method of claim 29 wherein the multimerizing protein comprises an immunoglobulin light chain constant region.

**33.** The method of claim 29 wherein the multimerizing protein comprises an immunoglobulin heavy chain constant region.

**34.** The method of claim 33 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin hinge region.

**35.** The method of claim 33 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin variable region.

**36.** The method of claim 35 wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, Vκ, and Vλ.

**37.** A method for producing a secreted active heteromultimeric polypeptide fusion, comprising:

introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a first polypeptide fusion comprising a first non-immunoglobulin polypeptide joined to a first multimerizing protein selected from the group consisting of: an immunoglobulin heavy chain or light chain constant region, and optionally encoding an immunoglobulin hinge or variable region joined to said first multimerizing protein, and a second DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding a second polypeptide fusion comprising a second non-immunoglobulin polypeptide joined to a second multimerizing protein selected from the group consisting of: an immunoglobulin heavy chain or light chain constant region, and optionally encoding an immunoglobulin hinge or variable region joined to said second multimerizing protein;

growing said host cell in an appropriate growth medium under physiological conditions to allow secretion of said heteromultimeric polypeptide fusion encoded by said DNA sequences; and

isolating said heteromultimeric polypeptide fusion from said host cell.

**38.** The method of claim 37 wherein the first and second non-immunoglobulin polypeptides each comprise an amino

**106**

acid sequence selected from the group consisting of (A) the amino acid sequence of FIGS. 1A–1D (Sequence ID Numbers 1 and 2), and (B) the amino acid sequence of FIGS. 11A–11D (Sequence ID Numbers 35 and 36).

**39.** The method of claim 37 wherein one of said multimerizing proteins comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a γ, α, ε, μ, or δ class immunoglobulin heavy chain.

**40.** The method of claim 37 wherein the first multimerizing protein is different from the second multimerizing protein.

**41.** The method of claim 40 wherein the first and second non-immunoglobulin polypeptides are the same.

**42.** The method of claim 37 wherein said multimerized polypeptide fusion comprises a first polypeptide fusion comprising a first receptor or receptor ligand binding domain requiring multimerization for activity joined to a first immunoglobulin constant region and a second polypeptide fusion comprising a second receptor or receptor ligand binding domain requiring multimerization for activity joined to a second immunoglobulin constant region.

**43.** The method of claim 37 wherein said heteromultimeric polypeptide fusion is a heterotetramer comprising four polypeptide fusions each having a non-immunoglobulin polypeptide joined to a multimerizing protein.

**44.** The method of claim 37 wherein said heteromultimeric polypeptide fusion comprises a first polypeptide fusion having a first non-immunoglobulin polypeptide joined to a first immunoglobulin constant region and a second polypeptide fusion having a second non-immunoglobulin polypeptide fused to a second immunoglobulin constant region different from the first immunoglobulin constant region.

**45.** The method of claim 44 wherein the first multimerizing protein comprises an immunoglobulin heavy chain constant region and the second multimerizing protein comprises an immunoglobulin light chain constant region.

**46.** The method of claim 37 wherein the first and second multimerizing proteins each comprise an immunoglobulin heavy chain constant region or an immunoglobulin light chain constant region.

**47.** The method of claim 46 wherein one of said multimerizing proteins comprises an immunoglobulin heavy chain constant region joined to an immunoglobulin hinge region.

**48.** The method of claim 46 wherein one of said multimerizing proteins comprises an immunoglobulin heavy chain constant region joined to an immunoglobulin variable region.

**49.** The method of claim 48 wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, Vκ, and Vλ.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.     : 5,843,725                                   Page 1 of 1
DATED          : December 1, 1998
INVENTOR(S)    : Andrzej Z. Sledziewski et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Column 103, claim 15,</u>
Line 7, the term "or variable region" should be deleted.
Lines 7-8, the term "in proper reading frame" should be deleted.
Line 17, the term "heavy" should read -- light --.

Signed and Sealed this

First Day of January, 2002

Attest:

JAMES E. ROGAN
Director of the United States Patent and Trademark Office

Attesting Officer

X

ZG 000919

# EXHIBIT 2
# PART 1

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
US006018026C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (5438th)

# United States Patent
Sledziewski et al.

(10) **Number:**  US 6,018,026 C1
(45) **Certificate Issued:**  *Jul. 4, 2006

(54) **BIOLOGICALLY ACTIVE DIMERIZED AND MULTIMERIZED POLYPEPTIDE FUSIONS**

(75) Inventors: **Andrzej Z. Sledziewski**, Seattle, WA (US); **Lillian Anne Bell**, Seattle, WA (US); **Wayne R. Kindsvogel**, Seattle, WA (US)

(73) Assignee: **ZymoGenetics, Inc.**, Seattle, WA (US)

**Reexamination Request:**
No. 90/006,971, Mar. 16, 2004

**Reexamination Certificate for:**

| Patent No.: | 6,018,026 |
|---|---|
| Issued: | Jan. 25, 2000 |
| Appl. No.: | 08/980,400 |
| Filed: | Nov. 26, 1997 |

(*) Notice: This patent is subject to a terminal disclaimer.

Certificate of Correction issued Jul. 13, 2002.

**Related U.S. Application Data**

(60) Division of application No. 08/477,329, filed on Jan. 7, 1995, now Pat. No. 5,750,375, which is a continuation of application No. 08/180,195, filed on Jan. 11, 1994, now Pat. No. 5,567,584, which is a continuation of application No. 07/634,510, filed on Dec. 27, 1990, now abandoned, which is a continuation-in-part of application No. 07/347,291, filed on May 2, 1989, now Pat. No. 5,155,027, which is a continuation-in-part of application No. 07/146,877, filed on Jan. 22, 1988, now abandoned.

(51) Int. Cl.
| C07K 19/00 | (2006.01) |
| C07K 16/46 | (2006.01) |
| C07K 14/71 | (2006.01) |

(52) **U.S. Cl.** .............. 530/350; 530/387.3; 530/388.24; 530/399; 530/402

(58) **Field of Classification Search** ................ 530/350, 530/387.3, 388.24, 399, 402; 435/69.7
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,859,609 A | 8/1989 | Dull et al. ..................... 436/501 |
| 5,098,833 A | 3/1992 | Lasky et al. ................. 435/69.1 |
| 5,336,603 A | 8/1994 | Capon et al. ................. 435/69.7 |
| 5,428,130 A | 6/1995 | Capon et al. ................. 530/350 |
| 5,565,335 A | 10/1996 | Capon et al. ............... 435/64.7 |
| 5,605,690 A | 2/1997 | Jacobs et al. ............ 424/134.1 |
| 5,610,279 A | 3/1997 | Brockhaus et al. ...... 530/387.3 |
| 5,648,260 A | 7/1997 | Winter et al. ............ 435/252.3 |
| 5,650,150 A | 7/1997 | Gillies ..................... 424/134.1 |
| 5,712,155 A | 1/1998 | Smith et al. ............. 435/320.1 |
| 5,726,037 A | 3/1998 | Bodary et al. ............. 435/69.1 |
| 6,004,781 A | 12/1999 | Seed ........................ 435/69.7 |
| 6,018,026 A | 1/2000 | Sledziewski et al. ..... 530/350 |

OTHER PUBLICATIONS

Bierer, Barbara E., et al., "The Biologic Roles of CD2, CD4, and CD8 in T-cell Activation", *Ann. Rev. Immunol.*, vol. 7, (1989), 579–599.

Ellis, Leland. et al., "Truncation of the Ectodomain of the Human Insulin Receptor Results in Secretion of a Soluble Insulin Binding Protein from Transfected CHO Cells", *Journal of Molecular Recognition*, vol. 1, No. 1. (1988),25–31.

Estess, Mark D., et al., "Analysis of T–Cell Receptor Structure and Function Using Chimeric T–Cell Receptor/Immunoglobulin Molecules", *J. Cell Biochem. Suppl. O* (11 part D), (1987),258.

Fernley, R. T., et al., "The Application of Recombinant DNA Techniques to the Study of Cell Membrane Receptors", *Molecular and Chemical Characterization of Membrane Receptors*, (1984):261–282.

Gascoigne, Nicholas R., et al., "Chimeric Proteins Produced By T Cell Receptor–Immunoglobulin Gene Fusions", *Immune Regulation by Characterized Polypeptides*, (1987), 617–627.

Gascoigne, Nicholas R., et al., "Secretion of Chimeric T Cell Receptor–Immunoglobulin Fusion Proteins", *J. Cell Biochem. Suppl. O* (11 part D), (1987),259.

Goverman, Joan, et al., "Chimeric T–Cell Receptor Genes as Tools in Analyzing T–Cell/Target–Cell Interactions", *J. Cell Biochem. Suppl. O* (11 part D), (1987),259.

Himmler, Adolf, et al., "Molecular Cloning and Expression of Human and Rat Tumor Necrosis Factor Receptor Chain (p. 60) and Its Soluble Derivative, Tumor Necrosis Factor–Binding Protein", *DNA and Cell Biology*, vol. 9, No. 10, (1990),705–715.

Ratnofsky, Sheldon E., et al., "Expression and Function of CD8 in a Murine T Cell Hybridoma", *J. Exp. Med.*, vol. 166, (Dec. 1987),1747–1757.

Smith, Richard A., et al., "Multimeric Structure of the Tumor Necrosis Factor Receptor of HeLa Cells", *Journal of Biological Chemistry*, vol. 264, No. 25, (Sep. 5, 1989), 14646–14652.

Traunecker, Andre, et al., "Highly Efficient Neutralization of HIV with Recombinant CD4–immunoglobulin molecules", *Nature*, vol. 339, (May 4, 1989),68–70.

Traunecker, Andre, et al., "Solubilizing the T–cell receptor—problems in solution", *Immunology Today*, vol. 10, (1989),29–32.

(Continued)

*Primary Examiner*—Prema Mertz

(57) **ABSTRACT**

Methods for producing secreted receptor analogs and biologically active peptide dimers are disclosed. The methods for producing secreted receptor analogs and biologically active peptide dimers utilize a DNA sequence encoding a receptor analog or a peptide requiring dimerization for biological activity joined to a dimerizing protein. The receptor analog includes a ligand-binding domain. Polypeptides comprising essentially the extracellular domain of a human PDGF receptor fused to dimerizing proteins, the portion being capable of binding human PDGF or an isoform thereof, are also disclosed. The polypeptides may be used within methods for determining the presence of and for purifying human PDGF or isoforms thereof.

US 6,018,026 C1

Page 2

## OTHER PUBLICATIONS

Ullrich, Axel, et al., "Signal Transduction by Receptors with Tyrosine Kinase Activity", *Cell*, vol. 61, (1990),203–212.

Van Brunt, Jennifer, "Lymphokine Receptors as Therapeutics", *Bio/Technology*, vol. 7, (Jul., 1989),668–669.

Weber, David V., et al., "Medium–Scale Ligand–Affinity Purification of Two Soluble Forms of Human Interleukin–2 Receptor", *Journal of Chromatography*, vol. 431, (1988), 55–63.

Whittaker, Jonathan, et al., "Secretion of Soluble Functional Insulin Receptors by Transfected NIH3T3 Cells", *Journal of Biological Chemistry*, vol. 263, No. 7, (Mar. 5, 1988), 3063–3066.

Williams, Gareth T., et al., "Signal Transduction by Receptors with Tyrosine Kinase Activity", *Gene*, vol. 43, (1986), 319–324.

Williams, Alan F., et al., "The Immunoglobulin Superfamily—Domains for Cell Surface Recognition", *Ann. Rev. Immunol*, vol. 6, (1988),381–405.

Ellis, Leland, et al., "Linking functional domains of the human insulin receptor with the bacterial aspartate receptor", *Proc. Natl. Acad. Sci. USA*, vol. 83, (Nov. 1986), pp. 8137–8141.

Gascoigne, Nicholas R., et al., "Secretion of chimeric T–cell receptor–immunoglobulin protein", *Proc. Natl. Acad. Sci.*, vol. 84, (May 1987), pp. 2936–2940.

Riedel, Heimo, et al., "A chimeric, ligand–binding v–erbB/ EGF receptor retains transforming potential", *Science*, vol. 236,(Apr. 10, 1987), pp. 197–200.

Traunecker, Andre, et al., "Soluble CD4 molecules neutralize human immunodeficiency virus type 1", *Nature*, vol. 331,(Jan. 1988), pp. 84–86.

ZG 000002

US 6,018,026 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims 9–11 and 13–29 is confirmed.

Claims 1, 7 and 12 are determined to be patentable as
amended.

Claims 2–6 and 8, dependent on an amended claim, are
determined to be patentable.

New claim 30 is added and determined to be patentable.

1. A biologically active, dimerized polypeptide fusion,
comprising:

first and second polypeptide chains, wherein each of said
polypeptide chains comprises a non-immunoglobulin

**2**

polypeptide requiring dimerization for biological activ-
ity joined to a dimerizing protein heterologous to said
non-immunoglobulin polypeptide, *wherein the dimer-
izing protein is selected from the group consisting of
yeast invertase, at least a portion of an immunoglobu-
lin light chain comprising at least an immunoglobulin
light chain constant region domain, and at least a
portion of an immunoglobulin heavy chain comprising
at least an immunoglobulin heavy chain constant
region domain.*

7. The biologically active, dimerized polypeptide fusion
of claim 1 wherein the dimerizing protein *of* one of said
polypeptide chains comprises an immunoglobulin heavy
chain constant region domain selected from the group con-
sisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a γ, α, ε, μ, or δ class
immunoglobulin heavy chain.

12. A biologically active, multimerized polypeptide
fusion comprising: a non-immunoglobulin polypeptide
requiring multimerization for biological activity joined to an
immunoglobulin heavy chain constant region; and

an immunoglobulin light chain.

*30. The polypeptide fusion of claim 1 wherein the dimer-
izing protein is at least a portion of an immunoglobulin
heavy chain comprising an immunoglobulin heavy chain
constant region domain joined to an immunoglobulin heavy
chain hinge region.*

* * * * *

ZG 000003

US006018026A

## United States Patent [19]

### Sledziewski et al.

[11]  Patent Number:  6,018,026

[45]  Date of Patent:  *Jan. 25, 2000

[54]  **BIOLOGICALLY ACTIVE DIMERIZED AND MULTIMERIZED POLYPEPTIDE FUSIONS**

[75]  Inventors: **Andrzej Z. Sledziewski; Lillian Anne Bell; Wayne R. Kindsvogel**, all of Seattle, Wash.

[73]  Assignee: **ZymoGenetics, Inc.**, Seattle, Wash.

[*]  Notice:  This patent is subject to a terminal disclaimer.

[21]  Appl. No.: **08/980,400**

[22]  Filed:  **Nov. 26, 1997**

**Related U.S. Application Data**

[62]  Division of application No. 08/477,329, Jun. 7, 1995, Pat. No. 5,750,375, which is a continuation of application No. 08/180,195, Jan. 11, 1994, Pat. No. 5,567,584, which is a continuation of application No. 07/634,510, Dec. 27, 1990, abandoned, which is a continuation-in-part of application No. 07/347,291, May 2, 1989, Pat. No. 5,155,027, which is a continuation-in-part of application No. 07/146,877, Jan. 22, 1988, abandoned.

[51]  Int. Cl.[7] ............................ C07K 19/00; C07K 16/46; C07K 14/71

[52]  U.S. Cl. ............... 530/350; 530/387.3; 530/388.24; 530/399; 530/402

[58]  Field of Search ........................... 530/350, 387.3, 530/388.24, 399, 402; 435/69.7, 172.3

[56]  **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 4,474,893 | 10/1984 | Reading .............................. 436/547 |
| 4,599,311 | 7/1986 | Kawasaki ............................. 435/71 |
| 4,761,371 | 8/1988 | Bell et al. ........................... 435/68 |
| 4,766,073 | 8/1988 | Murray et al. ..................... 435/172.3 |
| 4,816,397 | 3/1989 | Boss et al. ........................... 435/68 |
| 4,816,567 | 3/1989 | Cabilly et al. ..................... 530/387 |
| 5,015,571 | 5/1991 | Niman et al. ...................... 435/f.92 |
| 5,098,833 | 3/1992 | Lasky et al. ........................ 435/69.1 |
| 5,116,964 | 5/1992 | Capon et al. ........................ 536/27 |
| 5,155,027 | 10/1992 | Sledziewski et al. ............... 435/69.7 |
| 5,750,375 | 5/1998 | Sledziewski et al. ............... 435/69.7 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 088 994 | 9/1983 | European Pat. Off. . |
| 116 201 | 8/1984 | European Pat. Off. . |
| 120 694 | 10/1984 | European Pat. Off. . |
| 162 319 | 11/1985 | European Pat. Off. . |
| 171 496 | 2/1986 | European Pat. Off. . |
| 173 494 | 3/1986 | European Pat. Off. . |
| 239 400 | 9/1987 | European Pat. Off. . |
| 244 221A1 | 11/1987 | European Pat. Off. . |
| 256 654 | 2/1988 | European Pat. Off. . |
| 315 062 | 5/1989 | European Pat. Off. . |
| 327 369A2 | 8/1989 | European Pat. Off. . |
| WO 86/01533 | 3/1986 | WIPO . |
| WO 90/06953 | 6/1990 | WIPO . |

**OTHER PUBLICATIONS**

Kuwana et al., *Biochemical and Biophysical Research Communications* 149 (3) : 960–968, 1987.
Yarden et al., *Nature* 323:226–232, 1986.
Hart et al., *Science* 240:1529–1531, 1988.

Escobedo et al., *Science* 240:1532–1534, 1988.
Heldin et al., *Embo J.* 7:1387–1393, 1988.
Radeke et al., *Nature* 325:593–597, 1987.
Ebina et al., *Cell* 40:747–758, 1985.
Rubin et al., *J. Immun.* 135:3172–3177, 1985.
Ellis et al., *J. Cell Biol.* 150:14a, 1987.
Smith et al., *Science* 238:1704–1707, 1987.
Livneh et al., *J. Biol. Chem.* 261: 12490–12497, 1986.
Boni–Schnetzler and Pilch, *Proc. Natl. Acad. Sci. USA* 84:7832–7836, 1987.
Claesson–Welsh et al., *Mol. Cell. Biol.* 8:3476–3486, 1988.
Ullrich et al., *Nature* 309:418–425, 1984.
Ullrich et al., *Nature* 313: 756–761, 1985.
Derynck et al., *Nature* 316:701–705, 1985.
Loh et al., *Cell* 33:85–93, 1983.
Honjo et al., *Cell* 18:559–568, 1979.
Alber and Kawasaki, *J. Mol. Appl. Genet.* 1: 419–434, 1982.
Russell et al., *Nature* 304: 652–654, 1983.
Grosschedl and Baltimore, *Cell* 41: 885–897, 1985.
Hieter et al., *Cell* 22: 197–207, 1980.
Treiger et al., *J. Immunol.* 136:4099–4105, 1986.
Roth et al., *J. Cell. Biol.* 102:1271–1283, 1986.
Riedel et al., *Science* 236:197–200, 1987.
Riedel et al., *Nature* 324:68–70, 1986.
Gascoigne et al., *Proc. Natl. Acad. Sci. USA* 84:2936–2940, 1987.
Maddon et al., *Cell* 47: 333–348, 1986.
Maddon et al., *Cell* 42: 93–104, 1985.
Capon et al., *Nature* 337:525–531, 1989.
Wood et al., *Nature* 314:446–449, 1985.
Carlson et al., *Mol. Cell. Biol.* 3:439–447, 1983.
Marx, *Science* 229:455–456, 1985.
Neuberger et al., *Nature* 312: 604–609, 1984.
Oi and Morrison *Biotechniques* 4:214–221, 1986.
Bailon et al., *Bio/Technology* 5:1195–1198, 1987.
Ballou et al., *J. Biol. Chem.* 255:5986–5991, 1980.

(List continued on next page.)

*Primary Examiner*—Lorraine Spector
*Assistant Examiner*—Claire M. Kaufman
*Attorney, Agent, or Firm*—Townsend and Townsend and Crew

[57]  **ABSTRACT**

Methods for producing secreted receptor analogs and biologically active peptide dimers are disclosed. The methods for producing secreted receptor analogs and biologically active peptide dimers utilize a DNA sequence encoding a receptor analog or a peptide requiring dimerization for biological activity joined to a dimerizing protein. The receptor analog includes a ligand-binding domain. Polypeptides comprising essentially the extracellular domain of a human PDGF receptor fused to dimerizing proteins, the portion being capable of binding human PDGF or an isoform thereof, are also disclosed. The polypeptides may be used within methods for determining the presence of and for purifying human PDGF or isoforms thereof.

**29 Claims, 21 Drawing Sheets**

ZG 000004

**6,018,026**

Page 2

OTHER PUBLICATIONS

Munro and Pelham, *EMBO J.* 3:3087–3093, 1984.
von Heijne, *Nucl Acids Res. 14:* 4683–4690, 1986.
von Heijne, *Eur. J. Biochem. 133:*17–21, 1983.
Beggs, *Nature:* 104–108, 1978.
Clarke et al., *Meth. Enzym.* 68:436–442, 1979.
Struhl et al., *Proc. Natl. Acad. Sci. USA* 76:1035–1039, 1979.

Broach et al., *Gene* 8:121–133, 1979.
Mariuzza and Winter, *J. Biol. Chem. 264:*7310–7316, 1989.
Gronwald et al., *Proc. Natl. Acad. Sci. USA* 85:3435–3439, 1988.
Riedel et al., *Protein Engineering 1*(3):237, 1987.
Traunecker et al., Highly efficient neutralization of HIV with recombinant CD4–immunoglobulin molecules, Nature, 339: 68–70, May 4, 1989.

ZG 000005

```
1    GGCCCCTCAGCCTGCTGCCCAGCACGAGCCTGTGCTCGCTGCCCAACCCAGACAGCCAGACCCAGG              69

70   GCGGCCCCTCTGGCGGCCTGCCTCCTCCCGAAGGATGCTTGGGGAGTGAGGCGAAGCTGGGCGGCTTCCTC         138

139  TCCCTACAGCAGCCCCCCTTCCTCCATCCCTCGTTCCTCCTGAGCCTTCAGGAGCCTGCCACCAGTCCTG          207

208  CCTGTCCTTCTACTCAGCTGTTACCCACTCTGGGACCAGCAGTCTTTCTGATAACTGGGAGAGGGCAGT           276

277  AAGGAGGACTTCCTGGAGGGGGTGACTGTCCAGAGCCTGGAACTGTGCCCACCACCAGAAGCCATCAGCA          345

346  GCAAGGACACCATGCGGCTTCCGGGTGCGAATGCCAGCTCTGGGCCCTCAAAGGCGAGCTGCTGTTGCTGT         414
          M   R   L   P   G   A   M   P   A   L   A   L   K   G   E   L   L   L   S         20

415  CTCTCCTGTTACTTCTGGAGCCACAGATCTCTCAGGGCCTGGTCGTCACACCCCGGGGCCCAGAGCTTG          483
      L   L   L   L   L   E   P   Q   I   S   Q   G   L   V   V   T   P   P   G   P   E   L   V    43

484  TCCTCAATGTCTCCAGCACCTTCGTTCTGACCTGCTCGGGTTCAGCTCCGGTTGGTGTGGGAACGGCGATGT      552
      L   N   V   S   T   F   V   L   T   C   S   G   S   A   P   V   V   W   E   R   M   S         66

553  CCCAGGAGCGCCCCACAGGAGAAATGGCCAAGGCCCAGGATGGCCACCTTCCGCGTGCTGCTCACACTGACCA    621
      Q   E   P   P   Q   E   M   A   K   A   Q   D   G   T   F   S   S   V   L   T   L   T   N      89

622  ACCTCACTGGGCTAGACACGGGAGAATACTTTTGCACCCACAATGACTCCCGTGGACTGGAGACCGGATG       690
      L   T   G   L   D   T   G   E   Y   F   C   T   H   N   D   S   R   G   L   E   T   D   E      112

691  AGCGGGAAACGGCTCTACATCTTTGTGCAGATCCACCGTGGGGCTTCCTCCCTAATGATGCCGAGGAAC          759
      R   R   L   Y   I   F   V   P   D   P   T   V   G   F   L   P   N   D   A   E   E   L         135

760  TATTCATCTTTCTCACGGAAATAACTGAGATCACCATTGAGATCACATTCCATTTGCCGAGTAACAGACCCACAGCTTGGTGG  828
      F   I   F   L   T   E   I   T   E   I   T   I   P   C   R   V   T   D   P   Q   L   V   V     158
```

Fig. 1A

ZG 000006

```
829   TGACACTGCACGAGGAAGAAAGGGGACGTTGCACTGCCTGTCCCCTATGATCACCAACGTGGCTTTCTG   897
        T  L  H  E  K  K  G  D  V  A  L  P  V  P  Y  D  H  Q  R  G  F  S  G     181

898   GTATCTTTGAGGACGACAGAAGCTACATCTGCAAAACCACCATTGGGGACAGGGAGGTGGATTCGATGCCT   966
        I  F  E  D  R  S  Y  I  C  K  T  T  I  G  D  R  E  V  D  S  D  A  Y      204

967   ACTATGTCTACAGACTCCAGGTGTCATCCATCAACGTCTCTGTGAACGCCAGTGCAGACTGTGGTCCGCC   1035
        Y  V  Y  R  L  Q  V  S  I  N  V  S  V  N  A  V  Q  T  V  V  R  Q        227

1036  AGGGTGAGGAACATCACCCTCATGTGCATTGTGATCGGGAATGAGGTGGTCAACTTCGAGTGGACATACC   1104
        G  E  N  I  T  L  M  C  I  V  I  G  N  E  V  V  N  F  E  W  T  Y  P     250

1105  CCCGCAAAGAAAGTGGGCGGCTGGTGGAGCCGGTGACTGACTTCCTTGGATATGCCTTACCACATCC      1173
        R  K  E  S  G  R  L  V  E  P  V  T  D  F  L  L  D  H  P  Y  M  I  R     273

1174  GCTCCACATCCGCAGTCCCAGTTAGAGACTCGGGGACTACACCTGCAATGTGACGGAGA             1242
        S  I  L  H  I  P  S  A  E  L  E  D  S  G  T  Y  T  C  N  V  T  E  S     296

1243  GTGTGAATGACCATCAGGATGAAAAGGCCATCAACATCACCGTGGTTGAGAGCGGCTACGTGCGGCTCC   1311
        V  N  D  H  Q  D  E  K  A  I  N  I  T  V  V  E  S  G  Y  V  R  L  L     319

1312  TGGGAGAGGTGGGCACACTACAATTTGCTGAGCTGCATCGGAGCCGGACACCGTGGTCTTCGAGG       1380
        G  E  V  G  T  L  Q  F  A  E  L  H  R  S  R  T  L  Q  V  V  F  E  A     342

1381  CCTACCACCGCCACCGCTCCTGTGTTCAAAGACAACCGCACCCTGGGCGACTCCAGCGCTGGCGAAA     1449
        Y  P  P  P  T  V  L  W  F  K  D  N  R  T  L  G  D  S  S  A  G  E  I     365

1450  TCGCCCCTGTCCACGCCAACGTGTCCGAGACGTGGTATGTGCAGGTGACACTGGTTCGCGTGAAGG     1518
        A  L  S  T  R  N  V  S  E  T  R  Y  V  S  E  L  T  L  V  R  V  K  V     388
```

Fig. 1B

ZG 000007

```
1519  TGGCGAGGCTGGCCACTACCACCATGCGGGCCTTCCATGAGGATGCTGAGTCCAGCTCTCCTTCCAGC  1587
       A  E  A  G  H  Y  T  M  R  A  F  H  E  D  A  E  V  Q  L  S  F  Q  L   411

1588  TACAGATCAATGTCCCTGTCCAGTGCTGTGGAGCTAAGTGAGACCCCGACAGTGGGAACAGACAG     1656
       Q  I  N  V  P  V  R  V  L  E  L  S  E  S  H  P  D  S  G  E  Q  T  V   434

1657  TCCGCTGTCGTGGGCCGGGGCATGCCCCAGCCGAACATCATCTGGTCTGCCTGCAGAGACCTCAAAAGGT 1725
       R  C  R  G  R  G  M  P  Q  P  N  I  W  S  A  C  R  D  L  K  R  C     457

1726  GTCCAGTGAGCTGCGCCGCCCACCGTGCTGGGAAGAGTTCCGAAGGAGGAGCCAGCTGGAGACTAACG   1794
       P  R  E  L  P  P  T  L  L  G  N  S  E  E  E  S  Q  L  E  T  N  V     480

1795  TGACGTACTGGGAGGAGGACAGGAGTTTGAGGTGGTGAGCACACTGCGTCTGCAGCACGTGGATCGGC  1863
       T  Y  W  E  E  E  Q  E  F  E  V  V  S  T  L  R  L  Q  H  V  D  R  P   503

1864  CACTGTCGGTGCGCTGCACGCTGCGCAACGCTGGGCCAGGACACGCAGGAGGTCATCGTGGTGCCAC   1932
       L  S  V  R  C  T  L  R  N  A  V  G  Q  D  T  Q  E  V  I  V  V  P  H   526

1933  ACTCCTTGCCCTTTAAGGTGGTGGTGATCTCAGCCATCCTGCCCCTGGTGGTCCTCACCATCATCTCCC 2001
       S  L  P  F  K  V  V  V  I  S  A  I  L  A  L  V  L  T  I  I  I  S  L   549

2002  TTATCATCCTCATCATGCTTTGGCAGAAGAAGCCACGTTACGAGATCCGATGGAAGGTGATTGAGTCTG 2070
       I  I  L  I  M  L  W  Q  K  K  P  R  Y  E  I  R  W  K  V  I  E  S  V   572

2071  TGAGCTTGACGGCCATGAGTACATCTACGTGGACCCCATGCAGCTGCCCTATGACTCCACGTGGGAGC  2139
       S  S  D  G  H  E  Y  I  Y  V  D  P  M  Q  L  P  Y  D  S  T  W  E  L   595

2140  TGCCCGGGGACCAGCTTGTGCTGGGACGCACCCTCGGCTCTGGGGCCTTTGGGCAGGTGGTGGAGGCCCA 2208
       P  R  D  Q  L  V  L  G  R  T  L  G  S  G  A  F  G  Q  V  V  E  A  T   618
```

Fig. 1C

ZG 000008

```
2209  CGGCTCATGGCCTGAGCCATTCTCAGGCCACGATGAAAGTGGCCGTCAAGATGCTTAAATCCACAGCCC  2277
       A   H   G   L   S   H   S   Q   A   T   M   K   V   A   V   K   M   L   K   S   T   A   R   641

2278  GCAGCAGTGAGAAGCAAGCCCTTATGTCGGAGCTGAAGATCATGAGTCACCTTGGCCCCCACCTGAACG  2346
       S   S   E   K   Q   A   L   M   S   E   L   K   I   M   S   H   L   G   P   H   L   N   V   664

2347  TTGGTCAACCTGTTGGGGGCCTGCACCAAAGGAGGACCCATCTATATCATCACTGAGTACTGCCGCTACG  2415
       V   N   L   G   A   C   T   K   G   G   P   I   Y   I   I   T   E   Y   C   R   Y   G   687

2416  GAGACCTGGTGGACTACCTGCACCGCAACAAACACACCTTCCTGCAGCACCACTCCGACAAGAGGCGCGCC  2484
       D   L   V   D   Y   L   H   R   N   K   H   T   F   L   Q   H   H   S   D   K   R   R   P   710

2485  CGCCCAGCGCGGAGCTCTACAGCAATGCTCTGCCCGTTGGGCTGCCCCTGCCAGCCATGTGTCCTTGA  2553
       P   S   A   E   L   Y   S   N   A   L   P   V   G   L   P   L   P   S   H   V   S   L   T   733

2554  CCCGGGGAGAGCGACGCGGTGCTACATGGACATGAGCAAGGACGAGTCGGTGACTATGTGCCCATGCTGG  2622
       G   E   S   D   G   G   Y   M   D   M   S   K   D   E   S   V   D   Y   V   P   M   L   D   756

2623  ACATGAAAGGAGAGCGTCAAATATGCCAGACATCGAGTCCTCCAACTACATGGCCCCTTACGATAACTACG  2691
       M   K   G   D   V   K   Y   A   D   I   E   S   S   N   Y   M   A   P   Y   D   N   Y   V   779

2692  TTCCCTCTGCCCCTGAGAGGACCTGCCGAGCAACTTGATCAACGAGTTCCAGTGCTAAGCTACATGG  2760
       P   S   A   P   E   R   T   C   R   A   T   L   I   N   E   S   P   V   L   S   Y   M   D   802

2761  ACCTCGTGGGCTTCAGCTACCAGGTGGCCAATGGCATGGAGTTTCTGGCCTCCAAGAACTGCGTCCACA  2829
       L   V   G   F   S   Y   Q   V   A   N   G   M   E   F   L   A   S   K   N   C   V   H   R   825

2830  GAGACCTGGCGGCTAGGAACGTGCTCATCTGTGAGGGCAAGCTGGTCAAGATCTGTGACTTTGGCCTGG  2898
       D   L   A   A   R   N   V   L   I   C   E   G   K   L   V   K   I   C   D   F   G   L   A   848
```

Fig. 1D

ZG 000009

```
2899  CTCGAGACATCATGCGGGACTCGAATTACATCTCCAAAGGCAGCACCTTTTTGCCTTTAAAGTGGATGG  2967
       R  D  I  M  R  D  S  N  Y  I  S  K  G  S  T  F  L  P  L  K  W  M  A   871

2968  CTCCGGAGAGCATCTTCAACAGCCTTTACTACCACCTGAGCGACGTGTGGTCCTTCGGGATCCTGCTCT  3036
       P  E  S  I  F  N  S  L  Y  T  T  L  S  D  V  W  S  F  G  I  L  L  W   894

3037  GGGAGATCTTCACCTTGGGTGGCACCCCTTACCCAGAGCTGCCCATGAACGAGCAGTTCTACAATGCCA  3105
       E  I  F  T  L  G  G  T  P  Y  P  E  L  P  M  N  E  Q  F  Y  N  A  I   917

3106  TCAAACGGGGTTACCGCATGGCCCAGCCTCCGCCAGCGAGATCTATGAGATCATGCAGAAGT         3174
       K  R  G  Y  R  M  A  Q  P  A  H  A  S  D  E  I  Y  E  I  H  Q  K  C   940

3175  GCTGGGAAGAGAAGTTTGAGATTCGGCCCCCTTCTCCCAGCTGTGCTGCTCGAGAGACTGTTGG       3243
       W  E  E  K  F  E  I  R  P  P  F  S  Q  L  V  L  L  E  R  L  L  G     963

3244  GCGGAAGGTTACAAAAAGAAGTACCAGCAGTGGATGAGGAGTTCTGAGGAGTGACCACCCAGCCATCC  3312
       E  G  Y  K  K  K  Y  Q  Q  V  D  E  E  F  L  R  S  D  H  P  A  I  L   986

3313  TTCGGTCCCAGGCCGCCTTGCCTGGGGTTCCATGGCCTCCGATCTCCCCTGGACACCAGCTCCGTCCTCT  3381
       R  S  Q  A  R  L  P  G  F  H  G  L  R  S  P  L  D  T  S  S  V  L  Y  1009

3382  ATACTGCCGTGCCAGCCCAATGAGGGTGACAACGACTATATCATCCCCCTGCCTGACCCCTGACCCCGAGG  3450
       T  A  V  Q  P  N  E  G  D  N  D  Y  I  I  P  L  P  D  P  K  P  E  V  1032

3451  TTGCTGACGAGGGCCCACTGGAGGGTTCCCCAGCCTCAGCCCTGAATGAAGTCAACACCT         3519
       A  D  E  G  P  L  E  G  S  P  S  L  A  S  T  L  N  E  V  N  T  S   1055

3520  CCTCAACCATCTCCTGTGACAGCCCCCTGGAGCCCCCAGGACGAACCAGAGCCCAGCTTGAGC       3588
       S  T  I  S  C  D  S  P  L  E  P  Q  D  E  P  E  P  Q  L  E  L     1078
```

Fig. 1E

ZG 000010

```
3589  TCCAGGTGGAGCCGGAGCCAGAGCTGAAACAGTTGCCGGATTCGGGGGTGCCCTGCCGCGGAAG  3657
      Q  V  E  P  E  P  E  L  E  Q  L  P  D  S  G  C  P  A  P  R  A  E  A  1101

3658  CAGGAGGATAGCTTCCTGTAGGGGGCTGCCCCTACCCTGCCCTGCCCTGAAGCTCCCCCCTGCCAGCCAC  3726
      E  D  S  F  L                                                        1106

3727  CCAGCATCTCCTGGCCTGCCCTGACCGGCCTTCCTGTCAGCCAGGCTGCCCTTATCAGCTGTCCCCTTC  3795

3796  TGGAAGCTTTCTGCTCCTGACGTGTTGTGCCCCAAACCCTGGGGCTGGCTTAGGAGGCAAGAAAACTGC  3864

3865  AGGGGCCGTGACCAGCCCCTCTGCCCTCCAGGGAGGCCAACTGACTCTGAGCCAGGGTTCCCCAGGGAAC  3933

3934  TCAGTTTTCCCATATGTAAGATGGGAAAGTTAGGCTTGATGACCCCAGAATCTAGGATTCTCCCTGGC  4002

4003  TGACACGGTGGGGAGACCGAATCCCTCCCTGGGAAGATTCTTGGAGTTACTGAGGTGGTAAATTAACAT  4071

4072  TTTTTCTGTTCAGCCAGCTACCCCTCAAGGAATCATAGCTCTCCTCCGCACTTTTTATCCACCCAGGA  4140

4141  GCTAGGGAAGGAAGACCCTAGCCTCCCTGGCTGTGAGCTAGGGCCTAGGCCTTGAGCAGTGTTGCCTC  4209

4210  ATCCAGAAGAAAAGCCAGTCTCCTCCCTATGATGCCAGTCCCGTTCCCTGGCCCGAGCTGGCTCTGGG  4278

4279  GCCATTAGGCAGCCTAATTAATGCTGGAGGGCTGAGCCAAGTGCTGTGTCCCTGCTTCCAGCCCATCAGTCC  4347

4348  CCCAGGGCACTTGGACGCACACCAGCCATAGCAAGCAAGTGCTGTCCCTGTCCTTCAGGCCCCATCAGTCC  4416

4417  TGGGGCTTTTTCTTTATCCACCCTCAGTCTTAATCCATCCACCAGAGTCTAGAAGGCCAGACAGCGGGCCCCG  4485

4486  CATCTGTGATGAGAATGTAAATGTGCCAGTGTGGAGTGGCCCACGTGTGTGCCAGTATATATGGCCCCTGG  4554
```

Fig. 1F

```
4555  CTCTGCATTGGACCTGCTATGAGGCTTTGGAGGAATCCCTCACCCTCTCTGGGCCTCAGTTTCCCCTTC        4623
4624  AAAAAATGAATAAGTCGGACTTATTAACTTCTGAGTGCCTTGCCAGCACTAACATTCTAGAGTATTCCAG      4692
4693  GTGGTGCACATTTGTCCAGATGAAGCAAGGCCTATACCCTAAACTTCATCCTGGGGGTCAGCTGGGCTC       4761
4762  CTGGGAGATTCCAGATCACATCACACTCTGGGGACTCAGGAACCATGCCCCTTCCCAGGCCCCCAG          4830
4831  CAAGTCTCAAGAACACAGCTGCACAGGCCTTGACTTAGAGTGACAGCCCGGTGCTCCTGGAAAGCCCCAAG     4899
4900  CAGCTGCCCCAGGGACATGGGAAGACCACGGGACCTCTTTCACTCACCACGATGACCTCCGGGGGTATC       4968
4969  CTGGGCAAAAGGGACAAAGAGGGGCAAATGAGATCACCTCCTGCAGCCCACCACCTGTGCCCG             5037
5038  AGGGTCTGCGTCGAAGACAGAGAATGGACAGTGAGGCAGCAGTTATGTCTTGTAAAAGACAAGAAGCTTCAGAT  5106
5107  GGTACCCCAAGGAAGGATGTGAGAGGGTGGCTGCCTTTGGAGTTTGCCCCCTCACCCCACCCAGCTGCCCCAT   5175
5176  CCCTGAGGCATGCGGCTCCATTGGGGGTATGGTTTTGTCACTGCCCAGACCTAGCAGTGACATCTCATTGT     5244
5245  CCCCAGCCCAGTGGGCATTGGAGTGCCAGGGAGTCAGGGTTGTAGCCAAGACGCCCCGCACGGGGA          5313
5314  GGGTTGGGAGGGGGTCAGGAAGCTCAACCCCTCTGGGCACCAACCCTGCATTGCAGGTTGGCACCTT         5382
5383  ACTTCCCTGGGATCCCCAGAGTTGGTCCAAGAGGAGGAGTGGGTTCTCAATACGTACCAAAGATATA         5451
5452  ATCACCTAGGTTTACAAATATTTTTAGGACTCACGTTAACTCACATTTATACAGCAGAAATGCTATTTT       5520
5521  GTATGCTGTTAAGTTTTTCTATCTGTGTACTTTTTTTTAAGGGAAAGATTTT                        5572
```

Fig. 1G

ZG 000012

## Figure 2



ZG 000013

## Figure 3



## Figure 4



## Figure 5



ZG 000016

Figure 6



ZG 000017

*Figure 7*



ZG 000018

U.S. Patent          Jan. 25, 2000          Sheet 14 of 21          6,018,026

*Figure 8*



ZG 000019

## Figure 9



## Figure 10







ZG 000021

## Figure 11A

```
  1  GCCCTGGGGACGGACCGTGGGCGGCGCGCAGCGGCGGGACGCGTTTTGGGGACGTGGTGGCCAGCGCCT
 70  TCCTGCAGACCCACAGGGAAGTACTCCCTTTGACCTCCGGGGAGCTGCGACCAGGTTATACGTTGCTGG

139  TGGAAAAGTGACAATTCTAGGAAAAGAGCTAAAAGCCGGATCGGTGACCGAAAGTTTCCCAGAGCTATG
                                                                         M
                                                                         1

208  GGGACTTCCCATCCGGCGTTCCTGGTCTTAGGCTGTCTTCTCACAGGGCTGAGCCTAATCCTCTGCCAG
     G  T  S  H  P  A  F  L  V  L  G  C  L  L  T  G  L  S  L  I  L  C  Q

277  CTTTCATTACCCTCTATCCTTCCAAATGAAAATGAAAAGGTTGTGCAGCTGAATTCATCCTTTTCTCTG
     L  S  L  P  S  I  L  P  N  E  N  E  K  V  V  Q  L  N  S  S  F  S  L

346  AGATGCTTTGGGGAGAGTGAAGTGAGCTGGCAGTACCCCATGTCTGAAGAAGAGAGCTCCGATGTGGAA
     R  C  F  G  E  S  E  V  S  W  Q  Y  P  M  S  E  E  E  S  S  D  V  E

415  ATCAGAAATGAAGAAAACAACAGCGGCCTTTTTGTGACGGTCTTGGAAGTGAGCAGTGCCTCGGCGGCC
     I  R  N  E  E  N  N  S  G  L  F  V  T  V  L  E  V  S  S  A  S  A  A

484  CACACAGGGTTGTACACTTGCTATTACAACCACACTCAGACAGAAGAGAATGAGCTTGAAGGCAGGCAC
     H  T  G  L  Y  T  C  Y  Y  N  H  T  Q  T  E  E  N  E  L  E  G  R  H

553  ATTTACATCTATGTGCCAGACCCAGATGTAGCCTTTGTACCTCTAGGAATGACGGATTATTTAGTCATC
     I  Y  I  Y  V  P  D  P  D  V  A  F  V  P  L  G  M  T  D  Y  L  V  I

622  GTGGAGGATGATGATTCTGCCATTATACCTTGTCGCACAACTGATCCCGAGACTCCTGTAACCTTACAC
     V  E  D  D  D  S  A  I  I  P  C  R  T  T  D  P  E  T  P  V  T  L  H

691  AACAGTGAGGGGGTGGTACCTGCCTCCTACGACGAGCAGACAGGGCTTTAATGGGACCTTCACTGTAGGG
     N  S  E  G  V  V  P  A  S  Y  D  S  R  Q  G  F  N  G  T  F  T  V  G

760  CCCTATATCTGTGAGGCCACCGTCAAAGGAAAGAAGTTCCAGACCATCCCATTTAATGTTTATGCTTTA
     P  Y  I  C  E  A  T  V  K  G  K  K  F  Q  T  I  P  F  N  V  Y  A  L

829  AAAGCAACATCAGAGCTGGATCTAGAAATGGAAGCTCTTAAAACCGTGTATAAGTCAGGGGAAACGATT
     K  A  T  S  E  L  D  L  E  M  E  A  L  K  T  V  Y  K  S  G  E  T  I

898  GTGGTCACCTGTGCTGTTTTTAACAATGAGGTGGTTGACCTTCAATGGACTTACCCTGGAGAAGTGAAA
     V  V  T  C  A  V  F  N  N  E  V  V  D  L  Q  W  T  Y  P  G  E  V  K
```

ZG 000022

## Figure 11B

```
 967  GGCAAAGGCATCACAATACTGGAAGAAATCAAAGTCCCATCCATCAAATTGGTGTACACTTTGACGGTC
       G  K  G  I  T  I  L  E  E  I  K  V  P  S  I  K  L  V  Y  T  L  T  V

1036  CCCGAGGCCACGGTGAAAGACAGTGGAGATTACGAATGTGCTGCCCGCCAGGCTACCAGGGAGGTCAAA
       P  E  A  T  V  K  D  S  G  D  Y  E  C  A  A  R  Q  A  T  R  E  V  K

1105  GAAATGAAGAAAGTCACTATTTCTGTCCATGAGAAAGGTTTCATTGAAATCAAACCCACCTTCAGCCAG
       E  M  K  K  V  T  I  S  V  H  E  K  G  F  I  E  I  K  P  T  F  S  Q

1174  TTGGAAGCTGTCAACCTGCATGAAGTCAAACATTTTGTTGTAGAGGTGCGGGCCTACCCACCTCCCAGG
       L  E  A  V  N  L  H  E  V  K  H  F  V  V  E  V  R  A  Y  P  P  P  R

1243  ATATCCTGGCTGAAAAACAATCTGACTCTGATTGAAAATCTCACTGAGATCACCACTGATGTGGAAAAG
       I  S  W  L  K  N  N  L  T  L  I  E  N  L  T  E  I  T  T  D  V  E  K

1312  ATTCAGGAAATAAGGTATCGAAGCAAATTAAAGCTGATCCGTGCTAAGGAAGAAGACAGTGGCCATTAT
       I  Q  E  I  R  Y  R  S  K  L  K  L  I  R  A  K  E  E  D  S  G  H  Y

1381  ACTATTGTTAGCTCAAAATGAAGATGCTGTGAAGAGCTATACTTTTGAACTGTTAACTCAAGTTCCTTCA
       T  I  V  A  Q  N  E  D  A  V  K  S  Y  T  F  E  L  L  T  Q  V  P  S

1450  TCCATTCTGGACTTGGTCGATGATCACCATGGCTCAACTGGGGGACAGACGGTGAGGTGCACAGCTGAA
       S  I  L  D  L  V  D  D  H  H  G  S  T  G  G  Q  T  V  R  C  T  A  E

1519  GGCACGCCGCTTCCTGATATTGAGTGGATGATATGCAAAGATATTAAGAAATGTAATAATGAAACTTCC
       G  T  P  L  P  D  I  E  W  M  I  C  K  D  I  K  K  C  N  N  E  T  S

1588  TGGACTATTTTGGCCAACAATGTCTCAAACATCATCACGGAGATCCACTCCCGAGACAGGAGTACCGTG
       W  T  I  L  A  N  N  V  S  N  I  I  T  E  I  H  S  R  D  R  S  T  V

1657  GAGGGCCGTGTGACTTTCGCCAAAGTGGAGGAGACCATCGCCGTGCGATGCCTGGCTAAGAATCTCCTT
       E  G  R  V  T  F  A  K  V  E  E  T  I  A  V  R  C  L  A  K  N  L  L

1726  GGAGCTGAGAACCGAGAGCTGAAGCTGGTGGCTCCCACCCTGCGTTCTGAACTCACGGTGGCTGCTGCA
       G  A  E  N  R  E  L  K  L  V  A  P  T  L  R  S  E  L  T  V  A  A  A

1795  GTCCTGGTGCTGTTGGTGATTGTGATCATCTCACTTATTGTCCTGGTTGTCATTTGGAAACAGAAACCG
       V  L  V  L  L  V  I  V  I  I  S  L  I  V  L  V  V  I  W  K  Q  K  P
```

———————————  •  ————————  •  ——————  •  ————————  •  ——————

ZG 000023

## Figure 11C

```
1864  AGGTATGAAATTCGCTGGAGGGTCATTGAATCAATCAGCCCGGATGGACATGAATATATTTATGTGGAC
       R  Y  E  I  R  W  R  V  I  E  S  I  S  P  D  G  H  E  Y  I  Y  V  D

1933  CCGATGCAGCTGCCTTATGACTCAAGATGGGAGTTTCCAAGAGATGGACTAGTGCTTGGTCGGGTCTTG
       P  M  Q  L  P  Y  D  S  R  W  E  F  P  R  D  G  L  V  L  G  R  V  L

2002  GGGTCTGGAGCGTTTGGGAAGGTGGTTGAAGGAACAGCCTATGGATTAAGCCGGTCCCAACCTGTCATG
       G  S  G  A  F  G  K  V  V  E  G  T  A  Y  G  L  S  R  S  Q  P  V  M

2071  AAAGTTGCAGTGAAGATGCTAAAACCCACGGCCAGATCCAGTGAAAAACAAGCTCTCATGTCTGAACTG
       K  V  A  V  K  M  L  K  P  T  A  R  S  S  E  K  Q  A  L  M  S  E  L

2140  AAGATAATGACTCACCTGGGGCCACATTTGAACATTGTAAACTTGCTGGGAGCCTGCACCAAGTCAGGC
       K  I  M  T  H  L  G  P  H  L  N  I  V  N  L  L  G  A  C  T  K  S  G

2209  CCCATTTACATCATCACAGAGTATTGCTTCTATGGAGATTTGGTCAACTATTTGCATAAGAATAGGGAT
       P  I  Y  I  I  T  E  Y  C  F  Y  G  D  L  V  N  Y  L  H  K  N  R  D

2278  AGCTTCCTGAGCCACCACCCAGAGAAGCCAAAGAAAGAGCTGGATATCTTTGGATTGAACCCTGCTGAT
       S  F  L  S  H  H  P  E  K  P  K  K  E  L  D  I  F  G  L  N  P  A  D

2347  GAAAGCACACGGAGCTATGTTATTTTATCTTTTGAAAACAATGGTGACTACATGGACATGAAGCAGGCT
       E  S  T  R  S  Y  V  I  L  S  F  E  N  N  G  D  Y  M  D  M  K  Q  A

2416  GATACTACACAGTATGTCCCCATGCTAGAAAGGAAAGAGGTTTCTAAATATTCCGACATCCAGAGATCA
       D  T  T  Q  Y  V  P  M  L  E  R  K  E  V  S  K  Y  S  D  I  Q  R  S

2485  CTCTATGATCGTCCAGCCTCATATAAGAAGAAATCTATGTTAGACTCAGAAGTCAAAAACCTCCTTTCA
       L  Y  D  R  P  A  S  Y  K  K  K  S  M  L  D  S  E  V  K  N  L  L  S

2554  GATGATAACTCAGAAGGCCTTACTTTATTGGATTTGTTGAGCTTCACCTATCAAGTTGCCCGAGGAATG
       D  D  N  S  E  G  L  T  L  L  D  L  L  S  F  T  Y  Q  V  A  R  G  M

2623  GAGTTTTTGGCTTCAAAAAATTGTGTCCACCGTGATCTGGCTGCTCGGCAACGTCCTCCTGGCACAAGGA
       E  F  L  A  S  K  N  C  V  H  R  D  L  A  A  R  N  V  L  L  A  Q  G

2692  AAAATTGTGAAGATCTGTGACTTTGGCCTGGCCAGAGACATCATGCATGATTCGAACTATGTGTCGAAA
       K  I  V  K  I  C  D  F  G  L  A  R  D  I  M  H  D  S  N  Y  V  S  K

2761  GGCAGTACCTTTCTGCCCGTGAAGTGGATGGCTCCTGAGAGCATCTTTGACAACCTCTACACCACACTG
       G  S  T  F  L  P  V  K  W  M  A  P  E  S  I  F  D  N  L  Y  T  T  L
```
———————— • ———————— • ———————— • ———————— • ————————

ZG 000024

## Figure 11D

```
2830  AGTGATGTCTGGTCTTATGGCATTCTGCTCTGGGAGATCTTTTCCCTTGGTGGCACCCCTTACCCCGGCC
      S  D  V  W  S  Y  G  I  L  L  W  E  I  F  S  L  G  G  T  P  Y  P  G

2899  ATGATGGTGGATTCTACTTTCTACAATAAGATCAAGAGTGGGTACCGGATGGCCAAGCCTGACCACGCT
      M  M  V  D  S  T  F  Y  N  K  I  K  S  G  Y  R  M  A  K  P  D  H  A

2968  ACCAGTGAAGTCTACGAGATCATGGTGAAATGCTGGAACAGTGAGCCGGAGAAGAGACCCTCCTTTTAC
      T  S  E  V  Y  E  I  M  V  K  C  W  N  S  E  P  E  K  R  P  S  F  Y

3037  CACCTGAGTGAGATTGTGGAGAATCTGCTGCCTGGACAATATAAAAAGAGTTATGAAAAAATTCACCTG
      H  L  S  E  I  V  E  N  L  L  P  G  Q  Y  K  K  S  Y  E  K  I  H  L

3106  GACTTCCTGAAGAGTGACCATCCTGCTGTGGCACGCATGCGTGTGGACTCAGACAATGCATACATTGGT
      D  F  L  K  S  D  H  P  A  V  A  R  M  R  V  D  S  D  N  A  Y  I  G

3175  GTCACCTACAAAAACGAGGAAGACAAGCTGAAGGACTGGGAGGGTGGTCTGGATGAGCAGAGACTGAGC
      V  T  Y  K  N  E  E  D  K  L  K  D  W  E  G  G  L  D  E  Q  R  L  S

3244  GCTGACAGTGGCTACATCATTCCTCTGCCTGACATTGACCCTGTCCCTGAGGAGGAGGACCTGGGCAAG
      A  D  S  G  Y  I  I  P  L  P  D  I  D  P  V  P  E  E  E  D  L  G  K

3313  AGGAACAGACACAGCTCGCAGACCTCTGAAGAGAGTGCCATTGAGACGGGTTCCAGCAGTTCCACCTTC
      R  N  R  H  S  S  Q  T  S  E  E  S  A  I  E  T  G  S  S  S  T  F

3382  ATCAAGAGAGAGGACGAGACCATTGAAGACATCGACATGATGGACGACATCGGCATAGACTCTTCAGAC
      I  K  R  E  D  E  T  I  E  D  I  D  M  M  D  D  I  G  I  D  S  S  D

3451  CTGGTGGAAGACAGCTTCCTGTAACTGGCGGATTCGAGGGGTTCCTTCCACTTCTGGGGCCACCTCTGG
      L  V  E  D  S  F  L
                        1089

3520  ATCCCGGTTCAGAAAACCACTTTATTGCAATGCGGAGGTTGAGAGGAGGACTTGGTTGATGTTTAAAGAG
3589  AAGTTCCCAGCCAAGGGCCTCGGGGAGCGGTTCTAAATATGAATGAATGGGATATTTTGAAATGAACTTT
3658  GTCAGTGTTGCCTCTTGCAATGCCTCAGTAGCATCTCAGTGGTGTGTGAAGTTTGGAGATAGATGGATA
3727  AGGGAATAATAGGCCACAGAAGGTGAACTTTGTGCTTCAAGGACATTGGTGAGAGTCCAACAGACACAA
3796  TTTATACTGCGACAGAACTTCAGCATTGTAATTATGTAAATAACTCTAACCAAGGCTGTGTTTAGATTG
3865  TATTAACTATCTTCTTTGGACTTCTGAAGAGACCACTCAATCCATCCTGTACTTCCCTCTTGAAACCTG
3934  ATGTAGCTGCTGTTGAACTTTTTAAAGAAGTGCATGAAAAACCATTTTTGAACCTTAAAAGGTACTGGT
4003  ACTATAGCATTTTGCTATCTTTTTTAGTGTTAAAGAGATAAAGAATAATAAG
```

ZG 000025



**Figure 12**

ZG 000026

6,018,026

1

## BIOLOGICALLY ACTIVE DIMERIZED AND MULTIMERIZED POLYPEPTIDE FUSIONS

### CROSS REFERENCE TO RELATED APPLICATION

This application is a divisional of U.S. application Ser. No. 8/477,329, filed Jun. 7, 1995, now U.S. Pat. No. 5,750,375 which is a continuation of U.S. application Ser. No. 180,195, filed Jan. 11, 1994,now U.S. Pat. No. 5,567, 584, which is a continuation of U.S. application Ser. No. 07/634,510 filed Dec. 27, 1990, now abandoned, which is a continuation-in-part of U.S. application Ser. No. 7/347,291, filed May 2, 1989, now U.S. Pat. No. 5,155,027 which is a continuation-in-part of U.S. application Ser. No/7/146,877, filed Jan. 22, 1988, now abandoned.

### TECHNICAL FIELD Technical Field

The present invention is generally directed toward the expression of proteins, and more specifically, toward the expression of growth factor receptor analogs and biologically active dimerized polypeptide fusions.

### BACKGROUND OF THE INVENTION

In higher eucaryotic cells, the interaction between receptors and ligands (e.g., hormones) is of central importance in the transmission of and response to a variety of extracellular signals. It is generally accepted that hormones and growth factors elicit their biological functions by binding to specific recognition sites (receptors) in the plasma membranes of their target cells. Upon ligand binding, a receptor undergoes a conformational change, triggering secondary cellular responses that result in the activation or inhibition of intracellular processes. The stimulation or blockade of such an interaction by pharmacological means has important therapeutic implications for a wide variety of illnesses.

Ligands fall into two classes: those that have stimulatory activity, termed agonists; and those that block the effects elicited by the original ligands, termed antagonists. The discovery of agonists that differ in structure and composition from the original ligand may be medically useful. In particular, agonists that are smaller than the original ligand may be especially useful. The bioavailability of these smaller agonists may be greater than that of the original ligand. This may be of particular importance for topical applications and for instances when diffusion of the agonist to its target sites is inhibited by poor circulation. Agonists may also have slightly different spectra of biological activity and/or different potencies, allowing them to be used in very specific situations. Agonists that are smaller and chemically simpler than the native ligand may be produced in greater quantity and at lower cost. The identification of antagonists which specifically block, for example, growth factor receptors has important pharmaceutical applications. Antagonists that block receptors against the action of endogenous, native ligand may be used as therapeutic agents for conditions including atherosclerosis, autocrine tumors, fibroplasia and keloid formation.

The discovery of new ligands that may be used in pharmaceutical applications has centered around designing compounds by chemical modification, complete synthesis, and screening potential ligands by complex and costly screening procedures. The process of designing a new ligand usually begins with the alteration of the structure of the original effector molecule. If the original effector molecule is known to be chemically simple, for example, a catecholamine or

2

prostaglandin, the task is relatively straightforward. However, if the ligand is structurally complex, for example, a peptide hormone or a growth factor, finding a molecule which is functionally equivalent to the original ligand becomes extremely difficult.

Currently, potential ligands are screened using radioligand binding methods (Lefkowitz et al., *Biochem, Biophys. Res. Comm.* 60: 703–709, 1974; Aurbach et al., *Science* 186: 1223–1225, 1974; Atlas et al., *Proc. Natl. Acad. Sci. USA* 71: 4246–4248, 1974). Potential ligands can be directly assayed by binding the radiolabeled compounds to responsive cells, to the membrane fractions of disrupted cells, or to solubilized receptors. Alternatively, potential ligands may be screened by their ability to compete with a known labeled ligand for cell surface receptors.

The success of these procedures depends on the availability of reproducibly high quality preparations of membrane fractions or receptor molecules, as well as the isolation of responsive cell lines. The preparation of membrane fractions and soluble receptor molecules involves extensive manipulations and complex purification steps. The isolation of membrane fractions requires gentle manipulation of the preparation, a procedure which does not lend itself to commercial production. It is very difficult to maintain biological activity and biochemical purity of receptors when they are purified by classical protein chemistry methods. Receptors, being integral membrane proteins, require cumbersome purification procedures, which include the use of detergents and other solvents that interfere with their biological activity. The use of these membrane preparations in ligand binding assays typically results in low reproducibility due to the variability of the membrane preparations.

As noted above, ligand binding assays require the isolation of responsive cell lines. Often, only a limited subset of cells is responsive to a particular agent, and such cells may be responsive only under certain conditions. In addition, these cells may be difficult to grow in culture or may possess a low number of receptors. Currently available cell types responsive to platelet-derived growth factor (PDGF), for example, contain only a low number (up to $4 \times 10^5$; see Bowen-Pope and Ross, *J. Biol. Chem.* 257: 5161–5171, 1982) of receptors per cell, thus requiring large numbers of cells to assay PDGF analogs or antagonists.

Presently, only a few naturally-occurring secreted receptors, for example, the interleukin-2 receptor (IL-2-R) have been identified. Rubin et al. (*J. Immun.* 135: 3172–3177, 1985) have reported the release of large quantities of IL-2-R into the culture medium of activated T-cell lines. Bailon et al. (*BioTechnology* 5: 1195–1198, 1987) have reported the use of a matrix-bound interleukin-2 receptor to purify recombinant interleukin-2.

Three other receptors have been secreted from mammalian cells. The insulin receptor (Ellis et al., *J. Cell Biol.* 150: 14a, 1987), the HIV-1 envelope glyco-protein cellular receptor CD4 (Smith et al., *Science* 238: 1704–1707, 1987), the murine IL-7 receptor (*Cell* 60: 941–951, 1990) and the epidermal growth factor (EGF) receptor (Livneh et al., *J. Biol. Chem.* 261: 12490–12497, 1986) have been secreted from mammalian cells using truncated cDNAs that encode portions of the extracellular domains.

Naturally-occurring, secreted receptors have not been widely identified, and there have been only a limited number of reports of secreted recombinant receptors. Secreted receptors may be used in a variety of assays, which include assays to determine the presence of ligand in biological fluids and assays to screen for potential agonists and antagonists.

ZG 000027

6,018,026

| 3 | 4 |

Current methods for ligand screening and ligand/receptor binding assays have been limited to those using preparations of whole cells or cell membranes for as a source for receptor molecules. The low reproducibility and high cost of producing such preparations does not lend itself to commercial production. There is therefore a need in the art for a method of producing secreted receptors. There is a further need in the art for an assay system that permits high volume screening of compounds that may act on higher eucaryotic cells via specific surface receptors. This assay system should be rapid, inexpensive and adaptable to high volume screening. The present invention discloses such a method and assay system, and further provides other related advantages.

DISCLOSURE OF INVENTION

Briefly stated, the present invention discloses methods for producing secreted receptor analogs, including receptor analogs and secreted platelet-derived growth factor receptor (PDGF-R) analogs. In addition, the present invention discloses methods for producing secreted biologically active dimerized polypeptide fusions.

Within one aspect of the invention a method for producing a secreted PDGF-R analog is disclosed, comprising (a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream of and in proper reading frame with a DNA sequence encoding at least a portion of the ligand-binding domain of a PDGF-R, the portion including a ligand-binding domain; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a PDGF-R analog encoded by said DNA sequence; and (c) isolating the PDGF-R analog from the host cell.

Within one embodiment of the present invention, a PDGF-R analog comprising the amino acid sequence of FIGS. 1A–1B (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441, is secreted. Within another embodiment, a PDGF-R analog comprising the amino acid sequence of FIGS. 1A–1B (Sequence ID Numbers 1 and 2) from isoleucine, number 29 to lysine, number 531 is secreted. Within yet another embodiment of the invention, a PDGF-R analog comprising the amino acid sequence of FIGS. 11A–11B (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524 is secreted.

Yet another aspect of the present invention discloses a method for producing a secreted, biologically active dimerized polypeptide fusion. The method generally comprises a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to a dimerizing protein; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said DNA sequence; and (c) isolating the biologically active dimerized polypeptide fusion from the host cell.

Within one embodiment, the dimerizing protein is yeast invertase. Within another embodiment, the dimerizing protein is at least a portion of an immunoglobulin light chain. Within another embodiment, the dimerizing protein is at least a portion of an immunoglobulin heavy chain.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active dimerized

polypeptide fusion, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to an immunoglobulin light chain constant region; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said first and second DNA sequences; and (d) isolating the dimerized polypeptide fusion from the host cell. In one embodiment, the second DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with the immunoglobulin heavy chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active dimerized polypeptide fusion, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin light chain constant region; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said first and second DNA sequences; and (d) isolating the dimerized polypeptide fusion from the host cell. In one embodiment, the first DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with the immunoglobulin light chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active dimerized polypeptide fusion, comprising (a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said first and second DNA sequences; and (c)

ZG 000028

6,018,026

5

isolating the biologically active dimerized polypeptide fusion from the host cell. In one embodiment, the DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active dimerized polypeptide fusion, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a chain of a non-immunoglobulin polypeptide dimer requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain, selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding a second polypeptide chain of the non-immunoglobulin polypeptide dimer joined to an immunoglobulin light chain constant region domain; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said first and second DNA sequences wherein said dimerized polypeptide fusion exhibits biological activity characteristic of said non-immunoglobulin polypeptide dimer; and (d) isolating the dimerized polypeptide fusion from the host cell. In one embodiment the first DNA sequence further encodes an immunoglobulin heavy chain hinge region domain wherein the hinge region is joined to the immunoglobulin heavy chain constant region domain.

Within one embodiment of the present invention, a biologically active dimerized polypeptide fusion comprising the amino acid sequence of FIGS. 1A–1B (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441, is secreted. Within another embodiment, a biologically active dimerized polypeptide fusion comprising the amino acid sequence of FIGS. 1A–1B (Sequence ID Numbers 1 and 2) from isoleucine, number 29 to lysine, number 531 is secreted. Within another embodiment of the invention, a biologically active dimerized polypeptide fusion comprising the amino acid sequence of FIGS. 11A–11B (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524 is secreted. Within yet another embodiment of the invention, a biologically active dimerized polypeptide fusion comprising the amino acid sequence of FIGS. 1A–1B (Sequence ID Numbers 1 and 2) from isoleucine, number 29 to lysine, number 531 dimerized to the amino acid sequence of FIGS. 11A–11B (sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524 is secreted.

In yet another aspect of the invention, a method is disclosed for producing a secreted receptor analog, comprising (a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to at least one secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to a dimerizing protein; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said DNA sequence; and (c) isolating the receptor analog from the host cell.

6

In yet another aspect of the invention, a method is disclosed for producing a secreted receptor analog, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to an immunoglobulin light chain constant region; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin heavy chain constant region domain, selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said first and second DNA sequences; and (d) isolating the receptor analog from the host cell. In one embodiment, the second DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with the immunoglobulin heavy chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted receptor analog, comprising (a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain, selected from the group $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of the receptor analog; and (c) isolating the receptor analog from the host cell. In one embodiment, the DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain.

In another aspect of the invention, a method is disclosed for producing a secreted receptor analog, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream of and in proper reading frame with a first DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain, selected from the group $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin light chain constant region; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said first and second DNA sequences; and (d) isolating the receptor analog from the host cell. In one embodiment, the first DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to the heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable

ZG 000029

6,018,026

7

region joined upstream of and in proper reading frame with the immunoglobulin light chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted receptor analog, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream in proper reading frame by a first DNA sequence encoding a first polypeptide chain of a ligand-binding domain of a receptor requiring dimerization for biological activity joined to an immunoglobulin heavy chain constant region domain, selected from the group $C_{H}1$, $C_{H}2$, $C_{H}3$, and $C_{H}4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding a second polypeptide chain of the ligand-binding domain of said receptor joined to an immunoglobulin light chain constant region domain; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said first and second DNA sequences; and (d) isolating the receptor analog from the host cell. In one embodiment the first DNA sequence further encodes an immunoglobulin heavy chain hinge region domain wherein the hinge region is joined to the immunoglobulin heavy chain constant region domain.

Host cells for use in the present invention include cultured mammalian cells and fungal cells. In a preferred embodiment strains of the yeast *Saccharomyces cerevisiae* are used as host cells. Within another preferred embodiment cultured rodent myeloma cells are used as host cells.

Within one embodiment of the present invention, a receptor analog is a PDGF-R analog comprising the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441. Within another embodiment a PDGF-R analog comprises the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to lysine, number 531. Within another embodiment of the invention, a PDGF-R analog comprises the amino acid sequence of FIG. 11 (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524 is secreted. Within yet another embodiment of the invention, a PDGF-R analog comprises the amino acid sequence of FIG. 1 (Sequence ID Numbers 1 and 2) from isoleucine, number 29 to lysine, number 531 and the amino acid sequence of FIG. 11 (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524 is secreted.

PDGF-R analogs produced by the above-disclosed methods may be used, for instance, within a method for determining the presence of human PDGF or an isoform thereof in a biological sample.

A method for determining the presence of human PDGF or an isoform thereof in a biological sample is disclosed and comprises (a) incubating a polypeptide comprising a PDGF receptor analog fused to a dimerizing protein with a biological sample suspected of containing PDGF or an isoform thereof under conditions that allow the formation of receptor/ligand complexes; and (b) detecting the presence of receptor/ligand complexes, and therefrom determining the presence of PDGF or an isoform thereof. Suitable biological samples in this regard include blood, urine, plasma, serum, platelet and other cell lysates, platelet releasates, cell suspensions, cell-conditioned culture media, and chemically or physically separated portions thereof.

8

These and other aspects of the present invention will become evident upon reference to the following detailed description and attached drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A–1D (Sequence ID Numbers 1 and 2) illustrate the nucleotide sequence of a representative PDGF β-receptor cDNA and the derived amino acid sequence of the primary translation product and corresponds to Sequence ID Number 1). Numbers above the lines refer to the nucleotide sequence; numbers below the lines refer to the amino acid sequence.

FIG. 2 illustrates the construction of pBTL10, pBTL11 and pBTL12.

FIG. 3 illustrates the construction of pCBS22.

FIG. 4 illustrates the construction of pBTL13 and pBTL14.

FIG. 5 illustrates the construction of pBTL15.

FIG. 6 illustrates the construction of pBTL22 and pBTL26.

FIG. 7 illustrates the construction of pSDL114. Symbols used are S.S., signal sequence; $C_{L}$, immunoglobulin light chain constant region sequence; μ prom, μ promoter; μ enh, μ enhancer.

FIG. 8 illustrates the construction of pSDLB113. Symbols used are S.S., signal sequence; $C_{H}1$, $C_{H}2$, $C_{H}3$, immunoglobulin heavy chain constant region domain sequences; H, immunoglobulin heavy chain hinge region sequence; M, immunoglobulin membrane anchor sequences; $m_{u}1M$, immunoglobulin heavy chain constant region and membrane anchor sequences.

FIG. 9 illustrates the constructions pBTL115, pBTL114, p$\phi$5V$_{H}$HuC$_{u}$1M-neo, plC$\phi$5V$_{u}$HuC$_{u}$-neo. Symbols used are set forth in FIGS. 7 and 8, and also include L$_{H}$, mouse immunoglobulin heavy chain signal sequence; V$_{H}$, mouse immunoglobulin heavy chain variable region sequence; E, mouse immunoglobulin heavy chain enhancer sequence; L$_{x}$, mouse immunoglobulin light chain signal sequence; $\phi$5V$_{x}$, mouse immunoglobulin light chain variable region sequence; Neo$^{R}$, *E. coli* neomycin resistance gene.

FIG. 10 illustrates the constructions Zem229R, p$\phi$5V$_{H}$Fab-neo and pWKl. Symbols are set forth in FIG. 9.

FIGS. 11A–11D illustrate the sequence of a representative PDGF α-receptor CDNA and the deduced amino acid sequence (using standard one-letter codes) encoded by the CDNA and corresponds to Sequence ID Numbers 35 and 36. Numbers at the ends of the lines refer to nucleotide positions. Numbers below the sequence refer to amino acid positions.

FIG. 12 illustrates the assembly of a cDNA molecule encoding a PDGF α-receptor. Complementary DNA sequences are shown as lines. Only those portions of the vectors adjacent to the cDNA inserts are shown.

DETAILED DESCRIPTION OF THE INVENTION

Prior to setting forth the invention, it may be helpful to an understanding thereof to set forth definitions of certain terms to be used hereinafter.

DNA Construct

A DNA molecule, or a clone of such a molecule, either single- or double-stranded that has been modified through

6,018,026

**9**

human intervention to contain segments of DNA combined and juxtaposed in a manner that as a whole would not otherwise exist in nature.

DNA constructs contain the information necessary to direct the expression and/or secretion of DNA sequences encoding polypeptides of interest. DNA constructs will generally include promoters, enhancers and transcription terminators. DNA constructs containing the information necessary to direct the secretion of a polypeptide will also contain at least one secretory signal sequence.

**Secretory Signal Sequence**

A DNA sequence encoding a secretory peptide. A secretory peptide is an amino acid sequence that acts to direct the secretion of a mature polypeptide or protein from a cell. Secretory peptides are characterized by a core of hydrophobic amino acids and are typically (but not exclusively) found at the amino termini of newly synthesized proteins. Very often the secretory peptide is cleaved from the mature protein during secretion. Such secretory peptides contain processing sites that allow cleavage of the signal peptides from the mature proteins as it passes through the secretory pathway. Processing sites may be encoded within the signal peptide or may be added to the signal peptide by, for example, in vitro mutagenesis. Certain secretory peptides may be used in concert to direct the secretion of polypeptides and proteins. One such secretory peptide that may be used in combination with other secretory peptides is the third domain of the yeast Barrier protein.

**Receptor Analog**

A non-immunoglobulin polypeptide comprising a portion of a receptor which is capable of binding ligand and/or is recognized by anti-receptor antibodies. The amino acid sequence of the receptor analog may contain additions, substitutions or deletions as compared to the native receptor sequence. A receptor analog may be, for example, the ligand-binding domain of a receptor joined to another protein. Platelet-derived growth factor receptor (PDGF-R) analogs may, for example, comprise a portion of a PDGF receptor capable of binding anti-PDGF receptor antibodies, PDGF, PDGF isoforms, PDGF analogs, or PDGF antagonists.

**Dimerizing Protein**

A polypeptide chain having affinity for a second polypeptide chain, such that the two chains associate under physiological conditions to form a dimer. The second polypeptide chain may be the same or a different chain.

**Biological Activity**

A function or set of activities performed by a molecule in a biological context (i.e., in an organism or an in vitro facsimile thereof). biological activities may include the induction of extracellular matrix secretion from responsive cell lines, the induction of hormone secretion, the induction of chemotaxis, the induction of mitogenesis, the induction of differentiation, or the inhibition of cell division of responsive cells. A recombinant protein or peptide is considered to be biologically active if it exhibits one or more biological activities of its native counterpart.

**Ligand**

A molecule capable of being bound by the ligand-binding domain of a receptor or by a receptor analog. The molecule

**10**

may be chemically synthesized or may occur in nature. Ligands may be grouped into agonists and antagonists. Agonists are those molecules whose binding to a receptor induces the response pathway within a cell. Antagonists are those molecules whose binding to a receptor blocks the response pathway within a cell.

**Joined**

Two or more DNA coding sequences are said to be joined when, as a result of in-frame fusions between the DNA coding sequences or as a result of the removal of intervening sequences by normal cellular processing, the DNA coding sequences are translated into a polypeptide fusion.

As noted above, the present invention provides methods for producing biologically active dimerized polypeptide fusions and secreted receptor analogs, which include, for example, PDGF receptor analogs. Secreted receptor analogs may be used to screen for new compounds that act as agonists or antagonists when interacting with cells containing membrane-bound receptors. In addition, the methods of the present invention provide dimerized non-immunoglobulin polypeptide fusions of therapeutic value that are biologically active only as dimers. Moreover, the present invention provides methods of producing polypeptide dimers that are biologically active only as non-covalently associated dimers. Secreted, biologically active dimers that may be produced using the resent invention include nerve growth factor, colony stimulating factor-1, factor XIII, and transforming growth factor β.

As used herein, the ligand-binding domain of a receptor is that portion of the receptor that is involved with binding the natural ligand. While not wishing to be bound by theory, the binding of a natural ligand to a receptor is believed to induce a conformational change which elicits a response to the change within the response pathway of the cell. For membrane-bound receptors, the ligand-binding domain is generally believed to comprise the extracellular domain for the receptor. The structure of receptors may be predicted from the primary translation products using the hydrophobicity plot function of, for example, P/C Gene or Intelligenetics Suite (Intelligenetics, Mt. View, Calif.) or may be predicted according to the methods described, for example, by Kyte and Doolittle, *J. Mol. Biol.* 157:105–132, 1982). The ligand-binding domain of the PDGF β-receptor, for example, has been predicted to include amino acids 29-531 of the published sequence (Gronwald et al., ibid.). The ligand-binding domain of the PDGF α-receptor has been predicted to include amino acids 25–500 of the published α-receptor sequence (Matsui et al., ibid.). As used herein, the ligand-binding domain of the PDGF β-receptor includes amino acids 29–441 of the sequence of FIGS. 1A–1D (Sequence ID Number 1) and C-terminal extensions up to and including amino acid 531 (FIG. 1B). The ligand-binding domain of the PDGF α-receptor is understood to include amino acids 24–524 of FIGS. 11A & 11B (Sequence ID Numbers 35 and 36).

Receptor analogs that may be used in the present invention include the ligand-binding domains of the epidermal growth factor receptor (EGF-R) and the insulin receptor. As used herein, a ligand-binding domain is that portion of the receptor that is involved in binding ligand and is generally a portion or essentially all of the extracellular domain that extends from the plasma membrane into the extracellular space. The ligand-binding domain of the EGF-R, for example, resides in the extracellular domain. EGF-R dimers have been found to exhibit higher ligand-binding affinity

ZG 000031

6,018,026

| 11 | 12 |
|---|---|

than EGF-R monomers (Boni-Schnetzler and Pilch, *Proc. Natl. Acad. Sci. USA §A*:7832–7836, 1987). The insulin receptor (Ullrich et al., *Nature* 313:756–761, 1985) requires dimerization for biological activity.

Another example of a receptor that may be secreted from a host cell is a platelet-derived growth factor receptor (PDGF-R). Two classes of PDGF-Rs, which recognized different isoforms of PDGF, have been identified. (PDGF is a disulfide-bonded, two-chain molecule, which is made up of an A chain and a B chain. These chains may be combined as AB heterodimers, AA homodimers or BB homodimers. These dimeric molecules are referred to herein as "isoforms.") The β-receptor (PDGFβ-R), which recognizes only the BB isoform of PDGF (PDGF-BB), has been described (Claesson-Welsh et al., *Mol. Cell. Biol.* 8:3476–3486, 1988; Gronwald et al., *Proc. Natl. Acad. Sci. USA* 85:3435–3439, 1988). The α-receptor (PDGFα-R), which recognizes all three PDGF isoforms (PDGF-AA, PDGF-AB and PDGF-BB), has been described by Matsui et al. (*Science* 243:800–804, 1989) and Kelly and Murray (pending commonly assigned U.S. patent application Ser. No. 07/355,018, which is incorporated herein by reference). The primary translation products of these receptors indicate that each includes an extracellular domain implicated in the ligand-binding process, a transmembrane domain, and a cytoplasmic domain containing a tyrosine kinase activity.

The present invention provides a standardized assay system, not previously available in the art, for determining the presence of PDGF, PDGF isoforms, PDGF agonists or PDGF antagonists using a secreted PDGF receptor analogs. Such an assay system will typically involve combining the secreted PDGF receptor analog with a biological sample under physiological conditions which permit the formation of receptor-ligand complexes, followed by detecting the presence of the receptor-ligand complexes. The term physiological conditions is meant to include those conditions found within the host organism and include, for example, the conditions of osmolarity, salinity and pH. Detection may be achieved through the use of a label attached to the PDGF receptor analog or through the use of a labeled antibody which is reactive with the receptor analog or the ligand. A wide variety of labels may be utilized, such as radionuclides, fluorophores, enzymes and luminescers. Receptor-ligand complexes may also be detected visually, i.e., in immunoprecipitation assays which do not require the use of a label. This assay system provides secreted PDGF receptor analogs that may be utilized in a variety of screening assays for, for example, screening for analogs of PDGF. The present invention also provides a methods for measuring the level of PDGF and PDGF isoforms in biological fluids.

As noted above, the present invention provides methods for producing dimerized polypeptide fusions that require dimerization for biological activity or enhancement of biological activity. Polypeptides requiring dimerization for biological activity include, in addition to certain receptors, nerve growth factor, colony-stimulating factor-1 (CSF-1), transforming growth factor β (TGF-β) , PDGF, and factor XIII. Nerve growth factor is a non-covalently linked dimer (Harper et al., *J. Biol. Chem.* 257: 8541–8548, 1982). CSF-1, which specifically stimulates the proliferation and differentiation of cells of mononuclear phagocytic lineage, is a disulfide-bonded homodimer (Rettenmier et al., *Mol. Cell. Biol.* 7: 2378–2387, 1987). TGF-β is biologically active as a disulfide-bonded dimer (Assoian et al., *J. Biol. Chem.* 258: 7155–7160, 1983). Factor XIII is a plasma protein that exists as a two chain homodimer in its activated form (Ichinose et al., *Biochem.* 25: 6900– 6906, 1986). PDGF, as noted above,

is a disulfide-bonded, two chain molecule (Murray et al., U.S. Pat. No. 4,766,073).

The present invention provides methods by which receptor analogs, including receptor analogs and PDGF-R analogs, requiring dimerization for activity may be secreted from host cells. The methods described herein are particularly advantageous in that they allow the production of large quantities of purified receptors. The receptors may be used in assays for the screening of potential ligands, in assays for binding studies, as imaging agents, and as agonists and antagonists within therapeutic agents.

A DNA sequence encoding a human PDGF receptor may be isolated as a cDNA using techniques known in the art (see, for example, Okayama and Berg, *Mol. Cell. Biol.* 2:161–170, 1982; *Mol. Cell. Biol.* 3: 280–289, 1983) from a library of human genomic or cDNA sequences. Such libraries may be prepared by standard procedures, such as those disclosed by Gubler and Hoffman (*Gene* 25: 263–269, 1983). It is preferred that the molecule is a cDNA molecule because cDNA lack introns and are therefore more suited to manipulation and expression in transfected or transformed cells. Sources of mRNA for use in the preparation of a cDNA library include the MG-63 human osteosarcoma cell line (available from ATCC under accession number CRL 1427), diploid human dermal fibroblasts and human embryo fibroblast and brain cells (Matsui et al., ibid.). A cDNA encoding a PDGFβ-R has been cloned from a diploid human dermal fibroblast cDNA library using oligonucleotide probes complementary to sequences of the mouse PDGF receptor (Gronwald et al., ibid.). A PDGFα-R cDNA has been isolated by Matsui et al. (ibid.) from human embryo fibroblast and brain cells. Alternatively, a cDNA encoding a PDGFα-R may be isolated from a library prepared from MG-63 human osteosarcoma cells using a cDNA probe containing sequences encoding the transmembrane and cytoplasmic domains of the PDGFβ-R (described by Kelly and Murray, ibid.). Partial cDNA clones (fragments) can be extended by re-screening of the library with the cloned cDNA fragment until the full sequence is obtained. In one embodiment, a ligand-binding domain of a PDGF receptor is encoded by the sequence of FIGS. 1A & 1B (Sequence ID Number 1) from amino acid 29 through amino acid 441. In another embodiment, a ligand-binding domain of a PDGF receptor is encoded by the sequence of FIGS. 1A & 1B (Sequence ID Number 1) from amino acid 29 through amino acid 531. In yet another embodiment, a ligand-binding domain of a PDGF receptor is encoded by the sequence of FIGS. 11A & 11B (Sequence ID Numbers 35 and 36) from amino acid 24 through amino acid 524. One skilled in the art may envision the use of a smaller DNA sequence encoding the ligand-binding domain of a PDGF receptor containing at least 400 amino acids of the extracellular domain.

DNA sequences encoding EGF-R (Ullrich et al., *Nature* 3: 418–425, 1984), the insulin receptor (Ullrich et al., *Nature* 313: 756–761, 1985), nerve growth factor (Ullrich et al. *Nature* 303: 821–825, 1983), colony stimulating factor 1 (Rettenmier et al., ibid.), transforming growth factor β (Derynck et al., *Nature* 3: 701–705, 1985), PDGF (Murray et al., ibid.), and factor XIII (Ichinose et al., ibid.) may also be used within the present invention.

To direct polypeptides requiring dimerization for biological activity or receptor analogs into the secretory pathway of the host cell, at least one secretory signal sequence is used in conjunction with the DNA sequence of interest. Preferred secretory signals include the alpha factor signal sequence (pre-pro sequence) (Kurjan and Herkowitz, *Cell* 30: 933–943, 1982; Kurjan et al., U.S. Pat. No. 4,546,082;

ZG 000032

6,018,026

**13**

Brake, EP 116,201, 1983), the PHO5 signal sequence (Beck et al., WO 86/00637), the BAR1 secretory signal sequence (MacKay et al., U.S. Pat. No. 4,613,572; MacKay, WO 87/002670), immunoglobulin $V_H$ signal sequences (Loh et al., *Cell* 33: 85–93, 1983; Watson *Nuc, Acids, Res.* 12: 5145–5164, 1984) and immunoglobulin $V_\kappa$ signal sequences (Watson, ibid.). Particularly preferred signal sequences are the SUC2 signal sequence (Carlson et al., *Mol. Cell. Biol.* 3: 439–447, 1983) and PDGF receptor signal sequences. Alternatively, secretory sequences may be synthesized according to the rules established, for example, by von Heinje (*Eur. J. Biochem.* 133: 17–21, 1983; *J. Mol. Biol,* 184: 99–105, 1985; *Nuc. Acids. Res.* 14: 4683–3690, 1986).

Secretory signal sequences may be used singly or may be combined. For example, a first secretory signal sequence may be used singly or combined with a sequence encoding the third domain of Barrier (described in co-pending commonly assigned U.S. patent application Ser. No. 07/104,316, which is incorporated by reference herein in its entirety). The third domain of Barrier may be positioned in proper reading frame 3' of the DNA sequence of interest or 5' to the DNA sequence and in proper reading frame with both the secretory signal sequence and the DNA sequence of interest.

In one embodiment of the present invention, a sequence encoding a dimerizing protein is joined to a sequence encoding a polypeptide chain of a polypeptide dimer or a receptor analog, and this fused sequence is joined in proper reading frame to a secretory signal sequence. As shown herein, the present invention utilizes such an arrangement to drive the association of the polypeptide or receptor analog to form a biologically active molecule upon secretion. Suitable dimerizing proteins include the *S. cerevisiae* repressible acid phosphatase (Mizunaga et al., *J. Biochem.* (Tokyo) 103: 321–326, 1988), the *S. cerevisiae* type 1 killer preprotoxin (Sturley et al., *EMBO J.* 5: 3381–3390, 1986), the *S. calsbergensis* alpha galactosidase melibiase (Sumner-Smith et al., *Gene* 36: 333–340, 1985), the *S. cerevisiae* invertase (Carlson et al., *Mol. Cell. Biol.* 3: 39–447, 1983), the *Neurospora crassa* ornithine decarboxylase (Digangi et al., *J. Biol. Chem.* 6: 7889–7893, 1987), immunoglobulin heavy chain hinge regions (Takahashi et al., *Cell* 29: 671–679, 1982), and other dimerizing immunoglobulin sequences. In a preferred embodiment, *S. cerevisiae* invertase is used to drive the association of polypeptides into dimers. Portions of dimerizing proteins, such as those mentioned above, may be used as dimerizing proteins where those portions are capable of associating as a dimer in a covalent or noncovlent manner. Such portions may be determined by, for example, altering a sequence encoding a dimerizing protein through in vitro mutagenesis to delete portions of the coding sequence. These deletion mutants may be expressed in the appropriate host to determine which portions retain the capability of associating as dimers. Portions of immunoglobulin gene sequences may be used to drive the association of non-immunoglobulin polypeptides. These portions correspond to discrete domains of immunoglobulins. Immunoglobulins comprise variable and constant regions, which in turn comprise discrete domains that show similarity in their three-dimensional conformations. These discrete domains correspond to immunoglobulin heavy chain constant region domain exons, immunoglobulin heavy chain variable region domain exons, immunoglobulin light chain variable region domain exons and immunoglobulin light chain constant region domain exons in immunoglobulin genes (Hood et al., in *Immunology,* The Benjamin/Cummings Publishing Company, Inc., Menlo Park, Calif.; Honjo et al., *Cell* 18: 559–568, 1979; Takahashi et al., *Cell* 29: 671–679, 1982;

**14**

and Honjo, *Ann. Rev. Immun.* 1:499–528, 1983)). Particularly preferred portions of immunoglobulin heavy chains include Fab and Fab' fragments. (An Fab fragment is a portion of an immunoglobulin heavy chain that includes a heavy chain variable region domain and a heavy chain constant region omain. An Fab' fragment is a portion of an immunoglobulin heavy chain that includes a heavy chain variable region domain, a heavy chain constant region domain and a heavy chain hinge region domain.)

It is preferred to use an immunoglobulin light chain constant region in association with at least one immunoglobulin heavy chain constant region domain. In a another embodiment, an immunoglobulin light chain constant region is associated with at least one immunoglobulin heavy chain constant region domain joined to an immunoglobulin hinge region. In one set of embodiments, an immunoglobulin light chain constant region joined in frame with a polypeptide chain of a non-immunoglobulin polypeptide dimer or receptor analog and is associated with at least one heavy chain constant region. In a preferred set of embodiments a variable region is joined upstream of and in proper reading frame with at least one immunoglobulin heavy chain constant region. In another set of embodiments, an immunoglobulin heavy chain is joined in frame with a polypeptide chain of a non-immunoglobulin polypeptide dimer or receptor analog and is associated with an immunoglobulin light chain constant region. In yet another set of embodiments, a polypeptide chain of a non-immunoglobulin polypeptide dimer or receptor analog is joined to at least one immunoglobulin heavy chain constant region which is joined to an immunoglobulin hinge region and is associated with an immunoglobulin light chain constant region. In a preferred set of embodiments an immunoglobulin variable region is joined upstream of and in proper reading frame with the immunoglobulin light chain constant region.

Immunoglobulin heavy chain constant region domains include $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of any class of immunoglobulin heavy chain including γ, α, ε, μ, and δ classes (Honjo, ibid., 1983) A particularly preferred immunoglobulin heavy chain constant region domain is human $C_H1$. Immunoglobulin variable regions include $V_H$, $V_\kappa$, or $V_\lambda$.

DNA sequences encoding immunoglobulins may be cloned from a variety of genomic or CDNA libraries known in the art. The techniques for isolating such DNA sequences using probe-based methods are conventional techniques and are well known to those skilled in the art. Probes for isolating such DNA sequences may be based on published DNA sequences (see, for example, Hieter et al., *Cell* 2: 197–207, 1980). Alternatively, the polymerase chain reaction (PCR) method disclosed by Mullis et al. (U.S. Pat. No. 4,683,195) and Mullis (U.S. Pat. No. 4,683,202), incorporated herein by reference may be used. The choice of library and selection of probes for the isolation of such DNA sequences is within the level of ordinary skill in the art.

Host cells for use in practicing the present invention include eukaryotic cells capable of being transformed or transfected with exogenous DNA and grown in culture, such as cultured mammalian and fungal cells. Fungal cells, including species of yeast (e.g., *Saccharomyces* spp., *Schizosaccharomyces* spp.), or filamentous fungi (e.g., *Aspergilhus* spp., *Neurospora* spp.) may be used as host cells within the present invention. Strains of the yeast *Saccharomyces cerevisiae* are particularly preferred.

Expression units for use in the present invention will generally comprise the following elements, operably linked in a 5' to 3' orientation: a transcriptional promoter, a secre-

ZG 000033

6,018,026

15

tory signal sequence a DNA sequence encoding nonimmunoglobulin polypeptide requiring dimerization for biological activity joined to a dimerizing protein and a transcriptional terminator. The selection of suitable promoters, signal sequences and terminators will be determined by the selected host cell and will be evident to one skilled in the art and are discussed more specifically below.

Suitable yeast vectors for use in the present invention include YRp7 (Struhl et al., *Proc. Natl. Acad. Sci. USA* 7: 1035–1039, 1978), YEp13 (Broach et al, *Gene* 8: 121–133, 1979), pJDB249 and pJDB219 (Beggs, *Nature* 275:104–108, 1978) and derivatives thereof. Such vectors will generally include a selectable marker, which may be one of any number of genes that exhibit a dominant phenotype for which a phenotypic assay exists to enable transformants to be selected. Preferred selectable markers are those that complement host cell auxotrophy, provide antibiotic resistance or enable a cell to utilize specific carbon sources, and include LEU2 (Broach et al. ibid.), URA3 (Botstein et al., *Gene p*: 17, 1979), HIS3 (Struhl et al., ibid.) or POT1 (Kawasaki and Bell, EP 171,142). Other suitable selectable markers include the CAT gene, which confers chloramphenicol resistance on yeast cells.

Preferred promoters for use in yeast include promoters from yeast glycolytic genes (Hitzeman et al., *J. Biol. Chem.* 255: 12073–12080, 1980; Alber and Kawasaki, *J. Mol. A Genet.* 1: 419–434, 1982; Kawasaki, U.S. Pat. No. 4,599, 311) or alcohol dehydrogenase genes (Young et al., in *Genetic Engineering of Microorganisms for Chemicals*, Hollaender et al., (eds.), p. 355, Plenum, New York, 1982; Ammerer, *Meth. Enzymol.* 101: 192–201, 1983). In this regard, particularly preferred promoters are the TPI1 promoter (Kawasaki, U.S. Pat. No. 4,599,311, 1986) and the ADH2-4ᶜ promoter (Russell et al., *Nature* 304: 652–654, 1983 and Irani and Kilgore, described in pending, commonly assigned U.S. patent application Ser. No. 07/183,130, which is incorporated herein by reference). The expression units may also include a transcriptional terminator. A preferred transcriptional terminator is the TPI1 terminator (Alber and Kawasaki, ibid.).

In addition to yeast, proteins of the present invention can be expressed in filamentous fungi, for example, strains of the fungi Aspergillus (McKnight and Upshall, described in commonly assigned U.S. Pat. No. 4,935,349, which is incorporated herein by reference). Examples of useful promoters include those derived from *Aspergillus nidulans* glycolytic genes, such as the ADH3 promoter (McKnight et al., *EMBO J.* 4: 2093–2099, 1985) and the tpiA promoter. An example of a suitable terminator is the ADH3 terminator (McKnight et al., ibid.). The expression units utilizing such components are cloned into vectors that are capable of insertion into the chromosomal DNA of Aspergillus.

Techniques for transforming fungi are well known in the literature, and have been described, for instance, by Beggs (ibid.), Hinnen et al. (*Proc. Natl. Acad. Sci. USA* 75: 1929–1933, 1978), Yelton et al., (*Proc. Natl. Acad. Sci. USA* 81: 1740–1747, 1984), and Russell (*Nature* 301: 167–169, 1983). The genotype of the host cell will generally contain a genetic defect that is complemented by the selectable marker present on the expression vector. Choice of a particular host and selectable marker is well within the level of ordinary skill in the art.

In a preferred embodiment, a *Saccharomyces cerevisiae* host cell that contains a genetic deficiency in a gene required for asparagine-linked glycosylation of glycoproteins is used. Preferably, the *S. cerevisiae* host cell contains a genetic

16

deficiency in the MNN9 gene (described in pending, commonly assigned U.S. patent application Ser. Nos. 116,095 and 189,547 which are incorporated by reference herein in their entirety). Most preferably, the *S. cerevisiae* host cell contains a disruption of the MNN9 gene. *S. cerevisiae* host cells having such defects may be prepared using standard techniques of mutation and selection. Ballou et al. (*J. Biol. Chem.* 255: 5986–5991, 1980) have described the isolation of mannoprotein biosynthesis mutants that are defective in genes which affect asparagine-linked glycosylation. Briefly, mutagenized *S. cerevisiae* cells were screened using fluoresceinated antibodies directed against the outer mannose chains present on wild-type yeast. Mutant cells that did not bind antibody were further characterized and were found to be defective in the addition of asparagine-linked oligosaccharide moieties. To optimize production of the heterologous proteins, it is preferred that the host strain carries a mutation, such as the S. cerevisiae pep4 mutation (Jones, *Genetics* 85: 23–33, 1977), which results in reduced proteolytic activity.

In addition to fungal cells, cultured mammalian cells may be used as host cells within the present invention. Preferred cell lines are rodent myeloma cell lines, including p3X63Ag8 (ATCC TIB 9), OF (ATCC CRL 1646), NS-1 (ATCC TIB 18) and 210-RCY-Ag1 (Galfre et al., *Nature* 277: 131, 1979). A particularly preferred rodent myeloma cell line is SP2/0-Ag14 (ATCC CRL 1581). In addition, a number of other cell lines may be used within the present invention, including COS-1 (ATCC CRL 1650), BHK, p363.Ag.8.653 (ATCC CRL 1580) Rat Hep I (ATCC CRL 1600), Rat Hep II (ATCC CRL 1548), TCMK (ATCC CCL 139), Human lung (ATCC CCL 75.1), Human hepatoma (ATCC HTB-52), Hep G2 (ATCC HB 8065), Mouse liver (ATCC CC 29.1), 293 (ATCC CRL 1573; Graham et al., *J. Gen. Virol.* 36: 59–72, 1977) and DUKX cells (Urlaub and Chasin, *Proc. Patl. Acad. Sci USA* 77: 4216–4220, 1980) A preferred BHK cell line is the tk⁻ts13 BHK cell line (Waechter and Baserga, *Proc. Natl. Acad. Sci USA* 79: 1106–1110, 1982). A preferred BHK cell line is the tk-ts13 BHK cell line (Waechter and Baserga, *Proc. Natl. Acad. Sci. USA* 79: 1106–1110, 1982). A tk⁻ BHK cell line is available from the American Type Culture Collection, Rockville, Md., under accession number CRL 1632. A particularly preferred tk⁻ BHK cell line is BHK 570 which is available from the American Type Culture Collection under accession number 10314.

Mammalian expression vectors for use in carrying out the present invention will include a promoter capable of directing the transcription of a cloned gene or cDNA. referred promoters include viral promoters and cellular promoters. Preferred viral promoters include the major late promoter from adenovirus 2 (Kaufman and Sharp, *Mol. Cell. Biol.* 2: 1304–13199, 1982) and the SV40 promoter (Subramani et al, *Mol. Cell. Biol.* 1: 854–864, 1981). Preferred cellular promoters include the mouse metallothionein 1 promoter (Palmiter et al., *Science* 222: 809–814, 1983) and a mouse Vₖ promoter (Grant et al., *Nuc. Acids Res.* 11: 5496, 1987). A particularly preferred promoter is a mouse Vₕ promoter (Loh et al., ibid.). Such expression vectors may also contain a set of RNA splice sites located downstream from the promoter and upstream from the DNA sequence encoding the peptide or protein of interest. Preferred RNA splice sites may be obtained from adenovirus and/or immunoglobulin genes. Also contained in the expression vectors is a polyadenylation signal located downstream of the coding sequence of interest. Polyadenylation signals include the early or late polyadenylation signals from SV40 (Kaufman

6,018,026

17

and Sharp, ibid.), the polyadenylation signal from the adenovirus 5 E1B region and the human growth hormone gene terminator (DeNoto et al., *Nuc. Acids Res.* 2: 3719–3730, 1981). A particularly preferred polyadenylation signal is the V$_H$ gene terminator (Loh et al., ibid.). The expression vectors may include a noncoding viral leader sequence, such as the adenovirus 2 tripartite leader, located between the promoter and the RNA splice sites. Preferred vectors may also include enhancer sequences, such as the SV40 enhancer and the mouse $\mu$ enhancer (Gillies, *Cell* 33: 717–728, 1983). Expression vectors may also include sequences encoding the adenovirus VA RNAs.

Cloned DNA sequences may be introduced into cultured mammalian cells by, for example, calcium phosphate-mediated transfection (Wigler et al., *Cell* 14: 725, 1978; Corsaro and Pearson, *Somatic Cell Genetics* 7: 603, 1981; Graham and Van der Eb, *Virology* 52: 456, 1973.) Other techniques for introducing cloned DNA sequences into mammalian cells, such as electroporation (Neumann et al., *EMBO J.* 1: 841–845, 1982), may also be used. In order to identify cells that have integrated the cloned DNA, a selectable marker is generally introduced into the cells along with the gene or cDNA of interest. Preferred selectable markers for use in cultured mammalian cells include genes that confer resistance to drugs, such as neomycin, hygromycin, and methotrexate. The selectable marker may be an amplifiable selectable marker. A preferred amplifiable selectable marker is the DHFR gene. A particularly preferred amplifiable marker is the DHFR$^r$ cDNA (Simonsen and Levinson, *Proc. Natl. Adac. Sci. USA* 80: 2495–2499, 1983). Selectable markers are reviewed by Thilly (*Mammalian Cell Technology*, Butterworth Publishers, Stoneham, Mass.) and the choice of selectable markers is well within the level of ordinary skill in the art.

Selectable markers may be introduced into the cell on a separate plasmid at the same time as the gene of interest, or they may be introduced on the same plasmid. If on the same plasmid, the selectable marker and the gene of interest may be under the control of different promoters or the same promoter, the latter arrangement producing a dicistronic message. Constructs of this type are known in the art (for example, Levinson and Simonsen, U.S. Pat. No. 4,713,339). It may also be advantageous to add additional DNA, known as "carrier DNA" to the mixture which is introduced into the cells.

Transfected mammalian cells are allowed to grow for a period of time, typically 1–2 days, to begin expressing the DNA sequence(s) of interest. Drug selection is then applied to select for growth of cells that are expressing the selectable marker in a stable fashion. For cells that have been transfected with an amplifiable selectable marker the drug concentration may be increased in a stepwise manner to select for increased copy number of the cloned sequences, thereby increasing expression levels.

Host cells containing DNA constructs of the resent invention are grown in an appropriate growth medium. As used herein, the term "appropriate growth medium" means a medium containing nutrients required for the growth of cells. Nutrients required for cell growth may include a carbon source, a nitrogen source, essential amino acids, vitamins, minerals and growth factors. The growth medium will generally select for cells containing the DNA construct by, for example, drug selection or deficiency in an essential nutrient which are complemented by the selectable marker on the DNA construct or co-transfected with the DNA construct. Yeast cells, for example, are preferably grown in a chemically defined medium, comprising a non-amino acid

18

nitrogen source, inorganic salts, vitamins and essential amino acid supplements. The pH of the medium is preferably maintained at a pH greater than 2 and less than 8, preferably at pH 6.5. Methods for maintaining a stable pH include buffering and constant pH control, preferably through the addition of sodium hydroxide. Preferred buffering agents include succinic acid and Bis-Tris (Sigma Chemical Co., St. Louis, Mo.). Yeast cells having a defect in a gene required for asparagine-linked glycosylation are preferably grown in a medium containing an osmotic stabilizer. A preferred osmotic stabilizer is sorbitol supplemented into the medium at a concentration between 0.1 M and 1.5 M., preferably at 0.5 M or 1.0 M. Cultured mammalian cells are generally grown in commercially available serum-containing or serum-free media. Selection of a medium appropriate for the particular cell line used is within the level of ordinary skill in the art.

The culture medium from appropriately grown transformed and transfected host cells is separated from the cell material, and the presence of dimerized polypeptide fusions or secreted receptor analogs is demonstrated. A preferred method of detecting receptor analogs, for example, is by the binding of the receptors or portions of receptors to a receptor-specific antibody. An anti-receptor antibody may be a monoclonal or polyclonal antibody raised against the receptor in question, for example, an anti-PDGF receptor monoclonal antibody may be used to assay for the presence of PDGF receptor analogs. Another antibody, which may be used for detecting substance P-tagged peptides and proteins, is a commercially available rat anti-substance P monoclonal antibody which may be utilized to visualize peptides or proteins that are fused to the C-terminal amino acids of substance P. Ligand binding assays may also be used to detect the presence of receptor analogs. In the case of PDGF receptor analogs, it is preferable to use fetal foreskin fibroblasts, which express PDGF receptors, to compete against the PDGF receptor analogs of the present invention for labeled PDGF and PDGF isoforms.

Assays for detection of secreted, biologically active peptide dimers and receptor analogs may include Western transfer, protein blot or colony filter. A Western transfer filter may be prepared using the method described by Towbin et al. (*Proc. Hatl. Acad. Sci. USA* 76: 4350–4354, 1979). Briefly, samples are electrophoresed in a sodium dodecyl-sulfate polyacrylamide gel. The proteins in the gel are electrophoretically transferred to nitrocellulose paper. Protein blot filters may be prepared by filtering supernatant samples or concentrates through nitrocellulose filters using, for example, a Minifold (Schleicher & Schuell, Keene, N.H.). Colony filters may be prepared by growing colonies on a nitrocellulose filter that has been laid across an appropriate growth medium. In this method, a solid medium is preferred. The cells are allowed to grow on the filters for at least 12 hours. The cells are removed from the filters by washing with an appropriate buffer that does not remove the proteins bound to the filters. A preferred buffer comprises 25 mM Tris-base, 19 mM glycine, pH 8.3, 20% methanol.

The dimerized polypeptide fusions and receptor analogs present on the Western transfer, protein blot or colony filters may be visualized by specific antibody binding using methods known in the art. For example, Towbin et al. (ibid.) describe the visualization of proteins immobilized on nitrocellulose filters with a specific antibody followed by a labeled second antibody, directed against the first antibody. Kits and reagents required for visualization are commercially available, for example, from Vector Laboratories, (Burlingame, Calif.), and Sigma Chemical Company (St. Louis, Mo.).

ZG 000035

6,018,026

**19**

Secreted, biologically active dimerized polypeptide fusions and receptor analogs may be isolated from the medium of host cells grown under conditions that allow the secretion of the biologically active dimerized polypeptide fusions and receptor analogs. The cell material is removed from the culture medium, and the biologically active dimerized polypeptide fusions and receptor analogs are isolated using isolation techniques known in the art. Suitable isolation techniques include precipitation and fractionation by a variety of chromatographic methods, including gel filtration, ion exchange chromatography and immunoaffinity chromatography. A particularly preferred purification method is immunoaffinity chromatography using an antibody directed against the receptor analog or dimerized polypeptide fusion. The antibody is preferably immobilized or attached to a solid support or substrate. A particularly preferred substrate is CNBr-activated Sepharose (Pharmacia LKB Technologies, Inc., Piscataway, N.J.). By this method, the medium is combined with the antibody/substrate under conditions that will allow binding to occur. The complex may be washed to remove unbound material, and the receptor analog or peptide dimer is released or eluted through the use of conditions unfavorable to complex formation. Particularly useful methods of elution include changes in pH, wherein the immobilized antibody has a high affinity for the ligand at a first pH and a reduced affinity at a second (higher or lower) pH; changes in concentration of certain chaotropic agents; or through the use of detergents.

The secreted PDGF receptor analogs of the present invention can be used within a variety of assays for detecting the presence of and/or conditions for native PDGF, PDGF isoforms or PDGF-like molecules. These assays will typically involve combining PDGF receptor analogs, which may be bound to a solid substrate such as polymeric microtiter plate wells, with a biological sample under conditions that permit the formation of receptor/ligand complexes. Screening assays for the detection of PDGF, PDGF isoforms or PDGF-like molecules will typically involve combining soluble PDGF receptor analogs with a biological sample and incubating the mixture with a PDGF isoform or mixture of PDGF isoforms bound to a solid substrate such as polymeric microtiter plates, under conditions that permit the formation of receptor/ligand complexes. Detection may be achieved through the use of a label attached to the receptor or through the use of a labeled antibody which is reactive with the receptor. Alternatively, the labeled antibody may be reactive with the ligand. A wide variety of labels may be utilized, such as radionuclides, fluorophores, enzymes and luminescers. Complexes may also be detected visually, i.e., in immunoprecipitation assays, which do not require the use of a label.

Secreted PDGF receptor analogs of the present invention may also be labeled with a radioisotope or other imaging agent and used for in vivo diagnostic purposes. Preferred radioisotope imaging agents include iodine-125 and technetium-99, with technetium-99 being particularly preferred. Methods for producing protein-isotope conjugates are well known in the art, and are described by, for example, Eckelman et al. (U.S. Pat. No. 4,652,440), Parker et al. (WO 87/05030) and Wilber et al. (EP 203,764). Alternatively, the secreted receptor analogs may be bound to spin label enhancers and used for magnetic resonance (MR) imaging. Suitable spin label enhancers include stable, sterically hindered, free radical compounds such as nitroxides. Methods for labeling ligands for MR imaging are disclosed by, for example, Coffman et al. (U.S. Pat. No. 4,656,026). For administration, the labeled receptor analogs are combined

**20**

with a pharmaceutically acceptable carrier or diluent, suchEs sterile saline or sterile water. Administration is preferably by bolus injection, preferably intravenously. These imaging agents are particularly useful in identifying the locations of atherosclerotic plaques, PDGF-producing tumors, and receptor-bound PDGF.

The secreted PDGF receptor analogs of the present invention may also be utilized within diagnostic kits. Briefly, the subject receptor analogs are preferably provided in a lyophilized form or immobilized onto the walls of a suitable container, either alone or in conjunction with antibodies capable of binding to native PDGF or selected PDGF isoform(s) or specific ligands. The antibodies, which may be conjugated to a label or unconjugated, are generally included in the kits with suitable buffers, such as phosphate, stabilizers, inert proteins or the like. Generally, these materials are present in less than 5% weight based upon the amount of binding to native PDGF receptor analog, and are usually present in an amount of at least about 0.001% weight. It may also be desirable to include an inert excipient to dilute the active ingredients. Such an excipient may be present from about 1% to 99% weight of the total composition. In addition, the kits will typically include other standard reagents, instructions and, depending upon the nature of the label involved, reactants that are required to produce a detectable product. Where an antibody capable of binding to the receptor or receptor/ligand complex is employed, this antibody will usually be provided in a separate vial. The antibody is typically conjugated to a label and formulated in an analogous manner with the formulations briefly described above. The diagnostic kits, including the containers, may be produced and packaged using conventional kit manufacturing procedures.

As noted above, the secreted PDGF receptor analogs of the present invention may be utilized within methods for purifying PDGF from a variety of samples. Within a preferred method, the secreted PDGF receptor analogs are immobilized or attached to a substrate or support material, such as polymeric tubes, beads, polysaccharide particulates, polysaccharide-containing materials, polyacrylamide or other water insoluble polymeric materials. Methods for immobilization are well known in the art (Mosbach et al., U.S. Pat. No. 4,415,665; Clarke et al., *Meth. Enzymology* : 436–442, 1979). A common method of immobilization is CNBr activation. Activated substrates are commercially available from a number of suppliers, including Pharmacia (Piscataway, N.J.), Pierce chemical Co. (Rockford, Ill.) and Bio-Rad Laboratories (Richmond, Calif.). A preferred substrate is CNBr-activated Sepharose (Pharmacia, Piscataway, N.J.). Generally, the substrate/receptor analog complex will be in the form of a column. The sample is then combined with the immobilized receptor analog under conditions that allow binding to occur. The substrate with immobilized receptor analog is first equilibrated with a buffer solution of a composition in which the receptor analog has been previously found to bind its ligand. The sample, in the solution used for equilibration, is then applied to the substrate/receptor analog complex. Where the complex is in the form of a column, it is preferred that the sample be passed over the column two or more times to permit full binding of ligand to receptor analog. The complex is then washed with the same solution to elute unbound material. In addition, a second wash solution may be used to minimize nonspecific binding. The bound material may then be released or eluted through the use of conditions unfavorable to complex formation. Particularly useful methods include changes in pH, wherein the immobilized receptor has a high affinity for

ZG 000036

6,018,026

21

PDGF at a first pH and reduced affinity at a second (higher or lower) pH; changes in concentration of certain chaotropic agents; or through the use of detergents.

The secreted PDGF receptor analogs fused to dimerizing proteins of the present invention may be used in pharmaceutical compositions for topical or intravenous application. The secreted PDGF receptor analogs of the present invention may be useful in the treatment of atherosclerosis by, for example, binding endogenous PDGF to prevent smooth muscle cell proliferation. The PDGF receptor analogs fused to dimerizing proteins are used in combination with a physiologically acceptable carrier or diluent. Preferred carriers and diluents include saline and sterile water. Pharmaceutical compositions may also contain stabilizers and adjuvants. The resulting aqueous solutions may be packaged for use or filtered under aseptic conditions and lyophilized, the lyophilized preparation being combined with a sterile aqueous solution prior to administration.

The following examples are offered by way of illustration and not by way of limitation.

EXAMPLES

Enzymes, including restriction enzymes, DNA polymerase I (Klenow fragment), T4 DNA polymerase, T4 DNA ligase and T4 polynucleotide kinase, were obtained from New England Biolabs (Beverly, Mass.), GIBCO-BRL (Gaithersburg, Md.) and Boerhinger-Mannheim Biochemicals (Indianapolis, Ind.) and were used as directed by the manufacturer or as described in Maniatis et al. (*Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor Laboratory, NY, 1982) and Sambrook et al. (*Molecular Cloning: A Laboratory Manual*/Second Edition, Cold Spring Harbor Laboratory, NY, 1989).

Example 1

Cloning PDGF Receptor cDNAs

A. Cloning the PDGF β-Receptor

A cDNA encoding the PDGF β-receptor was cloned as follows. Complementary DNA (cDNA) libraries were prepared from poly(A) RNA from diploid human dermal fibroblast cells, prepared by explant from a normal adult, essentially as described by Hagen et al. (*Proc. Natl. Acad. Sci. USA* 83: 2412–2416, 1986). Briefly, the poly(A) RNA was primed with oligo d(T) and cloned into λgt11 using Eco RI linkers. The random primed library was screened for the presence of human PDGF receptor cDNA's using three oligonucleotide probes complementary to sequences of the mouse PDGF receptor (Yarden et al., *Nature* 323: 226–232, 1986). Approximately one million phage from the random primed human fibroblast cell library were screened using oligonucleotides ZC904, ZC905 and ZC906 (Table 1; Sequence ID Numbers 5, 6 and 7, respectively). Eight positive clones were identified and plaque purified. Two clones, designated RP41 and RP51, were selected for further analysis by restriction enzyme mapping and DNA sequence analysis. RP51 was found to contain 356 bp of 5'-noncoding sequence, the ATG translation initiation codon and 738 bp of the amino terminal coding sequence. RP41 was found to overlap clone RP51 and contained 2649 bp encoding amino acids 43–925 of the β-receptor protein.

22

TABLE 1

Oligonucleotide Sequences

ZC871 (Sequence ID Number 3)
5' CTC TCT TCC TCA GGT AAA TGA GTG CCA GGG CCG GCA
AGC CCC CGC TCC 3'

ZC872 (Sequence ID Number 4)
5' CCG GGG AGC GGG GGC TTG CCG GCC CTG GCA CTC ATT
TAC CTG AGG AAG AGA CAG CT 3'

ZC904 (Sequence ID Number 5)
5' CAT GGG CAC GTA ATC TAT AGA TTC ATC CTT GCT CAT
ATC CAT GTA 3'

ZC905 (Sequence ID Number 6)
5' TCT TGC CAG GGC ACC TGG GAC ATC TGT TCC CAC ATC
ACC GG 3'

ZC906 (Sequence ID Number 7)
5' AAG CTG TCC TCT GCT TCA GCC AGA GGT CCT GGG CAG
CC 3'

ZC1380 (Sequence ID Number 8)
5' CAT GGT GGA ATT CCT GCT GAT 3'

ZC1447 (Sequence ID Number 9)
5' TG GTT GTG CAG AGC TGA AGA AGA GAT GGA 3'

ZC1453 (Sequence ID Number 10)
5' AAT TCA TTA TGT TGT TGC AAG CCT TCT TGT TCC TGC
TAG CTG GTT TCG CTG TTA A 3'

ZC1454 (Sequence ID Number 11)
5' GAT CTT AAC AGC GAA ACC AGC TAG CAG GAA CAA GAA
GGC TTG CAA CAT AAT G 3'

ZC1478 (Sequence ID Number 12)
5' ATC GCG AGC ATG CAG ATC TGA 3'

ZC1479 (Sequence ID Number 13)
5' AGC TTC AGA TCT GCA TGC TGC CGA T 3'

ZC1776 (Sequence ID Number 14)
5' AGC TGA GCG CAA ATG TTG TGT CGA GTG CCC ACC GTG
CCC AGC TTA GAA TTC T 3'

ZC1777 (Sequence ID Number 15)
5' CTA GAG AAT TCT AAG CTG GGC ACG GTG GGC ACT CGA
CAC AAC ATT TGC GCT C 3'

ZC1846 (Sequence ID Number 16)
5' GAT CGG CCA CTG TCG GTG CGC TGC ACG CTG CGC AAC
GCT GTG GGC CAG CAC ACG CAG GGC GTC ATC GTG GTG
CCA CAC TCC TTG CCC TTT AAG CA 3'

ZC1847 (Sequence ID Number 17)
5' AGC TTG CTT AAA GGG CAA GGA GTG TGG CAC CAC GAT
GAC CTC CTG CGT GTC CTG CCC CAC AGC GTT GCG CAG
CGT GCA GCG CAC CGA CAG TGG CC 3'

ZC1886 (Sequence ID Number 18)
5' CCA GTG CCA AGC TTG TCT AGA CTT ACC TTT AAA GGG
CAA GGA G 3'

ZC1892 (Sequence ID Number 19)
5' AGC TTG AGC GT 3'

ZC1893 (Sequence ID Number 20)
5' CTA GAC GCT CA 3'

ZC1894 (Sequence ID Number 21)
5' AGC TTC CAG TTC TTC GGC CTC ATG TCA GTT CTT CGG
CCT CAT GTG AT 3'

ZC1895 (Sequence ID Number 22)
5' CTA GAT CAC ATG AGG CCG AAG AAC TGA CAT GAG GCC
GAA GAA CTG GA 3'

ZC2181 (Sequence ID Number 23)

6,018,026

23

TABLE 1-continued

Oligonucleotide Sequences

5' AAT TCG GAT CCA CCA TGG GCA CCA GCC ACC CGG CGT
TCC TGG TGT TAG GCT GCC TGC TGA CCG GCC 3'

ZC2182 (Sequence ID Number 24)
5' TGA GCC TGA TCC TGT GCC AAC TGA GCC TGC CAT CGA
TCC TGC CAA ACG AGA ACG AGA AGG TTG TGC AGC TA 3'

ZC2183 (Sequence ID Number 25)
5' AAT TTA GCT GCA CAA CCT TCT CGT TCT CGT TTG GCA
GGA TCG ATG GCA GGC TCA GTT GGC ACA GGA TCA 3'

ZC2184 (Sequence ID Number 26)
5' GGC TCA GGC CGG TCA GCA GGC AGC CTA ACA CCA GGA
ACG CCG GGT GGC TGG TGC CCA TGG TGG ATC CG 3'

ZC2311 (Sequence ID Number 27)
5' TGA TCA CCA TGG CTC AAC TG 3'

ZC2351 (Sequence ID Number 28)
5' CGA ATT CCA C 3'

ZC2352 (Sequence ID Number 29)
5' CAT GGT GGA ATT CGA AGCT 3'

ZC2392 (Sequence ID Number 30)
5' ACG TAA GCT TGT CTA GAC TTA CCT TCA GAA CGC AGG
GTG GG 3'

The 3'-end of the CDNA was not isolated in the first cloning and was subsequently isolated by screening $6\times10^5$ phage of the oligo d(T)-primed CDNA library with a 630 bp Sst I-Eco RI fragment derived from the 3'-end of clone RP41. One isolate, designated TO91, was further analyzed by restriction enzyme mapping and DNA sequencing. This clone was found to comprise the 3'-end of the receptor coding region and 1986 bp of 3' untranslated sequence.

Clones RP51, RP41 and TO91 were ligated together to construct a full-length CDNA encoding the entire PDGF β-receptor. RP41 was digested with Acc I and Bam HI to isolate the 2.12 kb fragment. RP51 was digested with Eco RI and Acc I to isolate the 982 bp fragment. The 2.12 kb RP41 fragment and the 982 bp RP51 fragment were joined in a three-part ligation with pUC13, which had been linearized by digestion with Eco RI and Bam HI. The resultant plasmid was designated 51/41. Plasmid 51/41 was digested with Eco RI and Bam HI to isolate the 3 kb fragment comprising the partial PDGF receptor cDNA. OT91 was digested with Bam HI and Xba I to isolate the 1.4 kb fragment containing the 3' portion of the PDGF receptor cDNA. The Eco RI-Bam HI 51/41 fragment, the Bam HI-Xba I TO91 fragment and the Eco RI-Xba I digested pUC13 were joined in a three-part ligation. The resultant plasmid was designated pR-RX1 (FIG. 2).

B. Cloning the PDGF-α Receptor

A cDNA encoding the PDGF α-receptor was cloned as follows. RNA was prepared by the method of Chirgwin et al. (Biochemistry 18: 5294, 1979) and twice purified on oligo d(T) cellulose to yield poly(A)+RNA. Complementary DNA was prepared in λgt10 phage using a kit purchased from Invitrogen (San Diego, CA). The resulting λ phage DNA was packaged with a coat particle mixture from Stratagene Cloning Systems (La Jolla, Calif.), infected into E. coli strain C600 Hfl⁻ and titered.

Approximately $1.4\times10^6$ phage recombinants were plated to produce plaques for screening. Nitrocellulose filter lifts were prepared according to standard methods and were hybridized to a radiolabeled PDGF β-receptor DNA fragment (Gronwald et al., ibid.) comprising the 1.9 kb Fsp

24

I-Hind III fragment that encodes the transmembrane and cytoplasmic domains of the PDGF β-receptor cDNA. Hybridization was performed for 36 hours at 42° C. in a mixture containing 40% formamide, 5xSSCP (SSC containing 25 mM phosphate buffer, pH 6.5), 200 μg/ml denatured salmon sperm DNA, 3xDenhardt's, and 10% dextran sulfate. Following hybridization, the filters were washed extensively at room temperature in 2xSSC, then for 15 minutes at 47-48° C. Following an exposure to X-ray film, the filters were treated to increasingly stringent wash conditions followed by film recording until a final wash with 0.1xSSC at 65° C. was reached. Film analysis showed that a "family" of plaques that hybridized at lower wash stringency but not at the highest stringency. This "family" was selected for further analysis.

Two λ phage clones from the "family" obtained from the initial screening were subcloned into the Not I site of the pUCtype plasmid vector pBluescript SK⁺ (obtained from Stratagene Cloning Systems, La Jolla, Calif.) and were analyzed by restriction mapping and sequence analysis. Restriction enzyme analysis of a phage clone, designated α1-1, revealed a restriction fragment pattern dissimilar from that of the PDGF β-receptor CDNA with the exception of a common Bgl II-Bgl II band of approximately 160 bp. The PDGF β-receptor cDNA contains two similarly spaced Bgl II sites within the region coding for the second tyrosine kinase domain.

Restriction analysis of a second plasmid subclone (designated α1-7) revealed an overlap of the Not I approximately 1.2 kb of clone α1-1, and an additional approximately 2.2 kb of sequence extending in the 5' direction. Sequence analysis revealed that the 3' end of this clone encodes the second tyrosine kinase domain, which contains regions of near sequence identity to the corresponding regions in the PDGF β-receptor. The 5' end of clone α1-7 contained non-receptor sequences. Two additional β-receptor clones were obtained by probing with α1-1 sequences. Clone α1-1 was digested with Not I and Spe I, and a 230 bp fragment was recovered. Clone α1-1 was also digested with Bam HI and Not I, and a 550 bp fragment was recovered. A clone that hybridized to the 230 bp probe was designated α5-1. This clone contained the 5'-most coding sequence for the PDGF α-receptor. Another clone, designated α6-3, hybridized to the 550 bp probe and was found to contain 3' coding and non-coding sequences, including the poly(A) tail.

Clone α1-1 was radiolabeled ($^{32}$p) and used to probe a northern blot (Thomas, Methods Enzymol, 100: 255–265, 1983) of the MG-63 poly(A)+RNA used to prepare the cDNA library. A single band of approximately 6.6 kb was observed. RNA prepared from receptor-positive cell lines including the human fibroblast SK4, WI-38 and 7573 cell lines; the mouse fibroblast line DI 3T3; the U2-OS human osteosarcoma cell line and baboon aortic smooth muscle cells, and RNA prepared from receptor-negative lines including A431 (an epithelial cell line) and VA 13 (SV40-transformed WI-38 cells) were probed by northern format with the α1-1 cDNA. In all cases, the amount of the 6.6 kb band detected in these RNA correlated well with the relative levels of α-receptor detected on the respective cell surfaces. The 6.6 kb RNA was not detected in RNA prepared from any tested cell line of hematopoietic origin, in agreement with a lack of PDGF α-receptor protein detected on these cell types.

Clones α1-1 and and α1-7 were joined at a unique Pst I site in the region encoding the transmembrane portion of the receptor. Clone α1-1 was digested with Xba I and Pst I and

ZG 000038

6,018,026

25

the receptor sequence fragment was recovered. Clone αl-7 was digested with Pst I and Bam HI and the receptor fragment was recovered. The two fragments were ligated with Xba I+Bam HI-digested pIC19R (Marsh et al. *Gene* 32: 481–486, 1984) to construct plasmid pαl7R (FIG. 12).

The remainder of the 5≡-most α-receptor sequence was obtained from clone α5-1 as an Sst I-Cla I fragment. This fragment was joined to the Eco RI-Sst I receptor fragment of pαl7R and cloned into Eco RI+Cla I-digested pBluescript SK+plasmid to construct plasmid pαl7B (FIG. 12). FIGS. 11A–11D (Sequence ID Numbers 35 and 36) shows the nucleotide sequence and deduced amino acid sequence of the cDNA present in pαl7B.

Example 2

Construction of a SUC2 Signal Sequence-PDGF β-Receptor Fusion

To direct the PDGF β-receptor into the yeast secretory pathway, the PDGF β-receptor cDNA was joined to a sequence encoding the *Saccharomyces cerevisiae* SUC2 signal sequence. Oligonucleotides ZC1453 and ZC1454 (Sequence ID Numbers 10 and 11; Table 1) were designed to form an adapter encoding the SUC2 secretory signal flanked by a 5' Eco RI adhesive end and a 3' Bgl II adhesive end. ZC1453 and ZC1454 were annealed under conditions described by Maniatis et al. (ibid.). Plasmid pR-RX1 was digested with Bgl II and Sst II to isolate the 1.7 kb fragment comprising the PDGF β-receptor coding sequence from amino acids 28 to 596. Plasmid pR-RX1 was also cut with Sst II and Hind III to isolate the 1.7 kb fragment comprising the coding sequence from amino acids 597 through the translation termination codon and 124 bp of 3' untranslated DNA. The two 1.7 kb pR-RX1 fragments and the ZC1453/ZC1454 adapter were joined with pUC19, which had been linearized by digestion with Eco RI and Hind III. The resultant plasmid, comprising the SUC2 signal sequence fused in-frame with the PDGF β-receptor cDNA, was designated pBTL10 (FIG. 2).

Example 3

Construction of pCBS22

The BAR1 gene product, Barrier, is an exported protein that has been shown to have three domains. When used in conjunction with a first signal sequence, the third domain of Barrier protein has been shown to aid in the secretion of proteins into the medium (MacKay et al., U.S. patent application Ser. No. 104,316).

The portion of the BAR1 gene encoding the third domain of Barrier was joined to a sequence encoding the C-terminal portion of substance P (subP; Munro and Pelham, *EMBO J.* 3: 3087–3093, 1984). The presence of the substance P amino acids on the terminus of the fusion protein allowed the protein to be detected using commercially available anti-substance P antibodies. Plasmid pZV9 (deposited as a transformant in *E. coli* strain RR1, ATCC accession no. 53283), comprising the entire BAR2 coding region and its associated flanking regions, was cut with Sal I and Bam HI to isolate the 1.3 kb BAR1 fragment. This fragment was subcloned into pUC13, which had been cut with Sal I and Bam HI, to generate the plasmid designated pZV17. Plasmid pZV17 was digested with Eco RI to remove the 3'-most 0.5 kb of the BAR1 coding region. The vector-BAR1 fragment was religated to create the plasmid designated pJH66 (FIG. 3). Plasmid pJH66 was linearized with Eco RI and blunt-ended

26

with DNA polymerase I (Klenow fragment). Kinased Bam HI linkers (5'CCG GAT CCG G 3') were added and excess linkers were removed by digestion with Bam HI before religation. The resultant plasmid was designated pSW8 (FIG. 3).

Plasmid pSW81, comprising the TPI1 promoter, the BAR1 coding region fused to the coding region of the C-terminal portion of substance P (Munro and Pelham, *EMBO J.* 3: 3087–3093, 1984) and the TPI1 terminator, was derived from pSW8. Plasmid pSW8 was cut with Sal I and Bam HI to isolate the 824 bp fragment encoding amino acids 252 through 526 of BAR1. Plasmid pPM2, containing the synthetic oligonucleotide sequence encoding the dimer form of the C-terminal portion of substance P (subP) in M13mp8, was obtained from Hugh Pelham (MRC Laboratory of Molecular Biology, Cambridge, England). Plasmid pPM2 was linearized by digestion with Bam HI and Sal I and ligated with the 824 bp BAR1 fragment from pSW8. The resultant plasmid, pSW14, was digested with Sal I and Sma I to isolate the 871 bp BAR1-substance P fragment. Plasmid pSW16, comprising a fragment of BAR1 encoding amino acids 1 through 250, was cut with Xba I and Sal I to isolate the 767 bp BAR1 fragment. This fragment was ligated with the 871 bp BAR1-substance P fragment in a three-part ligation with pUC18 cut with Xba I and Sma I. The resultant plasmid, designated pSW15, was digested with Xba I and Sma I to isolate the 1.64 kb BAR1-substance P fragment. The ADH1 promoter was obtained from pRL029. Plasmid pRL029, comprising the ADH1 promoter and the BAR1 5' region encoding amino acids 1 to 33 in pUC18, -was digested with Sph I and Xba I to isolate the 0.42 kb ADH1 promoter fragment. The TPI1 terminator (Alber and Kawasaki, ibid.) was provided as a linearized fragment containing the TPI1 terminator and pUC18 with a Klenow-filled Xba I end and an Sph I end. This fragment was ligated with the 0.42 kb ADH1 promoter fragment and the 1.64 kb BAR1-substance P fragment in a three-part ligation to produce plasmid pSW22.

The ADH1 promoter and the coding region of BAR1, from the translation initiation ATG through the Eco RV site present in pSW22, were removed by digestion with Hind III and Eco RV. The 3.9 kb vector fragment, comprising the 401 bp between the Eco RV and the TPI1 terminator, was isolated by gel electrophoresis. Oligonucleotide ZC1478 (Sequence ID Number 12; Table 1) was kinased and annealed with oligonucleotide ZC1479 (Sequence ID Number 13; Table 1) using conditions described by Maniatis et al. (ibid.). The annealed oligonucleotides formed an adapter comprising a Hind III adhesive end and an Sph I end, and a polylinker encoding Bgl II, Sph I, Nru I and Eco RV restriction sites. The ZC1479/ZC1478 adapter was ligated with the gel-purified pSW22 fragment. The resultant plasmid was designated pCBS22 (FIG. 3).

Example 4

Construction of pBTL13

In order to enhance the secretion of the β-receptor and facilitate the identification of the secreted protein, a sequence encoding the third domain of BAR1 fused to the C-terminal amino acids of substance P was fused in frame with the 5' 1240 bp of the PDGF β-receptor. Plasmid pBTL10 (Example 2) was digested with Sph I and Sst I to isolate the 4 kb fragment comprising the SUC2 signal sequence, a portion of the PDGF β-receptor cDNA and the pUC19 vector sequences. Plasmid pCBS22 was digested with Sph I and Sst I to isolate the 1.2 kb fragment compris-

ZG 000039

6,018,026

**27**

ing the BAR1-subp fusion and the TPI1 terminator. These two fragments were ligated, and the resultant plasmid was designated pBTL13 (FIG. 4).

Example 5

Construction of an Expression Vector Encoding the Entire PDGF β-Receptor

The entire PDGF β-receptor was directed into the secretory pathway by fusing a SUC2 signal sequence to the 5' end of the PDGF β-receptor coding sequence. This fusion was placed behind the TPIL promoter and inserted into the vector YEp13 for expression in yeast.

The TPI1 promoter was obtained from plasmid pTPIC10 (Alber and Kawasaki, *J. Mol. Appl. Genet.* 1: 410–434, 1982), and plasmid pFATPOT (Kawasaki and Bell, EP 171,142; ATCC 20699). Plasmid pTPIC10 was cut at the unique Kpn I site, the TPI1 coding region was removed with Bal-31 exonuclease, and an Eco RI linker (sequence: GGA ATT CC) was added to the 3' end of the promoter. Digestion with Bgl II and Eco RI yielded a TPI1 promoter fragment having Bgl II and Eco RI sticky ends. This fragment was then joined to plasmid YRp7' (Stinchcomb et al., *Nature* 282: 39–43, 1979) that had been cut with Bgl II and Eco RI (partial). The resulting plasmid, TE32, was cleaved with Eco RI (partial) and Bam HI to remove a portion of the tetracycline resistance gene. The linearized plasmid was then recirculated by the addition of an Eco RI-Bam HI linker to produce plasmid TEA32. Plasmid TEA32 was digested with Bgl II and Eco RI, and the 900 bp partial TPI1 promoter fragment was gel-purified. Plasmid pIC19H (Marsh et al., *Gene* 32:481–486, 1984) was cut with Bgl II and Eco RI and the vector fragment was gel purified. The TPI1 promoter fragment was then ligated to the linearized pIC19H and the mixture was used to transform *E. coli* RR1. Plasmid DNA was prepared and screened for the presence of a ~900 bp Bgl II-Eco RI fragment. A correct plasmid was selected and designated PICTPIP.

The TPI1 promoter was then subcloned to place convenient restriction sites at its ends. Plasmid pIC7 (Marsh et al., ibid.) was digested with Eco RI, the fragment ends were blunted with DNA polymerase I (Klenow fragment), and the linear DNA was recircularized using T4 DNA ligase. The resulting plasmid was used to transform *E. coli* RR1. Plasmid DNA was prepared from the transformants and was screened for the loss of the Eco RI site. A plasmid having the correct restriction pattern was designated pIC7RI*. Plasmid pIC7RI* was digested with Hind III and Nar I, and the 2500 bp fragment was gel-purified. The partial TPI1 promoter fragment (ca. 900 bp) was removed from pICTPIP using Nar I and Sph I and was gel-purified. The remainder of the TPI1 promoter was obtained from plasmid pFATPOT by digesting the plasmid with Sph I and Hind III, and a 1750 bp fragment, which included a portion of the TPI1 promoter fragment from PICTPIP, and the fragment from pFATPOT were then combined in a triple ligation to produce pMVR1 (FIG. 2).

The TPI1 promoter was then joined to the SUC2-PDGF β-receptor fusion. Plasmid PBTL10 (Example 2) was digested with Eco RI and Hind III to isolate the 3.4 kb fragment comprising the SUC2 signal sequence and the entire PDGF β-receptor coding region. Plasmid pMVR1 was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. The TPI1 promoter fragment and the fragment derived from pBTL10 were joined with YEp13, which had been linearized by digestion with Bam HI and Hind III, in a three-part ligation. The resultant plasmid was designated pBTL12 (FIG. 2).

**28**

Example 6

Construction of an Expression Vector Encoding the 5' Extracellular Portion of the PDGF β-Receptor

The extracellular portion of the PDGF β-receptor was directed into the secretory pathway by fusing the secretory sequence to the SUC2 signal sequence. This fusion was placed in an expression vector behind the TPI1 promoter. Plasmid pBTL10 (Example 2) was digested with Eco RI and Sph I to isolate the approximately 1.3 kb fragment comprising the SUC2 signal sequence and the PDGF β-receptor extracellular domain coding sequence. Plasmid pMVR1 (Example 5) was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. The TPI1 promoter fragment was joined with the fragment derived from pBTL10 and YEp13, which had been linearized by digestion with Bam HI and Sph I, in a three-part ligation. The resultant plasmid was designated pBTL13 (FIG. 2).

Example 7

Construction of Yeast Expression Vectors pBTL14 and pBTL15, and The Expression of PDGF β-Receptor-BAR1-subP

Fusions

A. Construction of pBTL14

The SUC2-PDGFβ-R fusion was joined with the third domain of BAR1 to enhance the secretion of the receptor, and the expression unit was cloned into a derivative of YEp13 termed pJH50. YEp13 was modified to destroy the Sal I site near the LEU2 gene. This was achieved by partially digesting YEp13 with Sal I followed by a complete digestion with Xho I. The 2.0 kb Xho I-Sal I fragment comprising the LEU2 gene and the 8.0 kb linear YEp13 vector fragment were isolated and ligated together. The ligation mixture was transformed into *E. coli* strain RR1. DNA was prepared from the transformants and was analyzed by digestion with Sal I and Xho I. A clone was isolated which showed a single Sal I site and an inactive Xho I site indicating that the LEU2 fragment had inserted in the opposite orientation relative to the parent plasmid YEp13. The plasmid was designated pJH50.

Referring to FIG. 4, plasmid pBTL12 (Example 5) was digested with Sal I and Pst I to isolate the 2.15 kb fragment comprising 270 bp of YEp13 vector sequence, the TPI1 promoter, the SUC2 signal sequence, and 927 bp of PDGF β-receptor cDNA. Plasmid pBTL13 (Example 4) was digested with Pst I and Hind III to isolate the 1.48 kb fragment comprising 313 bp of PDGF β-receptor cDNA, the BAR1-subP fusion and the TPI1 terminator. The fragments derived from pBTL12 and pBTL13 were joined with pJH50, which had been linearized by digestion with Hind III and Sal I, in a three-part ligation. The resultant plasmid was designated pBTL14.

B. Construction of pBTL15

Referring to FIG. 5, a yeast expression vector was constructed comprising the TPI1 promoter, the SUC2 signal sequence, 1.45 kb of PDGF β-receptor cDNA sequence fused to the BAR1-subP fusion and the TPI1 terminator. Plasmid pBTL12 (Example 5) was digested with Sal I and Fsp I to isolate the 2.7 kb fragment comprising the TPI1 promoter, the SUC2 signal sequence, the PDGFβ-R coding sequence, and 270 bp of YEp13 vector sequence. Plasmid pBTL13 (Example 4) was digested with Nrn I and Hind III to isolate the 1.4 kb fragment comprising the BAR1-subP fusion, the TPI1 terminator and 209 bp of 3' PDGF β-receptor cDNA sequence. The fragments derived from

ZG 000040

# EXHIBIT 2
# PART 2

6,018,026

<div style="columns:2">

**29**

pBTL12 and pBTL13 were joined in a three-part ligation with pJH50, which had been linearized by digestion with Hind III and Sal I. The resultant plasmid was designated pBTL15.

C. Expression of PDGFβ-R-subP Fusions from pBTL14 and pBTL15

Yeast expression vectors pBTL14 and pBTL15 were transformed into Saccharomyces cerevisiae strains ZY100 (MATa leu2-3,112 ade2-101 suc2-Δ9 ca12 pep4::TPI1prom-CAT) and ZY400 (MATa leu2-3,112 ade2-101 suc2-Δ9 gal2 pep4::TPI1rom-CAT Δmmn9::URA3). Transformations were carried out using the method essentially described by Beggs (ibid.). Transformants were selected for their ability to grow on –LEUDS (Table 2).

TABLE 2

Media Recipes

–LeuThrTrp Amino Acid Mixture

4 g adenine
3 g L-arginine
5 g L-aspartic acid
2 g L-histidine free base
6 g L-isoleucine
4 g L-lysine-mono hydrochloride
2 g L-methionine
6 g L-phenylalanine
5 g L-serine
5 g L-tyrosine
4 g uracil
6 g L-valine

Mix all the ingredients and grind with a mortar and pestle until the mixture is finely ground.

–LEUDS

20 g glucose
6.7 g Yeast Nitrogen Base without amino acids (DIFCO Laboratories Detroit, Mich.)
0.6 g –LeuThrTrp Amino Acid Mixture
182.2 g sorbitol
18 g Agar

Mix all the ingredients in distilled water. Add distilled water to a final volume of 1 liter. Autoclave 15 minutes. After autoclaving add 150 mg L-threonine and 40 mg L-tryptophan. Pour plates and allow to solidify.

–LEUDS+sodium succinate, pH 6.5

20 g Yeast Nitrogen Base without amino acids
0.6 g –LeuTrpThr Amino Acid Mixture
182.2 g sorbitol
11.8 g succinic acid

Mix all ingredients in distilled water to a final volume of 1 liter. Adjust the pH of the solution to pH 6.5. Autoclave 15 minutes. After autoclaving add 150 mg L-threonine and 40 mg L-tryptophan.

Fermentation Medium

7 g/l yeast nitrogen base without amino acids or ammonium sulfate (DIFCO Laboratories)
0.6 g/l ammonium sulfate
0.5 M sorbitol
0.39 g/l adenine sulfate
0.01% polypropylene glycol

Mix all ingredients in distilled water. Autoclave 15 minutes. Add 80 ml 50% glucose for each liter of medium.

Super Synthetic –LEUD, pH 6.5 [liquid or solid medium]

6.7 g Yeast Nitrogen Base without amino acids or ammonium sulfate (DIFCO)

**30**

6 g ammonium sulfate
160 g adenine
0.6 g –LeuThrTrp Amino Acid Mixture
20 g glucose
11.8g succinic acid

Mix all ingredients and add distilled water to a final volume of 800 ml. Adjust the pH of the solution to pH 6.4. Autoclave 15 minutes. For solid medium, add 18 g agar before autoclaving, autoclave and pour plates.

Super Synthetic –LEUDS, pH 6.4, (liquid or solid medium)

Use the same recipe as Super Synthetic –LEUD, pH 6.4, but add 182.2 g sorbitol before autoclaving.

YEPD

20 g glucose
20 g Bacto Peptone (DIFCO Laboratories)
10 g Bacto Yeast Extract (DIFCO Labloratories)
18 g agar
4 ml adenine 1%
8 ml 1% L-leucine

Mix all ingredients in distilled water, and bring to a final volume of 1 liter. Autoclave 25 minutes and pour plates.

The transformants were assayed for binding to an anti-PDGF β-receptor monoclonal antibody (PR7212) or an anti-substance P antibody by protein blot assay. ZY100 [pBTL14] and ZY100[pBTL15] transformants were grown overnight at 30° C. in 5 ml Super Synthetic -LEUD, pH 6.4 (Table 2). ZY400[pBTL14] and ZY400[pBTL15] transformants were grown overnight at 30° C. in 5 ml Super Synthetic-LEUDS, pH 6.4 (Table 2). The cultures were pelleted by centrifugation and the supernatants were assayed for the presence of secreted PDGF β-receptor anlogs by protein blot assay using methods described in Example 18. Results of assays using PR7212 are shown in Table 3.

TABLE 3

Results of a protein blot probed with PR7212.

| Transformant | |
|---|---|
| ZY100[pBTL14] | + |
| ZY400[pBTL14] | ++ |
| ZY100[pBTL15] | + |
| ZY400[pBTL15] | + |

Example 8

Construction of a SUC2-PDGFβ-R Fusion Comprising the Complete PDGFβ-R Extracellular Domain

A. Construction of pBTL22

The PDGFβ-R coding sequence present in pBTL10 was modified to delete the coding region 3' to the extracellular PDGFβ-R domain. As shown in FIG. 6, plasmid pBTL10 was digested with Sph I and Bam HI and with Sph I and Sst II to isolate the 4.77 kb fragment and the 466 bp fragment, respectively. The 466 bp fragment was then digested with Sau 3A to isolate the 0.17 kb fragment. The 0.17 kb fragment and the 4.77 kb were joined by ligation. The resultant plasmid was designated pBTL21.

Plasmid pBTL21, containing a Bam HI site that was regenerated by the ligation of the Bam HI and Sau 3A sites, was digested with Hind III and Bam HI to isolate the 4.2 kb fragment. Synthetic oligonucleotides ZC1846 (Sequence ID Number 16; Table 1) and ZC1847 (Sequence ID Number 17; Table 1) were designed to form an adapter encoding the

</div>

6,018,026

<table>
<tr><td>31</td><td>32</td></tr>
</table>

PDGFβ-R from the Sau 3A site after bp 1856 (FIG. 1B; Sequence ID Number 1)) to the end of the extracellular domain at 1958 bp (FIG. 1B; Sequence ID Number 1), having a 5' Bam HI adhesive end that destroys the Bam HI site and a 3' Hind III adhesive end. oligonucleotides ZC1846 and ZC1847 were annealed under conditions described by Maniatis et. al. (ibid.). The 4.2 pBTL21 fragment and the ZC1846/ZC1847 adapter were joined by ligation. The resultant plasmid, designated pBTL22, comprises the SUC2 signal sequence fused in proper reading frame to the extracellular domain of PDGFβ-R in the vector pUC19 (FIG. 6).

B. Construction of pBTL28

An in-frame translation stop codon was inserted immediately after the coding region of the PDGFβ-R pBTL22 using oligonucleotides ZC1892 (Sequence ID Number 19; Table 1) and ZC1893 (Sequence ID Number 20; Table 1). These oligonucleotides were designed to form an adapter encoding a stop codon in-frame with the PDGFβ-R coding sequence from pBTL22 flanked by a 5' Hind III adhesive end and a 3' Xba I adhesive end. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.6 kb SUC2-PDGFβ-R R fragment. Plasmid pMVR1 was digested with Eco RI and Xba I to isolate the 3.68 kb fragment comprising the TPI1 promoter, pIC7RI* vector sequences and the TPI1 terminator. Oligonucleotides ZC1892 and ZC1B93 were annealed to form a Hind III-Xba I adapter. The 1.6 kb SUC2-PDGFβ-R fragment, the 3.86 kb pMVR1 fragment and the ZC1892/ZC1893 adapter were joined in a three-part ligation. The resultant plasmid was designated pBTL27.

The expression unit present in pBTL27 was inserted into the yeast expression vector pJH50 by first digesting pJH50 with Bam HI and Sal I to isolate the 10.3 kb vector fragment. Plasmid pBTL27 was digested with Bgl II and Eco RI and with Xho I and Eco RI to isolate the 0.9 kb TPI1 promoter fragment and the 1.65 kb fragment, respectively. The 10.3 kb pJH50 vector fragment, the 0.9 kb TPI1 promoter fragment and 1.65 kb fragment were joined in a three-part ligation. The resultant plasmid was designated pBTL28.

C. Construction of Plasmid pBTL30

The PDGFβ-R coding sequence present in plasmid pBTL22 was modified to encode the twelve C-terminal amino acids of substance P and an in-frame stop codon. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.6 kb SUC2-PDGFβ-R fragment. Plasmid pMVR1 was digested with Eco RI and Xba I to isolate the 3.68 kb fragment comprising the TPI1 promoter, pIC7RI* and the TPI1 terminator. Synthetic oligonucleotides ZC1894 (Sequence ID Number 21; Table 1) and ZC1895 (Sequence ID Number 22; Table 1) were annealed to form an adapter containing the codons for the twelve C-terminal amino acids of substance P followed by an in-frame stop codon and flanked on the 5' end with a Hind III adhesive end and on the 3' end with an Xba I adhesive end. The ZC1894/ZC1895 adapter, the 1.6 kb SUC2-PDGFβ-R fragment and the pMVR1 fragment were joined in a three-part ligation. The resultant plasmid, designated pBTL29, was digested with Eco RI and Xho I to isolate the 1.69 kb SUC2-PDGFβ-R-subP-TPI1 terminator fragment. Plasmid pBTL27 was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. Plasmid pJH50 was digested with Bam HI and Sal I to isolate the 10.3 kb vector fragment. The 1.69 kb pBTL29 fragment, the 0.9 kb TPI1 promoter fragment and the 10.3 kb vector fragment were joined in a three-part ligation. The resulting plasmid was designated pBTL30.

Example 9

Construction and Expression of a SUC2-PDGFβ-R-IgG Hinge

Expression Vector

An expression unit comprising the TPI1 promoter, the SUC2 signal sequence, the PDGFβ-R extracellular domain,

an immunoglobulin hinge region and the TPI1 terminator was constructed. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.56 kb fragment. Plasmid pMVR1 was digested with Eco RI and Xba I to isolate the 3.7 kb fragment, comprising the TPI1 promoter, pIC7RI* vector sequences and the TPI1 terminator. Oligonucleotides ZC1776 (Sequence ID Number 14; Table 1) and ZC1777 (Sequence ID Number 15; Table 1) were designed to form, when annealed, an adapter encoding an immunoglobulin hinge region with a 5' Hind III adhesive end and a 3'Xba I adhesive end. Oligonucleotides ZC1776 and ZC1777 were annealed under conditions described by Maniatis et al. (ibid.). The 1.56 kb pBTL22 fragment, the 3.7 kb fragment and the ZC1776/ZC1777 adapter were joined in a three-part ligation, resulting in plasmid pBTL24.

The expression unit of pBTL24, comprising the TPI1 promoter, SUC2 signal sequence, PDGFβ-R extracellular domain sequence, hinge region sequence, and TPI1 terminator, was inserted into pJH50. Plasmid pBTL24 was digested with Xho I and Hind III to isolate the 2.4 kb expression unit. Plasmid pJH50 was digested with Hind III and Sal I to isolate the 9.95 kb fragment. The 2.4 kb pBTL24 fragment and 9.95 kb pJH50 vector fragment were joined by ligation. The resultant plasmid was designated pBTL25.

Plasmid pBTL25 was transformed into Saccharomyces cerevisiae strain ZY400 using the method essentially described by Beggs (ibid.). Transformants were selected for their ability to grow on –LEUDS (Table 2). The transformants were tested for their ability to bind the anti-PDGFβ-R monoclonal antibody PR7212 using the colony assay method described in Example 18. Plasmid pBTL25 transformants were patched onto nitrocellulose filters that had been wetted and supported by YEPD solid medium. Antibody PR7212 was found to bind to the PDGFβ-R-IgG hinge fusion secreted by ZY400[pBTL25] transformants.

Example 10

Construction and Expression of a SUC2 Signal Sequence-PDGFβ-R Extracellular Domain-SUC2 Fusion

As shown in FIG. 6, an expression unit comprising the TPI1 promoter, SUC2 signal sequence, PDGFβ-R extracellular domain sequence, and SUC2 coding sequence was constructed as follows. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.6 kb SUC2-PDGFβ-R fragment. Plasmid pMVR1 was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. The SUC2 coding region was obtained from pJH40. Plasmid pJH40 was constructed by inserting the 2.0 kb Hind III-Hind III SUC2 fragment from pRB58 (Carlson et al., Cell 28:145–154, 1982) into the Hind III site of pUC19 followed by the destruction of the Hind III site 3' to the coding region. Plasmid pJH40 was digested with Hind III and Sal I to isolate the 2.0 kb SUC2 coding sequence. Plasmid pJH50 was digested with Sal I and Bam HI to isolate the 10.3 kb vector fragment. The 0.9 kb Bgl II-Eco RI TPI1 promoter fragment, the 1.6 kb Eco RI-Hind III SUC2-PDGFβ-R, the 2.0 kb Hind III-Sal I SUC2 fragment and the 10.3 kb Bam HI-Sal I vector fragment were joined in a four-part ligation. The resultant plasmid was designated pBTL26 (FIG. 6).

Plasmid pBTL26 was transformed into Saccharomyces cerevisae strain ZY400 using the method essentially described by Beggs (ibid.). Transformants were selected for their ability to grow on -LEUDS (Table 2). ZY400 transformants (ZY400[pBTL26]) were assayed by protein blot (Example 18), colony blot (Example 18) and competition assay.

ZG 000042

6,018,026

33

Protein blot assays were carried out on ZY400[pBTL26] and ZY400[pJH50] (control) transformants that had been grown in flasks. Two hundred-fifty microliters of a 5 ml overnight cultures of ZY400[pBTL26] and ZY400 [pJH50] in –LEUDS+sodium succinate, pH 6.5 (Table 2) were inoculated into 50 ml of –LEUDS+sodium succinate, pH 6.5. The cultures were incubated for 35 hours in an airbath shaker at 30° C. The culture supernatants were harvested by centrifugation. The culture supernatants were assayed as described in Example 18 and were found to bind PR7212 antibody.

Colony assays were carried out on ZY400[pBTL26] transformants. ZY400[pBTL26] transformants were patched onto wetted nitrocellulose filters that were supported on a YEPD plate. The colony assay carried out as described in Example 8.A. showed that ZY400[pBTL26] antibodies bound PR7212 antibodies.

Competition binding assays were carried out on ZY400 [pBTL26] and ZY400[pJH50] transformants. The transformants were grown in two liters of fermentation medium (Table 2) in a New Brunswick Bioflo2 fermentor (New Brunswick, Philadelphia, Pa.) with continuous pH control at pH 6.4. The cultures were adjusted to pH 7.5 immediately prior to harvesting. Culture supernatants were concentrated in an Amicon concentrator (Amicon, San Francisco, Calif.) using an Amicon 10⁴ mw spiral filter cartridge. The concentrated supernatants were further concentrated using Amicon Centriprep 10's. Fifteen milliliters of the concentrated supernatant samples were added to the Centripreps, and the Centripreps were spun in a Beckman GRP centrifuge (Beckman Instruments Inc., Carlsbad, Calif.) at setting 5 for a total of 60 minutes. The concentrates were removed from the Centripreps and were assayed in the competition assay.

The competition binding assay measured the amount of $^{125}$I-PDGF left to bind to fetal foreskin fibroblast cells after preincubation with the concentrate containing the PDGFβ-R-SUC2 fusion protein. PDGF-AA and PDGF-AB were iodinated using the Iodopead method (Pierce Chemical). PDGF-BB$_{Tyr}$ was iodinated and purified as described in Example 18.F. The concentrate was serially diluted in binding medium (Table 4). The dilutions were mixed with 0.5 ng of iodinated PDGF-AA, PDGF-BB$_{Tyr}$, or PDGF-AB, and the mixtures were incubated for two hours at room temperature. Three hundred micrograms of unlabeled PDGF-BB was added to each sample mixture. The sample mixtures were added to 24-well plates containing confluent fetal foreskin fibroblast cells (AG1523, available from the Human Genetic Mutant Cell Repository, Camden, N.J.). The cells were incubated with the mixture for four hours at 4° C. The supernatants were aspirated from the wells, and the cells were rinsed three times with phosphate buffered saline that was held at 4° C. (PBS; Sigma, St. Louis, Mo.). Five hundred microliters of PBS+1% NP-40 was added to each well, and the plates were shaken on a platform shaker for five minutes. The cells were harvested and the amount of iodinated PDGF was determined. The results of the competition binding assay showed that the PDGFβ-R-SUC2 fusion protein was able to competitively bind all three isoforms of PDGF.

The PDGFβ-R produced from ZY400 [pBTL26] transformants was tested for cross reactivity to fibroblast growth factor (FGF) and transforming growth factorβ (TGF-β) using the competition assay essentially described above. Supernatant concentrates from ZY400[pBTL26] and ZY400 [JH50] (control) transformants were serially diluted in binding medium (Table 4). The dilutions were mixed with 7.9 ng of iodinated FGF or 14 ng of iodinated TGF-β, and the mixtures were incubated for two hours at room temperature.

34

Fourteen micrograms of unlabeled FGF was added to each mixture containing labeled FGF, and 7 $\mu$g of unlabeled TGF-β was added to each mixture containing labeled TGF-β. The sample mixtures were added to 24-well plates containing confluent human dermal fibroblast cells. (Human dermal fibroblast cells express both FGF receptors and TGFβ receptors.) The cells were incubated with the mixtures for four hours at 4° C. Five hundred microliters of PBS+1% NP-40 was added to each well, and the plates were shaken on a platform shaker for five minutes. The cells were harvested and the amount of iodinated FGF or TGF-β bound to the cells was determined. The results of these assays showed that the PDGFβ-R-SUC2 fusion protein did not cross react with FGF or TGF-β.

TABLE 4

| Reagent Recipes |
|---|
| Binding Medium |
| 500 ml | Ham's F-12 medium |
| 12 ml | 1M HEPES, pH 7.4 |
| 5 ml | 100x PSN (Penicillin/Streptomycin/Neomycin, Gibco) |
| 1 g | rabbit serum albumin |
| Western Transfer Buffer |
| 25 mM | Tris, pH 8.3 |
| 19 mM | glycine, pH 8.3 |
| 20% | methanol |
| Western Buffer A |
| 50 ml | 1 M Tris, pH 7.4 |
| 20 ml | 0.25 mM EDTA, pH 7.0 |
| 5 ml | 10% NP-40 |
| 37.5 ml | 4 M NaCl |
| 2.5 g | gelatin |

The Tris, EDTA, NP-40 and NaCl were diluted to a final volume of one liter with distilled water. The gelatin was added to 300 ml of this solution and the solution was heated in a microwave until the gelatin was in solution. The gelatin solution was added back to the remainder of the first solution and stirred at 4° C. until cool. The buffer was stored at 4° C.

| | Western Buffer B |
|---|---|
| 50 ml | 1 M Tris, pH 7.4 |
| 20 ml | 0.25 M EDTA, pH 7.0 |
| 5 ml | 10% NP-40 |
| 58.4 g | NaCl |
| 2.5 g | gelatin |
| 4 g | N-lauroyl sarcosine |

The Tris, EDTA, NP-40, and the NaCl were mixed and diluted to a final volume of one liter. The gelatin was added to 300 ml of this solution and heated in a microwave until the gelatin was in solution. The gelatin solution was added back to the original solution and the N-lauroyl sarcosine was added. The final mixture was stirred at 4° C. until the solids were completely dissolved. This buffer was stored at 4° C.

| | 2x Loading Buffer |
|---|---|
| 36 ml | 0.5 M Tris-HCl, pH 6.8 |
| 16 ml | glycerol |
| 16 ml | 20% SDS |
| 4 ml | 0.5% Bromphenol Blue in 0.5 M Tris-HCl, pH 6.8 |

Mix all ingredients. Immediately before use, add 100 $\mu$l β-mercaptoethanol to each 900 $\mu$l dye mix

Example 11

Construction and Expression of PDGF Receptor Analogs From BHK cells

A. Construction of pBTL114 and pBTL115

6,018,026

35

The portions of the PDGF β-receptor extracellular domain present in pBTL14 and pBTL15 were placed in a mammalian expression vector. Plasmids pBTL14 and pBTL15 were digested with Eco RI to isolate the 1695 bp and 1905 bp SUC2 signal-PDGFβ-R-BAR1 fragments. The 1695 bp fragment and the 1905 bp fragment were each ligated to Zem229R that had been linearized by digestion with Eco RI.

The vector Zem229R was constructed as shown in FIG. 10 from Zem229. Plasmid Zem229 is a pUC18-based expression vector containing a unique Bam HI site for insertion of cloned DNA between the mouse metallothionein-1 promoter and SV40 transcription terminator and an expression unit containing the SV40 early promoter, mouse dihydrofolate reductase gene, and SV40 transcription terminator. Zem229 was modified to delete the Eco RI site flanking the Bam HI cloning site and to replace the Bam HI site with a single Eco RI cloning site. The plasmid was partially digested with Eco RI, treated with DNA polymerase I (Klenow fragment) and dNTPs, and religated. Digestion of the plasmid with Bam HI followed by ligation of the linearized plasmid with a Bam HI-Eco I adapter resulted in a unique Eco RI cloning site. The resultant plasmid was designated Zem229R.

The ligation mixtures were transformed into E. coli strain RR1. Plasmid DNA was prepared and the plasmids were subjected to restriction enzyme analysis. A plasmid having the 1695 bp pBTL14 fragment inserted into Zem229R in the correct orientation was designated pBTL114 (FIG. 9). A plasmid having the 1905 bp pBTL15 fragment inserted into Zem229R in the correct orientation was designated pBTL115 (FIG. 9).

B. Expression of Secreted PDGF β-Receptor Analogs in tk⁻ ts13 BHK Cells

Plasmids pBTL114 and pBTL115 were each transfected into tk⁻ ts13 cells using calcium phosphate precipitation (essentially as described by Graham and van der Eb, J. Gen. Virol. 36: 59–72, 1977). The transfected cells were grown in Dulbecco's modified Eagle's medium (DMEM) containing 10% fetal calf serum, 1xPSN antibiotic mix (Gibco 600–5640), 2.0 mM L-glutamine. The cells were selected in 250 nM methotrexate (MTX) for 14 days, and the resulting colonies were screened by the immunofilter assay (McCracken and Brown, Biotechniques, 82–87, March/April 1984). Plates were rinsed with PBS or No Serum medium (DMEM plus 1xPSN antibiotic mix). Teflon® mesh (Spectrum Medical Industries, Los Angeles, Calif.) was then placed over the cells. Nitrocellulose filters were wetted with PBS or No Serum medium, as appropriate, and placed over the mesh. After six hours incubation at 37° C., filters were removed and placed in Western buffer A (Table 4) overnight at room temperature. The filters were developed using the antibody PR7212 and the procedure described in Example 8. The filters showed that conditioned media from pBTL114-transfected and pBTL115-transfected BHK cells bound the PR7212 antibody indicating the presence of biologically active secreted PDGFβ-R.

Example 12

Expression of PDGF β-Receptor Analogs in Cultured Mouse Myeloma Cells

A. Construction of pICₚPRE8

The immunoglobulin μ heavy chain promoter and enhancer were subcloned into pIC19H to provide a unique Hind III site 3' to the promoter. Plasmid pμ (Grosschedl and Baltimore, Cell 41: 885–897, 1985) was digested with Sal I and Eco RI to isolate the 3.1 kb fragment comprising the μ promoter. Plasmid pIC19H was linearized by digestion with

36

Eco RI and Xho I. The p promoter fragment and the linearized pIC19H vector fragment were joined by ligation. The resultant plasmid, designated pICₚ/3, was digested with Ava II to isolate the 700 bp μ promoter fragment. The 700 bp fragment was blunt-ended by treatment with DNA polymerase I (Klenow fragment) and deoxynucleotide triphosphates. Plasmid pIC19H was linearized by digestion with Xho I, and the adhesive ends were filled in by treatment with DNA polymerase I (Klenow fragment) and deoxynucleotide triphosphates. The blunt-ended Ava II fragment was ligated with the blunt-ended, linearized pIC19H, and the ligation mixture was transformed into E. coli JM83. Plasmid DNA was prepared from the transformants and was analyzed by restriction digest. A plasmid with a Bgl II site 5' to the promoter was designated pICₚPR1(−). Plasmid pICₚPR1 (−) was digested with Hind III and Bgl II to isolate the 700 bp μ promoter fragment. Plasmid pIC19R was linearized by digestion with Hind III and Bam HI. The 700 bp promoter fragment was joined with the linearized pIC19R by ligation. The resultant plasmid, designated pICₚPR7, comprised the μ promoter with an unique Sma I site 5' to the promoter and a unique Hind III site 3' to the promoter.

The immunoglobulin heavy chain μ enhancer (Gillies et al., Cell 33: 717–728, 1983) was inserted into the unique Sma I site to generate plasmid pICₚPRE8. Plasmid pJ4 (obtained from F. Blattner, Univ. Wisconsin, Madison, Wis.), comprising the 1.5 kb Hind III-Eco RI A enhancer fragment in the vector pAT153 (Amersham, Arlington Heights, Ill.), was digested with Hind III and Eco RI to isolate the 1.5 kb enhancer fragment. The adhesive ends of the enhancer fragment were filled in by treatment with T4 DNA polymerase and deoxynucleotide triphosphates. The blunt-ended fragment and pICₚPR7, which had been linearized by digestion with Sma I, were joined by ligation. The ligation mixture was transformed into E. coli RR1. Plasmid DNA was prepared from the transformants, and the plasmids were analyzed by restriction digests. A plasmid comprising the μ enhancer and the A promoter was designated pICₚPRE8 (FIG. 7).

B. Construction of pSDL114

The DNA sequence encoding the extracellular domain of the PDGF β-receptor was joined with the DNA sequence encoding the human immunoglobulin light chain constant region. The PDGF β-receptor extracellular domain was obtained from mpBTL22, which comprised the Eco RI-Hind III fragment from pBTL22 (Example 8.A.) cloned into Eco RI-Hind III cut M13mp18. Single stranded DNA was prepared from a mpBTL22 phage clone, and the DNA was subjected to in vitro mutagenesis using the oligonucleotide ZC1886 (Table 1) and the method described by Kunkel (Proc. Natl. Acad. Sci. USA 82: 488–492, 1985). A phage clone comprising the mutagenized PDGFβ-R with a donor splice site (5' splice site) at the 3' end of the PDGFβ-R extracellular domain was designated pBTLR-HX (FIG. 7).

The native PDGFβ-R signal sequence was obtained from pPR5. Plasmid PPR5, comprising 738 bp of 5' coding sequence with an Eco RI site immediately 5' to the translation initiation codon, was constructed by in vitro mutagenesis of the PDGFβ-R cDNA fragment from RP51 (Example 1). Replicative form DNA of RP51 was digested with Eco RI to isolate the 1.09 kb PDGFβ-R fragment. The PDGFβ-R fragment was cloned into the Eco RI site of M13mp18. Single stranded template DNA was prepared from a phage clone containing the PDGFβ-R fragment in the proper orientation. The template DNA was subjected to in vitro mutagenesis using oligonucleotide ZC1380 (Sequence ID Number 8; Table 1) and the method described by Zoller and

6,018,026

<table>
<tr><td>37</td><td>38</td></tr>
</table>

Smith (*Meth. Enzymol.* 100: 468–500, 1983). The mutagenesis resulted in the placement of an Eco RI site immediately 5' to the translation initiation codon. Mutagenized phage clones were analyzed by dideoxy sequence analysis. A phage clone containing the ZC1380 mutation was selected, and replicative form (Rf) DNA was prepared from the phage clone. The Rf DNA was digested with Eco RI and Acc I to isolate the 0.63 kb fragment. Plasmid pR-RXI (Example 1) was digested with Acc I and Eco RI to isolate the 3.7 kb fragment. The 0.63 kb fragment and the 3.7 kb fragment were joined by ligation resulting in plasmid pPR5 (FIG. 7).

As shown in FIG. 7, the PDGFβ-R signal peptide and part of the extracellular domain were obtained from plasmid pPR5 as a 1.4 kb Eco RI-Sph I fragment. Replicative form DNA from phage clone pBTLR-HX was digested with Sph I and Hind III to isolate the approximately 0.25 kb PDGFβ-R fragment. Plasmid pUC19 was linearized by digestion with Eco RI and Hind III. The 1.4 kb Eco RI-Sph I PDGFβ-R fragment, the 0.25 kb Sph I-Hind III fragment from pBTLR-HX and the Eco RI-Hind III cut pUC19 were joined in a three-part ligation. The resultant plasmid, pSDL110, was digested with Eco RI and Hind III to isolate the 1.65 kb PDGFβ-R fragment.

Plasmid pICHuCκ3.9.11 was used as the source of the human immunoglobulin light chain gene (FIG. 7). The human immunoglobulin light chain gene was isolated from a human genomic library using an oligonucleotide probe (5' TGT GAC ACT CTC CTG GGA GTT A 3'; Sequence ID Number 32), which was based on a published human kappa C gene sequence (Hieter et al., *Cell* 22: 197–207, 1980). The human light chain (kappa) constant region was subcloned as a 1.1 kb Sph I-Hinf I genomic fragment of the human kappa gene, which has been treated with DNA polymerase DNA I (Klenow Fragment) to fill in the Hinf I adhesive end, into Sph I-Hinc II cut pUC19. The 1.1 kb human kappa constant region was subsequently isolated as a 1.1 kb Sph I-Bam HI fragment that was subcloned into Sph I-Bgl II cut pIC19R (Marsh et al., ibid.). The resultant plasmid was designated pICHuCκ3.9.11. Plasmid pICHuCκ 3.9.11 was digested with Hind III and Eco RI to isolate the 1.1 kb kappa constant region gene. Plasmid pIC19H was linearized by digestion with Eco RI. The 1.65 kb PDGFβ-R fragment, the 1.1 kb human kappa constant region fragment and the linearized pIC19H were joined in a three part ligation. The resultant plasmid, pSDL112, was digested with Bam HI and Cla I to isolate the 2.75 kb fragment. Plasmid ppPRE8 was linearized with Bgl II and Cla I. The 2.75 kb fragment and the linearized ppPRE8 were joined by ligation. The resultant plasmid was designated pSDL114 (FIG. 7).

Plasmid pSDL114 was linearized by digestion with Cla I and was cotransfected with Pvu I-digested p416 into SP2/0-Ag14 (ATCC CRL 1581) by electroporation using the method essentially described by Neumann et al. (*EMBO J.* 1: 841–845, 1982). (Plasmid p416 comprises the Adenovirus 5 ori, SV40 enhancer, Adenovirus 2 major late promoter, Adenovirus 2 tripartite leader, 5' and 3' splice sites, the DHFRᵣ cDNA, the SV40 polyadenylation signal and 1 ML-1 (Lusky and Botchan, *Nature* 2: 79–81, 1981) vector sequences.) Transfectants were selected in growth medium containing methotrexate.

Media from drug resistant clones were tested for the presence of secreted PDGF β-receptor analogs by enzyme-linked immunosorbant assay (ELISA). Ninety-six well well plates were prepared by incubating 100 μl of 1 μg/ml polyclonal goat anti-human kappa chain (Cappel Laboratories, Melvern, Pa.) diluted in phosphate buffered saline (PBS; Sigma) overnight at 4° C. Excess antibody was

removed by three washes with 0.5% Tween 20 in PBS. One hundred microliters of spent media was added to each well, and the well were incubated for one hour at 4° C. Unbound proteins were removed by eight washes with 0.5% Tween 20 -in PBS. One hundred microliters of peroxidase-conjugated goat anti-human kappa antibody (diluted 1:1000 in a solution containing 5% chicken serum (GIBCO-BRL)+0.5% Tween 20 in PBS) was added to each well and the wells were incubated for one hour at 4° C. One hundred microliters of chromophore (100 u1 ABTS (2,2'-Azinobis(3-ethylbenzthiazoline sulfonic acid) diammonium salt; Sigma)+1 μl 30% H₂O₂+12.5 ml citrate/phosphate buffer (9.04 g/l citric acid, 10.16 g/l Na₂HPO₄)) was added to each well, and the wells were incubated to thirty minutes at room temperature. The samples were measured at 405 nm. The results of the assay showed that the PDGFβ-R analog secreted by the transfectants contained an immunoglobulin light chain.

Spent media from drug resistant clones was also tested for the presence of secreted PDGF β-receptor analogs by immunoprecipitation. Approximately one million drug resistant transfectants were metabolically labeled by growth in DMEM medium lacking cysteine+2% calf serum for 18 hours at 37° C. in the presence of 250 μCi ³⁵S-cysteine. Media was harvested from the labeled cells and 250 μl of the spent media was assayed by immunoprecipitation with the anti-PDGF β-receptor antibody PR7212 to detect the presence of metabolically labeled PDGF β-receptor analogs. PR7212, diluted in PBS, was added to the media to a final concentration of 2.5 μg per 250 μl spent media. Five microliters of rabbit anti-mouse Ig diluted in PBS was added to the PR7212/media mixtures. The immunocomplexes were precipitated by the addition of 50 μl 10% fixed Staph A (weight/volume in PBS). The immunocomplexes were analyzed on 8% SDS-polyacrylamide gels followed by autoradiography overnight at −70° C. The results of the immunoprecipitation showed that the PDGF β-receptor analog secreted by the transfectants was bound by the anti-PDGF β-receptor antibody. The combined results of the ELISA and immunoprecipitation assays showed that the PDGF β-receptor analog secreted by the transfectants contained both the PDGF β-receptor ligand-binding domain and the human light chain constant region.

C. Cotransfection of pSDL114 with an Immunoglobulin Heavy Chain

Plasmid pSDL114 was cotransfected with pϕ5VₓₓhuCᵧ1M-neo, which encodes a neomycin resistance gene expression unit and a complete mouse/human chimeric immunoglobulin heavy chain gene expression unit.

Plasmid pϕ5VₓₓhuCᵧ1M-neo was constructed as follows. The mouse immunoglobulin heavy chain gene was isolated from a lambda genomic DNA library constructed from the murine hybridoma cell line NR-ML-05 (Serafini et al., *Eur. J. Nucl. Med.* 14: 232, 1988) using an oligonucleotide probe designed to span the Vₕ/D/Jₕ junction (5'GCA TAG TAG TTA CCA TAT CCT CTT GCA CAG 3'; Sequence ID Number 33). The human immunoglobulin gamma-1 C gene was isolated from a human genomic library using a cloned human gamma-4 constant region gene (Ellison et al., *DNA* 1: 11–18, 1981). The mouse immunoglobulin variable region was isolated as a 5.3 kb Sst I-Hind III fragment from the original phage clone and the human gamma-1 C gene was obtained from the original phage clone as a 6.0 kb Hind III-Xho I fragment. The chimeric gamma-1 C gene was created by joining the Vₕ and Cᵧₗ fragments via the common Hind III site and incorporating them with the *E. coli* neomycin resistance gene expression unit into pIC19H to yield pϕ5VₓₓhuCᵧ1M-neo.

6,018,026

**39**

Plasmid pSDL114 was linearized by digestion with Cla I and was co-transfected into SP2/0-Ag14 cells with Asp 718 linearized pφ5V$_H$huC$_\lambda$1M-neo. The transfectants were selected in growth medium containing methotrexate and neomycin. Media from drug-resistant clones were tested for their ability to bind PDGF in a competition binding assay.

The competition binding assay measured the amount of $^{125}$I-PDGF left to bind to human dermal fibroblast cells after preincubation with the spent media from pSDL114-pφ5V$_H$huC$_\lambda$1M-neo transfected cells. The media were serially diluted in binding medium (Table 4). The dilutions were mixed with 0.5 ng of iodinated PDGF-BB or iodinated PDGF-AA, and the mixtures were incubated for two hours at room temperature. Three hundred micrograms of unlabeled PDGF-BB or unlabeled PDGF-AA was added to one tube from each series. The sample mixtures were added to 24 well plates containing confluent human dermal fibroblast cells. The cells were incubated with the mixture for four hours at 4° C. The supernatants were aspirated from the wells, and the wells were rinsed three times with phosphate buffered saline that was held at 4° C. (PBS; Sigma, St. Louis, Mo.). Five hundred microliters of PBS+1% NP-40 was added to each well, and the plates were shaken on a platform shaker for five minutes. The cells were harvested and the amount of iodinated PDGF was determined. The results of the competition binding assay showed that the protein produced from pSDL114-pφ5V$_H$huC$_\lambda$1M- neo transfected cells was able to competitively bind PDGF-BB but did not bind PDGF-AA.

The PDGF β-receptor analog produced from a pSDL114-pφ5V$_H$huC$_\lambda$1M-neo transfectant was assayed to determine if the receptor analog was able to bind PDGF-BB with high affinity. Eight and one half milliliters of spent media containing the PDGFβ-R analogs from a pSDL114-pφ5V$_H$huC$_\lambda$1M-neo transfectant was added to 425 μl of Sepharose Cl-4B-Protein A beads (Sigma, St. Louis, Mo.), and the mixture was incubated for 10 minutes at 4° C. The beads were pelleted by centrifugation and washed with binding medium (Table 4). Following the wash the beads were resuspended in 8.5 ml of binding media, and 0.25 ml aliquots were dispensed to 1.5 ml tubes. Binding reactions were prepared by adding iodinated PDGF-BB$_{2y}$, (Example 18.F.) diluted in DMEM+10% fetal calf serum to the identical aliquots of receptor-bound beads to final PDGF-BB$_{2y}$, concentrations of between 4.12 pM and 264 pM. Nonspecific binding was determined by adding a 100 fold excess of unlabeled BB to an identical set of mixtures. Mixtures were incubated overnight at 4° C.

The beads were pelleted by centrifugation, and unbound PDGF-BB was removed with three washes in PBS. The beads were resuspended in 100 μl of PBS and were counted. Results of the assay showed that the PDGFβ-R analog was able to bind PDGF-BB with high affinity.

**D. Construction of pSDL113.**

As shown in FIG. 8, the DNA sequence encoding the extracellular domain of the PDGF β-receptor was joined with the DNA sequence encoding a human immunoglobulin heavy chain constant region joined to a hinge sequence. Plasmid pSDL110 was digested with Eco RI and Hind III to isolate the 1.65 kb PDGFβ-R fragment. Plasmid pICHu$_\gamma$-1M was used as the source of the heavy chain constant region and hinge region. Plasmid pICHu$_\gamma$-1M comprises the approximately 6 kb Hind III-Xho I fragment of a human gamma-1 C gene subcloned into pUC19 that had been linearized by digestion with Hind III and Sal I. Plasmid pICHu$_\gamma$-1M was digested with Hind III and Eco RI to isolate the 6 kb fragment encoding the human heavy chain constant

**40**

region. Plasmid pIC19H was linearized by digestion with Eco RI. The 1.65 kb PDGFβ-R fragment, the 6 kb heavy chain constant region fragment and the linearized pIC19H were joined in a three part ligation. The resultant plasmid, pSDL111, was digested with Bam HI to isolate the 7.7 kb fragment. Plasmid p$_H$PRE8 was linearized with Bgl II and was treated with calf intestinal phosphatase to prevent self-ligation. The 7.7 kb fragment and the linearized p$_H$PRE8 were joined by ligation. A plasmid containing the insert in the proper orientation was designated pSDL113 (FIG. 8).

Plasmid pSDL113 is linearized by digestion with Cla I and is cotransfected with Pvu I-digested p416 into SP2/0-Ag14 by electroporation. Transfectants are selected in growth medium containing methotrexate.

Media from drug resistant clones are tested for the presence of secreted PDGFβ-R analogs by immunoprecipitation using the method described in Example 12.B.

**E. Cotransfection of pSDL113 with an Immunoglobulin Light Chain Gene**

Plasmid pSDL113 is linearized by digestion with Cla I and was cotransfected with pICφ5V$_\kappa$HuC$_\kappa$-Neo, which encodes a neomycin resistance gene and a mouse/human chimeric immunoglobulin light chain gene. The mouse immunoglobulin light chain gene was isolated from a lambda genomic DNA library constructed from the murine hybridoma cell line NR-ML-05 (Woodhouse et al., ibid.) using an oligonucleotide probe designed to span the V$_\kappa$/J$_\kappa$ junction (5' ACC GAA CGT GAG AGG AGT GCT ATA A 3'; Sequence ID Number 34). The human immunoglobulin light chain constant region gene was isolated as described in Example 12.B. The mouse NR-ML-05 immunoglobulin light chain variable region gene was subcloned from the original mouse genomic phage clone into pIC19R as a 3 kb Xba I-Hinc II fragment. The human kappa C gene was subcloned from the original human genomic phage clone into pUC19 as a 2.0 kb Hind III-Eco RI fragment. The chimeric kappa gene was created by joining the NR-ML-05 light chain variable region gene and human light chain constant region gene via the common Sph I site and incorporating them with the E. coli neomycin resistance gene into pIC19H to yield pICφ5V$_\kappa$HuC$_\kappa$-Neo (FIG. 9).

The linearized pSDL113 and pICφ5V$_\kappa$HuC$_\kappa$-Neo are transfected into SP2/0-Ag14 cells by electroporation. The transfectants are selected in growth medium containing methotrexate and neomycin.

**F. Cotransfection of pSDL113 and pSDL114**

A clone of SP2/0-Ag14 stably transfected with pSDL114 and p416 was co-transfected with Cla I-digested pSDL113 and Bam HI-digested pICneo by electroporation. (Plasmid pICneo comprises the SV40 promoter operatively linked to the E. coli neomycin resistance gene and pIC19H vector sequences.) Transfected cells were selected in growth medium containing methotrexate and G418. Media from drug-resistant clones were tested for their ability to bind PDGF-BB or PDGF-AA in a competition binding assay as described in Example 12.C. The results of the assay showed that the transfectants secreted a PDGF β-receptor analog which was capable of competitively binding PDGF-BB but did not detectably bind to PDGF-AA.

**G. Cotransfection of pSDL114 with Fab**

A clone of SP2/0-AG14 stably transfected with pSDL114 and p416 was transfected with the Fab region of the human gamma-4 gene (γ$_4$) in plasmid pφ5V$_H$Fab-neo.

Plasmid pφ5V$_H$Fab-neo was constructed by first digesting plasmid p24BRH (Ellison et al., DNA 1: 11, 1988) was digested with Xma I and Eco RI to isolate the 0.2 kb

ZG 000046

6,018,026

41

fragment comprising the immunoglobulin 3' untranslated region. Synthetic oligonucleotides ZC871 (Sequence ID Number 3; Table 1) and ZC872 (Sequence ID Number 4; Table 1) were kinased and annealed using essentially the methods described by Maniatis et al. (ibid.). The annealed oligonucleotides ZC871/ZC872 formed an Sst I-Xma I adapter. The ZC871/ZC872 adapter, the 0.2 kb p24BRH fragment and Sst I-Eco RI linearized pUC19 were joined in a three-part ligation to form plasmid pγ₄3'. Plasmid pγ₄3' was linearized by digestion with Bam HI and Hind III. Plasmid p24BRH was cut with Hind III and Bgl II to isolate the 0.85 kb fragment comprising the C_{H1} region. The pγ₄3' fragment and the Hind III-Bgl II p24BRH fragment were joined by ligation to form plasmid pγ₄Fab. Plasmid pγ₄Fab was digested with Hind III and Eco RI to isolate the 1.2 kb fragment comprising γ₄bFab. Plasmid pICneo, comprising the SV40 promoter operatively linked to the E. coli neomycin resistance gene and pIC19H vector sequences, was linearized by digestion with Sst I and Eco RI. Plasmid pφ5V_{H}, comprising the mouse immunoglobulin heavy chain gene variable region and pUC18 vector sequences, was digested with Sst I and Eco RI to isolate the 5.3 kb V_{H} fragment. The linearized pICneo was joined with the 5.3 kb Sst I-Hind III fragment and the 1.2 kb Hind III-Eco RI fragment in a three-part ligation. The resultant plasmid was designated pφ5V_{H}Fab-neo (FIG. 10).

A pSDL114/p416-transfected SP2/0-AG14 clone was transfected with Sca I-linearized pφ5V_{H}Fab-neo. Transfected cells were selected in growth medium containing methotrexate and G418. Media from drug-resistant clones were tested for their ability to bind PDGF in a competition binding assay as described in Example 12.C. The results of the assay showed that the PDGF β-receptor analog secreted from the transfectants was capable of competitively binding PDGF-BB.

H. Cotransfection of pSDL114 with Fab'

A stably transfected SP2/0-AG14 isolate containing pSDL114 and p416 was transfected with plasmid pWKI, which contained the Fab' portion of an immunoglobulin heavy chain gene. Plasmid pWKI was constructed as follows.

The immunoglobulin gamma-1 Fab' sequence, comprising the C_{H1} and hinge regions sequences, was derived from the gamma-1 gene clone described in Example 12.C. The gamma-1 gene clone was digested with Hind III and Eco RI to isolate the 3.0 kb fragment, which was subcloned into Hind III-Eco RI linearized M13mp19. Single-stranded template DNA from the resultant phage was subjected to site-directed mutagenesis using oligonucleotide ZC1447 (Sequence ID Number 9; Table 1) and essentially the method of Zoller and Smith (ibid.). A phage clone was identified having a ZC1447 induced deletion resulting in the fusion of the hinge region to a DNA sequence encoding the amino acids Ala-Leu-His-Asn-His-Tyr-Thr-Gln-Lys-Ser-Leu-Ser-Leu-Ser-Pro-Gly-Lys (Sequence ID Number 31) followed in-frame by a stop codon. Replicative form DNA from a positive phage clone was digested with Hind III and Eco RI to isolate the 1.9 kb fragment comprising the C_{H1} and hinge regions. Plasmid pφ5V_{H} was digested with Sst I and Hind III to isolate the 5.3 kb fragment comprising the mouse immunoglobulin heavy chain gene variable region. Plasmid pIC-neo was linearized by digestion with Sst I and Eco RI. The linearized pICneo was joined with the 5.3 kb Hind III-Sst I fragment and the 1.9 kb Hind III-Eco RI fragment in a three-part ligation. The resultant plasmid was designated pWKI (FIG. 10).

An SP2/0-AG14 clone stably transfected with pSDL114 and p416 was transfected with Asp 718-linearized pWKI.

42

Transfected cells were selected by growth in medium containing methotrexate and G418. Media samples from transfected cells were assayed using the competition assay described in Example 12.C. Results from the assays showed that the transfected cells produced a PDGF β-receptor analog capable of competitively binding PDGF-BB.

Example 13

Purification and Characterization of PDGF β-Receptor Analogs from Mammalian cells Co-transfected With pSDL113 and pSDL114

A. Purification of PDGF β-Receptor Analogs

The PDGF β-receptor analog was purified from conditioned culture media from a clone of transfected cells grown in a hollow fiber system. The media was passed over a protein-A sepharose column, and the column was washed sequentially with phosphate buffered saline, pH 7.2 (PBS; Sigma, St. Louis, Mo.) and 0.1 M citrate, pH 5.0. The PDGF β-receptor analog was eluted from the protein-A column with 0.1 M citrate pH 2.5 and immediately neutralized by the addition of Tris-base, pH 7.4. The eluate fractions containing PDGF β-receptor analog, as determined by silver stain, were pooled and chromatographed over an S-200 column (Pharmacia LKB Technologies, Inc., Piscataway, N.J.) equilibrated with PBS. The peak fractions from the S-200 column were pooled and concentrated on a centriprep-10 concentrator (Amicon). Glycerol (10% final volume) was added to the preparation and the sample frozen at −80° C. PDGF β-receptor analogs purified from pSDL114+ pSDL113 co-transfected cells were termed "tetrameric PDGF α-receptors".

B. Measurement of The Relative Binding Affinity of Tetrameric PDGF β-Receptor Analog by Soluble Receptor Assay

Purified tetrameric PDGF β-receptor analog was compared to detergent solubilized extracts of human dermal fibroblasts for ¹²⁵I-labeled PDGF-BB binding activity in a soluble receptor assay essentially as described by Hart et al. (J. Biol. Chem. 262: 10780–10785, 1987). Human dermal fibroblast cells were extracted at 20×10⁶ cell equivalents per ml in TNEN extraction buffer (20 mM Tris-HCl, pH 8.0, 100 mM NaCl, 1 mM EDTA, 0.5% Nonidet P-40, 1 mM PMSF, 10% glycerol). Two hundred and fifty thousand PDGF β-receptor-subunits per cell was used to calculate the tetrameric PDGF β-receptor analog number per volume of extract. This value has been previously published by Seifert et al. (J. Biol Chem. 264: 8771–8778, 1989). The PDGF β-receptor analog number was determined from the protein concentration of the PDGF β-receptor analog assuming an average molecular weight of 140 kDa for each immunoglobulin-PDGF β-receptor monomer, and four monomers per tetramer. Thus, each tetrameric molecule contains four receptor molecules.

Increasing amounts of either detergent solubilized extracts of human dermal fibroblast cells or purified PDGF β-receptor analog were incubated with 1 ng of ¹²⁵I-labeled PDGF-BB for one hour at 37° C. The sample was then diluted with 1 ml binding media and was added to monolayers of human dermal fibroblast cells grown in 24-well culture dishes. The samples were incubated for two hours at 4° C. The wells were washed to remove unbound, ¹²⁵I-labeled PDGF-BB. On half of a milliliter of extraction buffer (PBS+1% Nonidet P-40) was added to each well followed by a 5 minute incubation. The extraction mixtures were harvested and counted in a gamma counter.

The results showed that the PDGF β-receptor analog had the same relative binding affinity as solubilized PDGF

6,018,026

43

β-receptor-subunit from mammalian cells in a solution phase binding assay.

C. Determination of the Binding Affinity of the PDGF β-Receptor Analog in a Solid Phase Format

The apparent dissociation constant $K_D$(app) of the PDGF β-receptor analog was determined essentially as described by Bowen-Pope and Ross (Methods in Enzymology 109: 69–100, 1985), using the concentration of $^{125}$I-labeled PDGF-BB giving half-maximal specific $^{125}$I-labeled PDGF-BB binding. Saturation binding assays to determine the concentration of $^{125}$I-labeled PDGF-BB that gave half-maximal binding to immobilized PDGF β-receptor analog were conducted as follows.

Affinity purified goat anti-human IgG, H- and L-chain (Commercially available from Cappel Labs) was diluted into 0.1 M $Na_2HCO_3$, pH 9.6 to a concentration of 2 μg/ml. One hundred microliters of the antibody solution was coated onto each well of 96-well microtiter plates for 18 hours at 4° C. The wells were washed once with ELISA C buffer (PBS+ 0.05% Tween-20) followed by addition of 175 μl/well of ELISA B buffer (PBS+1% BSA+0.05% Tween-20) to block the wells. The wells were washed once with ELISA B buffer. One hundred microliters of 12.1 ng/ml or 24.3 ng/ml of tetrameric PDGF β-receptor analog protein diluted in ELISA B was added to each well and the plates were incubated for 2 hours at 37° C. Unbound protein was removed from the wells by two washes with ELISA C. $^{125}$I-labeled PDGF-BB$_{Tyr}$ (Example 18.F.) was serially diluted into binding media (25 mM HEPES, pH 7.2, 0.25% rabbit serum albumin diluted in HAMs P-12 medium (GIBCO-BRL)), and 100 μl of the dilutions were added to the wells. The plates were incubated for two hours at room temperature. The unbound $^{125}$I-labeled PDGF-BB was removed, and the wells were washed three times with binding media. Following the last wash, 100 μl of 0.1 M citrate, pH 2.5 was added to each well. After five minutes, the citrate buffer was removed, transferred to a tube and counted in a gamma counter. The counts reflect counts of $^{125}$I-labeled PDGF-BB$_{Tyr}$ bound by the receptor analog. Nonspecific binding for each concentration of $^{125}$I-labeled PDGF-BB$_{Tyr}$ was determined by a parallel assay wherein separate wells coated only with goat anti-human IgG were incubated with the $^{125}$I-labeled PDGF-BB concentrations. Nonspecific binding was determined to be 2.8% of the total input counts per well and averaged 6% of the total counts bound.

Saturation binding assay on 12.1 and 24.3 ng/ml of tetrameric PDGF β-receptor analog gave half-maximal binding at 0.8 and 0.82 ng/ml $^{125}$I-labeled PDGF-BB$_{Tyr}$, respectively. By Scatchard analysis (Scatchard, Ann. NY Acad. Sci 51: 660–667, 1949) these values were shown to correspond to a $K_D$(app) of $2.7 \times 10^{-11}$ which agree with the published values for PDGF receptors on mammalian cells.

Example 14

Solid Phase Ligand Binding Assay Using the PDGF β-Receptor Analog

A. Solid Phase Radioreceptor Competition Binding Assay

In a solid phase radioreceptor competition binding assay (RRA), the wells of 96-well microtiter plates were coated with 100 μl of 2 μg/ml affinity purified goat anti-human IgG (Cappel Labs) diluted in 0.1 M $Na_2HCO_3$, pH 9.6. After an eighteen hour incubation at 4° C., the wells were washed once with ELISA C. The wells were blocked by incubation for 2 hours at 37° C. with 175 μl/well ELISA B. The wells were washed once with ELISA B then incubated for 2 hours at 37° C. with 50 ng/ml tetrameric PDGF β-receptor analog

44

diluted in ELISA B. The unbound receptor was removed, and the test wells were incubated with increasing concentrations of serially diluted, unlabeled PDGF-BB (diluted in binding media). Following a two hour incubation at room temperature, the wells were washed three times with binding media. One hundred microliters of 5 ng/ml $^{125}$I-labeled PDGF-BB$_{Tyr}$ (Example 18.F.) was added to each well, and the plates were incubated for an additional two hours at room temperature. The wells were washed three times with binding media followed by a 5 minute incubation with 100 μl/well of 0.1 M citrate, pH 2.5. The samples were harvested and counted in a gamma counter.

Radioreceptor assay (RRA) competition binding curves were generated for PDGF β-receptor analog protein plated at 48.6 ng/ml. The sensitivity of the assays is 1 ng/ml of PDGF-BB, with 8 ng/ml giving 50% inhibition in $^{125}$I-PDGF-BB binding, and a working range between 1 and 32 ng/ml of PDGF-BB. The values were similar to those obtained using monolayers of SK-5 cells in an RRA.

B. Use of Tetrameric PDGF β-Receptor Analogs As Antagonists for PDGF-Stimulated Mitogenesis.

A tetrameric PDGF β-receptor analog, purified as described in Example 13, was analyzed for the ability to neutralize PDGF-stimulated mitogenesis in mouse 3T3 cells. Increasing amounts of the purified tetrameric PDGF β-receptor analog were mixed with 5 ng of PDGF. The mixtures were then added to cultures of mouse 3T3 cells. The ability of the PDGF to stimulate a mitogenic response, as measured by the incorporation of $^3$H-thymidine, was determined essentially as described (Raines and Ross, Methods in Enzymology 109: 749–773, 1985, which is incorporated by reference herein). The tetrameric PDGF β-receptor analog demonstrated a dose response inhibition of PDGF-BB-stimulated $^3$H-thymidine incorporation, while having essentially no effect on PDGF-AA- and PDGF-AB-stimulated $^3$H-thymidine incorporation.

C. Binding of Tetrameric PDGF β-receptor Analog to Immobilized PDGF.

A tetrameric PDGF β-receptor analog, purified as described in Example 13, was analyzed for its ability to bind to immobilized PDGF-BB (100 ng/ml) was coated onto wells a 96-well microtiter plate, and the plates were incubated 18 hours at 4° C. followed by one wash with ELISA C buffer. The wells were incubated for 2 hours 37° C. with ELISA B buffer to block the wells. Increasing concentrations of $^{125}$I-labeled tetrameric PDGF β-receptor analog, diluted in binding media, was added to the wells for two hours at room temperature. The wells were washed four times with ELISA C buffer to remove unbound receptor analog. One hundred microliters of 1 M $H_2SO_4$ was added to each well and the plates were incubated for five minutes at room temperature. The solution was then harvested and transferred to tubes to be counted in a gamma counter. Nonspecific binding was determined to be less than 10% of the total counts bound.

A receptor competition binding assay was developed using this assay format. The assay was carried out as described above, and simultaneous to the addition of the $^{125}$I-labeled tetrameric PDGF β-receptor analog, increasing amounts of PDGF-AA, AB or BB were added to the PDGF-BB coated wells. Under these conditions, only PDGF-BB was found to significantly block the binding of the labeled PDGF β-receptor analog to the immobilized PDGF-BB.

Example 15

Construction and Expression of PDGFα-R Analogs in Cultured Mouse Myeloma Cells

A. Construction of an optimized PDGFα-R cDNA

ZG 000048

6,018,026

45

The PDGF α-receptor coding region was optimized for expression in mammalian cells as follows. The 5' end of the cDNA was modified to include an optimized Kozak consensus translation initiation sequence (Kozak, Nuc. Acids Res. 12: 857–872, 1984) and Eco RI and Bam HI sites just 5' of the initiation methionine codon. Oligonucleotides ZC2181, ZC2182, ZC2183 and ZC2184 (Sequence ID Numbers 23, 24, 25 and 26, respectively; Table 1) were designed to form, when annealed, an adapter having an Eco RI adhesive end, a Bam HI restriction site, a sequence encoding a Kozak consensus sequence 5' to the initiation methionine codon, a mammalian codon optimized sequence encoding amino acids 1–42 of FIGS. 11A–11D, and an Eco RI adhesive end that destroys the Eco RI site within the PDGFα-R coding sequence. The adapter also introduced a diagnostic Cla I site 3' to the initiation methionine codon. Oligonucleotides ZC2181, ZC2182, ZC2183 and ZC2184 were kinased, annealed and ligated. Plasmid pα17B was linearized by partial digestion with Eco RI. The linearized pα17B was ligated with the ZC2181/ZC2182/ZC2183/ ZC2184 oligonucleotide adapter, and the ligation mixture was transformed into E. coli. Plasmid DNA prepared from the transformants was analyzed by restriction analysis and a positive clone having the oligonucleotide adapter in the correct orientation was digested with Eco RI and Pst I to isolate the 1.6 kb fragment. This fragment was subcloned into Eco RI+Pst I-linearized M13mp19. The resultant phage clone was designated 792-8. Single-stranded 792-8 DNA was sequenced to confirm the orientation of the adapter.

A fragment encoding the ligand-binding domain of the PDGF α-receptor (PDGFα-R) was then generated as follows. Restriction sites and a splice donor sequence were introduced at the 3' end of the PDGFα-R extracellular domain by PCR amplification of the 792-8 DNA and oligonucleotides ZC2311 and ZC2392 (Sequence ID Numbers 27 and 30, Table 1). Oligonucleotide ZC2311 is a sense primer encoding nucleotides 1470 to 1489 of FIG. 11B. Oligonucleotide ZC2392 is an antisense primer that encodes nucleotides 1759 to 1776 of FIG. 11B followed by a splice donor and Xba I and Hind III restriction sites. The 792-8 DNA was amplified using manufacturer recommended (Perkin Elmer Cetus, Norwalk, Conn.) conditions and the GeneAmp™ DNA amplification reagent kit (Perkin Elmer Cetus), and blunt-ended 329 bp fragment was isolated. The blunt-end fragment was digested with Nco I and Hind III and ligated with Sma I-digested pUC18. A plasmid having an insert with the Nco I site distal to the Hind III site present in the pUC18 polylinker was designated pUC18 Sma-PCR Nco HIII #13. The Hind III site present in the insert was not regenerated upon ligation with the linearized pUC18. Plasmid pUC18 Sma-PCR Nco HIII #13 was digested with Nco I and Hind III to isolate the 355 bp PDGFα-R containing fragment encoding PDGFα-R. oligonucleotides ZC2351 and ZC2352 (Table 1; Sequence ID Numbers 28 and 29) were kinased and annealed to form an Sst I-Nco I adapter encoding an internal Eco RI site and a Kozak consensus translation initiation site. The 355 bp Nco I-Hind III fragment, the ZC2351/ZC2352 adapter and a 1273 bp Nco I fragment comprising the extracellular domain of of PDGF α-R derived from 792-8 were ligated with Hind III+SstI-digested pUC18. and tranformed into E. coli. Plasmid DNA was isolated from the transformants and analyzed by restriction analysis. None of the clones contained the 1273 bp Nco I fragment. A plasmid containing the Nco I-Hind III fragment and the ZC2351/ZC2352 adapter was designated pUC18 Hin Sst Δ Nco #46. Plasmid pUC18 Hin Sst Δ Nco #46 was linearized by digestion and joined by ligation with the 1273

46

bp Nco I fragment comprising the extracellular domain of the PDGFα-R from clone α18 R-19. The ligations were transformed into E. coli, and plasmid DNA was isolated from the transformants. Analysis of the plasmid DNA showed that only clones with the Nco I fragment in the wrong orientation were isolated. A clone having the Nco I fragment in the wrong orientation was digested with Nco I, religated and transformed into E. coli. Plasmid DNA was isolated from the transformants and was analyzed by restriction analysis. A plasmid having the Nco I insert in the correct orientation was digested to completion with Hind III and partially digested with Sst I to isolate the 1.6 kb fragment comprising the extracellular domain of the PDGFα-R preceded by a consensus initiation sequence (Kozak, ibid.) and followed by a splice donor site.

B. Construction of pPAB7

The DNA sequence encoding the extracellular domain of the PDGFα-R was joined to the immunoglobulin μ enhancer-promoter and to a DNA sequence encoding an immunoglobulin light chain constant region. The immunoglobulin μ enhancer-promoter was obtained from plasmid pJH1 which was derived from plasmid PIC₄PRE8 (Example 12.A.) by digestion with Eco RI and Sst I to isolate the 2.2 kb fragment comprising the immunoglobulin enhancer and heavy chain variable region promoter. The 2.2 kb Sst I-Eco RI fragment was ligated with Sst I+Eco RI-linearized pUC19. The resulting plasmid, designated pJH1, contained the immunoglobulin enhancer and heavy chain variable region promoter immediately 5' to the pUC19 linker sequences. Plasmid pJH1 was linearized by digestion with Sst I and Hind III and joined with the 1.6 kb partial Sst I-Hind III fragment containing the PDGFα-R extracellular domain sequences. The resulting plasmid having the immunoglobulin μ enhancer-promoter joined to the PDGFα-R extracellular domain was designated pPAB6. Plasmid pSDL112 was digested with Hind III to isolate the 1.2 kb fragment encoding the immunoglobulin light chain constant region (Cκ). The 1.2 kb Hind III fragment was ligated with Hind III-linearized pPAB6. A plasmid having the Cκ sequence in the correct orientation was designated pPAB7.

C. Construction of pPAB9

The partial Sst I-Hind III fragment encoding the extracellular domain of the PDGFα-R was joined to the immunoglobulin heavy chain constant region. For convenience, the internal Xba I site in plasmid pJH1 was removed by digestion with Xba I, blunt-ending with T4 DNA polymerase, and religation. A plasmid which did not contain the internal Xba I site, but retained the Xba I site in the polylinker was designated 11.28.3.6. Plasmid 11.28.3.6 was linearized by digestion with Sst I and Hind III. Plasmid pPAB6 was digested to completion with Sst I and partially digested with Sst I to isolate the 1.6 kb Sst I-Hind III fragment containing the PDGFα-R extracellular domain. Plasmid p#5VₓₘhuCₗ1M-neo (Example 12.C.) was digested with Hind III and Xba I to isolate the 6.0 kb fragment encoding the immunoglobulin heavy chain constant region (huCₗ1M). The Sst I-Hind III-linearized 11.28.3.6, the 1.6 kb Sst I-Hind III PDGFα-R fragment and the 6.0 kb Hind III-Xba I huCₗ1M fragment were ligated to form plasmid pPAB9.

D. Expression of pPAB9 in Mammalian Cells

Bgl II-linearized pPAB7 and Pvu I-linearized pPAB9 were cotransfected with Pvu I-linearized p416 into SP2/0-Ag14 cells by electroporation. Transfected cells were initially selected in growth medium containing 50 nM methotrexate and were subsequently amplified in a growth medium containing 100 μM methotrexate. Media from drug

6,018,026

47    48

resistant clones were tested for the presence of secreted PDGF α-receptor analogs by enzyme-linked immunosorbant assay (ELISA). Ninety-six well assay plates were prepared by incubating 100 μl of 1 μg/ml monoclonal antibody 292.1.8 which is specific for the PDGF α-receptor diluted in phosphate buffered saline (PBS; Sigma) overnight at 4° C. Excess antibody was removed by three washes with 0.5% Tween 20 in PBS. One hundred microliters of spent media was added to each well, and the plates were incubated for one hour at 4° C. Unbound proteins were removed by eight washes with 0.5% Tween 20 in PBS. One hundred microliters of peroxidase-conjugated goat anti-human IgG heavy chain antibody (diluted 1:1000 in a solution containing 5% chicken serum (GIBCO-BRL)+0.5% Tween 20 in PBS) was added to each well, and the plates were incubated for one hour at 4° C. One hundred microliters of chromophore (100 μl ABTS [2,2'-Azinobis(3-ethylbenz-thiazoline sulfonic acid] diammonium salt; Sigma]+1 μl 30% $H_2O_2$+12.5 ml citrate/phosphate buffer [9.04 g/l citric acid, 10.16 g/l $Na_2HPO_4$]) was added to each well, and the wells were incubated for 30 minutes at room temperature. The samples were measured at 405 nm. The results of the assay showed that the PDGF α-receptor analogs secreted by the transfectants contained an immunoglobulin heavy chain.

Analysis of spent media from transfected cells by Northern analysis, Western analysis and by radioimmunoprecipitation showed that the transfectants did not express a PDGF α-receptor analog from the pPAB7 construction. Transfectants were subsequently treated as containing only pPAB9.

Drug resistant clones were also tested for the presence of secreted PDGF α-receptor analogs by immunoprecipitation. For each clone, approximately one million drug resistant transfectants were grown in DMEM lacking cysteine+2% calf serum for 18 hours at 37° C. in the presence of 50 μCi $^{35}$S-cysteine. The spent media was harvested from the labeled cells and 250 μl of medium from each clone was assayed for binding to the anti-PDGF α-receptor antibody 292.18. Monoclonal antibody 292.18 diluted in PBS was added to each sample to a final concentration of 2.5 μg per 250 μl spent media. Five microliters of rabbit anti-mouse Ig diluted in PBS was added to each sample, and the immunocomplexes were precipitated by the addition of 50 μl 10% fixed Staph A (weight/volume in PBS). The immunocomplexes were analyzed on 8% SDS-polyacrylamide gels followed by autoradiography overnight at −70° C. The results of the immunoprecipitation showed that the PDGF α-receptor analog secreted by the transfectants was bound by the anti-PDGF α-receptor antibody. The combined results of the ELISA and immunoprecipitation assays showed that the PDGF α-receptor analog secreted by the transfectants contained both the PDGF α-receptor ligand-binding domain and the human heavy chain.

Spent medium from drug-resistant clones was tested for their ability to bind PDGF in a competition binding assay essentially as described in Example 12.C. The results of the assay showed that the transfectants secreted a PDGF α-receptor analog capable of binding PDGF-AA. A clone containing the pPAB9 was designated 3.17.1.57.

E. Co-expression of pPAB7 and pPAB9 in Mammalian Cells

Bgl II-linearized pPAB7 and Bam HI-linearized pICneo were cotransfected into clone 3.17.1.57, and transfected cells were selected in the presence of neomycin. Media from drug resistant cells were assayed for the presence of immunoglobulin heavy chain, immunoglobulin light chain and the PDGF α-receptor ligand-binding domain by ELISA essentially as described above. Briefly, ninety-six well assay plates were prepared by incubating 100 μl of 1 μg/ml goat

anti-human IgG Fc antibody (Sigma) or 100 μl of 1 μg/ml 292.18 overnight at 4° C. Excess antibody was removed by three washes with 0.5% Tween 20 in PBS. One hundred microliters of spent media was added to each well of each plate, and the plates were incubated for one hour at 4° C. Unbound proteins were removed by eight washes with 0.5% Tween 20 in PBS. One hundred microliters of peroxidase-conjugated goat anti-human IgG antibody (diluted 1:1000 in a solution containing 5% chicken serum (GIBCO-BRL)+ 0.5% Tween 20 in PBS) was added to each well of the plate coated with the anti-Fc antibody, and 100 μl of peroxidase-conjugated goat anti human kappa antibody (diluted 1:1000 in a solution containing 5% chicken serum (GIBCO-BRL)+ 0.5% Tween 20 in PBS) was added to each well of the plate coated with 292.18. The plates were incubated for one hour at 4° C. One hundred microliters of chromophore (100 μl ABTS (2,2'-Azinobis(3-ethylbenz-thiazoline sulfonic acid) diammonium salt+1 μl 30% $H_2O_2$+12.5 ml citrate/phosphate buffer [9.04 g/l citric acid, 10.16 g/l $Na_2HPO_4$]) was added to each well of each plate, and the plates were incubated to 30 minutes at room temperature. The samples were measured at 405 nm, the wavelength giving maximal absorbance of the chromogenic substrate, to identify clones having absorbances higher than background indicating the presence of immunoglobulin heavy chain. Clones that gave positive results in both ELISA assays (showing that the clones produced proteins containing heavy chain regions, light chain constant regions and the PDGF α-receptor ligand-binding region) were selected for further characterization.

Drug resistant clones that were positive for both ELISA assays were subsequently tested for the presence of secreted PDGF α-receptor analogs by immunoprecipitation. For each positive clone, approximately one million drug resistant transfectants were grown in DMEM lacking cysteine+2% calf serum for 18 hours at 37° C. in the presence of 50 μCi $^{35}$S-cysteine. The spent media was harvested from the labeled cells and 250 μl of medium from each clone was assayed for binding to monoclonal antibody 292.18. Monoclonal antibody 292.18 diluted in PBS was added to each sample to a final concentration of 2.5 μg. Five microliters of rabbit anti-mouse Ig diluted in PBS was added to each sample and the immunocomplexes were precipitated by the addition of 50 μl 10% fixed Staph A (weight/volume in PBS). The immunocomplexes were analyzed on 8% SDS-polyacrylamide gels followed by autoradiography overnight at −70° C. The results of the immunoprecipitation showed that the PDGF α-receptor analog secreted by the transfectants was bound by the anti-PDGF α-receptor antibody. The combined results of the ELISA and immunoprecipitation assays showed that the PDGF α-receptor analog secreted by the transfectants contained the PDGF α-receptor ligand-binding domain, the human heavy chain and the human light chain constant region. A clone that secreted a PDGF α-receptor analog that was positive for both the above-described ELISA assays and the immunoprecipitation assay was designated 5.6.2.1.

Example 16

Purification and characterization of PDGF α-Receptor Analogs

A. Purification of PDGF α-Receptor Analogs From Clone 3.17.1.57

The PDGF α-Receptor analog was purified from the conditioned culture media of clone 3.17.1.57 by cycling cell-conditioned medium over an immunoaffinity column composed of monoclonal antibody 292.18 bound to a CNBr-

ZG 000050

6,018,026

49

50

activated Sepharose 4B resin, which is specific for the PDGF α-receptor. The column was washed with PBA, then eluted with 0.1 M citrate, pH 3.0. The peak column fractions containing the α-receptor were pooled, neutralized to pH 7.2 by the addition of 2 M Tris, pH 7.4, then passed over a protein-A Sepharose column. This column was washed sequentially with PBS, then with 0.1 M citrate, pH 5.0. The PDGF α-receptor analog was then eluted with 0.1 M citrate, pH 3.0. The peak eluate fractions were pooled, and glycerol was added to a final concentration of 10t. The sample was concentrated on a centriprep 10 concentrator (Amicon). The PDGF α-receptor analog purified from clone 3.17.1.57 was termed a "dimeric PDGF α-receptor analog".

B. Purification of PDGF α-Receptor Analogs From Clone 5.6.2.1

The PDGF α-receptor analog was purified from the conditioned culture media of clone 5.6.2.1 by cycling cell-conditioned medium over the immunoaffinity column described above. The column was washed with PBS then eluted with 0.1 M citrate, pH 3.0. The peak column fractions containing the α-receptor were pooled, neutralized to pH 7.2 by the addition of 2 M Tris (what pH 7.4), then passed over a protein-A sepharose column. This column was washed sequentially with PBS then with 0.1 M citrate, pH 5.0. The PDGF α-receptor analog was then eluted with 0.1 M citrate, pH 3.0. The peak eluate fractions were pooled and glycerol was added to a final concentration of 10%. The sample was concentrated on a centriprep 10 concentrator. The PDGF α-receptor analogs purified from clone 5.6.2.1 was termed a "tetrameric PDGF α-receptor analog".

Example 17

A. Use of the PDGF α-receptor Analogs in Ligand Binding Studies

Purified tetrameric PDGF α-receptor analog and purified dimeric PDGF α-receptor analog were compared to mono-layers of a control cell line of canine kidney epithelial cells, which do not naturally express the PDGF α-receptor, trans-fected with the human PDGF α-receptor cDNA for ligand binding activity. The dissociation constant (Kd) of the receptor preparations was determined by saturation binding and subsequent Scatchard analysis.

Ligand binding of the purified PDGF α-receptor analogs was determined using a solid phase binding assay. Affinity-purified goat anti-human IgG was diluted to a concentration of 2 $\mu$g/ml in 0.1 M $Na_2HCO_3$, pH 9.6 and 100 $\mu$l/well of the solution was used to coat 96-well microtiter plates for 18 hours at 4° C. Excess antibody was removed from the wells with one wash with ELISA C buffer (PBS, 0.05% Tween-20). The plates were incubated with 175 $\mu$l/well of ELISA B buffer (PBS, 1% BSA, 0.05% Tween-20) to block the wells, followed by two washes with ELISA C buffer. One hundred microliters of 50 ng/ml PDGF α-receptor analog (dimeric or tetrameric) diluted in ELISA buffer B was added to each well and the plates were incubated over night at 4° C. Unbound protein was removed from the wells with two washes with ELISA buffer B. $^{125}$I-labeled PDGF-AA was serially diluted in binding media (Hams F-12, 25 mM HEPES pH 7.2, 0.25% rabbit serum albumin), and 100 $\mu$l of each dilution was added to the wells. The samples were incubated for two hours at room temperature. Unbound $^{125}$I-labeled PDGF-AA was removed with three washes with binding media. One hundred microliters of 0.1 M citrate, pH 2.5 was added to each well, and the plates were incubated for five minutes. After the incubation, the citrate buffer was removed and transferred to a tube for counting in a gamma counter. Nonspecific binding for each concentration of $^{125}$I-labeled PDGF-AA was determined by a parallel assay

wherein separate wells coated only with goat anti-human IgG were incubated with the $^{125}$I-labeled PDGF-AA samples.

A saturation binding assay was performed on alpha T-7 cells transfected with the PDGF α-receptor. The cells were grown to confluency in 24-well culture plates. The cells were washed one time with binding media. Iodinated PDGF-AA was serially diluted in binding media. One milliliter of each dilution was added to the wells, and the plates were incubated for 3 hours at 4° C. Unbound $^{125}$I-labeled PDGF-AA was removed and the cells were washed three times with binding media. PBS containing 1% Triton X-100 was added to the cells for 5 minutes. The extracts were harvested and counted in a gamma counter. Nonspecific binding was determined at a single concentration of $^{125}$-labeled PDGF-AA using a 500-fold excess PDGF-BB.

The dissociation constants determined by Scatchard analysis (ibid.) of the saturation binding assays for the tetrameric PDGF α-receptor analog, dimeric PDGF α-receptor analog and the control cells (Table 5).

Table 5

Dissociation Constants for the Tetrameric PDGF α-Receptor, the Dimeric PDGF α-receptor and control cells Transfected with the PDGF α-receptor

TABLE 5

| Dissociation Constants for the Tetrameric PDGF α-Receptor, the Dimeric PDGF α-receptor and control cells Transfected with the PDGF α-receptor | |
|---|---|
| Receptor | kD |
| Tetrameric PDGF α-receptor analog | $1.6 \times 10^{-11}$ |
| Dimeric PDGF α-receptor analog | $8.51 \times 10^{-11}$ |
| Control cells [PDGF α-receptor] | $3.7 \times 10^{-11}$ |

A solid-phase competition binding assay was established using the tetrameric PDGF α-receptor analog. Ninety six-well microtiter plates were coated with goat anti-human IgG (2 $\mu$g/ml), the wells blocked with ELISA B buffer, 50 ng/ml of purified tetrameric PDGF α-receptor analog diluted in binding media was added, and the plates were incubated two hours at room temperature. Unbound receptor was removed and the wells were washed with binding media. The plates were incubated for two hours at room temperature with increasing concentrations of either PDGF-AA or PDGF-BB diluted in binding media. The wells were washed, then incubated for two hours at room temperature with 3 ng/ml $^{125}$I-labeled PDGF-AA diluted in binding media. Unbound labeled PDGF-AA was removed, the wells were subse-quently washed with binding media, and the bound, labeled PDGF-AA was harvested by the addition of 0.1 M citrate, pH 2.5, as described for the saturation binding studies. PDGF-AB, PDGF-AA and PDGF-BB were found to com-pete for receptor binding with $^{125}$I-PDGF-AA.

B. Use of Tetrameric PDGF α-Receptor Analogs As Antago-nists for PDGF-Stimulated Mitogenesis.

A dimeric PDGF α-receptor analog, purified as described in Example 16.B., was analyzed for the ability to neutralize PDGF-stimulated mitogenesis in mouse 3T3 cells. Increas-ing amounts of the purified tetrameric PDGF α-receptor analog were mixed with PDGF-AA, -AB or -BB ranging 0.6 to 5 ng. The mixtures were then added to cultures of confluent mouse 3T3 cells. The ability of the PDGF to stimulate a mitogenic response, as measured by the incor-poration of $^{3}$H-thymidine, was determined essentially as

ZG 000051

6,018,026

51

described (Raines and Ross, *Methods in Enzymology* 109: 749–773, 1985, which is incorporated by reference herein). The dimeric PDGF α-receptor analog demonstrated a dose response inhibition of PDGF-stimulated $^3$H-thymidine incorporation for all three isoforms of PDGF.

C. Inverse Ligand-Receptor Radioreceptor Assay

An inverse ligand-receptor radioreceptor assay was designed to screen for the presence of PDGF-BB, PDGF-BB binding proteins, PDGF-BB related molecules, and PDGF-β receptor antagonists in test samples. PDGF-BB (100 ng/ml) was coated onto the walls of 96-well microtiter plates, and the plates were incubated at 4° C. for 16 hours. The wells were washed once with ELISA C buffer and then incubated with ELISA B buffer to block the nonspecific binding sites. To the wells were added 50 μl of either PDGF standard or a test sample and 50 μl of $^{125}$I-labeled tetrameric PDGF β-receptor analog. The samples were incubated for one hour at room temperature. The wells were washed once with ELISA C buffer, and 0.1 M citrate, pH 2.5 containing 1% NP-40 was added to each well to disrupt the ligand-receptor analog bond and elute the bound receptor analog. The acid wash was collected and counted in a gamma counter. The presence of PDGF or a molecule which mimics PDGF or otherwise interferes with the binding of the well-bound PDGF-BB with its receptor will cause a decrease in the binding of the radiolabeled tetrameric PDGF β-receptor. Using this assay, PDGF-BB was found to inhibit receptor binding while PDGF-AA and PDGF-AB caused no significant decrease in receptor binding.

Example 18

Assay Methods

A. Preparation of Nitrocellulose Filters for Colony Assay

Colonies of transformants were tested for secretion of PDGF β-receptor analogs by first growing the cells on nitrocellulose filters that had been laid on top of solid growth medium. Nitrocellulose filters (Schleicher & Schuell, Keene, N.H.) were placed on top of solid growth medium and were allowed to be completely wetted. Test colonies were patched onto the wetted filters and were grown at 30° C. for approximately 40 hours. The filters were then removed from the solid medium, and the cells were removed by four successive rinses with Western Transfer Buffer (Table 4). The nitrocellulose filters were soaked in Western Buffer A (Table 4) for one hour at room temperature on a shaking platform with two changes of buffer. Secreted PDGFβ-R analogs were visualized on the filters described below.

B. Preparation of Protein Blot Filters

A nitrocellulose filter was soaked in Western Buffer A (Table 4) without the gelatin and placed in a Minifold (Schleicher & Schuell, Keene, N.H.). Five milliliters of culture supernatant was added without dilution to the Minifold wells, and the liquid was allowed to pass through the nitrocellulose filter by gravity. The nitrocellulose filter was removed from the minifold and was soaked in Western Buffer A (Table 3) for one hour on a shaking platform at room temperature. The buffer was changed three times during the hour incubation.

C. Preparation of Western Blot Filters

The transformants were analyzed by Western blot, essentially as described by Towbin et al. (*Proc. Natl. Acad. Sci. USA* 76: 4350–4354, 1979) and Gordon et al. (U.S. Pat. No. 4,452,901). Culture supernatants from appropriately grown transformants were diluted with three volumes of 95% ethanol. The ethanol mixtures were incubated overnight at –70° C. The precipitates were spun out of solution by

52

centrifugation in an SS-24 rotor at 18,000 rpm for 20 minutes. The supernatants were discarded and the precipitate pellets were resuspended in 200 μl of dH$_2$O. Two hundred microliters of 2x loading buffer (Table 4) was added to each sample, and the samples were incubated in a boiling water bath for 5 minutes.

The samples were electrophoresed in a 15% sodium dodecylsulfate polyacrylamide gel under non-reducing conditions. The proteins were electrophoretically transferred to nitrocellulose paper using conditions described by Towbin et al. (ibid.). The nitrocellulose filters were then incubated in Western Buffer A (Table 4) for 75 minutes at room temperature on a platform rocker.

D. Processing the Filters for Visualization with Antibody

Filters prepared as described above were screened for proteins recognized by the binding of a PDGF β-receptor specific monoclonal antibody, designated PR7212. The filters were removed from the Western Buffer A (Table 4) and placed in sealed plastic bags containing a 10 ml solution comprising 10 μg/ml PR7212 monoclonal antibody diluted in Western Buffer A. The filters were incubated on a rocking platform overnight at 4° C. or for one hour at room temperature. Excess antibody was removed with three 15-minute washes with Western Buffer A on a shaking platform at room temperature.

Ten microliters biotin-conjugated horse anti-mouse antibody (Vector Laboratories, Burlingame, Calif.) in 20 ml Western Buffer A was added to the filters. The filters were re-incubated for one hour at room temperature on a platform shaker, and unbound conjugated antibody was removed with three fifteen-minute washes with Western Buffer A.

The filters were pre-incubated for one hour at room temperature with a solution comprising 50 μl Vectastain Reagent A (Vector Laboratories) in 10 ml of Western Buffer A that had been allowed to incubate at room temperature for 30 minutes before use. The filters were washed with one quick wash with distilled water followed by three 15-minute washes with Western Buffer B (Table 4) at room temperature. The Western Buffer B washes were followed by one wash with distilled water.

During the preceding wash step, the substrate reagent was prepared. Sixty mg of horseradish peroxidase reagent (Bio-Rad, Richmond, Calif.) was dissolved in 20 ml HPLC grade methanol. Ninety milliliters of distilled water was added to the dissolved peroxidase followed by 2.5 ml 2 M Tris, pH 7.4 and 3.8 ml 4 M NaCl. One hundred microliters of 30% H$_2$O$_2$ was added just before use. The washed filters were incubated with 75 ml of substrate and incubated at room temperature for 10 minutes with vigorous shaking. After the 10 minute incubation, the buffer was changed, and the filters were incubated for an additional 10 minutes. The filters were then washed in distilled water for one hour at room temperature. Positives were scored as those samples which exhibited coloration.

E. Processing the Filters For Visualization with an Anti-Substance P Antibody

Filters prepared as described above were probed with an anti-substance P antibody. The filters were removed from the Western Buffer A and rinsed with Western transfer buffer, followed by a 5-minute wash in phosphate buffered saline (PBS, Sigma, St. Louis, Mo.). The filters were incubated with a 10 ml solution containing 0.5 M 1-ethyl-3-3-dimethylamino propyl carbodiimide (Sigma) in 1.0 M NH$_4$Cl for 40 minutes at room temperature. After incubation, the filters were washed three times, for 5 minutes per wash, in PBS. The filters were blocked with 2% powdered milk diluted in PBS.

6,018,026

**53**

The filters were then incubated with a rat anti-substance P monoclonal antibody (Accurate Chemical & Scientific Corp., Westbury, N.Y.). Ten microliters of the antibody was diluted in 10 ml of antibody solution (PBS containing 20% fetal calf serum and 0.5% Tween-20). The filters were incubated at room temperature for 1 hour. Unbound antibody was removed with four 5-minute washes with PBS.

The filters were then incubated with a biotin-conjugated rabbit anti-rat peroxidase antibody (Cappel Laboratories, Melvern, Pa.). The conjugated antibody was diluted 1:1000 in 10 ml of antibody solution for 2 hours at room temperature. Excess conjugated antibody was removed with four 5-minute washes with PBS.

The filters were pre-incubated for 30 minutes at room temperature with a solution containing 50 $\mu$l Vectastain Reagent A (Vector Laboratories) and 50 $\mu$l Vectastain Reagent B (Vector Laboratories) in 10 ml of antibody solution that had been allowed to incubate for 30 minutes before use. Excess Vectastain reagents were removed by four 5-minute washes with PBS.

During the preceding wash step, the substrate reagent was prepared. Sixty milligrams of horseradish peroxidase reagent (Bio-Rad Laboratories, Richmond, Calif.) was dissolved in 25 ml of HPLC grade methanol. Approximately 100 ml of PBS and 200 $\mu$l $H_2O_2$ were added just before use. The filters were incubated with the substrate reagent for 10 to 20 minutes. The substrate was removed by a vigorous washing distilled water.

**54**

F. Iodination of PDGF-BB.

A PDGF-BB mutant molecule having a tyrosine replaing the phenylalanine at position 23 (PDGF-BB$_{Tyr}$) was iodinated and subsequently purified, using a purification method which produces 125I-labeled PDGF-BB with a higher specific activity than primary-labeled material and which was found to substantially decrease the nonspecific binding component. The PDGF-BB$_{Tyr}$ was labeled using the Iodobead method (Pierce Chemical). The labeled protein was gel filtered over a C-25 desalting column (Pharmacia LKB Technologies) equilibrated with 10 mM acetic acid, 0.25% gelatin and 100 mM NaCl. The peak fractions were pooled and pH adjusted to 7.2 by the addition of Tris-base. The labeled mixture was chromatographed over an affinity column composed of PDGF β-receptor analog protein coupled to CnBr-activated Sepharose (Pharmacia LKB Technologies, Inc.). The column was washed with phosphate buffered saline and eluted with 0.1 M citrate, pH 2.5 containing 0.25% gelatin. The peak eluate fractions were pooled and assayed by ELISA to determine the PDGF-BB concentration.

Although the foregoing invention has been described in some detail by way of illustration and example for purposes of clarity of understanding, it will be evident that certain changes and modifications may be practiced within the scope of the appended claims.

---

SEQUENCE LISTING

(1) GENERAL INFORMATION:

  (iii) NUMBER OF SEQUENCES: 36

(2) INFORMATION FOR SEQ ID NO:1:

  (i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 4465 base pairs
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS: double
    (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: cDNA

  (iii) HYPOTHETICAL: N

  (iv) ANTI-SENSE: N

  (vi) ORIGINAL SOURCE:
    (A) ORGANISM: Homo sapiens
    (D) DEVELOPMENTAL STAGE: Adult
    (F) TISSUE TYPE: Skin
    (G) CELL TYPE: fibroblasts

  (vii) IMMEDIATE SOURCE:
    (B) CLONE: pR-rX1

  (ix) FEATURE:
    (A) NAME/KEY: CDS
    (B) LOCATION: 354..3671
    (D) OTHER INFORMATION:

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:

```
CCCTCAGCCC TGCTGCCCAG CACGAGCCTG TGCTCGCCCT GCCCAACGCA GACAGCCAGA      60

CCCAGGGCGG CCCCTCTGGC GGCTCTGCTC CTCCCGAAGG ATGCTTGGGG AGTGAGGCGA     120

AGCTGGGCGC TCCTCTCCCC TACAGCAGCG CCCTTCCTCC ATCCCCTGTGT TCTCCTGAGC     180
```

ZG 000053

6,018,026

55    56

–continued

CTTCAGGAGC CTGCACCAGT CCTGCCTGTC CTTCTACTCA GCTGTTACCC ACTCTGGGAC    240

CAGCAGTCTT TCTGTAATACT GGGAGAGGGC AGTAAGGAGG ACTTCCTGGA GGGGGTGACT    300

GTCCAGAGCC TGGAACTGTG CCCACACCAG AAGCCCATCAG CAGCAAGGAC ACC ATG    356
                                                            Met
                                                             1

CGG CTT CCG GGT GCG ATG CCA GCT CTG GCC CTC AAA GGC GAG CTG CTG    404
Arg Leu Pro Gly Ala Met Pro Ala Leu Ala Leu Lys Gly Glu Leu Leu
            5                  10                  15

TTG CTG TCT CTC CTG TTA CTT CTG GAA CCA CAG ATC TCT CAG GGC CTG    452
Leu Leu Ser Leu Leu Leu Leu Leu Glu Pro Gln Ile Ser Gln Gly Leu
        20                  25                  30

GTC GTC ACA CCC CCG GGG CCA GAG CTT GTC CTC AAT GTC TCC AGC ACC    500
Val Val Thr Pro Pro Gly Pro Glu Leu Val Leu Asn Val Ser Ser Thr
    35                  40                  45

TTC GTT CTG ACC TGC TCG GGT TCA GCT CCG GTG GTG TGG GAA CGG ATG    548
Phe Val Leu Thr Cys Ser Gly Ser Ala Pro Val Val Trp Glu Arg Met
50                  55                  60                  65

TCC CAG GAG CCC CCA CAG GAA ATG GCC AAG GCC CAG GAT GGC ACC TTC    596
Ser Gln Glu Pro Pro Gln Glu Met Ala Lys Ala Gln Asp Gly Thr Phe
                70                  75                  80

TCC AGC GTG CTC ACA CTG ACC AAC CTC ACT GGG CTA GAC ACG GGA GAA    644
Ser Ser Val Leu Thr Leu Thr Asn Leu Thr Gly Leu Asp Thr Gly Glu
            85                  90                  95

TAC TTT TGC ACC CAC AAT GAC TCC CGT GGA CTG GAG ACC GAT GAG CGG    692
Tyr Phe Cys Thr His Asn Asp Ser Arg Gly Leu Glu Thr Asp Glu Arg
        100                 105                 110

AAA CGG GTC TAC ATC TTT GTG CCA GAT CCC ACC GTG GGC TTC CTC CCT    740
Lys Arg Val Tyr Ile Phe Val Pro Asp Pro Thr Val Gly Phe Leu Pro
    115                 120                 125

AAT GAT GCC GAG GAA CTA TTC ATC TTT CTC ACG AGA ATA ACT GAG ATC    788
Asn Asp Ala Glu Glu Leu Phe Ile Phe Leu Thr Glu Ile Thr Glu Ile
130                 135                 140                 145

ACC ATT CCA TGC CGA GTA ACA GAC CCA CAG CTG GTG GTG ACA CTG CAC    836
Thr Ile Pro Cys Arg Val Thr Asp Pro Gln Leu Val Val Thr Leu His
                150                 155                 160

GAG AAG AAA GGG GAC GTT GCA CTG CCT GTC CCC TAT GAT CAC CAA CGT    884
Glu Lys Lys Gly Asp Val Ala Leu Pro Val Pro Tyr Asp His Gln Arg
            165                 170                 175

GGC TTT TCT GGT ATC TTT GAG GAC AGA AGC TAC ATC TGC AAA ACC ACC    932
Gly Phe Ser Gly Ile Phe Glu Asp Arg Ser Tyr Ile Cys Lys Thr Thr
        180                 185                 190

ATT GGG GAC AGG GAG GTG GAT TCT GAT GCC TAC TAT GTC TAC AGA CTC    980
Ile Gly Asp Arg Glu Val Asp Ser Asp Ala Tyr Tyr Val Tyr Arg Leu
    195                 200                 205

CAG GTG TCA TCC ATC AAC GTC TCT GTG AAC GCA GTG CAG ACT GTG GTC    1028
Gln Val Ser Ser Ile Asn Val Ser Val Asn Ala Val Gln Thr Val Val
210                 215                 220                 225

CGC CAG GGT GAG AAC ATC ACC CTC ATG TGC ATT GTG ATC GGG AAT GAG    1076
Arg Gln Gly Glu Asn Ile Thr Leu Met Cys Ile Val Ile Gly Asn Glu
                230                 235                 240

GTG GTC AAC TTC GAG TGG ACA TAC CCC CGC AAA GAA AGT GGG CGG CTG    1124
Val Val Asn Phe Glu Trp Thr Tyr Pro Arg Lys Glu Ser Gly Arg Leu
            245                 250                 255

GTG GAG CCG GTG ACT GAC TTC CTC TTG GAT ATG CCT TAC CAC ATC CGC    1172
Val Glu Pro Val Thr Asp Phe Leu Leu Asp Met Pro Tyr His Ile Arg
        260                 265                 270

TCC ATC CTG CAC ATC CCC AGT GCC GAG TTA GAA GAC TCG GGG ACC TAC    1220
Ser Ile Leu His Ile Pro Ser Ala Glu Leu Glu Asp Ser Gly Thr Tyr
    275                 280                 285

6,018,026

**57**                                                                 **58**

−continued

```
ACC TGC AAT GTG ACG GAG AGT GTG AAT GAC CAT CAG GAT GAA AAG GCC     1268
Thr Cys Asn Val Thr Glu Ser Val Asn Asp His Gln Asp Glu Lys Ala
290                     295                 300                 305

ATC AAC ATC ACC GTG GTT GAG AGC GGC TAC GTG CGG CTC CTG GGA GAG     1316
Ile Asn Ile Thr Val Val Glu Ser Gly Tyr Val Arg Leu Leu Gly Glu
            310                 315                 320

GTG GGC ACA CTA CAA TTT GCT GAG CTG CAT CGG AGC CGG ACA CTG CAG     1364
Val Gly Thr Leu Gln Phe Ala Glu Leu His Arg Ser Arg Thr Leu Gln
            325                 330                 335

GTA GTG TTC GAG GCC TAC CCA CCG CCC ACT GTC CTG TGG TTC AAA GAC     1412
Val Val Phe Glu Ala Tyr Pro Pro Pro Thr Val Leu Trp Phe Lys Asp
            340                 345                 350

AAC CGC ACC CTG GGC GAC TCC AGC GCT GGC GAA ATC GCC CTG TCC ACG     1460
Asn Arg Thr Leu Gly Asp Ser Ser Ala Gly Glu Ile Ala Leu Ser Thr
            355                 360                 365

CGC AAC GTG TCG GAG ACC CGG TAT GTG TCA GAG CTG ACA CTG GTT CGC     1508
Arg Asn Val Ser Glu Thr Arg Tyr Val Ser Glu Leu Thr Leu Val Arg
370                 375                 380                 385

GTG AAG GTG GCA GAG GCT GGC CAC TAC ACC ATG CGG GCC TTC CAT GAG     1556
Val Lys Val Ala Glu Ala Gly His Tyr Thr Met Arg Ala Phe His Glu
            390                 395                 400

GAT GCT GAG GTC CAG CTC TCC TTC CAG CTA CAG ATC AAT GTC CCT GTC     1604
Asp Ala Glu Val Gln Leu Ser Phe Gln Leu Gln Ile Asn Val Pro Val
            405                 410                 415

CGA GTG CTG GAG CTA AGT GAG AGC CAC CCT GAC AGT GGG GAA CAG ACA     1652
Arg Val Leu Glu Leu Ser Glu Ser His Pro Asp Ser Gly Glu Gln Thr
            420                 425                 430

GTC CGC TGT CGT GGC CGG GGC ATG CCC CAG CCG AAC ATC ATC TGG TCT     1700
Val Arg Cys Arg Gly Arg Gly Met Pro Gln Pro Asn Ile Ile Trp Ser
            435                 440                 445

GCC TGC AGA GAC CTC AAA AGG TGT CCA CGT GAG CTG CCG CCC ACG CTG     1748
Ala Cys Arg Asp Leu Lys Arg Cys Pro Arg Glu Leu Pro Pro Thr Leu
450                 455                 460                 465

CTG GGG AAC AGT TCC GAA GAG GAG AGC CAG CTG GAG ACT AAC GTG ACG     1796
Leu Gly Asn Ser Ser Glu Glu Glu Ser Gln Leu Glu Thr Asn Val Thr
            470                 475                 480

TAC TGG GAG GAG GAG CAG GAG TTT GAG GTG GTG AGC ACA CTG CGT CTG     1844
Tyr Trp Glu Glu Glu Gln Glu Phe Glu Val Val Ser Thr Leu Arg Leu
            485                 490                 495

CAG CAC GTG GAT CGG CCA CTG TCG GTG CGC TGC ACG CTG CGC AAC GCT     1892
Gln His Val Asp Arg Pro Leu Ser Val Arg Cys Thr Leu Arg Asn Ala
            500                 505                 510

GTG GGC CAG GAC ACG CAG GAG GTC ATC GTG GTG CCA CAC TCC TTG CCC     1940
Val Gly Gln Asp Thr Gln Glu Val Ile Val Val Pro His Ser Leu Pro
            515                 520                 525

TTT AAG GTG GTG GTG ATC TCA GCC ATC CTG GCC CTG GTG GTG CTC ACC     1988
Phe Lys Val Val Val Ile Ser Ala Ile Leu Ala Leu Val Val Leu Thr
530                 535                 540                 545

ATC ATC TCC CTT ATC ATC CTC ATC ATG CTT TGG CAG AAG AAG CCA CGT     2036
Ile Ile Ser Leu Ile Ile Leu Ile Met Leu Trp Gln Lys Lys Pro Arg
            550                 555                 560

TAC GAG ATC CGA TGG AAG GTG ATT GAG TCT GTG AGC TCT GAC GGC CAT     2084
Tyr Glu Ile Arg Trp Lys Val Ile Glu Ser Val Ser Ser Asp Gly His
            565                 570                 575

GAG TAC ATC TAC GTG GAC CCC ATG CAG CTG CCC TAT GAC TCC ACG TGG     2132
Glu Tyr Ile Tyr Val Asp Pro Met Gln Leu Pro Tyr Asp Ser Thr Trp
            580                 585                 590

GAG CTG CCG CGG GAC CAG CTT GTG CTG GGA CGC ACC CTC GGC TCT GGG     2180
Glu Leu Pro Arg Asp Gln Leu Val Leu Gly Arg Thr Leu Gly Ser Gly
            595                 600                 605
```

ZG 000055

6,018,026

59

60

−continued

```
GCC TTT GGG CAG GTG GTG GAG GCC ACG GCT CAT GGC CTG AGC CAT TCT    2228
Ala Phe Gly Gln Val Val Glu Ala Thr Ala His Gly Leu Ser His Ser
610             615                 620                 625

CAG GCC ACG ATG AAA GTG GCC GTC AAG ATG CTT AAA TCC ACA GCC CGC    2276
Gln Ala Thr Met Lys Val Ala Val Lys Met Leu Lys Ser Thr Ala Arg
                630                 635                 640

AGC AGT GAG AAG CAA GCC CTT ATG TCG GAG CTG AAG ATC ATG AGT CAC    2324
Ser Ser Glu Lys Gln Ala Leu Met Ser Glu Leu Lys Ile Met Ser His
            645                 650                 655

CTT GGG CCC CAC CTG AAC GTG GTC AAC CTG TTG GGG GCC TGC ACC AAA    2372
Leu Gly Pro His Leu Asn Val Val Asn Leu Leu Gly Ala Cys Thr Lys
        660                 665                 670

GGA GGA CCC ATC TAT ATC ATC ACT GAG TAC TGC CGC TAC GGA GAC CTG    2420
Gly Gly Pro Ile Tyr Ile Ile Thr Glu Tyr Cys Arg Tyr Gly Asp Leu
    675                 680                 685

GTG GAC TAC CTG CAC CGC AAG AAA CAC ACC TTC CTG CAG CAC CAC TCC    2468
Val Asp Tyr Leu His Arg Lys Lys His Thr Phe Leu Gln His His Ser
690                 695                 700                 705

GAC AAG CGC CGC CCG CCC AGC GCG GAG CTC TAC AGC AAT GCT CTG CCC    2516
Asp Lys Arg Arg Pro Pro Ser Ala Glu Leu Tyr Ser Asn Ala Leu Pro
                710                 715                 720

GTT GGG CTC CCC CTG CCC AGC CAT GTG TCC TTG ACC GGG GAG AGC GAC    2564
Val Gly Leu Pro Leu Pro Ser His Val Ser Leu Thr Gly Glu Ser Asp
                725                 730                 735

GGT GGC TAC ATG GAC ATG AGC AAG GAC GAG TCG GTG GAC TAT GTG CCC    2612
Gly Gly Tyr Met Asp Met Ser Lys Asp Glu Ser Val Asp Tyr Val Pro
            740                 745                 750

ATG CTG GAC ATG AAA GGA GAC GTC AAA TAT GCA GAC ATG GAG TCC TCC    2660
Met Leu Asp Met Lys Gly Asp Val Lys Tyr Ala Asp Met Glu Ser Ser
        755                 760                 765

AAC TAC ATG GCC CCT TAC GAT AAC TAC GTT CCC TCT GCC CCT GAG AGG    2708
Asn Tyr Met Ala Pro Tyr Asp Asn Tyr Val Pro Ser Ala Pro Glu Arg
    770                 775                 780

ACC TGC CGA GCA ACT TTG ATC AAC GAG TCT CCA GTG CTA AGC TAC ATG    2756
Thr Cys Arg Ala Thr Leu Ile Asn Glu Ser Pro Val Leu Ser Tyr Met
                790                 795                 800

GAC CTC GTG GGC TTC AGC TAC CAG GTG GCC AAT GCG ATG GAG TTT CTG    2804
Asp Leu Val Gly Phe Ser Tyr Gln Val Ala Asn Gly Met Glu Phe Leu
                805                 810                 815

GCC TCC AAG AAC TGC GTC CAC AGA GAC CTG GCG GCT AGG AAC GTG CTC    2852
Ala Ser Lys Asn Cys Val His Arg Asp Leu Ala Ala Arg Asn Val Leu
            820                 825                 830

ATC TGT GAA GGC AAG CTG GTC AAA ATC TGT GAC TTT GGC CTG GCT CGA    2900
Ile Cys Glu Gly Lys Leu Val Lys Ile Cys Asp Phe Gly Leu Ala Arg
        835                 840                 845

GAC ATC ATG CGG GAC TCG AAT TAC ATC TCC AAA GGC AGC ACC TTT TTG    2948
Asp Ile Met Arg Asp Ser Asn Tyr Ile Ser Lys Gly Ser Thr Phe Leu
    850                 855                 860                 865

CCT TTA AAG TGG ATG GCT CCG GAG AGC ATC TTC AAC AGC CTC TAC ACC    2996
Pro Leu Lys Trp Met Ala Pro Glu Ser Ile Phe Asn Ser Leu Tyr Thr
                870                 875                 880

ACC CTG AGC GAC GTG TGG TCC TTC GGG ATC CTG CTC TGG GAG ATC TTC    3044
Thr Leu Ser Asp Val Trp Ser Phe Gly Ile Leu Leu Trp Glu Ile Phe
                885                 890                 895

ACC TTG GGT GGC ACC CCT TAC CCA GAG CTG CCC ATG AAC GAG CAG TTC    3092
Thr Leu Gly Gly Thr Pro Tyr Pro Glu Leu Pro Met Asn Glu Gln Phe
            900                 905                 910

TAC AAT GCC ATC AAA CGG GGT TAC CGC ATG GCC CAG CCT GCC CAT GCC    3140
Tyr Asn Ala Ile Lys Arg Gly Tyr Arg Met Ala Gln Pro Ala His Ala
        915                 920                 925
```

6,018,026

61
62

−continued

```
TCC GAC GAG ATC TAT GAG ATC ATG CAG AAG TGC TGG GAA GAG AAG TTT    3188
Ser Asp Glu Ile Tyr Glu Ile Met Gln Lys Cys Trp Glu Glu Lys Phe
930              935              940              945

GAG ATT CGG CCC CCC TTC TCC CAG CTG GTG CTG CTT CTC GAG AGA CTG    3236
Glu Ile Arg Pro Pro Phe Ser Gln Leu Val Leu Leu Leu Glu Arg Leu
          950              955              960

TTG GGC GAA GGT TAC AAA AAG AAG TAC CAG CAG GTG GAT GAG GAG TTT    3284
Leu Gly Glu Gly Tyr Lys Lys Lys Tyr Gln Gln Val Asp Glu Glu Phe
          965              970              975

CTG AGG AGT GAC CAC CCA GCC ATC CTT CGG TCC CAG GCC CGC TTG CCT    3332
Leu Arg Ser Asp His Pro Ala Ile Leu Arg Ser Gln Ala Arg Leu Pro
          980              985              990

GGG TTC CAT GGC CTC CGA TCT CCC CTG GAC ACC AGC TCC GTC CTC TAT    3380
Gly Phe His Gly Leu Arg Ser Pro Leu Asp Thr Ser Ser Val Leu Tyr
          995              1000              1005

ACT GCC GTG CAG CCC AAT GAG GGT GAC AAC GAC TAT ATC ATC CCC CTG    3428
Thr Ala Val Gln Pro Asn Glu Gly Asp Asn Asp Tyr Ile Ile Pro Leu
1010              1015              1020              1025

CCT GAC CCC AAA CCC GAG GTT GCT GAC GAG GGC CCA CTG GAG GGT TCC    3476
Pro Asp Pro Lys Pro Glu Val Ala Asp Glu Gly Pro Leu Glu Gly Ser
          1030              1035              1040

CCC AGC CTA GCC AGC TCC ACC CTG AAT GAA GTC AAC ACC TCC TCA ACC    3524
Pro Ser Leu Ala Ser Ser Thr Leu Asn Glu Val Asn Thr Ser Ser Thr
          1045              1050              1055

ATC TCC TGT GAC AGC CCC CTG GAG CCC GAC GAC GAA CCA GAG CCA GAG    3572
Ile Ser Cys Asp Ser Pro Leu Glu Pro Gln Asp Glu Pro Glu Pro Glu
          1060              1065              1070

CCC CAG CTT GAG CTC CAG GTG GAG CCG GAG CCA GAG CTG GAA CAG TTG    3620
Pro Gln Leu Glu Leu Gln Val Glu Pro Glu Pro Glu Leu Glu Gln Leu
          1075              1080              1085

CCG GAT TCG GGG TGC CCT GCG CCT CGG GCG GAA GCA GAG GAT AGC TTC    3668
Pro Asp Ser Gly Cys Pro Ala Pro Arg Ala Glu Ala Glu Asp Ser Phe
1090              1095              1100              1105

CTG TAGGGGGCTG GCCCCTACCC TGCCCTGCCT GAAGCTCCCC CCCTGCCAGC          3721
Leu

ACCCAGCATC TCCTGGCCTG GCCTGACCGG GCTTCCTGTC AGCCAGGCTG CCCTTATCAG    3781

CTGTCCCCTT CTGGAAGCTT TCTGCTCCTG ACGTGTTGTG CCCCAAACCC TGGGGCTGGC    3841

TTAGGAGGCA AGAAAACTGC AGGGGCCGTG ACCAGCCCTC TGCCTCCAGG GAGGCCAACT    3901

GACTCTGAGC CAGGGTTCCC CCAGGGAACT CAGTTTTCCC ATATGTAAGA TGGGAAAGTT    3961

AGGCTTGATG ACCCAGAATC TAGGATTCTC TCCCTGGCTG ACACGGTGGG GAGACCGAAT    4021

CCCTCCCTGG GAAGANTCTT GGAGTTACTG AGGTGGTAAA TTAACATTTT TTCTGTTCAG    4081

CCAGCTACCC CTCAAGGAAT CATAGCTCTC TCCTCGCACT TTTTATCCAC CCAGGAGCTA    4141

GGGAAGAGAC CCTAGCCTCC CTGGCTGCTG GCTGAGCTAG GGCCTAGCTT GAGCAGTGTT    4201

GCCTCATCCA GAAGAAAGCC AGTCTCCTCC CTATGATGCC AGTCCCTGCG TTCCCTGGCC    4261

CGAGCTGGTC TGGGGCCATT AGGCAGCCTA ATTAATGCTG GAGGCTGAGC CAAGTACAGG    4321

ACACCCCCAG CCTGCAGCCC TTGCCCAGGG CACTTGGRAGC ACACGCAGCC ATAGCAAGTG    4381

CCTGTGTCCC TGTCCTTCAG GCCCATCAGT CCTGGGGGCTT TTTCTTTATC ACCCTCAGTC    4441

TTAATCCATC CACCAGAGTC TAGA                                            4465
```

(2) INFORMATION FOR SEQ ID NO:2:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 1106 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

ZG 000057

6,018,026

63
64

—continued

(ii) MOLECULE TYPE: protein

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:

```
Met Arg Leu Pro Gly Ala Met Pro Ala Leu Ala Leu Lys Gly Glu Leu
1               5                   10                  15

Leu Leu Leu Ser Leu Leu Leu Leu Glu Pro Gln Ile Ser Gln Gly
            20                  25                  30

Leu Val Val Thr Pro Gly Pro Glu Leu Val Leu Asn Val Ser Ser
        35                  40                  45

Thr Phe Val Leu Thr Cys Ser Gly Ser Ala Pro Val Val Trp Glu Arg
    50                  55                  60

Met Ser Gln Glu Pro Pro Gln Glu Met Ala Lys Ala Gln Asp Gly Thr
65                  70                  75                  80

Phe Ser Ser Val Leu Thr Leu Thr Asn Leu Thr Gly Leu Asp Thr Gly
            85                  90                  95

Glu Tyr Phe Cys Thr His Asn Asp Ser Arg Gly Leu Glu Thr Asp Glu
                100                 105                 110

Arg Lys Arg Leu Tyr Ile Phe Val Pro Asp Pro Thr Val Gly Phe Leu
            115                 120                 125

Pro Asn Asp Ala Glu Glu Leu Phe Ile Phe Leu Thr Glu Ile Thr Glu
        130                 135                 140

Ile Thr Ile Pro Cys Arg Val Thr Asp Pro Gln Leu Val Val Thr Leu
145                 150                 155                 160

His Glu Lys Lys Gly Asp Val Ala Leu Pro Val Pro Tyr Asp His Gln
                165                 170                 175

Arg Gly Phe Ser Gly Ile Phe Glu Asp Arg Ser Tyr Ile Cys Lys Thr
            180                 185                 190

Thr Ile Gly Asp Arg Glu Val Asp Ser Asp Ala Tyr Tyr Val Tyr Arg
            195                 200                 205

Leu Gln Val Ser Ser Ile Asn Val Ser Val Asn Ala Val Gln Thr Val
210                 215                 220

Val Arg Gln Gly Glu Asn Ile Thr Leu Met Cys Ile Val Ile Gly Asn
225                 230                 235                 240

Glu Val Val Asn Phe Glu Trp Thr Tyr Pro Arg Lys Glu Ser Gly Arg
                245                 250                 255

Leu Val Glu Pro Val Thr Asp Phe Leu Leu Asp Met Pro Tyr His Ile
            260                 265                 270

Arg Ser Ile Leu His Ile Pro Ser Ala Glu Leu Glu Asp Ser Gly Thr
        275                 280                 285

Tyr Thr Cys Asn Val Thr Glu Ser Val Asn Asp His Gln Asp Glu Lys
        290                 295                 300

Ala Ile Asn Ile Thr Val Val Glu Ser Gly Tyr Val Arg Leu Leu Gly
305                 310                 315                 320

Glu Val Gly Thr Leu Gln Phe Ala Glu Leu His Arg Ser Arg Thr Leu
                325                 330                 335

Gln Val Val Phe Glu Ala Tyr Pro Pro Pro Thr Val Leu Trp Phe Lys
            340                 345                 350

Asp Asn Arg Thr Leu Gly Asp Ser Ser Ala Gly Glu Ile Ala Leu Ser
            355                 360                 365

Thr Arg Asn Val Ser Glu Thr Arg Tyr Val Ser Glu Leu Thr Leu Val
        370                 375                 380

Arg Val Lys Val Ala Glu Ala Gly His Tyr Thr Met Arg Ala Phe His
385                 390                 395                 400
```

ZG 000058

6,018,026

65                                    66

—continued

```
Glu Asp Ala Glu Val Gln Leu Ser Phe Gln Leu Gln Ile Asn Val Pro
                405                 410                 415

Val Arg Val Gln Glu Leu Ser Glu Ser His Pro Asp Ser Gly Glu Gln
                420                 425                 430

Thr Val Arg Cys Arg Gly Arg Gly Met Pro Gln Pro Asn Ile Ile Trp
                435                 440                 445

Ser Ala Cys Arg Asp Leu Lys Arg Cys Pro Arg Glu Leu Pro Pro Thr
        450                 455                 460

Leu Leu Gly Asn Ser Ser Glu Glu Ser Gln Leu Glu Thr Asn Val
465                 470                 475                 480

Thr Tyr Trp Glu Glu Glu Gln Glu Phe Glu Val Val Ser Thr Leu Arg
                485                 490                 495

Leu Gln His Val Asp Arg Pro Leu Ser Val Arg Cys Thr Leu Arg Asn
                500                 505                 510

Ala Val Gly Gln Asp Thr Gln Glu Val Ile Val Val Pro His Ser Leu
                515                 520                 525

Pro Phe Lys Val Val Val Ile Ser Ala Ile Leu Ala Leu Val Val Leu
        530                 535                 540

Thr Ile Ile Ser Leu Ile Ile Leu Ile Met Leu Trp Gln Lys Lys Pro
545                 550                 555                 560

Arg Tyr Glu Ile Arg Trp Lys Val Ile Glu Ser Val Ser Ser Asp Gly
                565                 570                 575

His Glu Tyr Ile Tyr Val Asp Pro Met Gln Leu Pro Tyr Asp Ser Thr
                580                 585                 590

Trp Glu Leu Pro Arg Asp Gln Leu Val Leu Gly Arg Thr Leu Gly Ser
        595                 600                 605

Gly Ala Phe Gly Gln Val Val Glu Ala Thr Ala His Gly Leu Ser His
        610                 615                 620

Ser Gln Ala Thr Met Lys Val Ala Val Lys Met Leu Lys Ser Thr Ala
625                 630                 635                 640

Arg Ser Ser Glu Lys Gln Ala Leu Met Ser Glu Leu Lys Ile Met Ser
                645                 650                 655

His Leu Gly Pro His Leu Asn Val Val Asn Leu Leu Gly Ala Cys Thr
                660                 665                 670

Lys Gly Gly Pro Ile Tyr Ile Ile Thr Glu Tyr Cys Arg Tyr Gly Asp
        675                 680                 685

Leu Val Asp Tyr Leu His Arg Asn Lys His Thr Phe Leu Gln His His
        690                 695                 700

Ser Asp Lys Arg Arg Pro Pro Ser Ala Glu Leu Tyr Ser Asn Ala Leu
705                 710                 715                 720

Pro Val Gly Leu Pro Leu Pro Ser His Val Ser Leu Thr Gly Glu Ser
                725                 730                 735

Asp Gly Gly Tyr Met Asp Met Ser Lys Asp Glu Ser Val Asp Tyr Val
                740                 745                 750

Pro Met Leu Asp Met Lys Gly Asp Val Lys Tyr Ala Asp Ile Glu Ser
                755                 760                 765

Ser Asn Tyr Met Ala Pro Tyr Asp Asn Tyr Val Pro Ser Ala Pro Glu
        770                 775                 780

Arg Thr Cys Arg Ala Thr Leu Ile Asn Glu Ser Pro Val Leu Ser Tyr
785                 790                 795                 800

Met Asp Leu Val Gly Phe Ser Tyr Gln Val Ala Asn Gly Met Glu Phe
                805                 810                 815

Leu Ala Ser Lys Asn Cys Val His Arg Asp Leu Ala Ala Arg Asn Val
                820                 825                 830
```

ZG 000059

6,018,026

**67**                    **68**

−continued

```
Leu Ile Cys Glu Gly Lys Leu Val Lys Ile Cys Asp Phe Gly Leu Ala
        835                 840                 845

Arg Asp Ile Met Arg Asp Ser Asn Tyr Ile Ser Lys Gly Ser Thr Phe
        850                 855                 860

Leu Pro Leu Lys Trp Met Ala Pro Glu Ser Ile Phe Asn Ser Leu Tyr
    865                 870                 875                 880

Thr Thr Leu Ser Asp Val Trp Ser Phe Gly Ile Leu Leu Trp Glu Ile
                885                 890                 895

Phe Thr Leu Gly Gly Thr Pro Tyr Pro Glu Leu Pro Met Asn Glu Gln
        900                 905                 910

Phe Tyr Asn Ala Ile Lys Arg Gly Tyr Arg Met Ala Gln Pro Ala His
        915                 920                 925

Ala Ser Asp Glu Ile Tyr Glu Ile Met Gln Lys Cys Trp Glu Glu Lys
        930                 935                 940

Phe Glu Ile Arg Pro Pro Phe Ser Gln Leu Val Leu Leu Leu Glu Arg
945                 950                 955                 960

Leu Leu Gly Glu Gly Tyr Lys Lys Lys Tyr Gln Gln Val Asp Glu Glu
                965                 970                 975

Phe Leu Arg Ser Asp His Pro Ala Ile Leu Arg Ser Gln Ala Arg Leu
        980                 985                 990

Pro Gly Phe His Gly Leu Arg Ser Pro Leu Asp Thr Ser Ser Val Leu
        995                 1000                1005

Tyr Thr Ala Val Gln Pro Asn Glu Gly Asp Asn Asp Tyr Ile Ile Pro
        1010                1015                1020

Leu Pro Asp Pro Lys Pro Glu Val Ala Asp Glu Gly Pro Leu Glu Gly
1025                1030                1035                1040

Ser Pro Ser Leu Ala Ser Ser Thr Leu Asn Glu Val Asn Thr Ser Ser
                1045                1050                1055

Thr Ile Ser Cys Asp Ser Pro Leu Glu Pro Gln Asp Glu Pro Glu Pro
        1060                1065                1070

Glu Pro Gln Leu Glu Leu Gln Val Glu Pro Glu Pro Glu Leu Glu Gln
    1075                1080                1085

Leu Pro Asp Ser Gly Cys Pro Ala Pro Arg Ala Glu Ala Glu Asp Ser
    1090                1095                1100

Phe Leu
1105
```

(2) INFORMATION FOR SEQ ID NO:3:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 57 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC871

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:

ATTATACGCT CTCTTCCTCA GGTAAATGAG TGCCAGGGCC GGCAAGCCCC CGCTCCA          57

(2) INFORMATION FOR SEQ ID NO:4:

ZG 000060

6,018,026

69                                                                    70

–continued

```
      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 56 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

     (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
          (B) CLONE: ZC872

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:

CCGGGGAGCG GGGGCTTGCC GGCCCTGGCA CTCATTTACC TGAGGAAGAG AGAGCT                  56


  (2) INFORMATION FOR SEQ ID NO:5:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 45 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

     (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
          (B) CLONE: ZC904

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:

CATGGGCACG TAATCTATAG ATTCATCCTT GCTCATATCC ATGTA                            45


  (2) INFORMATION FOR SEQ ID NO:6:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 38 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

     (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
          (B) CLONE: ZC906

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:

AAGCTGTCCT CTGCTTCAGC CAGAGGTCCT GGGCAGCC                                    38


  (2) INFORMATION FOR SEQ ID NO:7:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 38 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

     (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
          (B) CLONE: ZC906
```

ZG 000061

6,018,026

71                                    72

–continued

```
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:

AAGCTGTCCT CTGCTTCAGC CAGAGGTCCT GGGCAGCC                              38


(2) INFORMATION FOR SEQ ID NO:8:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 21 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

     (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
          (B) CLONE: ZC1380

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:

CATGGTGGAA TTCCTGCTGA T                                                21


(2) INFORMATION FOR SEQ ID NO:9:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 29 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

     (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
          (B) CLONE: ZC1447

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:

TGGTTGTGCA GAGCTGAGGA AGAGATGGA                                        29


(2) INFORMATION FOR SEQ ID NO:10:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 55 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

     (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
          (B) CLONE: ZC1453

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:

AATTCATTAT GTTGTTGCAA GCCTTCTTGT TCCTGCTAGC TGGTTTCGCT GTTAA           55


(2) INFORMATION FOR SEQ ID NO:11:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 55 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear
```

ZG 000062

6,018,026

73                                                          74

−continued

(ii) MOLECULE TYPE: Other nucleic acid

(iii) HYPOTHETICAL: N

(iv) ANTI-SENSE: N

(vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC1454

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:

GATCTTAACA GCGAAACCAG CTAGCAGGAA CAAGAAGGCT TGCAACAACA TAATG          55


(2) INFORMATION FOR SEQ ID NO:12:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC1478

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:

ATCGCGAGCA TGCAGATCTG A                                               21


(2) INFORMATION FOR SEQ ID NO:13:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 25 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC1473

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:

AGCTTCAGAT CTGCATGCTG CCGAT                                           25


(2) INFORMATION FOR SEQ ID NO:14:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 52 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC1776

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:14:

AGCTGAGCGC AAATGTTGTG TCGAGTGCCC ACCGTGCCCA GCTTAGAATT CT            52

ZG 000063

6,018,026

75 76

—continued

(2) INFORMATION FOR SEQ ID NO:15:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 52 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC1777

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:15:

CTAGAGAATT CTAAGCTGGG CACGGTGGGC ACTCGACACA ACATTTGCGC TC          52

(2) INFORMATION FOR SEQ ID NO:16:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 95 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC1846

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:16:

GATCGGCCAC TGTCGGTGCG CTGCACGCTG CGCAACGCTG TGGGCCAGGA CACGCAGGAG          60

GTCATCGTGG TGCCACACTC CTTGCCCTTT AAGCA          95

(2) INFORMATION FOR SEQ ID NO:17:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 95 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC1847

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:17:

AGCTTGCTTA AAGGGCAAGG AGTGTGGCAC CACGATGACC TCCTGCGTGT CCTGGCCCAC          60

AGCGTTGCGC AGCGTGCAGC GCACCGACAG TGGCC          95

(2) INFORMATION FOR SEQ ID NO:18:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 43 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

6,018,026

—continued

(iii) HYPOTHETICAL: N

(iv) ANTI-SENSE: N

(vii) IMMEDIATE SOURCE:
    (B) CLONE: ZC1886

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:18:

CCAGTGCCAA GCTTGTCTAG ACTTACCTTT AAAGGGCAAG GAG           43


(2) INFORMATION FOR SEQ ID NO:19:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 11 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC1892

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:19:

AGCTTGAGCG T                        11


(2) INFORMATION FOR SEQ ID NO:20:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 11 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC1893

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:20:

CTAGACGCTC A                        11


(2) INFORMATION FOR SEQ ID NO:21:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 47 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: ZC1894

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:21:

AGCTTCCAGT TCTTCGGCCT CATGTCAGTT CTTCGGCCTC ATGTGAT       47


(2) INFORMATION FOR SEQ ID NO:22:

ZG 000065

6,018,026

79

80

–continued

```
      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 47 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

     (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
          (B) CLONE: ZC1895

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:22:

CTAGATCACA TGAGGCCGAA GAACTGACAT GAGGCCGAAG AACTGGA                    47


(2) INFORMATION FOR SEQ ID NO:23:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 66 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

     (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
          (B) CLONE: ZC2181

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:23:

AATTCGGATC CACCATGGGC ACCAGCCACC CGGCGTTCCT GGTGTTAGGC TGCCTGCTGA      60

CCGGCC                                                                66


(2) INFORMATION FOR SEQ ID NO:24:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 71 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

     (iv) ANTI-SENSE: N

    (vii) IMMEDIATE SOURCE:
          (B) CLONE: ZC2182

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:24:

TGAGCCTGAT CCTGTGCCAA CTGAGCCTGC CATCGATCCT GCCAAACGAG AACGAGAAGG      60

TTGTGCAGCT A                                                          71


(2) INFORMATION FOR SEQ ID NO:25:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 69 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N
```

ZG 000066

6,018,026

81                                                       82

−continued

```
    (iv) ANTI-SENSE: N

   (vii) IMMEDIATE SOURCE:
         (B) CLONE: ZC2183

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:25:

AATTTAGCTG CACAACCTTC TCGTTCTCGT TTGGCAGGAT CGATGGCAGG CTCAGTTGGC    60

ACAGGATCA                                                          69


(2) INFORMATION FOR SEQ ID NO:26:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 68 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

   (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

   (vii) IMMEDIATE SOURCE:
         (B) CLONE: ZC2184

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:26:

GGCTCAGGCC GGTCAGCAGG CAGCCTAACA CCAGGAACGC CGGGTGGCTG GTGCCCATGG    60

TGGATCCG                                                           68


(2) INFORMATION FOR SEQ ID NO:27:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 20 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

   (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

   (vii) IMMEDIATE SOURCE:
         (B) CLONE: ZC2311

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:27:

TGATCACCAT GGCTCAACTG                                               20


(2) INFORMATION FOR SEQ ID NO:28:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 10 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

   (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

   (vii) IMMEDIATE SOURCE:
         (B) CLONE: ZC2351

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:28:

CGAATTCCAC                                                         10
```

ZG 000067

6,018,026

83                                                          84

--continued

```
(2) INFORMATION FOR SEQ ID NO:29:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 26 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

   (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

   (vii) IMMEDIATE SOURCE:
         (B) CLONE: ZC2352

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:29:

ATTATACGCA TGGTGGAATT CGAGCT                                   26


(2) INFORMATION FOR SEQ ID NO:30:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 41 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

   (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

   (vii) IMMEDIATE SOURCE:
         (B) CLONE: ZC2392

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:30:

ACGTAAGCTT GTCTAGACTT ACCTTCAGAA CGCAGGGTGG G                  41


(2) INFORMATION FOR SEQ ID NO:31:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 17 amino acids
         (B) TYPE: amino acid
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

     (v) FRAGMENT TYPE: C-terminal

   (vii) IMMEDIATE SOURCE:
         (B) CLONE: pWK1

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:31:

Ala Leu His Asn His Tyr Thr Glu Lys Ser Leu Ser Leu Ser Pro Gly
1               5                   10                  15

Lys


(2) INFORMATION FOR SEQ ID NO:32:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 22 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

   (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N
```

ZG 000068

6,018,026

85

86

—continued

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:32:

TGTGACACTC TCCTGGGAGT TA                                        22

(2) INFORMATION FOR SEQ ID NO:33:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 30 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:33:

GCATAGTAGT TACCATATCC TCTTGCACAG                                30

(2) INFORMATION FOR SEQ ID NO:34:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 25 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: Other nucleic acid

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:34:

ACCGAACGTG AGAGGAGTGC TATAA                                     25

(2) INFORMATION FOR SEQ ID NO:35:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 4054 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: cDNA

    (iii) HYPOTHETICAL: N

    (iv) ANTI-SENSE: N

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (vii) IMMEDIATE SOURCE:
        (B) CLONE: p-alpha-17B

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 205..3471
        (D) OTHER INFORMATION:

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:35:

GCCCTGGGGA CGGACCGTGG GCGGCGCGCA GCGGCGGGAC CCGTTTTGGG GACGTGGTGG      60

CCAGCGCCTT CCTGCAGACC CACAGGGAAG TACTCCCTTT GACCTCCGGG GAGCTGCGAC     120

CAGGTTATAC GTTGCTGGTG GAAAAGTGAC AATTCTAGGA AAAGAGCTAA AAGCCGGATC     180

GGTGACCGAA AGTTTCCCAG AGCT ATG GGG ACT TCC CAT CCG GCG TTC CTG       231
             Met Gly Thr Ser His Pro Ala Phe Leu
             1          5

ZG 000069

6,018,026

87                                                                      88

−continued

```
GTC TTA GGC TGT CTT CTC ACA GGG CTG AGC CTA ATC CTC TGC CAG CTT     279
Val Leu Gly Cys Leu Leu Thr Gly Leu Ser Leu Ile Leu Cys Gln Leu
 10                 15                  20                  25

TCA TTA CCC TCT ATC CTT CCA AAT GAA AAT GAA AAG GTT GTG CAG CTG     327
Ser Leu Pro Ser Ile Leu Pro Asn Glu Asn Glu Lys Val Val Gln Leu
        30                  35                  40

AAT TCA TCC TTT TCT CTG AGA TGC TTT GGG GAG AGT GAA GTG AGC TGG     375
Asn Ser Ser Phe Ser Leu Arg Cys Phe Gly Glu Ser Glu Val Ser Trp
            45                  50                  55

CAG TAC CCC ATG TCT GAA GAA GAG AGC TCC GAT GTG GAA ATC AGA AAT     423
Gln Tyr Pro Met Ser Glu Glu Glu Ser Ser Asp Val Glu Ile Arg Asn
 60                 65                  70

GAA GAA AAC AAC AGC GGC CTT TTT GTG ACG GTC TTG GAA GTG AGC AGT     471
Glu Glu Asn Asn Ser Gly Leu Phe Val Thr Val Leu Glu Val Ser Ser
 75                 80                  85

GCC TCG GCG GCC CAC ACA GGG TTG TAC ACT TGC TAT TAC AAC CAC ACT     519
Ala Ser Ala Ala His Thr Gly Leu Tyr Thr Cys Tyr Tyr Asn His Thr
 90                 95                  100                 105

CAG ACA GAA GAA AAT GAG CTT GAA GGC AGG CAC ATT TAC ATC TAT GTG     567
Gln Thr Glu Glu Asn Glu Leu Glu Gly Arg His Ile Tyr Ile Tyr Val
            110                 115                 120

CCA GAC CCA GAT GTA GCC TTT GTA CCT CTA GGA ATG ACG GAT TAT TTA     615
Pro Asp Pro Asp Val Ala Phe Val Pro Leu Gly Met Thr Asp Tyr Leu
            125                 130                 135

GTC ATC GTG GAG GAT GAT GAT TCT GCC ATT ATA CCT TGT CGC ACA ACT     663
Val Ile Val Glu Asp Asp Asp Ser Ala Ile Ile Pro Cys Arg Thr Thr
 140                 145                 150

GAT CCC GAG ACT CCT GTA ACC TTA CAC AAC AGT GAG GGG GTG GTA CCT     711
Asp Pro Glu Thr Pro Val Thr Leu His Asn Ser Glu Gly Val Val Pro
 155                 160                 165

GCC TCC TAC GAC AGG AGA CAG GGC TTT AAT GGG ACC TTC ACT GTA GGG     759
Ala Ser Tyr Asp Arg Arg Gln Gly Phe Asn Gly Thr Phe Thr Val Gly
 170                 175                 180                 185

CCC TAT ATC TGT GAG GCC ACC GTC AAA GGA AAG AAG TTC CAG ACC ATC     807
Pro Tyr Ile Cys Glu Ala Thr Val Lys Gly Lys Lys Phe Gln Thr Ile
            190                 195                 200

CCA TTT AAT GTT TAT GCT TTA AAA GCA ACA TCA GAG CTG GAT CTA GAA     855
Pro Phe Asn Val Tyr Ala Leu Lys Ala Thr Ser Glu Leu Asp Leu Glu
            205                 210                 215

ATG GAA GCT CTT AAA ACC GTG TAT AAG TCA GGG GAA ACG ATT GTG GTC     903
Met Glu Ala Leu Lys Thr Val Tyr Lys Ser Gly Glu Thr Ile Val Val
 220                 225                 230

ACC TGT GCT GTT TTT AAC AAT GAA GTG GTT GAC CTT CAA TGG ACT TAC     951
Thr Cys Ala Val Phe Asn Asn Glu Val Val Asp Leu Gln Trp Thr Tyr
 235                 240                 245

CCT GGA GAA GTG AAA GGC AAA GGC ATC ACA ATA CTG GAA GAA ATC AAA     999
Pro Gly Glu Val Lys Gly Lys Gly Ile Thr Ile Leu Glu Glu Ile Lys
 250                 255                 260                 265

GTC CCA TCC ATC AAA TTG GTG TAC ACT TTG ACG GTC CCC GAG GCC ACG     1047
Val Pro Ser Ile Lys Leu Val Tyr Thr Leu Thr Val Pro Glu Ala Thr
            270                 275                 280

GTG AAA GAC AGT GGA GAT TAC GAA TGT GCT GCA CGC CAG GCT ACC AGG     1095
Val Lys Asp Ser Gly Asp Tyr Glu Cys Ala Ala Arg Gln Ala Thr Arg
            285                 290                 295

GAG GTC AAA GAA ATG AAG AAA GTC ACT ATT TCT GTC CAT GAG AAA GGT     1143
Glu Val Lys Glu Met Lys Lys Val Thr Ile Ser Val His Glu Lys Gly
 300                 305                 310

TTC ATT GAA ATC AAA CCC ACC TTC AGC CAG TTG GAA GCT GTC AAC CTG     1191
Phe Ile Glu Ile Lys Pro Thr Phe Ser Gln Leu Glu Ala Val Asn Leu
 315                 320                 325
```

ZG 000070

6,018,026

89                                                                              90

–continued

```
CAT GAA GTC AAA CAT TTT GTT GTA GAG GTG CGG CGC TAC CCA CCT CCC    1239
His Glu Val Lys His Phe Val Val Glu Val Arg Ala Tyr Pro Pro Pro
330               335               340               345

AGG ATA TCC TGG CTG AAA AAC AAT CTG ACT CTG ATT GAA AAT CTC ACT    1287
Arg Ile Ser Trp Leu Lys Asn Asn Leu Thr Leu Ile Glu Asn Leu Thr
          350               355               360

GAG ATC ACC ACT GAT GTG GAA AAG ATT CAG GAA ATA AGG TAT CGA AGC    1335
Glu Ile Thr Thr Asp Val Glu Lys Ile Gln Glu Ile Arg Tyr Arg Ser
          365               370               375

AAA TTA AAG CTG ATC CGT GCT AAG GAA AAG GAC AGT GGC CAT TAT ACT    1383
Lys Leu Lys Leu Ile Arg Ala Lys Glu Lys Asp Ser Gly His Tyr Thr
          380               385               390

ATT GTA GCT CAA AAT GAA GAT GCT GTG AAG AGC TAT ACT TTT GAA CTG    1431
Ile Val Ala Gln Asn Glu Asp Ala Val Lys Ser Tyr Thr Phe Glu Leu
          395               400               405

TTA ACT CAA GTT CCT TCA TCC ATT CTG GAC TTG GTC GAT GAT CAC CAT    1479
Leu Thr Gln Val Pro Ser Ser Ile Leu Asp Leu Val Asp Asp His His
410               415               420               425

GGC TCA ACT GGG GGA CAG ACG GTG AGG TGC ACA GCT GAA GGC ACG CCG    1527
Gly Ser Thr Gly Gly Gln Thr Val Arg Cys Thr Ala Glu Gly Thr Pro
          430               435               440

CTT CCT GAT ATT GAG TGG ATG ATA TGC AAA GAT ATT AAG AAA TGT AAT    1575
Leu Pro Asp Ile Glu Trp Met Ile Cys Lys Asp Ile Lys Lys Cys Asn
          445               450               455

AAT GAA ACT TCC TGG ACT ATT TTG GCC AAC AAT GTC TCA AAC ATC ATC    1623
Asn Glu Thr Ser Trp Thr Ile Leu Ala Asn Asn Val Ser Asn Ile Ile
          460               465               470

ACG GAG ATC CAC TCC CGA GAC AGG AGT ACC GTG GAG GGC CGT GTG ACT    1671
Thr Glu Ile His Ser Arg Asp Arg Ser Thr Val Glu Gly Arg Val Thr
          475               480               485

TTC GCC AAA GTG GAG GAG ACC ATC GCC GTG CGA TGC CTG GCT AAG AAT    1719
Phe Ala Lys Val Glu Glu Thr Ile Ala Val Arg Cys Leu Ala Lys Asn
490               495               500               505

CTC CTT GGA GCT GAG AAC CGA GAG CTG AAG CTG GTG GGT CCC ACC CTG    1767
Leu Leu Gly Ala Glu Asn Arg Glu Leu Lys Leu Val Ala Pro Thr Leu
          510               515               520

CGT TCT GAA CTC ACG GTG GCT GCT GCA GTC GTG GTG CTG TTG GTG ATT    1815
Arg Ser Glu Leu Thr Val Ala Ala Ala Val Val Val Leu Leu Val Ile
          525               530               535

GTG ATC ATC TCA CTT ATT GTC CTG GTT GTC ATT TGG AAA CAG AAA CCG    1863
Val Ile Ile Ser Leu Ile Val Leu Val Val Ile Trp Lys Gln Lys Pro
          540               545               550

AGG TAT GAA ATT CGC TGG AGG GTC ATT GAA TCA ATC AGC CCG GAT GGA    1911
Arg Tyr Glu Ile Arg Trp Arg Val Ile Glu Ser Ile Ser Pro Asp Gly
          555               560               565

CAT GAA TAT ATT TAT GTG GAC CCG ATG CAG CTG CCT TAT GAC TCA AGA    1959
His Glu Tyr Ile Tyr Val Asp Pro Met Gln Leu Pro Tyr Asp Ser Arg
570               575               580               585

TGG GAG TTT CCA AGA GAT GGA CTA GTG CTT GGT CGG GTC TTG GGG TCT    2007
Trp Glu Phe Pro Arg Asp Gly Leu Val Leu Gly Arg Val Leu Gly Ser
          590               595               600

GGA GCG TTT GGG AAG GTG GTT GAA GGA ACA GCC TAT GGA TTA AGC CGG    2055
Gly Ala Phe Gly Lys Val Val Glu Gly Thr Ala Tyr Gly Leu Ser Arg
          605               610               615

TCC CAA CCT GTC ATG AAA GTT GCA GTG AAG ATG CTA AAA CCC ACG GCC    2103
Ser Gln Pro Val Met Lys Val Ala Val Lys Met Leu Lys Pro Thr Ala
          620               625               630

AGA TCC AGT GAA AAA CAA GCT CTC ATG TCT GAA CTG AAG ATA ATG ACT    2151
Arg Ser Ser Glu Lys Gln Ala Leu Met Ser Glu Leu Lys Ile Met Thr
          635               640               645
```

ZG 000071

6,018,026

91
92

−continued

```
CAC CTG GGG CCA CAT TTG AAC ATT GTA AAC TTG CTG GGA GCC TGC ACC    2199
His Leu Gly Pro His Leu Asn Ile Val Asn Leu Leu Gly Ala Cys Thr
650                 655                 660                 665

AAG TCA GGC CCC ATT TAC ATC ATC ACA GAG TAT TGC TTC TAT GGA GAT    2247
Lys Ser Gly Pro Ile Tyr Ile Ile Thr Glu Tyr Cys Phe Tyr Gly Asp
                    670                 675                 680

TTG GTC AAC TAT TTG CAT AAG AAT AGG GAT AGC TTC CTG AGC CAC CAC    2295
Leu Val Asn Tyr Leu His Lys Asn Arg Asp Ser Phe Leu Ser His His
                685                 690                 695

CCA GAG AAG CCA AAG AAA GAG CTG GAT ATC TTT GGA TTG AAC CCT GCT    2343
Pro Glu Lys Pro Lys Lys Glu Leu Asp Ile Phe Gly Leu Asn Pro Ala
700                 705                 710

GAT GAA AGC ACA CGG AGC TAT GTT ATT TTA TCT TTT GAA AAC AAT GGT    2391
Asp Glu Ser Thr Arg Ser Tyr Val Ile Leu Ser Phe Glu Asn Asn Gly
715                 720                 725

GAC TAC ATG GAC ATG AAG CAG GCT GAT ACT ACA CAG TAT GTC CCC ATG    2439
Asp Tyr Met Asp Met Lys Gln Ala Asp Thr Thr Gln Tyr Val Pro Met
730                 735                 740                 745

CTA GAA AGG AAA GAG GTT TCT AAA TAT TCC GAC ATC CAG AGA TCA CTC    2487
Leu Glu Arg Lys Glu Val Ser Lys Tyr Ser Asp Ile Gln Arg Ser Leu
                    750                 755                 760

TAT GAT CGT CCA GCC TCA TAT AAG AAG AAA TCT ATG TTA GAC TCA GAA    2535
Tyr Asp Arg Pro Ala Ser Tyr Lys Lys Lys Ser Met Leu Asp Ser Glu
765                 770                 775

GTC AAA AAC CTC CTT TCA GAT GAT AAC TCA GAA GGC CTT ACT TTA TTG    2583
Val Lys Asn Leu Leu Ser Asp Asp Asn Ser Glu Gly Leu Thr Leu Leu
780                 785                 790

GAT TTG TTG AGC TTC ACC TAT CAA GTT GCC CGA GGA ATG GAG TTT TTG    2631
Asp Leu Leu Ser Phe Thr Tyr Gln Val Ala Arg Gly Met Glu Phe Leu
795                 800                 805

GCT TCA AAA AAT TGT GTC CAC CGT GAT CTG GCT GCT CGC AAC GTC CTC    2679
Ala Ser Lys Asn Cys Val His Arg Asp Leu Ala Ala Arg Asn Val Leu
810                 815                 820                 825

CTG GCA CAA GGA AAA ATT GTG AAG ATC TGT GAC TTT GGC CTG GCC AGA    2727
Leu Ala Gln Gly Lys Ile Val Lys Ile Cys Asp Phe Gly Leu Ala Arg
                    830                 835                 840

GAC ATC ATG CAT GAT TCG AAC TAT GTG TCG AAA GGC AGT ACC TTT CTG    2775
Asp Ile Met His Asp Ser Asn Tyr Val Ser Lys Gly Ser Thr Phe Leu
                845                 850                 855

CCC GTG AAG TGG ATG GCT CCT GAG AGC ATC TTT GAC AAC CTC TAC ACC    2823
Pro Val Lys Trp Met Ala Pro Glu Ser Ile Phe Asp Asn Leu Tyr Thr
860                 865                 870

ACA CTG AGT GAT GTC TGG TCT TAT GGC ATT CTG CTC TGG GAG ATC TTT    2871
Thr Leu Ser Asp Val Trp Ser Tyr Gly Ile Leu Leu Trp Glu Ile Phe
875                 880                 885

TCC CTT GGT GGC ACC CCT TAC CCC GGC ATG ATG GTG GAT TCT ACT TTC    2919
Ser Leu Gly Gly Thr Pro Tyr Pro Gly Met Met Val Asp Ser Thr Phe
890                 895                 900                 905

TAC AAT AAG ATC AAG AGT GGG TAC CGG ATG GCC AAG CCT GAC CAC GCT    2967
Tyr Asn Lys Ile Lys Ser Gly Tyr Arg Met Ala Lys Pro Asp His Ala
                    910                 915                 920

ACC AGT GAA GTC TAC GAG ATC ATG GTG AAA TGC TGG AAC AGT GAG CCG    3015
Thr Ser Glu Val Tyr Glu Ile Met Val Lys Cys Trp Asn Ser Glu Pro
925                 930                 935

GAG AAG AGA CCC TCC TTT TAC CAC CTG AGT GAG ATT GTG GAG AAT CTG    3063
Glu Lys Arg Pro Ser Phe Tyr His Leu Ser Glu Ile Val Glu Asn Leu
940                 945                 950

CTG CCT GGA CAA TAT AAA AAG AGT TAT GAA AAA ATT CAC CTG GAC TTC    3111
Leu Pro Gly Gln Tyr Lys Lys Ser Tyr Glu Lys Ile His Leu Asp Phe
955                 960                 965
```

ZG 000072

6,018,026

93                                                94

-continued

```
CTG AAG AGT GAC CAT CCT GCT GTG GCA CGC ATG CGT GTG GAC TCA GAC    3159
Leu Lys Ser Asp His Pro Ala Val Ala Arg Met Arg Val Asp Ser Asp
970             975             980             985

AAT GCA TAC ATT GGT GTC ACC TAC AAA AAC GAG GAA GAC AAG CTG AAG    3207
Asn Ala Tyr Ile Gly Val Thr Tyr Lys Asn Glu Glu Asp Lys Leu Lys
            990             995             1000

GAC TGG GAG GGT GGT CTG GAT GAG CAG AGA CTG AGC GCT GAC AGT GGC    3255
Asp Trp Glu Gly Gly Leu Asp Glu Gln Arg Leu Ser Ala Asp Ser Gly
            1005            1010            1015

TAC ATC ATT CCT CTG CCT GAC ATT GAC CCT GTC CCT GAG GAG GAG GAC    3303
Tyr Ile Ile Pro Leu Pro Asp Ile Asp Pro Val Pro Glu Glu Glu Asp
        1020            1025            1030

CTG GGC AAG AGG AAC AGA CAC AGC TCG CAG ACC TCT GAA GAG AGT GCC    3351
Leu Gly Lys Arg Asn Arg His Ser Ser Gln Thr Ser Glu Glu Ser Ala
        1035            1040            1045

ATT GAG ACG GGT TCC AGC AGT TCC ACC TTC ATC AAG AGA GAG GAC GAG    3399
Ile Glu Thr Gly Ser Ser Ser Thr Phe Ile Lys Arg Glu Asp Glu
        1050            1055            1060            1065

ACC ATT GAA GAC ATC GAC ATG ATG GAC GAC ATC GGC ATA GAC TCT TCA    3447
Thr Ile Glu Asp Ile Asp Met Met Asp Asp Ile Gly Ile Asp Ser Ser
            1070            1075            1080

GAC CTG GTG GAA GAC AGC TTC CTG TAACTGGCGG ATTCGAGGGG TTCCTTCCAC    3501
Asp Leu Val Glu Asp Ser Phe Leu
            1085

TTCTGGGGCC ACCTCTGGAT CCCGTTCAGA AAACCACTTT ATTGCAATGC GGAGGTTGAG    3561

AGGAGGACTT GGTTGATGTT TAAAGAGAAG TTCCCAGCCA AGGGCCTCGG GGAGCGTTCT    3621

AAATATGAAT GAATGGGATA TTTTGAAATG AACTTTGTCA GTGTTGCCTC TTGCAATGGCC    3681

TCAGTAGCAT CTCAGTGGTG TGTGAAGTTT GGAGATAGAT GGATAAGGGA ATAATAGGCC    3741

ACAGAAGGTG AACTTTGTGC TTCAAGGACA TTGGTGAGAG TCCAACAGAC ACAATTTATA    3801

CTGCGACAGA ACTTCAGCAT TGTAATTATG TAAATAACTC TAACCAAGGC TGTGTTTAGA    3861

TTGTATTAAC TATCTTCTTT GGACTTCTGA AGAGACCACT CAATCCATCC TGTACTTCCC    3921

TCTTGAAACC TGATGTAGCT GCTGTTGAAC TTTTTAAAGA AGTGCATGAA AAACCATTTT    3981

TGAACCTTAA AAGGTACTGG TACTATAGCA TTTTGCTATC TTTTTTAGTG TTAAAGAGAT    4041

AAAGAATAAT AAG                                                     4054
```

(2) INFORMATION FOR SEQ ID NO:36:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 1089 amino acids
          (B) TYPE: amino acid
          (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: protein

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:36:

```
Met Gly Thr Ser His Pro Ala Phe Leu Val Leu Gly Cys Leu Leu Thr
1               5               10              15

Gly Leu Ser Leu Ile Leu Cys Gln Leu Ser Leu Pro Ser Ile Leu Pro
        20              25              30

Asn Glu Asn Glu Lys Val Val Gln Leu Asn Ser Ser Phe Ser Leu Arg
        35              40              45

Cys Phe Gly Glu Ser Glu Val Ser Trp Gln Tyr Pro Met Ser Glu Glu
    50              55              60

Glu Ser Ser Asp Val Glu Ile Arg Asn Glu Glu Asn Asn Ser Gly Leu
65              70              75              80

Phe Val Thr Val Leu Glu Val Ser Ala Ser Ala Ala His Thr Gly
```

6,018,026

**95**                                                                                              **96**

-continued

```
                        85                  90                   95
Leu Tyr Thr Cys Tyr Tyr Asn His Thr Gln Thr Glu Glu Asn Glu Leu
                        100                 105                  110

Glu Gly Arg His Ile Tyr Ile Tyr Val Pro Asp Pro Asp Val Ala Phe
            115                 120                  125

Val Pro Leu Gly Met Thr Asp Tyr Leu Val Ile Glu Asp Asp Asp
        130                 135                 140

Ser Ala Ile Ile Pro Cys Arg Thr Thr Asp Pro Glu Thr Pro Val Thr
145                 150                 155                  160

Leu His Asn Ser Glu Gly Val Val Pro Ala Ser Tyr Asp Ser Arg Gln
                    165                 170                  175

Gly Phe Asn Gly Thr Phe Thr Val Gly Pro Tyr Ile Cys Glu Ala Thr
                180                 185                  190

Val Lys Gly Lys Lys Phe Gln Thr Ile Pro Phe Asn Val Tyr Ala Leu
            195                 200                  205

Lys Ala Thr Ser Glu Leu Asp Leu Glu Met Glu Ala Leu Lys Thr Val
        210                 215                  220

Tyr Lys Ser Gly Glu Thr Ile Val Val Thr Cys Ala Val Phe Asn Asn
225                 230                 235                  240

Glu Val Val Asp Leu Gln Trp Thr Tyr Pro Gly Glu Val Lys Gly Lys
                    245                 250                  255

Gly Ile Thr Ile Leu Glu Glu Ile Lys Val Pro Ser Ile Lys Leu Val
                260                 265                  270

Tyr Thr Leu Thr Val Pro Glu Ala Thr Val Lys Asp Ser Gly Asp Tyr
            275                 280                  285

Glu Cys Ala Ala Arg Gln Ala Thr Arg Glu Val Lys Glu Met Lys Lys
        290                 295                  300

Val Thr Ile Ser Val His Glu Lys Gly Phe Ile Glu Ile Lys Pro Thr
305                 310                 315                  320

Phe Ser Gln Leu Glu Ala Val Asn Leu His Glu Val Lys His Phe Val
                    325                 330                  335

Val Glu Val Arg Ala Tyr Pro Pro Pro Arg Ile Ser Trp Leu Lys Asn
                340                 345                  350

Asn Leu Thr Leu Ile Glu Asn Leu Thr Glu Ile Thr Thr Asp Val Glu
            355                 360                  365

Lys Ile Gln Glu Ile Arg Tyr Arg Ser Lys Leu Lys Leu Ile Arg Ala
        370                 375                  380

Lys Glu Glu Asp Ser Gly His Tyr Thr Ile Val Ala Gln Asn Glu Asp
385                 390                 395                  400

Ala Val Lys Ser Tyr Thr Phe Glu Leu Leu Thr Gln Val Pro Ser Ser
                    405                 410                  415

Ile Leu Asp Leu Val Asp Asp His His Gly Ser Thr Gly Gly Gln Thr
                420                 425                  430

Val Arg Cys Thr Ala Glu Gly Thr Pro Leu Pro Asp Ile Glu Trp Met
            435                 440                  445

Ile Cys Lys Asp Ile Lys Lys Cys Asn Asn Glu Thr Ser Trp Thr Ile
        450                 455                  460

Leu Ala Asn Asn Val Ser Asn Ile Ile Thr Glu Ile His Ser Arg Asp
465                 470                 475                  480

Arg Ser Thr Val Glu Gly Arg Val Thr Phe Ala Lys Val Glu Glu Thr
                    485                 490                  495

Ile Ala Val Arg Cys Leu Ala Lys Asn Leu Leu Gly Ala Glu Asn Arg
                500                 505                  510
```

ZG 000074

6,018,026

97                                                                     98

—continued

```
Glu Leu Lys Leu Val Ala Pro Thr Leu Arg Ser Glu Leu Thr Val Ala
        515                 520                 525
Ala Ala Val Leu Val Leu Leu Val Ile Val Ile Ser Leu Ile Val
    530                 535                 540
Leu Val Val Ile Trp Lys Gln Lys Pro Arg Tyr Glu Ile Arg Trp Arg
545                 550                 555                 560
Val Ile Glu Ser Ile Ser Pro Asp Gly His Glu Tyr Ile Tyr Val Asp
                565                 570                 575
Pro Met Gln Leu Pro Tyr Asp Ser Arg Trp Glu Phe Pro Arg Asp Gly
            580                 585                 590
Leu Val Leu Gly Arg Val Leu Gly Ser Gly Ala Phe Gly Lys Val Val
        595                 600                 605
Glu Gly Thr Ala Tyr Gly Leu Ser Arg Ser Gln Pro Val Met Lys Val
    610                 615                 620
Ala Val Lys Met Leu Lys Pro Thr Ala Arg Ser Ser Glu Lys Gln Ala
625                 630                 635                 640
Leu Met Ser Glu Leu Lys Ile Met Thr His Leu Gly Pro His Leu Asn
                645                 650                 655
Ile Val Asn Leu Leu Gly Ala Cys Thr Lys Ser Gly Pro Ile Tyr Ile
            660                 665                 670
Ile Thr Glu Tyr Cys Phe Tyr Gly Asp Leu Val Asn Tyr Leu His Lys
        675                 680                 685
Asn Arg Asp Ser Phe Leu Ser His His Pro Glu Lys Pro Lys Lys Glu
    690                 695                 700
Leu Asp Ile Phe Gly Leu Asn Pro Ala Asp Glu Ser Thr Arg Ser Tyr
705                 710                 715                 720
Val Ile Leu Ser Phe Glu Asn Asn Gly Asp Tyr Met Asp Met Lys Gln
                725                 730                 735
Ala Asp Thr Thr Gln Tyr Val Pro Met Leu Glu Arg Lys Glu Val Ser
            740                 745                 750
Lys Tyr Ser Asp Ile Gln Arg Ser Leu Tyr Asp Arg Pro Ala Ser Tyr
        755                 760                 765
Lys Lys Lys Ser Met Leu Asp Ser Glu Val Lys Asn Leu Leu Ser Asp
    770                 775                 780
Asp Asn Ser Glu Gly Leu Thr Leu Leu Asp Leu Leu Ser Phe Thr Tyr
785                 790                 795                 800
Gln Val Ala Arg Gly Met Glu Phe Leu Ala Ser Lys Asn Cys Val His
                805                 810                 815
Arg Asp Leu Ala Ala Arg Asn Val Leu Leu Ala Gln Gly Lys Ile Val
            820                 825                 830
Lys Ile Cys Asp Phe Gly Leu Ala Arg Asp Ile Met His Asp Ser Asn
        835                 840                 845
Tyr Val Ser Lys Gly Ser Thr Phe Leu Pro Val Lys Trp Met Ala Pro
    850                 855                 860
Glu Ser Ile Phe Asp Asn Leu Tyr Thr Thr Leu Ser Asp Val Trp Ser
865                 870                 875                 880
Tyr Gly Ile Leu Leu Trp Glu Ile Phe Ser Leu Gly Gly Thr Pro Tyr
                885                 890                 895
Pro Gly Met Met Val Asp Ser Thr Phe Tyr Asn Lys Ile Lys Ser Gly
            900                 905                 910
Tyr Arg Met Ala Lys Pro Asp His Ala Thr Ser Glu Val Tyr Glu Ile
        915                 920                 925
Met Val Lys Cys Trp Asn Ser Glu Pro Glu Lys Arg Pro Ser Phe Tyr
    930                 935                 940
```

ZG 000075

6,018,026

99                                                    100

−continued

```
His Leu Ser Glu Ile Val Glu Asn Leu Leu Pro Gly Gln Tyr Lys Lys
945                 950                 955                 960

Ser Tyr Glu Lys Ile His Leu Asp Phe Leu Lys Ser Asp His Pro Ala
                965                 970                 975

Val Ala Arg Met Arg Val Asp Ser Asp Asn Ala Tyr Ile Gly Val Thr
            980                 985                 990

Tyr Lys Asn Glu Glu Asp Lys Leu Lys Asp Trp Glu Gly Gly Leu Asp
        995                 1000                1005

Glu Gln Arg Leu Ser Ala Asp Ser Gly Tyr Ile Ile Pro Leu Pro Asp
        1010                1015                1020

Ile Asp Pro Val Pro Glu Glu Glu Asp Leu Gly Lys Arg Asn Arg His
    1025                1030                1035                1040

Ser Ser Gln Thr Ser Glu Glu Ser Ala Ile Glu Thr Gly Ser Ser Ser
                1045                1050                1055

Ser Thr Phe Ile Lys Arg Glu Asp Glu Thr Ile Glu Asp Ile Asp Met
            1060                1065                1070

Met Asp Asp Ile Gly Ile Asp Ser Ser Asp Leu Val Glu Asp Ser Phe
        1075                1080                1085

Leu
```

We claim:

1. A biologically active, dimerized polypeptide fusion, comprising:

first and second polypeptide chains, wherein each of said polypeptide chains comprises a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to a dimerizing protein heterologous to said non-immunoglobulin polypeptide.

2. The biologically active, dimerized polypeptide fusion of claim 1 which is a homodimer.

3. The biologically active, dimerized polypeptide fusion of claim 1 wherein the dimerizing protein of one of said polypeptide chains comprises an immunoglobulin heavy chain constant region.

4. The biologically active, dimerized polypeptide fusion of claim 3 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin hinge region.

5. The biologically active, dimerized polypeptide fusion of claim 3 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin variable region.

6. The biologically active, dimerized polypeptide fusion of claim 5 wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, Vk, and V$\lambda$.

7. The biologically active, dimerized polypeptide fusion of claim 1 wherein the dimerizing protein of one of said polypeptide chains comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a γ, α, ε, μ, or δ class immunoglobulin heavy chain.

8. The biologically active, dimerized polypeptide fusion of claim 1 wherein the dimerizing protein of one of said polypeptide chains comprises an immunoglobulin light chain constant region.

9. A biologically active, multimerized polypeptide fusion, comprising:

a non-immunoglobulin polypeptide requiring multimerization for biological activity joined to an immunoglobulin light chain constant region; and

an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$.

10. The biologically active, multimerized polypeptide fusion of claim 9 which is a tetramer comprising four polypeptide fusions each having a non-immunoglobulin polypeptide joined to a multimerizing protein.

11. The biologically active, multimerized polypeptide fusion of claim 9 including a multimerizing protein which comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a γ, α, ε, μ, or δ class immunoglobulin heavy chain.

12. A biologically active, multimerized polypeptide fusion comprising: a non-immunoglobulin polypeptide requiring multimerization for biological activity joined to an immunoglobulin heavy chain constant region; and

an immunoglobulin heavy chain.

13. The biologically active, multimerized polypeptide fusion of claim 12 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin hinge region.

14. The biologically active, multimerized polypeptide fusion of claim 12 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin variable region.

15. The biologically active, multimerized polypeptide fusion of claim 14 wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, Vk, and V$\lambda$.

16. A biologically active, heteromultimeric polypeptide fusion, comprising:

a first polypeptide fusion comprising a first non-immunoglobulin polypeptide joined to a first multimerizing protein heterologous to said first non-immunoglobulin polypeptide and a second polypeptide fusion comprising a second non-immunoglobulin polypeptide joined to a second multimerizing protein heterologous to said second non-immunoglobulin polypeptide, wherein said first multimerizing protein and said second multimerizing protein are capable of associating to form a multimer.

17. The biologically active, heteromultimeric polypeptide fusion of claim 16 wherein the first and second non-

6,018,026

## 101

immunoglobulin polypeptides each comprise an amino acid sequence selected from the group consisting of (A) the amino acid sequence Sequence ID NO:2, and (B) the amino acid sequence of Sequence ID NO:36.

18. The biologically active, heteromultimeric polypeptide fusion of claim 16 wherein the first multimerizing protein is different from the second multimerizing protein.

19. The biologically active, heteromultimeric polypeptide fusion of claim 18 wherein the first and second non-immunoglobulin polypeptides are the same.

20. The biologically active, heteromultimeric polypeptide fusion of claim 16 wherein the first and second multimerizing proteins each comprise an immunoglobulin heavy chain constant region or an immunoglobulin light chain constant region.

21. The biologically active, heteromultimeric polypeptide fusion of claim 16 which comprises a first polypeptide fusion having a first non-immunoglobulin polypeptide joined to a first immunoglobulin constant region and a second polypeptide fusion having a second non-immunoglobulin polypeptide fused to a second immunoglobulin constant region different from the first immunoglobulin constant region.

22. The biologically active, heteromultimeric polypeptide fusion of claim 21 wherein the first multimerizing protein comprises an immunoglobulin heavy chain constant region and the second multimerizing protein comprises an immunoglobulin light chain constant region.

23. The biologically active, heteromultimeric polypeptide fusion of claim 20 wherein one of said multimerizing proteins comprises an immunoglobulin heavy chain constant region joined to an immunoglobulin hinge region.

## 102

24. The biologically active, heteromultimeric polypeptide fusion of claim 20 wherein one of said multimerizing proteins comprises an immunoglobulin heavy chain constant region joined to an immunoglobulin variable region.

25. The biologically active, heteromultimeric polypeptide fusion of claim 24 wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, Vκ, and Vλ.

26. The biologically active, heteromultimeric polypeptide fusion of claim 16 wherein one of said multimerizing proteins comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a γ, α, ε, μ, or δ class immunoglobulin heavy chain.

27. The biologically active, heteromultimeric polypeptide fusion of claim 16 wherein said multimerized polypeptide fusion comprises a first polypeptide fusion comprising a first receptor or receptor domain requiring multimerization for activity joined to a first immunoglobulin constant region and a second polypeptide fusion comprising a second receptor or receptor domain requiring multimerization for activity joined to a second immunoglobulin constant region.

28. The biologically active, heteromultimeric polypeptide fusion of claim 27 wherein one of said receptor domains comprises a ligand binding domain.

29. The biologically active, heteromultimeric polypeptide fusion of claim 16 which is a heterotetramer comprising four polypeptide fusions each having a non-immunoglobulin polypeptide joined to a multimerizing protein.

\* \* \* \* \*

ZG 000077

# Exhibit 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 4

With 11/20/20 DA 3r 8/1995

US005155027A

# United States Patent [19]

## Sledziewski et al.

[11]  Patent Number:  **5,155,027**

[45]  Date of Patent:  **Oct. 13, 1992**

[54]  **METHOD OF PRODUCING SECRETED RECEPTOR ANALOGS AND BIOLOGICALLY ACTIVE PEPTIDE DIMERS**

[75]  Inventors:  Andrzej Z. Sledziewski; Lillian A. Bell; Wayne R. Kindsvogel, all of Seattle, Wash.

[73]  Assignee:  ZymoGenetics, Inc., Seattle, Wash.

[21]  Appl. No.: 347,291

[22]  Filed:  May 2, 1989

[30]        Foreign Application Priority Data

Jan. 18, 1989  [EP]  European Pat. Off. ......  89100787.4

[51]  Int. Cl.5 ............................................  C12N 15/62
[52]  U.S. Cl. ................................  435/69.7; 435/172.3; 530/387.3; 530/350; 530/388.22
[58]  Field of Search ............  435/68, 70, 235, 320, 435/243, 253, 272, 240.27, 240.2, 240.1, 69.1, 69.7, 172.3; 530/356, 387

[56]            References Cited

### U.S. PATENT DOCUMENTS

4,816,397  3/1989  Boss et al. ................  435/72.3 X

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0088994 | 9/1983 | European Pat. Off. . |
| 0116201 | 8/1984 | European Pat. Off. . |
| 0162319 | 11/1985 | European Pat. Off. . |
| 0171496 | 2/1986 | European Pat. Off. . |
| 0173494 | 3/1986 | European Pat. Off. . |
| 0239400 | 9/1987 | European Pat. Off. . |
| 0256654 | 2/1988 | European Pat. Off. . |
| 0315062 | 5/1989 | European Pat. Off. . |
| WO 86/01533 | 3/1986 | PCT Int'l Appl. . |
| 0120694 | 10/1984 | United Kingdom ................  435/68 |

### OTHER PUBLICATIONS

Yarden et al., *Nature* 323: 226–232, 1986.
Hart et al., *Science* 240: 1529–1531, 1988.
Escobedo et al., *Science* 240: 1532–1534, 1988.
Heldin et al., *EMBO J.* 7: 1387–1393, 1988.
Radeke et al., *Nature* 325: 593–597, 1987.
Ebina et al., *Cell* 40: 747–758, 1985.
Rubin et al., *J. Immun.* 135: 3172–3177, 1985.
Smith et al., *Science* 238: 1704–1707, 1987.

Livneh et al., *J. Biol. Chem.* 261: 12490–12497, 1986.
Boni–Schnetzler and Pilch, *Proc. Natl. Acad. Sci. USA* 84: 7832–7836, 1987.
Claesson–Welsh et al., *Mol. Cell. Biol.* 8: 3476–3486, 1988.
Ullrich et al., *Nature* 309:418–425, 1984.
Ullrich et al., *Nature* 313: 756–761, 1985.
Derynck et al., *Nature* 316: 701–705, 1985.
Loh et al., *Cell* 33: 85–93, 1983.
Honjo et al., *Cell* 18: 559–568, 1979.
Alber and Kawasaki, *J. Mol. Appl. Genet.* 1: 419–434, 1982.
Russell et al., *Nature* 304: 652–654, 1983.
Grosschedl and Baltimore, *Cell* 41: 885–897, 1985.
Hieter et al., *Cell* 22: 197–207, 1980.
Treiger et al., *J. Immunol.* 136: 4099–4105, 1986.
Roth et al., *J. Cell. Biol.* 102: 1271–1283, 1986.
Riedel et al., *Science* 236: 197–200, 1987.
Riedel et al., *Nature* 324: 68–70, 1986.

(List continued on next page.)

*Primary Examiner*—Richard A. Schwartz
*Assistant Examiner*—John D. Ulm
*Attorney, Agent, or Firm*—Seed and Berry

[57]            **ABSTRACT**

Methods for producing secreted receptor analogs and biologically active peptide dimers are disclosed. The methods for producing secreted receptor analogs and biologically active peptide dimers utilize a DNA sequence encoding a receptor analog or a peptide requiring dimerization for biological activity joined to a dimerizing protein. The receptor analog includes a ligand-binding domain. Polypeptides comprising essentially the extracellular domain of a human PDGF receptor fused to dimerizing proteins, the portion being capable of binding human PDGF or an isoform thereof, are also disclosed. The polypeptides may be used within methods for determining the presence of and for purifying human PDGF or isoforms thereof.

**1 Claim, 13 Drawing Sheets**

Z0003954

**5,155,027**

Page 2

## OTHER PUBLICATIONS

Gascoigne et al., *Proc. Natl. Acad. Sci USA* 84: 2936–2940, 1987.
Maddon et al., *Cell* 47: 333–348, 1986.
Maddon et al., *Cell* 42: 93–104, 1985.
Capon et al., *Nature* 337: 525–531, 1989.
Wood et al., *Nature* 314: 446–449, 1985.
Carlson et al., *Mol. Cell. Biol.* 3: 439–447, 1983.
Marx, *Science,* 229: 455–456, 1985.
Neuberger et al., *Nature* 312: 604–609, 1984.

Oi and Morrison, *Biotechniques* 4: 214–221, 1986.
Bailon et al. *Bio/Technology* 5: 1195–1198, 1987.
Ballou et al., *J. Biol. Chem.* 255: 5986–5991, 1980.
Munro and Pelham, *EMBO J.* 3: 3087–3093, 1984.
von Heijne, *Nuc. Acids. Res.* 14: 4683–4690, 1986.
von Heijne, *Eur. J. Biochem.* 133: 17–21, 1983.
Beggs, *Nature* 104–108, 1978.
Clarke et al., *Meth. Enzym.* 68: 436–442, 1979.
Struhl et al., *Proc. Natl. Acad. Sci. USA* 76: 1035–1039, 1979.
Broach et al., *Gene* 8: 121–133, 1979.

## Figure 1

```
   1 GGCCCCTCAGCCCTGCTGCCCAGCACGAGCCTGTGCTCGCCCTGCCCAACGCAGACAGCCAGACCCAGG      69

  70 GCGGCCCCTCTGGCGGCTCTGCTGCTCCCCGAAGGATGCTTGGGGAGTGAGGCGAAGCTGGGCGCTCCTC     138

 139 TCCCCTACAGCAGCCCCCTTCCTCCATCCCTCTGTTCTCCTGAGCCTTCAGGAGCCTGCACCAGTCCTG      207

 208 CCTGTCCCTTCTACTCAGCTGTTACCCACTCTGGGACCAGCAGTCTTTCTGATAACTGGGAGAGGGCAGT     276

 277 AAGGAGGACCTTCCTGGAGGGGGTGACTGTCCAGGACCTGGAACTGTGCCCACACCAGAAGCCATCAGCA     345

 346 GCAAGGACACCATGCGGCTTCCGGGTGCGATGCCAGCTCTGGCCCTCAAAGGCGAGCTGCTGTTGCTGT     414
         M  R  L  P  G  A  M  P  A  L  A  L  K  G  E  L  L  L  L  S       20

 415 CTCTCCTGTTACTTCTGGAACCACAGATCTCTCAGGGCCTGGTCGTCACACCCCCGGGGCCAGAGCTTG     483
     L  L  L  L  E  P  Q  I  S  Q  G  L  V  V  T  P  P  G  P  E  L  V     43

 484 TCCTCAATGTCTCCAGCACCTTCGTTCTGACCTGCTCGGGTTCAGCTCCGGTGGTGTGGGAACGGATGT     552
     L  N  V  S  S  T  F  V  L  T  C  S  G  S  A  P  V  V  W  E  R  M  S   66

 553 CCCAGGAGCCCCCACAGGAAATGGCCAAGGCCCAGGATGGCACCTTCTCCAGCGTGCTCACACTGACCA     621
     Q  E  P  P  Q  E  M  A  K  A  Q  D  G  T  F  S  S  V  L  T  L  T  H   89

 622 ACCTCACTGGGCTAGACACGGGAGAATACTTTTGCACCCACAATGACTCCCGTGGACTGGAGACCGATG     690
     L  T  G  L  D  T  G  E  Y  F  C  T  H  N  D  S  R  G  L  E  T  D  E  112

 691 AGCGGAAACGGCTCTTACATCCTTTGTGCCAGATCCCACCGTGGGCCTTCCTCCCCTAATGATGCCGAGGAAC     759
     R  K  R  L  Y  I  F  V  P  D  P  T  V  G  F  L  P  N  D  A  E  E  L  135

 760 TATTCATCTTTCTCACGGAAATAACTGAGATCACCATTCCATGCCGAGTAACAGACCCACAGCTGGTGG     828
     F  I  F  L  T  E  I  T  E  I  T  I  P  C  R  V  T  D  P  Q  L  V  V  158

 829 TGACACTGCACGAGAAGAAAGGGGACGGTTGCACTGCCTGTCCCCTATGATCACCAACGTGGCTTTTCTG     897
     T  L  H  E  K  K  G  D  V  A  L  P  V  P  Y  D  H  Q  R  G  F  S  G  181

 898 GTATCTTTGAGGACAGAAGCTACATCTGCAAAACCACCATTGGGGACAGGGAGGTGGATTCTGATGCCT     966
     I  F  E  D  R  S  Y  I  C  K  T  T  I  G  D  R  E  V  D  S  D  A  Y  204

 967 ACTATGTCTACAGACTCCAGGTGTCATCCATCAACGTCTCTGTGAACGCAGTGCAGACTGTGGTCCGCC    1035
     Y  V  Y  R  L  Q  V  S  S  I  N  V  S  V  N  A  V  Q  T  V  V  R  Q  227

1036 AGGGTGAGAACATCACCCTCATGTGCATTGTGATCGGGAATGAGGTGGTCAACTTCGAGTGGACATACC    1104
     G  E  N  I  T  L  M  C  I  V  I  G  N  E  V  V  N  F  E  W  T  Y  P  250

1105 CCCGCAAAGAAAGTGGGCGGCTGGTGGAGCCGGTGACTGACTTCCTCTTGGATATGCCTTACCACATCC    1173
     R  K  E  S  G  R  L  V  E  P  V  T  D  F  L  L  D  M  P  Y  H  I  R  273

1174 GCTCCATCCTGCACATCCCCAGTGCCGAGTTAGAAGACTCGGGGACCTACACCTGCAATGTGACGGAGA    1242
     S  I  L  H  I  P  S  A  E  L  E  D  S  G  T  Y  T  C  N  V  T  E  S  296

1243 GTGTGAATGACCATCAGGATGAAAAGGCCATCAACATCACCGTGGTTGAGAGCGGCTACGTGCGGCTCC    1311
     V  N  D  H  Q  D  E  K  A  I  N  I  T  V  V  E  S  G  Y  V  R  L  L  319
```

*Figure 1a*

```
1312  TGGGAGAGGTGGGCACACTACAATTTGCTGAGCTGCATCGGAGCGGGACACTGCAGGTAGTGTTCGGAGG  1380
       G   E   V   G   T   L   Q   F   A   E   L   H   R   S   R   T   L   Q   V   V   F   E   A   342

1381  CCTACCCACCGCCCACTGTCCTGTGGTTCAAAGACAACCGCACCCTGGGCGACTCCAGCGCTGGCGAAA  1449
       Y   P   P   P   T   V   L   W   F   K   D   N   R   T   L   G   D   S   S   A   G   E   I   365

1450  TCGCCCTGTCCACGCGCAACGTGTCGGAGACCCGGTATGTCTCAGAGGCTGACACTGGTTCGCCGTGAAGG  1518
       A   L   S   T   R   N   V   S   E   T   R   Y   V   S   E   L   T   L   V   R   V   K   V   388

1519  TGGCAGAGGCTGGCCACTACACCCATGCGGGCCTTCCATGAGGATGCTGAGGTCCAGCTCTCCTTCCAGC  1587
       A   E   A   G   H   Y   T   H   R   A   F   H   E   D   A   E   V   Q   L   S   F   Q   L   411

1588  TACAGATCAATGTCCCTGTCCGAGTGCTGGAGCTAAGTGAGAGCCACCCTGACAGTGGGGAACAGACAG  1656
       Q   I   N   V   P   V   R   V   L   E   L   S   E   S   H   P   D   S   G   E   Q   T   V   434

1657  TCCGCTGTCGTGGCCGGGGCATGCCCCAGCCGAACATCATCTGGTCTGCCTGCAGAGACCTCAAAAGGT  1725
       R   C   R   G   R   G   M   P   Q   P   N   I   I   W   S   A   C   R   D   L   K   R   C   457

1726  GTCCACGTGAGCTGCCGCCCACGCTGCTGGGGAACAGTTCCGAAGAGGAGAGCCAGCTGGAGACTAACG  1794
       P   R   E   L   P   P   T   L   L   G   N   S   S   E   E   K   S   Q   L   E   T   N   V   480

1795  TGACGTACTGGGAGGAGGAGGAGCAGGAGTTTGAGGTGGTGAGCACACTGCCGTCTGCAGCACGTGGATCGGC  1863
       T   Y   W   E   E   Q   E   F   E   V   V   S   T   L   R   L   Q   H   V   D   R   P   503

1864  CACTGTCGGTGCGCTGCACGCTGCGCAACGCTGTGGGCCAGGACACGCAGGAGGTCATCGTGGTGGTCCAC  1932
       L   S   V   R   C   T   L   R   N   A   V   G   Q   D   T   Q   E   V   I   V   V   P   H   526

1933  ACTCCTTGGCCCTTTAAGGTGGTGGTGATCTCAGCCATCCTCGGCCCTGGTGGTGCTCACCATCATCTCCC  2001
       S   L   P   F   K   V   V   V   I   S   A   I   L   A   L   V   L   T   I   S   L   549

2002  TTATCATCCTCATCATGCTTTGGCAGAAGAAGCCACGTTACGAGATCCGATGGAAGGTGATTGAGTCTG  2070
       I   I   L   I   M   L   W   Q   K   K   P   R   Y   E   I   R   W   K   V   I   E   S   V   572

2071  TGAGCTCTGACGGCCATGAGTACATCTACGTGGACCCCATGCAGCTGCCCTATGACTCCACGTGGGAGC  2139
       S   S   D   G   H   E   Y   I   Y   V   D   P   M   Q   L   P   Y   D   S   T   W   E   L   595

2140  TGCCGCGGGACCAGCTTGTGCTGGGACGCACCCTCGGCTCTCGGGGCCTTTGGGCAGGTGGTGGAGGCCA  2208
       P   R   D   Q   L   V   L   G   R   T   L   G   S   G   A   F   G   Q   V   V   E   A   T   618

2209  CGGCTCATGGCCTGAGCCATTCTCAGGCCACGATGAAAGTGGCCGTCAAGATGCTTAAATCCACAGCCC  2277
       A   H   G   L   S   H   S   Q   A   T   M   K   V   A   V   K   M   L   K   S   T   A   R   641

2278  GCAGCAGTGAGAAGCAAGCCCTTATGTCGGAGCTGAAGATCATGAGTCACCTTGGGCCCCACCTGAACG  2346
       S   S   E   K   Q   A   L   M   S   E   L   K   I   M   S   H   L   G   P   H   L   N   V   664

2347  TGGTCAACCTGTTGGGGGCCTGCACCAAAGGAGGACCCATCTATATCATCACTGAGTACTGCCGCTACG  2415
       V   N   L   L   G   A   C   T   K   G   G   P   I   Y   I   I   T   E   Y   C   R   Y   G   687

2416  GAGACCTGGTGGACTACCTGCACCGCAACAAACACACCTTCCTGCAGCACCACTCCGACAAGCGCCGCC  2484
       D   L   V   D   Y   L   H   R   N   K   H   T   F   L   Q   H   H   S   D   K   R   R   P   710

2485  CGCCCAGCGCGGAGCTCTACAGCAATGCTCTGCCCGTTGGGCTCCCCCTGCCCAGCCATGTGTCCTTGA  2553
       P   S   A   E   L   Y   S   N   A   L   P   V   G   L   P   L   P   S   H   V   S   L   T   733
```

Z0003957

*Figure 1b*

```
2554 CCGGGGAGAGCGACGGTGGCTACATGGACATGAGCAAGGACGAGTCGGTGGACTATGTGCCCATGCTGG 2622
        G   E   S   D   G   G   Y   M   D   M   S   K   D   E   S   V   D   Y   V   P   M   L   D  756

2623 ACATGAAAGGAGACGTCAAATATGCAGACATCGAGTCCTCCAACTACATGGCCCCTTACGATAACTACG 2691
        M   K   G   D   V   K   Y   A   D   I   E   S   S   N   Y   M   A   P   Y   D   N   Y   V  779

2692 TTCCCTCTGCCCCCTGAGAGGACCTGCCGAGCAACTTTGATCAACGAGTCTCCAGTGCTAAGCTACATGG 2760
        P   S   A   P   E   R   T   C   R   A   T   L   I   N   E   S   P   V   L   S   Y   M   D  802

2761 ACCTCGTGGGCTTCAGCTACCAGGTGGCCAATGGCATGGAGTTTCTGGCCTCCAAGAACTGCGTCCACA 2829
        L   V   G   F   S   Y   Q   V   A   N   G   M   E   F   L   A   S   K   N   C   V   H   R  825

2830 GAGACCTGGCGGCTAGGAACGTGCTCATCTGTGAAGGCAAGCTGGTCAAGATCTGTGACTTTGGCCTGG 2898
        D   L   A   A   R   N   V   L   I   C   E   G   K   L   V   K   I   C   D   F   G   L   A  848

2899 CTCGAGACATCCATGCGGGACTCGAATTACATCTCCAAAGGCAGCACCTTTTTGCCTTTAAAGTGGATGG 2967
        R   D   I   H   R   D   S   N   Y   I   S   K   G   S   T   F   L   P   L   K   W   M   A  871

2968 CTCCGGAGAGCATCTTCAACAGCCTCTACACCACCCTGAGCGACGTGTGGTCCTTCGGGATCCTGCTCT 3036
        P   E   S   I   F   N   S   L   Y   T   T   L   S   D   V   W   S   F   G   I   L   L   W  894

3037 GGGAGATCTTCACCTTGGGTGGCACCCCTTACCCAGAGCTGCCCATGAACGAGCAGTTCTACAATGCCA 3105
        E   I   F   T   L   G   G   T   P   Y   P   E   L   P   M   N   E   Q   F   Y   N   A   I  917

3106 TCAAACGGGGTTACCGCATGGCCCAGCCTGCCCATGCCTCCGACGAGATCTATGAGATCATGCAGAAGT 3174
        K   R   G   Y   R   M   A   Q   P   A   H   A   S   D   E   I   Y   E   I   M   Q   K   C  940

3175 GCTGGGAAGAGAAGTTTGAGATTCGGCCCCCCTTCTCCCAGCTGGTGCTGCTTCTCGAGAGACTGTTGG 3243
        W   E   E   K   F   E   I   R   P   P   F   S   Q   L   V   L   L   L   E   R   L   L   G  963

3244 GCGAAGGTTACAAAAAGAAGTACCAGCAGGTGGATGAGGAGTTTCTGAGGAGTGACCACCCAGCCATCC 3312
        E   G   Y   K   K   K   Y   Q   Q   V   D   E   E   F   L   R   S   D   H   P   A   I   L  986

3313 TTCGGGTCCCAGGCCCGCTTGGCTGGGTTCCATGGCCTCCGATCTCCCCTGGACACCAGCTCCGTCCTCT 3381
        R   S   Q   A   R   L   P   G   F   H   G   L   R   S   P   L   D   T   S   S   V   L   Y 1009

3382 ATACTGCCGTGCAGCCCAATGAGGGTGACAACGACTATATCATCCCCCTGCCTGACCCCAAACCCGAGG 3450
        T   A   V   Q   P   N   E   G   D   N   D   Y   I   I   P   L   P   D   P   K   P   E   V 1032

3451 TTGCTGACGAGGGCCCACTGGAGGGTTCCCCCAGCCTAGCCAGCTCCACCCTGAATGAAGTCAACACCT 3519
        A   D   E   G   P   L   E   G   S   P   S   L   A   S   S   T   L   N   E   V   N   T   S 1055

3520 CCTCAACCATCTCCTGTGACAGCCCCCTGGAGCCCCAGGACGAACCAGAGCCAGAGCCCCAGCCTTGAGC 3588
        S   T   I   S   C   D   S   P   L   E   P   Q   D   E   P   E   P   E   . P   Q   L   E   L 1078

3589 TCCAGGTGGAGCCGGAGCCAGAGCTGGAACAGTTGCCGGATTCGGGGTGCCCTGCCGCCTCGGGCGGAAG 3657
        Q   V   E   P   E   L   E   Q   L   P   D   S   G   C   P   A   P   R   A   E   A 1101

3658 CAGAGGATAGCTTCCTGTAGGGGGCTGGCCCCTACCCTGCCCTGCCTGAAGCTCCCCCCCTGCCAGCAC 3726
        E   D   S   F   L   . 1106

3727 CCAGCATCTCCTGCCCTGGCCTGACCGGGCTTCCTGTCAGCCAGGCTGCCCCTTATCAGCTGTCCCCTTC 3795
```

## Figure 1c

```
3796  TGGAAGCTTTCTGCTCCTGACGTGTTGTGCCCCAAACCCTGGGGCTGGCTTAGGAGGCAAGAAAACTGC  3864

3865  AGGGGCCGTGACCAGCCCTCTGCCTCCAGGGAGGCCAACTGACTCTGAGCCAGGGTTCCCCCAGGGAAC  3933

3934  TCAGTTTTCCCATATGTAAGATGGGAAAGTTAGGCTTGATGACCCAGAATCTAGGATTCTCTCCCTGGC  4002

4003  TGACACGGTGGGGAGACCGAATCCCTCCCTGGGAAGATTCTTGGAGTTACTGAGGTGGTAAATTAACAT  4071

4072  TTTTTCTGTTCAGCCAGCTACCCCTCAAGGAATCATAGCTCTCTCCTCGCACTTTTTATCCACCCAGGA  4140

4141  GCTAGGGAAGAGACCCTAGCCTCCCTGGCTGCTGGCTGAGCTAGGGCCTAGCTTGAGCAGTGTTGCCTC  4209

4210  ATCCAGAAGAAAGCCAGTCTCCTCCCTATGATGCCAGTCCCTGCGTTCCCTGGCCCGAGCTGGTCTGGG  4278

4279  GCCATTAGGCAGCCTAATTAATGCTGGAGGCTGAGCCAAGTACAGGACACCCCCAGCCTGCAGCCCTTG  4347

4348  CCCAGGGCACTTGGAGCACACGCAGCCATAGCAAGTGCCTGTGTCCCTGTCCTTCAGGCCCATCAGTCC  4416

4417  TGGGGCTTTTTCTTTATCACCCTCAGTCTTAATCCATCCACCAGAGTCTAGAAGGCCAGACGGGCCCCG  4485

4486  CATCTGTGATGAGAATGTAAATGTGCCAGTGTGGAGTGGCCACGTGTGTGTGCCAGTATATGGCCCTGG  4554

4555  CTCTGCATTGGACCTGCTATGCAGGCTTTGGAGGAATCCCTCACCCTCTCTGGGCCTCAGTTTCCCCTTC  4623

4624  AAAAAATGAATAAGTCGGACTTATTAACTCTGAGTGCCTTGCCAGCACTAACATTCTAGAGTATTCCAG  4692

4693  GTGGTGCACATTTGTCCAGATGAAGCAAGGCCTATACCCTAAACTTCATCCTGGGGGTCAGCTGGGCTC  4761

4762  CTGGGAGATTCCAGATCACACATCACACTCTGGGGACTCAGGAACCATGCCCCTTCCCCAGGCCCCCAG  4830

4831  CAAGTCTCAAGAACACAGCTGCACAGGCCTTGACTTAGAGTGACAGCCGGTGTCCTGGAAAGCCCCAAG  4899

4900  CAGCTGCCCCAGGGACATGGGAAGACCACGGGACCTCTTTCACTACCCACGATGACCTCCGGGGGTATC  4968

4969  CTGGGCAAAAGGGACAAAGAGGGCAAATGAGATCACCTCCTGCAGCCCACCACTCCAGCACCTGTGCCG  5037

5038  AGGTCTGCGTCGAAGCACAGAATGGACAGTGAGGACAGTTATGTCTTGTAAAAGACAAGAAGCTTCAGAT  5106

5107  GGTACCCCAAGAAGGATGTGAGAGGTGGCTGCTTTGGAGTTTGCCCCCTCACCCCACCAGCTGCCCCAT  5175

5176  CCCTGAGGCATGCGCTCCATGGGGGTATGGTTTTGTCACTGCCCAGACCTAGCAGTGACATCTCATTGT  5244

5245  CCCCAGCCCAGTGGGCATTGGAGGTGCCAGGGGAGTCAGGGTTGTAGCCAAGACGCCCCCGCACGGGGA  5313

5314  GGGTTGGGAAGGGGGTGCAGGAAGCTCAACCCCTCTGGGCACCAACCCTGCATTGCAGGTTGGCACCTT  5382

5383  ACTTCCCTGGGATCCCCAGAGTTGGTCCAAGGAGGGAGAGTGGGTTCTCAATACGGTACCAAAGATATA  5451

5452  ATCACCTAGGTTTACAAATATTTTTAGGACTCACGTTAACTCACATTTATACAGCAGAAATGCTATTTT  5520

5521  GTATGCTGTTAAGTTTTTCTATCTGTGTACTTTTTTTTAAGGGAAAGATTTT  5572
```

*Figure 2*



## Figure 3



Z0003961

### Figure 4



Z0003962

## Figure 5



## Figure 6



## Figure 7



Figure 8



U.S. Patent          Oct. 13, 1992          Sheet 12 of 13          5,155,027

*Figure 9*



*Figure 10*







Z0003968

5,155,027

1

## METHOD OF PRODUCING SECRETED RECEPTOR ANALOGS AND BIOLOGICALLY ACTIVE PEPTIDE DIMERS

### CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of U.S. application Ser. No. 146,877, filed Jan. 22, 1988, which application is now abandoned.

### DESCRIPTION

#### 1. Technical Field

The present invention is generally directed toward the expression of proteins, and more specifically, toward the expression of growth factor receptor analogs and biologically active peptide dimers.

#### 2. Background of the Invention

In higher eucaryotic cells, the interaction between receptors and ligands (e.g., hormones) is of central importance in the transmission of and response to a variety of extracellular signals. It is generally accepted that hormones and growth factors elicit their biological functions by binding to specific recognition sites (receptors) in the plasma membranes of their target cells. Upon ligand binding, a receptor undergoes a conformational change, triggering secondary cellular responses that result in the activation or inhibition of intracellular processes. The stimulation or blockade of such an interaction by pharmacological means has important therapeutic implications for a wide variety of illnesses.

Ligands fall into two classes: those that have stimulatory activity, termed agonists; and those that block the effects elicited by the original ligands, termed antagonists. The discovery of agonists that differ in structure and composition from the original ligand may be medically useful. In particular, agonists that are smaller than the original ligand may be especially useful. The bioavailability of these smaller agonists may be greater than that of the original ligand. This may be of particular importance for topical applications and for instances when diffusion of the agonist to its target sites is inhibited by poor circulation. Agonists may also have slightly different spectra of biological activity and/or different potencies, allowing them to be used in very specific situations. Agonists that are smaller and chemically simpler than the original ligand may be produced in greater quantity and at lower cost. The identification of antagonists which specifically block, for example, growth factor receptors has important pharmaceutical applications. Antagonists that block receptors against the action of endogenous, native ligand may be used as therapeutic agents for conditions including atherosclerosis, autocrine tumors, fibroplasia and keloid formation.

The discovery of new ligands that may be used in pharmaceutical applications has centered around designing compounds by chemical modification, complete synthesis, and screening potential ligands by complex and costly screening procedures. The process of designing a new ligand usually begins with the alteration of the structure of the original effector molecule. If the original effector molecule is known to be chemically simple, for example, a catecholamine or prostaglandin, the task is relatively straightforward. However, if the ligand is structurally complex, for example, a peptide hormone or a growth factor, finding a molecule which

2

is functionally equivalent to the original ligand becomes extremely difficult.

Currently, potential ligands are screened using radioligand binding methods (Lefkowitz et al., *Biochem. Biophys. Res. Comm.* 60: 703–709, 1974; Atlas et al., *Science* 186: 1223–1225, 1974; Atlas et al. *Proc. Natl. Acad. Sci. USA* 71: 4246–4248, (1974). Potential ligands can be directly assayed by binding the radiolabeled compounds to responsive cells, to the membrane fractions of disrupted cells, or to solubilized receptors. Alternatively, potential ligands may be screened by their ability to compete with a known labeled ligand for cell surface receptors.

The success of these procedures depends on the availability of reproducibly high quality preparations of membrane fractions or receptor molecules, as well as the isolation of responsive cell lines. The preparation of membrane fractions and soluble receptor molecules involves extensive manipulations and complex purification steps. The isolation of membrane fractions requires gentle manipulation of the preparation, a procedure which does not lend itself to commercial production. It is very difficult to maintain high biological activity and biochemical purity of receptors when they are purified by classical protein chemistry methods. Receptors, being integral membrane proteins, require cumbersome purification procedures, which include the use of detergents and other solvents that interfere with their biological activity. The use of these membrane preparations in ligand binding assays typically results in low reproducibility due to the variability of the membrane preparations.

As noted above, ligand binding assays require the isolation of responsive cell lines. Often, only a limited subset of cells is responsive to a particular agent, and such cells may be responsive only under certain conditions. In addition, these cells may be difficult to grow in culture or may possess a low number of receptors. Currently available cell types responsive to platelet-derived growth factor (PDGF), for example, contain only a low number (up to $4 \times 10^5$; see Bowen-Pope and Ross, *J. Biol. Chem.* 5161–5171, 1982) of receptors per cell, thus requiring large numbers of cells to assay PDGF analogs or antagonists.

Presently, only a few naturally-occurring secreted receptors, for example, the interleukin-2 receptor (IL-2-R) have been identified. Rubin et al. (*J. Immun.* 135: 3172–3177, 1985) have reported the release of large quantities of IL-2-R into the culture medium of activated T-cell lines. Bailon et al. (*Bio/Technology* 1195–1198, 1987) have reported the use of a matrix-bound interleukin-2 receptor (IL-2-R) to purify recombinant interleukin-2.

Three other receptors have been secreted from mammalian cells. The insulin receptor (Ellis et al., *J. Cell Biol.* 150: 14a, 1987), the HIV-1 envelope glycoprotein cellular receptor CD4 (Smith et al., *Science* 238: 1704–1707, 1987) and the epidermal growth factor (EGF) receptor (Livneh et al., *J. Biol. Chem.* 261: 12490–12497, 1986) have been secreted from mammalian cells using truncated cDNAs that encode portions of the extracellular domains.

Naturally-occurring secreted receptors have not been widely identified, and there have been only a limited number of reports of secreted recombinant ligand-binding receptors. Secreted ligand-binding receptors may be used in a variety of assays, which include assays to determine the presence of ligand in biological fluids and

5,155,027

<table>
<tr><td>3</td><td>4</td></tr>
</table>

assays to screen for potential agonists and antagonists. Current methods for ligand screening and ligand/receptor binding assays have been limited to those using preparations of whole cells or cell membranes for as a source for receptor molecules. The low reproducibility and high cost of producing such preparations does not lend itself to commercial production. There is therefore a need in the art for a method of producing secreted receptors. There is a further need in the art for an assay system that permits high volume screening of compounds that may act on higher eucaryotic cells via specific surface receptors. This assay system should be rapid, inexpensive and adaptable to high volume screening. The present invention discloses such a method and assay system, and further provides other related advantages.

### DISCLOSURE OF INVENTION

Briefly stated, the present invention discloses methods for producing secreted receptor analogs which including ligand-binding receptor analogs and secreted platelet-derived growth factor receptor (PDGF-R) analogs. In addition, the present invention discloses methods for producing secreted peptide dimers.

Within one aspect of the invention a method for producing a secreted PDGF-R analog is disclosed, comprising (a) introducing into a eukaryotic host cell a DNA construct capable of directing the expression and secretion of a PDGF receptor analog, the DNA construct comprising a transcriptional promoter operatively linked to at least one secretory signal sequence followed downstream in proper reading frame by a DNA sequence encoding at least a portion of the extracellular domain of a PDGF-R, the portion including a ligand-binding domain; (b) growing the host cell in an appropriate growth medium; and (c) isolating the PDGF-R analogs from the host cell.

Within one embodiment, the dimerizing protein is yeast invertase. Within another embodiment, the dimerizing protein is at least a portion of an immunoglobulin light chain. Within another embodiment, the dimerizing protein is at least a portion of an immunoglobulin heavy chain.

Within one embodiment of the present invention, a PDGF-R analog comprising the amino acid sequence of FIG. 1 from isoleucine, number 29 to methionine, number 441 is secreted. Within another embodiment a PDGF-R analog comprising the amino acid sequence of FIG. 1 from isoleucine, number 29 to lysine, number 531 is secreted.

Yet another aspect of the present invention discloses a method for producing a secreted, biologically active peptide dimer. The method generally comprises a) introducing into a eukaryotic host cell a DNA construct capable of directing the expression and secretion of a peptide requiring dimerization for biological activity, the DNA construct comprising a transcriptional promoter operatively linked to at least one secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a peptide requiring dimerization for biological activity joined to a dimerizing protein; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the dimerization and secretion of the peptide; and (c) isolating the biologically active peptide dimer from the host cell.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active

peptide dimer, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a peptide requiring dimerization for biological activity joined to an immunoglobulin light chain constant region; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding at least one immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the dimerization and secretion of the biologically active peptide dimer; and (d) isolating the biologically active peptide dimer from the host cell. In one embodiment, the second DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to at least one heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with at least one immunoglobulin heavy chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active peptide dimer, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a peptide requiring dimerization for biological activity joined to at least one immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding an immunoglobulin light chain constant region; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the dimerization and secretion of the biologically active peptide dimer; and (d) isolating the biologically active peptide dimer from the host cell. In one embodiment, the first DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to at least one heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with an immunoglobulin light chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active peptide dimer, comprising (a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a peptide requiring dimerization for biological activity joined to at least one immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) growing the host cell in an appropriate growth medium under physiological condi-

5,155,027

| 5 | 6 |

tions to allow the dimerization and secretion of the biologically active peptide dimer; and (e) isolating the biologically active peptide dimer from the host cell. In one embodiment, the DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to at least one heavy chain constant region domain.

In another aspect of the invention, a method is disclosed for producing a secreted, biologically active peptide dimer, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream in by and in proper reading frame with a first DNA sequence encoding a first polypeptide chain of a peptide dimer joined to at least one immunoglobulin heavy chain constant region domain, selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding a second polypeptide chain of a peptide dimer joined to an immunoglobulin light chain constant region domain; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the dimerization and secretion of the biologically active peptide dimer; and (d) isolating the biologically active peptide dimer from the host cell. In one embodiment the first DNA sequence further encodes an immunoglobulin heavy chain hinge region domain wherein the hinge region is joined to at least one immunoglobulin heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with an immunoglobulin light chain constant region.

In yet another aspect of the invention, a method is disclosed for producing a secreted, ligand-binding receptor analog, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a polypeptide chain of a ligand-binding receptor analog joined to at least an immunoglobulin light chain constant region; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding at least one immunoglobulin heavy chain constant region domain, selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the dimerization and secretion of the ligand-binding receptor analog; and (d) isolating the ligand-binding receptor analog from the host cell. In one embodiment, the second DNA sequence further encodes an immunoglobulin heavy chain hinge region domain wherein the hinge region is joined to at least one heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with at least one immunoglobulin heavy chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted, ligand-binding recep-

tor analog, comprising (a) introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a polypeptide chain of a ligand-binding receptor analog joined to at least one immunoglobulin heavy chain constant region domain, selected from the group $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) growing the host cell in an appropriate growth medium under physiological conditions to allow the dimerization and secretion of the ligand-binding receptor analog; and (c) isolating the ligand-binding receptor analog from the host cell. In one embodiment, the DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to at least one heavy chain constant region domain.

In another aspect of the invention, a method is disclosed for producing a secreted, ligand-binding receptor analog, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream in proper reading frame by a first DNA sequence encoding a polypeptide chain of a ligand-binding receptor analog joined to at least one immunoglobulin heavy chain constant region domain, selected from the group $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding at least an immunoglobulin light chain constant region; (c) growing the host cell in an appropriate growth medium under physiological conditions to allow the dimerization and secretion of the ligand-binding receptor analog; and (d) isolating the ligand-binding receptor analog from the host cell. In one embodiment, the first DNA sequence further encodes an immunoglobulin heavy chain hinge region wherein the hinge region is joined to at least one heavy chain constant region domain. In a preferred embodiment, the second DNA sequence further encodes an immunoglobulin variable region joined upstream of and in proper reading frame with an immunoglobulin light chain constant region.

In another aspect of the invention, a method is disclosed for producing a secreted, ligand-binding receptor analog, comprising (a) introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream in proper reading frame by a first DNA sequence encoding a first polypeptide chain of a ligand-binding receptor analog joined to at least one immunoglobulin heavy chain constant region domain, selected from the group $C_H1$, $C_H2$, $C_H3$, and $C_H4$; (b) introducing into the host cell a second DNA construct comprising a transcriptional promoter operatively linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding a second polypeptide chain of a ligand binding receptor analog joined to an immunoglobulin light chain constant region domain. In one embodiment the first DNA sequence further encodes an immunoglobulin heavy chain hinge region domain wherein the hinge region is joined to at least one immunoglobulin heavy chain constant region domain.

Host cells for use in the present invention include cultured mammalian cells and fungal cells. In a pre-

5,155,027

| 7 | 8 |

ferred embodiment strains of the yeast *Saccharomyces cerevisiae* are used as host cells. Within another preferred embodiment cultured rodent myeloma cells are used as host cells.

Within one embodiment of the present invention, a PDGF-R analog comprises the amino acid sequence of FIG. 1 from isoleucine, number 29 to methionine, number 441. Within another embodiment a PDGF-R analog comprises the amino acid sequence of FIG. 1 from isoleucine, number 29 to lysine, number 531. PDGF-R analogs produced by the above-disclosed methods may be used, for instance, within a method for determining the presence of human PDGF or an isoform thereof in a biological sample.

A method for determining the presence of human PDGF or an isoform thereof in a biological sample is disclosed and comprises (a) incubating a polypeptide comprising a human PDGF receptor analog fused to a dimerizing protein with a biological sample suspected of containing human PDGF or an isoform thereof under conditions that allow the formation of receptor-/ligand complexes; and (b) detecting the presence of receptor/ligand complexes, and therefrom determining the presence of human PDGF or an isoform thereof. Suitable biological samples in this regard include blood, urine, plasma, serum, platelet and other cell lysates, platelet releasates, cell suspensions, cell-conditioned culture media, and chemically or physically separated portions thereof.

These and other aspects of the present invention will become evident upon reference to the following detailed description and attached drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1 to 1C illustrate the nucleotide sequence of the PDGF receptor cDNA and the derived amino acid sequence of the primary translation product. Numbers above the lines refer to the nucleotide sequence; numbers below the lines refer to the amino acid sequence.

FIG. 2 illustrates the construction of pBTL10, pBTL11 and pBTL12.

FIG. 3 illustrates the construction of pCBS22.

FIG. 4 illustrates the construction of pBTL13 and pBTL14.

FIG. 5 illustrates the construction of pBTL15.

FIG. 6 illustrates the construction of pBTL22 and pBTL26.

FIG. 7 illustrates the construction of pSDL114. Symbols used are S.S., signal sequence; $C_k$, immunoglobulin light chain constant region sequence; μ prom, μ promoter, μ enh; μ enhancer.

FIG. 8 illustrates the construction of pSDLB113. Symbols used are S.S., signal sequence; $C_H1$, $C_H2$, $C_H3$, immunoglobulin heavy chain constant region domain sequences; H, immunoglobulin heavy chain hinge region sequence; M, immunoglobulin membrane anchor sequences; $C_γ1M$, immunoglobulin heavy chain constant region and membrane anchor sequences.

FIG. 9 illustrates the constructions pBTL115, pBTL114, pφ5V$_H$HuC$_γ$1M-neo, plC$_φ$5V$_K$HuC$_K$-neo. Symbols used are set forth in FIGS. 7 and 8, and also include $L_H$, mouse immunoglobulin heavy chain signal sequence; $V_H$, mouse immunoglobulin heavy chain variable region sequence; E, mouse immunoglobulin heavy chain enhancer sequence; $L_K$, mouse immunoglobulin light chain signal sequence; $φ5V_K$, mouse immunoglobulin light chain variable region sequence; N : : R, *E. coli* neomycin resistance gene.

FIG. 10 illustrates the constructions Zem229R, pφ5V$_H$Fab-neo and pWKI. Symbols used are set forth in FIG. 10.

## BEST MODE FOR CARRYING OUT THE INVENTION

Prior to setting forth the invention, it may be helpful to an understanding thereof to set forth definitions of certain terms to be used hereinafter.

DNA Construct: A DNA molecule, or a clone of such a molecule, either single- or double-stranded that has been modified through human intervention to contain segments of DNA combined and juxtaposed in a manner that as a whole would not otherwise exist in nature.

Secretory Signal Sequence: A DNA sequence encoding a secretory peptide. A secretory peptide is an amino acid sequence that acts to direct the secretion of a mature polypeptide or protein from a cell. Secretory peptides are characterized by a core of hydrophobic amino acids and are typically (but not exclusively) found at the amino termini of newly synthesized proteins. Very often the secretory peptide is cleaved from the mature protein during secretion. Such secretory peptides contain processing sites that allow cleavage of the signal peptides from the mature protein as it passes through the secretory pathway. Processing sites may be encoded within the signal peptide or may be added to the signal peptide by, for example, vitro mutagenesis. Certain secretory peptides may be used in concert to direct the secretion of polypeptides and proteins. One such secretory peptide that may be used in combination with other secretory peptides is the third domain of the yeast Barrier protein.

Receptor Analog: A portion of a receptor capable of binding ligand, anti-receptor antibodies, analogs or antagonists. The amino acid sequence of the receptor analog may contain additions, substitutions or deletions as compared to the native receptor sequence. A receptor analog may be, for example, the ligand-binding domain of a receptor joined to another protein. Platelet-derived growth factor receptor (PDGF-R) analogs may, for example, comprise a portion of a PDGF receptor capable of binding anti-PDGF receptor antibodies, PDGF, PDGF isoforms, PDGF analogs, or PDGF antagonists.

Dimerizing Protein: A polypeptide chain having affinity for a second polypeptide chain, such that the two chains associate under physiological conditions to form a dimer. The second polypeptide chain may be the same or a different chain.

Biological activity: A function or set of activities performed by a molecule in a biological context (i.e., in an organism or an in vitro facsimile thereof). Biological activities may include the induction of extracellular matrix secretion from responsive cell lines, the induction of hormone secretion, the induction of chemotaxis, the induction of mitogenesis, the induction of differentiation, or the inhibition of cell division of responsive cells. A recombinant protein or peptide is considered to be biologically active if it exhibits one or more biological activities of its native counterpart.

Ligand: A molecule, other than an antibody or an immunoglobulin, capable of being bound by the ligand-binding domain of a receptor. The molecule may be chemically synthesized or may occur in nature.

Joined: Two or more DNA coding sequences are said to be joined when, as a result of in-frame fusions be-

5,155,027

9

tween the DNA coding sequences or as a result of the removal of intervening sequences by normal cellular processing, the DNA coding sequences are translated into a polypeptide fusion.

As noted above, the present invention provides methods for producing biologically active peptide dimers and secreted receptor analogs, which include ligand-binding receptor analogs and PDGF receptor analogs. Secreted receptor analogs may be used to screen for new compounds that act as agonists or antagonists when interacting with cells containing membrane-bound receptors. In addition, the methods of the present invention provide peptides of therapeutic value that are biologically active only as dimers. Moreover, the present invention provides methods of producing peptide dimers that are biologically active only as non-covalently associated dimers. Secreted, biologically active dimers that may be produced using the present invention include nerve growth factor, colony stimulating factor-1, factor XIII, and transforming growth factor $\beta$.

Ligand-binding receptor analogs that may be used in the present invention include the ligand-binding domains of the epidermal growth factor receptor (EGF-R) and the insulin receptor. As used herein, a ligand-binding domain is that portion of the receptor that is involved in binding ligand and is generally a portion or essentially all of the extracellular domain that extends from the plasma membrane into the extracellular space. The ligand-binding domain of the EGF-R, for example, resides in the extracellular domain. EGF-R dimers have been found to exhibit higher ligand-binding affinity than EGF-R monomers (Boni-Schnetzler and Pilch, Proc. Natl. Acad. Sci. USA 84:7832–7836, 1987). The insulin receptor (Ullrich et al., Nature 313:756–761, 1985) requires dimerization for biological activity.

Another example of a receptor that may be secreted from a host cell is a platelet-derived growth factor receptor (PDGF-R). Two classes of PDGF-Rs, which recognized different isoforms of PDGF, have been identified. (PDGF is a disulfide-bonded, two-chain molecule, which is made up of an A chain and a B chain. These chains may be combined as AB heterodimers, AA homodimers or BB homodimers. These dimeric molecules L are referred to herein as "isoforms".) The $\beta$-receptor, which recognizes only the BB isoform of PDGF (PDGF-BB), has been described (Claesson-Welsh et al., Mol. Cell. Biol. 8:3476–3486, 1988; Gronwald et al., Proc. Natl. Acad. Sci. USA 85:3435–3439, 1988). The $\alpha$-receptor, which recognizes all three PDGF isoforms (PDGF-AA, PDGF-AB and PDGF-BB), has been described by Matsui et al. (Science 243:800–804, 1989). The primary translation products of these receptors indicated that each includes an extracellular domain implicated in the ligand-binding process, a transmembrane domain, and a cytoplasmic domain containing a tyrosine kinase activity. Matsui et al. (ibid.) have predicted the ligand-binding domain of the $\alpha$-PDGF receptor to include amino acids 25–500 of their reported $\alpha$-receptor amino acid sequence. Gronwald et al. (ibid.) have predicted the ligand-binding domain of the $\beta$-PDGF receptor to include amino acids 29–531 of their published amino acid sequence.

The present invention provides a standardized assay system, not previously available in the art, for determining the presence of PDGF, PDGF isoforms, PDGF agonists or PDGF antagonists using a secreted PDGF receptor analogs. Such an assay system will typically involve combining the secreted PDGF receptor analog

10

with a biological sample under physiological conditions which permit the formation of receptor-ligand complexes, followed by detecting the presence of the receptor-ligand complexes. Detection may be achieved through the use of a label attached to the PDGF receptor analog or through the use of a labeled antibody which is reactive with the receptor analog or the ligand. A wide variety of labels may be utilized, such as radio-nuclides, fluorophores, enzymes and luminescers. Receptor-ligand complexes may also be detected visually, i.e., in immunoprecipitation assays which do not require the use of a label. This assay system provides secreted PDGF receptor analogs that may be utilized in a variety of screening assays for, for example, screening for analogs of PDGF. The present invention also provides a methods for measuring the level of PDGF and PDGF isoforms in biological fluids.

As noted above, the present invention provides methods for producing peptide dimers that require dimerization for biological activity or enhancement of biological activity. Peptides requiring dimerization of biological activity include, in addition to certain receptors nerve growth factor, colony-stimulating factor-1 (CSF-1), transforming growth factor $\beta$ (TGF-$\beta$), PDGF, and factor XIII. Nerve growth factor is a non-covalently linked dimer (Harper et al., J. Biol. Chem. 257: 8541–8548, 1982). CSF-1, which specifically stimulates the proliferation and differentiation of cells of mononuclear phagocytic lineage, is a disulfide-bonded homodimer (Rettenmier et al., Mol. Cell. Biol. 7: 2378–2387, 1987). TGF-$\beta$ is biologically active as a disulfide-bonded dimer (Assoian et al., J. Biol. Chem. 258:7155–7160, 1983). Factor XIII is a plasma protein that exists as a two chain homodimer in its activated form (Ichinose et al., Biochem. 25: 6900–6906, 1986). PDGF, as noted above, is a disulfide-bonded, two chain molecule (Murray et al., U.S. Pat. No. 4,766,073).

The present invention provides methods by which receptor analogs, including ligand-binding receptor analogs and PDGF analogs, requiring dimerization for activity may be secreted from host cells. The methods described herein are particularly advantageous in that they allow the production of large quantities of purified receptors. The receptors may be used in assays for the screening of potential ligands, in assays for binding studies, as imaging agents, and as agonists and antagonists within therapeutic agents.

A DNA sequence encoding a human PDGF receptor may be isolated as a cDNA using techniques known in the art (see, for example, Okayama and Berg, Mol. Cell. Biol. 161–170, 1982; Mol. Cell. Biol. 3: 280–289, 1983). A DNA molecule encoding a human PDGF receptor may be isolated from a library of human genomic or cDNA sequences. Such libraries may be prepared by standard procedures, such as those disclosed by Gubler and Hoffman (Gene 25: 263–269, 1983). It is preferred that the molecule is a cDNA molecule because cDNA lacks introns and is therefore more suited to manipulation and expression in transfected or transformed cells. Sources of mRNA for use in the preparation of a cDNA library include the MG-63 human osteosarcoma cell line (available from ATCC under accession number CRL 1427), diploid human dermal fibroblasts and human embryo fibroblast and brain cells (Matsui et al., ibid.). A cDNA encoding a $\beta$-PDGF-R has been cloned from a diploid human dermal fibroblast cDNA library using oligonucleotide probes complementary to sequences of the mouse PDGF receptor (Gronwald et al., ibid.). An

5,155,027

11

α-PDGF-R cDNA has been isolated by Matsui et al. (ibid.) from human embryo fibroblast and brain cells. Alternatively, a cDNA encoding an α-PDGF-R may be isolated from a library prepared from MG-63 human osteosarcoma cells using a cDNA probe containing sequences encoding a cytoplasmic domain of the β-PDGF-R. Partial cDNA clones (fragments) can be extended by re-screening of the library with the cloned cDNA fragment until the full sequence is obtained. In a preferred embodiment, a DNA sequence encoding a PDGF receptor analog consisting essentially of the extracellular domain of a PDGF receptor is used, although smaller DNA sequences encoding portions of at least 40% amino acids of the extracellular domain may be used.

DNA sequences encoding EGF-R (Ullrich et al., *Nature* 304: 418–425, 1984), the insulin receptor (Ullrich et al., *Nature* 756–761, 1985), nerve growth factor (Ullrich et al. *Nature* 303: 821–825, 1983), colony stimulating factor-1 (Rettenmier et al., ibid.), transforming growth factor β (Deryuck et al., *Nature* 316: 701–705, 1985), PDGF (Murray et al., ibid.), and factor XIII (Ichinose et al., ibid.) may also be used within the present invention.

To direct peptides requiring dimerization for biological activity or receptor analogs into the secretory pathway of the host cell, at least one secretory signal sequence is used in conjunction with the DNA sequence of interest. Preferred secretory signals include the alpha factor signal sequence (pre-pro sequence) (Kurjan and Herkowitz; *Cell* 30: 933–943, 1982; Kurjan et al., U.S. Pat. No. 4,546,082; Brake, EP 116,201, 1983), the PHO5 signal sequence (Beck et al., WO 86/00637), the BAR1 secretory signal sequence (MacKay et al., U.S. Pat. No. 4,613,572; MacKay, WO 87/002670), immunoglobulin V$_H$ signal sequences (Loh et al., *Cells* 85–93, 1983; Watson *Nuc. Acids. Res.* 12: 5145–5164, 1984) and immunoglobulin V$_K$ signal sequences (Watson, ibid.). Particularly preferred signal sequences (Carlson et al., *Mol. Cell. Biol.* 439–447, 1983) and PDGF receptor signal sequences. Alternatively, secretory signal sequences may be synthesized according to the rules established, for example, by von Heinje (*Eur. J. Biochem.* 133: 17–21, 1983; *J. Mol. Biol.* 99–105 1985; *Nuc. Acids. Res.* 14: 4683–3690, 1986).

Secretory signal sequences may be used singly or may be combined. For example, a first secretory signal sequence may be used singly or combined with a sequence encoding the third domain of Barrier (described in copending commonly assigned U.S. patent application Ser. No. 104,316, now abandoned, which is incorporated by reference herein in its entirety). The third domain of Barrier may be positioned in proper reading frame 3' of the DNA sequence of interest or 5' to the DNA sequence and in proper reading frame with both the secretory signal sequence and the DNA sequence of interest.

In one embodiment of the present invention, a sequence encoding a dimerizing protein is joined to a sequence encoding a peptide dimer or a receptor analog, and this fused sequence is joined in proper reading frame to a secretory signal sequence. As shown herein, the present invention utilizes such an arrangement to drive the association of the peptide or receptor analog to form a biologically active molecule upon secretion. Suitable dimerizing proteins include the *S. cerevisiae* repressible acid phosphatase (Mizunaga et al., *J. Biochem.* (Tokyo) 103: 321–326, 1988), the *S. cerevisiae* type

12

1 killer preprotoxin (Sturley et al., *EMBO J.* 5: 3381–3390, 1986), the *S. calsberensis* alpha galactosidase melibiase (Sumner-Smith et al., *Gene* 36: 333–340, 1985), the *S. cerevisiae* invertase gene (Carlson et al., *Mol. Cell. Biol.* 5: 439–447, 1983), the *Neurospora crassa* ornithine decarboxylase (Digangi et al., *J. Biol. Chem.* 262: 7889–7893, 1987), immunoglobulin heavy chain hinge regions (Takahashi et al., *Cell* 29: 671–679, 1982), and other dimerizing immunoglobulin sequences. In a preferred embodiment, *S. cerevisiae* invertase is used to drive the association of peptides into dimers. In another embodiment of the invention, portions of immunoglobulin gene sequences are used to drive the association of non-immunoglobulin peptides. These portions correspond to discrete domains of immunoglobulins. Immunoglobulins comprise variable and constant regions, which in turn comprise discrete domains that show similarity in their three-dimensional conformations. These discrete domains correspond to immunoglobulin heavy chain constant region domain exons, immunoglobulin heavy chain variable region domain, exons, immunoglobulin light chain variable region domain exons and immunoglobulin light chain constant region domain exons in immunoglobulin genes (Hood et al., in *Immunology*, The Benjamin/Cummings Publishing Company, Inc., Menlo Park, Calif.; Honjo et al., *Cell* 18: 559–568, 1979; Takahashi et al., *Cell* 29: 671–679, 1982; and Honjo, *Ann. Rev. Immun.* 1:499–528, 1983). Particularly preferred portions of immunoglobulin heavy chains include Fab and Fab' fragments. (An Fab fragment is a portion of an immunoglobulin heavy chain that includes a heavy chain variable region domain and a heavy chain constant region domain. An Fab' fragment is a portion of an immunoglobulin heavy chain that includes a heavy chain variable region domain, a heavy chain constant region domain and a heavy chain hinge region domain.)

It is preferred to use an immunoglobulin light chain constant region in association with at least one immunoglobulin heavy chain constant region domain. In a another embodiment, an immunoglobulin light chain constant region is associated with at least one immunoglobulin heavy chain constant region domain joined to an immunoglobulin hinge region. In one set of embodiments, an immunoglobulin light chain constant region joined in frame with a peptide dimer or receptor analog and is associated with at least one heavy chain constant region. In a preferred set of embodiments a variable region is joined upstream or in proper reading frame with at least one immunoglobulin heavy chain constant region. In another set of embodiments, an immunoglobulin heavy chain is joined in frame with a peptide dimer or receptor analog and is associated with an immunoglobulin light chain constant region. In yet another set of embodiments, a peptide dimer or receptor analog joined to at least one immunoglobulin heavy chain constant region domain joined to an immunoglobulin hinge region and is associated with an immunoglobulin light chain constant region. In a preferred set of embodiments an immunoglobulin variable region is joined upstream and in proper reading frame with the immunoglobulin light chain constant region.

Immunoglobulin heavy chain constant region domains include C$_H$1, C$_H$2, C$_H$3, and C$_H$4 of any class of immunoglobulin including γ, α, ε, μ, and δ classes (Honjo, ibid., 1983) A particularly preferred immunoglobulin heavy chain constant region domain is

5,155,027

**13**

human $C_H1$. Immunoglobulin variable regions include $V_H$, $V_k$, or $V_\gamma$.

DNA sequences encoding immunoglobulins may be cloned from a variety of genomic or cDNA libraries known in the art. The techniques for isolating such DNA sequences are conventional techniques and are well known to those skilled in the art. Probes for isolating such DNA sequences may be based on published DNA sequences (see, for example, Hieter et al., Cell 22: 197–207, 1980). The choice of library and selection of probes for the isolation of such DNA sequences is within the level of ordinary skill in the art.

Host cells for use in practicing the present invention include mammalian and fungal cells. Fungal cells, including species of yeast (e.g., Saccharomyces spp., Schizosaccharomyces spp.), or filamentous fungi (e.g., Aspergillus spp., Neurospora spp.) may be used as host cells within the present invention. Strains of the yeast Saccharomyces cerevisiae are particularly preferred.

Suitable yeast vectors for use in the present invention include YRp7 (Struhl et al., Proc. Natl. Acad. Sci. USA 76: 1035–1039, 1978), YEp13 (Broach et al., Gene 8: 121–133, 1979), pJDB249 and pJDB219 (Beggs, Nature 275:104–108, 1978) and derivatives thereof. Such vectors will generally include a selectable marker, which may be one of any number of genes that exhibit a dominant phenotype for which a phenotypic assay exists to enable transformants to be selected. Preferred selectable markers are those that complement host cell autotrophy, provide antibiotic resistance or enable a cell to utilize specific carbon sources, and include LEU2 (Broach et al. ibid.), URA3 (Botstein et al., Gene 8: 17, 1979), HIS3 (Struhl et al., ibid.) or POT1 (Kawasaki and Bell, EP 171,142). Other suitable selectable markers include the CAT gene, which confers chloramphenicol resistance on yeast cells.

Preferred promoters for use in yeast include promoters from yeast glycolytic genes (Hitzeman et al., J. Biol. Chem. 255: 12073–12080, 1980; Alber and Kawasaki, J. Mol. Appl. Genet. 1: 419–434, 1982; Kawasaki, U.S. Pat. No. 4,599,311) or alcohol dehydrogenase genes (Young et al., in Genetic Engineering of Microorganisms for Chemicals, Hollaender et al., (eds.), p. 355, Plenum, N.Y., 1982; Ammerer, Meth. Enzymol. 101: 192–201, 1983). In this regard, particularly preferred promoters are the TPI1 promoter (Kawasaki, U.S. Pat. No. 4,599,311, 1986) and the ADH2-4c promoter (Russell et al., Nature 304: 652–654, 1983 and Irani and Kilgore, described in pending, commonly assigned U.S. patent application Ser. Nos. 029,867, now abandoned, and 183,130, now abandoned which are incorporated herein by reference). The expression units may also include a transcriptional terminator. A preferred transcriptional terminator is the TPI1 terminator (Alber and Kawasaki, ibid.).

In addition to yeast, proteins of the present invention can be expressed in filamentous fungi, for example, strains of the fungi Aspergillus (McKnight and Upshall, described in pending, commonly assigned U.S. patent application Ser. Nos. 820,519, now abandoned, and 946,873, now U.S. Pat. No. 4,035,349, corresponding to published European Patent Application EP 272,277, which are incorporated herein by reference). Examples of useful promoters include those derived from Aspergillus nidulans glycolytic genes, such as the ADH3 promoter (McKnight et al., EMBO J. 4: 2093–2099, 1985) and the promoter. An example of a suitable terminator is the ADH3 terminator (McKnight et al., ibid.). The

**14**

expression units utilizing such components are cloned into vectors that are capable of insertion into the chromosomal DNA of Aspergillus.

Techniques for transforming fungi are well known in the literature, and have been described, for instance, by Beggs (ibid.), Hinnen et al. (Proc. Natl. Acad. Sci. USA 75: 1929–1933, 1978), Yelton et al., (Proc. Natl. Acad. Sci. USA 81: 1740–1747, 1984), and Russell (Nature 301: 167–169, 1983). The genotype of the host cell will generally contain a genetic defect that is complemented by the selectable marker present on the expression vector. Choice of a particular host and selectable marker is well within the level of ordinary skill in the art.

In a preferred embodiment, a yeast host cell that contains a genetic deficiency in a gene required for asparagine-linked glycosylation of glycoproteins is used. Preferably, the yeast host cell contains a genetic deficiency in the MNN9 gene (described in pending, commonly assigned U.S. patent application Ser. Nos. 116,095 and 189,547 which are incorporated herein by reference in their entirety). Most preferably, the yeast host cell contains a disruption of the MNN9 gene. Yeast host cells having such defects may be prepared using standard techniques of mutation and selection. Ballou et al. (J. Biol. Chem. 255: 5986–5991, 1980) have described the isolation of mannoprotein biosynthesis mutants that are defective in genes which affect asparagine-linked glycosylation. Briefly, mutagenized yeast cells were screened using fluoresceinated antibodies directed against the outer mannose chains present on wild-type yeast. Mutant cells that did not bind antibody were further characterized and were found to be defective in the addition of asparagine-linked oligosaccharide moieties. To optimize production of the heterologous proteins, it is preferred that the host strain carries a mutation, such as the yeast pep4 mutation (Jones, Genetics 85: 23–33, 1977), which results in reduced proteolytic activity.

In addition to fungal cells, cultured mammalian cells may be used as host cells within the present invention. Preferred cell lines are rodent myeloma cell lines, which include p3X63Ag8 (ATCC TIB 9), FO (ATCC CRL 1646), NS-1 (ATCC TIB 18) and 210-RCY-Ag1 (Galfre et al., Nature 277: 131, 1979). A particularly preferred rodent myeloma cell line is SP2/0-Ag14 (ATCC CRL 1581). In addition, a number of other cell lines may be used within the present invention, including COS-1 (ATCC CRL 1650), BHK, p363.Ag.8.653 (ATCC CRL 1580) Rat Hep I (ATCC CRL 1600), Rat Hep II (ATCC CRL 1548), TCMK (ATCC CCL 139), Human lung (ATCC CCL 75.1), Human hepatoma (ATCC HTB-52), Hep G2 (ATCC HB 8065), Mouse liver (ATCC CC 29.1), 293 (ATCC CRL 1573; Graham et al., J. Gen. Virol. 36: 59–72, 1977) and DUKX cells (Urlaub and Chasin, Proc. Natl. Acad. Sci USA 77: 4216–4220, 1980) A preferred BHK cell line is the tk⁻tsl3 BHK cell line (Waechter and Baserga, Proc. Natl. Acad. Sci USA 79: 1106–1110, 1982).

Mammalian expression vectors for use in carrying out the present invention will include a promoter capable of directing the transcription of a cloned gene or cDNA. Preferred promoters include viral promoters and cellular promoters. Preferred viral promoters include the major late promoter from adenovirus 2 (Kaufman and Sharp, Mol. Cell. Biol. 2: 1304–1319, 1982) and the SV40 promoter (Subramani et al., Mol. Cell. Biol. 1: 854–864, 1981). Preferred cellular promoters include the mouse metallothionein 1 promoter (Palmiter et al.,

5,155,027

15

*Science* 222: 809–814, 1983) and a mouse $V_K$ promoter (Grant et al., *Nuc. Acids Res.* 15: 5496, 1987). A particularly preferred promoter is a mouse VH promoter (Loh et al., ibid.). Such expression vectors may also contain a set of RNA splice sites located downstream from the promoter and upstream from the DNA sequence encoding the peptide or protein of interest. Preferred RNA splice sites may be obtained from adenovirus and/or immunoglobulin genes. Also contained in the expression vectors is a polyadenylation signal located downstream of the coding sequence of interest. Polyadenylation signals include the early or late polyadenylation signals from SV40 (Kaufman and Sharp, ibid.), the polyadenylation signal from the adenovirus 5 EIB region and the human growth hormone gene terminator (DeNoto et al., *Nuc. Acids Res.* 9: 3719–3730, 1981). A particularly preferred polyadenylation signal is the VH gene terminator (Loh et al., ibid.). The expression vectors may include a noncoding viral leader sequence, such as the adenovirus 2 tripartite leader, located between the promoter and the RNA splice sites. Preferred vectors may also include enhancer sequences, such as the SV40 enhancer and the mouse enhancer (Gillies, *Cell* 33: 717–728, 1983). Expression vectors may also include sequences encoding the adenovirus VA RNAs.

Cloned DNA sequences may be introduced into cultured mammalian cells by, for example, calcium phosphate-mediated transfection (Wigler et al., *Cell* 14: 725, 1978; Corsaro and Pearson, *Somatic Cell Genetics* 7: 603, 1981; Graham and Van der Eb, *Virology* 52: 456, 1973.) Other techniques for introducing cloned DNA sequences into mammalian cells, such as electroporation (Neumann et al., *EMBO J.* 1: 841–845, 1982), may also be used. In order to identify cells that have integrated the cloned DNA, a selectable marker is generally introduced into the cells along with the gene or cDNA of interest. Preferred selectable markers for use in cultured mammalian cells include genes that confer resistance to drugs, such as neomycin, hygromycin, and methotrexate. The selectable marker may be an amplifiable selectable marker. A preferred amplifiable selectable marker is the DHFR gene. A particularly preferred amplifiable marker is the DHFR' cDNA (Simonsen and Levinson, *Proc. Natl. Adac. Sci. USA* 80: 2495–2499, 1983). Selectable markers are reviewed by Thilly (*Mammalian Cell Technology*, Butterworth Publishers, Stoneham, Mass.) and the choice of selectable markers is well within the level of ordinary skill in the art.

Selectable markers may be introduced into the cell on a separate plasmid at the same time as the gene of interest, or they may be introduced on the same plasmid. If on the same plasmid, the selectable marker and the gene of interest may be under the control of different promoters or the same promoter, the latter arrangement producing a dicistronic message. Constructs of this type are known in the art (for example, Levinson and Simonsen, U.S. Pat. No. 4,713,339). It may also be advantageous to add additional DNA, known as "carrier DNA" to the mixture which is introduced into the cells.

Transfected cells are allowed to grow for a period of time, typically 1–2 days, to begin expressing the DNA sequence(s) of interest. Drug selection is then applied to select for growth of cells that are expressing the selectable marker in a stable fashion. For cells that have been transfected with an amplifiable selectable marker the drug concentration may be increased in a stepwise manner to select for increased copy number of

16

the cloned sequences, thereby increasing expression levels.

Host cells containing DNA constructs of the present invention are grown in an appropriate growth medium. As used herein, the term "appropriate growth medium" means a medium containing nutrients required for the growth of cells. Nutrients required for cell growth may include a carbon source, a nitrogen source, essential amino acids, vitamins, minerals and growth factors. The growth medium will generally select for cells containing the DNA construct by, for example, drug selection or deficiency in an essential nutrient which are complemented by the selectable marker on the DNA construct or co-transfected with the DNA construct. Yeast cells, for example, are preferably grown in a chemically defined medium, comprising a non-amino acid nitrogen source, inorganic salts, vitamins and essential amino acid supplements. The pH of the medium is preferably maintained at a pH greater than 2 and less than 8, preferably at pH 6.5. Methods for maintaining a stable pH include buffering and constant pH control, preferably through the addition of sodium hydroxide. Preferred buffering agents include succinic acid and Bis-Tris (Sigma Chemical Co., St. Louis, Mo.). Yeast cells having a defect in a gene required for asparagine-linked glycosylation are preferably grown in a medium containing an osmotic stabilizer. A preferred osmotic stabilizer is sorbitol supplemented into the medium at a concentration between 0.1M and 1.5M., preferably at 0.5M or 1.0M. Cultured mammalian cells are generally grown in commercially available serum-containing or serum-free media. Selection of a medium appropriate for the particular cell line used is within the level of ordinary skill in the art.

The culture medium from appropriately grown transformed or transfected host cells is separated from the cell material, and the presence of peptide dimers or secreted receptor analogs is demonstrated. A preferred method of detecting receptor analogs, for example, is by the binding of the receptors or portions of receptors to a receptor-specific antibody. An anti-receptor antibody may be a monoclonal or polyclonal antibody raised against the receptor in question, for example, an anti-PDGF receptor monoclonal antibody may be used to assay for the presence of PDGF receptor analogs. Another antibody, which may be used for detecting substance P-tagged peptides and proteins, is a commercially available rat anti-substance P monoclonal antibody which may be utilized to visualize peptides or proteins that are fused to the C-terminal amino acids of substance P. Ligand binding assays may also be used to detect the presence of receptor analogs. In the case of PDGF receptor analogs, it is preferable to use fetal foreskin fibroblasts, which express PDGF receptors, to compete against the PDGF receptor analogs of the present invention for labeled PDGF and PDGF isoforms.

Assays for detection of secreted, biologically active peptide dimers and receptor analogs may include Western transfer, protein blot or colony filter. A Western transfer filter may be prepared using the method described by Towbin et al. (*Proc. Natl. Acad. Sci. USA* 76: 4350–4354, 1979). Briefly, samples are electrophoresed in a sodium dodecylsulfate polyacrylamide gel. The proteins in the gel are electrophoretically transferred to nitrocellulose paper. Protein blot filters may be prepared by filtering supernatant samples or concentrates through nitrocellulose filters as in, for example, a Mini-

5,155,027

| 17 | 18 |

fold (Schleicher & Schuell). Colony filters may be prepared by growing colonies on a nitrocellulose filter that has been laid across an appropriate growth medium. In this method, a solid medium is preferred. The cells are allowed to grow on the filters for at least 12 hours. The cells are removed from the filters by washing with an appropriate buffer that does not remove the proteins bound to the filters. A preferred buffer comprises 25 mM Tris-base, 19 mM glycine, pH 8.3, 20% methanol.

The peptide dimers and receptor analogs present on the Western transfer, protein blot or colony filters may be visualized by specific antibody binding using methods known in the art. For example, Towbin et al. (ibid.) describe the visualization of proteins immobilized on nitrocellulose filters with a specific antibody followed by a labeled second antibody, directed against the first antibody. Kits and reagents required for visualization are commercially available, for example, from Vector Laboratories, (Burlingame, Calif.), and Sigma Chemical Company (St. Louis, Mo.).

Secreted, biologically active peptide dimers and receptor analogs may be isolated from the medium of host cells grown under conditions that allow the secretion of the receptor analogs and biologically active peptide dimers. The cell material is removed from the culture medium, and the biologically active peptide dimers and receptor analogs are isolated using isolation techniques known in the art. Suitable isolation techniques include precipitation and fractionation by a variety of chromatographic methods, including gel filtration, ion exchange chromatography and immunoaffinity chromatography. A particularly preferred purification method is immunoaffinity chromatography using an antibody directed against the receptor analog or peptide dimer. The antibody is preferably immobilized or attached to a solid support or substrate. A particularly preferred substrate is CNBr-activated Sepharose (Pharmacia, Piscataway, N.J.). By this method, the medium is combined with the antibody/substrate under conditions that will allow binding to occur. The complex may be washed to remove unbound material, and the receptor analog or peptide dimer is released or eluted through the use of conditions unfavorable to complex formation. Particularly useful methods of elution include changes in pH, wherein the immobilized antibody has a high affinity for the ligand at a first pH and a reduced affinity at a second (higher or lower) pH; changes in concentration of certain chaotropic agents; or through the use of detergents.

The secreted PDGF receptor analogs of the present invention can be used within a variety of assays for detecting the presence of native PDGF, PDGF isoforms or PDGF-like molecules. These assays will typically involve combining PDGF receptor analogs, which may be bound to a solid substrate such as polymeric microtiter plate wells, with a biological sample under conditions that permit the formation of receptor/ligand complexes. Detection may be achieved through the use of a label attached to the receptor or through the use of a labeled antibody which is reactive with the receptor. Alternatively, the labeled antibody may be reactive with the ligand. A wide variety of labels may be utilized, such as radionuclides, fluorophores, enzymes and luminescers. Complexes may also be detected visually, i.e., in immunoprecipitation assays, which do not require the use of a label.

Secreted PDGF receptor analogs of the present invention may also be labeled with a radioisotope or other

imaging agent and used for in vivo diagnostic purposes. Preferred radioisotope imaging agents include iodine-125 and technetium-99, with technetium-99 being particularly preferred. Methods for producing protein-isotope conjugates are well known in the art, and are described by, for example, Eckelman et al. (U.S. Pat. No. 4,652,440), Parker et al. (WO 87/05030) and Wilber et al. (EP 203,764) Alternatively, the secreted receptor analogs may be bound to spin label enhancers and used for magnetic resonance (MR) imaging. Suitable spin label enhancers include stable, sterically hindered, free radical compounds such as nitroxides. Methods for labeling ligands for MR imaging are disclosed by, for example, Coffman et al. (U.S. Pat. No. 4,656,026). For administration, the labeled receptor analogs are combined with a pharmaceutically acceptable carrier or diluent, such as sterile saline or sterile water. Administration is preferably by bolus injection, preferably intravenously. These imaging agents are particularly useful in identifying the locations of atherosclerotic plaques, PDGF-producing tumors, and receptor-bound PDGF.

The secreted PDGF receptor analogs of the present invention may also be utilized within diagnostic kits. Briefly, the subject receptor analogs are preferably provided in a lyophilized form or immobilized onto the walls of a suitable container, either alone or in conjunction with antibodies capable of binding to native PDGF or selected PDGF isoform(s) or specific ligands. The antibodies, which may be conjugated to a label or unconjugated, are generally included in the kits with suitable buffers, such as phosphate, stabilizers, inert proteins or the like. Generally, these materials are present in less than about 5% weight based upon the amount of active receptor analog, and are usually present in an amount of at least about 0.001% weight. It may also be desirable to include an inert excipient to dilute the active ingredients. Such an excipient may be present from about 1% to 99% weight of the total composition. In addition, the kits will typically include other standard reagents, instructions and, depending upon the nature of the label involved, reactants that are required to produce a detectable product. Where an antibody capable of binding to the receptor or receptor/ligand complex is employed, this antibody will usually be provided in a separate vial. The antibody is typically conjugated to a label and formulated in an analogous manner with the formulations briefly described above. The diagnostic kits, including the containers, may be produced and packaged using conventional kit manufacturing procedures.

As noted above, the secreted PDGF receptor analogs of the present invention may be utilized within methods for purifying PDGF from a variety of samples. Within a preferred method, the secreted PDGF receptor analogs are immobilized or attached to a substrate or support material, such as polymeric tubes, beads, polysaccharide particulates, polysaccharide-containing materials, polyacrylamide or other water insoluble polymeric materials. Methods for immobilization are well known in the art (Mosbach et al., U.S. Pat. No. 4,415,665; Clarke et al., Meth. Enzymology 68: 436–442, 1979). A common method of immobilization is CNBr activation. Activated substrates are commercially available from a number of suppliers, including Pharmacia (Piscataway, N.J.), Pierce Chemical Co. (Rockford, Ill. and Bio-Rad Laboratories (Richmond, Calif.). A preferred substrate is CNBr-activated Sepharose (Pharmacia, Piscataway, N.J.). Generally, the substrate/receptor analog com-

5,155,027

**19**

plex will be in the form of a column. The sample is then combined with the immobilized receptor analog under conditions that allow binding to occur. The substrate with immobilized receptor analog is first equilibrated with a buffer solution of a composition in which the receptor analog has been previously found to bind its ligand. The sample, in the solution used for equilibration, is then applied to the substrate/receptor analog complex. Where the complex is in the form of a column, it is preferred that the sample be passed over the column two or more times to permit full binding of ligand to receptor analog. The complex is then washed with the same solution to elute unbound material. In addition, a second wash solution may be used to minimize nonspecific binding. The bound material may then be released or eluted through the use of conditions unfavorable to complex formation. Particularly useful methods include changes in pH, wherein the immobilized receptor has a high affinity for PDGF at a first pH and reduced affinity at a second (higher or lower) pH; changes in concentration of certain chaotropic agents; or through the use of detergents.

The secreted PDGF receptor analogs fused to dimerizing proteins of the present invention may be used in pharmaceutical compositions for topical or intravenous application. The PDGF receptor analogs fused to dimerizing proteins are used in combination with a physiologically acceptable carrier or diluent. Preferred carriers and diluents include saline and sterile water. Pharmaceutical compositions may also contain stabilizers and adjuvants. The resulting aqueous solutions may be packaged for use or filtered under aseptic conditions and lyophilized, the lyophilized preparation being combined with a sterile aqueous solution prior to administration.

The following examples are offered by way of illustration and not by way of limitation.

**20**

## EXAMPLES

Enzymes, including restriction enzymes, DNA polymerase I (Klenow fragment), T4 DNA polymerase, T4 DNA ligase and T4 polynucleotide kinase, were obtained from New England Biolabs (Beverly, Mass.), Bethesda Research Laboratories (Gaithersburg, Md.) and Boerhinger-Mannheim Biochemicals (Indianapolis, Ind.) and were used as directed by the manufacturer or as described in Maniatis et al. (*Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor Laboratory, N.Y., 1982).

### EXAMPLE 1

#### Cloning of the PDGF Receptor cDNA

Complementary DNA (cDNA) libraries were prepared from poly(A) RNA from diploid human dermal fibroblast cells, prepared by explant from a normal adult, essentially as described by Hagen et al. (Proc. Natl. Acad. Sci. USA 83: 2412–2416, 1986). Briefly, the poly(A) RNA was primed with oligo(T) and cloned into kgt11 using Eco RI linkers. The random primed library was screened for the presence of human PDGF receptor cDNA's using three oligonucleotide probes complementary to sequences of the mouse PDGF receptor (Yarden et al., Nature 323: 226–232, 1986). Approximately one million phage form the random primed human fibroblast cell library were screened using oligonucleotides ZC904, ZC905 and ZC906 (Table 1). Eight positive clones were identified and plaque purified. Two clones, designated RP41 and RP51, were selected for further analysis by restriction enzyme mapping and DNA sequence analysis. RP51 was found to contain 136 bp of 5'-noncoding sequence, the ATG translation initiation codon and 738 bp of the amino terminal coding sequence. RP41 was found to overlap clone RP51 and contained 2649 bp encoding amino acids 43–925 of the receptor protein.

### TABLE I

| | Oligonucleotides Sequences |
|---|---|
| ZC582 | 5' AAT TCC CGG G 3' |
| ZC583 | 5' GAT CCC CGG G 3' |
| ZC871 | 5' CTC TCT TCC TCA GGT AAA TGA GTG CCA GGG CCG GCA AGC CCC CGC TCC 3' |
| ZC872 | 5' CCG GGG AGC GGG GGC TTG CCG GCC CTG GCA CTC ATT TAC CTG AGG AAG AGA GAG CT 3' |
| ZC904 | 5' CAT GGG CAC GTA ATC TAT AGA TTC ATC CTT GCT GAT ATC CAT GTA 3' |
| ZC905 | 5' TCT TGC CAG GGC ACC TGG GAC ATC TGT TCC CAC ATG ACC GG 3' |
| ZC906 | 5' AAG CTG TCC TCT GCT TCA GCC AGA GGT CCT GGG CAG CC 3' |
| ZC1380 | 5' CAT GGT GGA ATT CCT GCT GAT 3' |
| ZC1447 | 5' TTG GTT GTG CAG AGC TGA GGA AGA GAT GGA 3' |
| ZC1453 | 5' AAT TCA TTA TGT TGT TGC AAG CCT TCT TGT TCC TGC TAG CTG GTT TCG CTG TTA A 3' |
| ZC1454 | 5' GAT CTT AAC AGC GAA ACC AGC TAG CAG GAA CAA GAA GGC TTG CAA CAA CAT AAT G 3' |
| ZC1478 | 5' ATC GCG AGC ATG CAA ATC TGA 3' |
| ZC1479 | 5'AGC TTC AGA TCT GCA TGC TGC CGA T |
| ZC1776 | 5' AGC TGA GCG CAA ATG TTG TGT CGA GTG CCC ACC GTG CCC AGC TTA GAA TTC T 3' |
| ZC1777 | 5' CTA GAG AAT TGT AAG CTG GGC AAC GTG GGC ACT CGA CAC AAC ATT TGC GCT G 3' |
| ZC1846 | 5' GAT CGG CCA CTG TCG GTG CGC TGC ACG CTG CGC AAC GCT GTG GGC CAG GAC ACG CAG GAG GTC ATC GTG GTG CCA CAC TCC TTG CCC TTT AAG CA 3' |
| ZC1847 | 5' AGC TTG CTT AAA GGG CAA GGA GTG TGG CAC CAC GAT GAC CTC CTG CGT GTC CTG GCC CAC AGC GTT GCG CAG CGT GCA GCG CAC CGA CAG TGG CC 3' |
| ZC1856 | 5' CCA GTG CCA AGC TTG TCT AGA CTT ACC TTT AAA GGG CAA GGA G 3' |
| ACI892 | 5' AGC TTG AGC GT 3' |

Z0003978

5,155,027

21
22

## TABLE 1-continued

| | Oligonucleotides Sequences |
|---|---|
| ZC1893 | 5' CTA GAC GCT CA 3' |
| ZC1894 | 5' AGC TTC CAG TTC TTC GGC CTC ATG TCA GTT CTT<br>CGG CCT CAT GTG AT 3' |
| ZC1895 | 5' CTA GAT CAC ATG AGG CCG AAG AAC TGA CAT GAG<br>GCC GAA GAA CTG GA 3' |

The 3'-end of the cDNA was not isolated in the first cloning and was subsequently isolated by screening $6 \times 10^5$ phage of the oligo (dT)-primed cDNA library with a 630 bp Sst I-Eco RI fragment derived from the 3'-end of clone RP41. One isolate, designated OT91, was further analyzed by restriction enzyme mapping and DNA sequencing. This clone was found to comprise the 3'-end of the receptor coding region and 1986 bp of 3'-untranslated sequence.

Clones RP51, RP41 and OT91 were ligated together to construct a full-length cDNA encoding the entire PDGF receptor. RP41 was digested with Acc I and Bam HI to isolate the 2.12 kb fragment. RP51 was digested with Eco RI and Acc I to isolate the 982 bp fragment. The 2.12 kb RP41 fragment and the 982 bp RP51 fragment were joined in a three-part ligation with pUC13, which had been linearized by digestion with Eco RI and Bam HI. The resultant plasmid was designated 51/41. plasmid 51/41 was digested with Eco RI and Bam HI to isolate the 3 kb fragment comprising the partial PDGF receptor cDNA. OT91 was digested with Bam HI and Xba I to isolate the 1.4 kb fragment containing the 3' portion of the PDGF receptor cDNA. The Eco RI-Bam HI 51/41 fragment, the Bam HI-Xba I OT91 fragment and the Eco RI-Xba I digested pUC13 were joined in a three-part ligation. The resultant plasmid was designated pR-RX1 (FIG. 2).

### EXAMPLE 2

Construction of a SUC2 Signal Sequence-PDGF Receptor Fusion

To direct the PDGF receptor into the yeast secretory pathway, the PDGF receptor cDNA was joined to a sequence encoding the Saccharomvces cerevisiae SUC2 signal sequence. Oligonucleotides ZC1453 and ZC1454 (Table 1) were designed to form an adapter encoding the SUC2 secretory signal flanked by a 5' Eco RI adhesive end and a 3, Bgl II adhesive end. ZC1453 and ZC1454 were annealed under conditions described by Maniatis et al. (ibid.). Plasmid pR-RX1 was digested with Bgl II and Sst II to isolate the 1.7 kb fragment comprising the PDGF receptor coding sequence from amino acids 28 to 596. Plasmid pR-RX1 was also cut with Sst II and Hind III to isolate the 1.7 kb fragment comprising the coding sequence from amino acids 597 through the translation termination codon and 124 bp of 3' untranslated DNA. The two 1.7 kb pR-RX1 fragments and the ZC1453/ZC1454 adapter were joined with pUC19, which had been linearized by digestion with Eco RI and Hind III. The resultant plasmid, comprising the SUC2 signal sequence fused in-frame with the PDGF receptor cDNA, was designated pBTL10 (FIG. 2).

### EXAMPLE 3

Construction of pCBS22

The BAR1 gene product, Barrier, is an exported protein that has been shown to have three domains. When used in conjunction with a first signal sequence,

the third domain of Barrier protein has been shown to aid in the secretion of proteins into the medium (MacKay et al., U.S. patent application Ser. No. 104,316).

The portion of the BAR1 gene encoding the third domain of Barrier was joined to a sequence encoding the C-terminal portion of substance P (subP; Munro and Pelham, EMBO J. 3: 3087-3093, 1984). The presence of the substance P amino acids on the terminus of the fusion protein allowed the protein to be detected using commercially available anti-substance P antibodies. Plasmid pZV9 (deposited as a transformant in E. coli strain RR1, ATCC accession no. 53283), comprising the entire BAR1 coding region and its associated flanking regions, was cut with Sal I and Bam HI to isolate the 1.3 kb BAR1 fragment. This fragment was subcloned into pUC13, which had been cut with Sal I and Bam HI, to generate the plasmid designated pZV17. Plasmid pZV17 was digested with Eco RI to remove the 3'-most 0.5 kb of the BAR1 coding region. The vector-BAR1 fragment was religated to create the plasmid designated pJH66 (FIG. 3). Plasmid pJH66 was linearized with Eco RI and blunt-ended with DNA polymerase I (Klenow fragment). Kinased Bam HI linkers (5' CCG GAT CCG G 3') were added and excess linkers were removed by digestion with Bam HI before religation. The resultant plasmid was designated pSW8 (FIG. 3).

Plasmid pSW81, comprising the promoter, the BAR1 coding region fused to the coding region of the C-terminal portion of substance P (Munro and Pelham, EMBO J. 3: 3087-3093, 1984) and the TPI1 terminator, was derived from pSW8. Plasmid pSW8 was cut with Sal I and Bam HI to isolate the 824 bp fragment encoding amino acids 252 through 526 of BAR1. Plasmid pPM2, containing the synthetic oligonucleotide sequence encoding the dimer form of the C-terminal portion of substance P (subP) in M13mp8, was obtained from Hugh Pelham (MRC Laboratory of Molecular Biology, Cambridge, England). Plasmid pPM2 was linearized by digestion with Bam HI and Sal I and ligated with the 824 bp BAR1 fragment from pSW8. The resultant plasmid, pSW14, was digested with Sal I and Sma I to isolate the 871 bp BAR1-substance P fragment. Plasmid pSW16, comprising a fragment of BAR1 encoding amino acids 1 through 250, was cut with Xba I and Sal I to isolate the 767 bp BAR1 fragment. This fragment was ligated with the 871 bp BAR1-substance P fragment in a three-part ligation with pUC18 cut with Xba I and Sma I. The resultant plasmid, designated pSW15, was digested with Xba I and Sma I to isolate the 871 bp BAR1-substance P fragment. The ADH1 promoter was obtained from pRL029. Plasmid pRL029, comprising the ADH1 promoter and the BAR15' region encoding amino acids 1 to 33 in pUC18, was digested with Sph I and Xba I to isolate the 0.42 kb ADH1 promoter fragment. The TPI1 terminator (Alber and Kawasaki, ibid.) was provided as a linearized fragment containing the TPI1 terminator and pUC18 with a Klenow-filled Xba I end and an Sph I end. This fragment was ligated with t

5,155,027

23

the 0.42 kb ADH1 promoter fragment and the 1.64 kb BAR1-substance P fragment in a three-part ligation to produce plasmid pSW22.

The ADH1 promoter and the coding region of from the translation initiation ATG through the Eco RV site present in pSW22, were removed with digestion with Hind III and Eco RV. The 3.9 kb vector fragment, comprising the 401 bp between the Eco RV and the Eco RI sites of the BAR1 gene fused to subP and the TPI1 terminator, was isolated by gel electrophoresis. Oligonucleotide ZC1478 (Table 1) was kinased and annealed with oligonucleotide ZC1479 (Table 1) using conditions described by Maniatis et al. (ibid.). The annealed oligonucleotides formed an adapter comprising a Hind III adhesive end and a polylinker encoding Bgl II, Sph I, Nru I and Eco RV restriction sites. The ZC1479/ZC1478 adapter was ligated with the gel-purified pSW22 fragment. The resultant plasmid was designated pCBS22 (FIG. 3).

### EXAMPLE 4

#### Construction of pBTL13

In order to enhance the secretion of the receptor and to facilitate the identification of the secreted protein, a sequence encoding the third domain of BAR1 fused to the C-terminal amino acids of substance P was fused in frame with the 5' 1240 bp of the PDGF receptor. Plasmid pBTL10 (Example 2) was digested with Sph I and Sst I to isolate the 4 kb fragment comprising the SUC2 signal sequence, a portion of the PDGF receptor cDNA and the pUC19 vector sequences. Plasmid pCBS22 was digested with Sph I and Sst I to isolate the 1.2 kb fragment comprising the BAR1-subP fusion and the TPI1 terminator. These two fragments were ligated, and the resultant plasmid was designated pBTL13 (FIG. 4).

### EXAMPLE 5

#### Construction of an Expression Vector Encoding the Entire PDGF Receptor

The entire PDGF receptor was directed into the secretory pathway by fusing a SUC2 signal sequence to the 5' end of the PDGF receptor coding sequence. This fusion was placed behind the TPI1 promoter and inserted into the vector YEp13 for expression in yeast.

The TPI1 promoter was obtained from plasmid pTPIC10 (Alber and Kawasaki, J. Mol. Appl. Genet. 1: 410–434, 1982), and plasmid pFATPOT (Kawasaki and Bell, EP 171,142; ATCC 20699). Plasmid pTPIC10 was cut at the unique Kpn I site, the coding region was removed with Bal-31 exonuclease, and an Eco RI linker (sequence: GGA ATT CC) was added to the 3, end of the promoter. Digestion with Bgl II and Eco RI yielded a TPI1 promoter fragment having Bgl II and Eco RI sticky ends. This fragment was then joined to plasmid YRp7, (Stinchcomb et al., Nature 282: 39–43, 1979) that had been cut with Bgl II and Eco RI (partial). The resulting plasmid, TE32, was cleaved with Eco RI (partial) and Bam HI to remove a portion of the tetracycline resistance gene. The linearized plasmid was then recircularized by the addition of an Eco RI-Bam HI linker to produce plasmid TEA32. Plasmid TEA32 was digested with Bgl II and Eco RI, and the 900 bp partial TPI1 promoter fragment was gel-purified. Plasmid pIC19H (Marsh et al., Gene 32:481–486, 1984) was cut with Bgl II and Eco RI and the resultant fragment was gel purified. The TPI1 promoter fragment was then ligated to the linearized pIC19H and the mixture was used to trans-

24

form E. coli RR1. Plasmid DNA was prepared and screened for the presence of a ~900 bp Bgl II-Eco RI fragment. A correct plasmid was selected and designated pICTPIP.

The TPI1 promoter was then subcloned to place convenient restriction sites at its ends. Plasmid pIC7 (Marsh et al., ibid.) was digested with Eco RI, the fragment ends were blunted with DNA polymerase I (Klenow fragment), and the linear fragment was recircularized using T4 DNA ligase. The resulting plasmid was used to transform E. coli RR1. Plasmid DNA was prepared from the transformants and was screened for the loss of the Eco RI site. A plasmid having the correct restriction pattern was designated pIC7RI*. Plasmid pIC7RI* was digested with Hind III and Nar I, and the 2500 bp fragment was gel-purified. The partial TPI1 promoter fragment (ca. 900 bp) was removed from pICTPIP using Nar I and Sph I and was gel-purified. The remainder of the TPI1 promoter was obtained from plasmid pFATPOT by digesting the plasmid with Sph I and Hind III, and a 1750 bp fragment, which included a portion of the TPI1 promoter fragment from pICTPIP, and the fragment from pFATPOT were then combined in a triple ligation to produce pMVRI (FIG. 2).

The TPII promoter was then joined to the SUC2-PDGF receptor fusion. Plasmid pBTL10 (Example 2) was digested with Eco RI and Hind III to isolate the 3.4 kb fragment comprising the SUC2 signal sequence and the entire PDGF receptor coding region. Plasmid pMVR1 was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. The TPI1 promoter fragment and the fragment derived from pBTL10 were joined with YEp13, which had been linearized by digestion with Bam HI and Hind III, in a three-part ligation. The resultant plasmid was designated pBTL12 (FIG. 2).

### EXAMPLE 6

#### Construction of an Expression Vector Encoding the 5', Extracellular Portion of the PDGF Receptor

The extracellular portion of the PDGF receptor was directed into the secretory pathway by fusing the coding sequence to the signal sequence. This fusion was placed in an expression vector behind the TPI1 promoter. Plasmid pBTL10 (Example 2) was digested with Eco RI and Sph I to isolate the approximately 1.3 kb fragment comprising the SUC2 signal sequence and the PDGF receptor extracellular domain coding sequence. Plasmid pMVR1 (Example 5) was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. The TPI1 promoter fragment was joined with the fragment derived from pBTL10 and YEp13, which had been linearized by digestion with Bam HI and Sph I, in a three-part ligation. The resultant plasmid was designated pBTLII (FIG. 2).

### EXAMPLE 7

#### Construction of Yeast Expression Vectors pBTL14 and pBTL15, and The Expression of PDGF Receptor-BAR1-subP Fusions

##### A. Construction of pBTL14

The SUC2-PDGF-R fusion was joined with the third domain of BAR1 to enhance the secretion of the receptor, and the expression unit was cloned into a derivative of YEp13 termed pJH50. YEp13 was modified to destroy the Sal 1 site near the LEU2 gene. This was

5,155,027

25

achieved by partially digesting YEp13 with Sal I followed by a complete digestion with Xho I. The 2.0 kb Xho I-Sal I fragment comprising the LEU2 gene and the 8.0 kb linear YEp13 vector fragment were isolated and ligated together. The ligation mixture was transformed into *E. coli* strain RR1. DNA was prepared from the transformants and was analyzed by digestion with Sal I and Xho I. A clone was isolated which showed a single Sal I site and an inactive Xho I site indicating that the LEU2 fragment had inserted in the opposite orientation relative to the parent plasmid YEp13. The plasmid was designated pJH50.

Referring to FIG. 4, plasmid pBTL12 (Example 5) was digested with Sal I and Pst I to isolate the 2.15 kb fragment comprising 270 bp of YEp13 vector sequence, the TPI1 promoter, the SUC2 signal sequence, and 927 bp of PDGF receptor cDNA. Plasmid pBTL13 (Example 4) was digested with Pst I and Hind III to isolate the 1.48 kb fragment comprising 313 bp of PDGF receptor cDNA, the BAR1-subP fusion and the TPI1 terminator. The fragments derived from pBTL12 and pBTL13 were joined with pJH50, which had been linearized by digestion with Hind III and Sal I, in a three-part ligation. The resultant plasmid was designated pBTL14.

B. Construction of pBTL15

Referring to FIG. 5, a yeast expression vector was constructed comprising the TPI1 promoter, the SUC2 signal sequence, 1.45 kb of PDGF receptor cDNA sequence fused to the fusion and 270 bp of YEp13 vector sequence. Plasmid pBTL12 (Example 5) was digested with Sal I and Fsp I to isolate the 2.7 kb fragment comprising the TPI1 promoter, the SUC2 signal sequence, the PDGF-R coding sequence, and 270 bp of YEp13 vector sequence. Plasmid pBTL13 (Example 4) was digested with Nru I and Hind III to isolate the 1.4 kb fragment comprising the BAR1-subP fusion, the TPI1 terminator and 209 bp of 3' PDGF receptor cDNA sequence. The fragments derived from pBTL12 and pBTL13 were joined in a three-part ligation with pJH50, which had been linearized by digestion with Hind III and Sal I. The resultant plasmid was designated pBTL15.

C. Expression of PDGF-R-subP fusions from pBTL14 and pBTL15

Yeast expression vectors pBTL14 and pBTL15 were transformed into *Saccharomyces cerevisiae* strains ZY100 (MATα leu2-3,112 ade2-101 suc2-Δ9 gal2 pep4::TPI1prom-CAT) and ZY400 (MATα leu2-3, 112 ade2-101 suc2-Δ9 gal2 pep4::TPI1prom-CAT Δmnn9::URA3). Transformations were carried out using the method essentially described by Beggs (ibid.). Transformants were selected for their ability to grow on –LEUDS (Table 2).

Table 2

Media Recipes

–LeuThrTrp Amino Acid Mixture
4 g adenine
3 g L-arginine
5 g L-aspartic acid
2 g L-histidine free base
6 g L-isoleucine
4 g L-lysine-mono hydrochloride
2 g L-methionine
6 g L-phenylalanine
5 g L-serine
5 g L-tyrosine
4 g uracil

26

6 g L-valine

Mix all the ingredients and grind with a mortar and pestle until the mixture is finely ground.

–LEUDS
20 g glucose
6.7 g Yeast Nitrogen Base without amino acids (DIFCO Laboratories Detroit, Mich.)
0.6 g -LeuThrTrp Amino Acid Mixture
182.2 g sorbitol
18 g Agar

Mix all the ingredients in distilled water. Add distilled water to a final volume of 1 liter. Autoclave 15 minutes. After autoclaving add 150 mg L-threonine and 40 mg L-tryptophan. Pour plates and allow to solidify.
–LEUDS+sodium succinate, pH 6.5
20 g glucose
20 g Yeast Nitrogen Base without amino acids
0.6 g -LeuTrpThr Amino Acid Mixture
182.2 g sorbitol
11.8 g succinic acid

Mix all ingredients in distilled water to a final volume of 1 liter. Adjust the pH of the solution to pH 6.5. Autoclave 15 minutes. After autoclaving add 150 mg L-threonine and 40 mg L-tryptophan.
Fermentation Medium
7 g/l yeast nitrogen base without amino acids or ammonium sulfate (DIFCO Laboratories)
0.6 g/l ammonium sulfate
0.5 M sorbitol
0.39 g/l adenine sulfate
0.01% polypropylene glycol

Mix all ingredients in distilled water. Autoclave 15 minutes. Add 80 ml 50% glucose for each liter of medium.
Super Synthetic –LEUD, pH 6.5 (liquid or solid medium)
6.7 g Yeast Nitrogen Base without amino acids or ammonium sulfate (DIFCO)
6 g ammonium sulfate
160 g adenine
0.6 g –LeuThrTrp Amino Acid Mixture
20 g glucose
11.8 g succinic acid

Mix all ingredients and add distilled water to a final volume of 800 ml. Adjust the pH of the solution to pH 6.4. Autoclave 15 minutes. For solid medium, add 18 g agar before autoclaving, autoclave and pour plates.
Super Synthetic –LEUDS, pH 6.4 (liquid or solid medium)
Use the same recipe as Super Synthetic –LEUD, pH 6.4, but add 182.2 g sorbitol before autoclaving.
YEPD
20 g glucose
20 g Bacto Peptone (DIFCO Laboratories)
10 g Bacto Yeast Extract (DIFCO Labloratories)
18 g agar
4 ml 1% adenine
8 ml 1% L-leucine

Mix all ingredients in distilled water, and bring to a final volume of 1 liter. Autoclave 25 minutes and pour plates.

The transformants were assayed for binding to an anti-PDGF receptor monoclonal antibody (PR7212) or

5,155,027

**27**

an anti-substance P antibody by protein blot assay. ZY100[pBTL14] and ZY100[pBTL15] transformants were grown overnight at 30° C. in 5 ml Super Synthetic —LEUD, pH 6.4 (Table 2). ZY400[pBTL14] and ZY400[pBTL15] transformants were grown overnight at 30° C. in 5 ml Super Synthetic —LEUDS, pH 6.4 (Table 2). The cultures were pelleted by centrifugation and the supernatants were assayed for the presence of secreted PDGF receptor anlogs by protein blot assay using methods described in Example 13. Results of assays using PR7212 are shown in Table 3.

**TABLE 3**

Results of a protein blot probed with PR7212

| Transformant | |
|---|---|
| ZY100[pBTL14] | + |
| ZY400[pBTL14] | + + |
| ZY100[pBTL15] | + |
| ZY499[pBTL15] | + |

**EXAMPLE 8**

Construction of a SUC2-PDGF-R Fusion Comprising the Complete PDGF-R Extracellular Domain

A. Construction of pBTL22

The PDGF-R coding sequence present in pBTL110 was modified to delete the coding region 3' to the extracellular PDGF-R domain. As shown in FIG. 6, plasmid pBTL10 was digested with Sph I and Bam HI and with Sph I and Sst II to isolate the 4.77 kb fragment and the 466 bp fragment, respectively. The 466 bp fragment was then digested with Sau 3A to isolate the 0.17 kb fragment. The 0.17 kb fragment and the 4.77 kb were joined by ligation. The resultant plasmid was designated pBTL21.

Plasmid pBTL21, containing a Bam HI site that was regenerated by the ligation of the Bam HI and Sau 3A sites, was digested with Hind III and Bam HI to isolate the 4.2 kb fragment. Synthetic oligonucleotides ZC1846 (Table 1) and ZC1847 (Table 1) were designed to form an adapter encoding the PDGF-R from the Sau 3A site after bp 1856 (FIG. 1) to the end of the extracellular domain at 1958 bp (FIG. 1), having a 5, Bam HI adhesive end that destroys the Bam HI site and a 3, Hind III adhesive end. Oligonucleotides ZC1846 and ZC1847 were annealed under conditions described by Maniatis et. al. (ibid.). The 4.2 pBTL21 fragment and the ZC1846/ZC1847 adapter were joined by ligation. The resultant plasmid, designated pBTL22, comprises the SUC2 signal sequence fused in proper reading frame to the extracellular domain of PDGF-R in the vector pUC19 (FIG. 6).

B. Construction of pBTL28

An in-frame translation stop codon was inserted immediately after the coding region of PDGF-R in pBTL22 using oligonucleotides ZC1892 (Table 1) and ZC1893 (Table 1). These oligonucleotides were designed to form an adapter encoding a stop codon in-frame with the PDGF-R coding sequence from pBTL22 flanked by a 5, Hind III adhesive end and a 3, Xba I adhesive end. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.6 kb SUC2-PDGF-R fragment. Plasmid pMVRI was digested with Eco RI and Xba I to isolate the 3.68 kb fragment comprising the TPI1 promoter, pIC7R1* vector sequences and the TPI1 terminator. Oligonucleotides ZC1892 and ZC1893 were annealed to form a Hind III-Xba I adapter. The 1.6 kb SUC2-PDGF-R fragment, the 3.86

**28**

kb pMVRI fragment and the ZC1892/ZC1893 adapter were joined in a three-part ligation. The resultant plasmid was designated pBTL27.

The expression unit present in pBTL27 was inserted into the yeast expression vector pJH50 by first digesting pJH50 with Bam HI and Sal I to isolate the 10.3 kb vector fragment. Plasmid pBTL27 was digested with Bgl II and Eco RI and with Xho I and Eco RI to isolate the 0.9 kb TPI1 promoter fragment and the 1.65 kb fragment, respectively. The 10.3 kb pJH50 vector fragment, the 0.9 kb TPI1 promoter fragment and 1.65 kb fragment were joined in a three-part ligation. The resultant plasmid was designated pBTL28.

C. Construction of Plasmid pBTL30

The PDGF-R coding sequence present in plasmid pBTL22 was modified to encode the twelve C-terminal amino acids of substance P and an in-frame stop codon. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.6 kb SUC2-PDGF-R fragment. Plasmid pMVR1 was digested with Eco RI and Xba I to isolate the 3.68 kb fragment comprising the TPI1 promoter, pIC7R1* and the TPI1 terminator. Synthetic oligonucleotides ZC1894 (Table 1) and ZC1895 (Table 1) were annealed to form an adapter containing the codons for the twelve C-terminal amino acids of substance P followed by an in-frame stop codon and flanked on the 5, end with a Hind III adhesive end and on the 3' end with an Xba I adhesive end. The ZC1894/ZC1895 adapter, the 1.6 kb SUC2-PDGF-R fragment and the pMVRI fragment were joined in a three-part ligation. The resultant plasmid, designated pBTL29, was digested with Eco RI and Xho I to isolate the 1.69 kb SUC2-PDGF-R-subP-TPI1 terminator fragment. Plasmid pBTL27 was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. Plasmid pJH50 was digested with Bam HI and Sal I to isolate the 10.3 kb vector fragment. The 1.69 kb pBTL29 fragment, the 0.9 kb TPI1 promoter fragment and the 10.3 kb vector fragment were joined in a three-part ligation. The resulting plasmid was designated pBTL30.

**EXAMPLE 9**

Construction and Expression of a SUC2-PDGF-R-IgG Hinge Expression Vector

An expression unit comprising the TPI1 promoter, the SUC2 signal sequence, the PDGF-R extracellular domain, an immunoglobulin hinge region and the SUC2 terminator was constructed. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.56 kb fragment. Plasmid pMVRI was digested with Eco RI and Xba I to isolate the 3.7 kb fragment, comprising the TPI1 promoter, pIC7R1* vector sequences and the TPI1 terminator. Oligonucleotides ZC1776 (Table 1) and ZC1777 (Table 1) were designed to form, when annealed, an adapter encoding an immunoglobulin hinge region with a 5, Hind III adhesive end and a 3, Xba I adhesive end. Oligonucleotides ZC1776 and ZC1777 were annealed under conditions described by Maniatis et al. (ibid.). The 1.56 kb pBTL22 fragment, the 3.7 kb fragment and the ZC1776/ZC1777 adapter were joined in a three-part ligation, resulting in plasmid pBTL24.

The expression unit of pBTL24, comprising the TPI1 promoter, SUC2 signal sequence, PDGF-R extracellular domain sequence, hinge region sequence, and TPI1 terminator, was inserted into pJH50. Plasmid pBTL24

5,155,027

| 29 | 30 |

was digested with Xho I and Hind III to isolate the 2.4 kb expression unit. Plasmid pJH50 was digested with Hind III and Sal I to isolate the 9.95 kb fragment. The 2.4 kb pBTL24 fragment and 9.95 kb pJH50 vector fragment were joined by ligation. The resultant plasmid was designated pBTL25.

Plasmid pBTL25 was transformed into *Saccharomyces cerevisiae* strain ZY400 using the method essentially described by Beggs (ibid.). Transformants were selected for their ability to grow on —LEUDS (Table 2). The transformants were tested for their ability to bind the anti-PDGF-R monoclonal antibody PR7212 using the colony assay method described in Example 13. Plasmid pBTL25 transformants were patched onto nitrocellulose filters that had been wetted and supported by YEPD solid medium. Antibody PR7212 was found to bind to the PDGF-R-IgG hinge fusion secreted by ZY400[pBTL25] transformants.

EXAMPLE 10

Construction and Expression of a SUC2 signal sequence-PDGF-R Extracellular Domain-SUC2 Fusion

As shown in FIG. 6, an expression unit comprising the TPI1 promoter, SUC2 signal sequence, PDGF-R extracellular domain sequence, and SUC2 coding sequence was constructed as follows. Plasmid pBTL22 was digested with Eco RI and Hind III to isolate the 1.6 kb SUC2-PDGF-R fragment. Plasmid pMVR1 was digested with Bgl II and Eco RI to isolate the 0.9 kb TPI1 promoter fragment. The SUC2 coding region was obtained from pJH40. Plasmid pJH40 was constructed by inserting the 2.0 kb Hind III-Hind III SUC2 fragment from pRB58 (Carlson et al., *Cell* 28:145–154, 1982) into the Hind III site of pUC19 followed by the destruction of the Hind III site 3' to the coding region. Plasmid pJH40 was digested with Hind III and Sal I to isolate the 2.0 kb SUC2 coding sequence. Plasmid pJH50 was digested with Sal I and Bam HI to isolate the 10.3 kb vector fragment. The 0.9 kb Bgl II-Eco RI TPI1 promoter fragment, the 1.6 kb Eco RI-Hind III SUC2-PDGF-R, the 2.0 kb Hind III-Sal I SUC2 fragment and the 10.3 kb Bam HI-Sal I vector fragment were joined in a four-part ligation. The resultant plasmid was designated pBTL26 (FIG. 6).

Plasmid pBTL26 was transformed into *Saccharomyces cerevisiae* strain ZY400 using the method essentially described by Beggs (ibid.). Transformants were selected for their ability to grow on —LEUDS (Table 2). ZY400 transformants (ZY400[pBTL26]) were assayed by protein blot (Example 13), colony blot (Example 13) and competition assay.

Protein blot assays were carried out on ZY400[pBTL26] and ZY400[pJH50] (control) transformants that had been grown in flasks. Two hundred-fifty μl of a 5 ml overnight cultures of ZY400[pBTL26] in —LEUDS+sodium succinate, pH 6.5 (Table 2) were inoculated into 50 ml of —LEUDS+ sodium succinate, pH 6.5. The cultures were incubated for 35 hours in an airbath shaker at 30° C. The culture supernatants were harvested by centrifugation. The culture supernatants were assayed as described in Example 13 and were found to bind PR7212 antibody.

Colony assays were carried out on ZY400[pBTL26] transformants. ZY400[pBTL26] transformants were patched onto wetted nitrocellulose filters that were supported on a YEPD plate. The colony assay carried

out as described in Example 13.A. showed that ZY400[pBTL26] antibodies bound PR7212 antibodies.

Competition binding assays were carried out on ZY400[pBTL26] and ZY400[pJH50] transformants. The transformants were grown in 2 liters of fermentation medium (Table 2) in a New Brunswick Bioflo2 fermentor (New Brunswick, Philadelphia, Pa.) with continuous pH control at pH 6.4. The cultures were adjusted to pH 7.5 immediately prior to harvesting. Culture supernatants were concentrated in an Amicon concentrator (Amicon, San Francisco, Calif.) using an Amicon $10^4$ mw spiral filter cartridge. The concentrated supernatants were further concentrated using Amicon Centriprep 10s. Fifteen ml of the concentrated supernatant samples were added to the Centripreps, and the Centripreps were spun in a Beckman GRP centrifuge (Beckman Instruments Inc., Carlsbad, Calif.) at setting 5 for a total of 60 minutes. The concentrates were removed from the Centriprep and were assayed in the competition assay.

The competition binding assay measured the amount of 125I-PDGF left to bind to fetal foreskin fibroblast cells after preincubation with the concentrate containing the PDGF-R-SUC2 fusion protein. The concentrate was serially diluted in binding medium (Table 4). The dilutions were mixed with 0.5 ng of iodinated PDGF-AA, PDGF-BB or PDGF-AB, and the mixtures were incubated for two hours at room temperature. Three hundred μg of unlabeled PDGF-BB was added to each sample mixture. The sample mixtures were added to 24-well plates containing confluent fetal foreskin fibroblast cells (AG1523, available from the Human Genetic Mutant Cell Repository, Camden, N.J.). The cells were incubated with the mixture for four hours at 4° C. The supernatants were aspirated from the wells, and the wells were rinsed three times with phosphate buffered saline that was held at 4+ C: (PBS; Sigma, St. Louis, Mo.). Five hundred μl of PBS+1% NP-40 was added to each well, and the plates were shaken on a platform shaker for five minutes. The cells were harvested and the amount of iodinated PDGF was determined. The results of the competition binding assay showed that the PDGF-R-SUC2 fusion protein was able to competetively bind all three isoforms of PDGF.

The PDGF-R produced from ZY400 [pBTL26] transformants was tested for cross reactivity to fibroblast growth factor (FGF) and transforming growth factor-β (TGF-β) using the competition assay essentially described above. Supernatant concentrates from ZY400 [pBTL26] and ZY400 [JH50] (control) transformants were serially diluted in binding medium (Table 4). The dilutions were mixed with 7.9 ng of iodinated FGF or 14 L 25 ng of iodinated TGF-β, and the mixtures were incubated for two hours at room temperature. Fourteen μg of unlabeled FGF was added to each mixture containing labeled FGF, and 7 μg of unlabeled TGF-β was added to each mixture containing labeled TGF-β. The sample mixtures were added to 24-well plates containing confluent human dermal fibroblast cells. (Human dermal fibroblast cells express both FGF receptors and TGFβ receptors.) The cells were incubated with the mixtures for four hours at 4° C. Five hundred μl of PBS+1% NP-40 was added to each well, and the plates were shaken on a platform shaker for five minutes. The cells were harvested and the amount of iodinated FGF or TGF-β bound to the cells was determined. The results of these assays showed that the

Z0003983

5,155,027

**31**

PDGF-R-SUC2 fusion protein did not cross react with FGF or TGF-β.

Table 4

Reagent Recipes

Binding Medium
500 ml Ham's F-12 medium
12 ml 1M HEPES, pH 7.4
5 ml 100×PSN (Penicillin/Streptomycin/Neomycin, Gibco)
1 gm rabbit serum albumin

Western Transfer Buffer
25 mM Tris, pH 8.3
19 mM glycine, pH 8.3
20% methanol

Western Buffer A
50 ml 1M Tris, pH 7.4
20 ml 0.25 mM EDTA, pH 7.0
5 ml 10% NP-40
37.5 g 4M NaCl
2.5 g gelatin

The Tris, EDTA, NP-40 and NaCl were diluted to a final volume of one liter with distilled water. The gelatin was added to 300 ml of this solution and the solution was heated in a microwave until the gelatin was in solution. The gelatin solution was added back to the remainder of the first solution and stirred at 4° C. until cool. The buffer was stored at 4° C.

Western Buffer B
50 ml 1M Tris, pH 7.4
20 ml 0.25 M EDTA, pH 7.0
5 ml 10% NP-40
58.4 g NaCl
2.5 g gelatin
4 g N-lauroyl sarcosine

The Tris, EDTA, NP-40, and the NaCl were mixed and diluted to a final volume of one liter. The gelatin was added to 300 ml of this solution and heated in a microwave until the gelatin was in solution. The gelatin solution was added back to the original solution and the N-lauroyl sarcosine was added. The final mixture was stirred at 4° C. until the solids were completely dissolved. This buffer was stored at 4° C.

2× Loading Buffer
36 ml 0.5M Tris-HCl, pH 6.8
6 ml glycerol
16 ml 20% SDS
4 ml 0.5% Bromphenol Blue in 0.5 M Tris-HCl, pH 6.8

Mix all ingredients. Immediately before use, add 100 μl β-mercaptoethanol to each 900 μl dye mix

EXAMPLE 11

Construction and Expression of PDGF Receptor Analogs From BHK cells

A. Construction of pBTL114 and pBTL115

The portions of the PDGF receptor extracellular domain present in pBTL14 and pBTL15 were placed in a mammalian expression vector. Plasmids pBTL14 and pBTL15 were digested with Eco RI to isolate the 1695 bp and 1905 bp SUC2 signal-PDGF-R-BAR1 fragments. The 1695 bp fragment and the 1905 bp fragment

**32**

were each ligated to ZEM229 that had been linearized by digestion with Eco RI.

The vector ZEM229R was constructed as shown in FIG. 10 from ZEM229. Plasmid ZEM229 is a pUC18-based expression vector containing a unique Bam HI site for insertion of cloned DNA between the mouse metallothionein-1 promoter and SV40 transcription terminator and an expression unit containing the SV40 early promoter, mouse dihydrofolate reductase gene, and SV40 transcription terminator. Zem229 was modified to delete the Eco RI sites flanking the Bam HI cloning site and to replace the Bam HI site with a single Eco RI cloning site. The plasmid was partially digested with Eco RI, treated with DNA polymerase I (Klenow fragment) and dNTPs, and religated. Digestion of the plasmid with Bam HI followed by ligation of the linearized plasmid with a Bam HI-Eco I adapter resulted in a unique Eco RI cloning site. The resultant plasmid was designated Zem229R.

The ligation mixtures were transformed into E. coli strain RR1. Plasmid DNA was prepared and the plasmids were subjected to restriction enzyme analysis. A plasmid having the 1695 bp pBTL14 fragment inserted into Zem229 R in the correct orientation was designated pBTL114 (FIG. 9). A plasmid having the 1905 bp pBTL15 fragment inserted into Zem229R in the correct orientation was designated pBTL115 (FIG. 9).

B. Expression of secreted PDGF receptor analogs in tk⁻ts13 BHK cells

Plasmids pBTL114 and pBTL115 were each transfected into tk⁻ts13 cells using calcium phosphate precipitation (essentially as described by Graham and van der Eb, J. Gen. Virol. 36: 59–72, 1977). The transfected cells were grown in Dulbecco's modified Eagle's medium (DMEM) containing 10% fetal calf serum, 1× PSN antibiotic mix (Gibco 600–5640). 2.0 mM L-glutamine. The cells were selected in 250 nM methotrexate (MTX) for 14 days, and the resulting colonies were screened by the immunofilter assay (McCracken and Brown, Biotechniques, 82–87, Mar./Apr. 1984). Plates were rinsed with PBS or No Serum medium (DMEM plus 1×PSN antibiotic mix). Teflon ® mesh (Spectrum Medical Industries, Los Angeles, Calif.) was then placed over the cells. Nitrocellulose filters were wetted with PBS or No Serum medium, as appropriate, and placed over the mesh. After six hours incubation at 37° C., filters were removed and placed in Wester buffer A (Table 4) overnight at room temperature. The filters were developed using the antibody PR7212 and the procedure described in Example 13. The filters showed that conditioned media from pBTL114-transfected and pBTL115-transfected BHK cells bound the PR7212 antibody indicating the presence of biologically active secreted PDGF-R.

EXAMPLE 12

Expression of PDGF Receptor Analogs In Cultured Mouse Myeloma Cells

A. Construction of pICμPRE8

The immunoglobulin μ heavy chain promoter and enhancer were subcloned into pIC19H to provide a unique Hind III site 3' to the promoter. Plasmid pμ (Grosschedl and Baltimore, Cell 41: 885–897, 1985) was digested with Sal I and Eco RI to isolate the 3.1 kb fragment comprising the μ promoter. Plasmid pIC19H was linearized by digestion with Eco RI and Xho I. The μ promoter fragment and the linearized pIC19H vector

5,155,027

33

fragment were joined by ligation. The resultant plasmid, designated pICμ3, was digested with Ava II to isolate the 700 bp promoter fragment. The 700 bp fragment was blunt-ended by treatment with DNA polymerase I (Klenow fragment) and deoxynucleotide triphosphates. Plasmid pIC19H was linearized by digestion with Xho I, and the adhesive ends were filled in by treatment with DNA polymerase I (Klenow fragment) and deoxynucleotide triphosphates. The blunt-ended Ava II fragment was ligated with the blunt-ended, linearized pIC19H, and the ligation mixture was transformed into E. coli JM83. Plasmid DNA was prepared from the transformants and was analyzed by restriction digest. A plasmid with a Bgl II site 5, to the promoter was designated pICμPR1(−). Plasmid pICμPR1(−) was digested with Hind III and Bgl II to isolate the 700 bp promoter fragment. Plasmid pIC19R was linearized by digestion with Hind III and Bam HI. The 700 bp promoter fragment was joined with the linearized pIC19R by ligation. The resultant plasmid, designated pICμPR7, comprised the μ promoter with an unique Sma I site 5, to the promoter and a unique Hind III site 3, to the promoter.

The immunoglobulin heavy chain μ enhancer (Gillies et al., Cell 33: 717–728, 1983) was inserted into the unique Sma I site to generate plasmid pICμPRE8. Plasmid pJ4 (obtained from F. Blattner, Univ. Wisconsin, Madison, Wis.), comprising the 1.5 kb Hind III-Eco RI μ enhancer fragment in the vector pAT153 (Amersham, Arlington Heights, Ill.), was digested with Hind III and Eco RI to isolate the 1.5 kb enhancer fragment. The adhesive ends of the enhancer fragment were filled in by treatment with T4 DNA polymerase and deoxynucleotide triphosphates. The blunt-ended fragment and pICμPR7, which had been linearized by digestion with Sma I, were joined by ligation. The ligation mixture was transformed into E. coli RR1. Plasmid DNA was prepared from the transformants, and the plasmids were analyzed by restriction digests. A plasmid comprising the enhancer and the μ promoter was designated pICμ-PRE8 (FIG. 7).

B. Construction of pSDL114

The DNA sequence encoding the extracellular domain of the PDGF receptor was joined with the DNA sequence encoding the human immunoglobulin light chain constant region. The PDGF extracellular domain was obtained from mpBTL22, which comprised the Eco RI-Hind III fragment from pBTL22 (Example 8.A.) cloned into Eco RI-Hind III cut M13mp18. Single stranded DNA was prepared from a mpBTL22 phage clone, and the DNA was subjected to vitro mutagenesis using the oligonucleotide ZC1886 (Table 1) and the method described by Kunkel (Proc. Natl. Acad. Sci. USA 82: 488–492, 1985). A phage clone comprising the mutagenized PDGF-R with a donor splice site (5′ splice site) at the 3′ end of the PDGF-R extracellular domain was designated pBTLR-HX (FIG. 7).

The native PDGF-R signal sequence was obtained from pPR5. Plasmid pPR5, comprising 738 bp of 5′ coding sequence with an Eco RI site immediately 5′ to the translation initiation codon, was constructed by in vitro mutagenesis of the PDGF-R cDNA fragment from RP51 (Example 1). Replicative form DNA of RP51 was digested with Eco RI to isolate the 1.09 kb PDGF-R fragment. The PDGF-R fragment was cloned into the Eco RI site of M13mp18. Single stranded template DNA was prepared from a phage clone containing the PDGF-R fragment in the proper orientation. The

34

template DNA was subjected to in vitro mutagenesis using oligonucleotide ZC1380 (Table 1) and the method described by Zoller and Smith (Meth. Enzymol. 100: 468–500, 1983). The mutagenesis resulted in the placement of an Eco RI site immediately 5′ to the translation initiation codon. Mutagenized phage clones were analyzed by dideoxy sequence analysis. A phage clone containing the ZC1380 mutation was selected and replicative form (Rf) DNA was prepared from the phage clone. The Rf DNA was digested with Eco RI and Acc I to isolate the 0.63 kb fragment. Plasmid pR-RXI (Example 1) was digested with Acc I and Eco RI to isolate the 3.7 kb fragment. The 0.63 kb fragment and the 3.7 kb fragment were joined by ligation resulting in plasmid pPR5 (FIG. 7).

As shown in FIG. 7, the PDGF-R signal peptide and part of the extracellular domain were obtained from plasmid pPR5 as a 1.4 kb Eco RI-Sph I fragment. Replicative form DNA from phage clone pBTLR-HX was digested with Sph I and Hind III to isolate the approximately 0.25 kb PDGF-R fragment. Plasmid pUC19 was linearized by digestion with Eco RI and Hind III. The 1.4 kb Eco RI-Sph I PDGF-R fragment, the 0.25 kb Sph I-Hind III fragment from pBTLR-HX and the Eco RI-Hind III cut pUC19 were joined in a three-part ligation. The resultant plasmid, pSDL110, was digested with Eco RI and Hind III to isolate the 1.65 kb PDGF-R fragment.

Plasmid pICHuCκ3.9.11 was used as the source of the human immunoglobulin light chain gene (FIG. 7). The human immunoglobulin light chain gene was isolated from a human genomic library using an oligonucleotide probe (5′ TGT GAC ACT CTC CTG GGA GTT A 3′), which was based on a published human kappa C gene sequence (Hieter et al., Cell 22: 197–207, 1980). The human light chain (kappa) constant region was subcloned as a 1.1 kb Sph I-Hinf I genomic fragment of the human kappa gene, which has been treated with DNA polymerase DNA I (Klenow Fragment) to fill in the Hinf I adhesive end, into Sph I-Hinc II cut pUC19. The 1.1 kb human kappa constant region was subsequently isolated as a 1.1 kb Sph I-Bam HI fragment that was subcloned into Sph I-Bgl II cut pIC19R (Marsh et al., ibid.). The resultant plasmid was designated pI-CHuCκ3.9.11. Plasmid pICHuCκ3.9.11 was digested with Hind III and Eco RI to isolate the 1.1 kb kappa constant region gene. Plasmid pIC19H was linearized by digestion with Eco RI. The 1.65 kb PDGF-R fragment, the 1.1 kb human kappa constant region fragment and the linearized pIC19H were joined in a three part ligation. The resultant plasmid, pSDL112, was digested with Bam HI and Cla I to isolate the 2.75 kb fragment. Plasmid pICμPRE8 was linearized with Bgl II and Cla I. The 2.75 kb fragment and the linearized pμPRE8 were joined by ligation. The resultant plasmid was designated pSDL114 (FIG. 7).

Plasmid pSDL114 was linearized by digestion with Cla I and was cotransfected with Pvu I-digested p416 into SP2/0-Ag14 (ATCC CRL 1581) by electroporation using the method essentially described by Neumann et al. (EMBO J. 1: 841–845, 1982). (Plasmid p416 comprises the Adenovirus 5 ori, SV40 enhancer, Adenovirus 2 major late promoter, Adenovirus 2 tripartite leader, 5′ and 3′ splice sites, the DHFRr cDNA, the SV40 polyadenylation signal and pML-1 (Lusky and Botchan, Nature 293: 79–81, 981) vector sequences.) Transfectants were selected in growth medium containing methotrexate.

5,155,027

35

Media from drug resistant clones were tested for the presence of secreted PDGF receptor analogs by enzyme-linked immunosorbent assay (ELISA). Ninety-six well assay plates were prepared by incubating 100 μl of 1 μg/ml polyclonal goat anti-human kappa chain (Cappel Laboratories) diluted in phosphate buffered saline (PBS; Sigma) overnight at 4° C. Excess antibody was removed by one wash with 0.5% Tween 20 in PBS. One hundred μl of spent media was added to each well, and the well were incubated for one hour at 4° C. Unbound proteins were removed by one wash with 0.5% Tween 20 in PBS. One hundred μl of peroxidase-conjugated goat anti human kappa antibody (diluted 1:1000 in a solution containing 5% chicken serum (Gibco)+0.5% Tween 20 in PBS) was added to each well and the wells were incubated for one hour at 4° C. One hundred μl of chromophore (100 μl ABTS (2,2'-Azinobis(3-ethylbenz-thiazoline sulfonic acid diammonium salt; Sigma)+1 μl 30% H2O2+12.5 ml citrate/phosphate buffer (9.04 g/l citric acid, 10.16 g/l Na2HPO4)) was added to each well, and the wells were incubated to 30 minutes at room temperature. The samples were measured at 405 nm. The results of the assay showed that the PDFG-R analog secreted by the transfectants contained an immunoglobulin light chain.

Spent media from drug resistant clones was also tested for the presence of secreted PDGF receptor analogs by immunoprecipitaiton. Approximately one million drug resistant transfectants were grown in DMEM medium lacking cysteine+2% calf serum for 18 hours at 37° C. in the presence of 50 μCl 35S-cysteine. Media was harvested from the labeled cells and 250 μl of the spent media was assayed for binding to the anti-PDGF receptor antibody.PR7212. PR7212 diluted in PBS was added to the media to a final concentration of 2.5 μg per 250 μl spent media. Five μl of rabbit anti-mouse Ig diluted in PBS was added to the PR7212/media mixtures. The immunocomplexes were precipitated by the addition of 50 μl 110% fixed Staph A (weight/volume in PBS). The immunocomplexes were analyzed on 8% SDS-polyacrylamide gels followed by autoradiography overnight at −70° C. The results of the immunoprecipitation showed that the PDGF receptor anlaog secreted by the transfectants was bound by the anti-PDGF receptor antibody. The combined results of the ELISA and immunoprecipitation assays showed that the PDGF receptor analog secreted by the transfectants contained both the PDGF receptor ligand-binding domain and the human light chain constant region.

C. Cotransfection of pSDL114 with an immunoglobulin heavy chain

Plasmid pSDL114 was cotransfected with pφ5VHhuCγ71M-neo, which encodes a neomycin resistance gene expression unit and a complete mouse/human chimeric immunoglobulin heavy chain gene expression unit (10).

Plasmid pφ5VHhuCγ1M-neo was constructed as follows. The mouse immunoglobulin heavy chain gene was isolated from a lambda genomic DNA library constructed from the murine hybridoma cell line NR-ML-05 (Serafini et al., Eur. J. Nucl. Med. 14: 232, 1988) using an oligonucleotide probe designed to span the VH/D/JH junction (5' GCA TAG TAG TTA CCA TAT CCT CTT GCA CAG 3'). The human immunoglobulin gamma-1 C gene was isolated from a human genomic library using a cloned human gamma-4 constant region gene (Ellison et al., DNA 11-18 1981). The

36

mouse immunoglobulin variable region was isolated as a 5.3 kb Sst I-Hind III fragment from the original phage clone and the human gamma-1 C gene was obtained from the original phage clone as a 6.0 kb Hind III-Xho I fragment. The chimeric gamma-1 C gene was created by joining the VH and CH fragments via the common Hind III site and incorporating them with the E. coli neomycin resistance gene expression unit into pIC19H to yield pφ5VHhuCγ1M-neo.

Plasmid pSDL114 was linearized by digestion with ClaI and was co-transfected into SP2/0-Ag14 cells with Asp718 linearized pφ5VHhuCγ1M-neo. The transfectants were selected in growth medium containing methotrexate and neomycin. Media from drug-resistant clones were tested for their ability to bind PDGF in a competition binding assay.

The competition binding assay measured the amount of 125I-PDGF left to bind to human dermal fibroblast cells after preincubation with the spent media from pSDL114-pφ5VHhuCγ1M-neo transfected cells. The media were serially diluted in binding medium (Table 4). The dilutions were mixed with 0.5 ng of iodinated PDGF-BB or iodinated PDGF-AA and the mixtures were incubated for two hours at room temperature. Three hundred μg of unlabeled PDGF-BB or unlabeled PDGF-AA was added to one tube from each series. The sample mixtures were added to 24 well plates containing confluent human dermal fibroblast cells. The cells were incubated with the mixture for four hours at 4° C. The supernatants were aspirated from the wells, and the wells were rinsed three times with phosphate buffered saline that was held a 4° C. (PBS; Sigma, St. Louis, Mo.). Five hundred μl of PBS +1% NP-40 was added to each well, and the plates were shaken on a platform shaker for five minutes. The cells were harvested and the amount of iodinated PDGF was determined. The results of the competition binding assay showed that the protein produced from pSDL114-pφ5VHhuCγ1M-neo transfected cells were able to competetively bind PDGF-BB but did not bind PDGF-AA.

The PDGF receptor analog produced from a pSDL114/pφ5VHhuCγ1M-neo transfectant was assayed to determine if the receptor analog was able to bind PDGF-BB to saturation. Eight and one half milliliters of spent media containing the PDGF-R analogs from a pSDL114/pφ5VHhuCγ1M-neo transfectant was added to 425 μl of Sepharose Cl-4B-Protein A beads (Sigma), and the mixture was incubated for 10 minutes at 4° C. The beads were pelleted by centrifugation and washed with binding medium (Table 4). Following the wash the beads were resuspended in 8.5 ml of binding media, and 0.25 ml aliquots were dispensed to 1.5 ml tubes. Binding reactions were prepared by adding iodinated PDGF-BB diluted in DMEM+10% fetal calf serum to the identical aliquots of receptor-bound beads to final PDGF-BB concentrations of between 4.12 pM and 264 pM. Nonspecific binding was determined by adding a 100 fold excess of unlabeled BB to an identical set of binding reactions. Mixtures were incubated overnight at 4° C.

The beads were pelleted by centrifugation, and unbound receptor was removed with three washes in PBS. The beads were resuspended in 100 μl of PBS and were counted. Results of the assay showed that the PDGF-R analog was able to bind PDGF-BB with high affinity.

D. Construction of pSDL113.

As shown in FIG. 8, the DNA sequence encoding the extracellular domain of PDGF receptor was joined

5,155,027

37

with the DNA sequence encoding a human immunoglobulin heavy chain constant region joined to a hinge sequence. Plasmid pSDL110 was digested with Eco RI and Hind III to isolate the 1.65 kb PDGF-R fragment. Plasmid pICHu$_{65}$-1M was used as the source of the heavy chain constant region and hinge region. Plasmid pICHu$_{\gamma}$-1M comprises the approximately 6 kb Hind III-Xho I fragment of a human gamma-1 C gene subcloned into pUC19 that had been linearized by digestion with Hind III and Sal I. Plasmid pICHu$_{\gamma}$-1M was digested with Hind III and Eco RI to isolate the 6 kb fragment encoding the human heavy chain constant region. Plasmid pIC19H was linearized by digestion with Eco RI. The 1.65 kb PDGF-R fragment, the 6 kb heavy chain constant region fragment and the linearized pIC19H were joined in a three part ligation. The resultant plasmid, pSDLIII, was digested with Bam HI to isolate the 7.7 kb fragment. Plasmid p$_{\mu}$PRE8 was linearized with Bgl II and was treated with calf intestinal phosphatase to prevent self-ligation. The 7.7 kb fragment and the linearized p$_{\mu}$PRE8 were joined by ligation. A plasmid containing the insert in the proper orientation was designated pSDL113 (FIG. 8).

Plasmid pSDL113 is linearized by digestion with Cla I and is cotransfected with Pvu I-digested p416 into SP2/0-Ag14 by electroporation. Transfectants are selected in growth medium containing methotrexate.

Media from drug resistant clones are tested for the presence of secreted PDGF-R analogs by immunoprecipitation using the method described in Example 12.B. Competition binding assays (Example 12.C.) are carried out on media samples to determine ligand binding activity.

E. Cotransfection of pSDL113 with an Immunoglobulin Light Chain Gene

Plasmid pSDL113 is linearized by digestion with Cla I and is cotransfected with pICφ5V$_K$HuC$_K$-Neo, which encodes a neomycin resistance gene and a mouse/human chimeric immunoglobulin light chain gene. The mouse immunoglobulin light chain gene was isolated from a lambda genomic DNA library constructed from the murine hybridoma cell line NR-ML-05 (Woodhouse et al., ibid.) using an oligonucleotide probe designed to span the V$_K$/J$_K$ junction (5' ACC GAA CGT GAG AGG AGT GCT ATA A 3'). The human immunoglobulin light chain constant region gene was isolated as described in Example 12.B. The mouse NR-ML-05 immunoglobulin light chain variable region gene was subcloned from the original mouse genomic phage clone into pIC19R as a 3 kb Xba I-Hinc II fragment. The human kappa C gene was subcloned from the original human genomic phage clone into pUC19 as a 2.0 kb Hind III-Eco RI fragment. The chimeric kappa gene was created by joining the NR-ML-05 light chain variable region gene and human light chain constant region gene via the common Sph I site and incoporating them with the E. coli neomycin resistance gene into pIC19H to yield pICφ5V$_K$HuC$_K$-Neo (FIG. 9).

The linearized pSDL113 and pICφ5V$_K$HuC$_K$-Neo are transfected into SP2/0-Ag14 cells by electroporation. The transfectants are selected in growth medium containing methotrexate and neomycin. Media from drug-resistant clones are tested for their ability to bind PDGF in a competition binding assay.

F. Cotransfection of pSDL113 and pSDL114

A clone of SP2/0-Ag14 stably transfected with pSDL114 and p416 was co-transfected with Cla I-digested pSDL113 and Bam HI-digested pIC-neo by

38

electroporation. (Plasmid pIC-neo comprises the SV40 promoter operatively linked to the E. coli neomycin resistance gene and pIC19H vector sequences.) Transfected cells were selected in growth medium containing methotrexate and G418. Media from drug-resistance clones were tested for their ability to bind PDGF in a competition binding assay as described in Example 12.C. The results of the assay showed that the transfectants secreted a PDGF receptor analog capable of competitively binding PDGF-BB.

G. Cotransfection of pSDL114 with Fab

A clone of SP2/0-AG14 stably transfected with pSDL114 and p416 was transfected with the Fab region of the human gamma-4 gene (γ4) in plasmid pφ5V$_H$Fab-neo. Plasmid pφ5V$_H$Fab-neo was constructed as follows.

Plasmid p24BRH (Ellison et al., DNA 1:11, 1988) was digested with Xma I and Eco RI to isolate the 0.2 kb fragment comprising the immunoglobulin 3' untranslated region. Synthetic oligonucleotides ZC871 (Table 1) and ZC872 (Table 1) were kinased and annealed using essentially the methods described by Maniatis et al. (ibid.). The annealed oligonucleotides ZC871/ZC872 formed an Sst I-Xma I adapter. The ZC871/ZC872 adapter, the 0.2 kb p24BRH fragment and Sst I-Eco RI linearized pUC19 were joined in a three-part ligation to form plasmid pγ43+. Plasmid pγ43' was linearized by digestion with Bam HI and Hind III. Plasmid p24BRH was cut with Hind III and Bgl II to isolate the 0.85 kb fragment comprising the C$_{\mu}$1 region. The pγ43' fragment and the Hind III-Bgl II p24BRH fragment were joined by ligation to form plasmid p24Fab. Plasmid pγ4Fab was digested with Hind III and Eco RI to isolate the 1.2 kb fragment comprising γ4Fab. Plasmid pICneo, comprising the SV40 promoter operatively linked to the neomycin resistance gene and pIC19H vector sequences, was linearized by digestion with Sst I and Eco RI. Plasmid pφ5V$_H$, comprising the mouse immunoglobulin heavy chain gene variable region and pUC18 vector sequences, was digested with Sst I and Hind III to isolate the 5.3 kb V$_H$ fragment. The linearized pICneo was joined with the 5.3 kb Sst I-Hind III fragment and the 1.2 kb Hind III-Eco RI fragment in a three-part ligation. The resultant plasmid was designated pφ5V$_H$Fab-neo (FIG. 10).

A pSDL114/p416-transfected SP2/0-AG14 clone was transfected with Sca I-linearized pφ5V$_H$Fab-neo. Transfected cells were selected in growth medium containing methotrexate and G418. Media from drug-resistant clones were tested for their ability to bind PDGF in a competition binding assay as described in Example 12.C. The results of the assay showed that the PDGF receptor analog secreted from the transfectants was capable of competitively binding PDGF-BB.

H. Cotransfection of pSDL114 with Fab'

A stably transfected SP2/0-AG14 isolate containing pSDL114 and p416 was transfected with plasmid pWKI, which contained the Fab' portion of an immunoglobulin heavy chain gene. Plasmid pWKI was constructed as follows.

The immunoglobulin gamma-1 Fab' sequence, comprising the C$_H$1 and hinge regions sequences, was derived from the gamma-1 gene clone described in Example 12.C. The gamma-1 gene clone was digested with Hind III and Eco RI to isolate the 3.0 kb fragment, which was subcloned into Hind III-Eco RI linearized M13mp19. Single-stranded template DNA from the resultant phage was subjected to site-directed mutagen-

5,155,027

39

esis using oligonucleotide ZC1447 (Table I) and essentially the method of Zoller and Smith (ibid.). A phage clone was identified having a ZC1447 induced deletion resulting in the fusion of the hinge region to a DNA sequence encoding the amino acids Ala-Leu-His-Asn-His-Tyr-Thr-Glu-Lys-Ser-Leu-Ser-Leu-Ser-Pro-Gly-Lys followed in-frame by a stop codon. Replicative form DNA from a positive phage clone was digested with Hind III and Eco RI to isolate the 1.9 kb fragment comprising the C$_H$I and hinge regions. Plasmid p65V$_H$ was digested with Sst I and Hind III to isolate the 5.3 kb fragment comprising the mouse immunoglobulin heavy chain gene variable region. Plasmid pICneo was linearized by digestion with Sst I and Eco RI. The linearized pICneo was joined with the 5.3 kb Hind III-Sst I fragment and the 1.9 kb Hind III-Eco RI fragment in a three-part ligation. The resultant plasmid was designated pWKI (FIG. 10).

An SP2/0-AG14 clone stably transfected with pSDL114 and p416 was transfected with Asp 718-linearized pWKI. Transfected cells were selected by growth in medium containing methotrexate and G418. Media samples from transfected cells were assayed using the competition assay described in Example 12C. Results from the assays showed that the transfected cells produced a PDGF receptor analog capable of competetively binding PDGF-BB.

### EXAMPLE 13

### Assay Methods

A. Preparation of Nitrocellulose Filters for Colony Assay

Colonies of transformants were tested for secretion of PDGF receptor analogs by first growing the cells on nitrocellulose filters that had been laid on top of solid growth medium. Nitrocellulose filters (Schleicher & Schuell, Keene, N.H.) were placed on top of solid growth medium and were allowed to be completely wetted. Test colonies were patched onto the wetted filters and were grown at 30° C. for approximately 40 hours. The filters were then removed from the solid medium, and the cells were removed by four successive rinses with Western Transfer Buffer (Table 4). The nitrocellulose filters were soaked in Western Buffer A (Table 4) for one hour at room temperature on a shaking platform with two changes of buffer. Secreted PDGF-R analogs were visualized on the filters described below.

B. Preparation of Protein Blot Filters

A nitrocellulose filter was soaked in Western Buffer A (Table 4) without the gelatin and placed in a Minifold (Schleicher & Schuell, Keene, N.H.). Five ml of culture supernatant was added without dilution to the Minifold wells, and the liquid was allowed to pass through the nitrocellulose filter by gravity. The nitrocellulose filter was removed from the minifold and was soaked in Western Buffer A (Table 3) for one hour on a shaking platform at room temperature. The buffer was changed three times during the hour incubation.

C. Preparation of Western Blot Filters

The transformants were analyzed by Western blot, essentially as described by Towbin et al. (*Proc. Natl. Acad. Sci. USA* 76: 4350–4354, 1979) and Gordon et al. (U.S. Pat. No. 4,452,901). Culture supernatants from appropriately grown transformants were diluted with three volumes of 95% ethanol. The ethanol mixtures were incubated overnight at −70° C. The precipitates were spun out of solution by centrifugation in an SS-24

40

rotor at 18,000 rpm for 20 minutes. The supernatants were discarded and the precipitate pellets were resuspended in 200 μl of dH₂O. Two hundred μl of 2× loading buffer (Table 4) was added to each sample, and the samples were incubated in a boiling water bath for 5 minutes.

The samples were electrophoresed in a 15% sodium dodecylsulfate polyacrylamide gel under non-reducing conditions. The proteins were electrophoretically transferred to nitrocellulose paper using conditions described by Towbin et al. (ibid.). The nitrocellulose filters were then incubated in Western Buffer A (Table 4) for 75 minutes at room temperature on a platform rocker.

D. Processing the Filters for Visualization with Antibody

Filters prepared as described above were screened for proteins capable of binding a PDGF receptor specific monoclonal antibody, designated PR7212. The filters were removed from the Western Buffer A (Table 4) and placed in sealed plastic bags containing a 10 ml solution comprising 10 μg/ml PR7212 monoclonal antibody diluted in Western Buffer A. The filters were incubated on a rocking platform overnight at 4° C. or for one hour at room temperature. Excess antibody was removed with three 15-minute washes with Western Buffer A on a shaking platform at room temperature.

Ten μl biotin-conjugated horse anti-mouse antibody (Vector Laboratories, Burlingame, Calif.) in 20 ml Western Buffer A was added to the filters. The filters were re-incubated for one hour at room temperature on a platform shaker, and unbound conjugated antibody was removed with three fifteen-minute washes with Western Buffer A.

The filters were pre-incubated for one hour at room temperature with a solution comprising 50 μl Vectastain Reagent A (Vector Laboratories) in 10 ml of Western Buffer A that had been allowed to incubate at room temperature for 30 minutes before use. The filters were washed with one quick wash with distilled water followed by three 15-minute washes with Western Buffer B (Table 4) at room temperature. The Western Buffer B washes were followed by one wash with distilled water.

During the preceding wash step, the substrate reagent was prepared. Sixty mg of horseradish peroxidase reagent (Bio-Rad, Richmond, Calif.) was dissolved in 20 ml HPLC grade methanol. Ninety ml of distilled water was added to the dissolved peroxidase followed by 2.5 ml 2M Tris, pH 7.4 and 3.8 ml 4M NaCl. 100 μl of 30% H₂O₂ was added just before use. The washed filters were incubated with 75 ml of substrate and incubated at room temperature for 10 minutes with vigorous shaking. After the 10 minute incubation, the buffer was changed, and the filters were incubated for an additional 10 minutes. The filters were then washed in distilled water for one hour at room temperature. Positives were scored as those samples which exhibited coloration.

E. Processing the Filters For Visualization with an Anti-Substance P Antibody

Filters prepared as described above were probed with an anti-substance P antibody. The filters were removed from the Western Buffer A and rinsed with Western transfer buffer, followed by a 5-minute wash in phosphate buffered saline (PBS, Sigma, St. Louis, Mo.). The filters were incubated with a 10 ml solution containing 0.5M 1-ethyl-3-3-dimethylamino propyl carbo-

5,155,027

**41**

diimide (Sigma) in 1.0M NH$_4$Cl for 40 minutes at room temperature. After incubation, the filters were washed three times, for 5 minutes per wash, in PBS. The filters were blocked with 2% powdered milk diluted in PBS.

The filters were then incubated with a rat anti-substance P monoclonal antibody (Accurate Chemical & Scientific Corp., Westbury, N.Y.). Ten μl of the antibody was diluted in 10 ml of antibody solution (PBS containing 20% fetal calf serum and 0.5% Tween-20). The filters were incubated at room temperature for 1 hour. Unbound antibody was removed with four 5-minute washes with PBS.

The filters were then incubated with a biotin-conjugated rabbit anti-rat peroxidase antibody (Cappel Laboratories, Melvern, Pa.). The conjugated antibody was diluted 1:1000 in 10 ml of antibody solution for 2 hours at room temperature. Excess conjugated antibody was removed with four 5-minute washes with PBS.

The filters were pre-incubated for 30 minutes at room temperature with a solution containing 50 μl Vectastain Reagent A (Vector Laboratories) and 50 μl Vectastain Reagent B (Vector Laboratories) in 10 ml of antibody solution that had been allowed to incubate for 30 minutes before use. Excess Vectastain reagents were removed by four 5-minute washes with PBS.

During the preceding wash step, the substrate reagent was prepared. 60 mg of horseradish peroxidase reagent (Bio-Rad) was dissolved in 25 ml of HPLC grade methanol. Approximately 100 ml of PBS and 200 μl H$_2$O$_2$ were added just before use. The filters were incubated with the substrate reagent for 10 to 20 minutes. The substrate was removed by a vigorous washing distilled water.

Although the foregoing invention has been described in some detail by way of illustration and example for purposes of clarity of understanding, it will be evident that certain changes and modifications may be practiced within the scope of the appended claims.

**42**

We claim:

1. A method for producing a secreted, biologically active, dimerized polypeptide fusion, comprising:

introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a first secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a first polypeptide chain of a non-immunoglobulin polypeptide dimer requiring dimerization for biological activity joined to a DNA sequence encoding an immunoglobulin light chain constant region;

introducing into said eukaryotic host cell a second DNA construct comprising a transcriptional promoter operably linked to a second secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding a second polypeptide chain of said non-immunoglobulin polypeptide dimer joined to a DNA sequence encoding at least one immunoglobulin heavy chain constant region domain selected from the group consisting of C$_H$1, C$_H$2, C$_H$3 and C$_H$4;

growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion comprising said first polypeptide chain of a non-immunoglobulin polypeptide dimer joined to said immunoglobulin light chain constant region and said second polypeptide chain of a non-immunoglobulin polypeptide dimer joined to at least one immunoglobulin heavy chain constant region domain, wherein said dimerized polypeptide fusion exhibits biological activity characteristic of said non-immunoglobulin polypeptide dimer; and

isolating said biologically active, dimerized polypeptide fusion from said host cell.

* * * * *

# Exhibit 5

58

| Erhardstrasse 27<br>D-8000 München 2<br>☎ (0 89) 2399-0<br>Tx 523 656 epmu d<br>FAX 089/2399-4465 | Europäisches<br>Patentamt<br><br>Generaldirektion 2 | European<br>Patent Office<br><br>Directorate General 2 | Office européen<br>des brevets<br><br>Direction générale 2 |
|---|---|---|---|

|  | Telephone numbers: |  |
|---|---|---|
| Brown, John David<br>FORRESTER BOEHMERT<br>Franz-Joseph-Strasse 38<br>D-8000 München 40<br>REPUBLIQUE FEDERALE D'ALLEMAGNE | Primary examiner<br>(substantive examination) | (0 89) 23 99- 8418 |
|  | Formalities officer<br>(Formalities including<br>extension of time limits) | (0 89) 23 99- 8054 |
|  | Examiners' clerk<br>(other matters) | (0 89) 23 99- 8051 |

| Please give the<br>complete applica-<br>tion number in all<br>communications | Application No./Patent No.<br>89100787.4-2105 | Ref.<br>FB 2472 | 06 | Date<br>04 99 |
|---|---|---|---|---|
|  | Applicant/Proprietor<br>ZYMOGENETICS, INC. |  |  |  |

## Communication pursuant to Article 96(2) and Rule 51(2) EPC

The /further/ examination of the above-identified application has revealed that it does not
meet the requirements of the European Patent Convention for the reasons enclosed herewith.
If the deficiencies indicated are not rectified the application may be refused pursuant
to Article 97(1) EPC.

You are invited to file your observations and insofar as the deficiencies are such as to be
rectifiable to correct the indicated deficiencies within a period

of _____ 4 _____ months

from the notification of this communication, this period being computed in accordance
with Rules 78(3) and 83(2) and (4) EPC.

Amendments to the description, claims and drawings are to be filed where appropriate
within the said period in three copies on separate sheets (Rule 36(1) EPC).

**Failure to comply with this invitation in due time will result in the application being deemed
to be withdrawn (Article 96(3) EPC).**

S. Yeats
Primary examiner
for the Examining Division

Communication despatched, EXRE and statistical data recorded

31 03 99

Date        Initials

Enclosures:    3    page/s  reasons (Form 2906)

**Registered letter**

EPO Form 2001.2 06.89

**File Copy**

299

59

| Bescheid/Protokoll (Anlage) | Communication/Minutes (Annex) | Notification/Procès-verbal (Annexe) |
|---|---|---|
| Datum | Blatt | Anmelde-Nr. |
| Date | Sheet  1 | Application No.: 89 100 787.4 |
| Date  0 6. 04. 93 | feuille | Demande n°. |

The examination is being carried out on the following appli-
cation documents:

<u>Description</u>:
Pages 1-64 as originally filed

<u>Claims</u>:
Nos. 1-25 filed with your letter of 11.3.1993

<u>Drawings</u>:
Sheets 1-13 as originally filed


                    *****


1.    The new claims are allowable under Article 123(2) EPC.

2.    The Examining Division wishes to apologise for having
      erroneously cited D2 in the previous communication. As
      you have pointed out, it is not citable since it has a
      later priority date than the present application.

3.    Claim 1 relates to a method for producing a secreted hu-
      man PDGF receptor (PDGF-R) analogue, comprising the ex-
      pression in a recombinant host of a gene encoding at
      least part of the extracellular domain of a human
      PDGF-R, which gene is preceded by a signal sequence.
      This subject-matter was already acknowledged as novel
      (Article 54(1)(2) EPC) and inventive (Article 56 EPC) in
      the previous communication.


EPA/EPO/OEB Form 2906PC 01.90                    65-93

300

60

| Bescheid/Protokoll (Anlage). | Communication/Minutes (Annex) | Notification/Procès-verbal (Annexe) |
|---|---|---|
| Datum<br>Date<br>Date<br>0 6. 04. 93 | Blatt<br>Sheet 2<br>Feuille | Anmelde-Nr.<br>Application No.: 89 100 787.4<br>Demande n°. |

3.1 However, Claim 1 is worded in purely functional terms and thus lacks technical features. It is therefore not allowable under Article 84 EPC and Rule 29(1) EPC. A reference to the sequence mentioned in Claim 2 should be introduced into Claim 1. An analogous objection applies to Claims 17, 19, 22, 24 and 25.

4. The introduction of the term "non-immunoglobulin" into Claims 3 and 9 in order to define the peptide requiring dimerisation does not serve to overcome the objection of lack of novelty raised aginst these claims. While the T-cell receptor is encoded by immunoglobulin-like genes, the receptor is nevertheless not an immunoglobulin in the accepted sense of the word. Claims 3, 6-10, 15 and 16 are in consequence still considered to lack novelty.

4.1 In view of the fact that the applicant has maintained the above generic claims, it seems pertinent to remark that all the examples of the present application are concerned with the production of a truncated secreted PDGF-R analogue. There is no teaching in the application concerning the production of any other proteins. The extension of the scope of the claims to cover the production of any peptide dimer is thus regarded as unsupported by the description and therefore not allowable under Article 84 EPC.

5. You are invited to file amended claims taking account of the above comments, conforming to the requirements of Rules 29(1) and 36(1) EPC. The description should be brought into line with the new claims. Care should be taken during the revision not to add any subject-matter which extends beyond the content of the application as

EPA/EPO/OEB Form 2906PC 04.90                    65-93

61

| Bescheid/Protokoll (Anlage) | Communication/Minutes (Annex) | Notification/Procès-verbal (Annexe) |
|---|---|---|
| Datum | Blatt | Anmelde-Nr. |
| Date **06.04.93** | Sheet 3 | Application No.: 89 100 787.4 |
| Date | Feuille | Demande n°. |

originally filed (Article 123(2) EPC).

S. YEATS

302

# Exhibit 6

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# Exhibit 7



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, DC 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/980,400 | 11/26/97 | SLEDZIEWSKI | A | 13952A-00532 |

```
                          HM11/0928
TOWNSEND AND TOWNSEND AND CREW
TWO EMBARCADERO CENTER
8TH FLOOR
SAN FRANCISCO CA 94111-3334
```

| EXAMINER |
|---|
| KAUFMAN, C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1646 | |

DATE MAILED:    09/28/98

#6

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

1-File Copy

☆U.S.GOVERNMENT PRINTING OFFICE 1995-319-825

ZG 000354

| *Office Action Summary* | Application No. 08/980,400 | Applicant(s) Sledziewski et al. |
|---|---|---|
| | Examiner Claire M. Kaufman | Group Art Unit 1646 |

☒ Responsive to communication(s) filed on <u>Nov 26, 1997</u>

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____3____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) <u>29-58</u> _____ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) <u>29-58</u> _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☒ Claims <u>29-58</u> _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____.

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___4___

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

ZG 000355

Application/Control Number: 08/980,400                                    Page 2

Art Unit: 1646

## DETAILED ACTION

1.      The preliminary amendment filed Nov. 26, 1997 has been entered.

2.      The Group and/or Art Unit location of your application in the PTO has changed.  To aid
in correlating any papers for this application, all further correspondence regarding this application
should be directed to Group Art Unit 1646.

### *Information Disclosure Statement*

3.      The IDS submitted November 26, 1997 has been considered.  The parent applications
containing references cited were missing 3 references at the time the current application was
examined.  Accordingly, references BD (Ellis et al.) , CK (Struhl et al.), and CL (Broach et al.)
were not consideration.  Applicants may, in response to this action, submit copies of any
references listed on the PTO 1449 which have not been considered.  No fee or additional PTO
1449 is required with such a submission as it will be considered to have been part of the original
IDS submitted prior to the first action on the merits.

### *Claim Objections*

4.      Claim 39 is objected to under 37 CFR 1.75(c), as being of improper dependent form for
failing to further limit the subject matter of a previous claim.  Applicant is required to cancel the
claim(s), or amend the claim(s) to place the claim(s) in proper dependent form, or rewrite the
claim(s) in independent form.  Because the multimerized polypeptide of claim 37 must have an
immunoglobulin heavy chain constant region, dependent claim 39 which repeats this requirement
does not further limit claim 37.

5.      Claim 36 is objected to because of the following informality: "the dimerized protein one
of" should add an --of-- before "one".  Appropriate correction is required.

Application/Control Number: 08/980,400                                    Page 3

Art Unit: 1646

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

6.      Claims 29-36, 45-53 and 55-57 are rejected under the judicially created doctrine of double patenting over claims 1-9 of U. S. Patent No. 5, 750,375 since the claims, if allowed, would improperly extend the "right to exclude" already granted in the patent.

The subject matter claimed in the instant application is fully disclosed in the patent and is covered by the patent since the patent and the application are claiming common subject matter, as follows:1) a secreted PDGF receptor analog which is a dimerized or multimerized polypeptide fusion comprising a first non-immunoglobulin polypeptide (*i.e.*, PDGF receptor or its ligand binding domain) joined to a first immunoglobulin constant region (either a heavy or light chain), and a second non-immunoglobulin polypeptide fused to a second immunoglobulin constant region; and 2) a heteromultimeric polypeptide fusion comprising a first receptor domain requiring multimerization for activity joined to a first immunoglobulin constant domain region, and a second polypeptide fusion comprising a second receptor domain requiring multimerization for activity jointed to a second immunoglobulin constant region (see patented claim 9 and current claims 56 and 57, especially).

Furthermore, there is no apparent reason why applicant was prevented from presenting claims corresponding to those of the instant application during prosecution of the application

ZG 000357

Application/Control Number: 08/980,400                                    Page 4

Art Unit: 1646

which matured into a patent. See *In re Schneller*, 397 F.2d 350, 158 USPQ 210 (CCPA 1968).
See also MPEP § 804.

7.      Claims 29-31, 35, and 36 are rejected under the judicially created doctrine of obviousness-
type double patenting as being unpatentable over claim 1 of U.S. Patent No. 5, 155,027.
Although the conflicting claims are not identical, they are not patentably distinct from each other
because the currently claimed dimerized polypeptide fusion cannot be produced by a means
significantly different from the method of the patented claim, and the patenting of the method puts
the claimed polypeptide in the hands of those who can practice the method.

8.      Claims 29-58 are provisionally rejected under the judicially created doctrine of
obviousness-type double patenting as being unpatentable over claims 1-49 of copending
Application No. 08/475,458.  Although the conflicting claims are not identical, they are not
patentably distinct from each other because the currently claimed dimerized, multimerized, and
heteromultimerized polypeptide fusions cannot be produced by a means other than the method of
the patented claim, and the patenting of the method puts the claimed polypeptide in the hands of
those who can practice the method.  In the instance where the patented claims are drawn to
methods of producing species of polypeptide fusions, since the species are encompassed by the
genuses of the pending polypeptides, the method of producing the species renders the genus
obvious.

        This is a provisional obviousness-type double patenting rejection because the conflicting
claims have not in fact been patented.  However, once this application issues as a patent, this
rejection will no longer be provisional.

*Claim Rejections - 35 USC § 112*

        The following is a quotation of the second paragraph of 35 U.S.C. 112:

Application/Control Number: 08/980,400                                                      Page 5

Art Unit: 1646

> The specification shall conclude with one or more claims particularly pointing out and
> distinctly claiming the subject matter which the applicant regards as his invention.

9.      Claims 45 and 46 and dependent claims 47-58 are rejected under 35 U.S.C. 112, second
paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject
matter which applicant regards as the invention.

        Claim 46 is indefinite because in lines 5 and 6, respectively, it recites the amino acid
sequence of "Figures 1A-1D (Sequence ID Numbers 1 and 2)" and "Figures 11A-11D (Sequence
ID Numbers 35 and 36)".  However, SEQ ID NO:1 and 35 are a nucleic acid sequence and
Figures 1A-D and 11A-D shown nucleic acid sequences.  Since the claim is drawn to amino acid
sequences, the rejection could be obviated by not referring to the Figures and nucleic acids, but
instead referring to SEQ ID NO:2 and SEQ ID NO:36, respectively.

        Claim 45 is indefinite because it is drawn to a "heteromultimeric polypeptide fusion", but
the claim does not specify what part(s) of the fusion makes the polypeptide a hetero- instead of
homomultimer.  That is, it is unclear if the different parts are the non-Ig (immunoglobulin)
polypeptides or the multimerizing protein.  As a result, the invention is not distinctly claimed.

10.     Claims 37 and 39-44 are rejected under 35 U.S.C. 112, second paragraph, as being
incomplete for omitting essential elements, such omission amounting to a gap between the
elements.  See MPEP § 2172.01.  The omitted elements are: multimerized elements.  The claim is
drawn to "a multimerized polypeptide fusion", but does not contain components which form a
multimerizing polypeptide fusion.  The only components are a non-Ig polypeptide fused to an Ig
$C_L$ (light chain constant region), and an Ig $C_H$ (heavy chain constant region).  Put together, these
do not form a multimerizing polypeptide fusion because nothing multimerizes with the non-Ig
polypeptide.

ZG 000359

Application/Control Number: 08/980,400                                    Page 6

Art Unit: 1646

11.     Claims 29-58 are rejected under 35 U.S.C. 112, second paragraph, as failing to set forth
the subject matter which applicant(s) regard as their invention.  Evidence that the claims fail to
correspond in scope with that which applicant(s) regard as the invention can be found in the
specification and original claims.  In the <u>Disclosure of the Invention</u> on pages 5-12 and original
claims, applicant has stated that the invention is drawn to a *secreted, biologically active* dimerized
or multimerized polypeptide fusion (emphasis added), and this statement indicates that the
invention is different from what is defined in the claim(s) because the instant claims do not recite
that the polypeptide fusion is both secreted and biologically active.

### *Priority*

12.     Application 07/347,291, filed 05/02/89, does not appear to disclose the concept of
multimerized or heteromultimerized polypeptide fusions as currently claimed, so that priority for
this aspect of the present invention has the priority date of application 07/634,510, filed 12/27/90.

### *Claim Rejections - 35 USC § 102*

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or
on sale in this country, more than one year prior to the date of application for patent in the United States.

(a) the invention was known or used by others in this country, or patented or described in a printed publication in
this or a foreign country, before the invention thereof by the applicant for a patent.

13.     Claim 37-45, 47-55 and 58 are rejected under 35 U.S.C. 102(b) as being anticipated by
Capon et al. (AG).

Capon et al. teach a multimerized polypeptide fusion comprising a ligand binding protein
("A") joined to an Ig $C_L$ and an Ig $C_H$  (col. 10, lines 40-53; col. 12, lines 22-29).  Also taught is
that the constant regions are from IgG-1, -2, -3, or -4 (also called Igγ in the art; col. 14, lines 65-
67).  In col. 11, heterotetramers are described in which four polypeptide fusions each having a
non-Ig polypeptide ("A") joined to an Ig multimerizing protein.  There is also a description of
inclusion of a hinge region joined to the Ig $C_H$ region in col. 10, lines 10-15: "Typically, such

ZG 000360

Application/Control Number: 08/980,400                                    Page 7

Art Unit: 1646

fusions retain at least functionally active hinge, CH2 and CH3 domains of the constant region of an immunoglobulin heavy chain." Capon et al. further teach joining of an Ig variable region to the Ig $C_H$ region (col. 12). While the type of variable regions are not discussed, variable regions only exist in the form of $V_H$, $V\kappa$, and $V\gamma$, therefore, one of these types would necessary have been used. Heteromultimeric polypeptides like those described above are also illustrated in col. 13, line 20, through col. 14, line 22, these include cases in which the first and second immunoglobulin constant regions are different (*e.g.*,$C_L$ and $C_H$)

### Prior Art

14.      It is noted that Capon et al. (AG) do not teach a heteromultimeric polypeptide fusion in which the non-Ig polypeptides are a receptor or receptor domain requiring multimerization for activity (including PDGF receptor).

### Conclusion

15.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to Claire M. Kaufman, whose telephone number is (703) 305-5791.  Dr. Kaufman can generally be reached Monday through Friday from 8:00AM to 4:30PM.

         If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Lila Feisee, can be reached at (703) 308-2731.

         Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-0196.

         Official papers filed by fax should be directed to (703) 308-4242.  Faxed draft or informal communications with the examiner should be directed to (703) 308-0294.  NOTE: If applicant *does* submit a paper by fax, the original signed copy should be retained by the applicant or applicant's representative.  NO DUPLICATE COPIES SHOULD BE SUBMITTED so as to avoid the processing of duplicate papers in the Office.  Please advise the examiner at the telephone number above before facsimile transmission.

cmk
September 24, 1998

LILA FEISEE
SUPERVISORY PATENT EXAMINER
GROUP 1800

ZG 000361

| **Notice of References Cited** | | Application No.<br>08/980,400 | Applicant(s)<br>Sledziewski et al. | | | |
|---|---|---|---|---|---|---|
| | | Examiner<br>Claire M. Kaufman | Group Art Unit<br>1646 | | Page 1 of 1 | |

**U.S. PATENT DOCUMENTS**

| | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| | A | 5,750,375 | 5/12/98 | Sledziewski et al. | 435 | 89.7 |
| | B | 5,155,027 | 10/13/92 | Sledziewski et al. | 435 | 68.7 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

**NON-PATENT DOCUMENTS**

| | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

9/24/98

ZG 000362

Form PTO 948 (Rev. 10-94)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. 980400

# NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftpersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) 11/26/97 , are
A. ___ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ✓ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of oew, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
Black ink. Color.
___ Not black solid lines. Fig(s)_____
___ Color drawings are not acceptable until petition is granted.
Fig(s)_____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
___ Photographs are not acceptable until petition is granted.
Fig(s)_____
___ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s)_____
___ Poor quality (half-tone). Fig(s)_____
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
___ Chemical or mathematical formula not labeled as separate figure. Fig(s)_____
___ Group of waveforms not presented as a single figure, using common vertical axis with time extending along horizontal axis. Fig(s)_____
___ Individuals waveform not identified with a separate letter designation adjacent to the vertical axis. Fig(s)_____
4. TYPE OF PAPER. 37 CFR 1.84(e)
___ Paper not flexible, strong, white, smooth, nonshiny, and durable. Sheet(s)_____
___ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds copy machine marks oot accepted. Fig(s)_____
___ Mylar, velum paper is not acceptable (too thin). Fig(s)_____
5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
21.0 cm. by 29.7 cm. (DIN size A4)
___ All drawing sheets not the same size. Sheet(s)_____
___ Drawing sheet not an acceptable size. Sheet(s)_____
6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

| Paper size | | | |
|---|---|---|---|
| | 21.6 cm. X 35.6 cm. 21.6 cm. X 33.1 cm. 21.6 cm. X 27.9 cm. 21.0 cm. X 29.7 cm. | | |
| | (8 1/2 X 14 inches) (8 1/2 X 13 inches) (8 1/2 X 11 inches) (DIN Size A4) | | |
| T 2 cm (2") | 2.5 cm. (1") | 2.5 cm. 1" | 2.5cm. |
| L .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5 cm. |
| R .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
| B .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

___ Margins do not conform to chart above.
Sheet(s)_____
___ Top (T) ___ Left (L) ___ Right (R) ___ Bottom (B)
7. VIEWS. 37 CFR 1.84(h)
REMINDER: Specification may require revision to correspond to drawing changes.
___ All views not grouped together. Fig(s)_____
___ Views connected by projection lines or lead lines. Fig(s)_____
___ Partial views. 37 CFR 1.84(h) 2

___ View and enlarged view not labled separately or properly. Fig(s)_____
___ Sectional views. 37 CFR 1.84 (h) 3
3 ___ Hatching not indicated for sectional portions of an object. Fig(s)_____
___ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)_____
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
___ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)_____
9. SCALE. 37 CFR 1.84(k)
___ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s)_____
___ Indication such as "actual size" or scale 1/2" not permitted. Fig(s)_____
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
___ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings). Fig(s)_____
11. SHADING. 37 CFR 1.84(m)
___ Solid black shading areas not permitted. Fig(s)_____
___ Shade lines, pale, rough and blurred. Fig(s)_____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
___ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(l) Fig(s)_____
___ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(l) Fig(s)_____
___ English alphabet not used. 37 CFR 1.84(p)(2) Fig(s)_____
✓ Numbers, letters, and reference characters do not measure at least .32 cm. (1/8 inch) in height. 37 CFR(p)(3) Fig(s) 11-12
13. LEAD LINES. 37 CFR 1.84(q)
___ Lead lines cross each other. Fig(s)_____
___ Lead lines missing. Fig(s)_____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
___ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)_____
15. NUMBER OF VIEWS. 37 CFR 1.84(u)
___ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)_____
___ View numbers not preceded by the abbreviation Fig. _____
16. CORRECTIONS. 37 CFR 1.84(w)
___ Corrections oot made from prior PTO-948. Fig(s)_____
17. DESIGN DRAWING. 37 CFR 1.152
___ Surface shading shown oot appropriate. Fig(s)_____
___ Solid black shading not used for color contrast. Fig(s)_____

COMMENTS:

ATTACHMENT TO PAPER NO. 6    REVIEWER _____    DATE 8/2/98

PTO Copy

ZG 000363



I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D. C. 20231 on March 1, 1999.

TOWNSEND and TOWNSEND and CREW LLP
By

#7
chh
4-10-99
Patent

Attorney Docket No. 13952A-005321

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of ) | |
| Andrzej Z. Sledziewski et al. ) | Examiner: C. Kaufman |
| Serial No.: 08/980,400 ) | Art Unit No.: 1646 |
| Filed: November 26, 1997 ) | |
| For: METHODS OF PRODUCING ) | PETITION TO EXTEND TIME |
| SECRETED RECEPTOR ANALOGS ) | UNDER 37 CFR 1.136(a) |
| AND BIOLOGICALLY ACTIVE ) | |
| DIMERIZED POLYPEPTIDE ) | |
| FUSIONS ) | |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Applicants petition the Commissioner of Patents and Trademarks for an extension of time for response to the Office Action dated September 28, 1998 for three (3) months, from December 28, 1998 to March 28, 1999. An Amendment is enclosed herewith.

Please charge the fee of $870 to Townsend and Townsend and Crew LLP Deposit Account No. 20-1430. Please charge any additional fees or credit overpayment to the above deposit account. This petition is submitted in triplicate.

04/12/1999 HHORTON  00000005 201430  08980400
01 FC:117                          870.00 CH

Respectfully submitted,

Dated: 3/28/99     By: _____
                   Jeffrey P. King
                   Reg. No. 38,515

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
(206) 467-9600
I:\13952\53\2-1EXTEND.tim



I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Assistant Commissioner for Patents,
Washington, D.C. 20231,
on     3/29/99

TOWNSEND and TOWNSEND and CREW LLP

By

PATENT

Attorney Docket No. 13952A-005321

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                  )
                                       )
Andrzej Z. Sledziewski et al.          )    Examiner: C. Kaufman
                                       )
Application No.: 08/980,400            )    Art Unit: 1646
                                       )
Filed: November 26, 1997               )    AUTHORIZATION FOR PAYMENT OF
                                       )    FEES UNDER 37 CFR §1.20(d)
For: METHODS OF PRODUCING             )
     SECRETED RECEPTOR ANALOGS        )
     AND BIOLOGICALLY ACTIVE          )
     DIMERIZED POLYPEPTIDE            )
     FUSIONS                          )
                                      )

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        Pursuant to filing a Terminal Disclaimer, Applicants
hereby authorize payment of the statutory disclaimer fee,
pursuant to 37 CFR §1.20(d), of $110.00 by charging the fee to
Deposit Account No. 20-1430.  Please charge any additional fees
or credit overpayment to the above Deposit Account.  This
Petition is submitted in triplicate.

                         Respectfully submitted,

                         Jeffrey J. King
                         Reg. No. 38,515

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(206) 467-9600
Fax (206) 623-6793
JJK/kg

i:\13952\53\2-1term.Trn

ZG 000365

#8/C
CPW
4-10-99

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D. C. 20231 on March 29, 1999.

TOWNSEND and TOWNSEND and CREW LLP

By _____

Patent
Attorney Docket No. 13952A-005321

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the application of        )
                                )    Examiner:  C. Kaufman
Andrzej Z. Sledziewski et al.   )
                                )    Group Art Unit:  1646
Serial No. 08/980,400           )
                                )    AMENDMENT
Filed:  November 26, 1997       )
                                )
For:  METHODS OF PRODUCING      )
      SECRETED RECEPTOR         )
      ANALOGS AND BIOLOGICALLY  )
      ACTIVE DIMERIZED          )
      POLYPEPTIDE FUSIONS       )
_____)

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the Office Action of September 28, 1998, Applicants respectfully request reexamination and reconsideration of the above-identified application in view of the following amendments and remarks.

IN THE CLAIMS:

Please cancel claim 44, without prejudice.

Please amend claims 29-43 and 45-58 as follows:

1
2
3
4

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 2

29. (Amended) A biologically active, dimerized
polypeptide fusion, comprising:

first and second polypeptide chains, wherein each
of said polypeptide chains comprises a non-immunoglobulin
polypeptide requiring dimerization for biological activity joined
to a dimerizing protein heterologous to said non-immunoglobulin
polypeptide.

30. (Amended) The biologically active, dimerized
polypeptide fusion of claim 29 which is a homodimer.

31. (Amended) The biologically active, dimerized
polypeptide fusion of claim 29 wherein the dimerizing protein of
one of said polypeptide chains comprises an immunoglobulin heavy
chain constant region.

32. (Amended) The biologically active, dimerized
polypeptide fusion of claim 31 wherein the immunoglobulin heavy
chain constant region is joined to an immunoglobulin hinge
region.

33. (Amended) The biologically active, dimerized
polypeptide fusion of claim 31 wherein the immunoglobulin heavy
chain constant region is joined to an immunoglobulin variable
region.

34. (Amended) The biologically active, dimerized
polypeptide fusion of claim 33 wherein the immunoglobulin
variable region is selected from the group consisting of $V_H$, $V\kappa$,
and $V\lambda$.

35. (Amended) The biologically active, dimerized
polypeptide fusion of claim 29 wherein the dimerizing protein one

149

ZG 000367

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 3

of said polypeptide chains comprises an immunoglobulin heavy
chain constant region domain selected from the group consisting
of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a $\gamma$, $\alpha$, $\epsilon$, $\mu$, or $\delta$ class
immunoglobulin heavy chain.

36. (Amended) The biologically active, dimerized
polypeptide fusion of claim 29 wherein the dimerizing protein of
one of said polypeptide chains comprises an immunoglobulin light
chain constant region.

37. (Amended) A biologically active,
multimerized polypeptide fusion, comprising:
    a non-immunoglobulin polypeptide requiring
multimerization for biological activity joined to an
immunoglobulin light chain constant region; and
        an immunoglobulin heavy chain constant region
domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and
$C_H4$.

38. (Amended) The biologically active,
multimerized polypeptide fusion of claim 37 which is a tetramer
comprising four polypeptide fusions each having a non-
immunoglobulin polypeptide joined to a multimerizing protein.

39. (Amended) [The] A biologically active,
multimerized polypeptide fusion [of claim 37 wherein the
multimerizing protein comprises] comprising: a non-immunoglobulin
polypeptide requiring multimerization for biological activity
joined to an immunoglobulin light chain constant region; and
        an immunoglobulin light chain.

40. (Amended) The biologically active,
multimerized polypeptide fusion of claim 39 wherein the

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 4

3    immunoglobulin heavy chain constant region is joined to an
4    immunoglobulin hinge region.

1         41.    (Amended)  The biologically active,
2    multimerized polypeptide fusion of claim 25 wherein the
3    immunoglobulin heavy chain constant region is joined to an
4    immunoglobulin variable region.

1         42.    (Amended)  The biologically active,
2    multimerized polypeptide fusion of claim 41 wherein the
3    immunoglobulin variable region is selected from the group
4    consisting of $V_H$, $V\kappa$, and $V\lambda$.

1         43.    (Amended)  The biologically active,
2    multimerized polypeptide fusion of claim 27 [wherein the]
3    including a multimerizing protein which comprises an
4    immunoglobulin heavy chain constant region domain selected from
5    the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a $\gamma$, $\alpha$, $\epsilon$, $\mu$, or
6    $\delta$ class immunoglobulin heavy chain.

1         45.    (Amended)  The biologically active,
2    heteromultimeric polypeptide fusion, comprising:
3              a first polypeptide fusion comprising a first non-
4    immunoglobulin polypeptide joined to a first multimerizing
5    protein heterologous to said first non-immunoglobulin polypeptide
6    and a second polypeptide fusion comprising a second non-
7    immunoglobulin polypeptide joined to a second multimerizing
8    protein heterologous to said second non-immunoglobulin
9    polypeptide.

1         46.    (Amended)  The biologically active,
2    heteromultimeric polypeptide fusion of claim 45 wherein the first
3    and second non-immunoglobulin polypeptides each comprise an amino

142

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 5

4    acid sequence selected from the group consisting of (A) the amino
5    acid sequence [of Figures 1A-1D (Sequence ID Numbers 1 and 2)]
6    Sequence ID NO:2, and (B) the amino acid sequence of [Figures
7    11A-11D (Sequence ID Numbers 35 and 36)] Sequence ID NO:36.

1        47. (Amended)  The biologically active,
2    heteromultimeric polypeptide fusion of claim 45 wherein the first
3    multimerizing protein is different from the second multimerizing
4    protein.

1        48. (Amended)  The biologically active,
2    heteromultimeric polypeptide fusion of claim 47 wherein the first
3    and second non-immunoglobulin polypeptides are the same.

1        49. (Amended)  The biologically active,
2    heteromultimeric polypeptide fusion of claim 45 wherein the first
3    and second multimerizing proteins each comprise an immunoglobulin
4    heavy chain constant region or an immunoglobulin light chain
5    constant region.

1        50. (Amended)  The biologically active,
2    heteromultimeric polypeptide fusion of claim 45 which comprises a
3    first polypeptide fusion having a first non-immunoglobulin
4    polypeptide joined to a first immunoglobulin constant region and
5    a second polypeptide fusion having a second non-immunoglobulin
6    polypeptide fused to a second immunoglobulin constant region
7    different from the first immunoglobulin constant region.

1        51. (Amended)  The biologically active,
2    heteromultimeric polypeptide fusion of claim 50 wherein the first
3    multimerizing protein comprises an immunoglobulin heavy chain
4    constant region and the second multimerizing protein comprises an
5    immunoglobulin light chain constant region.

142

ZG 000370

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 6

52. (Amended)  The biologically active,
heteromultimeric polypeptide fusion of claim 45 wherein one of
said multimerizing proteins comprises an immunoglobulin heavy
chain constant region joined to an immunoglobulin hinge region.

53. (Amended)  The biologically active,
heteromultimeric polypeptide fusion of claim 45 wherein one of
said multimerizing proteins comprises an immunoglobulin heavy
chain constant region joined to an immunoglobulin variable
region.

54. (Amended)  The biologically active,
heteromultimeric polypeptide fusion of claim 53 wherein the
immunoglobulin variable region is selected from the group
consisting of $V_H$, $V\kappa$, and $V\lambda$.

55. (Amended)  The biologically active,
heteromultimeric polypeptide fusion of claim 45 wherein one of
said multimerizing proteins comprises an immunoglobulin heavy
chain constant region domain selected from the group consisting
of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a $\gamma$, $\alpha$, $\epsilon$, $\mu$, or $\delta$ class
immunoglobulin heavy chain.

56. (Amended)  The biologically active,
heteromultimeric polypeptide fusion of claim 45 wherein said
multimerized polypeptide fusion comprises a first polypeptide
fusion comprising a first receptor or receptor domain requiring
multimerization for activity joined to a first immunoglobulin
constant region and a second polypeptide fusion comprising a
second receptor or receptor domain requiring multimerization for
activity joined to a second immunoglobulin constant region.



ZG 000371

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 7

1       57. (Amended)  The biologically active,
2  heteromultimeric polypeptide fusion of claim 56 wherein one of
3  said receptor domains comprises a ligand binding domain.

1       58. (Amended)  The biologically active,
2  heteromultimeric polypeptide fusion of claim 45 which is a
3  heterotetramer comprising four polypeptide fusions each having a
4  non-immunoglobulin polypeptide joined to a multimerizing protein.

## REMARKS

        With entry of this amendment, claims 29-43 and 45-58
are pending in the Application.  By this amendment, claim 44 has
been canceled, as the subject matter of this claim is embodied
elsewhere in the pending claims as amended herein.  Claims 29-43
and 45-58 have been amended for clarity in accordance with the
Examiner's suggestions.  All of the amendments presented herein
are fully supported by the specification and no new matter has
been added to the application.  Entry of this amendment is
respectfully requested.


Information Disclosure Statement

        The Office reports that three references cited in the
IDS submitted in the present applications were missing from the
parent applications at the time the current application was
abandoned.  Applicants submit herewith copies of the three
references, BD (Ellis et al.), CK (Struhl et al.), and CL (Broach
et al.) as suggested by the Office.  The Office states that these
references will be considered as part of the Original IDS
submitted prior to the first action on the merits (Office Action
at page 2, paragraph 3).

145

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 8

Formal Requirements

Claim 39 is objected to under 37 C.F.R. § 1.75(c), as being of improper dependent form for failing to further limit the subject matter of a previous claim, claim 37. This objection is overcome by the amendment to claim 37 herein to clarify and recast the subject matter of the claim in independent form.

Claim 36 has been amended in accordance with the Office's suggestion. Applicants have also amended claim 43 to correct a lack of antecedent basis for the term "mutimerizing protein".

Double Patenting

Claims 29-36, 45-53 and 55-57 are rejected under the judicially created doctrine of obviousness-type double patenting over claims 1-9 of U.S. Patent No. 5,750,375. Claims 29-31, 35 and 36 are provisionally rejected for obviousness-type double patenting over claim 1 of U.S. Patent No. 5,155,027. Lastly, claims 29-58 are provisionally rejected for obviousness-type double patenting over claims 1-49 of copending application Serial No. 08/475,458 (now issued as U.S. Patent No. 5,843,725).

All of the above-identified double patenting rejections are overcome by the terminal disclaimer filed herewith. This disclaimer is filed solely to advance the application to issuance, and Applicants do not acquiesce to the merits of the imposed double patenting rejections. Thus, Applicants reserve the right to distinguish the inventions set forth in the subject claims.

Patentability Under 35 U.S.C. § 112

The specification stands objected to and claims 45 and 46 and dependent claims 47-58 rejected under 35 U.S.C. § 112, second paragraph. In particular, the Office asserts that recitation of amino acid sequences in claim 46 by reference to

ZG 000373

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 9

figures setting forth both amino acid and nucleic acid sequences
is indefinite. While Applicants submit that no indefiniteness
arises in this context, the claim has been amended for clarity as
suggested by the Office to obviate the stated objection.

With respect to claim 45, the Office objects to the
language "heteromultimeric polypeptide fusion" on the basis that
the claim dose not specify which part(s) of the fusion makes the
polypeptide a heteromultimer as opposed to a homomultimer.
Applicants respectfully submit that the claim in question clearly
conveys the subject matter of the invention. In particular, one
skilled in the art will readily understand that polypeptides
requiring dimerization for biological activity include both
homodimers and heterodimers. With specific regard to
heteromultimers, the claimed polypeptide fusions can be
heteromultimeric as a result of different multimerizing proteins
(e.g., a multimer comprising immunoglobulin heavy and light chain
constant regions), or different non-Ig polypeptides. Thus, the
subject matter of the claims is reasonably distinct.

Claims 37 and 39-44 are rejected under 35 U.S.C. § 112,
second paragraph, as allegedly incomplete for omitting essential
elements. More specifically, the Office contends that the
recited components "do not form a multimerizing polypeptide
fusion because nothing multimerizes with the non-Ig polypeptide."
Applicants respectfully traverse and submit that all essential
components are set forth in the claim. In particular, the
specification clearly discloses that, for example, the recited
immunoglobulin light chain constant region is a multimerizing
protein. As set forth in the subject claims, nothing is required
to multimerize per se to the non-Ig polypeptide, but instead
multimerization can occur with an immunoglobulin light chain
constant region to which the non-Ig polypeptide is joined.

Claims 29-58 stand rejected under 35 U.S.C. § 112,
second paragraph. In particular, the Office contends that the

ZG 000374

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 10

claims are not directed to the subject matter which Applicants
regard as their invention because they do not recited that the
subject polypeptide fusions are "secreted" and "biologically
active."

Although Applicants believe that the original claims
clearly set forth the subject matter of the invention, the claims
have nonetheless been amended herein for clarity to recite that
the subject polypeptide fusions are "biologically active."  The
claims have not been amended to include the term "secreted," as
this term has no limiting significance with respect to the
claimed polypeptide fusions.  On the contrary, the term
"secreted" merely refers to a process limitation, and the subject
claims are not product-by-process claims.  Moreover, a
requirement for recitation of the term "secreted" would be
inconsistent with the Office's assertion at page 4 of the Office
Action, paragraph 8, that "the currently claimed dimerized,
multimerized, and heteromultimerized polypeptide fusions cannot
be produced by a means other than the method of the patented
claim" (which patented claims recite secretion).

Priority
        The Office contends that application 07/347,291, filed
05/02/89 fails to disclosed the concept of multimerized or
heteromultimerized polypeptide fusions as presently claimed,
whereby the priority for this aspect of the present invention is
allegedly assigned to application 07/634,510, filed 12/27/90.
Applicants respectfully disagree.
        The '291 application clearly discloses the concept of
multimerized or heteromultimerized polypeptide fusions--
throughout the specification.  Specific examples are provided,
for example, in Example 12C (PDGF receptor-light chain fusion co-
expressed with heavy chain), Example 12E (PDGF receptor-heavy
chain fusion co-expressed with light chain), and Example 12F (co-

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 11

expression of heavy and light chain sequences each fused to PDGF
receptor sequences). Additional examples are disclosed in 12G
and 12H. Appropriate recognition of priority for multimerized
and heteromultimerized polypeptide fusions extending to the '291
application is therefore earnestly solicited.

<u>Patentability Under 35 U.S.C. § 102</u>

     Claims 37-45, 47-55 and 58 are rejected under 35 U.S.C.
§ 102(b) as allegedly anticipated by Capon et al. Applicants
respectfully traverse.

     The cited Capon et al. reference is clearly not
entitled to its earliest claimed priority date for the teachings
attributed to it by the Office. On the contrary, the Capon et
al. priority case, Serial No. 07/315,015 (courtesy copy
enclosed), merely discloses fusion of a single receptor,
lymphocyte homing receptor or LHR, to immunoglobulin chains or
fragments thereof for the purpose of enhancing plasma half-life.
[see, page 13 at lines 4-35]. The instant claims 37-45, 47-55,
and 58 are fully supported by the priority application serial No.
07/347,291, filed May 2, 1989, as noted above. The following is
a non-limiting, exemplary table showing support for each of the
subject claims within the '291 specification.

| Claim | Support in '291 |
|---|---|
| 37 | p. 22, line 19 - p. 23, line 10; p. 65, line 1 - p. 67, line 5 |
| 38 | p. 69, lines 1 - 15 |
| 39 | p. 22, lines 10 - 18; lines 32 - 35 |
| 40 | p. 22, lines 10 - 18 |
| 41 | p. 22, lines 10 - 15; p. 69, line 17 - p. 70, line 21 |
| 42 | p. 23, lines 12 - 13 |
| 43 | p. 23, lines 7 - 13 |
| 44 | p. 22, line 19 - p. 23, line 10; p. 65, line 1 - p. 67, line 5 |
| 45 | p. 69, lines 1 - 15 |
| 47 | p. 69, lines 1 - 15 |
| 48 | p. 69, lines 1 - 15 |

Andrzej Z. Sledziewski
Serial No. 08/980,400
Page 12

| | |
|---|---|
| 49 | p. 69, lines 1 - 15 |
| 50 | p. 69, lines 1 - 15 |
| 51 | p. 69, lines 1 - 15 |
| 52 | p. 67, lines 8 - 12; p. 69, lines 1 - 15 |
| 53 | p. 22, lines 12 - 15 |
| 54 | p. 23, lines 12 - 13 |
| 55 | p. 23, lines 7 - 10 |
| 56 | p. 69, lines 1 -15l |

In light of Applicants' clear priority and the deficiencies of the Capon et al. priority disclosure, the rejection of claims 37-45, 47-55 and 58 under 35 U.S.C. § 102(b) is believed to be overcome.

In view of the above amendments to the claims and accompanying remarks, Applicants believe that each rejection has been addressed and overcome and that the application is now in condition for allowance. Notice to that effect is requested. If for any reason, however, the Examiner feels that a telephone conference would expedite prosecution of the subject application, the Examiner is invited to telephone the undersigned at 206/467-9600.

Respectfully submitted,

Dated: 3/28/99

By: _Jeffrey J. King_
Reg. No. 38,515

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Fl.
San Francisco, California 94111
(206) 467-9600

JJK/kg
i:\13952\53\2-1amend

C.

ZG 000377

# Exhibit 8



UNITED STATES    ARTMENT OF COMMERCE
Patent and Tradem..rk Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTY. DOCKET NO. |
|---|---|---|---|---|
| 08/475,458 | 06/07/95 | SLEDZIEWS' | | |
| | | | EXAMINER | |

18N2/1/24

| ART UNIT | PAPER NUMBER |
|---|---|
| | 9 |

JEFFREY J. KING
STRATTON BALLEW PLLC
1218 THIRD AVENUE, SUITE 1312
SEATTLE WA 98101

DATE MAILED:

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☒ Responsive to communication(s) filed on 5/16/96

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____3_____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) 1-14 and 20-25 _____ is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) 1-14 and 20-25 _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claim(s) _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of Reference Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). 6

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--SEE OFFICE ACTION ON THE FOLLOWING PAGES--

PTOL-326 (Rev. 9/95)                                           * U.S. GPO: 1996-404-464

ZG 001242

Serial Number: 08/475,458                                          Page 2

Art Unit: 1812

## DETAILED ACTION

1.     The preliminary amendments filed on 6/7/95 (paper #3) and 8/31/95 (paper #4) have been entered.

### *Priority*

2.     Methods involving a heterodimeric PDGF receptor (-R) or the amino acid sequence of Fig. 11 is being assigned the priority date for Application 08/180,195 of 1/11/94. That is the first application in the series which discloses Figure 11 (PDGF-α-receptor). As a result general dimerization, excluding heteromeric dimerization or involvement of amino acids from Fig. 11, will be assumed to be homodimerization (of PDGF-β receptor where PDGF receptor is mentioned) with an assigned priority date extending to application 07/347,291 filed on 5/2/89. A secreted PDGF receptor (encompassing a single chain) is assigned priority to application 08/146,877 filed 1/22/88.

3.     As applicant desires priority under 35 U.S.C. 120 based upon a previously filed copending application, specific reference to the earlier filed application has been made in the first sentence of the specification of the instant application. The status of non-provisional application(s) (whether patented or abandoned) should also be included. If a parent application has become a patent, the expression "now Patent No._____" should follow the filing date of the parent application, in this case of 08/180,195. If a parent application has become abandoned, the expression "now abandoned" should follow the filing date of the parent application, in this case 07/634,510.

4.     Applicant is advised of possible benefits under 35 U.S.C. 119(a)-(d), wherein an application for patent filed in the United States may be entitled to the benefit of the filing date of a prior application filed in a foreign country. In the current instance, the Applicant may

Serial Number: 08/475,458                                    Page 3

Art Unit: 1812

wish to claim priority to EP 89100.87.4 filed 1/18/89. A certified copy of this application is present in parent application 07/347,291.

### Information Disclosure Statement

5.    The IDS submitted May 16, 1996 has been considered. The parent applications containing references cited were missing 3 references at the time the current application was examined. Accordingly, references CI (Ellis et al.) , FK (Struhl et al.), and FL (Broach et al.) were not consideration. Applicants may, in response to this action, submit copies of any references listed on the PTO 1449 which have not been considered. No fee or additional PTO 1449 is required with such a submission as it will be considered to have been part of the original IDS submitted prior to the first action on the merits.

### Drawings

6.    Figures 1 and 11 of the instant application are presented on multiple panels. 37 C.F.R. § 1.84 (u)(1) states that when partial views of a drawing which are intended to form one complete view, whether contained on one or several sheets, must be identified by the same number followed by a capital letter. The five sheets of drawing which are labeled "Figure 1" in the instant specification should be renumbered Figure 1A, 1B,..., and 1E. Similarly, "Figure 11" sheets should be renumbered Figure 11A...11D. Applicant is reminded that once the drawings are changed to meet the separate numbering requirement of 37 C.F.R. § 1.84 (u)(1), Applicant is required to file an amendment under 37 C.F.R. § 1.312 to change the Brief Description of the Drawings and the rest of the specification accordingly. If, for example, Figure 1 is divided into Figures 1A, 1B and 1C, then the Brief Description and all references to this figure in the specification must refer to Figures 1A, 1B, and/or 1C.

Serial Number: 08/475,458                                      Page 4

Art Unit: 1812

7.    This application has been filed with informal drawings which are acceptable for examination purposes only.  It is noted that Figures 4-6 have insufficient top margins such that punch holes required to enter the figures in the application have obliterated part of the figures. Figures 1, 2, 7-9 have been cropped, apparently during copying, and are missing part of the figures as a result.  These errors will have to be corrected should the application be allowed. Refer also to form PTO-948.

### Specification

8.    The disclosure is objected to because of the following informalities: p. 14, line 24, the punctuation for "$\mu$ promoter, $\mu$ enh; $\mu$ enhancer" should be --$\mu$ promoter; $\mu$ enh, $\mu$ enhancer--; p. 16, line 18, "and/or are" should be --and/or is--; and p. 25, line 27, "varable" should be --variable--.

Appropriate correction is required.

### Claim Objections

9.    Claim 21 is objected to because of the following informality: on line 12 of the claim, "immunoglobulint" should be "immunoglobulin".  Appropriate correction is required.

### Double Patenting

10.    A rejection based on double patenting of the "same invention" type finds its support in the language of 35 U.S.C. 101 which states that "whoever invents or discovers any new and useful process ... may obtain a patent therefor ..." (Emphasis added).  Thus, the term "same invention," in this context, means an invention drawn to identical subject matter. *Miller v. Eagle Mfg. Co.*, 151 U.S. 186 (1894); *In re Ockert*, 245 F.2d 467, 114 USPQ 330 (CCPA 1957); and *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970).

A statutory type (35 U.S.C. 101) double patenting rejection can be overcome by canceling or amending the conflicting claims so they are no longer coextensive in scope.  The

ZG 001245

Serial Number: 08/475,458                                     Page 5

Art Unit: 1812

filing of a terminal disclaimer cannot overcome a double patenting rejection based upon 35
U.S.C. 101.

Claims 21-24 are provisionally rejected under 35 U.S.C. 101 as claiming the same

invention as that of claims 21-24 of copending Application No. 08/477,329. This is a

provisional double patenting rejection since the conflicting claims have not in fact been

patented.

11.    The non-statutory double patenting rejection, whether of the obviousness-type or non-
obviousness-type, is based on a judicially created doctrine grounded in public policy (a policy
reflected in the statute) so as to prevent the unjustified or improper timewise extension of the
"right to exclude" granted by a patent. *In re Thorington*, 418 F.2d 528, 163 USPQ 644
(CCPA 1969); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); *In re Van Ornum*,
686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Longi*, 759 F.2d 887, 225 USPQ 645
(Fed. Cir. 1985); and *In re Goodman*, 29 USPQ2d 2010 (Fed. Cir. 1993).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(b) and (c) may be
used to overcome an actual or provisional rejection based on a non-statutory double patenting
ground provided the conflicting application or patent is shown to be commonly owned with
this application. See 37 CFR 1.78(d).

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal
disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37
CFR 3.73(b).

11a.    Claim 2 is rejected under the judicially created doctrine of double patenting over claim
1 of U. S. Patent No. 5,155,027 since the claim, if allowed, would improperly extend the
"right to exclude" already granted in the patent.

The subject matter claimed in the instant application is fully disclosed in the patent and

is covered by the patent since the patent and the application are claiming common subject

matter, as follows: The patented claim is to a method of producing a secreted, biologically

active, dimerized polypeptide fusion comprising (in short): introducing into a host cell 1st) a

construct with a promoter, a secretory sequence, a DNA encoding a non-immunoglobulin (Ig)

ZG 001246

Serial Number: 08/475,458                                    Page 6

Art Unit: 1812

polypeptide dimer requiring dimerization for activity, a DNA encoding an Ig light chain
constant region ($C_L$); and 2nd) a construct with a promoter, a secretory sequence, a DNA
encoding a non-immunoglobulin (Ig) polypeptide dimer requiring dimerization for activity, a
DNA encoding an Ig heavy chain constant ($C_H$) region; growing said host cell to allow
secretion of dimerized polypeptide, and isolating the dimerized polypeptide.

The claim of the current application has all the above steps and components of the
patented method with the exception of specifying that the second construct contains a non-Ig
polypeptide. However, because the pending claim uses the open language "comprises", such a
non-Ig polypeptide is within the scope of the claim.


11b.  Claim 3-7, 8-9, 11-13, 20 and 22 is rejected under the judicially created doctrine of
obviousness-type double patenting as being unpatentable over claim 1 of U.S. Patent No.
5,567,584 in view of Gronwald et al. (GD).

The subject matter claimed in the instant application is fully disclosed in the patent and
is covered by the patent since the patent and the application are claiming common subject
matter, as described in section 11a above.

Gronwald et al. teach in Figure 2 the nucleotide and predicted amino acid sequence of
PDGF-R. The sequence is 100% identical to the sequence shown in Fig. 1 of the current
application at the amino acid level. The signal sequence ends at the amino acid residue 33, and
the transmembrane sequence begins at amino acid position 532 (Fig. 2). The DNA encoding
the whole receptor was cloned into a vector expressed in BHK and human dermal fibroblast
cells (p. 3435, last ¶). A promoter operably linked to the PDGF-R gene was necessary for
expression and present in the phPDGFR construct. They do not teach PDGF-R connected to
an Ig region.

It would have been obvious to one skilled in the art at the time the invention was made
to use the extracellular portion of PDGF-R (*i.e.*, that between the signal peptide and

ZG 001247

Serial Number: 08/475,458

Page 7

Art Unit: 1812

transmembrane domain) as the non-Ig polypeptide. Further, it would have been obvious to use any promoter functional in the cell being used, for example the mouse $V_H$ or $V_K$ promoter, and to produce the secreted receptor in convenient cells in which there existed a polymerase for the promoter used (e.g., mouse myeloma cells). The open language comprising used in the patented claim encompasses the addition of a hinge region which would facilitate dimerization. Choosing a cell line and promoter for expression of a construct were routine and would have been a well known process for one of ordinary skill in the art. One would have been motivated to use the extracellular domain of PDGF-R (from approximately amino acid residues 29-531) in this method in order to produce a secreted receptor for use in ligand isolation and in diagnostic assays to detect PDGF in biological samples. One would have had a reasonable expectation of obtaining a secreted PDGF receptor analog using the method of the patented claim. The broad patented claim encompasses the specific embodiments presented in the claims of the current application and renders them *prima facie* obvious.

11c.    Claims 21, 23, 25 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claim 1 of U.S. Patent No. 5,567,584 in view of Matsui et al. (U).

The subject matter claimed in the instant application is fully disclosed in the patent and is covered by the patent since the patent and the application are claiming common subject matter, as described in section 11a above.

Matsui et al. teach in Figure 1 the predicted amino acid sequence PDGF-R depicted in Fig. 11 of the current application. The two sequences are 99.9% identical, varying only at amino acid number 260, which is in the putative transmembrane region. According to Matsui et al. the signal sequence ends at amino acid residue 23 and the transmembrane region begins at residue 525 (Fig. 1). The DNA encoding the whole receptor was cloned into a vector

ZG 001248

expressed in COS-1 cells (Fig. 3). A promoter operably linked to the PDGF-R gene was necessary for expression.

It would have been obvious to one of ordinary skill in the art at the time the invention was made to use the method of the patented claim substituting the extracellular domain of PDGF-R (amino acid residues 24-524) taught by Matsui et al. for the generic non-Ig polypeptide. Further, it would have been obvious to use any promoter functional in the cell being used, for example the mouse $V_H$ or $V_K$ promoter, and to produce the secreted receptor in convenient cells in which there existed a polymerase for the promoter used (*e.g.*, mouse myeloma cells). Choosing a cell line and promoter for expression of a construct were routine and would have been a well known process for one of ordinary skill in the art. The open language comprising used in the patented claim encompasses the addition of a hinge region which would facilitate dimerization. One would have been motivated to use the extracellular domain of PDGF-R in this method in order to produce a secreted receptor for use in ligand isolation and in diagnostic assays to detect PDGF in biological samples. One would have had a reasonable expectation of obtaining a secreted PDGF receptor analog using the method of the patented claim. The broad patented claim encompasses the specific embodiments presented in the claims of the current application and renders them *prima facie* obvious.

11d.   Claims 24 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claim 1 of U.S. Patent No. 5,567,584 in view of Matsui et al. (U) and Gronwald et al. (GD).

The subject matter claimed in the instant application is fully disclosed in the patent and is covered by the patent since the patent and the application are claiming common subject matter, as described in section 11a above.

Matsui et al. teach in Figure 1 the predicted amino acid sequence PDGF-R depicted in Fig. 11 of the current application. The two sequences are 99.9% identical, varying only at

ZG 001249

Serial Number: 08/475,458                                              Page 9

Art Unit: 1812

amino acid number 260, which is in the putative transmembrane region. According to Matsui et al. the signal sequence ends at amino acid residue 23 and the transmembrane region begins at residue 525 (Fig. 1). The DNA encoding the whole receptor was cloned into a vector expressed in COS-1 cells (Fig. 3). A promoter operably linked to the PDGF-R gene was necessary for expression.

Gronwald et al. teach in Figure 2 the nucleotide and predicted amino acid sequence of PDGF-R. The sequence is 100% identical to the sequence shown in Fig. 1 of the current application at the amino acid level. The signal sequence ends at the amino acid residue 33, and the transmembrane sequence begins at amino acid position 532 (Fig. 2). The DNA encoding the whole receptor was cloned into a vector expressed in BHK and human dermal fibroblast cells (p. 3435, last ¶). A promoter operably linked to the PDGF-R gene was necessary for expression and present in the phPDGFR construct. They do not teach PDGF-R connected to an Ig region.

It would have been obvious to one of ordinary skill in the art at the time the invention was made to use the method of the patented claim substituting each of the PDGF-R extracellular domains taught by Matsui et al. and Gronwald et al. for the generic non-IG polypeptide in order to make a secreted heteromeric PDGF-R. Further, it would have been obvious to use any promoter functional in the cell being used, for example the mouse $V_H$ or $V_K$ promoter, and to produce the secreted receptor in convenient cells in which there existed a polymerase for the promoter used (*e.g.*, mouse myeloma cells). Choosing a cell line and promoter for expression of a construct were routine and would have been a well known process for one of ordinary skill in the art. The open language comprising used in the patented claim encompasses the addition of a hinge region which would facilitate dimerization. One would have been motivated to use the extracellular domain of PDGF-R in this method in order to produce a secreted receptor for use in ligand isolation and in diagnostic assays to detect PDGF in biological samples. One would have had a reasonable expectation of obtaining a

ZG 001250

secreted PDGF receptor analog using the method of the patented claim. The broad patented claim encompasses the specific embodiments presented in the claims of the current application and renders them *prima facie* obvious.

Furthermore, there is no apparent reason why applicant was prevented from presenting claims corresponding to those of the instant application during prosecution of the application which matured into a patent. *In re Schneller*, 397 F.2d 350, 158 USPQ 210 (CCPA 1968). See also MPEP § 804.

### *Claim Rejections - 35 USC § 112*

12.    The following is a quotation of the first paragraph of 35 U.S.C. § 112:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 1-13 are rejected under 35 U.S.C. 112, first paragraph, as based on a disclosure which is not enabling. The second component which must dimerize to the non-immunoglobulin polypeptide is critical or essential to the practice of the invention, but not included in the claim(s) is not enabled by the disclosure. *In re Mayhew*, 527 F.2d 1229, 188 USPQ 356 (CCPA 1976).

The claims recite a method for producing a biologically active dimerized polypeptide fusion comprising a non-Ig polypeptide requiring dimerization for biological activity. The claims lack any reference to what that non-Ig polypeptide ia intended to dimerize to in order to become biologically active. No information or guidance is provided to allow the skilled artisan to predict if such a non-Ig polypeptide forms a homo- or heterodimer. A single construct encoding a non-Ig polypeptide that requires heterodimerization to function, even if

ZG 001251

attached to a dimerizing protein will be unable to form a biologically active protein (see claim 14). Additionally, claims 2-13 have similar constructs encoding a non-Ig polypeptide attached to a dimerizing protein (e.g., an Ig heavy chain constant region domain) and a second construct which encodes a complementary dimerizing protein. The expression of both constructs will result in the dimerization of the dimerizing proteins, but because only one construct encodes the non-Ig polypeptide requiring dimerization for biological activity, that non-Ig polypeptide will not have a non-Ig polypeptide partner with which it can associate, so dimerization and subsequent biological activity cannot occur. As claimed, the embodiments are not functional because critical components (namely the second non-Ig polypeptide required for biological activity) is neither specified nor implied.

### *Claim Rejections - 35 USC § 102*

13.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless —

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claim 1 is rejected under 35 U.S.C. 102(b) as being anticipated by Carlson et al. (EJ).

Carlson et al. teach the secreted form of invertase in *S. cervisiae*. This gene contains a promoter that allows expression of the encoded protein (Fig. 3 shows mRNA transcripts; see also TATA-like sequences in Fig. 2). A signal sequence is responsible for the secretion (Fig. 1; p. 442, 1st full ¶; and p. 444, col. 2, end of 1st full ¶). It is admitted in the current specification on p. 23, lines 21-37, that *S. cervisiae* invertase is a dimerizing protein.

### *Claim Rejections - 35 USC § 103*

Serial Number: 08/475,458                                      Page 12

Art Unit: 1812

14.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
section 102 of this title, if the differences between the subject matter sought to be patented and the prior art
are such that the subject matter as a whole would have been obvious at the time the invention was made to a
person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be
negatived by the manner in which the invention was made.

    This application currently names joint inventors.  In considering patentability of the
claims under 35 U.S.C. 103(a), the examiner presumes that the subject matter of the various
claims was commonly owned at the time any inventions covered therein were made absent any
evidence to the contrary.  Applicant is advised of the obligation under 37 CFR 1.56 to point
out the inventor and invention dates of each claim that was not commonly owned at the time a
later invention was made in order for the examiner to consider the applicability of 35
U.S.C. 103(c) and potential 35 U.S.C. 102(f) or (g) prior art under 35 U.S.C. 103(a).

14a.    Claim 20 is rejected under 35 U.S.C. 103(a) as being unpatentable over either Brake

(BO) or Wood et al. (EI) in view of Yarden et al. (AS).

    Brake teaches a general method for producing a secreted protein in eukaryotic cells

(abstract).  The method involves using a construct which comprises a promotor sequence

preceding a leader sequence for secretion joined to a polypeptide sequence (see p. 6, lines 6-

19).  The secreted proteins were also isolated from culture medium by standard column

chromatography means (p. 18, lines 34- p. 19, line 20).

    Wood et al. teach a method of producing secreted antibody chains that are functional

when both light and heavy chains are co-expressed and allowed to dimerize.  This method is

accomplished in the eukaryotic yeast cell.  The constructs consist of a yeast promoter, a signal

sequence, and an Ig chain sequence.  They show that the encoded Ig proteins are secreted in

yeast (p. 447, 2nd ¶, lines 1-4) and are biologically active (Fig. 4).  The soluble antibodies

were isolated by standard centrifugation procedures (Fig. 4).

Serial Number: 08/475,458                                    Page 13

Art Unit: 1812

     Yarden et al. teach a PDGF-R, its nucleotide and deduced amino acid sequence. They also teach general structural features such as a signal sequence, extracellular domain, and transmembrane sequence (Figures 2 and 6).

     It would have been obvious to one of ordinary skill in the art at the time the invention was made to use the constructs of Brake or Wood et al., substituting DNA encoding the extracellular domain of PDGF-R for a polypeptide or the Ig chains taught by Brake or Wood et al., respectively. The sequence data of Yarden et al. provides necessary structural features of PDGF-R as well as homology information comparing it to receptors with similar structures (Figures 5 and 6) so that a sequence encoding an extracellular domain would have been easily determined by one skilled in the art. One would have been motivated to produce a secreted PDGF-R to facilitate detection of PDGF in biological samples or as a pharmaceutical to prevent smooth muscle proliferation in disease states such as atherosclerosis (p. 38, lines 10-14, in the current specification). Soluble receptors were well known in the art. The teachings of Brake or Wood et al. show that recombinant constructs for the production of a secreted protein were known at the time of the invention was made and suggest that the constructs were adaptable to a variety of proteins. Therefore, one would have had expected that other proteins not normally membrane bound (e.g., the extracellular domain of the PDGF-R) would, when put in such a construct, be secreted and functional.

14b.   Claims 14 and 20 are rejected under 35 U.S.C. 103(a) as being unpatentable over Matsui et al. (U) in view of Livneh et al. (CK).

     Matsui et al. teach in Figure 1 the predicted amino acid sequence PDGF-R depicted in Fig. 11 of the current application. The two sequences are 99.9% identical, varying only at amino acid number 260, which is in the putative transmembrane region. According to Matsui et al. the signal sequence ends at amino acid residue 23 and the transmembrane region begins at residue 525 (Fig. 1). The DNA encoding the whole receptor was cloned into a vector

Serial Number: 08/475,458                                    Page 14

Art Unit: 1812

expressed in COS-1 cells (Fig. 3). A promoter operably linked to the PDGF-R gene was
necessary for expression.

Livneh et al. teach that deletion of the transmembrane domain of the human EGF-R
yields an EGF-receptor ligand binding domain which is secreted from eukaryotic cells (abstract
and Fig. 1B).

It would have been obvious to one of ordinary skill in the art at the time the invention
was made to produce a secreted PDGF-R of the subtype described by Matsui et al. by deleting
the transmembrane domain as taught for EGF-R by Livneh. A secreted receptor analog
encompasses a PDGF-R receptor lacking the carboxy-terminal amino acids of the mature
protein beginning at the transmembrane region. One would have been motivated to obtain a
secreted PDGF-R to use it for ligand purification and diagnostic PDGF detection procedures.
One of ordinary skill in the art would have expected to achieve a secreted ligand binding
receptor analog because Livneh et al. showed that EGF-R could be secreted and, as shown by
Matsui et al. (Fig. 1), two PDGF-R subunits and EGF-R are structurally related--including the
organization of the transmembrane domain. Also, it was very well known in the art that
truncating a receptor such that it no longer contained a transmembrane region yielded a
soluble/secreted receptor. Because the naturally occurring PDGF-R amino acid sequences
includes the signal sequence upstream of the ligand-binding domain, one would have been
motivated to leave those sequences intact such that the receptor was processed correctly.

### Prior Art

15.     The prior art made of record and not relied upon is considered pertinent to applicant's
disclosure. Gefter et al. (A) teach chimeric antibodies and an extrinsic polypeptide attached
thereto. Garvin et al. (B) teach a method of expressing a secreted bioactive human
granulocyte macrophage colony stimulating factor from Streptomyces. Castanon et al. (V)
describe expression and secretion of human lysozyme in S. cerevisiae. Schnee et al. (W) teach

ZG 001255

Serial Number: 08/475,458                                        Page 15

Art Unit: 1812

construction and expression of a secreted plasminogen activator-antibody fusion. Bishayee et al. (X) describe ligand-induced dimerization of PDGF-R. Heidaran et al. (Y) describe heterodimerization of PDGF-Rs. Heldin et al. (Z) describe homodimerization of PDGF-R. Duan et al. (U1) describe a soluble extracellular region of PDGF-R dimerizes and binds PDGF. Kanakaraj et al. (U2) describe heterodimerization of PDGF-Rs.

*Conclusion*

16.    No claims are allowed.

      Any inquiry concerning this communication or earlier communications from the examiner should be directed to Claire M. Kaufman, whose telephone number is (703) 305-5791. Dr. Kaufman can generally be reached Monday through Friday from 8:00AM to 4:30PM.

      If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Stephen Walsh, can be reached at (703) 308-2957.

      Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-0196.

      The Art Unit 1812 Fax Center number is (703) 308-0294. NOTE: If applicant *does* submit a paper by fax, the original signed copy should be retained by the applicant or applicant's representative. NO DUPLICATE COPIES SHOULD BE SUBMITTED so as to avoid the processing of duplicate papers in the Office. **Please** advise the examiner at the telephone number above before facsimile transmission.

cmk
18 December 1996

STEPHEN WALSH
SUPERVISORY PATENT EXAMINER
GROUP 1800

ZG 001256

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
First Class Mail in an envelope addressed to:
Assistant Commissioner of Patents and Trademarks
Washington, D. C. 20231 on June 24, 1997.

TOWNSEND and TOWNSEND and CREW LLP

By _Arlene C. Bailund_

Patent
Attorney Docket No. 13952A-53-1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the application of        )
                                )    Examiner:  C. Kaufman
SLEDZIEWSKI et al.              )
                                )    Group Art Unit:  1812
Serial No. 08/475,458          )
                                )
Filed:  June 7, 1995           )
                                )
For: METHODS OF PRODUCING       )    AMENDMENT
     SECRETED RECEPTOR          )
     ANALOGS AND BIOLOGICALLY   )
     ACTIVE DIMERIZED POLY-     )
     PEPTIDE FUSIONS            )

Asst. Commissioner of Patents
  and Trademarks
Washington, D.C. 20231

Dear Sir:

        In response to the Office Action of December 24, 1996,
Applicants respectfully request reexamination and reconsideration
of the above-identified application in view of the following
amendments and remarks.


IN THE SPECIFICATION:

        At page 1, please delete lines 7-11 setting forth
cross-references to related applications and substitute therefor
the following -- This application is a divisional of U.S.
Application Serial No. 08/180,195, filed January 11, 1994, now
Patent No. 5,567,584, which is a continuation of U.S. Application

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 2

Serial No. 07/634,510 filed December 27, 1990, now abandoned,
which is a continuation-in-part of U.S. Application Serial No.
07/347,291, filed May 2, 1989, now Patent No. 5,155,027, which is
a continuation-in-part of U.S. Application No. 07/146,877, filed
January 22, 1988, now abandoned.

At page 6, line 11, please delete "encodes" and
substitute therefor --encoded--.

At page 14, line 6, please delete "Figure 1" and insert
therefor --Figures 1A-1D--.

At page 14, line 7, please delete "illustrates" and
insert therefor --illustrate--.

At page 14, line 24, delete "μ promoter, μ enh; μ
enhancer" and insert therefor --μ promoter; μ enh, μ enhancer--.

At page 15, line 7, please delete "Figure 11
illustrates and insert therefor --Figures 11A-11D illustrate--.

At page 16, line 18, please delete "and/or are" and
insert therefor --and/or is--.

At page 18, line 11, please change "doamin" to
--domain--.

At page 18, line 25, please change "Figure 1" to
--Figures 1A and 1B--.

At page 18, line 27, after "amino acid 531" please
insert --(Figure 1B)--.

At page 18, line 29, please delete "Figure 11" and
insert therefor --Figures 11A and 11B--.

At page 22, line 6, please delete "Figure 1" and insert
therefor --Figures 1A and 1B--.

At page 22, line 9, please delete "Figure 1" and insert
therefor --Figures 1A and 1B--.

At page 22, line 12, please delete "Figure 11" and
insert therefor --Figures 11A and 11B--.

At page 22, line 14, please insert "a" between "of" and
"smaller".

ZG 001282

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 3

At page 25, line 23, please delete "joined is" and substitute therfor --is joined--.

At page 25, line 27, please delete "varable" and insert therefor --variable--.

At page 46, line 1, please delete "Figure 11" and insert therefor --Figures 11A-11D--.

At page 57, line 1, please delete "Figure 1" and insert therefor --Figure 1B--.

At page 57, line 2, please delete "Figure 1" and insert therefor --Figure 1B--.

At page 83, line 34, please delete "Figure 11" and insert therefor --Figure 11A--.

At page 84, line 22, please delete "Figure 11" and insert therefor --Figure 11B--.

At page 84, line 24, please delete "Figure 11" and insert therefor --Figure 11B--.

At page 88, line 7, please delete "was" and substitute therefor --were--.


IN THE CLAIMS:

Kindly amend the claims as follows:

1.    (Amended)  A method for producing a secreted active dimerized polypeptide fusion, comprising:

introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to a dimerizing protein heterologous to said non-immunoglobulin polypeptide;



SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 4

     growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a dimerized polypeptide fusion encoded by said DNA sequence; and

     isolating said dimerized polypeptide fusion from said host cell.

*C3 Cont.*

14-7.   (Amended)  The method of claim 9 wherein said non-immunoglobulin polypeptide requiring dimerization for biological activity is selected from the group consisting of a polypeptide comprising the amino acid sequence of [Figure 1] Figures 1A-1D (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to lysine, number 531, a polypeptide comprising the amino acid sequence of [Figure 1] Figures 1A-1D (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441, and a polypeptide comprising the amino acid sequence of [Figure 11] Figures 11A-11D (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524.

*C4*

19 20 (Amended)  The method of claim 15 wherein said non-immunoglobulin polypeptide requiring dimerization for biological activity is selected from the group consisting of a polypeptide comprising the amino acid sequence of [Figure 1] Figures 1A-1D (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to lysine, number 531 a polypeptide comprising the amino acid sequence of [Figure 1] Figures 1A-1D (Sequence ID Numbers 1 and 2) from isoleucine, number 29, to methionine, number 441, and a polypeptide comprising the amino acid sequence of [Figure 11] Figures 11A-11D (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524.

*C5*

20 21 (Amended)  A method for producing a secreted receptor analog, comprising:

154

ZG 001284

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 5

      introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to at least one secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a ligand-binding domain of a receptor requiring dimerization for biological activity joined to a dimerizing protein <u>heterologous to said ligand-binding domain</u>;

      growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a receptor analog encoded by said DNA sequence; and

      isolating said receptor analog from said host cell.

      Please cancel claims 20-24 without prejudice.

      25. 28 (Amended)  A method for producing a secreted PDGF receptor analog, comprising:

      introducing into a cultured rodent myeloma cell a first DNA construct comprising a mouse $V_H$ promoter operatively linked to a PDGF receptor signal sequence followed downstream of and in proper reading frame with a DNA sequence encoding the amino acid sequence of [Figure 11] <u>Figures 11A-11D</u> (Sequence ID Numbers 35 and 36) from glutamine, number 24 to glutamic acid, number 524, joined to an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ joined to an immunoglobulin hinge region;

      introducing into said cultured rodent myeloma cell a second DNA construct comprising a mouse $V_\kappa$ promoter operatively linked to a PDGF receptor signal sequence followed downstream of and in proper reading frame with a DNA sequence encoding the amino acid sequence of [Figure 1] <u>Figures 1A-1D</u> (Sequence ID Numbers 1 and 2) from isoleucine number 29, to lysine, number 531, joined to an immunoglobulin light chain constant region;



ZG 001285

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 6

*Cle Coveldo*

growing said cultured rodent myeloma cell in an appropriate growth medium under physiological conditions to allow the secretion of a PDGF receptor analog encoded by said first and second DNA sequences; and

isolating said PDGF receptor analog from said cultured myeloma cell.

Please add new claims 29-63 as follows:

*C7*

--29. The method of claim 1 wherein the dimerized polypeptide fusion is a homodimer.

30. The method of claim 1 wherein the dimerizing protein comprises an immunoglobulin heavy chain constant region.

31. The method of claim 30 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin hinge region.

32. The method of claim 30 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin variable region.

33. The method of claim 30 wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, $V\kappa$, and $V\lambda$.

34. The method of claim 1 wherein the dimerizing protein comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a $\gamma$, $\alpha$, $\epsilon$, $\mu$, or $\delta$ class immunoglobulin heavy chain.



SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 7

35. The method of claim 1 wherein the dimerizing protein comprises an immunoglobulin light chain constant region.

36. The method of claim 14 wherein the dimerizing protein comprises an immunoglobulin heavy chain constant region.

37. The method of claim 36 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin hinge region.

38. The method of 36 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin variable region.

39. The method of claim 38 wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, $V\kappa$, and $V\lambda$.

40. The method of claim 14 wherein the dimerizing protein comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a $\gamma$, $\alpha$, $\epsilon$, $\mu$, or $\delta$ class immunoglobulin heavy chain.

41. The method of claim 14 wherein the dimerizing protein comprises an immunoglobulin light chain constant region.

42. A method for producing a secreted active multimerized polypeptide fusion, comprising:
   introducing into a eukaryotic host cell a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a non-immunoglobulin polypeptide requiring multimerization for biological activity

ZG 001287

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 8

joined to a multimerizing protein ~~heterologous to said non-immunoglobulin polypeptide,~~

growing said host cell in an appropriate growth medium under physiological conditions to allow the secretion of a multimerized polypeptide fusion encoded by said DNA sequence; and

isolating said multimerized polypeptide fusion from said host cell.

~~43~~. [30] The method of claim ~~42~~ [29] wherein said multimerized polypeptide fusion is a tetramer comprising four polypeptide fusions each having a non-immunoglobulin polypeptide joined to a multimerizing protein.

~~44~~. [33] The method of claim ~~42~~ [29] wherein the multimerizing protein comprises an immunoglobulin heavy chain constant region.

~~45~~. [34] The method of claim ~~44~~ [33] wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin hinge region.

46. The method of 44 wherein the immunoglobulin heavy chain constant region is joined to an immunoglobulin variable region.

~~47~~. [36] The method of claim ~~46~~ [35] wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, $V\kappa$, and $V\lambda$.

~~48~~. [31] The method of claim ~~42~~ [29] wherein the multimerizing protein comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a $\gamma$, $\alpha$, $\epsilon$, $\mu$, or $\delta$ class immunoglobulin heavy chain.

158

ZG 001288


SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 9

49. *32* The method of claim *42* *29* wherein the multimerizing protein comprises an immunoglobulin light chain constant region.

50. A method for producing a secreted active heteromultimeric polypeptide fusion, comprising:

introducing into a eukaryotic host cell a first DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a first DNA sequence encoding a first polypeptide fusion comprising a first non-immunoglobulin polypeptide joined to a first multimerizing protein heterologous to said first non-immunoglobulin polypeptide and a second DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a second DNA sequence encoding a second polypeptide fusion comprising a second non-immunoglobulin polypeptide joined to a second multimerizing protein heterologous to said second non-immunoglobulin polypeptide;

growing said host cell in an appropriate growth medium under physiological conditions to allow secretion of said heteromultimeric polypeptide fusion encoded by said DNA sequences; and

isolating said heteromultimeric polypeptide fusion from said host cell.

51. *38* The method of claim *50* *37* wherein the first and second non-immunoglobulin polypeptides each comprise an amino acid sequence selected from the group consisting of (A) the amino acid sequence of Figures 1A-1D (Sequence ID Numbers 1 and 2), and (B) the amino acid sequence of Figures 11A-11D (Sequence ID Numbers 35 and 36).

C7
Cont.

159

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 10

52.   The method of claim 50 wherein the first
multimerizing protein is different from the second multimerizing
protein.

53.   The method of claim 52 wherein the first and
second non-immunoglobulin polypeptides are the same.

54.   The method of claim 50 wherein the first and
second multimerizing proteins each comprise an immunoglobulin
heavy chain constant region or an immunoglobulin light chain
constant region.

55.   The method of claim 50 wherein said
heteromultimeric polypeptide fusion comprises a first polypeptide
fusion having a first non-immunoglobulin polypeptide joined to a
first immunoglobulin constant region and a second polypeptide
fusion having a second non-immunoglobulin polypeptide fused to a
second immunoglobulin constant region different from the first
immunoglobulin constant region.

56.   The method of claim 55 wherein the first
multimerizing protein comprises an immunoglobulin heavy chain
constant region and the second multimerizing protein comprises an
immunoglobulin light chain constant region.

57.   The method of claim 54 wherein one of said
multimerizing proteins comprises an immunoglobulin heavy chain
constant region joined to an immunoglobulin hinge region.

58.   The method of 54 wherein one of said multimerizing
proteins comprises an immunoglobulin heavy chain constant region
joined to an immunoglobulin variable region.

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 11

59. [~~59~~] 49 The method of claim 58 [~~58~~ 48] wherein the immunoglobulin variable region is selected from the group consisting of $V_H$, $V\kappa$, and $V\lambda$.

60. [~~60~~] 39 The method of claim 50 [~~50~~ 41 37] wherein one of said multimerizing proteins comprises an immunoglobulin heavy chain constant region domain selected from the group consisting of $C_H1$, $C_H2$, $C_H3$, and $C_H4$ of a $\gamma$, $\alpha$, $\epsilon$, $\mu$, or $\delta$ class immunoglobulin heavy chain.

61. The method of claim 50 wherein said multimerized polypeptide fusion comprises a first polypeptide fusion comprising a first receptor or receptor domain requiring multimerization for activity joined to a first immunoglobulin constant region and a second polypeptide fusion comprising a second receptor or receptor domain requiring multimerization for activity joined to a second immunoglobulin constant region.

62. The method of claim 61 wherein one of said receptor domains comprises a ligand binding domain.

63. [~~63~~] 43 The method of claim 50 [~~50~~ 41 37] wherein said heteromultimeric polypeptide fusion is a heterotetramer comprising four polypeptide fusions each having a non-immunoglobulin polypeptide joined to a multimerizing protein.

## REMARKS

With entry of this amendment, claims 1-14, 20, 25, and 29-63 are pending in the application. By this amendment, claims 1, 7, 13 and 25 have been amended, claims 21-24 cancelled without prejudice, and new claims 29-63 added to more clearly set forth the subject matter of the invention. All of the amendments

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 12

presented herein are fully supported by the specification, and no new matter has been added to the application. Specific support for new claims 29-63 is found throughout the Specification, for example at pages 5-12, pages 23-25, pages 67-71, pages 71-73, pages 78-83 (Examples 13 and 14), and within the original claims as filed.

<u>Priority</u>
        Applicants respectfully submit that the designation of priority for subject matter in the application set forth in paragraph 2 of the Office Action is in error. Specifically, the Office has assigned priority for the amino acid sequence of Figure 11 (now Figures 11A-11D) to "Application 08/180,195 of 1/11/94." This is not the first application in the present series to disclose the amino acid sequence of Figure 11. Application 08/180,195 is a file wrapper continuation of Application 07/634,510, filed December 27, 1990, which also discloses the subject sequence. Accordingly, correction of the priority assignment for the amino acid sequence of Figures 11A-11D is respectfully requested.
        With regard to available priority under 35 U.S.C. § 119(a)-(d), kindly pointed out by the Office in paragraph 4 of the Office Action, Applicants claimed priority in their original Declaration (copy filed with present application, courtesy copy enclosed) to EP 89100.87.4, filed on January 18, 1989; a certified copy of which was noted by the Office to be present in the parent application.
        Applicants have revised herein the "cross reference to related applications" section of the specification in accordance with the Office's suggestion in paragraph 3 of the Office Action.

ZG 001292

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 13

Information Disclosure Statement

        Referring to paragraph 5 of the Office Action, the
Office has not considered certain references submitted in
Applicants' Information Disclosure Statement filed on May 16,
1996. Applicants submit herewith replacement copies of the
specified references and respectfully request that the Office
consider these references in the application.

Formal Drawings

        The Drawings have been amended to meet the separate
numbering requirement of 37 CFR §1.84 noted in paragraph 6 of the
Office Action. The specification has also been amended to
reflect these changes to Figures 1 and 11. Enclosed herewith are
formal drawings incorporating these changes for the Draftperson's
review and entry into the application.

Specification

        Applicants have amended the specification herein to
satisfy the Office's concerns set forth in paragraph 8 of the
Office Action.

Claim Objections

        Cancellation of claim 21 herein obviates the Office's
concerns set forth in paragraph 9 of the Office Action.

Double Patenting

        The Office Action sets forth a rejection of claims 21-
24 for "same invention type" double patenting over claims 21-24
of copending application Serial No. 08/477,329. Applicants have
cancelled claims 21-24 herein, thereby obviating the rejection.
        The Office has provisionally rejected claim 2 for
alleged obviousness type double patenting over claim 1 of U.S.
Patent No. 5,155,027. Applicants decline to address the merits

ZG 001293

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 14

of this rejection and have instead elected to advance the application to issuance by filing of a Terminal Disclaimer herewith, rendering the rejection moot.

The Office has also provisionally rejected claims 3-7, 8-9, 11-13, 20-25 for alleged obviousness type double patenting over claim 1 of U.S. Patent No. 5,567,584, or over claim 1 of the '584 patent in view of Gronwald and/or Matsui (as set forth in paragraphs 11b-11d of Office Action). The Office contends that "there is no apparent reason why applicant was prevented from presenting claims corresponding to those of the instant application during prosecution of the application which matured into a patent."

Applicants respectfully submit that the assertion of obviousness type double patenting directly contradicts the Office's prior determination that claim 1 of the '584 patent is patentably distinct from the subject matter of present claims 3-7, 8-9, 11-13, and 20-25. This finding was communicated to Applicants in a restriction requirement (Paper No. 6) mailed on February 18, 1992 in U.S. Application 07/634,510, filed December 27, 1990. Accordingly, Applicants could not have presented the instant claims in the same application as claim 1 of the '584 patent, and the '584 patent cannot be cited against the instant claims. 35 U.S.C. § 121.

> A patent issuing on an application with respect to which a requirement for restriction under this section has been made, or on an application filed as a result of such a requirement, shall not be used as a reference either in the Patent and Trademark Office or in the courts against a divisional application or against the original application or any patent issued on either of them.

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 15

In view of the foregoing, Applicants respectfully
request withdrawal of all obviousness type double patenting
rejections set forth in the Office Action.

Patentability Under 35 U.S.C. § 112

The Office has rejected claims 1-13 under 35 U.S.C. §
112 for allegedly failing to recite a "second component which
must dimerize to the non-immunoglobulin polypeptide," which the
Office contends is critical to practicing the invention.
Applicants respectfully traverse this ground of rejection and
submit that there is no requirement for a "second component" to
form the claimed dimerized (or multimerized) fusions. As is
disclosed throughout Applicants' Specification, the dimerized
**polypeptide** fusion can be produced as a heterodimer or a
homodimer. In the case of homodimeric fusions (incorporating
nonimmunoglobulin polypeptides that are active as homodimers,
including the PDGF receptor; see, e.g., page 20, line 20 to page
21, line 2), there is no need for a "second component" (e.g., a
second DNA construct encoding a second, different fusion) as an
"essential" element to practice the invention. As exemplified by
new claim 29, the dimerized polypeptide fusion can be produced as
a functional homodimer, wherein a single fusion (i.e., of the
dimerizing protein or immunoglobulin constant region joined to
the nonimmunoglobulin polypeptide requiring dimerization for
activity) can self-dimerize to form the "dimerized polypeptide
fusion" that is recited in the subject claims.

Applicants do not understand the Office's reasoning in
stating that "[n]o information or guidance is provided to allow
the skilled artisan to predict.if such a non-Ig polypeptide forms
a homo- or heterodimer." The above cited passage of the
Specification addresses these distinct requirements of various
subject polypeptides, e.g., for homodimerically active PDGF
receptors and receptor analogs, and it clearly would not require

ZG 001295

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 16

undue experimentation to determine this characteristic for other candidates useful within the invention. Moreover, Applicants are not required to exclude potentially inoperative species from the claims. Thus, it is sufficient that the claimed invention can be practiced for homodimerically active species. In this context, the claims do not specify that only one fusion can be used. Rather, they are open to the inclusion of multiple fusions providing heterologous monomers to render heterodimeric (and heteromultimeric) species, as the dependent claims make clear under the doctrines of claim dependency and claim differentiation. Thus, Applicants' respectfully traverse the Office's position that the claimed invention would not function because "critical components are neither specified nor implied."

Patentability Under 35 U.S.C. § 102

Claim 1 stands rejected under 35 U.S.C. § 102 as allegedly anticipated by Carlson et al. Specifically, the Office cites Carlson et al. for teaching secreted invertase in *S. cervisiae*. Applicants traverse this ground of rejection and submit that Carlson et al. does not teach a method according to claim 1.

The Office has not alleged that Carlson et al. teach the necessary construct to practice the invention of claim 1. In particular, the Office has not cited a particular teaching in Carlson et al. of "a DNA construct comprising a transcriptional promoter operatively linked to a secretory signal sequence followed downstream by and in proper reading frame with a DNA sequence encoding a non-immunoglobulin polypeptide requiring dimerization for biological activity joined to a dimerizing protein." However, even if each element and limitation of the claimed DNA construct were taught by Carlson et al. as required, which Applicants do not concede, the Office has not cited any teaching in the reference that discloses the claimed step of

ZG 001296

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 17

"introducing" such a construct into a eukaryotic host cell.
Consequently, the rejection is believed to have been overcome.

Applicants further note that claim 1 (also claim 14)
has been amended for clarification purposes to specify that the
polypeptide requiring dimerization for biological activity is
joined to a "dimerizing protein heterologous to said non-
immunoglobulin polypeptide." In light of this clarifying
amendment, the rejection based on Carlson et al. would also be
obviated on the grounds that Carlson et al. fails to teach this
aspect of the claimed invention.

Patentability Under 35 U.S.C. § 103

Claim 20 stands rejected under 35 U.S.C. § 103 as
allegedly unpatentable over either Brake or Wood et al. in view
of Yarden et al. Applicants respectfully disagree with the
stated grounds for rejection. However, Applicants have canceled
claim 20 herein for the purpose of clarity and without prejudice,
rendering the rejection moot.

Claims 14 and 20 also stand rejected under 35 U.S.C. §
103 as allegedly unpatentable over Matsui et al., in view of
Livneh et al. Applicants respectfully traverse this rejection
and submit that the cited references, taken as a whole, fail to
teach or suggest the presently claimed method for producing a
secreted receptor analog.

The Office relies on Matsui et al. for teaching the
predicted amino acid sequence of PDGF-R which varies at amino
acid 260 from the sequence of Applicants' Fig. 11A-11D. The DNA
encoding this predicted receptor was reportedly cloned and
expressed behind an operably linked promoter in COS cells.
Livneh is cited for teaching deletion of the transmembrane domain
of the human EGF-receptor to yield an EGF-receptor ligand binding
domain that is secreted in eukaryotic cells. Based on these
disclosures, the Office contends that it would have been obvious

ZG 001297

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 18

to make a secreted PDGF receptor analog "of the subtype described by Matsui et al. by deleting the transmembrane domain as taught for EGF-R by Livneh."

Applicants' claim 14 recites a method for producing secreted "receptor analogs," which method includes introducing into a host cell a DNA construct including a transcriptional promoter linked to a secretory signal sequence followed by a ligand-binding domain of a receptor. The receptor is one "requiring dimerization for activity," and is further distinguished by being "joined to a dimerizing protein."

The teachings of Matsui et al. and Livneh are not even cited as suggesting a "receptor analog" as defined by Applicants. Nor does the Office rely on these references for teaching any other kind of fusion protein (only a deletion or truncation mutant). Thus, there is no positive suggestion to combine a PDGF-R extracellular domain in a fusion protein to yield a "PDGF receptor analog," as presently disclosed by Applicants.

The proposed combination of references, viewed for what it teaches as a whole, does not even suggest producing fusion proteins at al., e.g., to incorporate both a non-immunoglobulin polypeptide, such as a PDGF receptor domain, and a dimerizing protein (claim 14).

Even if it was presumed that PDGF-R is structurally "similar" to EGF-R as alleged by the Office, which Applicant does not concede, then the Office still has not made a showing that the PDGF receptor ligand binding domain would be similarly functional as that of EGF-R without its transmembrane domain. This theory would require that virtually all growth factor receptors would be predicted to function well with this gross structural modification, which the Office has not established.

Even more importantly, the Office has not shown that either of the EGF-R or PDGF-R ligand binding domains are disclosed or suggested in the cited references as being suitable

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 19

candidates for fusion to form functional chimeric proteins, such
as by interchanging an immunoblogulin domain with a native
sequence of a secreted antibody chain, as proposed by the Office.
Thus, the Matsui and Livneh references, even if interpreted in
the manner proposed by the Office, provide no teachings that
would motivate one to make the claimed "PDGF receptor analog,"
defined in Applicants' specification as a functional polypeptide
fusion linked to a dimerizing protein (claim 14).

 To clarify the Office's mandate for review pertaining
to the proposed substitution of prior art elements:

> [T]he governing standard is emphatically not
> whether a particular methods or process
> leading to an invention would be "obvious to
> try", but whether such an experiment <u>would
> have been expected to succeed</u>.

<u>Merck and Co. Inc. v. Danbury Pharacal, Inc.</u>, 8 USPQ2d 1793, 1816
(D. Del. 1988) (quoting and citing, respectively, <u>In re Fine</u>, 5
USPQ2d 1596, 1599, (Fed. Cir. 1988); <u>In re Merck</u>, 231 USPQ 375,
379-80 (Fed. Cir. 1986).

 To further explain what constitutes a "reasonable
expectation of success" in this context, the Federal Circuit's
predecessor court noted in <u>In re Gyurik</u>, 201 USPQ 552, 557 (CCPA
1979) that:

> An element in determining obviousness of a
> new chemical compound is the motivation of
> one having ordinary skill in the art to make
> it.  <u>That motivation is not abstract, but
> practical, and is always related to the
> properties or uses one skilled in the art
> would expect the compound to have, if made</u>.

   \*\*\*

> [T]he necessary motivation to make a claimed
> compound, and thus the prima facie case of
> obviousness, rises from the <u>expectation that
> compounds similar in structure will have
> similar properties</u> (<u>id.</u>, at 557-558, emphasis
> supplied).

ZG 001299

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 20

Applying these holdings to the present facts, the Office has not shown that the PDGF receptor analogs produced according to claim 14 would have structures that are in fact "similar" to any suggested prior art compound, much less that such a prior art compound was known, or reasonably expected, to have "similar properties" as those demonstrated by Applicants. Without such a positive suggestion or motivation, the record fails to support a finding of obviousness against Applicants' pending claims.

> There must be a reason or suggestion in the art for selecting the (combination), other than the knowledge learned from the applicant's disclosure." *In re Dow Chemical Co.*, 837 F.2d 469, 473, 5 U.S.P.Q.2d 1529 (Fed. Cir. 1988).

In this context, the present facts are believed to fall within the holding of In re Dow Chemical, 5 USPQ2d 1529, 1532 (Fed. Cir. 1988):

> The PTO presents, in essence, an 'obvious to experiment' standard for obviousness. However, selective hindsight is no more applicable to the design of experiments than it is to the combination of prior art teachings. There must be a teaching or suggestion in the art, for selecting the procedure used, other than the knowledge learned from the applicant's disclosure.

In view of the foregoing facts and authority, Applicants submit that claim 14 (the rejection being moot with regard to canceled claim 20) is patentable over the art of record. Applicants therefore respectfully request that the rejection of claim 14 over 35 U.S.C. § 103 be withdrawn.

Applicants have also reviewed the art made of record but not relied upon by the Office and believe that all pending claims are patentable thereover.

SLEDZIEWSKI et al.
Serial No. 08/475,458
Page 21

    In view of the above amendments to the claims and accompanying remarks, Applicants believe that each rejection has been addressed and overcome and that the application is now in condition for allowance.  Notice to that effect is requested.  If for any reason, however, the Examiner feels that a telephone conference would expedite prosecution of the subject application, the Examiner is invited to telephone the undersigned at 206/467-9600.

Respectfully submitted,

Dated: June 24, 1997

By: _____
Jeffrey J. King
Reg. No. 38,515

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Fl.
San Francisco, California  94111
(206) 467-9600

JJK/acg
i:\13952\53\1.amd



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/475,458 | 06/07/95 | SLEDZIEWSKI | A | 13952A-53-1 |

```
                              18N2/1208
┌                                              ┐
  TOWNSEND AND TOWNSEND AND CREW LLP
  TWO EMBARCADERO CENTER
  8TH FLOOR
  SAN FRANCISCO CA 94111-3834
└
```

| EXAMINER |
|---|
| KAUFMAN, C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1812 | |

DATE MAILED: 12/08/97

#16

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

1- File Copy

ZG 001320

| *Office Action Summary* | Application No. 08/475,458 | Applicant(s) Sladziewski et al. |
|---|---|---|
| | Examiner Claire M. Kaufman | Group Art Unit 1812 |

☒ Responsive to communication(s) filed on *Jun 30, 1997*

☒ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____3____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-14, 25, and 29-63* is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☒ Claim(s) *1-7, 9-14, 25, and 29-41* is/are allowed.

☒ Claim(s) *42-63* is/are rejected.

☒ Claim(s) *8* is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☒ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☒ All ☐ Some* ☐None of the CERTIFIED copies of the priority documents have been

☐ received.

☒ received in Application No. (Series Code/Serial Number) ___07/347,291___.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). *6, 14*

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— *SEE OFFICE ACTION ON THE FOLLOWING PAGES* —

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-95)     Office Action Summary     Part of Paper No. __18__

ZG 001321

Serial Number: 08/475,458                                          Page 2

Art Unit: 1812

## DETAILED ACTION

1.     The amendment filed 6/30/97 has been entered.

### *Response to Arguments*

2.     All rejections drawn to claims 20-24 are withdrawn in view of the cancellation of those claims.

The double patenting rejection of claim 2 as rejected under the judicially created doctrine of double patenting over claim 1 of U. S. Patent No. 5,155,027 is withdrawn in view of the submission of a terminal disclaimer.

The double patenting rejection of claims 3-9, 11-13, 20 and 22 as rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claim 1 of U.S. Patent No. 5,567,584 in view of Gronwald et al. (GD) is withdrawn in view of Applicants arguments.

The double patenting rejection of claims 21, 23, 25 as rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claim 1 of U.S. Patent No. 5,567,584 in view of Matsui et al. (U) is withdrawn in view of Applicants arguments.

The rejection of claims 1-13 under 35 U.S.C. 112, first paragraph, is withdrawn in view of Applicants arguments directed toward homodimerization.

The rejection of Claim 1 under 35 U.S.C. 102(b) as being anticipated by Carlson et al. (EJ) is withdrawn in view of the amendment to the claim.

The rejection of Claims 14 and 20 under 35 U.S.C. 103(a) as being unpatentable over Matsui et al. (U) in view of Livneh et al. (CK) is withdrawn in view of the amendment to claim 14.

Applicants are correct in the assignment of priority for Figure 11 (Figures 11A-11D) to parent application 07/634,510, filed 12/27/90, instead of application 08/150,195 as was incorrectly stated in the previous Office action.

Serial Number: 08/475,458                                    Page 3

Art Unit: 1812

3.    The text of those sections of Title 35, U.S. Code not included in this action can be found
in a prior Office action.

### *Claim Objections*

4.    Claim 8 is objected to because of the following informality: in the second to last line a
typographical error occurs, "acitve" should be --active--.  Appropriate correction is required.

### *Claim Rejections - 35 USC § 112*

5.    New claims 42-63 are rejected under 35 U.S.C. 112, first paragraph, as containing subject
matter which was not described in the specification in such a way as to reasonably convey to one
skilled in the relevant art that the inventor(s), at the time the application was filed, had possession
of the claimed invention.

There is no disclosure of a method for producing a secreted active multimerized
polypeptide fusion or a heteromultimeric polypeptide fusion other than a dimerized or
tetramerized polypeptide fusion (see Example 17 beginning on page 92, for example).  The
production of odd numbered polypeptide fusions is not enabled by the specification because only
even numbered active polypeptide fusions are disclosed and the coupling is in pairs, not triplets or
other odd numbers.  Additionally, above the level of a tetramer structural interactions become
highly unpredictable due to complex physical interactions and one could not reasonably predict
whether a polypeptide fusion larger than a tetramer would be active, nor could one make without
undue experimentation a representative number of multimers encompassed by the great breadth of
the claims.  The application presents no examples or information to allow the skilled artisan to
determine whether activity would be possible in states other than dimers and tetramers.  As the
claims are written any number order of polypeptide fusions is encompassed (with the exception of
claim 43, which provides a limitation for a restriction to tetramerized polypeptide fusions), and

ZG 001323

Serial Number: 08/475,458                                    Page 4

Art Unit: 1812

the specification provides neither support for functional methods involving such nor for guidance
on how to accomplish the method with other than dimerized or tetramerized polypeptide fusions.
Even though Applicants pointed (beginning of remarks) to pages 5-12, 23-25, 67-71, 78-83 of the
specification for basis for the new claims, no basis for multimerized or heteromultimeric
polypeptide fusions could be identified in the body of the specification or in the claims as
originally filed. It does not appear that a method commensurate in scope with the very broad
claims had been reduced to practice by the inventors at the time of filing.

6.      New claim 61 and dependent claim 62 are rejected under 35 U.S.C. 112, second
paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject
matter which applicant regards as the invention.
        Claim 61 is indefinite because it is unclear what a "receptor domain" is.

### Conclusion

7.      Applicant's amendment necessitated the new ground(s) of rejection presented in this Office
action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is
reminded of the extension of time policy as set forth in 37 CFR 1.136(a).
        A shortened statutory period for response to this final action is set to expire THREE
MONTHS from the date of this action. In the event a first response is filed within TWO
MONTHS of the mailing date of this final action and the advisory action is not mailed until after
the end of the THREE-MONTH shortened statutory period, then the shortened statutory period
will expire on the date the advisory action is mailed, and any extension fee pursuant to 37
CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event will the
statutory period for response expire later than SIX MONTHS from the date of this final action.

ZG 001324

Serial Number: 08/475,458                                          Page 5

Art Unit: 1812

8.      Claims 1-7, 9-14, 25, and 29-41 are allowed, being free of the prior art of record.
        Claim 8 is allowable over the prior art of record and would be allowed if the objection for
a minor informality was corrected.
        Claims 42-63 are rejected.

9.      Any inquiry concerning this communication or earlier communications from the examiner
should be directed to Claire M. Kaufman, whose telephone number is (703) 305-5791.  Dr.
Kaufman can generally be reached Monday through Friday from 8:00AM to 4:30PM.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Stephen Walsh, can be reached at (703) 308-2957.

        Official papers filed by fax should be directed to (703) 308-4242.  Faxed draft or informal
communications with the examiner should be directed to (703) 308-0294.   NOTE: If applicant
*does* submit a paper by fax, the original signed copy should be retained by the applicant or
applicant's representative.  NO DUPLICATE COPIES SHOULD BE SUBMITTED so as to
avoid the processing of duplicate papers in the Office.   Please advise the examiner at the
telephone number above before facsimile transmission.

        Communications via Internet e-mail regarding this application, other than those under 35
U.S.C. 132 or which otherwise require a signature, may be used by the applicant and should be
addressed to [stephen.walsh@uspto.gov].
        All Internet e-mail communications will be made of record in the application file.  PTO
employees do not engage in Internet communications where there exists a possibility that sensitive
information could be identified or exchanged unless the record includes a properly signed express
waiver of the confidentiality requirements of 35 U.S.C. 122.  This is more clearly set forth in the
Interim Internet Usage Policy published in the Official Gazette of the Patent and Trademark on
February 25, 1997 at 1195 OG 89.

        Any inquiry of a general nature or relating to the status of this application should be
directed to the Group receptionist whose telephone number is (703) 308-0196.

cmk
December 4, 1997

                                              STEPHEN WALSH
                                     SUPERVISORY PATENT EXAMINER
                                               GROUP 1800

TOWNSEND and TOWNSEND  1 C1   /, LLP

mbarcadero Center

ncisco, CA  94111

67-9600

pplication of Andrzej Z. Sledziewski et al.

No.: 08/475,458

Filed: June 7, 1995

Group Art Unit: 1646
For: METHODS OF PRODUCING SECRETED RECEPTOR
ANALOGS AND BIOLOGICALLY ACTIVE DIMERIZED
POLYPEPTIDE FUSIONS

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.  20231

Amendment

Atty. Doc.   ... 52A-005310

Date: May 1, 1998

I hereby certify that this is being deposited with the United
States Postal Service as first class mail in an envelope
addressed to:  Commissioner of Patents and Trademarks,
Washington, D. C. 20231.

Date: _____5/1/98_____

_Arlene C. Maulund_

RECEIVED

MAY 1 1 1998

Sir:

Transmitted herewith is an amendment in the above-identified application.
[X] Enclosed is a petition to extend time to respond.
[ ] Small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified statement:
    previously submitted.

The filing fee has been calculated as shown below:

|  | (Col. 1) | | (Col. 2) | | (Col. 3) | | SMALL ENTITY | | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | | PRESENT EXTRA | | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
| TOTAL | * | | MINUS | ** | = | | x11= | $ | | x22= | $ |
| INDEP. | * | | MINUS | *** | = | | x41= | $ | | x82= | $ |
| [ ] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | | | +135= | $ | | +270= | $ |
|  | | | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

&ast;   If the in Col. 1 is less than the entry in Col. 2,
    write "0" in Col. 3.

&ast;&ast;  If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.

&ast;&ast;&ast; If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.
    The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent
    box in Col. 1 of a prior amendment or the number of claims originally filed.

    [X]  No fee is due.

Please charge Deposit Account No. 20-1430 as follows:

    [X]  Claims fee              $   0

    [X]  Any additional fees associated with this paper or during the pendency of this application.

   2   copies of this sheet are enclosed.    TOWNSEND and TOWNSEND and CREW, LLP

Jeffrey J. King
Reg. No.: 38,515
Attorneys for Applicants

1:\1395T\53\1AMEND.TRN

ZG 001326

$AF/\text{GM} \ 1646 \ \beta$

> I hereby certify that this correspondence is being
> deposited with the United States Postal Service as
> First Class Mail in an envelope addressed to:
> Assistant Commissioner for Patents,
> Washington, D.C. 20231 on May 1, 1998.
>
> TOWNSEND and TOWNSEND and CREW LLP
> By _Arlene C. Marlund_

Patent

Attorney Docket No. 13952A-005310

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of )

Andrzej Z. Sledziewski et al. )

Serial No.: 08/475,458 )

Filed: June 7, 1995 )

For: METHODS OF PRODUCING )
    SECRETED RECEPTOR ANALOGS )
    AND BIOLOGICALLY ACTIVE )
    DIMERIZED POLYPEPTIDE )
    FUSIONS )

Examiner: C. Kaufman

Art Unit No.: 1646

PETITION TO EXTEND TIME
UNDER 37 CFR 1.136(a)

RECEIVED

MAY 1 1 1998

GROUP 1800

Box AF
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    Applicants petition the Commissioner of Patents and Trademarks for an extension of time for response to the Office Action dated December 8, 1997 for two (2) months, from March 8, 1998 to May 8, 1998. An Amendment is enclosed herewith.

    Please charge the fee of $400 to Townsend and Townsend and Crew LLP Deposit Account No. 20-1430. Please charge any additional fees or credit overpayment to the above deposit account. This petition is submitted in triplicate.

    Respectfully submitted,

Dated: May 1, 1998

By: _Jeffrey J. King_
    Jeffrey J. King
    Reg. No. 38,515

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
(206) 467-9600
I:\13952\53\1extend.tim

ZG 001327



EXPEDITED PROCEDURE
EXAMINING GROUP 1646

> I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: Box, AF, Assistant Commissioner for Patents, Washington, D. C. 20231 on May 1, 1998.
>
> TOWNSEND and TOWNSEND and CREW LLP
> By _Arlene C. Marlund_

Patent

Attorney Docket No. 13952A-005310

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the application of    )
                         )
Andrzej Z. Sledziewski et al. )
                         )
Serial No. 08/475,458    )
                         )
Filed: June 7, 1995     )
                         )
For: METHODS OF PRODUCING  )
    SECRETED RECEPTOR     )
    ANALOGS AND BIOLOGICALLY)
    ACTIVE DIMERIZED      )
    POLYPEPTIDE FUSIONS   )

Examiner: Claire M. Kaufman

Group Art Unit: 1646

### AMENDMENT AFTER FINAL

RECEIVED
MAY 1 1 1998
GROUP 1800

Box AF
Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

      In response to the Final Office Action mailed December 8, 1997, please amend this application as follows:

### IN THE SPECIFICATION:

      At page 25, line 5, please delete "a" at the end of the line.

      At page 94, line 34 and page 95, line 8, please delete "dimeric" and substitute therefore --tetrameric--.

### IN THE CLAIMS:

      Please amend the claims as follows:

Ok to enter
May 19 1998
cmk

ZG 001328

Andrzej Z. Sledziewski et al.
Serial No. 08/475,458
Page 2

1   15  8.  (Amended)  A method for producing a secreted,
2   biologically active dimerized polypeptide fusion, comprising:
3         introducing into a eukaryotic host cell a first DNA
4   construct comprising a transcriptional promoter operatively
5   linked to a first secretory signal sequence followed downstream
6   by and in proper reading frame with a first DNA sequence encoding
7   a non-immunoglobulin polypeptide requiring dimerization for
8   biological activity joined to an immunoglobulin heavy chain
9   constant region domain selected from the group consisting of $C_H1$,
10  $C_H2$, $C_H3$, and $C_H4$;
11        introducing into said host cell a second DNA construct
12  comprising a transcriptional promoter operatively linked to a
13  second secretory signal sequence followed downstream by and in
14  proper reading frame with a second DNA sequence encoding an
15  immunoglobulin light chain constant region;
16        growing said host cell in an appropriate growth medium
17  under physiological conditions to allow the secretion of a
18  biologically active dimerized polypeptide fusion encoded by said
19  first and second DNA sequences; and isolating said biologically
20  [acitve] active dimerized polypeptide fusion from said host cell.

1     26  28.  (Amended)  The method of claim 25 wherein the
2   immunoglobulin heavy chain constant region is joined to an
3   immunoglobulin variable region.

1     35  46.  (Amended)  The method of claim 45 wherein the
2   immunoglobulin heavy chain constant region is joined to an
3   immunoglobulin variable region.

1     48  58.  (Amended)  The method of claim 57 wherein one of
2   said multimerizing proteins comprises an immunoglobulin heavy
3   chain constant region joined to an immunogobulin variable region.

ZG 001329

Andrzej Z. Sledziewski et al.
Serial No. 08/475,458
Page 3

61.42 (Amended)  The method of claim 50 wherein said
multimerized polypeptide fusion comprises a first polypeptide
fusion comprising a first receptor or receptor <u>ligand binding</u>
domain requiring multimerization for activity joined to a first
immunoglobulin constant region and a second polypeptide fusion
comprising a second receptor or receptor <u>ligand binding</u> domain
requiring multimerization for activity joined to a second
immunoglobulin constant region.

Please cancel claim 62 without prejudice.

<u>REMARKS</u>

With entry of this amendment, claims 1-14, 25, 29-61,
and 63 are pending in the application.  By this amendment, claims
3, 38, 46, and claim 58 have been amended to correct minor
typographical errors.  Claim 61 has been amended for clarity to
incorporate the ligand binding domain language of original claim
62, which latter claim has been canceled in view of the amendment
to claim 61.  In addition, the specification has also been
amended to correct minor typographical errors.

Specific support for the correction to the
specification at page 94, line 34 and page 95, line 8 (changing
"dimeric" to "tetrameric") is found, for example, in Example 16.B
(page 92, lines 5-7) and at page 94, lines 32 and 37, where the
receptor analog in question is expressly disclosed as tetrameric.
All of the amendments presented herein are fully supported by the
specification and no new matter has been added to the
application.  Entry of this amendment is respectfully requested.

<u>Allowed and Allowable Subject Matter</u>

Applicants acknowledge that the Office has fully
considered and allowed claims 1-7, 9-14, 25, and 29-41; a

Andrzej Z. Sledziewski et al.
Serial No. 08/475,458
Page 4

determination having been made by the Office that these claims
are free of the prior art of record (Office Action at page 5).

Applicants acknowledge that the Office has fully
considered and determined claim 8 to be allowable over the prior
art of record, and that this claim will be allowed if amended as
suggested by the Office (Office Action at page 5).

Double Patenting Issues

Applicants acknowledge that the Office has reconsidered
and withdrawn all double patenting rejections set forth in the
preceding Office Action (Paper No. 9, at pages 4-10).

Priority

Applicants note that the Office has reconsidered and
accepted the priority assignment of Figure 11 (Figures 11A-11D)
to parent application 07/634,510, filed 12, 27, 90.

Claim Objections

Applicants have corrected the typographical error in
claim 8 kindly noted by the Office (Office Action at page 3).

Patentability Under 35 U.S.C. § 102

Applicants acknowledge that the Office has reconsidered
and withdrawn the rejection of claim 1 under 35 U.S.C. § 102 as
allegedly anticipated by Carlson et al.

Patentability Under 35 U.S.C. § 103

Applicants acknowledge that the Office has reconsidered
and withdrawn the rejection of claims 14 and 20 under 35 U.S.C. §
102 as allegedly unpatentable over Matsui et al. in view of
Livneh et al.

Andrzej Z. Sledziewski et al.
Serial No. 08/475,458
Page 5

Patentability Under 35 U.S.C. § 112, First Paragraph

       The specification stands objected to and claims 42-63 are rejected under 35 U.S.C. § 112, first paragraph, as allegedly containing subject matter which was not described in the specification.  In particular, the Office contends that the description presented in the specification is limited to production of dimerized or tetramerized fusions.

       Applicants respectfully traverse the stated grounds of rejection under 35 U.S.C. § 112, second paragraph, and submit that the subject matter of claims 42-63 is fully described in the specification in accordance with this section of the Act.

     A)  Legal Standards for Evaluating Written Description

       The initial burden is on the PTO to establish that any contested subject matter set forth in the claims is not, in fact, supported by an adequate written description.  In re Wertheim, 191 USPQ 90, 98 (CCPA 1976).  The adequacy or inadequacy of the applicant's disclosure must be weighed in light of the understanding possessed by persons skilled in the art.  In re Hayes Microcomputer Products Inc., 25 USPQ2d 1241, 1245 (CAFC 1992).  In this regard, the specification "does not have to describe exactly the subject matter claimed . . . ." Vas-Cath Inc. v. Mahurkar, 19 USPQ2d 1111, 1116 (CAFC 1991).  Rather, the specification "need only convey to one of skill in the art, in any manner, that a later added claim limitation was part of applicants' invention." Ex parte Anderson, 21 USPQ2d 1241, 1249 (Bd. Pat. App. Int. 1991) (relying on In re Smythe, 178 USPQ 279, 284 (CCPA 1973) (emphasis supplied).

     B)  Applicants' Disclosure Fully Describes the Claimed Subject Matter

       In the instant case, the constrained reading of the specification advocated by the Office departs substantially from

ZG 001332

Andrzej Z. Sledziewski et al.
Serial No. 08/475,458
Page 6

the perspective of the skilled artisan. The Office focuses only
on the experimental examples (Office Action at page 3), whereas
the specification as a whole clearly describes multimeric
polypeptides other than dimeric and tetrameric fusions. For
example, the specification discloses that one can use "any class
of immunoglobulin heavy chain including γ, α, ε, μ, and δ
classes" within the invention. See page 25 at lines 30-33.
While IgG (γ heavy chains) is a tetrameric molecule, IgM
(containing μ heavy chains) is a 20-mer (10 H chains and 10 L
chains), and IgA (α heavy chains) is an octamer (4 H chains and 4
L chains) or dodecamer (6 H chains and 6 L chains). See Abbas et
al., Cellular and Molecular Immunology, second edition, W.B.
Saunders Co., 1994, 1991 at pages 38-40 and 45 (copy enclosed for
consideration and entry in the record).

        Thus, the record clearly evinces that, in addition to
dimers and tetramers, the specification discloses decamers
(chimeric μ heavy chain + native light chain), 20-mers (chimeric
μ and light chains), octamers (chimeric α and light chains),
hexamers (chimeric α chain + native light chain), and dodecamers
(chimeric α and light chains). This description is entirely
commensurate with the instantly claimed subject matter, such that
the artisan is fully apprised that the limitations set forth in
the claims are part of Applicants' invention (see Ex parte
Anderson, supra).

        Further in support of Applicants' position, as of the
effective filing date of the application, immunoglobulin genes
had been cloned and extensively studied. Therefore, these
materials and methods were readily available for use by those
skilled in the art in accordance with the teachings of
Applicants' specification. See, for example, Hieter, Cell
22:197-207, 1980 (cited in Applicants' specification at page 26,
lines 7-8); Honjo, Ann. Rev. Immunol. 1:499-528, 1983 (cited in
Applicants' specification at page 24, lines 30-31 and page 25,

ZG 001333

Andrzej Z. Sledziewski et al.
Serial No. 08/475,458
Page 7

line 33); Kurokawa et al., Nuc. Acids Res. 11:3077-3085, 1983;
and Wood et al., Nature 314:446-449, 1985 (copies of each are
enclosed for consideration and entry in the record).

The Office has provided no scientific reasoning to
support the contention that higher order multimers might not be
active. As can be seen in Figure 3-6 of Abbas et al., supra, IgA
and IgM are composed of tetrameric "subunits" (two H chains and 2
L chains) that are analogous in composition to IgG. One would
therefore reasonably predict that chimeric proteins comprising
well characterized, higher order multimers disclosed in the
specification, for example, α or μ subunits, would also be
active.

In view of the foregoing facts and authority,
Applicants' respectfully request that the rejection of claims 42-
63 under 35 U.S.C. § 112, first paragraph, be withdrawn.

Patentability Under 35 U.S.C. § 112, Second Paragraph

Claims 61 and 62 stand rejected under Section 112,
second paragraph, as allegedly being indefinite in the recitation
of the term "receptor domain." Applicants respectfully traverse.

The instant specification sets forth discrete receptor
domains, eg., at page 19, lines 26-30; including an extracellular
(ligand binding) domain, a transmembrane domain, and a
cytoplasmic domain. These different receptor domains have
discrete structural and functional characteristics, whereby those
skilled in the art would readily understand what Applicants have
claimed as their invention when the claims are read in light of
the specification.

Even though Applicants thus traverse the stated grounds
for rejection, claim 61 has been amended and claim 62 canceled to
obviate the rejection and thereby advance the application to
issuance. In particular, claim 61 has been amended for clarity
to recite a "ligand binding domain" rather than the allegedly

Andrzej Z. Sledziewski et al.
Serial No. 08/475,458
Page 8

objectionable language "receptor domain". In view of this
amendment, claim 62 has been canceled. Applicants note that the
Office has not asserted any objection to the term "ligand binding
domain", and this term is supported throughout the instant
specification. Based on this amendment and supporting
description, the language of the present claims is believed to
clearly convey the metes and bounds of Applicants' invention.

In view of the above amendments to the claims and
accompanying remarks, Applicants believe that each rejection has
been addressed and overcome and that the application is now in
condition for allowance. Notice to that effect is requested. If
for any reason, however, the Examiner feels that a telephone
conference would expedite prosecution of the subject application,
the Examiner is invited to telephone the undersigned at 206/467-
9600.

Respectfully submitted,

Dated: May 1, 1998                By: _____
                                  Jeffrey J. King
                                  Reg. No. 38,515

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Fl.
San Francisco, California 94111
(206) 467-9600

JJK/kg
i:\13952\53\1amend

ZG 001335

# Exhibit 9

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 10

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY