IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-500-SLR |
| | ) |
| BRISTOL-MYERS SQUIBB CO., | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 4th day of August, 2008, having reviewed the materials submitted by the parties in connection with their summary judgment motion practice;[1] and having determined that the court would benefit from full briefing on said motions;

IT IS ORDERED that all answering briefs shall be filed on or before **August 18, 2008**. Reply briefs shall be filed on or before **August 25, 2008**. Given the voluminous record already before the court, no duplicative appendices shall be submitted with the above briefing.

_____
United States District Judge

---

[1] More specifically, D.I. 160, 166, 170 and 175.