IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYMOGENETICS, INC.,<br>a Washington Corporation,<br><br>                Plaintiff,<br><br>                v.<br><br>BRISTOL-MYERS SQUIBB CO.,<br>a Delaware Corporation, and DOES 1<br>through 100,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-500-SLR<br>)<br>)<br>)  **CONFIDENTIAL -**<br>)  **FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>) |

### BRISTOL-MYERS SQUIBB COMPANY'S
### REPLY BRIEF IN SUPPORT OF ITS MOTION
### FOR SUMMARY JUDGMENT OF NONINFRINGEMENT

OF COUNSEL:

Robert L. Baechtold
Scott K. Reed
Colleen Tracy
Ha Kung Wong
Christopher P. Borello
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 218-2100

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
    *Attorneys for Defendant*
    *Bristol-Myers Squibb Co.*

Dated: August 25, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

### BY HAND DELIVERY AND E-MAIL

Philip A. Rovner
Potter, Anderson & Corroon
Hercules Plaza - 6th Floor
Wilmington, DE  19899

I hereby certify that on August 25, 2008, the foregoing document was sent to the following non-registered participants in the manner indicted:

### BY E-MAIL

Paul J. Andre
King & Spalding, LLP
1000 Bridge Parkway
Suite 100
Redwood Shores, CA  94065

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)